

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT, | * | |
| Plaintiff, | * | |
| vs. | * | No. LR-C-82-866 |
| PULASKI COUNTY SPECIAL DISTRICT No. 1, et al., | * | |
| Defendants. | * | |
| MRS. LORENE JOSHUA, et al., | * | |
| Intervenors, | * | |
| KATHERINE KNIGHT, et al., | * | |
| Intervenors, | * | |

## ORDER

Before the Court is a motion by the Pulaski County Special School District ("PCSSD") for approval of a new school site [doc.#3266]. In its motion, which was filed June 9, 1999, PCSSD states that it proposes to close both Bates and Fuller Elementaries and combine that student enrollment at a new site located at the northwest corner of 145th Street and Highway 67/167 proximate to the Siemen's facility with no change of geo codes. The time for filing a

response to this motion has passed without a responsive pleading from any of the parties.

Having considered the matter, and without objection from any of the parties, the Court finds that PCSSD's motion to approve the new school site described herein should be and hereby is granted.

IT IS SO ORDERED this 16TH day of July, 1999.

*[signature]*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON DOCKET SHEET IN COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP ON 7/19/99 BY [initials]

2