FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANS

JUN 23 2000

JAMES W. McCORMACK, Cl
By:_____ DEPT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT | PLAINTIFF |
| V.     NO. LR-C-82-866 | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL. | DEFENDANTS |
| MRS. LORENE JOSHUA, ET AL. | INTERVENORS |
| KATHERINE KNIGHT, ET AL. | INTERVENORS |

### BRIEF IN SUPPORT OF PCSSD MOTION TO MODIFY STUDENT ASSIGNMENT PLAN

#### Introduction

Last year this Court approved the closing of Bates and Fuller Elementary Schools and the transfer of their student bodies to the new Bates Elementary School located off 145 Street, just west of the Community of Wrightsville in the southeast sector of the PCSSD. (Docket #3281). As the new Bates School nears completion, pressure has mounted from the community to consider changes in the student assignment pattern for new Bates and Landmark Elementary. Pursuant to a motion proposed by the African American Board Member representing the greater Wrightsville area and virtually all of the southeast sector of the district, the District's Board of Education voted recently to propose certain student assignment rearrangements and to submit those to Joshua and the Court for consideration. The proposed changes, and the reasons for them, are fully explained in the business case (Exhibit "C" attached to the motion) and in this memorandum.

184914-v1

## Background

As part of the territorial exchange ordered in this case, the United States Court of Appeals for the Eighth Circuit ordered the transfer of the Granite Mountain community from the LRSD to the PCSSD. This transfer, together with the transfer of the southwest Little Rock area to the LRSD, created a land-locked, majority black area of the PCSSD which the parties have consistently referred to throughout this litigation as the southeast sector.

In the wake of the territorial transfer which left the PCSSD short of elementary seats, the PCSSD acquired the old Timex facility as an emergency measure, converted it to an elementary school, and opened it as Bates Elementary with an enrollment in excess of 800 students. Since that date, the enrollment of "old" Bates has dropped to 352 students, of whom 43% are white and 57% are black. During the same time period, the PCSSD has seen the enrollment at Fuller Elementary shrink to 378 students, of whom 161 are white and 217 are black. (Exhibit "B" attached to the motion). As previously noted, the Court has approved the transfer of these two student bodies to the new Bates Elementary School.

The current capacity of old Bates is 768 students and that of Fuller Elementary is 526 students. (Please see Exhibit "A" attached to the motion). Landmark Elementary, with a current capacity of 468 students, had an enrollment last year of 387 students, of whom 224 were white and 163 were black. Of the white enrollees, approximately 51 are white students recruited from north of the river for the school art and music specialty programs.

## The Proposed Changes

As Exhibit "B" reflects, there are three areas of student population proposed for reassignment. They are a mostly white area currently assigned to Bates hereafter referred to as the Arch Street students. A group of predominantly white students, heretofore assigned to Fuller, will be referred to as the Saline County students. A group of predominantly black students from the Wrightsville area, and proximate to the new school, will be referred to as the Wrightsville students. They are currently assigned to Landmark.

Although it will statistically impact initial racial balance projections, the PCSSD proposes to shift the Saline County and Arch Street students from new Bates to Landmark and to assign the Wrightsville students from Landmark to new Bates. The initially projected enrollments occasioned by these shifts project Landmark to be 25% black and new Bates to be 70% black. However, for reasons that will be explained hereafter, the District genuinely believes that these percentages can be rather expeditiously improved and that the immediate and proximate impact is to benefit children of both races and reduce unnecessary busing.

## The Wrightsville Students

These students are located, geographically, on the far east side of the southeast sector. Until the early 1990s, these Wrightsville students were all schooled in the neighborhood at J.C. Cook Elementary School. After it burned, the decision was made not to rebuild and these students were shifted to Landmark. If no change is made, the same students will be transported twice daily past the new Bates Elementary School en route to Landmark. To eliminate this prospect, and to substantially reduce the

transportation burdens on these students, the PCSSD believes it to be educationally sound to reassign these students to new Bates which, in the context of the geography of the PCSSD, would act as a neighborhood school for the Wrightsville students.

### The Arch Street Students

These students are located, geographically, on the west side of the southeast sector. Most of these students attended Baseline Elementary when it was part of the PCSSD. After the territorial shift, they were necessarily reassigned to new Bates. While the assignment to old Bates did not create a substantial transportation burden for these students, their continued assignment to new Bates would. Because this group of students largely mirrors the racial composition of the PCSSD as a whole, and because their assignment to Landmark would represent a somewhat reduced transportation obligation for them, the PCSSD believes it to be educationally sound for these students to be assigned to Landmark Elementary.

### The Saline County Students

These students are located, geographically, on the far west side of the southeast sector. Prior to the desegregation plan, these students were assigned to Landmark Elementary as their closest school. In an effort to racially balance Fuller Elementary, these students were reassigned during the late 1980s to Fuller Elementary School, a considerable distance from their homes. To partially replace the Wrightsville students proposed for reassignment to new Bates, to reduce the transportation obligation for the Saline County students, who would otherwise be bused from the west to the east side of the sector, and to hopefully recoup some of the student losses that the District has

experienced from the Saline County area, the PCSSD believes it to be educationally sound to transfer the Saline County students from new Bates to Landmark.

## The Landmark Specialty Students

The PCSSD is also seeking permission to shift the art and music specialty program from Landmark to new Bates for the 2001-2002 school year. Even without the specialty students, Landmark is projected to be comfortably within the student assignment ratios for the PCSSD. The PCSSD further believes that new Bates would prove an attractive alternative to the specialty students since it would provide a shorter and more convenient transportation trip and would house the specialty students in a brand new school.

All of these specialty students are white. Their transfer to new Bates would significantly reduce the initially projected minority enrollment at the school and, over time, the PCSSD believes that the transfer of the program would increase the number of white transfer students electing to attend the school, thereby annually moving new Bates closer to its ultimate racial balance goals.

Because the sixth graders will be at the new Bates for the 2000-2001 year until the sixth grade is shifted to what will be Fuller Middle in 2001-2002, the transfer of the specialty program needs to be delayed until space opens up. By delaying the movement of this program until 2001-2002, the PCSSD should have ample time to educate and persuade the specialty students and their parents that movement of the specialty program to new Bates is a sound educational move.

## The Long Term

As this court is aware, the PCSSD proposes to shift to a middle school structure district wide beginning with the 2001-2002 school year. Little Rock has already completed this reorganization and the Court has previously approved the middle school concept in PCSSD's Jacksonville area. (Docket #2647).

The PCSSD believes that the middle school concept, combined with the shifting of the Saline County students to Landmark and the reconstitution of the art and music specialty program at new Bates, will ultimately result in an increased white enrollment in these southeast sector schools.

Except for the middle school concept, nothing about the current proposal will modify the feeder pattern to Fuller Junior High School and Mills High School. Neither will any of the proposals contained, herein, affect the current student assignment effort at College Station Elementary.

It is also worth mentioning that the shift of the Fuller Elementary student body to new Bates will bring with it the string orchestra specialty program currently provided at Fuller Elementary. The PCSSD believes that the reconstitution of the art and music program from Landmark at new Bates, combined with the move of the string orchestra program from Fuller Elementary to new Bates, and the institution of a full-time physical education curriculum, will work a synergy making these programs even more attractive to white students from north of the Arkansas River since those interested in music in all of its dimensions will have more opportunities for this experience at new Bates if the PCSSD proposal is approved.

For all the foregoing reasons, PCSSD prays for an order of this Court approving its motion to modify student assignment plan.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By *M. Samuel Jones by Elisa M. Whit*
M. Samuel Jones III (76060)   (97154)
Attorneys for Pulaski County Special
School District

CERTIFICATE OF SERVICE

On June 23, 2000, a copy of the foregoing was served by U.S. mail on each of the following:

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72201

Mr. Christopher Heller
Friday, Eldredge & Clark
2000 First Commercial Building
Little Rock, Arkansas 72201

Ms. Ann Brown
ODM
Heritage West Building, Suite 510
201 East Markham Street
Little Rock, Arkansas 72201

Mr. Richard W. Roachell
Roachell and Street
First Federal Plaza
401 West Capitol, Suite 504
Little Rock, Arkansas 72201

Mr. Timothy Gauger
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Mr. Stephen W. Jones
3400 TCBY Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201

M. Samuel Jones III by Elisa M. White

184914-v1