

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 6 2001

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

# MIDDLE SCHOOL CURRICULUM

## 2001-2002

## COURSE DESCRIPTIONS

## GRADES 6-8



001a

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Court's Case File*