IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 13 2001
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

V.                          NO. 4:82CV00866SWW

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                         DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                     INTERVENORS

KATHERINE KNIGHT, ET AL.                                       INTERVENORS

## MOTION FOR APPROVAL OF MIDDLE SCHOOL SITE

The PCSSD for its motion, states:

1. By this motion, the PCSSD seeks a determination by this Court that Plan 2000 authorizes the construction of a new middle school within the city limits of the Town of Maumelle.

2. This motion is accompanied by a memorandum which more fully sets forth the bases for this motion.

WHEREFORE, the PCSSD prays for a declaration of this Court that Plan 2000 authorizes the construction of a new middle school within the city limits of Maumelle, Arkansas and for all proper relief.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____
M. Samuel Jones III (76060)
Attorneys for Pulaski County Special
School District

302820-v1

## CERTIFICATE OF SERVICE

On December 13, 2001, a copy of the foregoing was served via U.S. mail on each of the following:

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72201

Mr. Christopher Heller
Friday, Eldredge & Clark
2000 First Commercial Building
Little Rock, Arkansas 72201

Ms. Ann Brown Marshall
ODM
One Union National Plaza
124 West Capitol, Suite 1895
Little Rock, AR 72201

Mr. Richard Roachell
Roachell Law Firm
P.O. Box 17388
Little Rock, Arkansas 72222-7388

Mr. Mark A. Hagemeier
Ms. Colette D. Honorable
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Mr. Stephen W. Jones
3400 TCBY Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201

M. Samuel Jones III