IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 13 2001

JAMES W. McCORMACK, CLERK
By:_____
                         PLAINTIFF

LITTLE ROCK SCHOOL DISTRICT

V.                          NO. 4:82CV00866SWW

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                        DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                    INTERVENORS

KATHERINE KNIGHT, ET AL.                      INTERVENORS

## MEMORANDUM IN SUPPORT OF PCSSD
## MOTION FOR APPROVAL OF MIDDLE SCHOOL SITE

### The Specific Relief Sought

The PCSSD seeks by this motion to have this Court interpret the literal language of Plan 2000 which states in pertinent part that: "An elementary school, located around 145th Street, and a middle school or junior high school in the Crystal Hill\Maumelle area will be built."

The new elementary school has been built and named Bates. By this motion, the PCSSD seeks a declaration of this Court that a middle school located within the Maumelle city limits is in fact permitted pursuant to Plan 2000.

While the PCSSD will enumerate below the steps it has taken in respect of a site in Maumelle, the PCSSD also states that steps related to the selection and approval of a geographically specific site have not yet taken place. For instance, the PCSSD has not yet consulted the administrations of the Little Rock and North Little Rock School Districts, the PCSSD has not yet submitted a proposed site to its bi-racial committee for

consideration, no specific site has been finalized and no recent public meetings have been held in the Maumelle and Oak Grove Communities, the District has yet to form a site selection bi-racial committee which include representatives of the LRSD, the NLRSD and the Joshua Intervenors, and the ODM has not yet been specifically consulted concerning a specific site. None of this has been done pending obtaining the Court's views upon the matter specifically as they relate to Plan 2000. No specific site has been proposed, both because the PCSSD needs and desires the interpretation of this Court and because selection of a specific site at this time would likely artificially elevate the acquisition cost.

Accordingly, and absent any other specific information at this time, the motion of the PCSSD is very simple, to-wit: May it explore and ultimately propose to this Court a middle school site located within the city limits of Maumelle?

### A Brief History

1.  Pine Forrest Elementary School remains the only PCSSD school within the city limits of Maumelle. Pine Forrest Elementary School was built in 1980. The present capacity of the school as used this year is 556.. Maumelle was incorporated in 1985 with a population of 4,359. Today, the population of Maumelle is approximately 10,557.

2.  Since its inception as a town in the 1960s, junior and senior high students from Maumelle have all been bused to Oak Grove Junior-Senior High School. As noted in previous filings with this Court, the PCSSD desires to convert Oak Grove into a 9-12 high school and to construct a middle school to substitute for the current Oak Grove Junior High School.

3.  Currently, Pine Forrest Elementary, which would jettison its sixth grade under this proposal, can accommodate only 63% of K-6 children residing in Maumelle. The remainder are currently bused to either Crystal Hill Elementary or Oak Grove Elementary. Under this proposal, both Crystal Hill and Oak Grove Elementary would become K-5 schools.

### The Site Selection Process

4.  Plan 2000 specifically provides that, "An elementary school, located around 145th Street, and a middle school or junior high school in the Crystal Hill\Maumelle area will be built."

5.  Certain leaders of the Maumelle Community have proposed that a site located on Count Massie Road be secured for the construction of a new middle school. This site qualifies as a racially neutral site because it is located in a larger commercial area and is not bounded by any neighborhood and contains no "housing stock".

6.  This possible site would fall within a line that can currently be drawn between the new Maumelle Charter School located within a densely populated residential area of Maumelle and Central Arkansas Christian which is located north of Crystal Hill Elementary School. This site would enable the PCSSD to more directly and efficiently compete with both the privately run charter school and Central Arkansas Christian. Both schools currently draw significant numbers of middle school age children from the Maumelle area.

7.  The property currently owned by the PCSSD adjacent to Crystal Hill Elementary would be sold to help defray acquisition and construction costs of the new middle school.

8.   To accommodate current M to M sixth graders at Crystal Hill and to otherwise help realize a fully intergraded middle school, the PCSSD would reserve 100 seats at the new middle school for M to M students.

9.   The PCSSD Board of Directors voted 6 to 0 to seek approval for a school located within Maumelle at their meeting held on November 13, 2001.

10.   Face to face communications have been had with counsel for Joshua as regards a new middle school located within Maumelle.

### Advantages of a Maumelle Site

11.   Overall, the PCSSD believes that the proposed site will reduce busing and the attendant transportation expense.

12.   The proposed school will allow the PCSSD to complete its conversion to the middle school system and will relieve over-crowding at the land-locked Oak Grove Campus.

13.   The proposed school will allow the PCSSD to establish an interdistrict middle school offering more choices and grade levels particularly for those LRSD students who currently attend Crystal Hill Elementary.

14.   The PCSSD believes that the location and construction of this school will finally pave the way to secure support for millage increases in the Maumelle area, a very practical and necessary matter for the PCSSD to achieve. The PCSSD proposes to construct the school with a capacity of 1,000 students providing room not only for the 100 seats reserved for M to M students, but also space for students who can be attracted from the charter school, private schools and children who are currently being home-schooled.

15. The PCSSD proposes to begin construction by October 2002 so that the new facility can be open for education by August 2003.

16. The PCSSD proposes to pay for the acquisition and the construction of the school by a new bond issue or by re-financing existing debt.

WHEREFORE, the PCSSD prays that the Court approve the concept of a new middle school located within Maumelle which would reserve 100 seats for M to M transfer students and for all proper relief.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____
M. Samuel Jones III (76060)
Attorneys for Pulaski County Special
School District

## CERTIFICATE OF SERVICE

On December 13, 2001, a copy of the foregoing was served via U.S. mail on each of the following:

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72201

Mr. Christopher Heller
Friday, Eldredge & Clark
2000 First Commercial Building
Little Rock, Arkansas 72201

Ms. Ann Brown Marshall
ODM
One Union National Plaza
124 West Capitol, Suite 1895
Little Rock, AR 72201

Mr. Richard Roachell
Roachell Law Firm
P.O. Box 17388
Little Rock, Arkansas 72222-7388

Mr. Mark A. Hagemeier
Ms. Colette D. Honorable
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Mr. Stephen W. Jones
3400 TCBY Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201

_____
M. Samuel Jones III