IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
EAST... ...ARKANSAS
DEC 16 2002
JAMES... ...CLERK

LITTLE ROCK SCHOOL DISTRICT                                  PLAINTIFF

V.                    NO. 4:82CV00866WRW

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                       DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                   INTERVENORS

KATHERINE KNIGHT, ET AL.                                     INTERVENORS

PCSSD MOTION TO APPROVE THE
RE-DESIGN OF HARRIS ELEMENTARY SCHOOL
AND FOR THE REZONING OF THE HARRIS AND
SHERWOOD ATTENDANCE ZONES

PCCSD for its motion, states:

1. After an exhaustive review and analysis, numerous community meetings and recommendations from the "Harris Steering Committee", the PCSSD proposes to revamp the curriculum at Harris Elementary, to designate it as a specialty school and to modify its attendance zones, primarily to reduce the busing burden borne by African American students.

2. Attached as Exhibit A is a narrative and statistical summary of the proposed modifications. The narrative includes the particulars of what is proposed, the reasons why, a description of the process followed to reach the recommendations, and a list of the parents, educators, Joshua representatives and others who comprise the Harris Steering Committee.

385142-v1

3.     Exhibit B is a serial statistical depiction of the proposed student movement, the schools affected and the Geo Codes involved.

4.     Attached as Exhibit C are maps depicting the current attendance zones and the proposed modifications.

5.     The PCSSD believes that this plan and these changes present the District's best plan for ultimately desegregating Harris Elementary and for addressing needed changes in the described student assignment areas which, in most instances, have not been adjusted since 1989.

WHEREFORE, the PCSSD prays that the Court approve its proposed re-design of Harris and the rezoning of the Harris and other Sherwood area attendance zones.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____
    M. Samuel Jones III (76060)
    Attorneys for Pulaski County Special
    School District

## CERTIFICATE OF SERVICE

On December 16, 2002, a copy of the foregoing was served via U.S. mail on each of the following:

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72201

Mr. Dennis R. Hansen
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Mr. Christopher Heller
Friday, Eldredge & Clark
2000 Regions Center
400 West Capitol
Little Rock, Arkansas 72201

Mr. Stephen W. Jones
3400 TCBY Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201

Ms. Ann Brown Marshall
ODM
One Union National Plaza
124 West Capitol, Suite 1895
Little Rock, AR 72201

Mr. Richard Roachell
Roachell Law Firm
P.O. Box 17388
Little Rock, Arkansas 72222-7388

_____
M. Samuel Jones III

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*