

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 28 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT | PLAINTIFF |
| V.    NO. 4:82CV00866WRW | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL. | DEFENDANTS |
| MRS. LORENE JOSHUA, ET AL. | INTERVENORS |
| KATHERINE KNIGHT, ET AL. | INTERVENORS |

## ORDER

The Court is hereby informed that counsel for Pulaski County Special School District (PCSSD) and the Joshua Intervenors submit the following agreement with respect to the Harris Redesign and Sherwood Rezoning:

1. The parties agree that the redesign of Harris Elementary School is consistent with the School District's plan and commitment not to close schools that are located in predominately African American areas.

2. The PCSSD Enrollment Count for October 1, 2001-2002 indicates a decline of 484 students. According to the First Quarter 2002-2003 Enrollment Report student enrollment declined from the first quarter of 2002-2003 to the second quarter of 2002-2003 by 209 students. Harris is a predominately African American School with a declining enrollment. Its racial percentage for the 2002-2003 school year is approximately 69% African American and 31% Caucasian. The proposed reassignment of African American students will increase the African American student enrollment from

394491-v1                                1



69% to 78%. African American students from Brushy Island will not be reassigned to Harris but will continue to attend Cato Elementary. Cato Elementary student enrollment will remain 75% Caucasian (white) and 25% African American (black).

3. The parties agree that working toward a racially balanced student body is an appropriate goal for Harris Elementary School, and is consistent with Plan 2000.

4. These parties agree that PCSSD shall vigorously recruit minority students (white) from North of the river for placement in the Harris Elementary School. The Director of Equity and Multicultural Education who will report to the Assistant Superintendent of Equity and Pupil Services shall direct this intensification of effort. Timely reports regarding monitoring activities will be sent to Joshua Intervenors and the Office of Desegregation Monitoring.

5. The parties agree to the establishment for the Harris Elementary School of a standing "recruitment committee". The committee will provide documentation of their efforts to the Director of Equity and Multicultural Education. One of the recruitment activities efforts will be to partner Harris with Sherwood schools for exchange activities and to provide desegregative experiences for students attending Harris Elementary.

6. PCSSD will vigorously recruit white students North of the river to attend Harris Elementary School. Recruitment will include but not be limited to the following: transportation will be provided, approximately 50 percent of the seats for the four year old, and before and after school programs will be allocated for white students electing to attend Harris. The recruiters explain the educational advantages of attending Harris to parents who are being recruited.

7.   The Director of Equity and Multicultural Education will closely work with Real Estate Agents, government and community organizations, PTA and PTO's to recruit and provide information about the Harris Specialty Program.

8.   PCSSD will locate staff development offerings to showcase the Harris program.

9.   It is the objective of the redesign and rezoning plan to a) maintain educational presence in the affected area; b) improve the educational quality of offerings made available in that area; c) help racially balance the other schools in the Northern section of Pulaski County; d) reduce the disparate transportation burdens upon African American students; and e) attract students from home schooling and private schools back to District schools in the Sherwood area. It is expected that these enrollment percentages will not substantially affect Clinton Elementary School in part because it is an interdistrict school where the ratios are substantially fixed.

10.   The projected enrollment at Harris Elementary School will be a minimum of 200 students for the 2003-2004 school year and thereafter; and that present plans will allow a substantially greater enrollment if student demand, after appropriate recruitment efforts, increases. It is the objective of the parties to continue to review the racial balances within the school to maintain racial balances within Harris Elementary School. A primary method for achieving this objective will be to promote the rich and challenging curriculum that the district intends for this school will set it apart from the other schools similarly situated.

11.   The parties agree that some faculty changes will be required. A concerted and sustained effort will be made to provide the students with a racially diverse staff.

12. The parties commit, in the manner provided by the Revised Desegregation Plan, to resolve their matters to the extent possible before either party seeks court review of any differences they have between them regarding Harris Elementary School issues.

With these considerations in mind, it is the recommendation of the parties by their counsel that the Court enter this proposal as an order of the Court. Accordingly, having concluded a hearing, the Court approves the PCSSD motion dated December 16, 2002 (doc. no. 3719), as amended and supplemented by the foregoing paragraphs numbered 1 through 12.

/s/ Wm. R. Wilson
UNITED STATES DISTRICT JUDGE

1-28-03
DATE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 1-28-03 BY _____

```
                                                                   dc
                    UNITED STATES DISTRICT COURT
                      Eastern District of Arkansas
                           U.S. Court House
                       600 West Capitol, Suite 402
                     Little Rock, Arkansas 72201-3325


                           January 28, 2003
```

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  4:82-cv-00866.


True and correct copies of the attached were mailed by the clerk to the following:

```
     Richard W. Roachell, Esq.
     Roachell Law Firm
     Plaza West Building
     415 West McKinley
     Suite 465                              Judge Ray
     Little Rock, AR   72205
                                            press
     James M. Llewellyn Jr., Esq.
     Thompson & Llewellyn, P.A.
     412 South Eighteenth Street
     Post Office Box 818
     Fort Smith, AR   72902-0818

     William P. Thompson, Esq.
     Thompson & Llewellyn, P.A.
     412 South Eighteenth Street
     Post Office Box 818
     Fort Smith, AR   72902-0818

     Colette Dodson Honorable, Esq.
     Arkansas Attorney General's Office
     Catlett-Prien Tower Building
     323 Center Street
     Suite 200
     Little Rock, AR   72201-2610

     Dennis R. Hansen, Esq.
     Arkansas Attorney General's Office
     Catlett-Prien Tower Building
     Suite 300
     323 Center Street
     Suite 200
     Little Rock, AR   72201-2610

     John W. Walker, Esq.
```

John W. Walker, P.A.
1723 Broadway
Little Rock, AR   72206-1220

Christopher J. Heller, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

John Clayburn Fendley Jr., Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

Office of Desegregation Monitor
One Union National Plaza
124 West Capitol
Suite 1895
Little Rock, AR   72201

Norman J. Chachkin, Esq.
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street
Suite 1600
New York, NY   10013

Stephen W. Jones, Esq.
Jack, Lyon & Jones, P.A.
TCBY Tower
425 West Capitol Avenue
Suite 3400
Little Rock, AR   72201-3472

M. Samuel Jones III, Esq.
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2200
Little Rock, AR   72201-3699

Sharon Carden Streett, Esq.
Streett Law Offices
Post Office Box 250418
Little Rock, AR   72225-0418


                                        James W. McCormack, Clerk

Date: _____1/28/03_____           BY: ____Doris Collins___