UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                         PLAINTIFF

V.                              No. 4:82CV00866-WRW/JTR

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, et al.,                                             DEFENDANTS

MRS. LORENE JOSHUA, et al.                                          INTERVENORS

KATHERINE KNIGHT, et al.                                            INTERVENORS

### ORDER

I have received copies of the proposed witnesses of the parties. It appears that there may be an overloading of the wagon with witnesses in view of the narrow scope of the show cause hearing scheduled for one week from today, Monday, November 7, 2005.

In view of this possibility, each party is directed to give a brief summary of the expected testimony of each witness (brief but sufficient to let me know what the witness is going to testify about), and an estimated time for direct examination of each of these witnesses.

These lists and summaries must be sent to me by fax by noon, this Thursday, November 3, 2005. Fax copies must be sent to opposing counsel and the original is to be filed with the Clerk.

We may have a telephone conference this Thursday afternoon at 2:00 p.m. regarding the witness lists, so please mark your calender to be available.

IT IS SO ORDERED this 31st day of October, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE