IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

V.                      No. 4:82CV00866 WRW/JTR

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                         DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                     INTERVENORS

KATHERINE KNIGHT, ET AL.                                       INTERVENORS

### ORDER

Before the Court is the request of the Magnet Review Committee ("MRC") for approval of the interdistrict magnet schools' final figures for the 2004-2005 school year and proposed budget for the 2005-2006 school year. The MRC communicated the budget to the Court in a letter dated September 22, 2005 (attached).

I have attached a copy of the budget to this order, and if there are any objections, parties must respond within five days; otherwise, the MRC's final budget for the 2004-2005 school year and proposed 2005-2006 budget will be accepted as presented and become effective immediately.

IT IS SO ORDERED this 8th day of November, 2005.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE