IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                        **PLAINTIFF**

**V.**                      **No. 4:82CV00866 WRW/JTR**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                            **DEFENDANTS**

**MRS. LORENE JOSHUA, ET AL.**                                        **INTERVENORS**

**KATHERINE KNIGHT, ET AL.**                                          **INTERVENORS**

## ORDER

Before the Court is the request of the Magnet Review Committee ("MRC") for approval of the interdistrict magnet schools' final figures for the 2004-2005 school year and proposed budget for the 2005-2006 school year. The MRC communicated the budget to the Court in a letter dated September 22, 2005.[1]

Joshua filed objections to the budget,[2] and a hearing was held on December 12, 2005. Follow-up briefs were submitted.[3]

After reviewing the submissions of the parties, I rule that the MRC's final budget for the 2004-2005 school year and proposed 2005-2006 budget are accepted as presented and become effective immediately.

IT IS SO ORDERED this 14th day of September, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 3972.

[2] Doc. No. 3977.

[3] Doc. No. 3997.