IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 27 2006
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

LITTLE ROCK SCHOOL DISTRICT                                PLAINTIFF

V.                         No. 4:82CV00866 WRW/JTR

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                     DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                 INTERVENORS

KATHERINE KNIGHT, ET AL.                                   INTERVENORS

### ORDER

Before the Court is the request of the Magnet Review Committee ("MRC") for approval of the interdistrict magnet schools' final figures for the 2005-2006 school year and proposed budget for the 2006-2007 school year. The MRC communicated the budget to the Court in a letter dated September 28, 2006 (attached).

I have attached a copy of the budget to this order, and if there are any objections, parties must respond within five days; otherwise, the MRC's final budget for the 2005-2006 school year and proposed 2006-2007 budget will be accepted as presented and become effective immediately.

IT IS SO ORDERED this 19th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

# *Magnet Review Committee*

1920 North Main Street, Suite 101 • North Little Rock, Arkansas 72114
(501) 758-0156 {Phone} • (501) 758-5366 {Fax} • magnet@magnetschool.com {E-mail}

September 28, 2006

RECEIVED
OCT 11 2006
Wm. R. Wilson, Jr.
U. S. District Judge
E.D. of Arkansas

The Honorable William R. Wilson, Jr.
Judge, U. S. District Court
Eastern District of Arkansas
600 West Capitol
Little Rock, AR 72201

xc: Judge Ray, then to WRW

Dear Judge Wilson:

On September 26, 2006, Mark Milhollen, Chief Financial Officer, Little Rock School District, provided the Magnet Review Committee with the actual expenditures for 2005-06, as well as the proposed budget for the 2006-07 school year. The information is contained in the attachment (Draft 2) and was presented to MRC members for their review on Tuesday, September 26, 2006.

The Magnet Review Committee, by formal motion and vote of 6-0, approved the final budget (actual expenditures) for the 2005-06 school year but are withholding their vote for approval of the proposed 2006-07 budget until all parties have been given the opportunity to review the proposed budget. The Magnet Review Committee has scheduled their next meeting for October 17, 2006 to vote on the proposed budget at that time.

Listed below is a recap of the budget information which is now being presented to the Court for approval:

   FINAL 2005-2006 STIPULATED ORIGINAL MAGNET SCHOOLS BUDGET

   The total amount originally budgeted, $28,849,578.00, was based on a per-pupil expenditure of $7,468.00, calculated from a projected three quarter average enrollment of 3,862.90 students. Once the actual attendance (3,831.12) and expenditure ($29,224,702.00) numbers were determined, the final per pupil amount was calculated to be $7,628.00, which was $160.00 more than originally budgeted. This increased cost is primarily attributable to the adjustments in the school funding formula as a result of the recent Lakeview decision. A Funding By Source schedule is shown on Page 2 of the attachment presenting the costs allocated to each of the four (4) parties.

The Honorable William R. Wilson, Jr.	-2-	September 28, 2006

The Magnet Review Committee respectfully requests the Court's review and approval of the 2005-2006 finalized budget in the amount of $29,224,702.00, with a per pupil expenditure of $7,628.00, attached herewith. Even though the budget Draft 2 contains figures for the proposed 2006-2007 budget, the Magnet Review Committee is not asking the Court's approval at this time. The proposed 2006-2007 budget will be submitted to the Court after representatives from each party bring their recommendations to the Magnet Review Committee meeting on October 17, 2006.

The Magnet Review Committee is committed to maintaining the quality of the Stipulation magnet schools. We will continue to work with the host district as we exercise stringent oversight of the magnet schools' budget in an effort to achieve and ensure efficient management and cost containment to the greatest extent possible.

Sincerely,

*Sadie Mitchell*

Sadie Mitchell, Chairperson
Magnet Review Committee

SM/DGC:sl
Attachment:  Final 2005-2006 Stipulation Magnet Schools Budget Actual Expenditures (Draft 2)

cc:  Office of Desegregation Monitoring
     Magnet Review Committee

| 2006-07 BUDGET PROPOSAL (DRAFT 2) SUMMARY FOR MAGNET SCHOOLS | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 6.0 | $577,006 | $590,057 | 6.0 | $605,528 |
| | 02 | Asst. Prin. | 10.0 | $704,187 | $719,586 | 10.0 | $739,257 |
| | 03 | Specialists | 40.2 | $2,060,208 | $2,095,071 | 40.2 | $2,178,546 |
| | 04 | Counselors | 13.5 | $745,758 | $755,548 | 13.5 | $819,990 |
| | 05 | Media Spec. | 6.5 | $333,386 | $342,566 | 6.5 | $369,766 |
| | 06 | Art-Perf./Prod. | 3.0 | $135,929 | $138,721 | 3.0 | $147,146 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 7.9 | $442,679 | $452,002 | 7.9 | $506,912 |
| | 10 | Special Education | 15.5 | $621,519 | $624,198 | 16.5 | $700,071 |
| | 11 | Gifted | 5.4 | $296,023 | $302,527 | 6.4 | $353,735 |
| | 12 | Classroom | 202.9 | $9,892,360 | $10,105,508 | 201.9 | $10,247,836 |
| | 13 | Substitutes | 0.0 | $293,000 | $347,950 | 0.0 | $310,000 |
| | 14 | Other-Kindergarten | 15.0 | $729,204 | $782,522 | 15.0 | $772,934 |
| | | TOTAL CERTIFIED SALARY | 325.9 | $16,831,258 | $17,256,256 | 326.9 | $17,751,721 |
| SUPPORT STAFF | 15 | Secretaries | 21.4 | $621,784 | $640,002 | 21.4 | $686,358 |
| | 16 | Nurses | 6.0 | $273,520 | $280,670 | 6.0 | $292,918 |
| | 17 | Custodians | 28.9 | $572,555 | $576,668 | 28.9 | $612,444 |
| | 18 | Information Services | 1.0 | $65,554 | $66,547 | 1.0 | $68,780 |
| | 19 | Paraprofessionals-Other | 4.0 | $176,869 | $182,943 | 3.0 | $163,884 |
| | 20 | Other-Aides | 26.0 | $490,064 | $474,617 | 28.2 | $560,984 |
| | 21 | Fringe Benefits(20) | xxxxxxxxx | $0 | $5,189,424 | xxxxxxxxx | $5,830,809 |
| | | TOTAL SUPPORT SALARY | 87.3 | $7,744,958 | $7,410,871 | 88.5 | $8,216,177 |
| | | TOTAL (10-20) | xxxxxxxxx | $24,576,216 | $24,667,128 | xxxxxxxxx | $25,967,898 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxxx | $ 589,700 | $ 719,885 | xxxxxxxxx | $798,500 |
| | 23 | Travel | xxxxxxxxx | $ 40,000 | $ 46,655 | xxxxxxxxx | $35,500 |
| | 24 | Maintenance Agreements | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 25 | Other | xxxxxxxxx | $ 285,368 | $ 259,970 | xxxxxxxxx | $237,130 |
| | | TOTAL (30) | xxxxxxxxx | $ 915,068 | $ 1,026,510 | xxxxxxxxx | $ 1,071,130 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxxx | $40 | $0 | xxxxxxxxx | $40 |
| | 27 | Regular Classroom | xxxxxxxxx | $ 811,870 | $ 850,904 | xxxxxxxxx | $677,822 |
| | 28 | Media | xxxxxxxxx | $ 45,470 | $ 38,239 | xxxxxxxxx | $42,390 |
| | 29 | Other | xxxxxxxxx | $ 24,273 | $ 27,819 | xxxxxxxxx | $ 28,873 |
| | | TOTAL (40) | xxxxxxxxx | $ 881,653 | $ 916,962 | xxxxxxxxx | $ 749,125 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxxx | $ 70,315 | $ 215,126 | xxxxxxxxx | $ 57,200 |
| | 31 | Building Repair, etc. | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 32 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxxx | $ 70,315 | $ 215,126 | xxxxxxxxx | $ 57,200 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxxx | $ 7,800 | $ 3,390 | xxxxxxxxx | $ 4,856 |
| | 34 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxxx | $ 7,800 | $ 3,390 | xxxxxxxxx | $ 4,856 |
| | | TOTAL (30-60) | xxxxxxxxx | $ 1,874,836 | $ 2,161,988 | xxxxxxxxx | $ 1,882,311 |
| | | TOTAL (10-60) | 413.1 | $ 26,451,052 | $ 26,829,116 | 415.3 | $ 27,850,209 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxxx | $ 2,398,526 | $ 2,395,586 | xxxxxxxxx | $ 2,492,871 |
| | | GRAND TOTAL | xxxxxxxxx | $28,849,578 | $29,224,702 | xxxxxxxxx | $30,343,080 |

MAGBK07A

| Line Item Costs - Summary | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---:|---:|---:|
| Stipends | $29,600 | $52,951 | $41,250 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $2,194,000 | $2,227,287 | $2,312,522 |
| Vocational | $32,800 | $32,712 | $32,800 |
| Athletics | $101,626 | $60,936 | $65,799 |
| Gifted Programs | $500 | $500 | $500 |
| Plant Services | $32,000 | $13,201 | $32,000 |
| Reading | $500 | $500 | $500 |
| Science | $0 | $0 | $0 |
| English | $1,500 | $1,500 | $1,500 |
| Special Education | $4,000 | $4,000 | $4,000 |
| Curriculum | $2,000 | $2,000 | $2,000 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $2,398,526 | $2,395,586 | $2,492,871 |

| Per Pupil Cost | 2005-06 | 2005-06 | 2006-07 |
|---|---:|---:|---:|
| 3rd Qtr. ADM or Proj. | 3,862.90 | 3,831.12 | 3,831.00 |
| Total Costs | 28,849,578.09 | 29,224,702.13 | 30,343,080.00 |
| Per Pupil Cost | $7,468 | $7,628 | $7,920 |

| Funding By Source Summary | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---:|---:|---:|
| State of Arkansas | $14,424,069 | $14,611,930 | $15,171,275 |
| LRSD | $9,248,057 | $9,260,815 | $9,614,975 |
| PCSSD | $3,443,532 | $3,567,768 | $3,704,342 |
| NLRSD | $1,733,920 | $1,784,189 | $1,852,488 |
| Total Costs | $28,849,578 | $29,224,702 | $30,343,080 |

| 2006-07 BUDGET PROPOSAL (DRAFT 2) Carver Magnet School | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $ 93,186 | $ 95,068 | 1.0 | $ 97,930 |
| | 02 | Asst. Prin. | 1.0 | $ 70,837 | $ 72,120 | 1.0 | $ 74,401 |
| | 03 | Specialists | 8.0 | $ 405,782 | $ 419,228 | 8.0 | $ 434,292 |
| | 04 | Counselors | 2.0 | $ 107,304 | $ 109,708 | 2.0 | $ 115,886 |
| | 05 | Media Spec. | 1.5 | $ 59,967 | $ 67,117 | 1.5 | $ 70,377 |
| | 06 | Art-Perf./Prod. | 0.0 | | | 0.0 | |
| | 07 | Music | 0.0 | | | 0.0 | |
| | 08 | Foreign Lang. | 0.0 | | | 0.0 | |
| | 09 | Vocational | 0.0 | | | 0.0 | |
| | 10 | Special Education | 1.0 | $ 51,587 | $ 52,678 | 1.0 | $ 55,473 |
| | 11 | Gifted | 1.4 | $ 77,720 | $ 78,956 | 1.4 | $ 82,401 |
| | 12 | Classroom | 21.5 | $ 937,752 | $ 949,474 | 21.5 | $ 912,879 |
| | 13 | Substitutes | 0.0 | $ 38,000 | $ 45,797 | 0.0 | $ 45,000 |
| | 14 | Other-Kindergarten | 5.0 | $ 246,467 | $ 254,281 | 5.0 | $ 282,919 |
| | | TOTAL CERTIFIED SALARY | 42.4 | $2,088,601 | $2,144,426 | 42.4 | $2,171,558 |
| SUPPORT STAFF | 15 | Secretaries | 3.0 | $ 82,152 | $ 84,582 | 3.0 | $ 89,904 |
| | 16 | Nurses | 1.0 | $ 41,328 | $ 42,204 | 1.0 | $ 44,784 |
| | 17 | Custodians | 4.0 | $ 75,503 | $ 74,193 | 4.0 | $ 81,606 |
| | 18 | Information Services | 0.2 | $ 10,928 | $ 11,093 | 0.2 | $ 11,466 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 5.0 | $ 97,165 | $ 92,145 | 5.2 | $ 102,011 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $ 708,611 | $ 705,721 | xxxxxxxx | $ 739,450 |
| | | TOTAL SUPPORT SALARY | 13.2 | $1,015,687 | $1,009,939 | 13.4 | $1,069,220 |
| | | TOTAL (10-20) | xxxxxxxx | $3,104,289 | $3,154,365 | xxxxxxxx | $3,240,778 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $ 58,500 | $ 69,185 | xxxxxxxx | $ 75,800 |
| | 23 | Travel | xxxxxxxx | $ 7,000 | $ 14,276 | xxxxxxxx | $ 5,000 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $ 30,013 | $ 29,566 | xxxxxxxx | $ 20,113 |
| | | TOTAL (30) | xxxxxxxx | $ 95,513 | $ 113,027 | xxxxxxxx | $ 100,913 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $ 77,500 | $ 77,766 | xxxxxxxx | $ 87,057 |
| | 28 | Media | xxxxxxxx | $ 7,500 | $ 4,915 | xxxxxxxx | $ 5,500 |
| | 29 | Other | xxxxxxxx | $ 3,125 | $ 4,206 | xxxxxxxx | $ 3,827 |
| | | TOTAL (40) | xxxxxxxx | $ 88,125 | $ 86,888 | xxxxxxxx | $ 96,384 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $ 8,500 | $ 2,747 | xxxxxxxx | $ 6,000 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $ 8,500 | $ 2,747 | xxxxxxxx | $ 6,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $ 1,000 | $ 680 | xxxxxxxx | $ 1,000 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $ 1,000 | $ 680 | xxxxxxxx | $ 1,000 |
| | | TOTAL (30-60) | xxxxxxxx | $193,138 | $203,342 | xxxxxxxx | $204,297 |
| | | TOTAL (10-60) | | 55.6 | $3,297,427 | $3,357,707 | 55.8 | $3,445,075 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $293,462 | $298,017 | xxxxxxxx | $314,693 |
| | | GRAND TOTAL | xxxxxxxx | $3,590,889 | $3,655,724 | xxxxxxxx | $3,759,769 |

| Line Item Costs | Proposed | Actual | Proposed |
|---|---|---|---|
| Carver | 2005-06 | 2005-06 | 2006-07 |
| Stipends | $4,250 | $5,336 | $8,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $283,903 | $289,788 | $300,610 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $133 | $134 | $134 |
| Plant Services | $4,141 | $1,718 | $4,160 |
| Reading | $65 | $65 | $65 |
| Science | $0 | $0 | $0 |
| English | $194 | $195 | $195 |
| Special Education | $518 | $520 | $520 |
| Curriculum | $259 | $260 | $260 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $293,462 | $298,017 | $314,693 |

| Per Pupil Cost | 2005-06 | 2004-05 | 2005-06 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 498.56 | 498.46 | 498.00 |
| Total Costs | $3,590,889 | $3,655,724 | $3,759,769 |
| Per Pupil Cost | $7,203 | $7,334 | $7,550 |

| 2006-07 BUDGET PROPOSAL(DRAFT 2) Gibbs Magnet School | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $ 93,172 | $ 96,557 | 1.0 | $ 97,781 |
| | 02 | Asst. Prin. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 03 | Specialists | 6.8 | $ 329,753 | $ 291,812 | 6.8 | $ 330,833 |
| | 04 | Counselors | 1.0 | $ 53,465 | $ 56,201 | 1.0 | $ 57,448 |
| | 05 | Media Spec. | 1.0 | $ 61,583 | $ 63,000 | 1.0 | $ 64,947 |
| | 06 | Art-Perf./Prod. | 0.0 | | | 0.0 | |
| | 07 | Music | 0.0 | | | 0.0 | |
| | 08 | Foreign Lang. | 0.0 | | | 0.0 | |
| | 09 | Vocational | 0.0 | | | 0.0 | |
| | 10 | Special Education | 1.5 | $ 68,322 | $ 69,765 | 1.5 | $ 73,956 |
| | 11 | Gifted | 1.0 | $ 54,561 | $ 55,932 | 1.0 | $ 57,557 |
| | 12 | Classroom | 16.2 | $ 728,828 | $ 719,117 | 15.2 | $ 703,820 |
| | 13 | Substitutes | 0.0 | $ 28,000 | $ 27,763 | 0.0 | $ 25,000 |
| | 14 | Other-Kindergarten | 2.0 | $ 105,715 | $ 106,393 | 2.0 | $ 98,338 |
| | | TOTAL CERTIFIED SALARY | 30.5 | $1,523,399 | $1,486,541 | 29.5 | $1,509,680 |
| SUPPORT STAFF | 15 | Secretaries | 1.4 | $ 30,736 | $ 27,792 | 1.4 | $ 33,016 |
| | 16 | Nurses | 1.0 | $ 34,548 | $ 36,886 | 1.0 | $ 39,046 |
| | 17 | Custodians | 3.0 | $ 67,314 | $ 68,316 | 3.0 | $ 70,869 |
| | 18 | Information Services | 0.2 | $ 10,928 | $ 11,093 | 0.2 | $ 11,466 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 4.3 | $ 60,630 | $ 65,456 | 4.3 | $ 62,761 |
| | 21 | Fringe Benefits(20) | xxxxxxxxx | $ 510,816 | $ 466,880 | xxxxxxxxx | $ 512,877 |
| | | TOTAL SUPPORT SALARY | 9.9 | $714,972 | $676,423 | 9.9 | $730,034 |
| | | TOTAL (10-20) | xxxxxxxxx | $2,238,372 | $2,162,963 | xxxxxxxxx | $2,239,714 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxxx | $ 34,000 | $ 47,642 | xxxxxxxxx | $ 49,000 |
| | 23 | Travel | xxxxxxxxx | $ 7,000 | $ 12,457 | xxxxxxxxx | $ 5,000 |
| | 24 | Maintenance Agreements | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 25 | Other | xxxxxxxxx | $ 27,900 | $ 22,847 | xxxxxxxxx | $ 23,738 |
| | | TOTAL (30) | xxxxxxxxx | $68,900 | $82,946 | xxxxxxxxx | $77,738 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxxx | $ 35,800 | $ 40,907 | xxxxxxxxx | $ 36,588 |
| | 28 | Media | xxxxxxxxx | $ 2,500 | $ 1,604 | xxxxxxxxx | $ 2,500 |
| | 29 | Other | xxxxxxxxx | $ 1,953 | $ 2,581 | xxxxxxxxx | $ 3,174 |
| | | TOTAL (40) | xxxxxxxxx | $ 40,253 | $ 45,091 | xxxxxxxxx | $ 42,262 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxxx | $ 16,904 | $ 141,288 | xxxxxxxxx | $ 11,500 |
| | 31 | Building Repair, etc. | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 32 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxxx | $ 16,904 | $ 141,288 | xxxxxxxxx | $ 11,500 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxxx | $ 1,000 | $ 499 | xxxxxxxxx | $ 500 |
| | 34 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxxx | $ 1,000 | $ 499 | xxxxxxxxx | $ 500 |
| | | TOTAL (30-60) | xxxxxxxxx | $127,057 | $269,824 | xxxxxxxxx | $132,000 |
| | | TOTAL (10-60) | 40.4 | $2,365,429 | $2,432,788 | 39.4 | $2,371,714 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxxx | $179,105 | $176,702 | xxxxxxxxx | $186,138 |
| | | GRAND TOTAL | xxxxxxxxx | $2,544,533 | $2,609,490 | xxxxxxxxx | $2,557,853 |

| Line Item Costs - Gibbs | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---|---|---|
| Stipends | $950 | $5,125 | $6,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $174,884 | $169,881 | $176,261 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $82 | $79 | $79 |
| Plant Services | $2,551 | $1,007 | $2,439 |
| Reading | $40 | $38 | $38 |
| Science | $0 | $0 | $0 |
| English | $120 | $114 | $114 |
| Special Education | $319 | $305 | $305 |
| Curriculum | $159 | $153 | $152 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $179,105 | $176,702 | $186,138 |

| Per Pupil Cost | 2005-06 | 2005-06 | 2006-07 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 307.27 | 292.21 | 292.00 |
| Total Costs | $2,544,533 | $2,609,490 | $2,557,853 |
| Per Pupil Cost | $8,281 | $8,930 | $8,760 |

| 2006-07 BUDGET PROPOSAL (DRAFT 2) Williams Magnet School | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $ 93,576 | $ 95,472 | 1.0 | $ 98,229 |
| | 02 | Asst. Prin. | 1.0 | $ 70,337 | $ 71,789 | 1.0 | $ 73,901 |
| | 03 | Specialists | 5.0 | $ 272,661 | $ 279,297 | 5.0 | $ 298,344 |
| | 04 | Counselors | 1.5 | $ 85,334 | $ 88,900 | 1.5 | $ 88,340 |
| | 05 | Media Spec. | 1.0 | $ 55,982 | $ 56,419 | 1.0 | $ 59,056 |
| | 06 | Art-Perf./Prod. | 0.0 | | | 0.0 | |
| | 07 | Music | 0.0 | | | 0.0 | |
| | 08 | Foreign Lang. | 0.0 | | | 0.0 | |
| | 09 | Vocational | 0.0 | | | 0.0 | |
| | 10 | Special Education | 1.5 | $ 75,776 | $ 70,348 | 1.5 | $ 80,920 |
| | 11 | Gifted | 2.0 | $ 109,181 | $ 111,707 | 2.0 | $ 116,220 |
| | 12 | Classroom | 21.0 | $ 1,015,873 | $ 1,037,897 | 21.0 | $ 1,000,596 |
| | 13 | Substitutes | 0.0 | $ 54,000 | $ 42,524 | 0.0 | $ 40,000 |
| | 14 | Other-Kindergarten | 3.0 | $ 154,499 | $ 158,092 | 3.0 | $ 164,056 |
| | | TOTAL CERTIFIED SALARY | 37.0 | $1,987,218 | $2,012,446 | 37.0 | $2,019,661 |
| SUPPORT STAFF | 15 | Secretaries | 3.0 | $ 86,520 | $ 88,368 | 3.0 | $ 84,420 |
| | 16 | Nurses | 1.0 | $ 58,864 | $ 59,884 | 1.0 | $ 61,610 |
| | 17 | Custodians | 3.5 | $ 75,355 | $ 76,168 | 3.5 | $ 80,270 |
| | 18 | Information Services | 0.2 | $ 10,928 | $ 11,093 | 0.2 | $ 11,466 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 4.0 | $ 59,654 | $ 45,189 | 5.0 | $ 78,680 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $ 660,432 | $ 583,407 | xxxxxxxx | $ 681,683 |
| | | TOTAL SUPPORT SALARY | 11.7 | $951,752 | $864,109 | 12.7 | $998,128 |
| | | TOTAL (10-20) | xxxxxxxx | $2,938,970 | $2,876,555 | xxxxxxxx | $3,017,789 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $ 60,000 | $ 66,064 | xxxxxxxx | $ 72,300 |
| | 23 | Travel | xxxxxxxx | $ 2,000 | $0 | xxxxxxxx | $ 2,000 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $ 28,205 | $ 27,258 | xxxxxxxx | $ 22,605 |
| | | TOTAL (30) | xxxxxxxx | $ 90,205 | $ 93,321 | xxxxxxxx | $ 96,905 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $ 82,600 | $ 95,349 | xxxxxxxx | $ 82,288 |
| | 28 | Media | xxxxxxxx | $ 4,700 | $ 3,816 | xxxxxxxx | $ 5,100 |
| | 29 | Other | xxxxxxxx | $ 2,904 | $ 3,113 | xxxxxxxx | $ 3,303 |
| | | TOTAL (40) | xxxxxxxx | $ 90,204 | $ 102,278 | xxxxxxxx | $ 90,691 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $ 6,911 | $ 445 | xxxxxxxx | $ 6,700 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $ 6,911 | $ 445 | xxxxxxxx | $ 6,700 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $ 1,500 | $ 356 | xxxxxxxx | $ 656 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $ 1,500 | $ 356 | xxxxxxxx | $ 656 |
| | | TOTAL (30-60) | xxxxxxxx | $188,820 | $196,401 | xxxxxxxx | $194,952 |
| | | TOTAL (10-60) | 48.7 | $3,127,790 | $3,072,956 | 49.7 | $3,212,741 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $267,068 | $269,711 | xxxxxxxx | $287,505 |
| | | GRAND TOTAL | xxxxxxxx | $3,394,858 | $3,342,667 | xxxxxxxx | $3,500,247 |

| Line Item Costs - Williams | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---|---|---|
| Stipends | $2,150 | $1,527 | $6,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $260,055 | $265,534 | $275,861 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $122 | $123 | $123 |
| Plant Services | $3,793 | $1,574 | $3,817 |
| Reading | $59 | $60 | $60 |
| Science | $0 | $0 | $0 |
| English | $178 | $179 | $179 |
| Special Education | $474 | $477 | $477 |
| Curriculum | $237 | $238 | $239 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $267,068 | $269,711 | $287,505 |

| Per Pupil Cost | 2005-06 | 2005-06 | 2006-07 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 460.75 | 456.74 | 457.00 |
| Total Costs | $3,394,858 | $3,342,667 | $3,500,247 |
| Per Pupil Cost | $7,368 | $7,319 | $7,659 |

| 2006-07 BUDGET PROPOSAL(DRAFT 2) Mann Magnet School | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $97,047 | $99,029 | 1.0 | $101,810 |
| | 02 | Asst. Prin. | 3.0 | $193,772 | $198,792 | 3.0 | $202,982 |
| | 03 | Specialists | 3.4 | $177,843 | $191,089 | 3.4 | $185,259 |
| | 04 | Counselors | 3.0 | $174,168 | $178,238 | 3.0 | $187,858 |
| | 05 | Media Spec. | 1.0 | $61,583 | $63,109 | 1.0 | $64,947 |
| | 06 | Art-Perf./Prod. | 0.0 | | | 0.0 | |
| | 07 | Music | 0.0 | | | 0.0 | |
| | 08 | Foreign Lang. | 0.0 | | | 0.0 | |
| | 09 | Vocational | 2.9 | $167,562 | $171,883 | 2.9 | $179,293 |
| | 10 | Special Education | 6.5 | $205,870 | $174,047 | 7.0 | $238,195 |
| | 11 | Gifted | 0.0 | $0 | $0 | 0.0 | $0 |
| | 12 | Classroom | 50.6 | $2,562,745 | $2,616,904 | 49.6 | $2,665,588 |
| | 13 | Substitutes | 0.0 | $64,000 | $78,854 | 0.0 | $65,000 |
| | 14 | Other-Kindergarten | 0.0 | $0 | $0 | 0.0 | $0 |
| | | TOTAL CERTIFIED SALARY | 71.4 | $3,704,589 | $3,771,945 | 70.9 | $3,890,932 |
| SUPPORT STAFF | 15 | Secretaries | 5.0 | $144,132 | $147,135 | 5.0 | $147,718 |
| | 16 | Nurses | 1.0 | $41,328 | $42,204 | 1.0 | $44,784 |
| | 17 | Custodians | 5.9 | $109,965 | $113,888 | 5.9 | $117,617 |
| | 18 | Information Services | 0.2 | $10,928 | $11,093 | 0.2 | $11,466 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 3.0 | $75,615 | $78,975 | 3.0 | $79,216 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $1,183,245 | $1,118,012 | xxxxxxxx | $1,231,318 |
| | | TOTAL SUPPORT SALARY | 15.1 | $1,565,213 | $1,511,306 | 15.1 | $1,632,118 |
| | | TOTAL (10-20) | xxxxxxxx | $5,269,802 | $5,283,251 | xxxxxxxx | $5,523,050 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $207,300 | $243,568 | xxxxxxxx | $273,900 |
| | 23 | Travel | xxxxxxxx | $2,000 | $6,062 | xxxxxxxx | $5,500 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $63,300 | $45,883 | xxxxxxxx | $38,974 |
| | | TOTAL (30) | xxxxxxxx | $272,600 | $295,513 | xxxxxxxx | $318,374 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $211,000 | $203,744 | xxxxxxxx | $158,588 |
| | 28 | Media | xxxxxxxx | $6,370 | $7,593 | xxxxxxxx | $7,000 |
| | 29 | Other | xxxxxxxx | $5,499 | $5,357 | xxxxxxxx | $6,103 |
| | | TOTAL (40) | xxxxxxxx | $222,869 | $216,694 | xxxxxxxx | $171,691 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $15,000 | $36,148 | xxxxxxxx | $14,000 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $15,000 | $36,148 | xxxxxxxx | $14,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $1,000 | $570 | xxxxxxxx | $0 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $1,000 | $570 | xxxxxxxx | $0 |
| | | TOTAL (30-60) | xxxxxxxx | $511,469 | $548,925 | xxxxxxxx | $504,065 |
| | | TOTAL (10-60) | 86.5 | $5,781,271 | $5,832,176 | 86.0 | $6,027,115 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $533,007 | $532,735 | xxxxxxxx | $558,650 |
| | | GRAND TOTAL | xxxxxxx | $6,314,278 | $6,364,911 | xxxxxxx | $6,585,765 |

| Line Item Costs Mann | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---:|---:|---:|
| Stipends | $750 | $0 | $750 |
| Other Objects |  | $0 | $0 |
| Indirect Costs | $488,313 | $491,610 | $510,674 |
| Vocational | $14,189 | $14,031 | $14,189 |
| Athletics | $20,852 | $22,415 | $24,204 |
| Gifted Programs | $0 | $0 | $0 |
| Plant Services | $7,122 | $2,914 | $7,067 |
| Reading | $111 | $110 | $110 |
| Science | $0 | $0 | $0 |
| English | $334 | $331 | $331 |
| Special Education | $890 | $883 | $883 |
| Curriculum | $445 | $441 | $442 |
| xxxxxx |  |  |  |
| xxxxxx |  |  |  |
| Total Line Items | $533,007 | $532,735 | $558,650 |

| Per Pupil Cost | 2005-06 | 2005-06 | 2006-07 |
|---|---:|---:|---:|
| 3rd Qtr. ADM or Proj. | 868.20 | 845.61 | 846.00 |
| Total Costs | $6,314,278 | $6,364,911 | $6,585,765 |
| Per Pupil Cost | $7,273 | $7,527 | $7,785 |

| 2006-07 BUDGET PROPOSAL(DRAFT 2) Parkview Magnet School | | | 05-06 F.T.E. | 05-06 Proposed | 05-06 Actual | 06-07 F.T.E. | 06-07 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $105,050 | $107,063 | 1.0 | $110,145 |
| | 02 | Asst. Prin. | 4.0 | $298,904 | $305,096 | 4.0 | $314,072 |
| | 03 | Specialists | 10.0 | $509,197 | $537,492 | 10.0 | $548,566 |
| | 04 | Counselors | 4.0 | $230,123 | $235,440 | 4.0 | $245,103 |
| | 05 | Media Spec. | 1.0 | $50,499 | $51,735 | 1.0 | $63,152 |
| | 06 | Art-Perf./Prod. | 0.0 | | | 0.0 | |
| | 07 | Music | 0.0 | | | 0.0 | |
| | 08 | Foreign Lang. | 0.0 | | | 0.0 | |
| | 09 | Vocational | 5.0 | $275,117 | $280,118 | 5.0 | $327,619 |
| | 10 | Special Education | 3.0 | $98,020 | $132,619 | 3.5 | $123,087 |
| | 11 | Gifted | 0.0 | $0 | $0 | 0.0 | $0 |
| | 12 | Classroom | 60.6 | $3,059,843 | $3,215,912 | 61.6 | $3,279,159 |
| | 13 | Substitutes | 0.0 | $64,000 | $94,021 | 0.0 | $80,000 |
| | 14 | Other-Kindergarten | 0.0 | $0 | $0 | 0.0 | $0 |
| | | TOTAL CERTIFIED SALARY | 88.6 | $4,690,753 | $4,959,496 | 90.1 | $5,090,902 |
| SUPPORT STAFF | 15 | Secretaries | 7.0 | $224,116 | $236,095 | 7.0 | $271,796 |
| | 16 | Nurses | 1.0 | $47,976 | $48,996 | 1.0 | $50,472 |
| | 17 | Custodians | 8.5 | $162,389 | $162,251 | 8.5 | $173,215 |
| | 18 | Information Services | 0.2 | $10,915 | $11,080 | 0.2 | $11,452 |
| | 19 | Paraprofessionals-Other | 4.0 | $176,869 | $182,943 | 3.0 | $163,884 |
| | 20 | Other-Aides | 3.0 | $84,670 | $80,345 | 4.0 | $122,340 |
| | 21 | Fringe Benefits(20) | xxxxxxxxx | $1,558,989 | $1,460,473 | xxxxxxxxx | $1,677,683 |
| | | TOTAL SUPPORT SALARY | 23.7 | $2,265,923 | $2,182,183 | 23.7 | $2,470,841 |
| | | TOTAL (10-20) | xxxxxxxxx | $6,956,676 | $7,141,679 | xxxxxxxxx | $7,561,743 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxxx | $156,900 | $207,296 | xxxxxxxxx | $234,300 |
| | 23 | Travel | xxxxxxxxx | $17,000 | $10,524 | xxxxxxxxx | $13,000 |
| | 24 | Maintenance Agreements | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 25 | Other | xxxxxxxxx | $105,300 | $98,591 | xxxxxxxxx | $99,300 |
| | | TOTAL (30) | xxxxxxxxx | $279,200 | $316,410 | xxxxxxxxx | $346,600 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxxx | $40 | $0 | xxxxxxxxx | $40 |
| | 27 | Regular Classroom | xxxxxxxxx | $307,522 | $343,042 | xxxxxxxxx | $212,638 |
| | 28 | Media | xxxxxxxxx | $13,400 | $8,997 | xxxxxxxxx | $12,290 |
| | 29 | Other | xxxxxxxxx | $6,980 | $8,802 | xxxxxxxxx | $8,107 |
| | | TOTAL (40) | xxxxxxxxx | $327,942 | $360,842 | xxxxxxxxx | $233,075 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxxx | $16,000 | $34,498 | xxxxxxxxx | $15,000 |
| | 31 | Building Repair, etc. | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | 32 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxxx | $16,000 | $34,498 | xxxxxxxxx | $15,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxxx | $2,300 | $1,285 | xxxxxxxxx | $1,700 |
| | 34 | Other | xxxxxxxxx | $0 | $0 | xxxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxxx | $2,300 | $1,285 | xxxxxxxxx | $1,700 |
| | | TOTAL (30-60) | xxxxxxxxx | $625,442 | $713,035 | xxxxxxxxx | $596,375 |
| | | TOTAL (10-60) | 112.3 | $7,582,118 | $7,854,714 | 113.8 | $8,158,118 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxxx | $772,296 | $731,084 | xxxxxxxxx | $758,405 |
| | | GRAND TOTAL | xxxxxxxxx | $8,354,414 | $8,585,799 | xxxxxxxxx | $8,916,523 |

| Line Item Costs - Parkview | Proposed 2005-06 | Actual 2005-06 | Proposed 2006-07 |
|---|---|---|---|
| Stipends | $20,750 | $13,114 | $6,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $640,484 | $654,538 | $679,692 |
| Vocational | $18,611 | $18,681 | $18,611 |
| Athletics | $80,774 | $38,521 | $41,596 |
| Gifted Programs | $0 | $0 | $0 |
| Plant Services | $9,342 | $3,879 | $9,405 |
| Reading | $146 | $147 | $147 |
| Science | $0 | $0 | $0 |
| English | $438 | $441 | $441 |
| Special Education | $1,168 | $1,175 | $1,176 |
| Curriculum | $584 | $588 | $588 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $772,296 | $731,084 | $758,405 |

| Per Pupil Cost | 2005-06 | 2005-06 | 2006-07 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 1,110.82 | 1,125.86 | 1,126.00 |
| Total Costs | $8,354,413.96 | $8,585,798.65 | $8,916,523.16 |
| Per Pupil Cost | $7,521 | $7,626 | $7,919 |