## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| **V.**   No. 4:82CV00866-WRW/JTR | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, et al.,** | **DEFENDANTS** |
| **MRS. LORENE JOSHUA, et al.** | **INTERVENORS** |
| **KATHERINE KNIGHT, et al.** | **INTERVENORS** |

### ORDER

A telephone conference was held earlier this afternoon and the following was ordered:

1. Each party must submit, by noon, Thursday January 4, 2007, suggested "blocks of time" for presenting its case, making allowance for time anticipated for cross-examination of opposing witnesses.

2. The parties must submit proposed findings of fact, at or before noon, on Monday, January 15, 2007.

Counsel for the parties are reminded to be keenly aware of the time limits, and pare their presentations down so that all essential evidence can be presented. Absent highly unusual circumstances, no additional time would be allotted for hearing the compliance issue.

Based on the findings of fact and conclusions of law made during today's telephone conference, LSRD's Motion and Supplemental Motion Contempt and Motion for Disqualification (Doc. Nos. 4074, 4084) are DENIED as to disqualification and DENIED without prejudice as to contempt. Joshua's Motion to Require LRSD to Specify Facts (Doc. No. 4080) is MOOT.

IT IS SO ORDERED this 29th day of December, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE