**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 24, 2007**

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72024

      Re:    *LRSD v. PCSSD, et al*, 4:82-CV-00866
             Joshua's Motion for Extension of Time to File Notice of Appeal

Dear Mr. Walker:

What is opposing counsel's position?

Please advise.

                                        Cordially,

                                        /s/ Wm. R.Wilson,Jr.

P.S. Please refer to Local Rul 6.2(b).

Original to the Clerk of the Court
cc:    Other Counsel of Record