UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

V.                         No. 4:82CV00866-WRW/JTR

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, et al.,                                        DEFENDANTS

MRS. LORENE JOSHUA, et al.                                     INTERVENORS

KATHERINE KNIGHT, et al.                                       INTERVENORS

## ORDER

Pending is Joshua Intervenors' Motion for Additional Time in which to File Notice of Appeal (Doc. No. 4105). Joshua is given to and including 12:00 noon, Thursday, April 5, 2007 within which to file a notice of appeal.

This should give the intervenors ample time to weigh the relevant considerations.

IT IS SO ORDERED this 26th day of March, 2007.


                                                /s/ Wm. R.Wilson,Jr.
                                                UNITED STATES DISTRICT JUDGE