UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                              **PLAINTIFF**

V.                              No. 4:82CV00866-WRW/JTR

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, et al.,**                                                    **DEFENDANTS**

**MRS. LORENE JOSHUA, et al.**                                               **INTERVENORS**

**KATHERINE KNIGHT, et al.**                                                 **INTERVENORS**

## ORDER

Based on the matters set forth in Joshua Intervenors' Motion for Reconsideration for Extension of Time Up to and Including 30 Days to File Notice of Appeal (Doc. No. 4109), Joshua's time is again extended to 12:00 noon, Monday, April 9, 2007 within which to file a notice of appeal.

Mr. Walker and Mr. Pressman have had extensive experience in this type of litigation and in this particular case. While the Order of February 23, 2007[1] is longer than the usual order entered by this Court, it is not, I believe, all that complicated for lawyers who have been involved in the litigation for such a length of time -- and the filing of a notice of appeal is a simple matter.

IT IS SO ORDERED this 26th day of March, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 4103.

1