IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT     PLAINTIFF

V     CASE NO. 4:82CV00866WRW/JTR

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.     DEFENDANTS

MRS. LORENE JOSHUA, ET AL.     INTERVENORS

KATHERINE W. KNIGHT, ET AL.     INTERVENORS

## THE JOSHUA INTERVENORS' NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Joshua Intervenors appeal to the United States Court of Appeals for the Eighth Circuit from the Order of the Eastern District of Arkansas, the Honorable William R. Wilson, entered in this case on February 23, 2007.

Respectfully submitted,

JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, AR 72206
501-374-3758
501-374-4187 (facsimile)

By:/s/ John W. Walker

### CERTIFICATE OF SERVICE

I certify that on April 9, 2007, I have filed the foregoing with the Clerk of the Court and served on all counsel of record.

/s/ John W. Walker

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT005454
Cashier ID: japige
Transaction Date: 04/09/2007
Payer Name: JOHN W WALKER PA

NOTICE OF APPEAL/DOCKETING FEE
 For: JOHN W WALKER PA
 Amount:         $455.00

CHECK
 Check/Money Order Num: 11178
 Amt Tendered: $450.00
CASH
 Amt Tendered: $5.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

RE: LITTLE ROCK SCHOOL DISTRICT

4:82CV00866


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```