**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 25, 2007**

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72024

    Re:    *LRSD v. PCSSD, et al*, 4:82-CV-00866

Dear Mr. Walker:

I have received and read your letter of October 22, 2007.  Please file a formal motion if you want to pursue these matters.

                                  Cordially,

                                  /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc:    The Honorable Joe Thomas Ray
       Other Counsel of Record
       ODM