# JOHN W. WALKER, P.A.

ATTORNEY AT LAW
1723 BROADWAY
LITTLE ROCK, ARKANSAS 72206
TELEPHONE (501) 374-3758
FAX (501) 374-4187
Email: johnwalkeratty@aol.com

RECEIVED

OCT 24 2007

Wm. R. Wilson, Jr.
U. S. District Judge
E.D. of Arkansas

JOHN W. WALKER
SHAWN CHILDS

OF COUNSEL
ROBERT McHENRY, P.A.
DONNA J. McHENRY
8210 HENDERSON ROAD
LITTLE ROCK, ARKANSAS 72210
PHONE: (501) 372-3425 • FAX (501) 372-3428
Email: mchenryd@swbell.net

*ORDER*

*10-25-07*
*Granted*
*Wm R. Wilson*

**Via Facsimile**
October 5, 2007

Honorable Judge William R. Wilson
United States District Court
500 West Capitol, Suite D444
Little Rock, AR 72201

> **Re: Little Rock School District v. Pulaski County School District, et al.**
> **Case No. 82-866**

Dear Judge Wilson:

The NLRSD agrees as stated in its Petition that it and Joshua have an agreement to a 60 day response time by the Joshua Intervenors. If the court has a problem with that agreement and requires a formal motion to effectuate it, please let me know so that I may act formally to request an extension for that period or more.

Thank you for your consideration.

Sincerely,

/s/John W. Walker

JWW:js
cc: Mr. Stephen Jones
    Other Counsel of Record
    Office of Desegregation Monitoring