## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                    **PLAINTIFFS**

**v.**                                       **NO. 4:82CV0866 BSM**

**PULASKI COUNTY SCHOOL DISTRICT**
**et al.**                                                                                    **DEFENDANTS**

### ORDER SETTING STATUS HEARING

The parties are ordered to appear for a status hearing on Monday, April 13, 2009, at 10:00 a.m. at the Richard Sheppard Arnold U. S. Courthouse, 500 West Capitol, in Little Rock, Arkansas, in Courtroom 2D.  Each party is directed to be prepared to address the following: (1) whether the Pulaski County School District and the North Little Rock School District have reached unitary status; (2) if the districts have not reached unitary status, what are the impediments to the districts reaching unitary status; (3) if the districts have not reached unitary status, how are these districts distinguished from the Little Rock School District; and (4) if the districts have not reached unitary status, how many more years of federal monitoring will be necessary for the districts to reach unitary status?

IT IS SO ORDERED this 7th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE