IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
et al.                                                                                                    **PLAINTIFFS**

v.                                        NO. 4:82CV0866 BSM

**PULASKI COUNTY SCHOOL DISTRICT**
et al.                                                                                                    **DEFENDANTS**

**ORDER**

Mark Burnette, Chris Heller, Sam Jones, Steve Jones, Margie Powell, Robert Pressman, Scott Richardson, Joy Springer, John Walker, and Bishop Woosley, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock between Monday, April 13, 2009, and Tuesday, April 14, 2009, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the devise through electronic screening machines and requiring the person

    possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 10th day of April, 2009.

              _/s/ Brian S. Miller_
              UNITED STATES DISTRICT JUDGE