## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                              **PLAINTIFF**

**V.**                    **4:82CV00866 BSM/HDY**

**PULASKI COUNTY SPECIAL SCHOOL**                 **DEFENDANTS**
**DISTRICT NO. 1, ET AL.**

**MRS. LORENE JOSHUA, ET AL.**                        **INTERVENORS**

**KATHERINE KNIGHT, ET AL.**                          **INTERVENORS**

### ORDERS

Attached is a copy of the proposed 2009-2010 budget for the Office of Desegregation Monitoring that was received by the court today. The budget will be accepted as presented and will become effective within five days, unless the parties file objections within five days of this order.

IT IS SO ORDERED this 24th day of June, 2009.

UNITED STATES DISTRICT JUDGE

# Office of Desegregation Monitoring

United States District Court ● Eastern District of Arkansas

One Union National Plaza
124 West Capitol, Suite 1610
Little Rock, Arkansas 72201
(501) 376-6200   Fax (501) 371-0100

June 24, 2009

The Honorable Brian S. Miller
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201

> Re:   Little Rock School District v. Pulaski County Special School District, et al.
>       Case 4:82-cv-866 BSM

Dear Judge Miller:

Enclosed is the proposed 2009-10 ODM budget. As we did last year, we have again broken down the annual budget into two time frames, July-December and January-June. This would facilitate the closing of our office at the end of December 2009, if the case is concluded prior to that time. The format of the document follows that of ODM's prior budgets, including annotations to explain revenue calculations, definitions of budget categories, and the budgeted allocations for the year by category.

The overall 2009-10 budget of $349,119.00 represents an 2.7% increase from the 2008-09 budget. This budget is allocated between the State of Arkansas, the PCSSD, and the NLRSD. Since LRSD was released from all obligations relating to any ODM budget after the 2006-07 fiscal year, none of our subsequent budgets have included a financial allocation for the LRSD.

I will promptly provide any additional information upon request.

Sincerely yours,

Andree Roaf
Director, Office of Desegregation Monitoring

Enc.

cc: Judge H. David Young

## OFFICE OF DESEGREGATION MONITORING 2009-10 BUDGET

| REVENUE | 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|---|
| | July-December | January-June | July-Dec Actual | Jan-June Projected | July-December | January-June |
| State of Arkansas | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| LRSD | | | | | | |
| Budget allocation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Minus credit from previous year | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equals LRSD's share of the budget | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NLRSD | | | | | | |
| Budget allocation | 27,094.00 | 21,140.00 | 27,094.00 | 21,140.00 | 25,802.00 | 25,555.00 |
| Minus credit from previous year | 2,047.00 | 0.00 | 2,047.00 | 0.00 | 270.00 | 0.00 |
| Equals NLRSD's share of the budget | 25,047.00 | 21,140.00 | 25,047.00 | 21,140.00 | 25,532.00 | 25,555.00 |
| PCSSD | | | | | | |
| Budget allocation | 51,467.00 | 40,153.00 | 51,467.00 | 40,153.00 | 49,116.00 | 48,646.00 |
| Minus credit from previous year | 3,888.00 | 0.00 | 3,888.00 | 0.00 | 515.00 | 0.00 |
| Equals PCSSD's share of the budget | 47,579.00 | 40,153.00 | 47,579.00 | 40,153.00 | 48,601.00 | 48,646.00 |
| Sale of Equipment/Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 1,043.50 | 94.00 | 0.00 | 0.00 |
| Total Revenue | 178,561.00 | 161,293.00 | 179,604.50 | 161,387.00 | 174,918.00 | 174,201.00 |

Note: The credits in the above chart reflect the projected unspent amount of our previous year's budget, including any bank interest earned and amount received for the sale of any office furniture and equipment. Every budget cycle, ODM applies this amount toward each school district's budgeted allocation. Both that allocation and the credit are determined for the proposed budget by the previous year's October 1 enrollment numbers. The allocation and the credit will be adjusted after the close of the fiscal year.

| EXPENDITURES | 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|---|
| | July-December | January-June | July-Dec Actual | Jan-June Projected | July-December | January-June |
| Communications | 2,580.00 | 2,580.00 | 2,692.80 | 2,592.56 | 2,712.00 | 2,602.00 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 |
| Periodicals | 72.00 | 72.00 | 75.00 | 78.00 | 90.00 | 90.00 |
| Printing & Binding | 2,184.00 | 1,634.00 | 2,215.77 | 1,548.72 | 2,224.00 | 1,551.00 |
| Prof & Tech Services | 16,050.0 | 6,550.00 | 16,003.10 | 6,540.00 | 10,440.00 | 9,304.00 |
| Rent | 12,129.00 | 12,241.00 | 12,179.67 | 12,301.86 | 12,306.00 | 12,306.00 |
| Repairs & Maintenance | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Salaries | 119,898.00 | 119,897.00 | 119,897.52 | 119,897.48 | 123,843.00 | 123,843.00 |
| Benefits | 24,193.00 | 17,869.00 | 20,517.46 | 21,862.44 | 20,640.00 | 22,655.00 |
| Supplies | 750.00 | 250.00 | 798.80 | 138.94 | 750.00 | 250.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Insurance | 505.00 | 0.00 | 466.00 | 0.00 | 513.00 | 0.00 |
| Total Expenditures | 178,561.00 | 161,293.00 | 175,046.12 | 165,160.00 | 174,918.00 | 174,201.00 |
| Difference (Income minus Expenditures | 0.00 | 0.00 | 4,558.38 | (3,773.00) | 0.00 | 0.00 |

## EXPENDITURES

*Note: Definitions of expense categories are based on the Arkansas School Financial Accounting Manual.*

**Communications:**   Services provided by persons or businesses to assist in transmitting and receiving messages or information.  This category includes telephone services as well as postage machine rental and postage.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 2,580.00 | 2,580.00 | 2,692.80 | 2,592.56 | 2,712.00 | 2,602.00 |

**Equipment:**  Expenditures for the initial, additional, and replacement items or equipment, such as furniture and machinery.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 |

Note: The amount proposed for the July-December 2009-10 budget will allow ODM to purchase a computer in the event that one of the existing computers, which are obsolete and considered non-repairable, needs to be replaced.

**Periodicals:**  Expenditures for periodicals and newspapers for general use.  A periodical is any publication appearing at regular intervals of less than a year and continuing for an indefinite period.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 72.00 | 72.00 | 75.00 | 78.00 | 90.00 | 90.00 |

**Printing and Binding:**   Expenditures for job printing and binding, usually according to specifications.  This includes the design and printing of forms as well as printing and binding publications.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 2,184.00 | 1,634.00 | 2,215.77 | 1,548.72 | 2,224.00 | 1,551.00 |

Note: The July-December budget is higher than the January-June budget due to the printing of the enrollment report filed in December of each year.

**Professional and Technical Services**:  Services which by their nature can be performed only by persons with specialized skills and knowledge.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 16,050.00 | 6,550.00 | 16,003.10 | 6,540.00 | 10,440.00 | 9,304.00 |

Note: The 2009-10 proposed budget is less than last year's budget because ODM does not anticipate needing the contracted services of a former ODM monitor during the 2009-10 budget year.

**Rent:**  Expenditures for leasing or renting land and buildings for both temporary and long-range use.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 12,129.00 | 12,241.00 | 12,179.67 | 12,301.86 | 12,306.00 | 12,306.00 |

**Repairs and Maintenance**:  Expenditures for repairs and maintenance services which restore equipment to its original state or are a part of a routine preventive maintenance program.  This includes service contracts and contractual agreements covering the maintenance and operation of equipment and equipment systems.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |

**Salaries**: Salaries are the amounts paid to employees who are considered to be in positions of a permanent or temporary nature.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 119,898.00 | 119,897.00 | 119,897.52 | 119,897.48 | 123,843.00 | 123,843.00 |

Note:  The total 2009-10 salary reflects a 3.29% annual base increase, which is equal to or less than the annual step increase on the salary scales of the local districts.   Following is a breakdown of each employee's budgeted 2009-10 salary, (July-December and January-June).

| Name of Employee | 2008-09 Salary | | 2009-10 Proposed Salary | |
|---|---|---|---|---|
| | July-December | January-June | July-December | January-June |
| Andree Roaf | 61,458 | 61,457 | 63,480 | 63,480 |
| Margie Powell | 41,264 | 41,264 | 42,622 | 42,622 |
| Linda Bryant | 17,176 | 17,176 | 17,741 | 17,741 |
| Total | 119,898 | 119,897 | 123,843 | 123,843 |

**Benefits:** Benefits are the amounts paid on behalf of employees and not included in the gross salary, but are over and above. Such payments are fringe benefit payments.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 24,193.00 | 17,869.00 | 20,517.46 | 21,862.44 | 20,640.00 | 22,655.00 |

Below is a breakdown by category of each employee's 2009-10 budgeted fringe benefits, July-December:

| Name | Car Allowance | Social Security | Retirement | Insurance | Total Benefits |
|---|---|---|---|---|---|
| Roaf | 0 | 2,840.58 | 0 | 0 | 2,840.58 |
| Powell | 600.00 | 3,306.48 | 6,051.08 | 2,000.00 | 11,957.56 |
| Bryant | 0 | 1,357.19 | 2,483.74 | 2,000.00 | 5,840.93 |
| Total | 600.00 | 7,504.25 | 8,534.82 | 4,000.00 | 20,639.07 |

Below is a breakdown by category of each employee's 2009-10 budgeted fringe benefits, January-June:

| Name | Car Allowance | Social Security | Retirement | Insurance | Total Benefits |
|---|---|---|---|---|---|
| Roaf | 0 | 4,856.22 | 0 | 0 | 4,856.22 |
| Powell | 600.00 | 3,306.48 | 6,051.08 | 2,000.00 | 11,957.56 |
| Bryant | 0 | 1,357.19 | 2,483.74 | 2,000.00 | 5,840.93 |
| Total | 600.00 | 9,519.89 | 8,534.82 | 4,000.00 | 22,654.71 |

Note: The LRSD, through which ODM employees' insurance benefits are established, anticipates employee costs of insurance to be approximately $4,000 per employee for the 2009-10 fiscal year.

**Supplies**: Expenditures for all supplies for the operation, including freight and cartage. Amounts paid for material items of an expendable nature that are consumed, worn out, or deteriorated in use or items that lose their identity through fabrication or incorporation into different or more complex units or substances.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 750.00 | 250.00 | 798.80 | 138.94 | 750.00 | 250.00 |

**Travel:** Expenditures for transportation, meals, hotel, and other expenses associated with traveling or business, such as parking fees. Payments for per diem in lieu of reimbursements for subsistence (room and board) also are charged here.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |

Note: The amount proposed for the January-June 2009-10 budget restores the prior budget item that will allow Margie Powell, ODM Monitor, to maintain her current certification by attending the National Counselor's Association Conference in Pittsburg, PA during the spring of 2010.

**Insurance:** Expenditures for all types of insurance coverage such as property, liability, fidelity, as well as the costs of judgments.

| 2008-09 Budget | | 2008-09 Actual/Projected | | 2009-10 Proposed Budget | |
|---|---|---|---|---|---|
| July-December | January-June | July-December Actual | January-June Projected | July-December | January-June |
| 505.00 | 0.00 | 466.00 | 0.00 | 513.00 | 0.00 |

Note: The 2009-10 budget reflects an anticipated 10% increase.

## OMS/ODM Budget History

| Year | Budget | Amount paid by State of AR | Amount paid by LRSD after credit was applied | Amount paid by PCSSD after credit was applied | Amount paid by NLRSD after credit was applied | Total amount paid by the three school districts | Total amount paid for operation of office | # of Positions | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | full-time | part-time |
| 1989-90 | 353,710 | 200,000 | 67,340 | 60,039 | 26,331 | 153,710 | 353,710 | 6 | |
| 1990-91 | 293,834 | 200,000 | 14,569 | 11,203 | 7,483 | 33,255 | 233,255 | 5 | |
| 1991-92 | 591,558 | 200,000 | 169,728 | 151,326 | 58,846 | 379,900 | 579,900 | 7 | |
| 1992-93[a] | 578,061 | 200,000 | 132,243 | 93,727 | 41,212 | 267,182 | 467,182 | 8 | |
| 1993-94[a] | 646,617 | 200,000 | 200,498 | 117,707 | 50,322 | 368,527 | 568,527 | 8 | 1 |
| 1994-95[a] | 661,768 | 200,000 | 175,061 | 139,974 | 62,253 | 377,288 | 577,288 | 7 | 1 |
| 1995-96 | 631,273 | 200,000 | 154,276 | 125,014 | 55,510 | 334,800 | 534,800 | 6 | 2 |
| 1996-97[b] | 730,756 | 200,000 | 223,889 | 184,831 | 80,121 | 488,841 | 688,841 | 6 | 3 |
| 1997-98 | 730,716 | 200,000 | 206,811 | 167,958 | 74,917 | 449,686 | 649,686 | 6 | 3 |
| 1998-99 | 751,639 | 200,000 | 219,128 | 169,294 | 81,228 | 469,650 | 669,650 | 6 | 3 |
| 1999-00 | 764,872 | 200,000 | 232,137 | 172,300 | 82,837 | 487,274 | 687,274 | 6 | 3 |
| 2000-01 | 784,188 | 200,000 | 253,242 | 186,150 | 87,647 | 527,039 | 727,039 | 5 | 2 |
| 2001-02[c] | 707,071 | 200,000 | 172,944 | 127,125 | 59,856 | 359,925 | 559,925 | 5 | 2 |
| 2002-03 | 580,538 | 200,000 | 139,586 | 100,359 | 48,277 | 288,222 | 488,222 | 5 | 1 |
| 2003-04 | 565,924 | 200,000 | 174,416 | 62,864 | 127,150 | 364,430 | 564,430 | 5 | 1 |
| 2004-05 | 480,791 | 200,000 | 130,301 | 48,092 | 93,464 | 271,857 | 471,857 | 4 | 1 |
| 2005-06 | 446,739 | 200,000 | 120,631 | 43,793 | 84,968 | 249,392 | 449,392 | 4 | 1 |
| 2006-07 | 432,141 | 200,000 | 108,032 | 40,178 | 74,997 | 223,207 | 423,207 | 4 | 1 |
| 2007-08 | 370,740 | 200,000 | 0 | 109,735 | 57,747 | 167,482 | 367,482 | 4 | 0 |
| 2008-09 | 339,854 | 200,000 | 0 | 87,732 | 46,187 | 133,919 | 333,919 | 3 | 0 |
| 2009-10 | 349,119 | 200,000 | 0 | 97,247 | 51,087 | 148,334 | 348,334 | 3 | 0 |
| Total | 10,732,19 | 3,600,000 | 2,894,832 | 2,001,934 | 1,197,419 | 6,094,185 | 9,694,185 | | |

a. The 1992-93, 1993-94, and 1994-95 budgets include salary and benefits for the Court-appointed Budget Specialist, totaling $131,601.69.
b. The jump in the FY1996-97 budget was caused by the legislature-mandated change in the school funding formula, whereby LEA's assumed the cost of retirement and health    insurance.
c. The FY2001-02 budget was reduced by not replacing two employees, one full-time and one part-time.