## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** et al.                    **PLAINTIFFS**

v.                    **CASE NO. 4:82CV0866 BSM**

**PULASKI COUNTY SCHOOL DISTRICT,** et al.                    **DEFENDANTS**

### ORDER

Arkansas Attorney General Dustin McDaniel, Clay Fendley, Sam Jones, Stephen Jones, Debby Linton, Mika Tucker, Scott Richardson, Ali Brady, Justin Allen, John W. Walker, Robert Pressman, Joy Springer, Austin Porter, Shawn G. Childs, Clayton Blackstock, Mark Burnette, Christopher Heller, Donna Creer, Terry Shaw, and Margie Powell are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock on September 30, 2009, subject to the following rules:

(a)  The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)  Cell phones must be turned off and put away when in the courtroom.

(c)  Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)  Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 29th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE