IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
et al.                                                                                    **PLAINTIFFS**

v.                              NO. 4:82CV0866 BSM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                               **DEFENDANTS**

## ORDER

Margie Powell is appointed Monitor to fill the unexpired term of the Honorable Andree Roaf as set forth in this court's order of July 31, 2007 (Doc. No. 4135). Her annual salary is set at $100,000 and will be paid by the parties through the annual budget of the Office of Desegregation Monitoring.

IT IS SO ORDERED this 4th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE