**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                    **DEFENDANTS**

## <u>ORDER</u>

Attached are proposed revisions to the 2009-2010 budget for the Office of Desegregation Monitoring.  The revised budget will be accepted as presented and will become effective unless the parties object within five days of this order.

IT IS SO ORDERED this 5th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE