# Office of Desegregation Monitoring
United States District Court • Eastern District of Arkansas

One Union National Plaza
124 West Capitol, Suite 1610
Little Rock, Arkansas 72201
(501) 376-6200  Fax (501) 371-0100

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
BRIAN S. MILLER

JAN 04 2009

December 16, 2009

The Honorable Brian S. Miller
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201

Re: Little Rock School District v. Pulaski County Special School District, et al.
Case 4:82-cv-866 BSM

Dear Judge Miller:

Enclosed is the revised 2009-10 ODM budget, incorporating personnel changes that have occurred since the death of Andree Roaf. For this submission, we listed the approved budget as it was in June 2009 with amounts for July-December and for January-June, plus a column that combines those two time periods into an annual summary. Next, we added the column that reflects our revised budget. Since the July-December budget timeframe has concluded, we felt separating the budget into six-month increments would not be beneficial. The format of the remaining document follows that of ODM's prior budgets to include annotations to explain revenue calculations, definitions of budget categories, and the budgeted allocations for the year by category.

The revised 2009-10 budget of $260,335 represents a 25% decrease from the original 2009-10 budget of $349,119. As a result, the NLRSD and the PCSSD each will owe substantially lower amounts for their share of our revised buget than the one approved in June 2009. Both district's financial obligation to maintain this office will be reduced 60%.

I will promptly provide any additional information upon request.

Sincerely yours,

Margie Powell
Federal Monitor

Enc.
cc: Judge H. David Young

## OFFICE OF DESEGREGATION MONITORING REVISED 2009-10 BUDGET

| REVENUE | 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|---|
| | July-December | January-June | Annual Summary | |
| State of Arkansas | 100,000.00 | 100,000.00 | 200,000.00 | 200,000.00 |
| NLRSD | | | | |
|    Budget allocation | 25,802.00 | 25,555.00 | 51,357.00 | 21,274.00 |
|    Minus credit from previous year | 270.00 | 0.00 | 270.00 | 427.00 |
|    Equals NLRSD's share of the | 25,532.00 | 25,555.00 | 51,087.00 | 20,847.00 |
| PCSSD | | | | |
|    Budget allocation | 49,116.00 | 48,646.00 | 97,762.00 | 39,061.00 |
|    Minus credit from previous year | 515.00 | 0.00 | 515.00 | 784.00 |
|    Equals PCSSD's share of the | 48,601.00 | 48,646.00 | 97,247.00 | 38,277.00 |
| Sale of Equipment/Furniture | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Revenue | 174,918.00 | 174,201.00 | 349,119.00 | 260,335.00 |

Note: The credits in the Approved Budget section in the above chart reflect the projected unspent amount of our 2008-09 budget, including bank interest earned. Every budget cycle, ODM applies this amount toward each school district's budgeted allocation. Both the allocation and the credit are determined by the October 1 enrollment numbers and are adjusted after the close of the fiscal year. The credits in the Revised Budget section reflect the actual amounts by which the PCSSD's and NLRSD's share of the budget are to be reduced.

| EXPENDITURES | 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|---|
| | July-December | January-June | Annual Summary | |
| Communications | 2,712.00 | 2,602.00 | 5,314.00 | 5,314.00 |
| Equipment | 1,200.00 | 0.00 | 1,200.00 | 2,400.00 |
| Periodicals | 90.00 | 90.00 | 180.00 | 180.00 |
| Printing & Binding | 2,224.00 | 1,551.00 | 3,775.00 | 3,775.00 |
| Prof & Tech Services | 10,440.00 | 9,304.00 | 19,744.00 | 10,230.00 |
| Rent | 12,306.00 | 12,306.00 | 24,612.00 | 24,612.00 |
| Repairs & Maintenance | 200.00 | 200.00 | 400.00 | 400.00 |
| Salaries | 123,843.00 | 123,843.00 | 247,686.00 | 166,258.00 |
| Benefits | 20,640.00 | 22,655.00 | 43,295.00 | 44,253.00 |
| Supplies | 750.00 | 250.00 | 1,000.00 | 1,000.00 |
| Travel | 0.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| Insurance | 513.00 | 0.00 | 513.00 | 513.00 |
| Total Expenditures | 174,918.00 | 174,201.00 | 349,119.00 | 260,335.00 |

# REVISED ANNOTATED ODM BUDGET FOR 2009-10

## REVENUE

The Court's Interim Order of June 27, 1989 required that:
> ...[T]he amount previously ordered for the Pulaski County Educational Cooperative (Co-op) [$200,000.00] shall be applied toward the budget of the office of the Metropolitan Supervisor.... The balance of the budget will be apportioned among the school districts on a per pupil basis....

Eighth Circuit Order of December 12, 1990:
> ...[T]he office previously known as the Office of the Metropolitan Supervisor will be reconstituted as the Office of Desegregation Monitoring....

|  | 10/1/08 Enroll-ment | % of Total Enroll-ment | 2009-10 Budget ||||||
|---|---|---|---|---|---|---|---|---|
|  |  |  | 2009-10 Approved Budget ||| 2009-10 Revised Budget |||
|  |  |  | Annual Summary | 08-09 Credit (Budget not spent) | Approved Budget Payment | Revised | 08-09 Credit (Budget not spent) | Revised Budget Payment |
| NLRSD | 9,660 | 35.26 | 52,579 | 427 | 52,152 | 21,274 | 427 | 20,847 |
| PCSSD | 17,734 | 64.74 | 96,540 | 784 | 95,756 | 39,061 | 784 | 38,277 |
| State of AR | NA | NA | 200,000 | 0 | 200,000 | 200,000 | 0 | 200,000 |
| Total | 27,394 | 100.00 | 349,119 | 1,211 | 347,908 | 260,335 | 1,211 | 259,124 |

Described below is the step-by-step process, reflected in the chart above, that we use to determine PCSSD's and NLRSD's contribution to the ODM budget:
1. The State of Arkansas' contribution ($200,000.00) is subtracted from ODM's total budget.
2. Based on the October 1 enrollment, the districts are charged their pro rata share of ODM's budget (minus the state's contribution).
3. Each district is credited with its pro rata share of ODM's unspent budget for the previous year.
4. The sum is the amount each district is to contribute to ODM's budget.

## EXPENDITURES
*Note: Definitions of expense categories are based on the Arkansas School Financial Accounting Manual.*

**Communications:** Services provided by persons or businesses to assist in transmitting and receiving messages or information. This category includes telephone services as well as postage machine rental and postage.

| 2009-10 Approved Budget ||| 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary |  |
| 2,712.00 | 2,602.00 | 5,314.00 | 5,314.00 |

**Equipment:** Expenditures for the initial, additional, and replacement items or equipment, such as furniture and machinery.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 1,200.00 | 0 | 1,200.00 | 2,400.00 |

Note: The $1,200.00 in the July-December 2009-10 budget allowed ODM to replace one of the office's existing computers, which are all obsolete and considered non-repairable. The revised amount will allow the replacement of three computers (one for each employee).

**Periodicals:** Expenditures for periodicals and newspapers for general use. A periodical is any publication appearing at regular intervals of less than a year and continuing for an indefinite period.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 90.00 | 90.00 | 180.00 | 180.00 |

**Printing and Binding:** Expenditures for job printing and binding, usually according to specifications. This includes the design and printing of forms as well as printing and binding publications.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 2,224.00 | 1,551.00 | 3,775.00 | 3,775.00 |

**Professional and Technical Services:** Services which by their nature can be performed only by persons with specialized skills and knowledge.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 10,440.00 | 9,304.00 | 19,744.00 | 10,230.00 |

Note: The Approved Budget included Polly Ramer as a consultant. For the Revised Budget, she moved to salaries effective December 4, 2009.

**Rent:** Expenditures for leasing or renting land and buildings for both temporary and long-range use.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 12,306.00 | 12,306.00 | 24,612.00 | 24,612.00 |

**Repairs and Maintenance:** Expenditures for repairs and maintenance services which restore equipment to its original state or are a part of a routine preventive maintenance program. This includes service contracts and contractual agreements covering the maintenance and operation of equipment and equipment systems.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 200.00 | 200.00 | 400.00 | 400.00 |

**Salaries:** Salaries are the amounts paid to employees who are considered to be in positions of a permanent or temporary nature.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 123,843 | 123,843 | 247,686 | 166,258 |

Below is a breakdown of salaries by employee:

| Name of Employee | 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|---|
| | July-December | January-June | Annual Summary | |
| Andree Roaf | 63,480 | 63,480 | 126,960 | 6,324 |
| Margie Powell | 42,622 | 42,622 | 85,244 | 93,668 |
| Linda Bryant | 17,741 | 17,741 | 35,482 | 40,916 |
| Polly Ramer | N/A | N/A | N/A | 25,350 |
| Total | 123,843 | 123,843 | 247,686 | 166,258 |

Note: Andree Roaf died July 1, 2009; Margie Powell was appointed Monitor on December 4, 2009.

**Benefits:** Benefits are the amounts paid on behalf of employees and not included in the gross salary, but are over and above. Such payments are fringe benefit payments.

| 2009-10 Approved Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 20,640.00 | 22,655.00 | 43,295.00 | 44,253.00 |

Below is a breakdown of the benefits by employee:

| Name | Car Allowance | | Social Security | | Retirement | | Insurance | | Total Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Approved Budget | Revised Budget | Approved Budget | Revised Budget | Approved Budget | Revised Budget | Approved Budget | Revised Budget | Approved Budget | Revised Budget |
| Roaf | 0 | 0 | 7,696.80 | 483.76 | 0 | 0 | 0 | 0 | 7,696.80 | 483.76 |
| Powell | 1,200.00 | 1,200.00 | 6,612.96 | 7,257.40 | 12,102.16 | 13,281.52 | 4,000.00 | 3,841.68 | 23,915.12 | 25,580.60 |
| Bryant | 0 | 0 | 2,714.38 | 3,130.07 | 4,967.48 | 5,728.24 | 4,000.00 | 3,841.68 | 11,681.86 | 12,699.99 |
| Ramer | N/A | 0 | N/A | 1,939.28 | N/A | 3,549.00 | N/A | 0 | N/A | 5,488.28 |
| Total | 1,200.00 | 1,200.00 | 17,024.14 | 12,810.51 | 17,069.64 | 22,558.76 | 8,000.00 | 7,683.36 | 43,293.78 | 44,252.63 |

**Supplies:** Expenditures for all supplies for the operation, including freight and cartage. Amounts paid for material items of an expendable nature that are consumed, worn out, or deteriorated in use or items that lose their identity through fabrication or incorporation into different or more complex units or substances.

| 2009-10 Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 750.00 | 250.00 | 1,000.00 | 1,000.00 |

**Travel:** Expenditures for transportation, meals, hotel, and other expenses associated with traveling or business, such as parking fees. Payments for per diem in lieu of reimbursements for subsistence (room and board) also are charged here.

| 2009-10 Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 0.00 | 1,400.00 | 1,400.00 | 1,400.00 |

**Insurance:** Expenditures for all types of insurance coverage such as property, liability, fidelity, as well as the costs of judgments.

| 2009-10 Budget | | | 2009-10 Revised Budget |
|---|---|---|---|
| July-December | January-June | Annual Summary | |
| 513.00 | 0.00 | 513.00 | 513.00 |