# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                                     **PLAINTIFFS**

**v.**                               **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                           **DEFENDANTS**

## ORDER

The hearing on the North Little Rock School District's ("NLRSD") petition for declaration of unitary status and release from court supervision (Doc. No. 4141) is set for January 25, 2010. To ensure an orderly hearing, the NLRSD is ordered to present evidence regarding the requirements of its desegregation plan in the following order: (1) staff recruitment; (2) special education; (3) compensatory education; (4) compensatory programs aimed at dropout prevention; (5) extracurricular activities; (6) discipline, suspensions and expulsions; (7) secondary gifted and talented education; (8) school construction and facilities; and (9) desegregation monitoring.

The hearing on the Pulaski County Special School District's ("PCSSD") motion for a declaration of unitary status (Doc. No. 4159) is set for February 22, 2010. To ensure an orderly hearing, the PCSSD is ordered to present evidence regarding the requirements of Plan 2000 in the following order: (1) assignment of students; (2) advanced placement, gifted and talented, and honors programs; (3) student assignment: interdistrict schools; (4) discipline; (5) multicultural education; (6) school facilities; (7) scholarships; (8) school resources; (9)

special education; (10) staff; (11) student achievement; (12) monitoring; and (13) continuing jurisdiction.

IT IS SO ORDERED this 11th day of January, 2010.

                                                                                 _____
UNITED STATES DISTRICT JUDGE