# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.** **PLAINTIFF**

**v.** **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.** **DEFENDANTS**

## ORDER

The motions in limine of the Little Rock School District ("LRSD") to exclude evidence of interdistrict issues, including evidence pertaining to the termination or modification of the 1989 Settlement Agreement, from the unitary status hearings of North Little Rock School District ("NLRSD") and Pulaski County Special School District ("PCSSD") [Doc. Nos. 4287 and 4310] are denied. The court cannot determine whether this evidence has probative value until it is offered in the context of the hearing.

IT IS SO ORDERED this 20th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE