UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
et al.                                                                                                        **PLAINTIFF**

v.                              **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                            **DEFENDANTS**

## ORDER

The motion in limine of the Pulaski County Special School District ("PCSSD") to exclude evidence in areas beyond Plan 2000, to deny the participation of Little Rock School District ("LRSD") in the PCSSD unitary hearing, to completely exclude or substantially limit the testimony of Joy Springer, and to prohibit testimony or exhibits or reference to exhibits from any party who has failed or refused to supply the information in discovery [Doc. No. 4309] is denied. The court cannot determine whether this evidence has probative value until it is offered in the context of the hearing.

IT IS SO ORDERED this 20th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE