# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
et al.                                                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                                       **DEFENDANTS**

## ORDER

Having considered the Joshua Intervenors' objection (Doc. No. 4304) to the January 5, 2010 order adopting proposed revisions to the 2009-2010 Office of Desegregation Monitoring ("ODM") budget (Doc. No. 4300), it is hereby determined that the objections should be denied and the January 5, 2010 order should be deemed effective as of January 5, 2010.

Accordingly, the January 5, 2010 order (Doc. No. 4300) is deemed effective as of January 5, 2010.

IT IS THEREFORE ORDERED this 22nd day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE