## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.** **PLAINTIFF**

**v.** **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.** **DEFENDANTS**

## ORDER

The Magnet Review Committee ("MRC") requests approval of the final 2008-2009 stipulated original magnet schools budget and approval of the proposed 2009-2010 stipulated original magnet schools budget. Both budgets will be accepted as presented and will become effective unless the parties object within five days of this order.

IT IS SO ORDERED this 22nd day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE