# *Magnet Review Committee*

1920 North Main Street, Suite 101 • North Little Rock, Arkansas 72114
(501) 758-0156 {Phone} • (501) 758-5366 {Fax} • magnet@magnetschool.com {E-mail}

September 10, 2009

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
BRIAN S. MILLER
SEP 14 2009

The Honorable Brian S. Miller
Judge, U. S. District Court
Eastern District of Arkansas
600 West Capitol
Room D258
Little Rock, AR 72201

Dear Judge Miller:

On September 8, 2009, Mr. Kelsey Bailey, Chief Financial Officer, Little Rock School District, provided the Magnet Review Committee with the budget figures delineating the actual expenditures for the Stipulation original magnet school budgets for 2008-2009, as well as the proposed budget for the 2009-2010 school year. The information is contained in the attachment and was presented to MRC members for their review and vote on that same date.

The Magnet Review Committee, by formal motion and vote of 5-0 (the Joshua Intervenors representative was not in attendance) via actual attendance at the MRC meeting on September 8, 2009, approved the final budget (actual expenditures) for the 2008-2009 school year. The proposed budget for the 2009-2010 school year also was approved with a 5-0 vote during the same meeting.

Listed below is a recap of the budget information which is now being presented to the Court for approval:

1.  <u>FINAL 2008-2009 STIPULATED ORIGINAL MAGNET SCHOOLS BUDGET</u>

    The total amount originally budgeted, $30,328,777.00, was based on a per-pupil expenditure of $7,935.00, calculated from a projected third quarter average enrollment of 3,822.00 students. Once the actual attendance (3,692.84) and expenditure ($30,324,818.00) numbers were determined, the final per pupil amount was calculated to be $8,212.00, which was $277.00 more than originally budgeted. A Funding By Source schedule is shown on Page 2 of the attachment representing the costs allocated to each of the four (4) parties.

*"Pursue the Possibilities of Magnet School Enrollment"*

2. <u>PROPOSED 2009-2010 STIPULATED ORIGINAL MAGNET SCHOOLS BUDGET</u>

   The total proposed budget for the 2009-2010 school year is $30,356,834.00, based on a proposed third quarter Average Daily Membership of 3,692.84, which results in a per-pupil expenditure of $8,220.00 and an increase of $8.00 per pupil from the 2008-2009 actual rate. Salary negotiations are complete, but final negotiations include revisiting the salary schedule during the 2009-10 school year. Included in the Funding by Source Summary portion of the attached report are the cost breakdowns for each school district and the State.

The Magnet Review Committee respectfully requests the Court's review and approval of <u>both</u> the 2008-2009 finalized budget in the amount of $30,324,818.00, with a per pupil expenditure of $8,212.00, as well as the proposed 2009-2010 budget, attached herewith.

The Magnet Review Committee is committed to maintaining the quality of the Stipulation magnet schools. We will continue to work with the host district as we exercise stringent oversight of the magnet schools' budget in an effort to achieve and ensure efficient management and cost containment to the greatest extent possible.

Sincerely,

*Sadie Mitchell*
Sadie Mitchell, Chairperson
Magnet Review Committee

SM/DGC:sl
Attachment:   Final 2008-2009 Stipulation Magnet Schools Budget Actual Expenditures
              Proposed 2009-2010 Stipulation Magnet Schools Budget

cc:   Office of Desegregation Monitoring
      Magnet Review Committee

| 2009-10 BUDGET PROPOSAL SUMMARY FOR MAGNET SCHOOLS | | | 08-09 F.T.E. | 08-09 Proposed | 08-09 Actual | 09-10 F.T.E. | 09-10 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 6.0 | $618,219 | $642,304 | 6.0 | $617,930 |
| | 02 | Asst. Prin. | 10.0 | $732,925 | $682,586 | 10.0 | $732,893 |
| | 03 | Specialists | 40.2 | $2,275,242 | $2,279,321 | 40.2 | $2,276,747 |
| | 04 | Counselors | 13.5 | $843,432 | $819,148 | 13.0 | $837,447 |
| | 05 | Media Spec. | 6.5 | $340,599 | $317,969 | 6.5 | $349,425 |
| | 06 | Art-Perf./Prod. | 3.0 | $158,157 | $159,885 | 3.0 | $160,173 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 7.9 | $504,117 | $481,632 | 7.9 | $485,838 |
| | 10 | Special Education | 12.5 | $671,022 | $681,780 | 13.0 | $714,671 |
| | 11 | Gifted | 6.4 | $344,085 | $332,482 | 6.4 | $341,104 |
| | 12 | Classroom | 207.9 | $10,846,747 | $10,971,059 | 203.1 | $10,635,293 |
| | 13 | Substitutes | 0.0 | $315,000 | $280,052 | 0.0 | $315,000 |
| | 14 | Other-Kindergarten | 14.0 | $684,029 | $667,057 | 14.0 | $696,596 |
| | | TOTAL CERTIFIED SALARY | 328.0 | $18,333,575 | $18,315,276 | 323.1 | $18,163,117 |
| SUPPORT STAFF | 15 | Secretaries | 21.0 | $689,522 | $695,249 | 21.0 | $705,492 |
| | 16 | Nurses | 6.0 | $297,909 | $290,467 | 6.0 | $298,544 |
| | 17 | Custodians | 28.9 | $672,721 | $669,919 | 28.9 | $707,465 |
| | 18 | Information Services | 1.0 | $74,176 | $74,879 | 1.0 | $76,913 |
| | 19 | Paraprofessionals-Other | 5.0 | $199,251 | $193,713 | 5.0 | $201,082 |
| | 20 | Other-Aides | 28.8 | $610,680 | $638,935 | 29.8 | $643,266 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $5,669,164 | $5,792,186 | xxxxxxxx | $5,856,314 |
| | | TOTAL SUPPORT SALARY | 90.7 | $8,213,423 | $8,355,348 | 91.7 | $8,489,075 |
| | | TOTAL (10-20) | xxxxxxxx | $26,546,998 | $26,670,623 | xxxxxxxx | $26,652,192 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $920,289 | $818,832 | xxxxxxxx | $867,300 |
| | 23 | Travel | xxxxxxxx | $38,000 | $29,505 | xxxxxxxx | $31,600 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $254,988 | $310,117 | xxxxxxxx | $325,400 |
| | | TOTAL (30) | xxxxxxxx | $1,213,277 | $1,158,454 | xxxxxxxx | $1,224,300 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $643,773 | $735,684 | xxxxxxxx | $622,525 |
| | 28 | Media | xxxxxxxx | $50,920 | $39,425 | xxxxxxxx | $50,810 |
| | 29 | Other | xxxxxxxx | $29,353 | $31,063 | xxxxxxxx | $32,600 |
| | | TOTAL (40) | xxxxxxxx | $724,046 | $806,172 | xxxxxxxx | $705,935 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $36,000 | $16,748 | xxxxxxxx | $58,459 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $36,000 | $16,748 | xxxxxxxx | $58,459 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $4,750 | $4,276 | xxxxxxxx | $5,050 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $4,750 | $4,276 | xxxxxxxx | $5,050 |
| | | TOTAL (30-60) | xxxxxxxx | $1,978,073 | $1,985,649 | xxxxxxxx | $1,993,744 |
| | | TOTAL (10-60) | 418.7 | $28,525,071 | $28,656,273 | 414.8 | $28,645,936 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $1,803,706 | $1,668,545 | xxxxxxxx | $1,710,897 |
| | | GRAND TOTAL | xxxxxxxx | $30,328,777 | $30,324,818 | xxxxxxxx | $30,356,834 |

STIPULATION MAGNETS BUDGET 0910

| Line Item Costs Summary | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| Stipends | $48,156 | $96,467 | $118,854 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $1,597,251 | $1,458,896 | $1,433,743 |
| Vocational | $32,800 | $32,800 | $32,800 |
| Athletics | $85,000 | $58,961 | $85,000 |
| Gifted Programs | $500 | $500 | $500 |
| Plant Services | $32,000 | $12,922 | $32,000 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $4,000 | $4,000 | $4,000 |
| Curriculum | $4,000 | $4,000 | $4,000 |
| xxxxxx | $0 | $0 | $0 |
| xxxxxx | $0 | $0 | $0 |
| Total Line Items | $1,803,706 | $1,668,545 | $1,710,897 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 3,822.00 | 3,692.84 | 3,692.84 |
| Total Costs | 30,328,777 | 30,324,818 | 30,356,834 |
| Per Pupil Cost | $7,935 | $8,212 | $8,220 |

| Funding By Source Summary | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| State of Arkansas | $15,164,384 | $15,162,719 | $15,178,417 |
| LRSD | $9,810,515 | $10,155,735 | $10,166,870 |
| PCSSD | $3,505,823 | $3,294,449 | $3,297,860 |
| NLRSD | $1,848,056 | $1,711,915 | $1,713,687 |
| Total Costs | $30,328,777 | $30,324,818 | $30,356,834 |

STIPULATION MAGNETS BUDGET 0910

| 2009-10 BUDGET PROPOSAL Booker Magnet School | | | 08-09 F.T.E. | 08-09 Proposed | 08-09 Actual | 09-10 F.T.E. | 09-10 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $101,541 | $101,541 | 1.0 | $101,500 |
| | 02 | Asst. Prin. | 1.0 | $75,353 | $75,353 | 1.0 | $75,353 |
| | 03 | Specialists | 7.0 | $393,093 | $391,262 | 7.0 | $396,167 |
| | 04 | Counselors | 2.0 | $133,060 | $134,646 | 2.0 | $133,688 |
| | 05 | Media Spec. | 1.0 | $50,776 | $50,402 | 1.0 | $52,307 |
| | 06 | Art-Perf./Prod. | 3.0 | $158,157 | $159,885 | 3.0 | $160,173 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 0.0 | $0 | $0 | 0.0 | $0 |
| | 10 | Special Education | 2.0 | $131,232 | $132,837 | 2.0 | $131,879 |
| | 11 | Gifted | 2.0 | $74,000 | $60,867 | 2.0 | $70,605 |
| | 12 | Classroom | 33.0 | $1,750,578 | $1,733,297 | 33.0 | $1,772,090 |
| | 13 | Substitutes | 0.0 | $55,000 | $48,495 | 0.0 | $55,000 |
| | 14 | Other-Kindergarten | 5.0 | $249,264 | $252,503 | 5.0 | $255,845 |
| | | TOTAL CERTIFIED SALARY | 57.0 | $3,172,054 | $3,141,089 | 57.0 | $3,204,607 |
| SUPPORT STAFF | 15 | Secretaries | 2.0 | $64,400 | $64,724 | 2.0 | $66,668 |
| | 16 | Nurses | 1.0 | $54,660 | $55,403 | 1.0 | $54,924 |
| | 17 | Custodians | 4.0 | $95,250 | $98,938 | 4.0 | $96,830 |
| | 18 | Information Services | 0.2 | $12,365 | $12,482 | 0.2 | $12,821 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 6.7 | $129,685 | $130,572 | 6.7 | $134,677 |
| | 21 | Fringe Benefits(20) | xxxxxxx | $945,656 | $962,629 | xxxxxxx | $997,229 |
| | | TOTAL SUPPORT SALARY | 13.9 | $1,302,016 | $1,324,749 | 13.9 | $1,363,149 |
| | | TOTAL (10-20) | xxxxxxx | $4,474,070 | $4,465,838 | xxxxxxx | $4,567,756 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxx | $111,455 | $106,499 | xxxxxxx | $102,000 |
| | 23 | Travel | xxxxxxx | $3,000 | $3,531 | xxxxxxx | $4,000 |
| | 24 | Maintenance Agreements | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | 25 | Other | xxxxxxx | $29,500 | $44,473 | xxxxxxx | $43,450 |
| | | TOTAL (30) | xxxxxxx | $143,955 | $154,504 | xxxxxxx | $149,450 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxx | $0 | | xxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxx | $83,888 | $83,956 | xxxxxxx | $73,250 |
| | 28 | Media | xxxxxxx | $15,500 | $8,008 | xxxxxxx | $10,710 |
| | 29 | Other | xxxxxxx | $4,430 | $5,233 | xxxxxxx | $5,300 |
| | | TOTAL (40) | xxxxxxx | $103,818 | $97,196 | xxxxxxx | $89,260 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxx | $4,000 | | xxxxxxx | $5,000 |
| | 31 | Building Repair, etc. | xxxxxxx | $0 | | xxxxxxx | $0 |
| | 32 | Other | xxxxxxx | $0 | | xxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxx | $4,000 | $0 | xxxxxxx | $5,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxx | $500 | $0 | xxxxxxx | $500 |
| | 34 | Other | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxx | $500 | $0 | xxxxxxx | $500 |
| | | TOTAL (30-60) | xxxxxxx | $252,273 | $251,700 | xxxxxxx | $244,210 |
| | | TOTAL (10-60) | 70.9 | $4,726,343 | $4,717,537 | 70.9 | $4,811,966 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxx | $286,584 | $276,178 | xxxxxxx | $281,501 |
| | | GRAND TOTAL | xxxxxxx | $5,012,927 | $4,993,715 | xxxxxxx | $5,093,467 |

| Line Item Costs - Booker | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| Stipends | $25,750 | $39,456 | $45,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $254,298 | $233,208 | $229,188 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $168 | $169 | $169 |
| Plant Services | $5,095 | $2,066 | $5,115 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $637 | $639 | $639 |
| Curriculum | $637 | $639 | $639 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $286,584 | $276,178 | $281,501 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 608.50 | 590.31 | 590.31 |
| Total Costs | $5,012,927 | $4,993,715 | $5,093,467 |
| Per Pupil Cost | $8,238 | $8,459 | $8,628 |

| 2009-10 BUDGET PROPOSAL Carver Magnet School | | | 08-09 F.T.E. | 08-09 Proposed | 08-09 Actual | 09-10 F.T.E. | 09-10 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $99,783 | $99,783 | 1.0 | $99,689 |
| | 02 | Asst. Prin. | 1.0 | $75,853 | $75,853 | 1.0 | $75,853 |
| | 03 | Specialists | 8.0 | $466,412 | $467,806 | 8.0 | $472,033 |
| | 04 | Counselors | 2.0 | $122,602 | $123,630 | 2.0 | $124,451 |
| | 05 | Media Spec. | 1.5 | $73,207 | $77,146 | 1.5 | $77,214 |
| | 06 | Art-Perf./Prod. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 0.0 | $0 | $0 | 0.0 | $0 |
| | 10 | Special Education | 1.0 | $59,061 | $59,357 | 1.0 | $60,602 |
| | 11 | Gifted | 1.4 | $90,401 | $89,627 | 1.4 | $89,948 |
| | 12 | Classroom | 22.5 | $1,060,519 | $1,068,949 | 22.5 | $1,072,414 |
| | 13 | Substitutes | 0.0 | $45,000 | $32,860 | 0.0 | $45,000 |
| | 14 | Other-Kindergarten | 4.0 | $177,847 | $192,410 | 4.0 | $181,201 |
| | | TOTAL CERTIFIED SALARY | 42.4 | $2,270,685 | $2,287,422 | 42.4 | $2,298,406 |
| SUPPORT STAFF | 15 | Secretaries | 3.0 | $95,340 | $96,615 | 3.0 | $96,816 |
| | 16 | Nurses | 1.0 | $48,504 | $48,744 | 1.0 | $50,220 |
| | 17 | Custodians | 4.0 | $77,517 | $81,240 | 4.0 | $79,302 |
| | 18 | Information Services | 0.2 | $12,365 | $12,482 | 0.2 | $12,821 |
| | 19 | Paraprofessionals-Other | 1.0 | $20,063 | $20,174 | 1.0 | $20,785 |
| | 20 | Other-Aides | 5.2 | $119,935 | $118,234 | 5.2 | $124,206 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $743,260 | $771,685 | xxxxxxxx | $753,710 |
| | | TOTAL SUPPORT SALARY | 14.4 | $1,116,984 | $1,149,174 | 14.4 | $1,137,861 |
| | | TOTAL (10-20) | xxxxxxxx | $3,387,669 | $3,436,596 | xxxxxxxx | $3,436,267 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $89,303 | $84,431 | xxxxxxxx | $83,000 |
| | 23 | Travel | xxxxxxxx | $6,000 | $7,269 | xxxxxxxx | $5,000 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $24,613 | $28,219 | xxxxxxxx | $30,800 |
| | | TOTAL (30) | xxxxxxxx | $ 119,916 | $ 119,919 | xxxxxxxx | $ 118,800 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $70,605 | $70,660 | xxxxxxxx | $55,588 |
| | 28 | Media | xxxxxxxx | $7,000 | $5,553 | xxxxxxxx | $7,000 |
| | 29 | Other | xxxxxxxx | $3,891 | $4,790 | xxxxxxxx | $4,800 |
| | | TOTAL (40) | xxxxxxxx | $ 81,496 | $ 81,002 | xxxxxxxx | $ 67,388 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $4,500 | $1,734 | xxxxxxxx | $7,000 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $ 4,500 | $ 1,734 | xxxxxxxx | $ 7,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $1,500 | $577 | xxxxxxxx | $300 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $ 1,500 | $ 577 | xxxxxxxx | $ 300 |
| | | TOTAL (30-60) | xxxxxxxx | $207,412 | $203,233 | xxxxxxxx | $193,488 |
| | | TOTAL (10-60) | 56.8 | $3,595,081 | $3,639,829 | 56.8 | $3,629,755 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $222,129 | $202,534 | xxxxxxxx | $213,327 |
| | | GRAND TOTAL | xxxxxxxx | $3,817,210 | $3,842,363 | xxxxxxxx | $3,843,082 |

| Line Item Costs - Carver | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| Stipends | $11,906 | $20,815 | $32,354 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $204,955 | $179,022 | $175,935 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $135 | $130 | $130 |
| Plant Services | $4,106 | $1,586 | $3,927 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $513 | $491 | $491 |
| Curriculum | $513 | $491 | $491 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $222,129 | $202,534 | $213,327 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 490.43 | 453.15 | 453.15 |
| Total Costs | $3,817,210 | $3,842,363 | $3,843,082 |
| Per Pupil Cost | $7,783 | $8,479 | $8,481 |

| 2009-10 BUDGET PROPOSAL Gibbs Magnet School | | | 08-09 F.T.E. | 08-09 Proposed | 08-09 Actual | 09-10 F.T.E. | 09-10 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $100,719 | $100,719 | 1.0 | $100,703 |
| | 02 | Asst. Prin. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 03 | Specialists | 6.8 | $349,880 | $355,078 | 6.8 | $352,927 |
| | 04 | Counselors | 1.0 | $61,836 | $62,135 | 1.0 | $62,135 |
| | 05 | Media Spec. | 1.0 | $44,003 | $44,222 | 1.0 | $45,501 |
| | 06 | Art-Perf./Prod. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 0.0 | $0 | $0 | 0.0 | $0 |
| | 10 | Special Education | 1.5 | $81,092 | $82,474 | 2.0 | $110,229 |
| | 11 | Gifted | 1.0 | $58,924 | $59,687 | 1.0 | $59,208 |
| | 12 | Classroom | 15.2 | $744,982 | $742,915 | 15.2 | $764,391 |
| | 13 | Substitutes | 0.0 | $30,000 | $22,128 | 0.0 | $30,000 |
| | 14 | Other-Kindergarten | 2.0 | $86,671 | $84,774 | 2.0 | $112,429 |
| | | TOTAL CERTIFIED SALARY | 29.5 | $1,558,106 | $1,554,132 | 30.0 | $1,637,523 |
| SUPPORT STAFF | 15 | Secretaries | 1.0 | $31,932 | $32,100 | 1.0 | $33,072 |
| | 16 | Nurses | 1.0 | $38,196 | $38,388 | 1.0 | $39,552 |
| | 17 | Custodians | 3.0 | $73,348 | $57,183 | 3.0 | $78,108 |
| | 18 | Information Services | 0.2 | $12,365 | $12,482 | 0.2 | $12,821 |
| | 19 | Paraprofessionals-Other | 1.0 | $17,500 | $10,707 | 1.0 | $17,181 |
| | 20 | Other-Aides | 3.9 | $70,888 | $57,563 | 3.9 | $72,776 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $512,067 | $505,781 | xxxxxxxx | $524,434 |
| | | TOTAL SUPPORT SALARY | 10.1 | $756,296 | $714,204 | 10.1 | $777,944 |
| | | TOTAL (10-20) | xxxxxxxx | $2,314,402 | $2,268,336 | xxxxxxxx | $2,415,467 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $51,529 | $46,358 | xxxxxxxx | $46,000 |
| | 23 | Travel | xxxxxxxx | $10,000 | $4,959 | xxxxxxxx | $4,000 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $18,175 | $23,645 | xxxxxxxx | $24,650 |
| | | TOTAL (30) | xxxxxxxx | $79,704 | $74,962 | xxxxxxxx | $74,650 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $37,895 | $53,386 | xxxxxxxx | $34,648 |
| | 28 | Media | xxxxxxxx | $1,000 | $922 | xxxxxxxx | $2,500 |
| | 29 | Other | xxxxxxxx | $3,227 | $3,311 | xxxxxxxx | $3,400 |
| | | TOTAL (40) | xxxxxxxx | $ 42,122 | $ 57,619 | xxxxxxxx | $ 40,548 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $3,000 | $2,551 | xxxxxxxx | $22,959 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $3,000 | $2,551 | xxxxxxxx | $22,959 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $500 | $310 | xxxxxxxx | $500 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $ 500 | $ 310 | xxxxxxxx | $ 500 |
| | | TOTAL (30-60) | xxxxxxxx | $125,326 | $135,443 | xxxxxxxx | $138,657 |
| | | TOTAL (10-60) | 39.6 | $2,439,728 | $2,403,779 | 40.1 | $2,554,124 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $115,826 | $110,015 | xxxxxxxx | $107,693 |
| | | GRAND TOTAL | xxxxxxxx | $2,555,554 | $2,513,794 | xxxxxxxx | $2,661,816 |

| Line Item Costs - Gibbs | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| Stipends | $750 | $3,888 | $2,000 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $112,192 | $104,553 | $102,750 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $74 | $76 | $76 |
| Plant Services | $2,248 | $926 | $2,293 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $281 | $287 | $287 |
| Curriculum | $281 | $287 | $287 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $115,826 | $110,015 | $107,693 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 268.46 | 264.65 | 264.65 |
| Total Costs | $2,555,554 | $2,513,794 | $2,661,816 |
| Per Pupil Cost | $9,519 | $9,499 | $10,058 |

| 2009-10 BUDGET PROPOSAL<br>Williams Magnet School | | | 08-09<br>F.T.E. | 08-09<br>Proposed | 08-09<br>Actual | 09-10<br>F.T.E. | 09-10<br>Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $100,082 | $100,082 | 1.0 | $100,093 |
| | 02 | Asst. Prin. | 1.0 | $75,353 | $75,353 | 1.0 | $75,353 |
| | 03 | Specialists | 5.0 | $307,684 | $310,772 | 5.0 | $295,677 |
| | 04 | Counselors | 1.5 | $88,136 | $75,358 | 1.0 | $68,094 |
| | 05 | Media Spec. | 1.0 | $60,458 | $54,660 | 1.0 | $60,750 |
| | 06 | Art-Perf./Prod. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 0.0 | $0 | $0 | 0.0 | $0 |
| | 10 | Special Education | 1.5 | $85,051 | $85,459 | 1.5 | $87,670 |
| | 11 | Gifted | 2.0 | $120,760 | $122,301 | 2.0 | $121,343 |
| | 12 | Classroom | 21.0 | $1,012,975 | $1,018,375 | 21.0 | $1,045,161 |
| | 13 | Substitutes | 0.0 | $40,000 | $41,075 | 0.0 | $40,000 |
| | 14 | Other-Kindergarten | 3.0 | $170,247 | $137,369 | 3.0 | $147,121 |
| | | TOTAL CERTIFIED SALARY | 37.0 | $2,060,746 | $2,020,804 | 36.5 | $2,041,262 |
| SUPPORT STAFF | 15 | Secretaries | 3.0 | $89,184 | $91,079 | 3.0 | $92,280 |
| | 16 | Nurses | 1.0 | $55,660 | $56,403 | 1.0 | $55,924 |
| | 17 | Custodians | 3.5 | $85,208 | $84,621 | 3.5 | $86,796 |
| | 18 | Information Services | 0.2 | $12,365 | $12,482 | 0.2 | $12,821 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 5.0 | $83,383 | $80,486 | 5.0 | $85,544 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $645,880 | $649,581 | xxxxxxxx | $672,095 |
| | | TOTAL SUPPORT SALARY | 12.7 | $971,681 | $974,652 | 12.7 | $1,005,460 |
| | | TOTAL (10-20) | xxxxxxxx | $3,032,426 | $2,995,456 | xxxxxxxx | $3,046,722 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $77,707 | $74,782 | xxxxxxxx | $73,300 |
| | 23 | Travel | xxxxxxxx | $2,000 | $0 | xxxxxxxx | $1,600 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $26,000 | $37,055 | xxxxxxxx | $41,100 |
| | | TOTAL (30) | xxxxxxxx | $ 105,707 | $ 111,837 | xxxxxxxx | $ 116,000 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $72,095 | $95,657 | xxxxxxxx | $82,738 |
| | 28 | Media | xxxxxxxx | $5,100 | $6,273 | xxxxxxxx | $5,100 |
| | 29 | Other | xxxxxxxx | $3,358 | $3,165 | xxxxxxxx | $3,400 |
| | | TOTAL (40) | xxxxxxxx | $ 80,553 | $ 105,095 | xxxxxxxx | $ 91,238 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $6,500 | $0 | xxxxxxxx | $6,500 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $ 6,500 | $ - | xxxxxxxx | $ 6,500 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $750 | $1,070 | xxxxxxxx | $750 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $ 750 | $ 1,070 | xxxxxxxx | $ 750 |
| | | TOTAL (30-60) | xxxxxxxx | $193,510 | $218,001 | xxxxxxxx | $214,488 |
| | | TOTAL (10-60) | 49.7 | $3,225,936 | $3,213,457 | 49.2 | $3,261,210 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $197,267 | $178,048 | xxxxxxxx | $180,344 |
| | | GRAND TOTAL | xxxxxxxx | $3,423,203 | $3,391,505 | xxxxxxxx | $3,441,554 |

| Line Item Costs - Williams | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| Stipends | $5,750 | $1,731 | $4,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $186,718 | $173,700 | $170,706 |
| Vocational | $0 | $0 | $0 |
| Athletics | $0 | $0 | $0 |
| Gifted Programs | $123 | $126 | $126 |
| Plant Services | $3,741 | $1,539 | $3,810 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $468 | $476 | $476 |
| Curriculum | $468 | $476 | $476 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $197,267 | $178,048 | $180,344 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 446.79 | 439.68 | 439.68 |
| Total Costs | $3,423,203 | $3,391,505 | $3,441,554 |
| Per Pupil Cost | $7,662 | $7,714 | $7,827 |

| 2009-10 BUDGET PROPOSAL<br>Mann Magnet School | | | 08-09<br>F.T.E. | 08-09<br>Proposed | 08-09<br>Actual | 09-10<br>F.T.E. | 09-10<br>Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $103,870 | $103,870 | 1.0 | $103,768 |
| | 02 | Asst. Prin. | 3.0 | $186,150 | $135,811 | 3.0 | $211,356 |
| | 03 | Specialists | 3.4 | $176,312 | $183,249 | 3.4 | $173,247 |
| | 04 | Counselors | 3.0 | $198,013 | $178,273 | 3.0 | $200,324 |
| | 05 | Media Spec. | 1.0 | $45,689 | $45,916 | 1.0 | $47,195 |
| | 06 | Art-Perf./Prod. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 2.9 | $168,878 | $148,680 | 2.9 | $152,926 |
| | 10 | Special Education | 4.0 | $181,240 | $182,167 | 4.0 | $187,791 |
| | 11 | Gifted | 0.0 | $0 | $0 | 0.0 | $0 |
| | 12 | Classroom | 54.6 | $2,925,314 | $3,001,743 | 51.6 | $2,770,871 |
| | 13 | Substitutes | 0.0 | $65,000 | $62,275 | 0.0 | $65,000 |
| | 14 | Other-Kindergarten | 0.0 | $0 | $0 | 0.0 | $0 |
| | | TOTAL CERTIFIED SALARY | 72.9 | $4,050,465 | $4,041,984 | 69.9 | $3,912,478 |
| SUPPORT STAFF | 15 | Secretaries | 5.0 | $131,898 | $129,099 | 5.0 | $135,724 |
| | 16 | Nurses | 1.0 | $48,504 | $39,211 | 1.0 | $43,000 |
| | 17 | Custodians | 5.9 | $123,883 | $125,378 | 5.9 | $143,049 |
| | 18 | Information Services | 0.2 | $12,365 | $12,482 | 0.2 | $12,821 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $0 | 0.0 | $0 |
| | 20 | Other-Aides | 3.0 | $81,739 | $90,631 | 3.0 | $83,282 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $1,225,310 | $1,242,537 | xxxxxxxx | $1,242,822 |
| | | TOTAL SUPPORT SALARY | 15.1 | $1,623,699 | $1,639,338 | 15.1 | $1,660,698 |
| | | TOTAL (10-20) | xxxxxxxx | $5,674,164 | $5,681,322 | xxxxxxxx | $5,573,177 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxxx | $298,240 | $253,210 | xxxxxxxx | $277,000 |
| | 23 | Travel | xxxxxxxx | $5,000 | $4,390 | xxxxxxxx | $5,000 |
| | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $42,100 | $49,285 | xxxxxxxx | $63,500 |
| | | TOTAL (30) | xxxxxxxx | $345,340 | $306,884 | xxxxxxxx | $345,500 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxxx | $160,902 | $183,848 | xxxxxxxx | $154,477 |
| | 28 | Media | xxxxxxxx | $13,320 | $9,435 | xxxxxxxx | $15,500 |
| | 29 | Other | xxxxxxxx | $6,205 | $7,126 | xxxxxxxx | $7,200 |
| | | TOTAL (40) | xxxxxxxx | $180,427 | $200,409 | xxxxxxxx | $177,177 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxxx | $10,000 | $12,463 | xxxxxxxx | $13,000 |
| | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $10,000 | $12,463 | xxxxxxxx | $13,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxxx | $0 | $179 | xxxxxxxx | $1,000 |
| | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $0 | $179 | xxxxxxxx | $1,000 |
| | | TOTAL (30-60) | xxxxxxxx | $535,767 | $519,935 | xxxxxxxx | $536,677 |
| | | TOTAL (10-60) | 88.0 | $6,209,931 | $6,201,256 | 85.0 | $6,109,854 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $434,208 | $380,061 | xxxxxxxx | $390,593 |
| | | GRAND TOTAL | xxxxxxxx | $6,644,139 | $6,581,317 | xxxxxxxx | $6,500,447 |

| 2009-10 BUDGET PROPOSAL Parkview Magnet School | | | 08-09 F.T.E. | 08-09 Proposed | 08-09 Actual | 09-10 F.T.E. | 09-10 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED STAFF | 01 | Principal | 1.0 | $112,224 | $136,309 | 1.0 | $112,177 |
| | 02 | Asst. Prin. | 4.0 | $320,216 | $320,216 | 4.0 | $294,978 |
| | 03 | Specialists | 10.0 | $581,862 | $571,153 | 10.0 | $586,696 |
| | 04 | Counselors | 4.0 | $239,785 | $245,106 | 4.0 | $248,755 |
| | 05 | Media Spec. | 1.0 | $66,467 | $45,621 | 1.0 | $66,459 |
| | 06 | Art-Perf./Prod. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 5.0 | $335,239 | $332,952 | 5.0 | $332,911 |
| | 10 | Special Education | 2.5 | $133,346 | $139,486 | 2.5 | $136,500 |
| | 11 | Gifted | 0.0 | $0 | $0 | 0.0 | $0 |
| | 12 | Classroom | 61.6 | $3,352,380 | $3,405,781 | 59.8 | $3,210,365 |
| | 13 | Substitutes | 0.0 | $80,000 | $73,220 | 0.0 | $80,000 |
| | 14 | Other-Kindergarten | 0.0 | $0 | $0 | 0.0 | $0 |
| | | TOTAL CERTIFIED SALARY | 89.1 | $5,221,519 | $5,269,844 | 87.3 | $5,068,841 |
| SUPPORT STAFF | 15 | Secretaries | 7.0 | $276,768 | $281,632 | 7.0 | $280,932 |
| | 16 | Nurses | 1.0 | $52,385 | $52,318 | 1.0 | $54,924 |
| | 17 | Custodians | 8.5 | $217,515 | $222,559 | 8.5 | $223,381 |
| | 18 | Information Services | 0.2 | $12,350 | $12,467 | 0.2 | $12,806 |
| | 19 | Paraprofessionals-Other | 3.0 | $161,688 | $162,832 | 3.0 | $163,116 |
| | 20 | Other-Aides | 5.0 | $125,050 | $161,449 | 6.0 | $142,780 |
| | 21 | Fringe Benefits(20) | xxxxxxx | $1,596,992 | $1,659,974 | xxxxxxx | $1,666,024 |
| | | TOTAL SUPPORT SALARY | 24.7 | $2,442,748 | $2,553,231 | 25.7 | $2,543,963 |
| | | TOTAL (10-20) | xxxxxxx | $7,664,267 | $7,823,075 | xxxxxxx | $7,612,803 |
| PURCHASED SERVICES (30) | 22 | Utilities | xxxxxxx | $292,055 | $253,552 | xxxxxxx | $286,000 |
| | 23 | Travel | xxxxxxx | $12,000 | $9,356 | xxxxxxx | $12,000 |
| | 24 | Maintenance Agreements | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | 25 | Other | xxxxxxx | $114,600 | $127,440 | xxxxxxx | $121,900 |
| | | TOTAL (30) | xxxxxxx | $418,655 | $390,348 | xxxxxxx | $419,900 |
| MATERIALS, SUPPLIES (40) | 26 | Principal's Office | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | 27 | Regular Classroom | xxxxxxx | $218,388 | $248,178 | xxxxxxx | $221,824 |
| | 28 | Media | xxxxxxx | $9,000 | $9,235 | xxxxxxx | $10,000 |
| | 29 | Other | xxxxxxx | $8,242 | $7,438 | xxxxxxx | $8,500 |
| | | TOTAL (40) | xxxxxxx | $235,630 | $264,851 | xxxxxxx | $240,324 |
| CAPITAL OUTLAY (50) | 30 | Equipment | xxxxxxx | $8,000 | $0 | xxxxxxx | $4,000 |
| | 31 | Building Repair, etc. | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | 32 | Other | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxx | $8,000 | $0 | xxxxxxx | $4,000 |
| OTHER (60) | 33 | Dues and Fees | xxxxxxx | $1,500 | $2,140 | xxxxxxx | $2,000 |
| | 34 | Other | xxxxxxx | $0 | $0 | xxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxx | $1,500 | $2,140 | xxxxxxx | $2,000 |
| | | TOTAL (30-60) | xxxxxxx | $663,785 | $657,338 | xxxxxxx | $666,224 |
| | | TOTAL (10-60) | 113.8 | $8,328,052 | $8,480,414 | 113.0 | $8,279,027 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxx | $547,693 | $521,709 | xxxxxxx | $537,440 |
| | | GRAND TOTAL | xxxxxxx | $8,875,745 | $9,002,123 | xxxxxxx | $8,816,467 |

| Line Item Costs - Parkview | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---:|---:|---:|
| Stipends | $750 | $27,602 | $30,750 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $469,304 | $435,495 | $427,987 |
| Vocational | $18,345 | $18,589 | $18,589 |
| Athletics | $47,541 | $33,777 | $48,173 |
| Gifted Programs | $0 | $0 | $0 |
| Plant Services | $9,402 | $3,857 | $9,552 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $1,175 | $1,194 | $1,194 |
| Curriculum | $1,175 | $1,194 | $1,194 |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $547,693 | $521,709 | $537,440 |

| Per Pupil Cost | Proposed 2008-09 | Actual 2008-09 | Proposed 2009-10 |
|---|---:|---:|---:|
| 3rd Qtr. ADM or Proj. | 1,122.98 | 1,102.35 | 1,102.35 |
| Total Costs | $8,875,745 | $9,002,123 | $8,816,467 |
| Per Pupil Cost | $7,904 | $8,166 | $7,998 |