# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                      **PLAINTIFFS**

**v.**                              **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                **DEFENDANTS**

# ORDER

Mark Burnette, Stephen Jones, Debby Linton, Ken Kirspel, Bobby Acklin, Mika S. Tucker, Doris Compton, Clay Fendley, Clayton Blackstock, Greg Alagood, Nicole Hartz, Robert Pressman, Joy Springer, Margie Powell, and John Walker are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock between Tuesday, February 2, 2010 and Friday, February 5, 2010, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing

the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 1st day of February, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE