IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                              PLAINTIFF

V.                           NO. 4:82CV00866WRW

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                                   DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                               INTERVENORS

KATHERINE KNIGHT, ET AL.                                                 INTERVENORS

## AMENDED ORDER

Samuel M. Jones, Linda Jones West, Anita Farver, Deborah Coley, Robert McGill, Dr. Robert Clowers, Dr. Brenda Bowles, Gary Beck, Jenny Dunn, Jerry Holder, John McCraney, June Elliott, Laura Shirley, Rhonda Harnish, Shawn Burgess, William Vasquez, Charlie Wood, Danny Gilliand, Gwen Williams, Mildred Tatum, Sandra Sawyer, Tim Clark, John Walker, Robert Pressman, Austin Porter, Joy Springer, Margie Powell, Mark Burnette, Scott Richardson, Ali Brady, David Armor, Christine Rossell, Dan Strahl, Charles Nowak, Jackie Smith, Janice Walker and Clayton Blackstock are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock between Monday, March 1, 2010 and Friday, March 5, 2010, subject to the following rules:

(a)    The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)    Cell phones must be turned off and put away when in the courtroom.

(c)    Wireless internet components of electronic devices must be deactivated

1

when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service of Court Security Personnel. This examination includes, but is not limited to placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices, from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b) or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 24th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

1447832.1