# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, et al. | PLAINTIFF |
| v.   CASE NO. 4:82cv00866 BSM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, et al. | DEFENDANTS |

## ORDER

Pulaski County Special School District ("PCSSD") has filed a supplemental motion in limine. [Doc. No. 4361]. Joshua Intervenors ("Joshua") have responded. [Doc. No. 4365]. The motion is denied.

In its supplemental motion in limine PCSSD renews and restates its original motion in limine [Doc. No. 4309]. It further requests that testimony from former employees with grievances, litigation pending and litigation contemplated be excluded, and that Joshua's "catchall" provision appearing after Item 22 of its witness list be rejected. The court cannot determine whether the evidence objected to has probative value until it is offered in the context of the hearing. Additionally, the determination of whether to allow the testimony of specific witnesses is also best left to be made in the context of the hearing. Therefore the motion is denied.

IT IS SO ORDERED this 26th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE