UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
et al.     PLAINTIFFS

v.     CASE NO. 4:82cv00866 BSM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, et al.     DEFENDANTS

## ORDER

The motion in limine filed by Joshua Intervenors [Doc. No. 4372] is denied.

IT IS THEREFORE ORDERED this 26th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE