# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                      **PLAINTIFFS**

**v.**                          **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                **DEFENDANTS**

## ORDER

Pulaski County Special School District ("PCSSD") requests that the court reject as evidence specific language used in ODM reports. [Doc. No. 4414]. Joshua Intervenors have responded [Doc. No. 4415], and PCSSD has replied [Doc. No. 4416]. The supplemental motion in limine is denied.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE