UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                            **PLAINTIFFS**

v.                              **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                              **DEFENDANTS**

**ORDER**

Joshua Intervenors requested that Dr. David Armor's testimony be limited to subjects contained in his expert reports. [Doc. No. 4376]. Pulaski County Special School District responded. [Doc. No. 4381]. The motion in limine is denied.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE