UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                                  **PLAINTIFF**

v.                              CASE NO. 4:82cv00866 BSM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                              **DEFENDANTS**

**ORDER**

Today the record is closed on the two hearings conducted. Proposed findings of fact and conclusions of law on North Little Rock School District's petition for declaration of unitary status and release from court supervision are due on or before June 7, 2010. Proposed findings of fact and conclusions of law on Pulaski County Special School District's motion for a declaration of unitary status are due on or before June 21, 2010.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE