## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**                                    **PLAINTIFFS**
**et al.**

**v.**                          **CASE NO. 4:82CV0866 BSM**

**PULASKI COUNTY SCHOOL DISTRICT,**                          **DEFENDANTS**
**et al.**

### ORDER

Daniel Malone, Deborah Bennett, and DeVontae Malone move to intervene [Doc. No. 4449] and for a temporary restraining order and preliminary injunction [Doc. No. 4450]. Both motions are denied.

Both motions are based on disciplinary actions taken by Pulaski County Special School District against DeVontae Malone, a black student at Oak Grove High School. It would be inappropriate for this court to involve itself in individual cases of discipline. Accordingly, both motions are denied.

IT IS SO ORDERED this 27th day of May, 2010.


_____
UNITED STATES DISTRICT JUDGE