UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
**et al.**                                                                                            **PLAINTIFF**

v.                          CASE NO. 4:82cv00866 BSM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                              **DEFENDANTS**

### ORDER

Attached is a copy of the proposed 2010-2011 budget for the Office of Desegregation Monitoring. The budget will be accepted as presented and will become effective unless the parties file objections within five days of this order.

IT IS SO ORDERED this 8th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE