UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
et al.                                                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:82cv00866 BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, et al.**                                                              **DEFENDANTS**

## ORDER

The Magnet Review Committee requests approval of the final 2009-2010 stipulated original magnet schools budget and approval of the proposed 2010-2011 stipulated original magnet schools budget. Both budgets will be accepted as presented and will become effective unless the parties object within five days of this order.

IT IS SO ORDERED this 26th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE