FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT | PLAINTIFF |
| v. Case No. 4:82cv00866 BSM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, NORTH LITTLE ROCK SCHOOL DISTRICT, ET AL | DEFENDANTS |
| MRS. LORENE JOSHUA, ET AL | INTERVENORS |
| KATHERINE KNIGHT, ET AL | INTERVENORS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Little Rock School District appeals to the United States Court of Appeals for the Eighth Circuit from the Findings of Fact and Conclusions of Law of the district court entered May 19, 2011 [Document 4507] which released the State of Arkansas from its obligation to pay for magnet schools and other desegregation efforts.

Respectfully submitted,

LITTLE ROCK SCHOOL DISTRICT
Friday, Eldredge & Clark
Christopher Heller (#81083)
400 West Capitol, Suite 2000
Little Rock, AR 72201-3493
(501) 370-1506
heller@fridayfirm.com

By: _____
Christopher Heller

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appeal has been served on the following parties by email and United States Mail on May 20, 2011:

Mr. John W. Walker     johnwalkeratty@aol.com
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, AR 72201

M. Samuel Jones, III     SJones@mwlaw.com
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC - LR
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Stephen W. Jones     sjones@jacknelsonjones.com
Jack Nelson Jones Jiles & Gregory, P.A. - LR
One Cantrell Center
2800 Cantrell Road, Suite 500
Little Rock, AR 72114

Scott P. Richardson     Scott.richardson@ag.state.ar.us
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Ms. Margie Powell     mqpowell@odmemail.com
Desegregation Monitor
1 Union National Plaza
124 W. Capitol, Suite 1895
Little Rock, AR 72201

Mr. Mark Burnett     mburnette@mbbwi.com
Attorney at Law
1010 W. Third Street
Little Rock, AR 72201

Christopher Heller

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT028082
Cashier ID: kjpark
Transaction Date: 05/20/2011
Payer Name: FRIDAY ELDREDGE AND CLARK
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: FRIDAY ELDREDGE AND CLARK
 Case/Party: D-ARE-4-82-CV-000866-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 187202
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45 fee will
be charged for a returned check."
```