IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                          PLAINTIFF

V.                         NO. 4:82CV00866BSM/HDY

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                              DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                          INTERVENORS

KATHERINE KNIGHT, ET AL.                                            INTERVENORS

## NOTICE OF APPEAL

Notice is hereby given that the Pulaski County Special School District and its current Board of Directors, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final Judgment and Order contained in the District Courts' Findings of Fact and Conclusions of Law dated May 19, 2011 and entered on the same date.

        Respectfully submitted,

        MITCHELL, WILLIAMS, SELIG,
          GATES & WOODYARD, P.L.L.C.
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Telephone: (501) 688-8800
        Facsimile: (501) 688-8807
        E-mail: sjones@mwlaw.com

        */s/ M. Samuel Jones, III*
        M. Samuel Jones III (76060)

        *Attorneys for Pulaski County Special School District*

CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Mark Terry Burnette**
  mburnette@mbbwi.com
- **John Clayburn Fendley , Jr**
  clayfendley@comcast.net
- **Christopher J. Heller**
  heller@fec.net
- **Stephen W. Jones**
  sjones@jlj.com
- **Office of Desegregation Monitor**
  paramer@odmemail.com
- **Scott P. Richardson**
  scott.richardson@arkansasag.gov,agcivil@arkansasag.gov
- **John W. Walker**
  johnwalkeratty@aol.com,lorap72297@aol.com,jspringer@gabrielmail.com

                                                                                         */s/ M. Samuel Jones, III*

- 3 -

I hereby certify that on June 14, 2011, I mailed the document by United States Postal Service to the following non CM/ECF participants.

| | |
|---|---|
| Mr. Robert Pressman<br>22 Locust Avenue<br>Lexington, Massachusetts 02173 | Judge H. David Young<br>C255 Richard Sheppard Arnold U. S. Courthouse<br>500 West Capitol Avenue<br>Little Rock, Arkansas  72201 |

     /s/ M. Samuel Jones, III
M. Samuel Jones III (76060)
Attorneys for Defendant PCSSD
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
sjones@mwlaw.com

- 3 -