UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT**
**et al.**                                                                                                    **PLAINTIFFS**

v.                              CASE NO. 4:82cv00866 BSM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT et al.**                                                              **DEFENDANTS**

**ORDER OF TRANSFER**

IT IS HEREBY ORDERED:

The above styled case assigned to the docket of Judge Brian S. Miller on April 3, 2009, is now reassigned to the docket of Judge D.P. Marshall Jr. by random assignment/chip exchange for the following reasons:

On Monday, June 20, 2011, the State of Arkansas, acting through the Arkansas Department of Education, dissolved the boards of education for separate defendant Pulaski County Special School District and the Helena-West Helena School District, and removed the superintendents of both districts. In that the undersigned has significant knowledge of the situation in Helena-West Helena and has deeply held personal opinions as to the reasons for and timing of the takeover of the Helena-West Helena School District, the undersigned would find it difficult to render decisions unaffected by his personal opinions. For this reason a conflict is created and recusal is necessary.

Dated this 24th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE