IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                   Case No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                          DEFENDANTS

LORENE JOSHUA, *et al.*                            INTERVENORS

ORDER

I appreciate the parties' filings on the recusal issue. Based on those helpful papers, and further reflection, I conclude that the circumstances present no basis requiring or counseling disqualification under 28 U.S.C. § 455(a) or (b). The Court will therefore turn to the pending issues.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2011