IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                    Case No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                          DEFENDANTS

LORENE JOSHUA, *et al.*                              INTERVENORS

ORDER

The Office of Desegregation Monitoring seeks approval of the attached budget for 2011-2012. The window is open for objections until 21 July 2011. The Court will construe silence as acceptance.

The Court requests a report from ODM by 16 September 2011 on two things: the office's work during the past year and the office's planned work during the coming year. The plan should address, in particular, how ODM can assist the Pulaski County Special School District and the North Little Rock School District in addressing the areas of noncompliance identified in the

Court's 19 May 2011 opinion. The Court directs ODM to file its report with the Clerk.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 July 2011</u>

# Office of Desegregation Monitoring
United States District Court • Eastern District of Arkansas

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
BRIAN S. MILLER
JUN 23 2011

One Union National Plaza
124 West Capitol, Suite 1610
Little Rock, Arkansas 72201
(501) 376-6200  Fax (501) 371-0100

June 22, 2011

The Honorable Brian S. Miller
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201

      Re:    Little Rock School District v. Pulaski County Special School District, et al.
               Case 4:82-cv-866 BSM

Dear Judge Miller:

Enclosed is the proposed 2011-12 ODM budget. The format of the document follows that of ODM's prior budgets, including annotations to explain revenue calculations, definitions of budget categories, and the budgeted allocations for the year by category.

The overall 2011-12 amount of $262,646.00 represents a decrease of $2,298.00 from the 2010-11 budget. This budget is allocated between the State of Arkansas, the PCSSD, and the NLRSD. Since LRSD was released from all obligations relating to any ODM budget after the 2006-07 fiscal year, none of our subsequent budgets have included a financial allocation for the LRSD.

I will promptly provide any additional information upon request.

Sincerely yours,

Margie L. Powell
Federal Monitor, Office of Desegregation Monitoring

Enc.

cc: Judge H. David Young

## OFFICE OF DESEGREGATION MONITORING 2011-12 PROPOSED BUDGET

| REVENUE | 2010-11 Budget | 2010-11 Projected Revenue | 2011-12 Proposed Budget |
|---|---|---|---|
| State of Arkansas | 200,000.00 | 200,000.00 | 200,000.00 |
| NLRSD | | | |
| Budget allocation | 22,899.00 | 22,899.00 | 21,889.00 |
| Minus credit from previous year | 435.00 | 435.00 | 1,908.00 |
| Equals NLRSD's share of the | 22,464.00 | 22,464.00 | 19,981.00 |
| PCSSD | | | |
| Budget allocation | 42,045.00 | 42,045.00 | 40,757.00 |
| Minus credit from previous year | 799.00 | 799.00 | 3,552.00 |
| Equals PCSSD's share of the | 41,246.00 | 41,246.00 | 37,205.00 |
| Sale of Equipment/Furniture | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 831.00 | 0.00 |
| Total Revenue | 264,944.00 | 265,775.00 | 262,646.00 |

Note: The credits in the above chart reflect the projected unspent amount of our previous year's budget, including any bank interest earned and amount received for the sale of any office furniture and equipment. Every budget cycle, ODM applies this amount toward each school district's budgeted allocation. Both that allocation and the credit are determined for the proposed budget by the previous year's October 1 enrollment numbers. The allocation and the credit will be adjusted after the close of the fiscal year.

| EXPENDITURES | 2010-11 Revised Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|---|
| Communications | 5,350.00 | 5,249.00 | 5,350.00 |
| Equipment | 0.00 | 0.00 | 0.00 |
| Periodicals | 180.00 | 180.00 | 180.00 |
| Printing & Binding | 4,363.00 | 3,555.00 | 4,363.00 |
| Prof & Tech Services | 1,000.00 | 300.00 | 1,000.00 |
| Rent | 25,304.00 | 25,188.00 | 25,304.00 |
| Repairs & Maintenance | 400.00 | 0.00 | 400.00 |
| Salaries | 177,343.00 | 174,998.00 | 173,873.00 |
| Benefits | 48,055.00 | 48,294.00 | 48,811.00 |
| Supplies | 1,000.00 | 600.00 | 1,000.00 |
| Travel | 1,500.00 | 1,453.00 | 1,800.00 |
| Insurance | 499.00 | 498.00 | 565.00 |
| Total Expenditures | 264,994.00 | 260,315.00 | 262,646.00 |

# ANNOTATED ODM BUDGET FOR 2011-12

**REVENUE**

The Court's Interim Order of June 27, 1989 required that:

> ...[T]he amount previously ordered for the Pulaski County Educational Cooperative (Co-op) [$200,000.00] shall be applied toward the budget of the office of the Metropolitan Supervisor.... The balance of the budget will be apportioned among the school districts on a per pupil basis....

Eighth Circuit Order of December 12, 1990:

> ...[T]he office previously known as the Office of the Metropolitan Supervisor will be reconstituted as the Office of Desegregation Monitoring....

|  | 2011-12 Budget | | | | |
|---|---|---|---|---|---|
|  | 10/1/10 Enrollment | % of Total Enrollment | 2011-12 Budget Allocation | 2010-11 Credit (Budget not spent) | 2011-12 Budget Payment (incorporating credit) |
| NLRSD | 9,400 | 34.94 | 21,889 | 1,908 | 19,981 |
| PCSSD | 17,501 | 65.06 | 40,757 | 3,552 | 37,205 |
| State of AR | 0.00 | 0.00 | 200,000 | 0 | 200,000 |
| Total | 26,901 | 100.00 | 262,646 | 5,460 | 257,186 |

Described below is the step-by-step process, reflected in the chart above, that we use to determine PCSSD's and NLRSD's contribution to the ODM budget:

1. The State of Arkansas' contribution ($200,000.00) is subtracted from ODM's total budget.
2. Based on last year's October 1 enrollment, the districts are charged their pro rata share of ODM's budget (minus the state's contribution).
3. Each district is credited with its pro rata share of ODM's unspent budget for the previous year.
4. The sum is the amount each district is to contribute to ODM's budget.

Note: The amount noted for the total credit is based upon projected revenue and expenditures. After the close of the fiscal year, the districts will be notified of the exact amount of the credit and the amount due for its share of ODM's budget.

## EXPENDITURES

*Note: Definitions of expense categories are based on the Arkansas School Financial Accounting Manual.*

**Communications:** Services provided by persons or businesses to assist in transmitting and receiving messages or information. This category includes telephone services as well as postage machine rental and postage.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 5,350.00 | 5,249.00 | 5,350.00 |

**Equipment:** Expenditures for the initial, additional, and replacement items or equipment, such as furniture and machinery.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

**Periodicals:** Expenditures for periodicals and newspapers for general use. A periodical is any publication appearing at regular intervals of less than a year and continuing for an indefinite period.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 180.00 | 180.00 | 180.00 |

**Printing and Binding:** Expenditures for job printing and binding, usually according to specifications. This includes the design and printing of forms as well as printing and binding publications.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 4,363.00 | 3,555.00 | 4,363.00 |

**Professional and Technical Services:** Services which by their nature can be performed only by persons with specialized skills and knowledge.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 1,000.00 | 300.00 | 1,000.00 |

**Rent:** Expenditures for leasing or renting land and buildings for both temporary and long-range use.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 25,304.00 | 25,188.00 | 25,304.00 |

**Repairs and Maintenance:** Expenditures for repairs and maintenance services which restore equipment to its original state or are a part of a routine preventive maintenance program. This includes service contracts and contractual agreements covering the maintenance and operation of equipment and equipment systems.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 400.00 | 0.00 | 400.00 |

**Salaries:** Salaries are the amounts paid to employees who are considered to be in positions of a permanent or temporary nature.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 177,343.00 | 174,998.00 | 173,873.00 |

Below is a breakdown of each employee's budgeted 2010-11 salary.

| Name of Employee | 2010-11 Salary | 2011-12 Proposed Salary |
|---|---|---|
| Margie Powell | 103,290 | 103,290 |
| Linda Bryant* | 47,253 | 48,808 |
| Polly Ramer** | 26,800 | 21,775 |
| Total | 177,343 | 173,873 |

* Proposed salary reflects a 3.29% annual base increase, which is equal to or less than the annual step increase on the salary scales of the local districts.

** Proposed salary reflects a decrease in the number of contracted days over last year's number.

**Benefits:** Benefits are the amounts paid on behalf of employees and not included in the gross salary, but are over and above. Such payments are fringe benefit payments.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---|---|---|
| 48,055.00 | 48,294.00 | 48,811.00 |

Below is a breakdown by category of each employee's 2011-12 proposed fringe benefits:

| Name | Car Allowance | Social Security | Retirement | Workers' Comp | Insurance | Total Benefits |
|---|---|---|---|---|---|---|
| Powell | 1,440.00 | 8,011.85 | 14,662.20 | 343.51 | 4,250.00 | 28,707.56 |
| Bryant | 0.00 | 3,733.81 | 6,833.12 | 160.09 | 4,250.00 | 14,977.02 |
| Ramer | 0.00 | 1,665.79 | 3,048.50 | 411.55 | 0.00 | 5,125.84 |
| Total | 1,440.00 | 13,411.45 | 24,543.82 | 915.15 | 8,500.00 | 48,810.42 |

Page 5

**Supplies**: Expenditures for all supplies for the operation, including freight and cartage. Amounts paid for material items of an expendable nature that are consumed, worn out, or deteriorated in use or items that lose their identity through fabrication or incorporation into different or more complex units or substances.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---:|---:|---:|
| 1,000.00 | 600.00 | 1,000.00 |

**Travel:** Expenditures for transportation, meals, hotel, and other expenses associated with traveling or business, such as parking fees. Payments for per diem in lieu of reimbursements for subsistence (room and board) also are charged here.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---:|---:|---:|
| 1,500.00 | 1,453.00 | 1,800.00 |

Note: The amount proposed for the 2011-12 proposed budget will allow Margie Powell, ODM Monitor, to maintain her current certification by attending the National Counselor's Association Conference in San Francisco, CA in March.

**Insurance:** Expenditures for all types of insurance coverage such as property, liability, fidelity, as well as the costs of judgments.

| 2010-11 Budget | 2010-11 Projected Expenses | 2011-12 Proposed Budget |
|---:|---:|---:|
| 499.00 | 498.00 | 565.00 |

Note: The amount budgeted for 2011-12 reflects an anticipated increase over last year's insurance costs.