IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                           No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                  DEFENDANTS

LORENE JOSHUA, *et al.*                                    INTERVENORS

ORDER

The Magnet Review Committee has asked the Court to approve the interdistrict magnet schools' final 2010-11 budget and proposed 2011-12 budget. That request is attached to this Order. Any party having an objection should file it by 18 November 2011.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2011