IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, et al.                     PLAINTIFFS

v.                    No.4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL DISTRICT, et al.        DEFENDANTS

LORENE JOSHUA, et al.                                           INTERVENORS

ORDER

No party having objected, the interdistrict magnet schools' final 2010-11 budget and proposed 2011-12 budget, *Document No. 4655*, are approved.

So Ordered,

_____
D.P. Marshall Jr.
United States District Judge

27 December 2011