IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                       No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                      DEFENDANTS

LORENE JOSHUA, *et al.*                                                 INTERVENORS

ORDER

In preparing for the upcoming hearing, the Court has noted that the State's response to statement of facts, *Document No. 4713*, and the Charter Schools' response, *Document No. 4710*, are not in the form expected by the Court. It would help the Court if these responding statements repeated each fact alleged by LRSD/Joshua and then stated the response — like responses to interrogatories. This is what the Court was contemplating when it spoke about "repetition of material facts alleged by LRSD and Joshua[]" in describing the responding statements in the briefing schedule. *Document No.*

*4608*, at 9. The Court was not as clear as it should have been on this point of form. And the Court understands that some counsel sought guidance from the Court's staff on the due date for these papers, and were told repetition was not essential.

The Court would nonetheless appreciate a substituted response to statement of facts from the State, and one from the Charter Schools, in interrogatory-response form by 23 March 2012. This will speed the Court's understanding of the facts. The Court requests LRSD to e-mail the State and the Charter Schools a Word or Wordperfect version of LRSD/Joshua's statement of undisputed material facts, *Document No. 4706*, by 21 March 2012. The Court appreciates these parties' cooperation and extra effort on this score.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 March 2012