IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                        PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                    DEFENDANTS

LORENE JOSHUA, *et al.*                                     INTERVENORS

ORDER

Cynthia Howell may bring an audio recording device into the courthouse for the hearing in this case on 29 March 2012. Her use of the device and the recording are subject to the restrictions in Local Rule 83.2(d).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2012