IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                             PLAINTIFFS

v.                      No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                      DEFENDANTS

LORENE JOSHUA, *et al.*                                INTERVENORS

### ORDER

Unopposed motion, *Document No. 4766*, granted. All of Joshua's fee-related motions must be filed by 31 August 2012. PCSSD's unopposed motion for 60 days to respond to Joshua's expected filings and to do some fee-related discovery, *Document No. 4762*, is granted too. No one has objected to the ODM's proposed budget, *Document No. 4765*. It is approved.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 July 2012