IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                          PLAINTIFFS

v.                                        No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                          DEFENDANTS

LORENE JOSHUA, *et al.*                                           INTERVENORS

### ORDER

The Magnet Review Committee has asked the Court to approve the
interdistrict magnet schools' final 2011–12 budget and proposed 2012–13
budget. That request is attached to this Order. Any party having an
objection should file it by 29 October 2012.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2012

# *Magnet  Review  Committee*

1920 North Main Street, Suite 101 • North Little Rock, Arkansas 72114
(501) 758-0156 {Phone} • (501) 758-5366 {Fax} • magnet@magnetschool.com {E-mail}

October 3, 2012

The Honorable D.P. Marshall, Jr.
Judge, U. S. District Court
Eastern District of Arkansas
501 West Capitol
Room B-149
Little Rock, AR 72201

Dear Judge Marshall:

On October 2, 2012, Mr. Kelsey Bailey, Chief Financial Officer, Little Rock School
District, provided the Magnet Review Committee with the budget figures delineating the
actual expenditures for the Stipulation original magnet school budgets for 2011-2012, as
well as the proposed budget for the 2012-2013 school year. The information is contained
in the attachment and was presented to MRC members for their review and vote on that
same date.

The Magnet Review Committee, by formal motion and vote of 5-0 via actual attendance
at the MRC meeting on October 2, 2012, approved the final budget (actual expenditures)
for the 2011-2012 school year. The proposed budget for the 2012-2013 school year also
was approved with a 5-0 vote during the same meeting.

Listed below is a recap of the budget information which is now being presented to the
Court for approval:

1.    FINAL 2011-2012 STIPULATED ORIGINAL MAGNET SCHOOLS BUDGET

The total amount originally budgeted, $29,449,577, was based on a per-pupil
expenditure of $8,214.00, calculated from a projected third quarter average
enrollment of 3,585.10 students. Once the actual attendance (3,497.20) and
expenditure ($29,400,397) numbers were determined, the final per pupil amount
was calculated to be $8,407.00, which was $193.00 more than originally
budgeted. A Funding By Source schedule is shown on Page 2 of the attachment
representing the costs allocated to each of the four (4) parties.

The Honorable D.P. Marshall                    -2-                    October 3, 2012

### 2. PROPOSED 2012-2013 STIPULATED ORIGINAL MAGNET SCHOOLS BUDGET

The total proposed budget for the 2012-2013 school year is $29,655,558.00, based on a proposed third quarter Average Daily Membership of 3,497.20, which results in a per-pupil expenditure of $8,480.00 and an increase of $73.00 per pupil from the 2011-2012 actual rate. Final negotiations including revisiting the salary schedule during the 2012-13 school year are not complete at this time. Included in the Funding by Source Summary portion of the attached report are the cost breakdowns for each school district and the State.

The Magnet Review Committee respectfully requests the Court's review and approval of both the 2011-2012 finalized actual expenditures in the amount of $29,400,397.00, with a per pupil expenditure of $8,407.00, as well as the proposed 2012-2013 budget, attached herewith.

The Magnet Review Committee is committed to maintaining the quality of the Stipulation magnet schools. We will continue to work with the host district as we exercise stringent oversight of the magnet schools' budget in an effort to achieve and ensure efficient management and cost containment to the greatest extent possible.

Sincerely,

Sadie Mitchell, Chairperson
Magnet Review Committee

SM/DGC:sl
Attachment:    Final 2011-2012 Stipulation Magnet Schools Budget Actual Expenditures
               Proposed 2012-2013 Stipulation Magnet Schools Budget

cc:     Office of Desegregation Monitoring
        Magnet Review Committee

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| SUMMARY FOR MAGNET SCHOOLS | | | F.T.E. | Approved | Actual | F.T.E. | Proposed |
| CERTIFIED | 01 | Principal | 6.0 | $622,393 | $629,760 | 6.0 | $628,154 |
| STAFF | 02 | Asst. Prin. | 7.0 | $557,813 | $629,970 | 8.0 | $640,809 |
| | 03 | Specialists | 37.3 | $2,209,533 | $2,142,574 | 37.3 | $2,283,821 |
| | 04 | Counselors | 10.0 | $684,220 | $652,106 | 9.0 | $636,736 |
| | 05 | Media Spec. | 6.0 | $336,764 | $345,510 | 6.0 | $358,152 |
| | 06 | Art-Perf./Prod. | 3.0 | $173,744 | $175,333 | 3.0 | $176,735 |
| | 07 | Music | 0.0 | $0 | $0 | 0.0 | $0 |
| | 08 | Foreign Lang. | 0.0 | $0 | $0 | 0.0 | $0 |
| | 09 | Vocational | 6.9 | $430,789 | $435,672 | 6.9 | $440,433 |
| | 10 | Special Education | 16.0 | $962,451 | $908,268 | 17.0 | $990,108 |
| | 11 | Gifted | 5.6 | $317,045 | $317,321 | 6.5 | $366,978 |
| | 12 | Classroom | 189.9 | $10,653,453 | $10,490,111 | 190.1 | $10,558,766 |
| | 13 | Substitutes | 0.0 | $270,000 | $244,080 | 0.0 | $270,000 |
| | 14 | Other-Kindergarten | 13.0 | $661,521 | $681,418 | 13.0 | $691,553 |
| | | TOTAL CERTIFIED SALARY | 300.8 | $17,879,726 | $17,652,122 | 302.8 | $18,042,245 |
| SUPPORT | 15 | Secretaries | 20.0 | $659,906 | $628,176 | 20.0 | $673,292 |
| STAFF | 16 | Nurses | 6.0 | $312,814 | $291,270 | 6.0 | $297,192 |
| | 17 | Custodians | 30.0 | $710,200 | $684,281 | 30.0 | $692,281 |
| | 18 | Information Services | 1.0 | $81,415 | $82,191 | 1.0 | $82,379 |
| | 19 | Paraprofessionals-Other | 5.0 | $206,150 | $241,006 | 10.0 | $319,334 |
| | 20 | Other-Aides | 33.9 | $802,312 | $776,579 | 30.2 | $759,437 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $6,009,852 | $5,958,267 | xxxxxxxx | $6,101,734 |
| | | TOTAL SUPPORT SALARY | 95.9 | $8,782,648 | $8,661,769 | 97.2 | $8,925,649 |
| | | TOTAL (10-20) | xxxxxxxx | $26,662,374 | $26,313,891 | xxxxxxxx | $26,967,894 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $764,500 | $764,622 | xxxxxxxx | $810,000 |
| SERVICES | 23 | Travel | xxxxxxxx | $9,100 | $27,739 | xxxxxxxx | $5,500 |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | 25 | Other | xxxxxxxx | $298,330 | $316,661 | xxxxxxxx | $296,735 |
| | | TOTAL (30) | xxxxxxxx | $1,071,930 | $1,109,022 | xxxxxxxx | $1,112,235 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $953,639 | $1,092,963 | xxxxxxxx | $659,265 |
| (40) | 28 | Media | xxxxxxxx | $68,700 | $51,967 | xxxxxxxx | $67,944 |
| | 29 | Other | xxxxxxxx | $40,700 | $46,840 | xxxxxxxx | $39,400 |
| | | TOTAL (40) | xxxxxxxx | $1,063,039 | $1,191,770 | xxxxxxxx | $766,609 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $73,952 | $39,102 | xxxxxxxx | $54,160 |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| (50) | 32 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $73,952 | $39,102 | xxxxxxxx | $54,160 |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $7,350 | $12,557 | xxxxxxxx | $7,675 |
| (60) | 34 | Other | xxxxxxxx | $0 | $0 | xxxxxxxx | $0 |
| | | TOTAL (60) | xxxxxxxx | $7,350 | $12,557 | xxxxxxxx | $7,675 |
| | | TOTAL (30-60) | xxxxxxxx | $2,216,271 | $2,352,451 | xxxxxxxx | $1,940,679 |
| | | TOTAL (10-60) | 396.6 | $28,878,645 | $28,666,341 | 400.0 | $28,908,573 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $570,932 | $734,056 | xxxxxxxx | $746,984 |
| | | GRAND TOTAL | xxxxxxxx | $29,449,577 | $29,400,397 | xxxxxxxx | $29,655,558 |

| Line Item Costs - | Approved | Actual | Proposed |
|---|---|---|---|
| Summary | 2011-12 | 2011-12 | 2012-13 |
| Stipends | $67,000 | $69,856 | $61,746 |
| Other Objects | $0 | $0 | $0 |
| Indirect Costs | $347,754 | $361,811 | $363,163 |
| Vocational | $25,000 | $26,419 | $45,275 |
| Athletics | $131,178 | $275,971 | $276,800 |
| Gifted Programs | $0 | $0 | $0 |
| Plant Services | $0 | $0 | $0 |
| Reading | $0 | $0 | $0 |
| Science | $0 | $0 | $0 |
| English | $0 | $0 | $0 |
| Special Education | $0 | $0 | $0 |
| Curriculum | $0 | $0 | $0 |
| xxxxxx | $0 | $0 | $0 |
| xxxxxx | $0 | $0 | $0 |
| Total Line Items | $570,932 | $734,056 | $746,984 |

| | Approved | Actual | Proposed |
|---|---|---|---|
| Per Pupil Cost | 2011-12 | 2011-12 | 2012-13 |
| 3rd Qtr. ADM or Proj. | 3,585.10 | 3,497.20 | 3,497.20 |
| Total Costs | 29,449,577 | 29,400,397 | 29,655,558 |
| Per Pupil Cost | $8,214 | $8,407 | $8,480 |

| Funding By Source | Approved | Actual | Proposed |
|---|---|---|---|
| Summary | 2011-12 | 2011-12 | 2012-13 |
| | | | |
| State of Arkansas | $14,724,006 | $14,698,774 | $14,827,779 |
| LRSD | $9,996,936 | $10,252,748 | $10,339,739 |
| PCSSD | $3,106,904 | $2,928,987 | $2,954,771 |
| NLRSD | $1,621,731 | $1,519,889 | $1,533,269 |
| Total Costs | $29,449,577 | $29,400,397 | $29,655,558 |

| 2012-13 BUDGET PROPOSAL Booker Magnet School | | | 11-12 F.T.E. | 11-12 Approved | 11-12 Actual | 12-13 F.T.E. | 12-13 Proposed |
|---|---|---|---|---|---|---|---|
| CERTIFIED | 01 | Principal | 1.0 | $104,084 | $105,092 | 1.0 | $105,083 |
| STAFF | 02 | Asst. Prin. | 1.0 | $77,405 | $82,342 | 1.0 | $78,173 |
| | 03 | Specialists | 5.0 | $279,796 | $223,011 | 5.0 | $281,760 |
| | 04 | Counselors | 1.4 | $96,777 | $97,686 | 1.4 | $97,686 |
| | 05 | Media Spec. | 1.0 | $44,561 | $45,006 | 1.0 | $46,333 |
| | 06 | Art-Perf./Prod. | 3.0 | $173,744 | $175,333 | 3.0 | $176,735 |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 0.0 | | | | |
| | 10 | Special Education | 2.0 | $135,321 | $136,635 | 2.0 | $136,635 |
| | 11 | Gifted | 1.6 | $78,458 | $80,272 | 2.0 | $93,354 |
| | 12 | Classroom | 28.0 | $1,639,650 | $1,652,644 | 28.0 | $1,636,870 |
| | 13 | Substitutes | 0.0 | $45,000 | $45,330 | | $45,000 |
| | 14 | Other-Kindergarten | 4.0 | $223,518 | $225,714 | 4.0 | $229,007 |
| | | TOTAL CERTIFIED SALARY | 48.0 | $2,898,314 | $2,869,065 | 48.4 | $2,926,636 |
| SUPPORT | 15 | Secretaries | 2.0 | $71,432 | $72,128 | 2.0 | $73,196 |
| STAFF | 16 | Nurses | 1.0 | $57,646 | $56,880 | 1.0 | $56,880 |
| | 17 | Custodians | 4.0 | $89,570 | $87,667 | 4.0 | $78,634 |
| | 18 | Information Services | 0.2 | $13,572 | $13,701 | 0.2 | $13,733 |
| | 19 | Paraprofessionals-Other | 0.0 | | $20,872 | 1.0 | $24,489 |
| | 20 | Other-Aides | 6.6 | $146,502 | $142,560 | 5.6 | $124,869 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $944,100 | $952,377 | xxxxxxxx | $966,945 |
| | | TOTAL SUPPORT SALARY | 13.8 | $1,322,822 | $1,346,185 | 13.8 | $1,338,746 |
| | | TOTAL (10-20) | xxxxxxxx | $4,221,136 | $4,215,250 | xxxxxxxx | $4,265,382 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $109,000 | $103,289 | xxxxxxxx | $111,500 |
| SERVICES | 23 | Travel | xxxxxxxx | $1,000 | $100 | xxxxxxxx | $200 |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | | | xxxxxxxx | |
| | 25 | Other | xxxxxxxx | $39,205 | $40,790 | xxxxxxxx | $38,555 |
| | | TOTAL (30) | xxxxxxxx | $149,205 | $144,179 | xxxxxxxx | $150,255 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $144,994 | $125,524 | xxxxxxxx | $92,395 |
| (40) | 28 | Media | xxxxxxxx | $11,080 | $4,764 | xxxxxxxx | $11,003 |
| | 29 | Other | xxxxxxxx | $7,500 | $8,569 | xxxxxxxx | $7,000 |
| | | TOTAL (40) | xxxxxxxx | $163,574 | $138,857 | xxxxxxxx | $110,398 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $2,000 | $0 | xxxxxxxx | |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | | | xxxxxxxx | |
| (50) | 32 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (50) | xxxxxxxx | $2,000 | $0 | xxxxxxxx | $0 |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $250 | $225 | xxxxxxxx | $225 |
| (60) | 34 | Other | xxxxxxxx | | $0 | xxxxxxxx | |
| | | TOTAL (60) | xxxxxxxx | $250 | $225 | xxxxxxxx | $225 |
| | | TOTAL (30-60) | xxxxxxxx | $315,029 | $283,261 | xxxxxxxx | $260,878 |
| | | TOTAL (10-60) | 61.8 | $4,536,165 | $4,498,510 | 62.2 | $4,526,260 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $74,688 | $84,167 | xxxxxxxx | $78,630 |
| | | GRAND TOTAL | xxxxxxxx | $4,610,853 | $4,582,678 | xxxxxxxx | $4,604,889 |

| Line Item Costs - | Approved | Actual | Proposed |
|---|---|---|---|
| Booker | 2011-12 | 2011-12 | 2012-13 |
| Stipends | $21,000 | $27,250 | $21,500 |
| Other Objects | | | |
| Indirect Costs | $53,688 | $56,917 | $57,130 |
| Vocational | | | |
| Athletics | | | |
| Gifted Programs | $0 | | |
| Plant Services | $0 | | |
| Reading | | | |
| Science | | | |
| English | | | |
| Special Education | $0 | | |
| Curriculum | $0 | | |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $74,688 | $84,167 | $78,630 |

| | Proposed | Actual | Proposed |
|---|---|---|---|
| Per Pupil Cost | 2011-12 | 2011-12 | 2012-13 |
| 3rd Qtr. ADM or Proj. | 553.49 | 550.15 | 550.15 |
| Total Costs | $4,610,853 | $4,582,678 | $4,604,889 |
| Per Pupil Cost | $8,331 | $8,330 | $8,370 |

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| Carver Magnet School | | | F.T.E. | Approved | Actual | F.T.E. | Proposed |
| CERTIFIED | 01 | Principal | 1.0 | $102,295 | $103,303 | 1.0 | $103,215 |
| STAFF | 02 | Asst. Prin. | 0.0 | $0 | | | |
| | 03 | Specialists | 6.9 | $429,947 | $429,243 | 6.9 | $438,685 |
| | 04 | Counselors | 1.0 | $66,841 | $67,490 | 1.0 | $67,490 |
| | 05 | Media Spec. | 1.0 | $52,902 | $56,322 | 1.0 | $64,542 |
| | 06 | Art-Perf./Prod. | 0.0 | | | | |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 0.0 | | | | |
| | 10 | Special Education | 1.0 | $64,841 | $65,490 | 2.0 | $108,769 |
| | 11 | Gifted | 1.4 | $86,244 | $83,663 | 1.5 | $97,496 |
| | 12 | Classroom | 20.0 | $1,039,368 | $1,028,929 | 18.0 | $992,173 |
| | 13 | Substitutes | 0.0 | $35,000 | $33,450 | | $35,000 |
| | 14 | Other-Kindergarten | 3.0 | $158,941 | $173,923 | 3.0 | $163,067 |
| | | TOTAL CERTIFIED SALARY | 35.3 | $2,036,378 | $2,041,814 | 34.4 | $2,070,437 |
| SUPPORT | 15 | Secretaries | 2.0 | $64,344 | $64,968 | 2.0 | $64,968 |
| STAFF | 16 | Nurses | 1.0 | $54,672 | $47,930 | 1.0 | $35,280 |
| | 17 | Custodians | 4.0 | $81,954 | $81,122 | 4.0 | $85,755 |
| | 18 | Information Services | 0.2 | $13,572 | $13,701 | 0.2 | $13,733 |
| | 19 | Paraprofessionals-Other | 1.0 | $22,838 | $23,089 | 2.0 | $45,496 |
| | 20 | Other-Aides | 5.2 | $130,431 | $125,197 | 5.2 | $128,153 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $712,360 | $710,202 | xxxxxxxx | $719,148 |
| | | TOTAL SUPPORT SALARY | 13.4 | $1,080,170 | $1,066,209 | 14.4 | $1,092,532 |
| | | TOTAL (10-20) | xxxxxxxx | $3,116,548 | $3,108,023 | xxxxxxxx | $3,162,969 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $78,000 | $71,999 | xxxxxxxx | $79,000 |
| SERVICES | 23 | Travel | xxxxxxxx | $2,000 | $2,449 | xxxxxxxx | $2,000 |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | | | xxxxxxxx | |
| | 25 | Other | xxxxxxxx | $34,435 | $31,822 | xxxxxxxx | $35,155 |
| | | TOTAL (30) | xxxxxxxx | $ 114,435 | $ 106,270 | xxxxxxxx | $ 116,155 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $108,095 | $113,171 | xxxxxxxx | $79,785 |
| (40) | 28 | Media | xxxxxxxx | $8,440 | $6,685 | xxxxxxxx | $7,978 |
| | 29 | Other | xxxxxxxx | $5,800 | $5,615 | xxxxxxxx | $5,000 |
| | | TOTAL (40) | xxxxxxxx | $ 122,335 | $ 125,471 | xxxxxxxx | $ 92,763 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $10,000 | | xxxxxxxx | |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | $0 | | xxxxxxxx | |
| (50) | 32 | Other | xxxxxxxx | $0 | | xxxxxxxx | $0 |
| | | TOTAL (50) | xxxxxxxx | $ 10,000 | $ - | xxxxxxxx | $ - |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $500 | $6,377 | xxxxxxxx | $500 |
| (60) | 34 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (60) | xxxxxxxx | $ 500 | $ 6,377 | xxxxxxxx | $ 500 |
| | | TOTAL (30-60) | xxxxxxxx | $247,270 | $238,117 | xxxxxxxx | $209,418 |
| | | TOTAL (10-60) | 48.7 | $3,363,818 | $3,346,140 | 48.8 | $3,372,387 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $46,898 | $44,126 | xxxxxxxx | $44,422 |
| | | GRAND TOTAL | xxxxxxxx | 3,410,716 | $3,390,266 | xxxxxxxx | 3,416,809 |

| Line Item Costs - Carver | Approved 2011-12 | Actual 2011-12 | Proposed 2012-13 |
|---|---|---|---|
| Stipends | $6,000 | $2,858 | $3,000 |
| Other Objects | | | |
| Indirect Costs | $40,898 | $41,268 | $41,422 |
| Vocational | | | |
| Athletics | | | |
| Gifted Programs | $0 | | |
| Plant Services | $0 | | |
| Reading | | | |
| Science | | | |
| English | | | |
| Special Education | $0 | | |
| Curriculum | $0 | | |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $46,898 | $44,126 | $44,422 |

| | Proposed 2011-12 | Actual 2011-12 | Proposed 2012-13 |
|---|---|---|---|
| Per Pupil Cost | | | |
| 3rd Qtr. ADM or Proj. | 421.63 | 398.89 | 398.89 |
| Total Costs | $3,410,716 | $3,390,266 | $3,416,809 |
| Per Pupil Cost | $8,089 | $8,499 | $8,566 |

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| Gibbs Magnet School | | | F.T.E. | Approved | Actual | F.T.E. | Proposed |
| CERTIFIED | 01 | Principal | 1.0 | $103,402 | $105,729 | 1.0 | $104,423 |
| STAFF | 02 | Asst. Prin. | 0.0 | | | | |
| | 03 | Specialists | 7.0 | $374,623 | $375,942 | 7.0 | $382,233 |
| | 04 | Counselors | 0.6 | $38,281 | $38,651 | 0.6 | $38,651 |
| | 05 | Media Spec. | 1.0 | $51,129 | $54,641 | 1.0 | $55,966 |
| | 06 | Art-Perf./Prod. | 0.0 | | | | |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 0.0 | | | | |
| | 10 | Special Education | 1.5 | $91,048 | $91,927 | 1.5 | $94,458 |
| | 11 | Gifted | 1.0 | $60,792 | $61,380 | 1.0 | $61,380 |
| | 12 | Classroom | 14.0 | $742,010 | $638,849 | 14.0 | $688,196 |
| | 13 | Substitutes | 0.0 | $25,000 | $26,340 | | $25,000 |
| | 14 | Other-Kindergarten | 2.0 | $92,156 | $93,058 | 2.0 | $106,279 |
| | | TOTAL CERTIFIED SALARY | 28.1 | $1,578,441 | $1,486,517 | 28.1 | $1,556,586 |
| SUPPORT | 15 | Secretaries | 1.0 | $34,932 | $35,280 | 1.0 | $36,348 |
| STAFF | 16 | Nurses | 1.0 | $43,056 | $43,476 | 1.0 | $44,796 |
| | 17 | Custodians | 3.0 | $68,160 | $68,828 | 3.0 | $69,948 |
| | 18 | Information Services | 0.2 | $13,572 | $13,701 | 0.2 | $13,733 |
| | 19 | Paraprofessionals-Other | 1.0 | $18,870 | $18,288 | 1.0 | $20,850 |
| | 20 | Other-Aides | 4.1 | $90,971 | $70,012 | 4.1 | $93,255 |
| | 21 | Fringe Benefits(20) xxxxxxxxx | | $547,047 | $521,841 | xxxxxxxx | $555,817 |
| | | TOTAL SUPPORT SALARY | 10.3 | $816,608 | $771,427 | 10.3 | $834,747 |
| | | TOTAL (10-20) xxxxxxxxx | | $2,395,049 | $2,257,944 | xxxxxxxx | $2,391,333 |
| PURCHASED | 22 | Utilities xxxxxxxxx | | $43,500 | $38,490 | xxxxxxxx | $43,500 |
| SERVICES | 23 | Travel xxxxxxxxx | | | $4,011 | xxxxxxxx | |
| (30) | 24 | Maintenance Agreements xxxxxxxxx | | | | xxxxxxxx | |
| | 25 | Other xxxxxxxxx | | $24,830 | $24,805 | xxxxxxxx | $30,630 |
| | | TOTAL (30) xxxxxxxxx | | $68,330 | $67,307 | xxxxxxxx | $74,130 |
| MATERIALS, | 26 | Principal's Office xxxxxxxxx | | | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom xxxxxxxxx | | $51,940 | $105,672 | xxxxxxxx | $34,617 |
| (40) | 28 | Media xxxxxxxxx | | $5,300 | $1,225 | xxxxxxxx | $5,385 |
| | 29 | Other xxxxxxxxx | | $4,000 | $4,225 | xxxxxxxx | $4,000 |
| | | TOTAL (40) xxxxxxxxx | $ 61,240 | $ 111,121 | xxxxxxxx | $ 44,002 |
| CAPITAL | 30 | Equipment xxxxxxxxx | | $20,500 | | xxxxxxxx | $15,500 |
| OUTLAY | 31 | Building Repair, etc. xxxxxxxxx | | | | xxxxxxxx | |
| (50) | 32 | Other xxxxxxxxx | | | | xxxxxxxx | |
| | | TOTAL (50) xxxxxxxxx | | $20,500 | $0 | xxxxxxxx | $15,500 |
| OTHER | 33 | Dues and Fees xxxxxxxxx | | $500 | $365 | xxxxxxxx | $1,000 |
| (60) | 34 | Other xxxxxxxxx | | | | xxxxxxxx | |
| | | TOTAL (60) xxxxxxxxx | $ 500 | $ 365 | xxxxxxxx | $ 1,000 |
| | | TOTAL (30-60) xxxxxxxxx | | $150,570 | $178,793 | xxxxxxxx | $134,632 |
| | | TOTAL (10-60) | 38.4 | $2,545,619 | $2,436,737 | 38.4 | $2,525,965 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxxx | $30,248 | $28,709 | xxxxxxxx | $31,960 |
| | | GRAND TOTAL xxxxxxxxx | | $2,575,867 | $2,465,446 | xxxxxxxx | $2,557,925 |

| Line Item Costs - | Approved | Actual | Proposed |
|---|---|---|---|
| Gibbs | 2011-12 | 2011-12 | 2012-13 |
| Stipends | $4,500 | $853 | $4,000 |
| Other Objects | | | |
| Indirect Costs | $25,748 | $27,856 | $27,960 |
| Vocational | | | |
| Athletics | | | |
| Gifted Programs | $0 | | |
| Plant Services | $0 | | |
| Reading | | | |
| Science | | | |
| English | | | |
| Special Education | $0 | | |
| Curriculum | $0 | | |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $30,248 | $28,709 | $31,960 |

| | Proposed | Actual | Proposed |
|---|---|---|---|
| Per Pupil Cost | 2011-12 | 2011-12 | 2012-13 |
| 3rd Qtr. ADM or Proj. | 265.44 | 269.25 | 269.25 |
| Total Costs | $2,575,867 | $2,465,446 | $2,557,925 |
| Per Pupil Cost | $9,704 | $9,157 | $9,500 |

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| Williams Magnet School | | | F.T.E. | Approved | Actual | F.T.E. | Approved |
| CERTIFIED | 01 | Principal | 1.0 | $91,007 | $91,895 | 1.0 | $91,912 |
| STAFF | 02 | Asst. Prin. | 0.0 | $0 | | | |
| | 03 | Specialists | 5.0 | $316,827 | $315,486 | 5.0 | $330,204 |
| | 04 | Counselors | 1.0 | $74,163 | $70,490 | 1.0 | $73,125 |
| | 05 | Media Spec. | 1.0 | $65,462 | $65,652 | 1.0 | $66,097 |
| | 06 | Art-Perf./Prod. | 0.0 | | | | |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 0.0 | | | | |
| | 10 | Special Education | 2.0 | $129,396 | $127,616 | 2.0 | $108,469 |
| | 11 | Gifted | 1.6 | $91,552 | $92,006 | 2.0 | $114,748 |
| | 12 | Classroom | 18.0 | $921,828 | $943,303 | 18.0 | $924,663 |
| | 13 | Substitutes | 0.0 | $35,000 | $24,810 | | $35,000 |
| | 14 | Other-Kindergarten | 4.0 | $186,906 | $188,723 | 4.0 | $193,200 |
| | | TOTAL CERTIFIED SALARY | 33.6 | $1,912,141 | $1,919,981 | 34.0 | $1,937,417 |
| SUPPORT | 15 | Secretaries | 2.0 | $61,164 | $63,120 | 2.0 | $62,520 |
| STAFF | 16 | Nurses | 1.0 | $57,328 | $57,880 | 1.0 | $57,880 |
| | 17 | Custodians | 3.5 | $91,616 | $80,146 | 3.5 | $78,840 |
| | 18 | Information Services | 0.2 | $13,572 | $13,701 | 0.2 | $13,733 |
| | 19 | Paraprofessionals-Other | 0.0 | | | | |
| | 20 | Other-Aides | 5.0 | $93,132 | $80,665 | 4.3 | $83,914 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $649,218 | $649,815 | xxxxxxxx | $649,948 |
| | | TOTAL SUPPORT SALARY | 11.7 | $966,031 | $945,328 | 11.0 | $946,834 |
| | | TOTAL (10-20) | xxxxxxxx | $2,878,171 | $2,865,309 | xxxxxxxx | $2,884,251 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $65,000 | $62,661 | xxxxxxxx | $66,000 |
| SERVICES | 23 | Travel | xxxxxxxx | $100 | $430 | xxxxxxxx | $300 |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | | | xxxxxxxx | |
| | 25 | Other | xxxxxxxx | $26,620 | $31,067 | xxxxxxxx | $33,970 |
| | | TOTAL (30) | xxxxxxxx | $ 91,720 | $ 94,158 | xxxxxxxx | $ 100,270 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $94,183 | $113,790 | xxxxxxxx | $83,119 |
| (40) | 28 | Media | xxxxxxxx | $5,300 | $1,342 | xxxxxxxx | $8,457 |
| | 29 | Other | xxxxxxxx | $4,400 | $6,285 | xxxxxxxx | $4,400 |
| | | TOTAL (40) | xxxxxxxx | $ 103,883 | $ 121,417 | xxxxxxxx | $ 95,976 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $25,952 | $1,464 | xxxxxxxx | $1,160 |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | | | xxxxxxxx | |
| (50) | 32 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (50) | xxxxxxxx | $ 25,952 | $ 1,464 | xxxxxxxx | $ 1,160 |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $900 | $714 | xxxxxxxx | $750 |
| (60) | 34 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (60) | xxxxxxxx | $ 900 | $ 714 | xxxxxxxx | $ 750 |
| | | TOTAL (30-60) | xxxxxxxx | $222,455 | $217,753 | xxxxxxxx | $198,156 |
| | | TOTAL (10-60) | 45.3 | $3,100,626 | $3,083,062 | 45.0 | $3,082,407 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $47,323 | $48,467 | xxxxxxxx | $49,910 |
| | | GRAND TOTAL | xxxxxxxx | $3,147,949 | $3,131,529 | xxxxxxxx | $3,132,317 |

| Line Item Costs - | Approved | Actual | Proposed |
|---|---|---|---|
| Williams | 2011-12 | 2011-12 | 2012-13 |
| Stipends | $7,000 | $4,720 | $6,000 |
| Other Objects | | | |
| Indirect Costs | $40,323 | $43,747 | $43,910 |
| Vocational | | | |
| Athletics | | | |
| Gifted Programs | $0 | | |
| Plant Services | $0 | | |
| Reading | | | |
| Science | | | |
| English | | | |
| Special Education | $0 | | |
| Curriculum | $0 | | |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $47,323 | $48,467 | $49,910 |

| | Proposed | Actual | Proposed |
|---|---|---|---|
| Per Pupil Cost | 2011-12 | 2011-12 | 2012-13 |
| 3rd Qtr. ADM or Proj. | 415.70 | 422.85 | 422.85 |
| Total Costs | $3,147,949 | $3,131,529 | $3,132,317 |
| Per Pupil Cost | $7,573 | $7,406 | $7,408 |

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| Mann Magnet School | | | F.T.E. | Approved | Actual | F.T.E. | Proposed |
| CERTIFIED | 01 | Principal | 1.0 | $106,480 | $107,512 | 1.0 | $107,432 |
| STAFF | 02 | Asst. Prin. | 2.0 | $160,612 | $222,042 | 3.0 | $237,308 |
| | 03 | Specialists | 3.4 | $188,696 | $191,320 | 3.4 | $208,343 |
| | 04 | Counselors | 2.0 | $144,126 | $147,648 | 2.0 | $145,525 |
| | 05 | Media Spec. | 1.0 | $51,129 | $51,641 | 1.0 | $52,966 |
| | 06 | Art-Perf./Prod. | 0.0 | | | | |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 2.9 | $149,654 | $154,165 | 2.9 | $153,563 |
| | 10 | Special Education | 5.0 | $301,156 | $245,850 | 5.0 | $304,260 |
| | 11 | Gifted | 0.0 | | | | |
| | 12 | Classroom | 50.5 | $2,857,448 | $2,774,447 | 51.5 | $2,857,219 |
| | 13 | Substitutes | 0.0 | $55,000 | $56,130 | | $55,000 |
| | 14 | Other-Kindergarten | 0.0 | | | | |
| | | TOTAL CERTIFIED SALARY | 67.8 | $4,014,301 | $3,950,755 | 69.8 | $4,121,617 |
| SUPPORT | 15 | Secretaries | 5.0 | $138,780 | $128,252 | 5.0 | $143,280 |
| STAFF | 16 | Nurses | 1.0 | $43,784 | $44,192 | 1.0 | $45,476 |
| | 17 | Custodians | 6.0 | $137,644 | $122,918 | 6.0 | $129,779 |
| | 18 | Information Services | 0.2 | $13,572 | $13,701 | 0.2 | $13,733 |
| | 19 | Paraprofessionals-Other | 0.0 | $0 | $15,017 | 3.0 | $64,255 |
| | 20 | Other-Aides | 4.0 | $102,815 | $83,834 | 3.0 | $93,631 |
| | 21 | Fringe Benefits(20) xxxxxxxx | | $1,308,779 | $1,283,911 | xxxxxxxx | $1,351,686 |
| | | TOTAL SUPPORT SALARY | 16.2 | $1,745,374 | $1,691,825 | 18.2 | $1,841,840 |
| | | TOTAL (10-20) | xxxxxxxx | $5,759,675 | $5,642,580 | xxxxxxxx | $5,963,457 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $261,000 | $262,640 | xxxxxxxx | $279,000 |
| SERVICES | 23 | Travel | xxxxxxxx | $3,000 | $3,348 | xxxxxxxx | |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | | | xxxxxxxx | |
| | 25 | Other | xxxxxxxx | $44,835 | $44,787 | xxxxxxxx | $41,325 |
| | | TOTAL (30) | xxxxxxxx | $308,835 | $310,776 | xxxxxxxx | $320,325 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | $0 | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $208,179 | $266,069 | xxxxxxxx | $130,520 |
| (40) | 28 | Media | xxxxxxxx | $16,400 | $15,732 | xxxxxxxx | $15,966 |
| | 29 | Other | xxxxxxxx | $9,000 | $11,412 | xxxxxxxx | $9,000 |
| | | TOTAL (40) | xxxxxxxx | $233,579 | $293,213 | xxxxxxxx | $155,486 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $10,000 | $29,363 | xxxxxxxx | $30,000 |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | | | xxxxxxxx | |
| (50) | 32 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (50) | xxxxxxxx | $10,000 | $29,363 | xxxxxxxx | $30,000 |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $500 | | xxxxxxxx | $500 |
| (60) | 34 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (60) | xxxxxxxx | $500 | $0 | xxxxxxxx | $500 |
| | | TOTAL (30-60) | xxxxxxxx | $552,914 | $633,352 | xxxxxxxx | $506,311 |
| | | TOTAL (10-60) | 84.0 | $6,312,588 | $6,275,932 | 88.0 | $6,469,767 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $138,956 | $236,149 | xxxxxxxx | $239,773 |
| | | GRAND TOTAL | xxxxxxxx | $6,451,545 | $6,512,081 | xxxxxxxx | $6,709,540 |

| 2012-13 BUDGET PROPOSAL | | | 11-12 | 11-12 | 11-12 | 12-13 | 12-13 |
|---|---|---|---|---|---|---|---|
| Parkview Magnet School | | | F.T.E. | Approved | Actual | F.T.E. | Proposed |
| CERTIFIED | 01 | Principal | 1.0 | $115,125 | $116,229 | 1.0 | $116,089 |
| STAFF | 02 | Asst. Prin. | 4.0 | $319,796 | $325,587 | 4.0 | $325,328 |
| | 03 | Specialists | 10.0 | $619,645 | $607,572 | 10.0 | $642,597 |
| | 04 | Counselors | 4.0 | $264,032 | $230,140 | 3.0 | $214,259 |
| | 05 | Media Spec. | 1.0 | $71,582 | $72,248 | 1.0 | $72,248 |
| | 06 | Art-Perf./Prod. | 0.0 | | | | |
| | 07 | Music | 0.0 | | | | |
| | 08 | Foreign Lang. | 0.0 | | | | |
| | 09 | Vocational | 4.0 | $281,134 | $281,507 | 4.0 | $286,870 |
| | 10 | Special Education | 4.5 | $240,689 | $240,750 | 4.5 | $237,517 |
| | 11 | Gifted | 0.0 | | | | |
| | 12 | Classroom | 59.4 | $3,453,149 | $3,451,938 | 60.6 | $3,459,644 |
| | 13 | Substitutes | 0.0 | $75,000 | $58,020 | | $75,000 |
| | 14 | Other-Kindergarten | 0.0 | | | | |
| | | TOTAL CERTIFIED SALARY | 87.9 | $5,440,152 | $5,383,990 | 88.1 | $5,429,552 |
| SUPPORT | 15 | Secretaries | 8.0 | $289,254 | $264,428 | 8.0 | $292,980 |
| STAFF | 16 | Nurses | 1.0 | $56,328 | $40,911 | 1.0 | $56,880 |
| | 17 | Custodians | 9.5 | $241,256 | $243,600 | 9.5 | $249,325 |
| | 18 | Information Services | 0.2 | $13,556 | $13,685 | 0.2 | $13,716 |
| | 19 | Paraprofessionals-Other | 3.0 | $164,442 | $163,740 | 3.0 | $164,244 |
| | 20 | Other-Aides | 9.0 | $238,460 | $274,310 | 8.0 | $235,614 |
| | 21 | Fringe Benefits(20) | xxxxxxxx | $1,848,347 | $1,840,121 | xxxxxxxx | $1,858,191 |
| | | TOTAL SUPPORT SALARY | 30.7 | $2,851,642 | $2,840,795 | 29.7 | $2,870,950 |
| | | TOTAL (10-20) | xxxxxxxx | $8,291,795 | $8,224,785 | xxxxxxxx | $8,300,502 |
| PURCHASED | 22 | Utilities | xxxxxxxx | $208,000 | $225,542 | xxxxxxxx | $231,000 |
| SERVICES | 23 | Travel | xxxxxxxx | $3,000 | $17,400 | xxxxxxxx | $3,000 |
| (30) | 24 | Maintenance Agreements | xxxxxxxx | | | xxxxxxxx | |
| | 25 | Other | xxxxxxxx | $128,405 | $143,390 | xxxxxxxx | $117,100 |
| | | TOTAL (30) | xxxxxxxx | $339,405 | $386,333 | xxxxxxxx | $351,100 |
| MATERIALS, | 26 | Principal's Office | xxxxxxxx | | | xxxxxxxx | |
| SUPPLIES | 27 | Regular Classroom | xxxxxxxx | $346,249 | $368,738 | xxxxxxxx | $238,832 |
| (40) | 28 | Media | xxxxxxxx | $22,180 | $22,219 | xxxxxxxx | $19,155 |
| | 29 | Other | xxxxxxxx | $10,000 | $10,735 | xxxxxxxx | $10,000 |
| | | TOTAL (40) | xxxxxxxx | $378,429 | $401,691 | xxxxxxxx | $267,987 |
| CAPITAL | 30 | Equipment | xxxxxxxx | $5,500 | $8,275 | xxxxxxxx | $7,500 |
| OUTLAY | 31 | Building Repair, etc. | xxxxxxxx | | $0 | xxxxxxxx | |
| (50) | 32 | Other | xxxxxxxx | | $0 | xxxxxxxx | |
| | | TOTAL (50) | xxxxxxxx | $5,500 | $8,275 | xxxxxxxx | $7,500 |
| OTHER | 33 | Dues and Fees | xxxxxxxx | $4,700 | $4,876 | xxxxxxxx | $4,700 |
| (60) | 34 | Other | xxxxxxxx | | | xxxxxxxx | |
| | | TOTAL (60) | xxxxxxxx | $4,700 | $4,876 | xxxxxxxx | $4,700 |
| | | TOTAL (30-60) | xxxxxxxx | $728,034 | $801,175 | xxxxxxxx | $631,287 |
| | | TOTAL (10-60) | 118.6 | $9,019,828 | $9,025,960 | 117.8 | $8,931,788 |
| TOTAL LINE ITEMS - (SECOND PAGE) | | | xxxxxxxx | $232,819 | $292,439 | xxxxxxxx | $302,289 |
| | | GRAND TOTAL | xxxxxxxx | $9,252,647 | $9,318,398 | xxxxxxxx | $9,234,077 |

| Line Item Costs - Parkview | Approved 2011-12 | Actual 2011-12 | Proposed 2012-13 |
|---|---|---|---|
| Stipends | $23,000 | $28,863 | $21,746 |
| Other Objects | | | |
| Indirect Costs | $107,545 | $109,434 | $109,843 |
| Vocational | $14,370 | $17,770 | $20,800 |
| Athletics | $87,904 | $136,372 | $149,900 |
| Gifted Programs | $0 | | |
| Plant Services | $0 | | |
| Reading | | | |
| Science | | | |
| English | | | |
| Special Education | $0 | | |
| Curriculum | $0 | | |
| xxxxxx | | | |
| xxxxxx | | | |
| Total Line Items | $232,819 | $292,439 | $302,289 |

| Per Pupil Cost | Proposed 2011-12 | Actual 2011-12 | Proposed 2012-13 |
|---|---|---|---|
| 3rd Qtr. ADM or Proj. | 1,108.71 | 1,057.77 | 1,057.77 |
| Total Costs | $9,252,647 | $9,318,398 | $9,234,077 |
| Per Pupil Cost | $8,345 | $8,809 | $8,730 |