IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                                    PLAINTIFFS

v.                                    No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                                DEFENDANTS

LORENE JOSHUA, *et al.*                                                  INTERVENORS

ORDER

Motion for status hearing, № 4930, granted. The Court will convene the hearing at 1:30 p.m. on Wednesday, November 20th, in Courtroom 1A.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2013