IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                              PLAINTIFFS

v.                         No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                    DEFENDANTS

LORENE JOSHUA, *et al.*                                               INTERVENORS

## ORDER

Any member of the media may bring an audio recording device into the courthouse for the hearing in this case on 11 June 2014. The use of these devices is subject to the restrictions in Local Rule 83.2(d).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 9 June 2014