IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                        PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                      DEFENDANTS

LORENE JOSHUA, *et al.*                                         INTERVENORS

### ORDER

For the reasons stated on the record at the 11 June 2014 hearing, the Court approves Joshua's and PCSSD's supplement to Plan 2000 in the area of student achievement. The joint motion and amended joint motion, № 5018 & 5021, as supplemented, № 5023, are granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 June 2014