FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 29 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                    PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                DEFENDANTS

LORENE JOSHUA, *et al.*                                   INTERVENORS

ORDER

1. Having received no objections, the Court approves Ms. Powell's July bill, № 5054, and authorizes payment.

2. Ms. Powell's bill for work in August is attached.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2014

August 29, 2014                                          19 Hoggards Ridge
                                                         Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Monitoring Fees for August 2014

Dear Judge Marshall:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of the areas of Plan 2000 that remain under Court supervision. My fees for August 2014 total $3600.00. Fees do not include travel or lunch breaks.

August 8 - Attended "From the Heart" workshop: Discipline/Achievement - 6 hrs. ($1800.00)

August 14 - Hearing - Flat Rate - ($300.00)

August 25 - Visited Bates Elementary, Mills High School, and Fuller Middle School: Facilities - 4 hours ($1200)

August 26 - Visited College Station Elementary: Facilities -1 hour ($300.00)

Activities planned for September:

- Continue facilities monitoring
- Meeting with PCSSD (date not set)
- September 11-14 Vacation

There may be other monitoring related activities that have not been anticipated, depending on district operations. Please let me know if you have any questions or concerns.

Sincerely,


Margie L. Powell