IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                        PLAINTIFFS

v.                           No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                              DEFENDANTS

LORENE JOSHUA, *et al.*                                         INTERVENORS

### ORDER

1. Having received no objections, the Court approves Ms. Powell's August bill, № *5064*, and authorizes payment.

2. Ms. Powell's bill for work in September is attached.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 October 2014

September 29, 2014                                                          19 Hoggards Ridge
                                                                             Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Monitoring Fees for September 2014

Dear Judge Marshall:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of the areas in Plan 2000 that remain under Court Supervision. My fees for September 2014 total $3800.00. All activities fall under Section H- Facilities. Fees do not include travel time or breaks.

September 2, 2014 - Visited Baker Elementary - 1 hour ($300.00)
September 8, 2014 - Visited Jacksonville Middle, North Pulaski High, and Harris Elementary - 4 hours ($1200)
September 16, 2014 - Visited Maumelle Middle and Maumelle High School - 3 hours ($900)
September 17, 2014 - Visited Joe T. Robinson Elementary - 1 hour ($300.00)

*September 22 - Prepared facilities monitoring reports for eleven schools (4 included in August statement) - 11 hours+ - ($1200.00)

Activities planned for August:
- October 22, 2014 - Meeting with PCSSD, Joshua, and ADE - Discipline

There may be other monitoring related activities that have not been anticipated, depending on district operations. Please let me know if you have any questions or concerns.

Sincerely,

Margie L. Powell

Margie L. Powell
Court Monitor

*Please note that I did not charge my regular hourly rate for the facilities monitoring report. Even though the report was time consuming and labor intensive, I did not want to charge the district the full rate for a report that was not being submitted to the Court. In addition, although I hand-delivered the central office copies, I did not charge the district for my time.