IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v.    No. 4:82-cv-866-DPM | |
| NORTH LITTLE ROCK SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

### ORDER

Margie Powell's appointment as the Court's expert will expire on 30 June 2015. № 5034. Her work during the past year has been helpful, both to the Court and the case in general. The Court therefore intends to extend her appointment by one year, on the existing terms, unless she declines to serve or a party objects. The Court requests Ms. Powell to file a paper with the Clerk by 10 July 2015 indicating whether she will serve for another year. Any objection due by the same date.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2015