IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                    PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                       DEFENDANTS

LORENE JOSHUA, *et al.*                                          INTERVENORS

ORDER

The Joshua Intervenors' motion, № 5125, is granted. The Court will hold a status conference on 20 July 2015 at 1:30 p.m. in courtroom 1A. Responses to the substance of Joshua's motion are due by 15 July 2015. Counsel for the Jacksonville/North Pulaski District may file a response and participate in the status conference.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 July 2015