IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                               **PLAINTIFF**

**V.**                               **NO. 4:82CV00866DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                        **DEFENDANTS**

**MRS. LORENE JOSHUA, ET AL.**                                **INTERVENORS**

**KATHERINE KNIGHT, ET AL.**                                   **INTERVENORS**

## PCSSD'S SUPPLEMENTAL RESPONSE TO JOSHUA INTERVENORS' MOTION FOR EARLY STATUS CONFERENCE

Comes now the Pulaski County Special School District (PCSSD) and provides the attached documents as "Exhibit 1" to its earlier response [Doc. 5128]. Exhibit 1 includes, to the best of PCSSD's knowledge, all of the correspondence exchanged between PCSSD, JNPSD, and Commissioner Key regarding the recommendations of Tony Wood and Bobby G. Lester to hire Bobby E. Lester.

                                                            Respectfully submitted,

                                                            M. Samuel Jones III (76060)
                                                            MITCHELL, WILLIAMS, SELIG,
                                                            GATES & WOODYARD, P.L.L.C.
                                                            425 West Capitol Avenue, Suite 1800
                                                            Little Rock, Arkansas 72201
                                                            Telephone: (501) 688-8800
                                                            Facsimile: (501) 688-8807
                                                            E-mail: sjones@mwlaw.com

                                                            Allen P. Roberts (64036)
                                                            ALLEN P. ROBERTS, P.A.
                                                            325 Jefferson St., S.W. P.O. Box 280
                                                            Camden, Arkansas 71711-0280
                                                            Phone: (870) 836-5310
                                                            Facsimile: (870) 836-9662
                                                            Email: allen@aprobertslaw.com

        Whitney F. Moore (2009193)
        FUQUA CAMPBELL, P.A.
        Riviera Tower
        3700 Cantrell Road, Suite 205
        Little Rock, Arkansas 72202
        Telephone: (501) 374-0200
        Facsimile: (501) 975-7153
        wmoore@fc-lawyers.com

By:   **/s/ Whitney F. Moore**
       Whitney F. Moore

       Attorneys for Pulaski County Special School District

## CERTIFICATE OF SERVICE

    I, Whitney F. Moore, do hereby certify that on July 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to:

    All counsel of record

        **/s/ Whitney F. Moore**
        Whitney F. Moore