IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                         PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                       DEFENDANTS

LORENE JOSHUA, *et al.*                                          INTERVENORS

ORDER

The Court made a calendar mistake in Margie Powell's appointment Order. № 5132. Ms. Powell's appointment is extended until next year: 31 July 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 July 2015