IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
et al.                                                                                   PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, et al.                                                                 DEFENDANTS

LORENE JOSHUA, et al.                                                     INTERVENORS

ORDER

For the various reasons stated at the end of the 20 July 2015 status conference, the Joshua Intervenors' requests for relief on the following issues are denied without prejudice:

- Any Voting Rights Act claims about the Jacksonville/North Pulaski School District school board zones;

- The alleged conflict of interest involving one of JNPSD's lawyers;

- Discipline and resource officers at some schools; and

- Other splinter districts.

The staffing issue remains under advisement. Briefs on that issue are due by 3 August 2015.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2015