IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                              PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                             DEFENDANTS

LORENE JOSHUA, *et al.*                                 INTERVENORS

ORDER

The Court attaches Ms. Powell's bill for July 2015. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2015

July 29, 2015

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for July 2015

Dear Judge Marshall,

Per our order of June 20, 2014, I am submitting my request for reimbursement for my activities related to the PCSSD's implementation of the areas in Plan 2000 that remain under Court supervision. My fees for July total $600.00

July 20 - Court Hearing - 1 hour ($300)
July 26 - Attended Donaldson Academy opening ceremony for new students - I hour ($300)

Activities planned for August:

Participate in professional development training - Discipline

There may be other activities that have not been anticipated. Please let me know if you have any questions or concerns.

Sincerely,

Margie L. Powell
Court Expert