IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| **V.**      **NO. 4:82CV00866DPM** | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | **DEFENDANTS** |
| **MRS. LORENE JOSHUA, ET AL.** | **INTERVENORS** |
| **KATHERINE KNIGHT, ET AL.** | **INTERVENORS** |

## PCSSD'S SUPPLEMENTAL STATUS REPORT

Comes now the Pulaski County Special School District ("PCSSD"), by Whitney F. Moore, one of its attorneys, and reports to the Court as follows.

1. PCSSD and the Jacksonville-North Pulaski School District ("JNPSD") submitted their detachment agreement (Doc. 5146-1) to the State Board of Education on August 13, 2015. The State Board unanimously approved the agreement and acknowledged that it had been filed with the Court.

2. At the same time PCSSD's brief was being filed herein, undersigned counsel discovered a binder containing the "1999 Interview Handbook." The handbook appears to have been developed in order to outline in writing the then-unwritten hiring practices used by the district between the 1989 settlement and the drafting of Plan 2000 *circa* 1999. Based upon the comments of the current human resources staff, the handbook is not presently in circulation. However, counsel believes it is substantially consistent with the practices described in PCSSD's brief (Doc 5146). PCSSD is providing the Court with a copy of the document, attached as Exhibit "1", for the Court's information.

WHEREFORE, PCSSD respectfully reports to the Court as stated above for the Court's information and comments at the August 20, 2015 status conference.

Respectfully submitted,

M. Samuel Jones III (76060)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
E-mail: sjones@mwlaw.com


Allen P. Roberts (64036)
ALLEN P. ROBERTS, P.A.
325 Jefferson St., S.W. P.O. Box 280
Camden, Arkansas 71711-0280
Phone: (870) 836-5310
Facsimile: (870) 836-9662
Email: allen@aprobertslaw.com

and

Whitney F. Moore (2009193)
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
Telephone: (501) 374-0200
Facsimile: (501) 975-7153
wmoore@fc-lawyers.com


By:   **/s/ Whitney F. Moore**
Whitney F. Moore

Attorneys for Pulaski County Special School District

## **CERTIFICATE OF SERVICE**

    I, Whitney F. Moore, do hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to:

    All counsel of record

                                     **/s/ Whitney F. Moore**
                                       Whitney F. Moore