IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                              DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS

## ORDER

Any attending member of the media may bring a tape recorder to the hearing on 20 August 2015.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 August 2015