IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                    PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                     DEFENDANTS

LORENE JOSHUA, *et al.*                                        INTERVENORS

### ORDER

Having received no objections, the Court approves Ms. Powell's bills for June and July, № 5122 & № 5143, and authorizes payment.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 August 2015