IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                                                PLAINTIFFS

v.                        No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                        DEFENDANTS

LORENE JOSHUA, *et al.*                                      INTERVENORS

### ORDER

1. For the reasons stated at the 20 August 2015 hearing, the Court confirms its ruling about Dr. Guess's current role on desegregation-related issues, including staffing.

2. The Court directs PCSSD, Joshua, and JNPSD to meet monthly on facilities-related issues between now and the December status conference. PCSSD will host the September meeting; Joshua will host the October meeting; and JNPSD will host the November meeting.

3. The 16 December 2015 status conference will focus on facilities. The Court will also get an update on the Donaldson Scholars program.

4. Joshua's response brief on the proposed PCSSD/JNPSD detachment agreement is due by 31 August 2015. Replies from PCSSD and JNPSD due by 4 September 2015.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2015