IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                       PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                     DEFENDANTS

LORENE JOSHUA, *et al.*                                        INTERVENORS

## ORDER

The Court attaches Ms. Powell's bill for August 2015. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 September 2015

August 29, 2015                                                                 19 Hoggards Ridge
                                                                                Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re:  Monitoring Fees for August 2015

Dear Judge Marshall,

Per your order of June 20, 2014, I am submitting my request fo reimbursement for monitoring activities related to the PCSSD's implementation of the areas of Plan 2000 that remain under Court supervision. My fees for August total $6600.00.

Aug. 5 - Participated in Discipline Workshop (Principals) - 7 hours ($2100)
Aug. 20 - Status Hearing - 1 hour ($300)

Facilities monitoring visits:
Aug 24 - Maumelle & Robinson high schools; Robinson Elementary - 5 hours ($1500)
Aug 26 - N. Pulaski & Jacksonville high schools; Arnold Drive Elementary - 4 hours ($1200)
Aug 28 - College Station & Baker elementary schools - 2 hours ($600)

Aug 27 - Participated in Facilities Committee meeting - 3 hours ($900)

Activities planned for September:
- Complete facilities monitoring activities
- Prepare and distribute facilities report to PCSSD and N. Pulaski/Jacksonville superintendents and principals
- Prepare and initiate monitoring of Alternative Classroom programs in the middle schools

There may be other activities that have not been anticipated. Also, I will be on vacation September 17-21, but will be available by phone if you need me. Please let me know if you have any questions or concerns.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert