IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                              PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                 DEFENDANTS

LORENE JOSHUA, *et al.*                                   INTERVENORS

## STATUS CONFERENCE SCHEDULING ORDER

The following schedule applies to all future status conferences.

- Fourteen Calendar Days before the Hearing — Reports and Briefs Filed

- Seven Calendar Days before the Hearing — Proposed Exhibits Filed

Absent extraordinary circumstances, no document that does not comply with these deadlines will be considered at a status conference.

So Ordered.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

14 October 2015