IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                              PLAINTIFFS

v.                        No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                             DEFENDANTS

LORENE JOSHUA, *et al.*                                               INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's bill for September, № 5163, and authorizes payment. The Court notes and appreciates the discount Ms. Powell applied to that bill. № 5163 *at 2*. The Court attaches Ms. Powell's bill for October 2015. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2015

October 30, 2015                                                        19 Hoggards Ridge
                                                                        Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Monitoring Fees for October 2015

Dear Judge Marshall:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of the areas in Plan 2000 that remain under Court supervision. My fees for October 2015 total $4200.00.

Alternative Learning Classrooms (ALCs) - Discipline/Achievement

October 7 - Sylvan Hills, Jacksonville middle schools - 2 hours ($600)
October 12 - Maumelle, Robinson middle schools - 2 hours ($600)
October 13 - Fuller Middle School - 1 hour ($300)

October 14-16 - Developed/Prepared/ Disseminated ALC monitoring report - 5 hours ($1500)

October 22 - Met with PCSSD, JNPSD, Joshua, ADE - Achievement - 1 hour ($300)

October 29 - Desegregation Meeting/Facilities - Joshua, PCSSD, JNPSD - 3 hours ($900)

Activities planned for November
- Desegregation Meeting - Joshua, PCSSD, JNPSD

Please let me know if you have any questions or concerns.

Sincerely,

*Margie L. Powell*
Margie L. Powell
Court Expert