IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                               No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's bill for October, № 5167, and authorizes payment. The Court attaches Ms. Powell's bill for November 2015. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2015

November 26, 2015

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Monitoring Fees for November 2015

Dear Judge Marshall:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of the areas in Plan 2000 that remain under Court supervision. My fees for November 2015 total $600.00.

November 17 - Met with Joshua, JNPSC, PCSSD - Facilities - 2 hours *($600).

Activities planned for December
- Court hearing

Please let me know if you have any questions or concerns.

*Does not include travel time

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert