IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                   PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                    DEFENDANTS

LORENE JOSHUA, *et al.*                                         INTERVENORS

## ORDER

1. The Court notes and appreciates the parties' status reports. № 5169–5172. The Court is studying them.

2. The 16 December 2015 status conference will start at 1:30 p.m. We'll first spend about thirty minutes on the Donaldson Scholars Academy. After a short break, we'll turn to facilities at 2:15 p.m.

3. Any attending member of the media may bring a tape recorder to the December 16th status conference.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2015