IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                 DEFENDANTS

LORENE JOSHUA, *et al.*                                    INTERVENORS

## ORDER

Margie Powell and counsel for the parties may bring their cell phones — including smart phones — into the courthouse for the December 16th hearing.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2015