IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                          PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                         DEFENDANTS

LORENE JOSHUA, *et al.*                                           INTERVENORS

ORDER

The Court appreciates and attaches a correction to Ms. Powell's report on JNPSD's proposed Facilities Master Plan. № 5179.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2016

January 9, 2016

The Honorable D. Price Marshall. Jr.
Judge. United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: My letter of December 28, 2015 (JNPSD Facilities Master Plan) - Correction

Your Honor:

In my letter to you referenced above, I entered incorrect information with respect to Arnold Drive Elementary's black enrollment for the 2013-14 school year. In my haste to get the report to you, I entered the figure for Adkins Elementary (which was directly above Arnold Drive on the enrollment chart). The correct figure for Arnold Drive should read 22% black, instead of 50% black for the 2013-14 school year.

In Joshua's response to the JNPSD Facilities Master Plan, (Doc. 5183), Mr. Walker quoted Arnold Drive's black enrollment at 23.8% for the current school year. That figure represents a slight increase in black enrollment from the previous year.

I sincerely apologize for the error. Nevertheless, my findings and conclusions remain the same.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert