# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**                          **PLAINTIFFS**
*et al.*

**v.**                          **No. 4:82-cv-866-DPM**

**NORTH LITTLE ROCK SCHOOL DISTRICT,**          **DEFENDANTS**
**et al.**

**LORENE JOSHUA, et al.**                          **INTERVENORS**

**JNPSD'S RESPONSES TO JOSHUA INTERVENORS'
RESPONSE TO JNPSD'S PROPOSED FACILITIES MASTER PLAN,
REPORT TO THE COURT, REQUEST FOR CLARIFICATION AND FOR
OTHER APPROPRIATE OR ALTERNATIVE RELIEF**

Jacksonville/North Pulaski School District (JNPSD), through its attorneys

Scott P. Richardson and Patrick D. Wilson, states as follows for its *Response to*

*Joshua Intervenors' Response to JNPSD's Proposed Facilities Master Plan, Report to*

*the Court, Request for Clarification and for Other Appropriate or Alternative Relief*:

The basic premise of the Joshua Intervenors' opposition to JNPSD's current

facilities plan appears to be that the only plan consistent with Plan 2000 is

immediate replacement of every academic facility in the District. This is simply not

the case.  Moreover, it is completely unrealistic.  JNPSD's plan balances available

resources with current facilities needs to maximize the District's ability to improve

the condition of all of its facilities now and into the future.

JNPSD will combine its secondary schools into one middle school and one

high school.  This will have an obvious desegregation benefit in the District.  The

new high school is proposed for the old middle school site.  This site is in the heart

of Jacksonville.  It is where the highest concentrations of African-American students in the District live.  Once built, it will provide unitary education to all of the students in the District.  Combining schools will likely bring the JNPSD into unitary status in other areas as well. For example, after secondary schools are combined the JNPSD should be unitary in staffing at the secondary level because all of the students will be attending the same middle school and the same high school.  Sending all of the students to the same school is a classic way for smaller school districts to attain unitary status.  For JNPSD, it will also maximize the resources the District has available to provide education to its students.

JNPSD's facilities plan also calls for the replacement of Arnold Drive Elementary and Tolleson Elementary.  This is primarily based on two factors: 1) It is JNPSD's assessment that these two schools are in the greatest need of replacement. Ex. 1, Stein Affidavit.  They are two of the oldest buildings in the District with the lowest building values.[1]  Substantial renovation work has been completed at the other elementary schools in the District but not at these two.  2) The U.S. Department of Defense (DOD) is making significant resources available for this school.  It may provide approximately $8,000,000 towards the replacement of these two facilities.  The DOD is also providing the land for the new school at very little cost to JNPSD.  These are significant financial benefits to the JNPSD

---

[1]     A short time before this brief was completed, the DPSAFT provided to JNPSD draft FCI evaluations of Arnold Drive and Tolleson Elementary.  FCI values above 65% indicate that replacement of a building is a more prudent use of funds than renovation.  DPSAFT assigned Arnold Drive Elementary an FCI of 72.4%.  Ex. 4. DPSAFT assigned Tolleson Elementary an FCI of 69.4%.  Ex. 5.  The site reviews were conducted on January 8, 2016.

that should provide the District with greater flexibility in addressing its future facilities needs.

Finally, JNPSD's facilities plan provides for improvements at all of the schools in the District.  The four remaining elementary schools will each receive new multi-purpose spaces that will be of significant benefit to those schools.  These buildings will replace portable buildings currently in use at those schools.  And, they will provide new academic space at the schools to expand the educational offerings to those students. Accordingly, JNPSD requests the Court's approval of its facilities plan as consistent with Plan 2000.

The scope of JNPSD's request for relief is important.  JNPSD is not asking for unitary status in facilities based on this plan.  It is simply asking for acknowledgement from the Court that the plan is consistent with Plan 2000.  The facilities are a beginning, not an end.

The remainder of this brief will address the points raised by the Joshua Intervenors.

3.     The Joshua Intervenors make reference to Judge Miller's findings based on the Kahn Study. That study was conducted some fifteen years ago, in or around the year 2000. The Joshua Intervenors point out Judge Miller's note that the Kahn Study recommended replacement of eleven PCSSD schools including four in Jacksonville. DE # 4507 p. 74.

JNPSD has not been provided a copy of the Kahn Study.  Neither Judge Miller nor the Joshua Intervenors have identified which four schools the Kahn

Study recommended for replacement in Jacksonville. Given the renovations and work done in Jacksonville schools, (See DE # 5020 p. 22-23) it is not clear what continuing viability the Kahn Study has in assessing facilities needs in Jacksonville today.  JNPSD's facilities plan is based on its own assessment of the current condition of the facilities in the District.  Ex. 1, Affidavit of Dr. Stein.

4.      The Joshua Intervenors noting of the per pupil costs of the various facilities actually supports JNPSD's facilities plan.  Presumably based on Judge Miller's ruling, Joshua notes the following facilities and per pupil costs: Maumelle High School - $38,000; Maumelle Middle - $21,929; Chenal Elementary - $25,429.[2] The current plan for replacement of Jacksonville High School and North Pulaski High School calls for a school, initially, of 1,400 students at a cost of approximately $60,000,000, that is $42,857 per student.  The elementary school replacing Arnold Drive and Tolleson Elementaries is projected to serve 648 students at a cost of approximately $16,000,000 or $24,691 per student.  If per student cost is the measure, the proposed new High School will be substantially equal (if not better than) the schools that the Joshua Intervenors compare it to.

5.      Paragraph five in the Joshua Intervenors' Response appears to be the first time that anyone has questioned the need or the propriety of building a new High School in Jacksonville. It was JNPSD's understanding, based on discussions over the last year, that the Joshua Intervenors were in agreement with the need to build a new high school in JNPSD.  Combining secondary schools has obvious

---

[2]      We have not checked these numbers for accuracy.

desegregation benefits.  The proposed facility will be located in the Joshua
Intervenors' preferred location: the city center.  Moreover, a high school is a premier
facility in a school district.  A new high school will have multiple benefits to the
District and the community it serves.  It will help attract students to the District
and will demonstrate JNPSD's strength as a new school district.  A new high school
will be a bold move that will make the JNPSD competitive with the other school
districts in the area.

JNPSD notes that the proposed new elementary school is not contingent on
the funding from the U.S. Department of Defense (DOD). But, that funding is a
significant factor in favor of building that school.  It is estimated that the DOD
funding would be $8,000,000; roughly half the cost of construction of the school.  In
addition, the land for the school is being provided by the Little Rock Air Force Base
at very low cost.  The DOD funding would be a significant savings to JNPSD and
would provide the District a great deal of flexibility for the next Partnership
funding cycle (2019-21).

The Joshua Intervenors also appear to question the existence of the DOD
program for school funding.  The program overseen by the U.S. Department of
Defense Office of Economic Adjustment (OEA).  http://www.oea.gov  The funding is
made available through Congressional appropriation to the DOD.  76 Fed. Reg.
55883 (2011).  A brief overview of the program is available here.[3]  The program is
the "Public Schools on Military Installations" program. Arnold Drive Elementary is

---

[3]     The full link is: http://www.militaryonesource.mil/k-12-and-college-
education?content_id=267393

the thirty-fourth school on the priority listing of public schools on military installations. Ex. 2, Priority Listing.  JNPSD is informed that funding has been allocated for projects related to the first thirty-three schools on the list, but the funding allocations are not yet final. Thus, there is a significant likelihood that funds will become available for Arnold Drive Elementary, but it is not a certainty.

6.     Moreover, the location for the proposed new high school will be a significant benefit to the African-American students in the JNPSD.  It will be a new, premier facility in the city-center.  As part of the planning process JNPSD asked Metroplan to conduct a study of the relative travel times for African-American and other students in the District for the three sites initially proposed for the high school. Ex. 3, Metroplan Study.  The JNPSD Board of Directors selected "Site 2 – School Drive."[4]  The Metroplan Study demonstrated that the African-American students would have the lowest median distance to the proposed high school is at Site 2.  JNPSD addresses below the Joshua Intervenors' arguments based on enrollment figures.

7. The court's expert also agrees that JNPSD's facilities plan is consistent with Plan 2000.  As noted above, the plan does call for new construction at all of the elementary schools in the District.

8.     A word about enrollment numbers: The 2013-14 Enrollment and Racial Composition of the Pulaski County Special School District Report ("the Report")

---

[4]     "Site 1 – Linda Ln." in the study is the current high school site.  "Site 3 – Harris Rd" was a site on the west side of Jacksonville on the Little Rock Air Force Base.

shows that Arnold Drive's enrollment has fluctuated from 35% to 16% African-American from 2000-01 to 2013-14. DE # 4959, p. 8.  The Report reflects that in 2013-14 enrollment was 22% African-American, not 50%.[5]  The Report includes pre-school children for the student counts at schools that have pre-K classes.  JNPSD's enrollment numbers in its last status report were based upon the ADE's Data Center, which does not include pre-school children in its student counts. So, there is some difference between the two sets of numbers.

Using the correct number from the Report and the numbers provided by the Joshua Intervenors, Arnold Drive had a two-point increase in *percentage* of African-American enrollment, when compared to the 2015-16 numbers supplied by the Joshua Intervenors.  But this masks an overall decline in African-American and total enrollment at the school. Tolleson also experienced a decline in enrollment (as have most of the schools in the District), while it's *percentage* of African-American enrollment has increased by 5.6 percentage points.

| Arnold Drive Elem. | 13-14 | 15-16 | 15-16 Combined |
|---|---|---|---|
| Black | 62 | 49 | 188 |
| Total | 285 | 206 | 536 |
| % Black | 21.8% | 23.8% | 35.1% |
| Tolleson | | | |
| Black | 143 | 139 | |
| Total | 392 | 330 | |
| % Black | 36.5% | 42.1% | |

PCSSD's student assignment plan provided that the schools were out of racial balance if they fell below twenty percent African-American enrollment.  DE #

---

[5]     JNPSD appreciates Mrs. Powell's correction filed today.

4959, p. 6.    Arnold Drive Elementary has always been close to this line. Combining the two schools produces a school that (at least for the 2015-16 school year) would be well above twenty percent.  JNPSD notes also that Arnold Drive is 22.5 percentage points below the district average for African-American elementary enrollment (46.3%).  Tolleson is 4.1 percentage points below the average.  The combined schools, however, would be 11.2 percentage points below the District average.  In other words, combining the two schools produces an enrollment that is more integrated when measured against the PCSSD's former standard for student assignment.  More integrated education is a desegregation benefit.

Paragraph eight of the Joshua Intervenor's brief reveals their primary objection: they want JNPSD to equalize all of the facilities at once.  JNPSD agrees that it would be wonderful to build all new facilities for all of the students in the District in the first three years of independent operation of JNPSD.  But that is simply not possible. Typically, a school district (for example the North Little Rock School District) will have fund balances that can be built up over time to build new facilities or renovate existing facilities.  JNPSD does not have that. It is starting from scratch and building the best plan it can to maximize its investment (from all available sources) in the District in its first years of independent operation.

Whether, as the Joshua Intervenors assert, the combined elementary schools become a "white refuge or enclave" is, charitably stated, complete speculation. The school, if built, will not be completed for several years. No one can say at this point what the enrollment of the school will be when it opens to students. The available

numbers, however, do not suggest a racially isolated school. On the contrary, judged against the student assignment standard from PCSSD's desegregation plan it will be a well integrated school.

9. The North Pulaski High School will receive some upgrades, but those will be in the nature of regular maintenance and not renovations. As the Joshua Intervenors note elsewhere, that facility is better than most of the facilities in the District. At the meeting on January 4, 2016, Mrs. Powell also noted that the portion of the North Pulaski High School that is in disrepair will not be used as part of the middle school. Even so, that facility will provide an adequate educational environment for the students there. But, even if the Joshua Intervenors' criticisms are credited, all of the middle school students in the District will attend the school so those burdens will be borne by all of the students equally.

10. It is not clear what the Joshua Intervenors' chart in this paragraph is meant to suggest. At best their chart shows that there are different enrollments in each elementary school. The structures to be built at each of the JNPSD elementary schools are planned to be substantially equal in design, size, and all other aspects.

11. The academic spaces for the proposed high school (i.e. the spaces that the State Facilities Partnership Program will participate in funding) are projected to cost $46 million. The State's Program of Requirements (POR) largely dictates the size of the school based on the projected enrollment of 1,400 students in the first phase of building. The POR size of the phase I school is roughly 245,000 square feet. The State Partnership Program funds up to $175 per square foot. Thus, the

Partnership Application is for $49 million. The actual cost of the facility includes non-academic spaces and an average cost above $175 per square foot. This total cost is projected to be $60 million.[6]

12. To the extent there was any confusion on the actual projected cost of the proposed high school as compared to the portion eligible for State Partnership Program funding, that was the undersigned's mistake, not Mr. Woods.

14. JNPSD cannot locate any document on which the Joshua Intervenors base their expectation that a new 4,000 student district would be able to replace all of its facilities at once. A year ago, the PCSSD and JNPSD produced a preliminary facilities master plan that called for the construction of a new high school and a new elementary school to replace Arnold Drive and Tolleson Elementary Schools. See DE # 5153 JNPSD Status Report p. 2; DE # 5153-1, PCSSD Facilities Master Plan Strategy 2015, p. 3-5. The Joshua Intervenors never objected to that plan. Last September, 2015, JNPSD provided notice to the Joshua Intervenors of its intent to build a new high school and a new elementary school; essentially, to carry through with the prior facilities plan. The Joshua Intervenors did not object. As Joshua notes they finally voiced opposition at the November monthly meeting. As explained above, JNPSD's plan is based on its assessment of the current facilities needs in the district and the potentially available revenue sources. The Joshua Intervenors make no attempt to address these two concerns.

---

[6] The Joshua Intervenors provide no evidence about inflation and how it may affect the comparison of the Maumelle High School with the proposed high school for JNPSD. So it is not possible to assess this argument.

Comparing Maumelle with the south-east portion of PCSSD is not analogous to schools within JNPSD.  The current Arnold Drive Elementary is only seven miles or less from the Murrell Taylor Elementary.  These schools are not in separate communities like the schools that the Joshua Intervenors discuss in their Memorandum.  JNPSD's schools are in the same city.  Moreover, as noted above, the proposed new elementary will benefit unitary education in JNPSD.

15.  Paragraph fifteen of the Memorandum does not make sense.  JNPSD has never made the contention the Joshua Intervenors attribute to it.  JNPSD believes that the voters in the District will support a new, premier high school in the city center and a new elementary school to replace two of the oldest schools in the JNPSD.

16.  There is absolutely no evidence whatsoever to support the Joshua Intervenors assertion that the new elementary school may be a "white flight school." In fact, the evidence suggests just the opposite.  Measured against PCSSD's student assignment plan, the new school will be more integrated and would comply with that student assignment plan.  The Joshua Intervenors completely ignore the fact that the JNPSD's greatest investment will serve the students that Joshua represents.  JNPSD projects the total cost of its facilities plan to be around $82 million.  Roughly 70% of that will be spent on the high school in the city center. Add to that the additional investments of the multi-purpose facilities, then roughly 80% of JNPSD's facilities plan will benefit the students who reside in the city of

Jacksonville, to the east of highway 67/167.  To suggest that the African-American students in the JNPSD are not well served by this plan is simply incorrect.

18 - 26.  Section B of the Joshua Intervenors' Memorandum is about staffing. If the Joshua Intervenors are requesting some action by the Court on staffing, they need to file a motion and brief so the issues they raise can be fully addressed.  Their primary concern appears to be that the PCSSD will release all of the staff that it has employed and that JNPSD will then hire staff this spring.  The Court has already approved PCSSD's dual-seniority center policies, which included PCSSD's release of its employees in JNPSD this spring. Following, the Court's approval, the two districts have planned for the staffing transition with these policies in place. The Joshua Intervenors' ninth hour objections are simply not well taken.

With regard to the middle school principal position that the Joshua Intervenors reference, this position was filled this past summer following the process in place at PCSSD.  So, the hiring of the current middle school principal complied with Plan 2000 in all respects.  The ADE's binding recommendation to JNPSD is that the person who was hired in compliance with Plan 2000 should continue in that position.

The question before the Court is not unitary status.  *Milliken v. Bradley*, 433 U.S. 267 (1977)(*Milliken II*)(holding that "the federal courts in devising a remedy must take into account the interests of state and local authorities in managing their own affairs, consistent with the Constitution").  The question is whether the current facilities plan violates the desegregation decree (i.e. Plan 2000) and whether it

inhibits or enhances the elimination of the remaining vestiges of past discrimination to the extent practicable. *Missouri v. Jenkins*, 515 U.S. 70, 88-89, 97-98 (1995)(noting that "federal-court decrees exceed appropriate limits if they are aimed at eliminating a condition that does not violate the Constitution or does not flow from such a violation") *quoting Milliken II*, 433 U.S. at 282.

JNPSD's facilities plan complies with Plan 2000 and enhances JNPSD's efforts to eliminate whatever vestiges of past discrimination may remain in the District.  The plan provides significant investment in JNPSD, the majority of which will be in the heart of Jacksonville.  The plan also addresses what JNPSD understands to be the most urgent facilities needs in the District.  It has the additional benefit of potentially securing additional funding that will provide greater flexibility to the JNPSD in later years.  As explained above the plan provides significant benefits to desegregation and to the students in the JNPSD.  Accordingly, the Court should allow JNPSD to proceed with its facilities plan.

WHEREFORE, JNPSD requests that the Joshua Intervenors' objections to its facilities plan be denied, that JNPSD be allowed to proceed with its facilities master plan, and that it be granted all other relief to which it is entitled.

Respectfully Submitted,

By: /s/ Scott P. Richardson  (2001208)
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
scott@mrcfirm.com

and

/s/ Patrick D. Wilson (99073)       _
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:       pwilson@wlj.com


Attorneys for Jacksonville/North Pulaski
School District


## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:


All Counsel of Record

/s/ Scott P. Richardson       _