IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v.    No. 4:82-cv-866-DPM | |
| NORTH LITTLE ROCK SCHOOL DISTRICT, et al. | DEFENDANTS |
| LORENE JOSHUA, et al. | INTERVENORS |

AFFIDAVIT OF DR. CHARLES STEIN

Dr. Charles Stein, being duly sworn, states upon oath:

1. I, Dr. Charles Stein, am of legal age and am competent to testify to matters in this affidavit. I am a civil engineer and a registered Professional Engineer in the State of Arkansas (License # 4081). On June 30, 2015, I retired from the Arkansas Division of Public School Academic Facilities and Transportation (DPSAFT) where I served as Director for five years. I worked at DPSAFT from the Division's establishment in 2005 until my retirement last year. In my work at DPSAFT, I reviewed hundreds of facilities master plans and all project applications for funding through the State's facilities partnership program. I helped evaluate the plans and applications, as well as evaluate school facilities across the State. I hold certifications in K-12 academic space planning and am well versed in developing academic facilities plans.

**JNPSD Exhibit 1**

1

2.     Upon retirement from DPSAFT, JNPSD hired me to help them develop their master facilities plan and applications for partnership funding for academic facilities projects in the district.

3.     As part of that process I reviewed data and information on JNPSD's facilities. I also toured North Pulaski High School, Jacksonville High School, and Dupree Elementary School.  I drove by and conducted external, visual inspections of all of the other schools in JNPSD except Bayou Meto Elementary.

4.     DPSAFT uses a measure known as "Depreciated Building Value" or simply "Building Value" as one factor in assessing facilities needs in a school district. Building value is expressed as a percentage of a 50 year building life and is based solely on the age of the building being assessed. Building values can be found in Tab 1 of JNPSD's Facilities Master Plan.

5.     The JNPSD facilities with the lowest building values are Dupree Elementary (-7%), Tolleson Elementary (-16%), Jacksonville Middle School (-2%), and Arnold Drive Elementary (4%).  These building values indicate that these are the schools with the greatest needs in the district. But, building values are only one factor in the overall analysis of the condition of the school facilities.

6.     In my tour of Dupree Elementary I observed that significant renovations had been performed at that school over the summer of 2015.  Prior to that, the school had been an open concept design. Over the summer, PCSSD installed partition walls in the school and replaced the flooring in the school to

create individual classrooms for each grade and class. This lowered the facilities needs at the school, making replacement of the facility less urgent.

7. JNPSD's facilities planning addresses the three other schools with the lowest building values in the District: Tolleson, Arnold Drive, and Jacksonville Middle School. All three of these schools will be closed. The middle school students will be moved to North Pulaski High School (21% building value), and a new elementary school will be built to replace the Tolleson and Arnold Drive.

8. The other two schools with a significant African-American student population are Taylor Elementary and Pinewood Elementary. Pinewood and Taylor are the newest facilities in the JNPSD with building values of 20% and 30%, respectively. Additionally, renovations have occurred at those schools over the last few years as well. Thus it was our determination that the needs at these schools were not as significant as the needs at Arnold Drive and Tolleson Elementaries. It was also my assessment that due to the positive building values at Pinewood and Taylor, the DPSAFT would not agree to replacement of these schools and would not provide partnership program funding for replacements.

9. In my tour of Jacksonville High School, it was my opinion that the building value at that school (16%) is not reflective of the suitability of that space for conducting classes. Accordingly, we asked the DPSAFT to assess what is known as the "Facility Condition Index" or FCI for that facility. FCI is a subjective measure of the suitability of a facility's academic spaces for conducting class. It is defined as the ratio of renovation costs to the cost of school replacement. Generally

speaking, DPSAFT considers an FCI above 65% to indicate that it is more prudent to replace a facility than it is to try to renovate the facility. DPSAFT reviewed the Jacksonville High without input from me or JNPSD and came to its own FCI determination. DPSAFT's evaluation produced a campus FCI of 75%. See Tab 14 of JNPSD's Master Facilities Plan. I would note also, that it is difficult to understate the value of a new high school to a school district and community.

10. Because there are needs at the four remaining elementary schools, JNPSD wanted to provide facilities upgrades for those schools as well. It was determined that stand-alone, multi-purpose buildings would be the most prudent approach. These buildings will provide new physical education space, new stages for school activities, and fine arts classrooms and storage space for all of the other schools not being replaced: Dupree, Pinewood, Taylor, and Bayou Meto Elementaries. These buildings can fit well into a new campus if JNPSD decides to pursue replacement of those facilities in the future.

11. It is my professional opinion that JNPSD's Master Facilities Plan addresses the most urgent facilities needs in the District and maximizes potential state financial participation for the next Partnership Program funding cycle. It also gives JNPSD flexibility in the future to continue to address the Districts' facilities needs in future partnership funding cycles.

FURTHER AFFIANT SAYETH NOT.

*/s/ Charles C. Stein*
Dr. Charles Stein, D.Engr., PE
Affiant

## VERIFICATION

County of Pulaski  )
State of Arkansas  )

      SUBSCRIBED AND SWORN TO before me, a Notary Public, on this ___ day of January, 2016:

*Aleatha Sledge*
Notary Public

My Commission Expires:

November 7, 2025

ALEATHA SLEDGE
MY COMMISSION # 12696039
EXPIRES: November 7, 2025
Lonoke County

5