|  | Site 1 - Linda Ln | Site 2 - School Drive | Site 3 - Harris Rd |
|---|---|---|---|
| Total Distance To Site All Students | 16,401 miles | 15,851 miles | 21,406 miles |
| Total Distance To Site White | 8,196 miles | 9,038 miles | 9,253 miles |
| Total Distance To Site Black | 6,256 miles | 4,926 miles | 9,601 miles |
| Total Distance To Site Hisp./Latino | 1,011 miles | 989 miles | 1,339 miles |
| Mean Distance All | 3.7 miles | 3.6 miles | 4.9 miles |
| Mean Distance White | 4.8 miles | 5.3 miles | 5.4 miles |
| Mean Distance Black | 3.0 miles | 2.4 miles | 4.6 miles |
| Mean Distance Hisp./Latino | 3.2 miles | 3.1 miles | 4.3 miles |
| Median Distance All | 2.9 miles | 2.6 miles | 4.9 miles |
| Median Distance White | 3.5 miles | 3.9 miles | 5.3 miles |
| Median Distance Black | 2.7 miles | 2.2 miles | 4.7 miles |
| Median Distance Hisp./Latino | 2.8 miles | 2.7 miles | 4.3 miles |
| Average Time All | 6.9 minutes | 6.5 minutes | 9.1 minutes |
| Average Time White | 8.4 minutes | 8.7 minutes | 9.5 minutes |
| Average Time Black | 5.8 minutes | 4.9 minutes | 8.9 minutes |
| Average Time Hisp./Latino | 6.3 minutes | 6.0 minutes | 8.0 minutes |

**JNPSD Exhibit 3**