Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

**DRAFT**

Revised 9/10/12
Page 1 of 2

| School District | Jacksonville North Pulaski | Campus/Building | Arnold ES 600400201 / Elementary | Year Constructed | 1968 |
| --- | --- | --- | --- | --- | --- |
| Project # | 1718-6004-002 | Demolition S.F. | 32,652 | Age of Building | 48 |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Site | Sidewalks | 25 | | 7 | Yes | 32652 | 4.4% | 6.6% | 0.3% |
| Site | Canopies | 25 | | 7 | No | 32652 | | 6.6% | N/A |
| Site | Parking Surface | 20 | | 7 | Yes | 32652 | | 55.6% | 2.4% |
| Site | Fencing | 15 | | 7 | Yes | 32652 | | 10.9% | 0.5% |
| Site | Playgrounds & Phys. Ed. Eqt. | 15 | | 7 | Yes | 32652 | | 20.4% | 0.9% |
| Structural | Foundation System | 100 | | 56 | No | 32652 | 19.3% | 48.3% | N/A |
| Structural | Wall Systems | 100 | | 56 | No | 32652 | | 51.7% | N/A |
| Exterior | Exterior Walls | 50 | | 7 | Yes | 32652 | 13.6% | 54.8% | 7.4% |
| Exterior | Exterior Windows | 20 | | 7 | Yes | 32652 | | 31.9% | 4.3% |
| Exterior | Exterior Painting | 20 | | 7 | Yes | 32652 | | 10.4% | 1.4% |
| Exterior | Exterior Doors | 20 | | 7 | Yes | 32652 | | 3.0% | 0.4% |
| Roofing | Roofing System | 20 | | 7 | Yes | 32652 | 4.3% | 100.0% | 4.3% |
| Interiors | Int Doors | 15 | | 7 | Yes | 32652 | 14.8% | 8.1% | 1.2% |
| Interiors | Wall Finishes | 8 | | 7 | Yes | 32652 | | 19.6% | 2.9% |
| Interiors | Floor Finishes | 5-25 | | 7 | Yes | 32652 | | 35.7% | 5.3% |
| Interiors | Ceiling Finishes | 10 | | 7 | Yes | 32652 | | 35.3% | 5.2% |
| HVAC | Heating & Cooling Systems | 15 | | 7 | Yes | 32652 | 15.8% | 90.7% | 14.3% |
| HVAC | Controls | 15 | | 7 | Yes | 32652 | | 9.3% | 1.5% |
| Electrical | Electrical Service | 30 | | 7 | Yes | 32652 | 8.6% | 12.3% | 1.1% |
| Electrical | Electrical Distribution | 25 | | 7 | Yes | 32652 | | 49.3% | 4.3% |
| Electrical | Lighting Fixtures | 20 | | 8 | Yes | 32652 | | 31.8% | 2.7% |
| Electrical | Emergency Lighting | 10 | | 7 | Yes | 32652 | | 4.3% | 0.4% |
| Electrical | Emergency Generator | 20 | | 0 | No | 32652 | | 2.2% | N/A |

**JNPSD Exhibit 4**

For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.

Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

**DRAFT**

Revised 9/10/12
Page 2 of 2

| School District | Jacksonvile North Pulaski | Campus/Building | Arnold ES 600400201 / Elementary | Year Constructed | 1968 |
| --- | --- | --- | --- | --- | --- |
| Project # | 1718-6004-002 | Demolition S.F. | 32,652 | Age of Building | 48 |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Plumbing | Sanitary Sewer | 40 | | 27 | Yes | 32652 | 6.0% | 35.0% | 2.1% |
| Plumbing | Domestic Water Piping Sys | 20 | | 7 | Yes | 32652 | | 9.1% | 0.5% |
| Plumbing | Faucets & Fixtures | 10 | | 7 | No | 32652 | | 54.4% | N/A |
| Plumbing | Backflow Preventers | 10 | | 7 | No | 32652 | | 1.5% | N/A |
| Fire & Safety | Fire Alarm | 10 | | 7 | Yes | 32652 | 3.2% | 14.1% | 0.4% |
| Fire & Safety | Fire Sprinkler | 20 | | 7 | No | 32652 | | 65.5% | N/A |
| Fire & Safety | Security System | 10 | | 7 | No | 32652 | | 9.7% | N/A |
| Fire & Safety | Closed-Circuit tv Sys | 10 | | 7 | No | 32652 | | 10.7% | N/A |
| Technology | Public Address & Intercom | 15 | | 7 | Yes | 32652 | 3.1% | 31.4% | 1.0% |
| Technology | Computer Technology Infrastructure | 10 | | 7 | Yes | 32652 | | 42.5% | 1.3% |
| Technology | Telephones | 10 | | 7 | Yes | 32652 | | 26.1% | 0.8% |
| Specialties | Elevators | 20 | | | No | 32652 | 6.9% | 4.4% | N/A |
| Specialties | Writing Surfaces | 20 | | | Yes | 32652 | | 1.8% | 0.1% |
| Specialties | Fixed Cabinetry | 15 | | 7 | Yes | 32652 | | 22.2% | 1.5% |
| Specialties | Fixed Lab Equipment | 25 | | | Yes | 32652 | | 6.9% | 0.5% |
| Specialties | Fixed Equipment | 18 | | | Yes | 32652 | | 46.3% | 3.2% |
| Specialties | Movable Partitions (major) | 10 | | | No | 32652 | | 6.0% | N/A |
| Specialties | Lockers | 20 | | | No | 32652 | | 11.7% | N/A |
| Specialties | Stage Equipment | 10 | | | Yes | 32652 | | 0.6% | 0.0% |

**72.4%**

| | | |
| --- | --- | --- |
| Date of Site Visit | 1/8/2016 | CONSENSUS - Stan Leek 1/8/16 |
| Division Staff Member | Stan Leek, Quincy Edwards, Roy Blackmon | |
| School District Contact | Glen Shook | |

**For DPSAFT internal use only to evaluate Partnership Program Projects.**