Division of Public School Academic Facilities and Transportation
Partition Program Project  Proposed Demolition
FCI EVALUATION

 **DRAFT**

Revised 9/10/12
Page 1 of 2

| School District | Jacksonvile North Pulaski | | Campus/Building | Tolleson ES  600400601 / Rm 1-12 | Year Constructed | 1957 |
| --- | --- | --- | --- | --- | --- | --- |
| Project # | 1718-6004-002 | | Demolition S.F. | 17,768 | Age of Building | |
| | | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Site | Sidewalks | 25 | | 0 | Yes | 17768 | 4.4% | 6.6% | 0.3% |
| Site | Canopies | 25 | | | No | 17768 | | 6.6% | N/A |
| Site | Parking Surface | 20 | | 0 | Yes | 17768 | | 55.6% | 2.4% |
| Site | Fencing | 15 | | 0 | No | 17768 | | 10.9% | N/A |
| Site | Playgrounds & Phys. Ed. Eqt. | 15 | | 0 | No | 17768 | | 20.4% | N/A |
| Structural | Foundation System | 100 | | 39 | No | 17768 | 19.3% | 48.3% | N/A |
| Structural | Wall Systems | 100 | | 39 | No | 17768 | | 51.7% | N/A |
| Exterior | Exterior Walls | 50 | | 0 | Yes | 17768 | 13.6% | 54.8% | 7.4% |
| Exterior | Exterior Windows | 20 | | 0 | Yes | 17768 | | 31.9% | 4.3% |
| Exterior | Exterior Painting | 20 | | 0 | Yes | 17768 | | 10.4% | 1.4% |
| Exterior | Exterior Doors | 20 | | 0 | Yes | 17768 | | 3.0% | 0.4% |
| Roofing | Roofing System | 20 | | 0 | Yes | 17768 | 4.3% | 100.0% | 4.3% |
| Interiors | Int Doors | 15 | | 0 | Yes | 17768 | 14.8% | 8.1% | 1.2% |
| Interiors | Wall Finishes | 8 | | 0 | Yes | 17768 | | 19.6% | 2.9% |
| Interiors | Floor Finishes | 5-25 | | 0 | Yes | 17768 | | 35.7% | 5.3% |
| Interiors | Ceiling Finishes | 10 | | 0 | Yes | 17768 | | 35.3% | 5.2% |
| HVAC | Heating & Cooling Systems | 15 | 1 | | Yes | 17768 | 15.8% | 90.7% | 14.3% |
| HVAC | Controls | 15 | 3 | | Yes | 17768 | | 9.3% | 1.5% |
| Electrical | Electrical Service | 30 | | 20 | Yes | 17768 | 8.6% | 12.3% | 1.1% |
| Electrical | Electrical Distribution | 25 | | 2 | Yes | 17768 | | 49.3% | 4.3% |
| Electrical | Lighting Fixtures | 20 | | 8 | Yes | 17768 | | 31.8% | 2.7% |
| Electrical | Emergency Lighting | 10 | | | Yes | 17768 | | 4.3% | 0.4% |
| Electrical | Emergency Generator | 20 | | | No | 17768 | | 2.2% | N/A |

**JNPSD Exhibit 5**

**For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.**

Case 4:82-cv-00866-DPM Document 5186-5 Filed 01/11/16 Page 2 of 6

Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

 **DRAFT**

Revised 9/10/12
Page 2 of 2

| School District | Jacksonvile North Pulaski | Campus/Building | Tolleson ES 600400601 / Rm 1-12 | Year Constructed | 1957 |
|---|---|---|---|---|---|
| Project # | 1718-6004-002 | Demolition S.F. | 17,768 | Age of Building | |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
|---|---|---|---|---|---|---|---|---|---|
| Plumbing | Sanitary Sewer | 40 | | 0 | Yes | 17768 | 6.0% | 35.0% | 2.1% |
| Plumbing | Domestic Water Piping Sys | 20 | | 0 | Yes | 17768 | | 9.1% | 0.5% |
| Plumbing | Faucets & Fixtures | 10 | | 0 | No | 17768 | | 54.4% | N/A |
| Plumbing | Backflow Preventers | 10 | | 0 | No | 17768 | | 1.5% | N/A |
| Fire & Safety | Fire Alarm | 10 | | 2 | Yes | 17768 | 3.2% | 14.1% | 0.4% |
| Fire & Safety | Fire Sprinkler | 20 | | | No | 17768 | | 65.5% | N/A |
| Fire & Safety | Security System | 10 | | 2 | Yes | 17768 | | 9.7% | 0.3% |
| Fire & Safety | Closed-Circuit tv Sys | 10 | | | Yes | 17768 | | 10.7% | 0.3% |
| Technology | Public Address & Intercom | 15 | | 7 | No | 17768 | 3.1% | 31.4% | N/A |
| Technology | Computer Technology Infrastructure | 10 | | 2 | No | 17768 | | 42.5% | N/A |
| Technology | Telephones | 10 | | | Yes | 17768 | | 26.1% | 0.8% |
| Specialties | Elevators | 20 | | | No | 17768 | 6.9% | 4.4% | N/A |
| Specialties | Writing Surfaces | 20 | | | Yes | 17768 | | 1.8% | 0.1% |
| Specialties | Fixed Cabinetry | 15 | | | Yes | 17768 | | 22.2% | 1.5% |
| Specialties | Fixed Lab Equipment | 25 | | | Yes | 17768 | | 6.9% | 0.5% |
| Specialties | Fixed Equipment | 18 | | | Yes | 17768 | | 46.3% | 3.2% |
| Specialties | Movable Partitions (major) | 10 | | | No | 17768 | | 6.0% | N/A |
| Specialties | Lockers | 20 | | | No | 17768 | | 11.7% | N/A |
| Specialties | Stage Equipment | 10 | | | No | 17768 | | 0.6% | N/A |

| | |
|---|---|
| | **69.4%** |

Date of Site Visit: 1/8/2016   CONSENSUS - 1/8/16 *[signature]*

Division Staff Member: Stan Leek, Quincy Edwards, Roy Blackmon

School District Contact: Glen Shook

**For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.**

## Division of Public School Academic Facilities and Transportation
## Partnership Program Project Proposed Demolition
## FCI EVALUATION

**DRAFT**

Revised 9/10/12
Page 1 of 2

| School District | Jacksonvile North Pulaski | Campus/Building | Tolleson ES 600400602 / Office & Café | Year Constructed | 1957 |
|---|---|---|---|---|---|
| Project # | 1718-6004-002 | Demolition S.F. | 10,369 | Age of Building | |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
|---|---|---|---|---|---|---|---|---|---|
| Site | Sidewalks | 25 | | 0 | Yes | 10369 | 4.4% | 6.6% | 0.3% |
| Site | Canopies | 25 | | | No | 10369 | | 6.6% | N/A |
| Site | Parking Surface | 20 | | 0 | Yes | 10369 | | 55.6% | 2.4% |
| Site | Fencing | 15 | | 0 | No | 10369 | | 10.9% | N/A |
| Site | Playgrounds & Phys. Ed. Eqt. | 15 | | 0 | No | 10369 | | 20.4% | N/A |
| Structural | Foundation System | 100 | | 45 | No | 10369 | 19.3% | 48.3% | N/A |
| Structural | Wall Systems | 100 | | 45 | No | 10369 | | 51.7% | N/A |
| Exterior | Exterior Walls | 50 | | 0 | Yes | 10369 | 13.6% | 54.8% | 7.4% |
| Exterior | Exterior Windows | 20 | | 0 | Yes | 10369 | | 31.9% | 4.3% |
| Exterior | Exterior Painting | 20 | | 0 | Yes | 10369 | | 10.4% | 1.4% |
| Exterior | Exterior Doors | 20 | | 0 | Yes | 10369 | | 3.0% | 0.4% |
| Roofing | Roofing System | 20 | | 0 | Yes | 10369 | 4.3% | 100.0% | 4.3% |
| Interiors | Int Doors | 15 | | 0 | Yes | 10369 | 14.8% | 8.1% | 1.2% |
| Interiors | Wall Finishes | 8 | | 0 | Yes | 10369 | | 19.6% | 2.9% |
| Interiors | Floor Finishes | 5-25 | | 0 | Yes | 10369 | | 35.7% | 5.3% |
| Interiors | Ceiling Finishes | 10 | | 2 | Yes | 10369 | | 35.3% | 5.2% |
| HVAC | Heating & Cooling Systems | 15 | | 0 | Yes | 10369 | 15.8% | 90.7% | 14.3% |
| HVAC | Controls | 15 | | 0 | Yes | 10369 | | 9.3% | 1.5% |
| Electrical | Electrical Service | 30 | | 20 | Yes | 10369 | 8.6% | 12.3% | 1.1% |
| Electrical | Electrical Distribution | 25 | | 2 | Yes | 10369 | | 49.3% | 4.3% |
| Electrical | Lighting Fixtures | 20 | | 8 | Yes | 10369 | | 31.8% | 2.7% |
| Electrical | Emergency Lighting | 10 | | 2 | Yes | 10369 | | 4.3% | 0.4% |
| Electrical | Emergency Generator | 20 | | | No | 10369 | | 2.2% | N/A |

**For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.**

Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

 **DRAFT**

Revised 9/10/12
Page 2 of 2

| School District | Jacksonville North Pulaski | Campus/Building | Tolleson ES 600400602 / Office & Café | Year Constructed | 1957 |
|---|---|---|---|---|---|
| Project # | 1718-6004-002 | Demolition S.F. | 10,369 | Age of Building | |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
|---|---|---|---|---|---|---|---|---|---|
| Plumbing | Sanitary Sewer | 40 | | 0 | Yes | 10369 | 6.0% | 35.0% | 2.1% |
| Plumbing | Domestic Water Piping Sys | 20 | | 0 | Yes | 10369 | | 9.1% | 0.5% |
| Plumbing | Faucets & Fixtures | 10 | | 0 | No | 10369 | | 54.4% | N/A |
| Plumbing | Backflow Preventers | 10 | | | No | 10369 | | 1.5% | N/A |
| Fire & Safety | Fire Alarm | 10 | | 2 | Yes | 10369 | 3.2% | 14.1% | 0.4% |
| Fire & Safety | Fire Sprinkler | 20 | | | No | 10369 | | 65.5% | N/A |
| Fire & Safety | Security System | 10 | | 2 | Yes | 10369 | | 9.7% | 0.3% |
| Fire & Safety | Closed-Circuit tv Sys | 10 | | | Yes | 10369 | | 10.7% | 0.3% |
| Technology | Public Address & Intercom | 15 | | 7 | No | 10369 | 3.1% | 31.4% | N/A |
| Technology | Computer Technology Infrastructure | 10 | | 2 | No | 10369 | | 42.5% | N/A |
| Technology | Telephones | 10 | | 2 | Yes | 10369 | | 26.1% | 0.8% |
| Specialties | Elevators | 20 | | | No | 10369 | 6.9% | 4.4% | N/A |
| Specialties | Writing Surfaces | 20 | | | Yes | 10369 | | 1.8% | 0.1% |
| Specialties | Fixed Cabinetry | 15 | | 0 | Yes | 10369 | | 22.2% | 1.5% |
| Specialties | Fixed Lab Equipment | 25 | | | Yes | 10369 | | 6.9% | 0.5% |
| Specialties | Fixed Equipment | 18 | | | Yes | 10369 | | 46.3% | 3.2% |
| Specialties | Movable Partitions (major) | 10 | | | No | 10369 | | 6.0% | N/A |
| Specialties | Lockers | 20 | | | No | 10369 | | 11.7% | N/A |
| Specialties | Stage Equipment | 10 | | | Yes | 10369 | | 0.6% | 0.0% |

**69.4%**

| | | | |
|---|---|---|---|
| Date of Site Visit | 1/8/2016 | CONSENSUS - *Stm Rh 1/8/16* | |
| Division Staff Member | Stan Leek, Quincy Edwards, Roy Blackmon | | |
| School District Contact | Glen Shook | | |

**For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.**

Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

 **DRAFT**

Revised 9/10/12
Page 1 of 2

| School District | Jacksonville North Pulaski | Campus/Building | Tolleson ES 600400603 / Rm 13-24 | Year Constructed | 1957 |
|---|---|---|---|---|---|
| Project # | 1718-6004-002 | Demolition S.F. | 18,548 | Age of Building | |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
|---|---|---|---|---|---|---|---|---|---|
| Site | Sidewalks | 25 | | 0 | Yes | 18548 | 4.4% | 6.6% | 0.3% |
| Site | Canopies | 25 | | | No | 18548 | | 6.6% | N/A |
| Site | Parking Surface | 20 | | 0 | | 18548 | | 55.6% | N/A |
| Site | Fencing | 15 | | 0 | No | 18548 | | 10.9% | N/A |
| Site | Playgrounds & Phys. Ed. Eqt. | 15 | | 0 | No | 18548 | | 20.4% | N/A |
| Structural | Foundation System | 100 | | 45 | No | 18548 | 19.3% | 48.3% | N/A |
| Structural | Wall Systems | 100 | | 45 | No | 18548 | | 51.7% | N/A |
| Exterior | Exterior Walls | 50 | | 0 | Yes | 18548 | 13.6% | 54.8% | 7.4% |
| Exterior | Exterior Windows | 20 | | 0 | Yes | 18548 | | 31.9% | 4.3% |
| Exterior | Exterior Painting | 20 | | 0 | Yes | 18548 | | 10.4% | 1.4% |
| Exterior | Exterior Doors | 20 | | 0 | Yes | 18548 | | 3.0% | 0.4% |
| Roofing | Roofing System | 20 | | 0 | Yes | 18548 | 4.3% | 100.0% | 4.3% |
| Interiors | Int Doors | 15 | | 0 | Yes | 18548 | 14.8% | 8.1% | 1.2% |
| Interiors | Wall Finishes | 8 | | 0 | Yes | 18548 | | 19.6% | 2.9% |
| Interiors | Floor Finishes | 5-25 | | 0 | Yes | 18548 | | 35.7% | 5.3% |
| Interiors | Ceiling Finishes | 10 | | 0 | Yes | 18548 | | 35.3% | 5.2% |
| HVAC | Heating & Cooling Systems | 15 | 1 | | Yes | 18548 | 15.8% | 90.7% | 14.3% |
| HVAC | Controls | 15 | 3 | | Yes | 18548 | | 9.3% | 1.5% |
| Electrical | Electrical Service | 30 | | 20 | Yes | 18548 | 8.6% | 12.3% | 1.1% |
| Electrical | Electrical Distribution | 25 | | 2 | Yes | 18548 | | 49.3% | 4.3% |
| Electrical | Lighting Fixtures | 20 | | 8 | Yes | 18548 | | 31.8% | 2.7% |
| Electrical | Emergency Lighting | 10 | | | Yes | 18548 | | 4.3% | 0.4% |
| Electrical | Emergency Generator | 20 | | | No | 18548 | | 2.2% | N/A |

**For DPSAFT <u>internal use only</u> to evaluate Partnership Program Projects.**

Division of Public School Academic Facilities and Transportation
Partnership Program Project Proposed Demolition
FCI EVALUATION

 DRAFT

Revised 9/10/12
Page 2 of 2

| School District | Jacksonvile North Pulaski | Campus/Building | Tolleson ES 600400603 / Rm 13-24 | Year Constructed | 1957 |
|---|---|---|---|---|---|
| Project # | 1718-6004-002 | Demolition S.F. | 18,548 | Age of Building | |
| | | School Type | Elementary | | |

| SYSTEM | SUB-SYSTEM | NORMAL LIFE CYCLE | # CMMS WOs per System | REMAINING LIFE | REPLACE? YES or NO | SYSTEM S.F. | SYSTEM REPLACEMENT AS % OF NEW COST | SUB-SYSTEM % OF SYSTEM COST | PERCENTAGE TO REMOVE / REPLACE SYSTEM |
|---|---|---|---|---|---|---|---|---|---|
| Plumbing | Sanitary Sewer | 40 | | 0 | Yes | 18548 | 6.0% | 35.0% | 2.1% |
| Plumbing | Domestic Water Piping Sys | 20 | | 0 | Yes | 18548 | | 9.1% | 0.5% |
| Plumbing | Faucets & Fixtures | 10 | | 0 | Yes | 18548 | | 54.4% | 3.3% |
| Plumbing | Backflow Preventers | 10 | | | No | 18548 | | 1.5% | N/A |
| Fire & Safety | Fire Alarm | 10 | | 2 | | 18548 | 3.2% | 14.1% | N/A |
| Fire & Safety | Fire Sprinkler | 20 | | | No | 18548 | | 65.5% | N/A |
| Fire & Safety | Security System | 10 | | 2 | Yes | 18548 | | 9.7% | 0.3% |
| Fire & Safety | Closed-Circuit tv Sys | 10 | | | Yes | 18548 | | 10.7% | 0.3% |
| Technology | Public Address & Intercom | 15 | | 7 | No | 18548 | 3.1% | 31.4% | N/A |
| Technology | Computer Technology Infrastructure | 10 | | 2 | No | 18548 | | 42.5% | N/A |
| Technology | Telephones | 10 | | | Yes | 18548 | | 26.1% | 0.8% |
| Specialties | Elevators | 20 | | | No | 18548 | 6.9% | 4.4% | N/A |
| Specialties | Writing Surfaces | 20 | | | Yes | 18548 | | 1.8% | 0.1% |
| Specialties | Fixed Cabinetry | 15 | | | Yes | 18548 | | 22.2% | 1.5% |
| Specialties | Fixed Lab Equipment | 25 | | | Yes | 18548 | | 6.9% | 0.5% |
| Specialties | Fixed Equipment | 18 | | | Yes | 18548 | | 46.3% | 3.2% |
| Specialties | Movable Partitions (major) | 10 | | | No | 18548 | | 6.0% | N/A |
| Specialties | Lockers | 20 | | | No | 18548 | | 11.7% | N/A |
| Specialties | Stage Equipment | 10 | | | No | 18548 | | 0.6% | N/A |

| | 69.7% |
|---|---|

| Date of Site Visit | 1/8/2016 CONSENSUS - Stan Leek 1/8/16 |
|---|---|
| Division Staff Member | Stan Leek, Quincy Edwards, Roy Blackmon |
| School District Contact | Glen Shook |

**For DPSAFT internal use only to evaluate Partnership Program Projects.**