IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                      PLAINTIFFS

v.                       No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                     DEFENDANTS

LORENE JOSHUA, *et al.*                                       INTERVENORS

ORDER

The Court has received the attached letter from Gina Jones. The Court understands these parents' concerns. But it is not this Court's role to superintend all the details of JNPSD's detachment from PCSSD. Ms. Jones and the other parents must work with the PCSSD, JNPSD, and the Department of Education to sort out their children's future participation in the Scholars Program.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 January 2016

Gina Jones
1503 Pine Crest Dr
Jacksonville, AR  72076
501.247.6392

U.S. District Judge D. Price Marshall, Jr.
600 W. Capitol Ave, Rm B149
Little Rock, AR 72201

January 14, 2016

Honorable Judge D. Price Marshall, Jr.:

I am writing on behalf of a group of concerned parents. Our students live in Jacksonville, but participate in the Scholars Program in PCSSD at College Station Elementary / Fuller Middle / Mills University Studies High School.

When the JNP and PCSSD separate, we are being forced to return to Jacksonville Schools – although Jacksonville will not have a program in place to meet the needs of our students. The Scholar students are studying, in most cases, two years above grade level. High School Scholars are gaining college credit. One recent Scholar graduate started college as a sophomore! There are also other offerings that are only provided at these schools, like: Chinese and Orchestra just to name a few.

While I am certain that Jacksonville North Pulaski School District will have an outstanding honors program in the future – they are not prepared for our students right now. As parents, we are being told to 'take one for the team', 'look at the greater good', 'give us a chance'. Our questions are being answered with 'I can't answer that', 'I don't know' and 'we are working on that'. It has become painfully clear that our students represent nothing more than dollar bills to each district.

The Scholar Parents do not think that our students are better or smarter than any other student in PCSSD or JNPSD. We believe that the students have worked hard at a rigorous curriculum. The hard work has created a momentum that will propel them to college and beyond. The parents and students simply want to continue what they have started, and finish in the Scholars Program.

I am not sure why this program was not discussed and treated like the Magnet Program. Your Honor – will you please make a ruling on the Scholars Program, and allow currently enrolled students to continue to graduation with transportation? Thank you for your consideration.

Sincerely,

*Gina Jones*

Gina Jones
Parent of a Scholar Student heading to High School in the fall
501.247.6392