IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                              DEFENDANTS

LORENE JOSHUA, *et al.*                                INTERVENORS

ORDER

The Court notes and appreciates the attached letter from PCSSD about the March 2016 status conference. On its own motion, the Court reschedules the conference. We'll gather at 1:30 p.m. on Wednesday, 16 March 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2016

**ALLEN P. ROBERTS, P.A.**
ATTORNEYS AT LAW
allen@aprobertslaw.com
whitney@aprobertslaw.com

| | | |
|---|---|---|
| Camden Office | | Little Rock Office |
| 325 Jefferson St. S.W. | | 1818 N. Taylor St., Ste. B |
| P.O. Box 280 | | PMB 356 |
| Camden, AR 71701 | | Little Rock, AR 72227 |
| | Telephone: (870) 836-5310 | |
| | Facsimile: (870) 836-9662 | |

January 28, 2016

Honorable Judge D. P. Marshall
United States District Court Judge
600 West Capitol, Room B155
Little Rock, Arkansas 72201

    Re:    Little Rock School District v Pulaski County Special School District, et al.
             U.S.D.C. No. 4:82-CV-866

Dear Judge Marshall:

    Spring Break 2016 for PCSSD and JNPSD is March 21 through March 25. The next status conference is set for March 24. I do not believe this will create a problem unless a need appears in the weeks before March 24 for an evidentiary hearing within the status conference. In that event, there would likely be difficulty producing school district or ADE witnesses who have unrefundable reservations for long-standing vacation plans.

    We are aware that the Court goes to considerable trouble to avoid scheduling conflicts by advance settings for our status conferences. This letter is not intended to suggest rescheduling the March 24 conference. Instead, we hope it is a reminder to all that might avoid, or help work around, any problems that might appear.

    Thank you very much.

                            Sincerely,

                            PULASKI COUNTY SPECIAL SCHOOL DISTRICT

                            By */s/ Allen P. Roberts*

APR/arl

cc:    All counsel of record