IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's bill for December, № 5182, and authorizes payment. The Court attaches Ms. Powell's bill for January 2016. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 February 2016

January 29, 2016

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Monitoring Fees for January 2016

Your Honor:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of areas in Plan 2000 that remain under Court supervision. My fees for January 2016 total $1800.00. All fees relate to facilities.

January 4 - Joshua/JNPSD Facilities Meeting - 3 hours ($900)
January 19 - PCSSD/JNPSD/Joshua Facilities Meeting - 3 hours ($900)

There are no planned activities for February.

Please let me know if you have any questions or concerns.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert