IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                          PLAINTIFFS

v.                        No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                         DEFENDANTS

LORENE JOSHUA, *et al.*                                           INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's bill for January, № 5192, and authorizes payment. The Court attaches Ms. Powell's bill for February 2016. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 February 2016

February 26, 2016                                                              19 Hoggards Ridge
                                                                               Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Monitoring Fees for February 2016

Your Honor:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of areas in Plan 2000 that remain under Court supervision. My fees for February 2016 total $900.00.

February 17 - PCSSD/JNPSD, Joshua, ADE Meeting - Staffing - 1 hour ($300)
February 24 - PCSSD/JNPSD, Joshua Meeting - Facilities - 2 hours ($600)

Activities planned for March:

- Status Hearing (March 24)
- PCSSD/JNPSD facilities meeting (date pending)

Please let me know if you have any questions or concerns.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert