IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                   PLAINTIFFS

v.                         No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                DEFENDANTS

LORENE JOSHUA, *et al.*                                   INTERVENORS

ORDER

1. The Court appreciates the parties' status reports and responding papers.

2. Here is our agenda for the 16 March 2016 status conference.

- staffing

- facilities

- monitoring

- architecture

- JNPSD — party status?

We'll discuss the issues raised by the parties in each area. We'll also talk about architecture — how to assess Plan 2000 compliance after JNPSD's detachment.

And we'll discuss whether it's time for JNPSD to become a party. The Court notes the Joshua Intervenors' request to call witnesses on a couple of issues, № 5196 at 2. The Court would prefer, though, to have a separate evidentiary hearing, if need be, after these points are ventilated at the upcoming conference.

3. PCSSD is right about the new student-assignment plan, which is in the works. The Court declared PCSSD unitary on student assignment in January 2014. Joshua stipulated to this. № 4960. Student-assignment issues have thus passed out of this case.

4. JNPSD is right about construction-contract issues. PCSSD's collaboration with Joshua on these kinds of issues is commendable. It shows good faith, which Plan 2000 requires in general. *§ B. General Obligation.* But the Plan does not impose any particular obligations on PCSSD or JNPSD about construction contracts.

5. The Court directs the parties' attention to Plan 2000's § N(2), which establishes a procedure for raising compliance issues. And the Court requests everyone to follow this procedure, and, before bringing an issue to the Court, certify that the procedure has been followed.

6. Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the March 16th hearing. And any attending member of the media may bring a tape recorder.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2016