IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                                      DEFENDANTS

LORENE JOSHUA, *et al.*                                                 INTERVENORS

ORDER

1. The Court held a status conference on 16 March 2016. The monthly meetings should continue as agreed. The next status conference will be 22 June 2016 at 1:30 p.m., as scheduled.

2. For the reasons stated on the record at the hearing, the Court modifies its earlier Order, № 5205 at 2, about the process for bringing Plan 2000 compliance issues to the Court's attention. If the parties reach an impasse, they don't have to submit the issue to the Department of Justice. *Plan 2000* § N(2)(c). They should, however, follow the rest of § N(2)'s procedure, and so certify, before bringing a matter to the Court.

3. The deadline for filing any objection to the Jacksonville/North Pulaski School District being formally joined as a party is 28 March 2016.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 March 2016