IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                           PLAINTIFFS

v.                        No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                          DEFENDANTS

LORENE JOSHUA, *et al.*                                            INTERVENORS

## ORDER

No one has objected to the Jacksonville/North Pulaski School District being joined as a party; and the time to do so has passed. № 5208. For the reasons stated on the record at the 16 March 2016 status conference, the Court therefore directs the Clerk to add JNPSD as a defendant in this case. FED. R. CIV. P. 19(a).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 April 2016