IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                               PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS


ORDER

Having received no objections, the Court approves Ms. Powell's bill for March, № 5209, and authorizes payment. The Court attaches Ms. Powell's bill for April 2016. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 April 2016

April 27, 2016                                             19 Hoggards Ridge
                                                           Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Monitoring Fees for April 2016

Your Honor:

Per your order of June 20, 2014, I am submitting my request for reimbursement for monitoring activities related to the PCSSD's implementation of areas in Plan 2000 that remain under Court supervision. My fees for April 2016 total $1500.00.

April 7 - PCSSD/JNPSD, Joshua meeting - Facilities - 2 hours ($600)
April 20 - PCSSD/JNPSD, Joshua status meeting - Facilities - 1 hour ($300)
April 26 - PCSSD Staff/Architects - New Mills High Input Meeting - 2 hours ($600)

Activities Planned for May:
- PCSSD/JNPSD/ Joshua monthly meeting
- Donaldson Academy Scholarship Assembly

Please let me know if you have any questions or concerns.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert