IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      PLAINTIFFS

v.     No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*     DEFENDANTS

LORENE JOSHUA, *et al.*     INTERVENORS

ORDER

1. The Court appreciates the parties' informative status reports, № 5213, 5214 & 5215, and JNPSD's supplement, № 5216. There's good progress on several fronts in PCSSD and JNPSD — on staffing and facilities in particular — as well as good results in the Donaldson Scholars Academy.

2. In light of the many tasks large and small that face PCSSD and JNPSD in completing the detachment by 1 July 2016, as well as Joshua's continuing work monitoring this big step, the Court cancels the June 22nd status conference. We don't need to meet just to say we did. The status reports do not disclose any problem that needs Court attention next week. And the Court would prefer that all the parties spend their time on the important work of birthing the new district. The Court is available during the

summer, of course, if needed; otherwise, the Court will stay out of the way. But the parties' monthly meetings, on the usual rotation, must continue. The Court is convinced that full, open, and regular discussions between PCSSD, JNPSD, and Joshua—through the parties themselves and counsel—are essential to the districts achieving full unitary status as soon as practicable.

3. At the March status conference, Joshua said it wanted to do some limited discovery on, and eventually present evidence about, detachment-related matters. The Court agreed, emphasizing that this work needed to be done in the late fall of 2016, after school opens. That schedule remains locked in. This summer is the time to get the detachment done and be ready for all the children in August. The Court requests that Joshua, though, continue thinking about exactly what discovery it wants and a time table for doing that discovery. Joshua should propose particulars in its status report before the 15 September 2016 status conference; and PCSSD and JNPSD should respond within seven days (by the exhibit due date), all pursuant to the Court's Scheduling Order for our conferences. № 5166. Then the Court will be prepared to decide both the scope of discovery and the schedule on September 15th.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2016