IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                    PLAINTIFFS

v.                                    No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                         DEFENDANTS

LORENE JOSHUA, *et al.*                                            INTERVENORS

ORDER

Motion to enforce, № 5223, noted.  Because school starts in two weeks,

the request for expedited consideration is granted.   Responses due by

4 August 2016.  Hearing set for 1:00 p.m. on Monday, 8 August 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_29 July 2016_