IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                              PLAINTIFFS

v.                      No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*                                      DEFENDANTS

LORENE JOSHUA, *et al.*                        INTERVENORS

## ORDER

For the reasons stated on the record at the end of the 8 August 2016 hearing, the motion to intervene, № 5234, is denied and the motion to enforce, № 5223, is granted. (The Court clarifies that it benefitted from the Dulaneys' arguments and recognizes the family as *amici curiae* on the motion to enforce.) The parties' 2014 settlement agreement, as embodied in this Court's Consent Judgment, № 5063, obligates the State Board of Education to honor exemptions from the School Choice Act claimed by the Pulaski County Special School District and the Jacksonville/North Pulaski School District through the 2018–2019 school year. The State

Board's 15 July 2016 decision granting the Dulaneys' school choice appeal, № 5223-5, is set aside.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2016