IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| V. NO. 4:82CV00866DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | **DEFENDANTS** |
| **MRS. LORENE JOSHUA, ET AL.** | **INTERVENORS** |
| **KATHERINE KNIGHT, ET AL.** | **INTERVENORS** |

### PCSSD'S STATUS REPORT

Comes now the Pulaski County Special School District ("PCSSD") and reports to the Court as follows.

1. During the March 16, 2016 status conference, the Court directed the parties to continue their monthly meetings. PCSSD will host the next meeting on September 7, 2016 and anticipates discussions regarding moving forward on unitary status subject areas, particularly staffing, in preparation for the upcoming status conference.

2. JNPSD formally detached from PCSSD on July 1, 2016. PCSSD is continuing to work with JNPSD to tie up loose ends and perform its post-detachment obligations under the Detachment Agreement (Doc. 5145-1) and anticipates updating the Court on the conclusion of the detachment process at the status conference.

3. Now that the detachment process is nearing completion, PCSSD staff and counsel intend to focus all of their efforts on achieving unitary status in staffing, student achievement, discipline, facilities, and monitoring. PCSSD expects to submit a proposal regarding staffing to Joshua in the very near future, with the goal of reaching an agreement between the parties and with assistance from Judge Kearney if necessary.

WHEREFORE, PCSSD respectfully reports to the Court as stated above for the Court's information and comments at the September 15, 2016 status conference.

        Respectfully submitted,

        M. Samuel Jones III (76060)
        MITCHELL, WILLIAMS, SELIG,
        GATES & WOODYARD, P.L.L.C.
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Telephone: (501) 688-8800
        Facsimile: (501) 688-8807
        E-mail: sjones@mwlaw.com

        Allen P. Roberts (64036)
        ALLEN P. ROBERTS, P.A.
        325 Jefferson St., S.W. P.O. Box 280
        Camden, Arkansas 71711-0280
        Phone: (870) 836-5310
        Facsimile: (870) 836-9662
        Email: allen@aprobertslaw.com

        and

        Whitney F. Moore (2009193)
        Allen P. Roberts, P.A. – Little Rock Office
        1818 N. Taylor, St., Suite B
        PMB 356
        Little Rock, AR 72207
        Telephone: (870) 818-5490
        Fax: (870) 836-9662
        Email: whitney@aprobertslaw.com

By:  **/s/ Whitney F. Moore**
       Whitney F. Moore

       Attorneys for Pulaski County Special School District

## **CERTIFICATE OF SERVICE**

      I, Whitney F. Moore, do hereby certify that on September 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to:

    All counsel of record

                                   **/s/ Whitney F. Moore**
                                   Whitney F. Moore