IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                    **PLAINTIFFS**

v.                         No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                    **DEFENDANTS**

LORENE JOSHUA, *et al.*                         **INTERVENORS**

### ORDER

The Court attaches Ms. Powell's revised invoices for August. In light of Ms. Powell's correspondence, the Court needs an update on how the Districts intend to compensate her. № 5218 at 1. We'll cover this at the upcoming status conference. The Court will revise the terms of Ms. Powell's appointment, № 5034 at 3–4, thereafter as needed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2016

September 2, 2016                                              19 Hoggards Ridge
                                                              Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Fees for August 2016 - Resubmission

Your honor:

After submitting my August fee request under the usual format, I was informed by the PCSSD
that I would have to submit separate bills to the PCSSD and to JNPSD.  It was my understanding
that the PCSSD would handle all reimbursements and collect JNPSD's portion through their
system.  Apparently, this arrangement created an accounting problem for PCSSD (the law of
unintended consequences), with respect to desegregation funds. Therefore I am resubmitting my
request for reimbursement for my activities related to the J/NPSD's implementation of areas in
Plan 2000 that remain under Court supervision.  My fees for August total ($1950.00)

\*August 8 - Court hearing (student transfer) - 1 hour ($150)

•       Aug 23 - Jacksonville High/Jacksonville Middle School - 3 hours ($900)

\*       Aug 29-31 - Organize/Develop/Prepare/Copy/Deliver/Mail Reports - 3 hours ($900)


\*Amount apportioned between districts

If you have any questions or concerns, please let me know.

Sincerely,

Margie L. Powell

Margie L. Powell
Court Expert

September 2, 2016

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72202-3325

Re: Fees for August 2016 - Resubmission

Your honor:

After submitting my August fee request under the usual format, I was informed by the PCSSD
that I would have to submit separate bills to the PCSSD and to JNPSD. It was my understanding
that the PCSSD would handle all reimbursements and collect JNPSD's portion through their
system. Apparently, this arrangement created an accounting problem for PCSSD (the law of
unintended consequences), with respect to desegregation funds. Therefore I am resubmitting my
request for reimbursement for my activities related to the PCSSD's implementation of areas in
Plan 2000 that remain under Court supervision. My fees for August total ($4350.00)

*August 8 - Court hearing (student transfer) - 1 hour ($150)

Facilities evaluation visits:
• Aug 22 - Mills High/Fuller Middle School - 3 hours ($900)
• Aug 24 - Sylvan Hills High Freshman Academy/Sylvan Hills High - 3 hours ($900)
• Aug 26 - Robinson High/Robinson Middle School - 3 hours ($900)
• *Aug 29-31 - Organize/Develop/Prepare/Copy/Deliver/Mail Reports - 6 hours ($1800)


*Amount apportioned between PCSSD & JNPSD

If you have any questions, please let me know.

Sincerely,

Margie L. Powell
Court Expert