IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                    PLAINTIFFS

v.                      No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                    DEFENDANTS

LORENE JOSHUA, *et al.*                      INTERVENORS

ORDER

The Court appreciates the parties' pithy status reports. № 5251 & 5253. And the Court looks forward to a further update at the September 15th conference on the detachment, the start of the school year, staffing, facilities, and the method for paying Ms. Powell.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 September 2016