IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                          PLAINTIFF

VS.                            Case No. 4:82cv00866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                              DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                           INTERVENORS

KATHERINE W. KNIGHT, ET AL.                                          INTERVENORS

JOSHUA'S RESPONSE TO PCSSD AND JNSPD STATUS REPORTS

Joshua responds as follows to the Court's request for an update regarding: 1) JNPSD detachment, 2) the start of the school year; 3) staffing; 4) facilities and 5) Ms. Powell's pay.

1. Ms. Powell's compensation -- As previously stated, Joshua has no objection to the PCSSD and JNPSD Status report regarding Ms. Powell's pay. Doc. No. 5258.

2. PCSSD facilities -- Joshua calls to the court's attention that the PCSSD's Preliminary Facilities Master Plan report of 2014 to the Arkansas division of Public School Academic Facilities and Transportation commented on the College Station and Harris elementary Schools. In each instance, the report stated that "absent a compete replacement, facility parity is not attainable." See Exhibit 1 to Case Document 5153. Joshua urges the replacement of College Station and Harris

1

facilities by the PCSSD in order to be one more step closer to meeting its facilities obligations.

PCSSD has already committed to the replacement of Mills High School and to the substantial upgrading of that facility, once vacated, to serve as a replacement for the Fuller Middle School. Joshua notes Ms. Powell's findings regarding Fuller and Mills, dated August 31, 2016, stating that the Mills and Fuller facilities evidence great disrepair at the present. There is a need for PCSSD to update the Court and Joshua regarding the current status and expected completion date of the Mills project. There is also a need for a report on the scope of the rehabilitation later planned for the Mills building and its anticipated costs.

3. JNPSD facilities -- Joshua notes that the partnership funding amount will not be known until after Spring, 2017. There is a need for reporting by JNPSD on the following matters: [a] the progress and planning of the new Jacksonville High School; [b] the rehabilitation undertaken and planned at the former North Pulaski High building and associated costs; [c] the status of regarding possible federal funding assistance for the new Arnold Drive/Tolleson elementary school; and [d] JNPSD's current thinking and plans regarding fulfilling the mandate to provide equal facilities at the other school locations. Joshua anticipates meeting with the JNPSD administration and its counsel to discuss plans for replacement of the remaining district facilities.

4. PCSSD staffing -- Joshua has made requests for pertinent information which are pending. The parties have agreed to meet in order to address the identified concerns.

5. JNSPD staffing -- Joshua has made requests for pertinent information which are pending. The parties have agreed to meet in order to address the identified concerns.

        Respectfully submitted,

        /s/ John W. Walker
        JOHN W. WALKER, P.A.
        1723 Broadway
        Little Rock, Arkansas 72206
        Phone: (501) 374-3758
        Facsimile: (501) 374-4187
        Email: johnwalkeratty@aol.com
        Counsel for Joshua Intervenors

**CERTIFICATE OF SERVICE**

I do hereby state that a copy of the foregoing has been served on all counsel of record wherein a copy was sent by utilizing the CM/ECF system on this 14th day of September, 2016.

        /s/ John W. Walker