IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v. No. 4:82-cv-866-DPM | |
| NORTH LITTLE ROCK SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Margie Powell and counsel for the parties may bring their cell phones—including smart phones—into the courthouse for the 15 September 2016 hearing. Any attending member of the media may bring a tape recorder.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 September 2016