IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                            PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS

## ORDER

From now on, Ms. Powell will bill district-specific tasks to PCSSD and JNPSD separately. Broader tasks that aren't specific to one district or the other, will be billed half to each district. The objection period and other terms of Ms. Powell's appointment, № 5034, remain unchanged.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 September 2016