## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
*et al.*                                                        **PLAINTIFFS**

v.                                  **No. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT,** *et al.*                           **DEFENDANTS**

**LORENE JOSHUA,** *et al.*                            **INTERVENORS**

### ORDER

**1.** Having received no objections, the Court approves Ms. Powell's revised invoices for August, № 5255, and authorizes payment.

**2.** The Court attaches Ms. Powell's bills for September and October 2016. The Court appreciates Ms. Powell's effort to show the apportionment of her time, but requests a different format for the November bill to improve clarity: one letter that covers all work for both districts; all hours for each event or task, with some note on events or tasks that are to be apportioned; and then a total due from each district that reflects the agreed apportionment. The Court notes and appreciates Ms. Powell not charging for travel time. The Court will authorize payment of the September and October bills if there are no objections after seven calendar days. *№ 5034.*

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

3 November 2016