IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,                PLAINTIFFS
*et al.*

v.                    No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL DISTRICT,          DEFENDANTS
et al.

LORENE JOSHUA, et al.                       INTERVENORS

STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney

Scott P. Richardson, states as follows for its Status Report:

A.    **JNPSD's 2017 Preliminary Master Facilities Plan Complies
      with Plan 2000**

On January 14, 2016, the Court approved JNPSD's 2016 Facilities Master

Plan ("Master Plan") as consistent with its desegregation obligations in this case.

DE # 5187.  The Court also included with its approval of the Master Plan "an

important condition: [the plan] must be supplemented by 31 December 2016 with

when-and-how specifics about replacing the four other elementary schools, so that

all the new district's elementary schools are equal." DE # 5187 p. 4-5.  Attached to

this Status Report as Exhibit 1 is JNPSD's 2017 Preliminary Master Facilities

Plan[1] ("Preliminary Plan" or "2017 Plan") submitted pursuant to the Court's

---

[1]    The naming of the Plan is consistent with State law. In even numbered
years, school districts submit Facilities Master Plans to the Division of Public
School Academic Facilities and Transportation (DPSAFT). Ark. Code Ann. § 6-21-
806(b). In odd numbered years, school districts submit Preliminary Master

January 14, 2016, Order. Tab six of the Plan is the narrative summary which gives a detailed overview of the planned projects with timelines and explanations of how the projects will be funded. Tab six also contains the Superintendent's Memorandum that summarizes JNPSD's revenues and costs relative to the 2017-19 Partnership Program funding cycle. Tab fourteen contains the actual applications for Partnership Program funding for these projects.

The Preliminary Plan addresses all academic facilities in the JNPSD. With one exception,[2] it continues the building replacement plans from the Master Plan and addresses replacement of the remaining elementary schools as well as repairs and renovations to the middle school.  In broad terms, the building of the new high school and the replacement for Arnold Drive and Tolleson Elementary Schools continue apace. Multi-purpose buildings continue to be planned for construction at Bayou Meto and Taylor Elementary Schools.  The Preliminary Plan adds to this a single school to replace both Pinewood and Dupree Elementary Schools; eventual replacement of Bayou Meto and Taylor Elementary Schools; and repairs and renovations at the Middle School.  It also contains an explanation of the funding necessary to support the projects in this Plan.  The 2017 Preliminary Master Plan charts a course for dramatic improvement of the facilities in JNPSD that will meet

---

Facilities Plans for the next funding cycle. Ark. Code Ann. § 6-21-806(c). The title of the document does not speak to JNPSD's commitment to the Plan.

[2]    Explained more below, this exception is the two multi-purpose buildings previously planned for Dupree and Pinewood Elementary Schools.

Plan 2000's requirement of "clean, safe, attractive and equal" schools for all of JNPSD's students.

### 1. *The New High School*

The previously approved Master Plan committed JNPSD to building a new high school for the district to open for students in August 2019. JNPSD estimates that the new high school will cost $57 million to complete. Tentative state financial participation in the project is estimated at $21,930,063.75. These numbers are construction costs for the facilities; they do not include other costs such as technology and equipment to furnish the school. Architectural plans are being drawn for the school, and construction documents will start soon. Construction is planned to commence in the summer of 2017 after the State notifies districts of the Partnership Program funding available to them. As noted previously, all JNPSD high school students attend school in one facility.

### 2. *Repairs and Renovations of the Middle School*

The Master Plan and the Court's Order approving that plan did not address the middle school. Prior to the detachment of JNPSD, middle school was housed at Northwood Middle School. For the 2016-17 school year, JNPSD relocated its middle school students to the former North Pulaski High School, now called Jacksonville Middle School. In planning for the Preliminary Plan, JNPSD has tentatively budgeted $2.5 million for repairs and renovation at the Jacksonville Middle School. That amount was simply an estimate, and likely a low estimate. During the month of October 2016, JNPSD's construction management firm, Baldwin & Shell

Construction Co., assessed the facility needs at Jacksonville Middle School. That assessment will form the basis of repairs and renovations at Jacksonville Middle School.  JNPSD is in the process of evaluating the condition assessment performed by the construction management firm.  If any major systems need to be replaced, JNPSD anticipates applying for State Partnership Funds for those systems in the 2019-21 Partnership Program funding cycle.  There are likely a number of repairs or renovations that can be achieved using district funds.  The goal of the repairs and renovations will be to make the facility clean, safe, and attractive.  Because all middle school students attend the same facility, it is equal for all JNPSD middle school students.

   3.  *Elementary Schools*

   <u>Combined Arnold Drive and Tolleson Elementary Schools</u>:  As noted above, the plan to close both Arnold Drive and Tolleson Elementary schools is maintained in the Preliminary Plan.  Only two changes are made to that plan.  One, it has become clear that the hoped for Department of Defense funding will not be available for the construction of this facility. Two, in order to qualify for the federal funding, the new facility was to be located on Little Rock Air Base property. Now that the federal funding will not come, the location has been moved down the street.  The school is now planned for land on the south side of Tolleson Elementary School. This move will allow JNPSD substantial savings on site work and other planning related to the building site.

Dupree and Pinewood Elementary Schools: After Arnold Drive and Tolleson Elementary Schools, the two schools with the greatest facilities needs are Dupree and Pinewood Elementary Schools.  The main building at Dupree Elementary was built in 1957, and the campus has a building value[3] of -11.62%. The main building at Pinewood Elementary was built in 1973, and the campus has a building value of 18.24%.  The student bodies of both schools this year (2016-17) are majority African-American.  Both Dupree and Pinewood Elementary Schools have what is called an "open concept" design.  In essence, the schools were built without walls between the classrooms. In the last few years, temporary walls creating classrooms have been installed at Dupree Elementary School.  JNPSD will install temporary walls at Pinewood over the Christmas break that will delineate the main halls and spaces in the school, but they will not separate out classrooms. The temporary walls help improve the schools, but they also reduced available space.

JNPSD's Preliminary Plan identifies these schools for replacement as soon as funding becomes available.  The Plan anticipates closing both schools and replacing them with one combined school near the current campuses.  A preliminary estimate for the cost of this project is $20 million. If all goes according to plan, funding could become available for this project in the 2021-23 Partnership Program funding cycle.

---

[3]    Building value is a "percentage reflecting the depreciated value of an academic facility with an assumed depreciation of two per cent (2%) per year." It is calculated by multiplying the age of the building by two and subtracting that product from one hundred.  Building value is used in connection with the DPSAFT's state-wide needs priority list.  Rules Governing the Facilities Master Plan § 3.05. It is a rough measure of a building's useable life.

The estimated completion date is August 2022.  After the construction of the new high school, repairs and renovations at the middle school, and construction of the new elementary school to replace Arnold Drive and Tolleson, JNPSD can reissue bonds in 2021 to generate funding for replacement of Dupree and Pinewood Elementary Schools.

Taylor Elementary School:  Built in 1981, Taylor is the youngest academic facility in the District.  It has a campus building value of 33.43%. Thus, it has the longest potential usable life of all the schools in the District.  Taylor also does not suffer from the "open concept" design that exists at Dupree and Pinewood Elementary Schools.  It has standard classrooms, and the building is generally clean and in order.  The current Master Plan calls for a multi-purpose building to be constructed on the Taylor campus, which will enhance the academic spaces at the school.  JNPSD estimates that a replacement of this facility to serve about 460 students would cost $12 to 17 million depending on inflation.  After the above noted facilities projects are completed, JNPSD estimates that funding for replacement of Taylor Elementary could become available in 2034, with an estimated completion date of August 2035.

Bayou Meto Elementary:  The last school to be replaced under this Preliminary Plan is Bayou Meto Elementary.  For both Taylor and Bayou Meto Elementary Schools, JNPSD would apply for Partnership Program funding in the 2033-35 funding cycle.  Bayou Meto's main building was constructed in 1967, and the campus has a building value of 11.85%. However, the buildings are in working

order and have a long potential usable life. JNPSD estimates that a new Bayou

Meto Elementary to serve about 513 students would cost on the order of $12.5

million in current dollars. The fiscal analysis supporting the Preliminary Plan

indicates that a second refunding of the District's bonds to generate the funds

needed to build a new Taylor and a new Bayou Meto could occur in 2034.

Refunding in 2034 would generate funds needed to pay the JNPSD's share

assuming that Partnership Program funds are available for this project.  JNPSD

anticipates that a new Bayou Meto may become available in 2035.

   *4.  JNPSD's Facilities Plan is Consistent with Plan 2000*

   JNPSD provided a copy of the Preliminary Plan to the Joshua Intervenors,

via counsel, on or about October 14, 2016. Ex. 2, letter. The Joshua Intervenors

provided no comments on the Preliminary Plan. The JNPSD Board of Directors

approved the 2017 Preliminary Master Facilities Plan at its regular November 7,

2016, meeting.

   The Preliminary Plan is subject to several contingencies. Most significant

among those is the availability of state funding to assist in the District's facilities

projects.   For example, JNPSD's Master Plan anticipates projects costing $72.9

million. Partnership Program funding is expected to provide $30.6 million or

roughly 42% of the total construction cost. If for some reason the State does not

fund the Partnership Program to a level needed to reach JNPSD's projects, then the

District would have to substantially scale back its building program. In Plan 2000's

terms, the resulting facilities plan would produce safe and clean schools, but not

equal schools.  This contingency holds for future years as well. JNPSD's ability to comply with Plan 2000's facilities requirements directly depends on State Partnership Program funding.

The October 1 student counts maintained by the Arkansas Department of Education's Data Center indicate that JNPSD's total 2016-17 student body is 3,927 students 50.8% (1,994) of whom are African-American. After the new high school is built, repairs and renovations at the middle school are completed, and the new elementary school is built 58.3% (1,163) of JNPSD's African-American students will attend school in new or newly renovated facilities. After the next phase, when Dupree and Pinewood Elementary Schools are replaced, that number will increase to 80% (1,593).  In total numbers, by the end of 2023 over three quarters (76.4% or 3,002) of the District's students (80% of its African-American students) will attend new or newly renovated schools. In other words, within seven years of the detachment of the JNPSD, all but 24% of its students will attend new schools.  The new schools will all be state of the art facilities that meet all applicable standards and requirements for modern school facilities.  They will be comparable to any school facility in Pulaski County or neighboring school districts.

The Preliminary Plan is achievable because it projected revenues conservatively and estimated high on anticipated costs.  JNPSD developed the Plan with the ultimate goal of maximizing the number of students impacted by the improved facilities while maintaining the fiscal integrity of this new school district. With the significant amounts involved, JNPSD's administration believes this

Preliminary Plan represents the quickest schedule, on which, the District can achieve the goal of facility replacement for the high school and the elementary schools.  This goal would be achieved in addition to JNPSD's regular maintenance and improvement of its facilities, including substantial repair and renovation of the middle school.

Accordingly, JNPSD asserts that its 2017 Preliminary Master Facilities Plan keeps faith with Plan 2000; promotes the elimination of whatever vestiges of past discrimination may remain in the District; and does so as soon as practicable.

Respectfully Submitted,


By:    /s/ Scott P. Richardson  (2001208)
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
scott@mrcfirm.com

Attorney for Jacksonville/North Pulaski
School District


**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:


All Counsel of Record

/s/ Scott P. Richardson