

**DUSTIN McDANIEL • SCOTT RICHARDSON • BART CALHOUN**

Attorneys at Law / 1020 W. Fourth St., Suite 410, Little Rock, AR 72201
o / 501.235.8336   f / 501.588.2104

October 14, 2016

Rep. John W. Walker
John W. Walker P.A.
1723 Broadway St.
Little Rock, AR 72206
johnwalkeratty@aol.com

      Re:   *LRSD v. PCSSD, Case No: 4:82-cv-866 DPM*
            *E.D. Ark. Western Division*

Dear Rep. Walker:

Enclosed is a draft of the JNPSD's Preliminary Master Facilities Plan for filing with the ADE in early 2017. We plan to also use this to respond to the Court's January 14, 2016 Order on JNPSD's facilities. Docket Entry # 5187. JNPSD's administration hopes to present this plan to the JNPSD Board of Directors for approval at its November 1, 2016, meeting. We look forward to hearing the Joshua Intervenor's comments on the draft plan.

If you have any questions, please do not hesitate to contact me.

Best Regards,

Scott P. Richardson
Partner
scott@mrcfirm.com

Enclosure
cc:   Mrs. Phyllis Stewart (via email)

**JNPSD Exhibit 2**