IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

VS.                       Case No. 4:82cv00866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                        DEFENDANTS

MRS. LORENE JOSHUA, ET AL.                                     INTERVENORS

**JOSHUA INTERVENORS' RESPONSE
TO JNPSD'S FACILITIES PLAN**

The Jacksonville North Pulaski School District (JNPSD) has submitted a preliminary master plan for Court approval. The district's draft plan calls for completion of the required school construction by the 2031-33 Arkansas Legislative biennial. The district proposes to seek funds to replace Murrell Taylor during that time. Joshua observes that the JNPSD's facilities plan appears to be inconsistent with respect to elementary school replacement dates. One section gives a replacement dates for Taylor Elementary and Bayou Meto Elementary as 2026-27, however, the narrative section of the plan indicates that the replacement years will be 2031-33. At our meeting on November 16, 2016, Superintendent Wood gave dates of 2031-33.

Joshua further notes that JNPSD's facilities plan determined the order for replacing elementary schools based on an age index and cursory observations of the facilities. This is an inadequate approach.

The entire plan is conditional upon the possibility that the State of Arkansas will contribute much of the construction costs under the Academic Facilities Partnership program. Along the way, the district proposes to close Tolleson and Arnold Drive Elementary schools and to build one new school with a contemplated completion date of August, 2018, twenty-one months from now. The elementary school with greatest African American enrollment will be the last addressed under the plan. That school is Murrell Taylor.

The Pulaski County Special School District (PCSSD) and the State of Arkansas provided for a state of the art high school in the Maumelle portion of the district. JNSPD promised that its high school would be equal, at the least, to the Maumelle school. It now backs away from that commitment.

Joshua, the Court will recollect on at least three occasions before the Court gave final approval to the creation of JNSPD as a separate district, based upon representation that there would be a construction program resolving the urgent need for new facilities within the territory of the new district. The schools in the area of the new district had woeful facilities, especially those attended primarily by African American students. Joshua opposes the preliminary master plan because it does not address in a timely manner the equalization of facilities as contemplated and proposed before the deannexation.

JNPSD seems to argue impossibility as a basis for not addressing this urgent need more promptly. This argument does not suffice. a) There is no discussion of seeking another millage increase at some point. b) Historically, PCSSD officials ignored facility needs in the portion of PCSSD now the new district. It is assumed that PCSSD, which has greater property wealth than JNPSD, should play no role in the funding of facility projects in the JNPSD. Joshua does not accept this premise. c) The plan seems to assume that the State of Arkansas should have no funding role beyond the hoped for partnership funding through the years. The State should not be allowed to play a major role in the creation of an identifiably African American school district and then be held harmless for remedying facilities inequalities which exist. The State, by its funding, provided for excellent, new school facilities in Cabot, Bryant, Bauxite, and other identifiably white school districts which touch Pulaski County.

Respectfully submitted,

/s/ John W. Walker
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas 72206
Phone: (501) 374-3758
Facsimile: (501) 374-4187
Email: johnwalkeratty@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA 02421
781-862-1955

Austin Porter
323 Center Street
Little Rock, Arkansas
501-244-8200

**CERTIFICATE OF SERVICE**

    I do hereby state that a copy of the foregoing has been served on all counsel of record wherein a copy was sent by utilizing the CM/ECF system on this 29th day of November, 2016.


/s/ John W. Walker