IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, et al. | PLAINTIFFS |
| v. | No. 4:82-cv-866-DPM |
| NORTH LITTLE ROCK SCHOOL DISTRICT, et al. | DEFENDANTS |
| LORENE JOSHUA, et al. | INTERVENORS |

**STATUS REPORT EXHIBITS**

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Status Report:

**A.    JNPSD's 2017 Preliminary Master Facilities Plan Complies with Plan 2000**

In addition to the exhibits attached to the Status Report filed last week, JNPSD plans to present the following exhibits at the hearing next week. Exhibit 3: A set of preliminary architectural renderings of the proposed elementary school to replace Arnold Drive and Tolleson Elementary Schools. Exhibit 4: An architect's rendering of the façade of the proposed new high school.  JNPSD anticipates showing a short video depicting the architect's conception of the proposed new high school.  The video is too large to upload as an exhibit, but a disc with the video is being provided to the Joshua Intervenors today.

**B.    Supplement to JNPSD's Status Report**

On November 7, 2016, Mr. Tony Wood tendered to the JNPSD Board his resignation as Superintendent of the JNPSD. Ex. 5, Resignation Letter.  The

resignation is effective June 30, 2017. Exhibit 6 describes the process for hiring a new superintendent that the District that engaged after it received Mr. Wood's resignation letter. Attached as Exhibit 7 is the job posting that JNPSD used to advertise the position. JNPSD received five applications for the position and one was from an African-American candidate. The Board of Directors interviewed two qualified applicants at a special board meeting on November 28, 2016. JNPSD anticipates that the Board will make a final selection from among the applicants at its regular monthly meeting on Monday, December 5, 2016.

Respectfully Submitted,

By: /s/ Scott P. Richardson (2001208)
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
scott@mrcfirm.com

Attorney for Jacksonville/North Pulaski School District

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

 All Counsel of Record

             /s/ Scott P. Richardson   _