IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                    PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                        DEFENDANTS

LORENE JOSHUA, *et al.*                          INTERVENORS

## ORDER

1. The Court appreciates the Districts' status reports and Joshua's responding papers.  At this week's status conference, we'll first take up PCSSD's staffing, then JNPSD's facilities plan.  We will not cover the Donaldson Scholars this time; the Court appreciates the status report filed yesterday afternoon and will review it in the coming weeks.

2. Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the December 7th hearing. And any attending member of the media may bring a tape recorder.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

6 December 2016