# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                              PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                             DEFENDANTS

LORENE JOSHUA, *et al.*                                               INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for September and October, № 5273, and authorizes payment. The Court attaches Ms. Powell's bill for November 2016. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 December 2016

November 30, 2016                                             19 Hoggards Ridge
                                                              Little Rock, AR 72211


The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for November 2016

Your Honor:

Per your orders of September 21, 2016 and November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes that the fees for that activity have been equally divided between the two districts. My fees for PCSSD total $600.00. Fees for JNPSD total $900.00. Total reimbursement request is $1500.00.

PCSSD
*November 16 - Status Meeting - 2 hours ($300)
*November 30 - Monitoring Meeting (PCSSD/JNPSD/ADE/Joshua) - 2hours ($300)
**PCSSD Total $600**

JNPSD
November 2 - Plan 2000 inservice for district principals - 1 hour ($300)
*November 16 - Status Meeting - 2 hours ($300)
* November 30 - Monitoring Meeting (PCSSD/JNPSD/ADE/Joshua) - 2 hours ($300)
**JNPSD Total $900**

If you have any questions, or would prefer a different format for reimbursement requests, please let me know.

Sincerely,

Margie L. Powell

Margie L. Powell
Court Expert