# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                          PLAINTIFFS

v.                         No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                         DEFENDANTS

LORENE JOSHUA, *et al.*                                           INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for November, № 5287, and authorizes payment. The Court attaches Ms. Powell's bill for December 2016 and January 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2017

January 30, 2017                                                            19 Hoggards Ridge
                                                                            Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for December 2016/January 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts.

All of the January fees relate to Section F (discipline) of Plan 2000, during which time I made evaluative visits to the districts' secondary alternative learning classrooms. In February, I will submit my findings and recommendations to the proper district personnel (with a copy to the Joshua Intervenors). Fees for PCSSD total $4950.00. Fees for JNPSD total $1350.00. Total reimbursement request is $6300.00.

**PCSSD**

*Dec. 7, 2016 - Status Hearing - 1hour ($150)

Jan. 23, 2017 - Sylvan Hills Middle School - 2 hours ($600)

Jan. 23, Sylvan Hills High School - 2 hours ($600)

Jan. 24, Mills High School -2 hours ($600)

Jan. 24, Fuller Middle School - 2 hours ($600)

Jan. 25, Robinson High School - 2 hours ($600)

Jan. 25, Robinson Middle School - 2 hours ($600)

Jan. 26, Maumelle Middle School - 2 hours ($600
)
Jan. 26, Maumelle High School - 2 hours ($600)

**PCSSD TOTAL $4050.00**

Page 2

**JNPSD**

*Dec. 7, 2016 - Status Hearing - 1 hour ($150)

Jan. 27, 2017 - Jacksonville Middle School - 2 hours ($600)

Jan. 27, Jacksonville High School - 2 hours ($600)

**JNPSD TOTAL $1350.00**

There were no charges for travel time. If you have any questions, please do not hesitate to contact me

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert