IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                             PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                            DEFENDANTS

LORENE JOSHUA, *et al.*                                              INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoices for December 2016 and January 2017, № 5290, and authorizes payment. The Court attaches Ms. Powell's bill for February 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2017

February 27, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for February 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts.

My activities for February encompass sections F (discipline), L (Staffing), and M (achievement). Fees for PCSSD total $2250.00. Fees for JNPSD total $1050. Total reimbursement request is $3300.00.

**PCSSD**

Feb 8-11 - Organize, compose, edit, deliver ALE reports - 6 hours ($1800)
*Feb 22 - Status Meeting - 1 hour ($150)
*Feb 23 - Joint Meeting (PCSSD/JNPSD/ADE/Joshua) - 2 hours ($300)

**PCSSD TOTAL $2250.00**

**JNPSD**

Feb 11 - Organize, compose, edit, mail ALE reports - 2 hours ($600)
*Feb 22 - Status Meeting - 1 hour ($150)
*Feb 23 - Joint Meeting (PCSSD/JNPSD/ADE/Joshua) - 2 hours ($300)

**JNPSD TOTAL $1050.00**

If there are any questions or concerns relating to this report, please let me know.

Sincerely,

Margie L. Powell
Court Expert