IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v.    No. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

ORDER

Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the March 14th hearing. And any attending member of the media may bring a tape recorder.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2017