IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                             PLAINTIFFS

v.                            No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                    DEFENDANTS

LORENE JOSHUA, *et al.*                                       INTERVENORS

ORDER

1. The Court held a status conference on 14 March 2017. The Court won't hold one this summer. The next status conference will be 6 September 2017 at 1:30 p.m.

2. The Court commends PCSSD and Joshua on their progress on staffing. The April 18th settlement conference with Magistrate Judge Kearney will proceed as scheduled unless the parties file a stipulation before then. The sooner, the better.

3. The Court asks Magistrate Judge Kearney to schedule a settlement conference now for August 2017 on JNPSD's staffing and facilities. A Final

Scheduling Order for the February 2018 evidentiary hearing on those matters will issue soon.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2017