IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

v.     No. 4:82-cv-866-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al.*     DEFENDANTS

LORENE JOSHUA, *et al.*     INTERVENORS

FINAL SCHEDULING ORDER—
PCSSD STAFFING

  This is the schedule for resolving whether the Pulaski County Special School District is unitary on staffing.   Pursuant to Federal Rule of Civil Procedure 16(b), the Court orders:

- Motion for unitary status due ..................................... **8 May 2017**

- Discovery .......................................................**1 May–31 July 2017**

- Parties shall identify all expert witnesses and produce their opinions by ........................................................ **16 June 2017**

- Local Rule 26.2 pre-trial disclosure sheets due................................................ **11 August 2017**

- Motions in limine due ............................................. **11 August 2017**

- Trial briefs due ....................................................... **11 August 2017**

August 2016     -1-

- Stipulated facts due ................................................... **11 August 2017**

- Exhibits exchanged and delivered to the
  Court..................................................................**5 September 2017**

- Bench Trial, Little Rock Courtroom #1A..........**11 September 2017**

- **Discovery Disputes.** Counsel should confer in good faith *in person* before bringing any discovery dispute to the Court. Do not file motions to compel. Do not file a motion to quash or for protective order unless there is an emergency. If the parties reach a discovery impasse, they should file a joint report explaining the disagreement. File this paper under the CM/ECF event called "Joint Report of Discovery Dispute". Your joint report must not exceed ten pages, excluding the style and signature block. Each side gets five pages. Do not file a motion asking for more pages. Use double spacing and avoid footnotes. Attach documents (such as disputed written discovery or responses) as needed. Redact any attachments as required by Federal Rule of Civil Procedure 5.2 to protect confidential information. File the joint report sufficiently before the discovery cutoff so that the dispute can be resolved, and any additional discovery completed, without undermining other pretrial deadlines. The Court will rule or schedule a hearing. Alert the law clerk on the case to the joint report's filing. If a dispute arises during a deposition, call chambers so the Judge can rule during the deposition.

- **Exhibits.** The Court strongly encourages the parties to agree on as many of the exhibits as possible. Deliver the original exhibits, and one copy, in three-ring binders to the Courtroom Deputy on or before the deadline set above. Please also include an electronic copy.

Please communicate with Sherri Black, Courtroom Deputy, by e-mail at *sherri_black@ared.uscourts.gov,* about courtroom technology and exhibit issues.

**AT THE DIRECTION OF THE COURT**
**JAMES W. McCORMACK, CLERK**

**By:**  /s/ Sherri Black
Courtroom Deputy to
Judge D. P. Marshall Jr.

7 April 2017