IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                                    PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                               DEFENDANTS

LORENE JOSHUA, *et al.*                                                 INTERVENORS

## ORDER

Report of settlement conference, № 5301, noted. The Court appreciates Judge Kearney's efforts and is heartened to hear that progress was made. The Court emphasizes, though, that the Scheduling Order, № 5299, remains in effect. These deadlines will not be extended. And the parties should get ready for trial in September even as they continue to talk settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017