## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                                    PLAINTIFFS

v.                                       No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                              DEFENDANTS

LORENE JOSHUA, *et al.*                               INTERVENORS

### ORDER

Having received no objections, the Court approves Ms. Powell's invoice

for April 2017, № 5304, and authorizes payment.    The Court attaches

Ms. Powell's bill for May 2017.  The Court will authorize payment if there are

no objections after seven calendar days.  № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_5 JUNE 2017_

June 1, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for May 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts.

My activities for May relate to Section L (staffing). Fees for PCSSD total $900.00. Fees for JNPSD total $600.00. Total reimbursement request is $1500.00.

**PCSSD**
*May 4 - Joint Meeting (PCSSD/JNPSD/ADE/Joshua) - 2 hours ($300)
May 12 - Attended Jobs Fair - 1 hour ($300)
*May 31 - Status Meeting - 2 hours ($300)

**PCSSD TOTAL $900.00**

**JNPSD**
*May 4 - Joint Meeting (PCSSD/JNPSD/ADE/Joshua) - 2 hours ($300)
*May 31 - Status Meeting - 2 hours ($300)

**JNPSD TOTAL $600.00**

If there are any questions or concerns related to this report, please let me know.

Sincerely,

Margie L. Powell
Court Expert