## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
*et al.*                                                        PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                       DEFENDANTS

LORENE JOSHUA, *et al.*                                         INTERVENORS

### ORDER

Having received no objections, the Court approves Ms. Powell's invoice for June 2017, № 5311, and authorizes payment. The Court attaches Ms. Powell's bill for July 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2017

August 1, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for July 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under court supervision. Reimbursement request is for to JNPSD only. My fee for July totals $600.00.

**JNPSD**

July 18 - Review/discuss Plan 2000 with district's new administrators - 2 hours ($600)

**JNPSD TOTAL $600.00**

If there are any questions related to this request, please let me know.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert