# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                **PLAINTIFF**

**V.**                          **NO. 4:82CV00866DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                     **DEFENDANTS**

**MRS. LORENE JOSHUA, ET AL.**                                 **INTERVENORS**

## PCSSD'S MOTION FOR ENLARGEMENT OF TIME

1. Under the Court's Scheduling Order, Exhibits for the September 8, 2017 status conference scheduled for 1:30 p.m. on that date are to be filed on Friday, September 1, 2017.

2. As of the date and time of this motion, the PCSSD does not yet know whether it will be offering any exhibits at the status conference.

3. The PCSSD notes that Joshua has yet and may not intend to respond to the status report filed by the PCSSD on August 25, 2017.

WHEREFORE, PREMISES CONSIDERED, the PCSSD prays for an enlargement of time until and including Tuesday, September 5, 2017, by which it should file any exhibits it intends to offer at the September 8, 2017 status conference.

Respectfully submitted,

By:

 */s/ M. Samuel Jones, III*
M. Samuel Jones III (76060)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
E-mail: sjones@mwlaw.com


Attorneys for Pulaski County Special School District


**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification such to:

All counsel of record

 */s/ M. Samuel Jones, III*

2