# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for July 2017, № 5316, and authorizes payment. The Court attaches Ms. Powell's bill for August 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2017

August 30, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for August 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. Fees for PCSSD total $900.00; for JNPSD the total is $600.00. Total reimbursement request is $1500.00.

**PCSSD**
August 10 - Participated in staff development training for Alternative Learning Environment (ALE) staff - 3 hours ($900)

**PCSSD TOTAL $900.00**

**JNPSD**
August 7 - Provided training on Plan 2000 for all district personnel - 2 hours ($600)

**JNPSD TOTAL $600.00**

The above noted training for the districts were beginning of the year activities. Attendance and participation in both district's activities were excellent. In each case, program planning was exceptional.

Sincerely

Margie L. Powell
Court Expert