# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the September 8th hearing. And any attending member of the media may bring a tape recorder. The use of any such recording, however, shall be limited by and subject to Local Rule 83.2(d).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 September 2017