# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*       **PLAINTIFFS**

**v.**      **No. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT,** *et al.*      **DEFENDANTS**

**LORENE JOSHUA,** *et al.*      **INTERVENORS**

## ORDER

The Court held a status conference on 8 September 2017 and set the following deadlines:

- PCSSD's facilities report due 9 October 2017;
- Joshua's facilities report due 24 October 2017; and
- Powell's expert facilities report due 8 November 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2017