# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| No. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for August 2017, № 5323, and authorizes payment. The Court attaches Ms. Powell's bill for September 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 September 2017

September 27, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for September 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $1800.00; for JNPSD the total is $1500.00. Total reimbursement request is $3300.00.

**PCSSD**
*Sept 1 - Status Meeting - 3 hours ($450)
*Sept 8 - Court Hearing 1 hour ($150)
Sept 19 - Toured/Evaluated Athletic Complex: Robinson HS - 1 hour ($300)
*Sept 20 - Joint Meeting (PCSSD/JNPSD/Joshua) - Discipline - 2 hours ($300)
Sept 26 - Toured/Evaluated Athletic Complex: Mills HS - 2 hours ($600)
**PCSSD TOTAL $1800.00**

**JNPSD**
*Sept 1 - Status Meeting - 3 hours ($450)
*Sept 8 - Court Hearing - 1 hour ($150)
*Sept 20 - Joint Meeting (PCSSD/JNPSD/Joshua) - Discipline -2 hours ($300)
Sept 27 - Visited/Evaluated elementary ALC program - 2 hours ($600)
**JNPSD TOTAL $1500.00**

I plan to continue monitoring the two athletic complexes in order to present my findings to the Court by November 8, 2017. If you have any questions or concerns, please let me know.

Sincerely,

Margie L. Powell
Court Expert