# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for September 2017, № 5333, and authorizes payment. The Court attaches Ms. Powell's bill for October 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2017

October 30, 2017

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for October 2017

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $2100.00; for JNPSD the total is $1500.00. Total reimbursement request is $3600.00.

### PCSSD
*Oct 6 - Status Meeting - 2 hours ($300)
Oct 10 - School Board Meeting - 2 hours ($600)
*Oct 18 - Joint Meeting (PCSSD/JNPSD/Joshua) - 1 hour ($150)
Oct 24 - Follow up visit to Mills HS - 2 hours ($600)
Oct 25 - Follow up visit to Robinson HS - 1 hour ($300)
*Oct 27 - Status Meeting - 1 hour ($150)
**PCSSD TOTAL $2100.00**

### JNPSD
Oct 5 - Prepare/Submit ALE Report - 3 hours ($900)
*Oct 6 - Status Meeting - 2 hours ($300)
*Oct 18 - Joint Meeting (PCSSD/JNPSD/Joshua) 1 hour ($150)
*Oct 27 - Status Meeting - 1 hour ($150)
**JNPSD TOTAL 1500.00**

I am currently working on my report to the Court on the comparisons of the athletic complexes at Robinson and Mills high schools. Please let me know if you have any questions or concerns.

Sincerely,

Margie L. Powell
Court Expert