# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT,
et al.                                         PLAINTIFFS

v.                    No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, et al.                        DEFENDANTS

LORENE JOSHUA, et al.                          INTERVENORS

## ORDER

Margie Powell's appointment as the Court's expert was set to expire on 31 July 2017. № 5229. Her work since the last appointment has been helpful, both to the Court and for the case in general. The Court therefore intends to extend her appointment by one year—from 1 August 2017 until 1 August 2018—on the existing terms, unless she declines to serve or a party objects. The Court requests Ms. Powell to file a paper with the Clerk by 15 December 2017 indicating her preference. Any objection is due by the same date.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 December 2017