# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*      **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT,** *et al.*      **DEFENDANTS**

**LORENE JOSHUA,** *et al.*      **INTERVENORS**

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for October 2017, № 5342, and authorizes payment. The Court attaches Ms. Powell's bill for November and December 2017. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 January 2018

December 28, 2017 December 28, 2017

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for November/December 2017

Your Honor:

Per your order of Nov 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas under Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $3750.00; the total for JNPSD is $450.00. The total reimbursement request is $4200.00.

**PCSSD**
Nov 5-9 Research; develop; prepare; update; edit; file Mills/Robinson sports complexes report - 8 hours ($2400)
*Nov 30 Joint meeting of parties - 2 hours ($300)
Dec 6 - Participated in excellent Plan 2000 workshop for district principals - 3 hours ($900)
*Dec 14 - Status update meeting - 1 hour ($150)
**PCSSD TOTAL $3750**

**JNPSD**
*Nov 30 Joint meeting of parties - 2 hours ($300)
*Dec 14 - Status update meeting - 1 hour ($150)
**JNPSD TOTAL $450**

Please contact me if you have any questions or concerns related to this submission.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert