# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*   PLAINTIFFS

v.   No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT,** *et al.*   DEFENDANTS

**LORENE JOSHUA,** *et al.*   INTERVENORS

## ORDER

1. JNPSD's objections, № 5358, are sustained. First, absent extenuating circumstances, and no prejudice, a party cannot call witnesses at trial who were neither identified in response to a clear discovery request seeking a list of potential witnesses nor identified informally with specificity. Second, Joshua's exhibit list is short on particulars. Joshua must provide an updated list of specific documents no later than noon on 29 January 2018. And both parties must exchange copies of all exhibits on 31 January 2018, as planned, № 5300 at 2.

2. The Court would appreciate JNPSD's expedited reply on the evidentiary issues by 30 January 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 January 2018