# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      PLAINTIFFS

v.      No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*      DEFENDANTS

LORENE JOSHUA, *et al.*      INTERVENORS

## ORDER

The Court has received the attached email from PCSSD's lawyer. And the Court appreciates the notice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 January 2018


Dear Judge Marshall:

I write in my capacity as counsel for the PCSSD. I have reviewed all of the pre-trial filings and the Court's orders in respect of those filings. I believe I understand the issues.

Colloquially stated, I understand the issues revolve around staffing and facilities. The PCSSD has been declared unitary in staffing. The PCSSD has not been declared unitary as regards facilities.

I plan to be present at the opening of proceedings next Monday. I intend to listen to whatever opening remarks the Court permits Jacksonville and Joshua as well as any remarks the Court might make.

At the first recess, I will confer with my client and we will endeavor to make a judgment whether or not my presence for the balance of the hearings might be prudent and proper as respects the PCSSD. Accordingly, the Court might receive a request from the PCSSD sometime Monday morning to be excused from the balance of the hearing. It remains to be seen whether or not the request would be appropriate and certainly remains to be seen how the Court might react to such a request.

In any event, I look forward to listening to the beginning of the hearing although I currently have no presentation or remarks to make.

Thank you very much.

**M. Samuel Jones III**
T 501.688.8812 | F 501.918.7812
sjones@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX (267) 757-8780 Newtown, PA or (870) 336-9292 Jonesboro, AR so that our address record can be corrected.