# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*         PLAINTIFFS

v.         No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*         DEFENDANTS

LORENE JOSHUA, *et al.*         INTERVENORS

## ORDER

Joint motion, № 5359, noted and appreciated. The Court would benefit from an addendum with the billing records. Any privileged material and work product can be redacted. Hourly rates should be included. Addendum due by 23 February 2018.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 February 2018