# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                  **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT,** *et al.*                              **DEFENDANTS**

**LORENE JOSHUA,** *et al.*                                **INTERVENORS**

## ORDER

Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the hearing scheduled the week of 5 February 2018. And any attending member of the media may bring a tape recorder. The use of any tape recording, however, shall be limited by and subject to Local Rule 83.2(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2018