# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, *et al.*                                  INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for November and December 2017, № 5348, and authorizes payment. The Court attaches Ms. Powell's bill for January and February 2018. The Court will authorize payment if there are no objections after seven calendar days. № 5034. The Court appreciates Ms. Powell's attendance at the recent unitary status hearings and the reduced rate charged for those lengthy proceedings.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2018

March 2, 2018

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for January/February 2018

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $1350; the total for JNPSD is $1950. The total reimbursement request is $3300.00.

**PCSSD**
*Jan 25 - Monthly Status Meeting - 2 hours ($300)
Jan 31 - Plan 2000 workshop (Assistant Principals) - 3 hours ($900)
*Feb 28 - Monthly Status Meeting - 1 hour ($150)
**PCSSD TOTAL $1350.00**

**JNPSD**
*Jan 25 - Monthly Status Meeting - 2 hours ($300)
**Feb 5-9 - Unitary Status Hearing - 5 hours ($1500)
*Feb 28 - Monthly Status Meeting - 1 hour ($150)
**JNPSD TOTAL $1950.00**
** Note Actual time - 43 hours

Please be advised that effective August 1, 2018, I will be charging my regular hourly rate ($300) for unitary status hearings. For all other hearings, I will continue to charge a flat $300 per day. If there are any questions related to this submission, please contact me and I will be happy to respond.

Sincerely,

Margie L. Powell
Court Expert