# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*         **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT,** *et al.*         **DEFENDANTS**

**LORENE JOSHUA,** *et al.*         **INTERVENORS**

## ORDER

The motion, № 5389, is granted. Tiffany Ellis is substituted for Eshe Mustafa as a tentative representative for the new subclass of intervenors. Takeena Wilbon remains as the other tentative representative. The Court appreciates the update on the continuing discovery about their service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2018