# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*  PLAINTIFFS

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT,** *et al.*  DEFENDANTS

**LORENE JOSHUA,** *et al.*  INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for March 2018, № 5391, and authorizes payment. The Court attaches Ms. Powell's bill for April 2018. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2018

May, 2018

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for April 2018

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas of Plan 2000 that remain under Court supervision. I did not attend the monthly meeting with the parties and had no activity that was billable to JNPSD. Fees for PCSSD total $1500.00.

## PCSSD

April 14 - FEPSI update meeting (Section M - Achievement) - 1 hour ($300)
April 17 - Facility Updates and Tours of Mills and Robinson high schools - 4 hours ($1200)

### PCSSD TOTAL $1500.00

Please contact me if you have any questions or concerns related to this request.

Sincerely,


Margie L. Powell
Court Expert