# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, *et al.*     DEFENDANTS

LORENE JOSHUA, *et al.*     INTERVENORS

## ORDER

The Court appreciates PCSSD's invitation, № 5399, and agrees that a tour of the three facilities would be illuminating. The Court is available on Thursday, 9 August 2018. The Court would appreciate a joint proposal from PCSSD and Joshua on the schedule and the participants. The Court will follow the parties' lead on which knowledgeable folks should participate. (JNPSD is welcome to attend, but isn't required to do so.) The Court is inclined to have a court reporter present so we'll have a record, but doesn't intend to put folks under oath. The Court welcomes the parties' thoughts about those issues, too. Joint report due by 29 June 2018.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

31 May 2018