# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*      **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT,** *et al.*      **DEFENDANTS**

**LORENE JOSHUA,** *et al.*      **INTERVENORS**

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for April 2018, № 5395, and authorizes payment. The Court attaches Ms. Powell's bill for May 2018. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 May 2018

May 30, 2018

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for May 2018

Your Honor:

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of specified areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for both district are $300 each. The total reimbursement request is $600.00.

**PCSSD**

*May 24 - Monthly Status Update Meeting - 2 hours ($300)

**PCSSD TOTAL $300.00)**

**JNPSD**

*May 24 - Monthly Status Update Meeting - 2 hours ($300)

**JNPSD TOTAL $300.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert