# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                PLAINTIFFS

v.                     No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                           DEFENDANTS

LORENE JOSHUA, *et al.*                             INTERVENORS

## ORDER

The Court appreciates the parties' suggestions about the schools tour. Based on the parties' developing dispute about facilities, it's clear to the Court that a visit to all the schools mentioned in the joint report would be helpful. We will do it in two rounds, though. On August 9th, the Court will tour Maumelle High School, the new Mills High School, and the new Robinson Middle School on the schedule suggested by PCSSD. The parties should confer, and suggest some dates in September and October (and a schedule), for visiting Sylvan Hills High School, Fuller Middle School, College Station Elementary, and Harris Elementary on a similar day-long tour. Suggestions due by 31 July 2018.

For August 9th, all those listed by PCSSD and Joshua may participate. The Court would appreciate Ms. Powell being there. A

court reporter, a U.S. Marshal (or court security officer), and a law clerk will also be present.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2018