## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,**
*et al.*                                                           **PLAINTIFFS**

v.                                  **No. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT,** *et al.*          **DEFENDANTS**

**LORENE JOSHUA, TIFFANY ELLIS,** *et al.*      **INTERVENORS**

### ORDER

Margie Powell's appointment as the Court's expert is set to expire on 1 August 2018. № 5347. Her work since the last appointment has been helpful to the Court and for the case as a whole. The Court therefore intends to extend her appointment by one year — from 1 August 2018 until 1 August 2019 — on the existing terms, unless she declines to serve or a party objects. The Court requests Ms. Powell to file a paper with the Clerk by 28 July 2018 indicating her preference. Any objection is due by the same date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 July 2018_