# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*      **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT,** *et al.*     **DEFENDANTS**

**LORENE JOSHUA, TIFFANY ELLIS,** *et al.*     **INTERVENORS**

## ORDER

The Court appreciates PCSSD's thoughtfulness on the tour logistics. One vehicle for all non-court attendees, and box lunches for everyone, will make things go more smoothly. Court personnel, though, will travel in a separate vehicle and will pay for their own lunch. The Court requests that PCSSD advise chambers about the rendezvous location, and the cost per box lunch, sometime this week.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 July 2018