# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*     DEFENDANTS

LORENE JOSHUA, TIFFANY ELLIS, *et al.*     INTERVENORS

## ORDER

The Court will be starting a jury trial in Jonesboro on September 10th and regrets that it therefore cannot do the second tour on that date. Doing the tour when students are present is fine with the Court. Would September 24th be convenient for PCSSD and counsel?

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2018