# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

v.     No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*     DEFENDANTS

LORENE JOSHUA, *et al.*     INTERVENORS

## ORDER

The parties have informally advised the Court that the visits to Sylvan Hills High School, Fuller Middle School, College Station Elementary, and Harris Elementary can take place on September 24th. The folks in attendance for the first round of visits on August 9th may attend on September 24th as well. The Court would appreciate a joint proposal from PCSSD and Joshua on the schedule. Joint report due by 24 August 2018.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2018