# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v. No. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, *et al.* | INTERVENORS |

## ORDER

Two new issues have arisen about the August 9th tour. First, the *Arkansas Democrat-Gazette* has asked (by telephone to chambers staff) to have a photographer present. This is the newspaper's call. Second, the intervenors have asked by letter that two students who participate in the Donaldson Scholars program visit with the group and see the facilities. It's unclear if these individuals are current or former PCSSD students. In any event, by the Court's count, the group is now up to approximately fifteen, not counting PCSSD personnel or the third parties involved in the construction. The Court is concerned that we're at, or past, a manageable number. The Court is confident that PCSSD can arrange a separate tour for Donaldson Scholars at some other time.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2018