# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　PLAINTIFFS

v.　　　No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*　　　DEFENDANTS

LORENE JOSHUA, TIFFANY ELLIS, *et al.*　　　INTERVENORS

## ORDER

There are various issues percolating about the Pulaski County Special School District's ongoing facilities projects.

*First*, the Court repeats its thanks to PCSSD for arranging the school tours on 9 August 2018. They were most informative.

*Second*, as the Court indicated at the end of the day on August 9th, for various reasons, it is best to do the second round of tours later this fall. No party has opposed this change. We'll do round two on Thursday, November 1st.* PCSSD must confer with the Intervenors and propose a schedule for the other four schools by 28 September 2018.

---

* The Court has criminal trials scheduled to start on October 29th. We will know in early October if any of these cases will go to trial, and then respond accordingly.

*Third*, we need a slightly different drill to make the day move more efficiently and be even more helpful to the Court. In general, we need a smaller group moving at a faster clip.

- PCSSD should arrange for a van or vans to move all non-Court participants from place to place. Court personnel will travel separately, as before;

- Monitors for the intervenors should not attend. They visit the schools regularly, while this tour is for the Court;

- Only one lawyer and client representative for each party should attend. There's an exception for Scott Young—or the appropriate PCSSD tour coordinator—and each building's principal. Mr. Walker and Mr. Porter could, for example, divide and conquer, splitting the day at lunch. Ms. Springer may attend the entire day to provide continuity;

- As we move from place to place within each facility, the Court will ask questions first and then counsel may briefly follow up. No questions from others;

- Ms. Powell should attend. Members of the media can, too; and

- PCSSD should provide lunch for everyone. The Court will reimburse the District for the cost of the meal for all Court personnel.

*Fourth*, the Court will hold a hearing on September 24th at 1:30 p.m. in Courtroom 1A of the Richard Sheppard Arnold United States Courthouse instead of doing the second round of tours that day.

The Court is working on some preliminary rulings about PCSSD's current facilities projects. No additional filings are needed — the papers on this issue so far, and the August 9th tours, have given the Court plenty to digest.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2018