```
 1                    IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF ARKANSAS
 2                            WESTERN DIVISION

 3   LITTLE ROCK SCHOOL DISTRICT,
     et al.,
 4                           Plaintiffs,
         v.                               No. 4:82CV00866 DPM
 5   PULASKI COUNTY SPECIAL SCHOOL
     DISTRICT, JACKSONVILLE-NORTH
 6   PULASKI SCHOOL DISTRICT, et al.,     Thursday, August 9, 2018
                             Defendants.  Maumelle, Arkansas
 7                                        Little Rock, Arkansas
     LORENE JOSHUA, TIFFANY ELLIS,
 8   et al.,
                             Intervenors.
 9

10                    TRANSCRIPT OF SCHOOL TOURS
              (Maumelle High School, Mills High School,
11                  and Robinson Middle School)
              BEFORE THE HONORABLE D. PRICE MARSHALL JR.,
12                   UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   On Behalf of Pulaski County Special School District:
           MR. M. SAMUEL JONES, III, Attorney at Law
15            Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
              425 West Capitol Avenue, Suite 1800
16            Little Rock, Arkansas  72201

17   On Behalf of the Intervenors:
           MR. JOHN W. WALKER, Attorney at Law
18            John W. Walker, P.A.
              1723 Broadway
19            Little Rock, Arkansas  72206-1220

20         MR. AUSTIN PORTER JR., Attorney at Law
              323 Center Street, Suite 1300
21            Little Rock, Arkansas  72206

22   On Behalf of the Jacksonville-North Pulaski School District:
           MR. SCOTT RICHARDSON, Attorney at Law
23            McDaniel, Richardson & Calhoun, PLLC
              1020 West Fourth Street, Suite 410
24            Little Rock, Arkansas  72201

25                                             [ CONTINUED ]
```

1    APPEARANCES CONTINUED:

2    **Also Present:**

3    Ms. Chelsea Wilson, Law Clerk to Judge Marshall

4    Ms. Sherri Black, Courtroom Deputy to Judge Marshall

5    Ms. Margie Powell, Court's Expert

6    Ms. Joy Springer, Paralegal, John W. Walker, P.A.

7    Mr. Charles Bolden, Monitor, John W. Walker, P.A.

8    Dr. Charles McNulty, Superintendent, Pulaski County Special
     School District
9
     Dr. Janice Warren, Assistant Superintendent for Equity and Pupil
10   Services, Pulaski County Special School District

11   Mr. Scott Young, IT Project Manager, Pulaski County Special
     School District
12
     Dr. Bryan Duffie, Superintendent, Jacksonville-North Pulaski
13   School District

14   Mr. Brad Chilcote, Vice President, Wittenberg, Deloney &
     Davidson Architects
15
     Mr. Russell Fason, Principal/Vice President, WER Architects/
16   Planners

17
     **Also present at Maumelle High School Tour:**
18
     Mr. Jeff Senn, Principal, Maumelle High School
19

20   **Also present at Mills High School Tour:**

21   Mr. Duane Clayton, Principal, Mills High School

22
     **Also present at Robinson Middle School Tour:**
23
     Mr. Lance Levar, Principal, Robinson Middle School
24
           Proceedings reported by machine stenography; transcript
25   prepared utilizing computer-aided transcription.

1                          **INDEX**

2

3                **Maumelle High School Tour**

4   Conference Room........................................ 5
    Seminar Room..........................................11
    Performing Arts Center................................12
5   Performing Arts Center Stage..........................17
    Classrooms behind Performing Arts Center..............18
6   Band Room, Choir Room, and Drama Room.................21
    Computer Science Coding Lab...........................22
7   Television Room.......................................23
    Cafeteria.............................................24
8   Cafeteria Food Service Area...........................25
    Competition Gymnasium.................................26
9   Locker Room...........................................28
    Auxiliary Gymnasium...................................29
10  Fieldhouse Weight Room................................30
    Fieldhouse............................................31
11  Standard Classroom....................................32
    Business Lab..........................................33
12  Media Center..........................................34
    Science Lab and Counseling Center.....................36
13  Administrative Office Area............................37

14

15               **Mills High School Tour**

16  Main Entrance Area....................................42
    Seminar Room..........................................44
    Administrative Offices and Counseling Area............45
17  Standard Classroom....................................47
    Life Skills Classroom.................................48
18  Business Lab..........................................50
    Business Lab..........................................52
19  Science Room..........................................53
    Television Lab and Studio.............................54
20  Project Lead the Way Classroom........................55
    Media Center..........................................58
21  Cafeteria.............................................59
    Cafeteria Food Service Area...........................60
22  Choir Room............................................62
    Band Room.............................................64
23  Auxiliary Gymnasium...................................66
    Competition Gymnasium.................................68
24  Auditorium............................................70

25                                          [CONTINUED]

1                      **INDEX** [CONTINUED]

2
                **Mills High School Tour** [Continued]
3

Black Box Theater Classroom.............................72
4    Backstage Dressing Room.................................73
Locker Room.............................................74
5    Training Room and Coaches' Area.........................75
Fieldhouse..............................................77
6    Weight Room.............................................78
Team Room...............................................82
7    Locker Room.............................................83
Coaches' Rooms..........................................86

8

9               **Robinson Middle School Tour**

10   Main Entrance...........................................89
Administrative Offices Area.............................91
11   Counseling Center.......................................92
Life Skills Classroom...................................93
12   Nurse's Area............................................95
Media Center............................................95
13   Project Lead the Way Classroom.........................100
Career Technical Education Classroom...................102
14   Hallway and Standard Classroom.........................113
Office Area and Business Lab...........................114
15   Family and Consumer Science Room.......................115
Choir Room.............................................119
16   Band Room..............................................124
Cafeteria/Auditorium...................................125
17   Competition Gymnasium..................................129
Auxiliary Gymnasium and Locker Room....................131
18   Weight and Conditioning Room...........................132
Training Center Meeting Room...........................136
19   Training Center Coaches' Area..........................137
Training Facility......................................137

20

21

22

23   **EXHIBITS:**

24   Tour Exhibits 1, 2, and 3 received under seal.......... 7

25

1          (Proceeding at 9:07 a.m., at Maumelle High School,

2     Conference Room, as follows:)

3          THE COURT:  We're on the record in 82:866, the school

4     case, for the start of a tour of various facilities in the

5     Pulaski County Special School District.

6          The Court appreciates the district's hospitality in having

7     me and my staff and the parties, everybody that's gathered here.

8     I will note for the record that Mr. Jones is here and has been

9     the good shepherd of putting all of this together, and I

10    appreciate that.

11         Mr. Walker is here for the intervenors.  Mr. Richardson is

12    here, of course, for the Jacksonville-North Pulaski District.

13    There are many others present.  I'm not going to note them.  The

14    court reporter has a list and it will appear in the record.

15         Some preliminaries, and then it's time for us to get going.

16    I'm anxious to see these facilities that I've heard much about

17    over the years, but I agree with counsel that it will be very

18    helpful for the Court to lay eyes on all of this.  I look

19    forward to the tour today and then the one next month, doing a

20    full circuit to get a full picture.

21         Mr. Jones was kind enough to send to the Court in advance

22    some architectural drawings for each of the three campuses that

23    we'll be seeing today:  Maumelle High, which is where we are,

24    and Mills and Robinson.  I appreciate them.  I have not yet

25    looked through them because I wanted to be sure that there was

1   no objection to me considering them.  I brought them with me and

2   I plan to use them and refer to them as we go through the tour

3   today, as long as there's no objection from the intervenors.

4   Mr. Walker?

5          MR. WALKER:  Your Honor, our concern is that the

6   pictures may not fully show Mills -- I mean show Robinson

7   because Robinson was constructed so as to enhance Robinson High

8   School at the same time that it was being substantially added

9   to.  And if I can be assured that the Robinson figures include

10  the enhancements at Robinson High, I would have no objection,

11  with that assurance.

12         THE COURT:  Mr. Jones?  I can't answer because I

13  haven't looked at the material yet.  Do you know if --

14         MR. JONES:  I can't answer either because I haven't

15  looked at them in weeks.  All I can represent is that these were

16  the floor plans, if you will, that were presented to the board

17  at a certain point in time to depict what the schools were

18  supposed to look like upon completion, and that's about as far

19  as I can go.  Whether Scott Young has any further information or

20  impressions about them, I don't know.

21      We would simply -- I guess we're not making exhibits.  We

22  would simply offer them as visual aids for the Court's

23  assistance to the extent and for what they're worth.

24         THE COURT:  All right.  Let's proceed this way because

25  I think the pictures will be helpful to me.  I'm going to

1   receive them as Tour Exhibits 1, 2, and 3, subject to the

2   intervenors' objection on the other campuses.  It didn't go to

3   Maumelle, but it is at Robinson in particular?

4            MR. WALKER:  Yes, sir.

5            THE COURT:  And, Mr. Walker, if you and Mr. Jones

6   would put your heads together after the tour, and if there's

7   something else that I need to see to get the complete picture of

8   the other facilities, then please add that and it will be

9   received as well.

10            MR. WALKER:  Yes, sir.

11            THE COURT:  Of course, the school belongs to the

12   public and much of this is probably in the public domain anyway,

13   but I'm concerned about putting on the Court's internet docket,

14   the floor plans for all of the schools.  So I'm going to receive

15   the three exhibits under seal, subject to the ruling about

16   supplementation, and, Mr. Jones, I'd like you to get an

17   electronic copy of them because they're oversized, and file it

18   under seal in due course so that our court record will be

19   complete.

20            MR. JONES:  Very well.

21       (Tour Exhibits 1, 2, and 3 received under seal.)

22            THE COURT:  Good.  All right.  Rules of the road for

23   the day:  We've got a big group and I'm glad everybody's here.

24   We've got some members of the press already here and I'm

25   reliably informed that others may be coming, and they are

1    welcome.

2          Superintendent McNulty, would you make arrangements with

3    the administrators here so that if any other reporters show up,

4    they're connected with us and can join the tour?

5               DR. MCNULTY:  Will do.

6               THE COURT:  Very good.  My court reporter is here, and

7    I thought it important, even though there's a certain

8    informality to the tour today by its nature, I thought it

9    important that we have a record of what's said and done.  We

10   have to behave, though, and that is, only one of us talking at a

11   time.  Please, if you get a quizzical look from the court

12   reporter, especially if you're not one of the lawyers that she

13   knows well, remind her of your name if you're speaking.  And we

14   don't need to be talking when we're walking.  We need to -- we

15   can be talking, but, Mr. Porter, I want to hear about what you

16   sang in church last week or your prediction for the Razorbacks,

17   not about the case.  Let's have our case discussions confined to

18   when we are at a particular room, where we're stopped, where the

19   court reporter can set up and make her record.

20         Is there anything that any of the lawyers would like to

21   say?  Mr. Jones?

22              MR. JONES:  If the Court anticipates seeing every nook

23   and cranny of every school, then we'll be here the rest of the

24   week.  There are some parts of every school that are mirror

25   images of one to another.  I think Ms. Powell agrees with me on

1    this.  The standard classrooms are standard classrooms.  We do

2    have specialty classrooms that the Court may want to

3    specifically look at.  But in terms of the basic classrooms from

4    school to school, I'll represent that once you've seen the first

5    one, you've seen them all.

6              THE COURT:  I think in terms of facilities, a part of

7    the facility where there's no dispute that there's substantial

8    similarity, one to the other, exemplars will be fine.  I don't

9    need to see every classroom here.

10         You as well as I know the points that the intervenors have

11   raised about where there's dissimilarity.  I'm thinking here of

12   the athletic facilities, the technology or IT facilities,

13   reading-language facilities.  I'm going on memory here, but the

14   sort of specialty enhanced program areas, I might say.  So those

15   are the areas that I'd like to see in particular in each of

16   the -- on each of the campuses.  But you set up a schedule, it's

17   a good schedule, and I'd like to keep to it.  I'm relying on

18   you, Mr. Jones, to use our time, to help me use our time

19   efficiently.

20             MR. JONES:  And I'm relying on Mr. Scott Young to make

21   sure we see those portions of the facilities that are of the

22   keenest interest, but to keep us on schedule at the same time.

23             THE COURT:  Good.  Mr. Walker, is there anything that

24   you would like to add by way of preface?

25             MR. WALKER:  No, sir.  The administrative facilities

1    and things like restrooms and cafeteria.

2            THE COURT:  Good.

3            MR. WALKER:  Yes, sir.  That would be it.

4            THE COURT:  Good.  All right.  Mr. Richardson, I know

5    you're here more in the nature of an observer, given that your

6    client is not knee deep in the dispute between the county

7    district and the intervenors, but I would welcome anything you

8    would like to say.

9            MR. RICHARDSON:  It's my goal to say as little as

10   possible, sir, just be an observer.  I would note if we go

11   beyond three, I will have to leave about then.  But I'm here

12   just as a tag-along.

13           THE COURT:  Very good.  Let's get started then.  Where

14   to first?

15           MR. JONES:  Oh, leader, lead us on.  I assume the

16   Court doesn't mind if Mr. Scott sort of narrates where we're

17   going to first and then what our next stop will be.

18           THE COURT:  As long as he is speaking when we're all

19   standing still, that will be fine.

20           MR. JONES:  Where are we going first, Scott?

21           MR. YOUNG:  I'm going to preface this by letting you

22   all know, I'm not involved in this project, so I'm not as

23   familiar with this particular building.  I have been involved in

24   the next two, so just --

25           MR. WALKER:  I'd like the record to reflect this is

1   not Mr. Derek Scott.

2             THE COURT:  Okay.  Noted.  Where are we going?

3             MR. JONES:  We don't have a list of exact rooms.

4   Whatever is logical and efficient.

5             MR. YOUNG:  Perfect.  Let's start with the auditorium.

6             MR. FASON:  Are we still tagging along?

7             MR. JONES:  Maybe for this building, and then y'all

8   can drop out.

9        (9:24 a.m., Maumelle High School Seminar Room:)

10            MR. JONES:  Scott, where are we?

11            MR. YOUNG:  This is the seminar room.  There is

12  seating for 185 people in this room.  You'll notice there are

13  two projectors, two large screens, and there is wireless access

14  in this room.

15            THE COURT:  How many similar rooms on the campus?

16            MR. YOUNG:  Zero.  This is the only one.

17            THE COURT:  Okay.  We passed the library as we came in

18  on a lower floor.

19            MR. YOUNG:  Correct.

20            THE COURT:  Tell me about that.

21            MR. YOUNG:  The media center is on the ground floor.

22            THE COURT:  Is that what you call the library?

23            MR. YOUNG:  Yes, sir.  Yes, sir.  It's going to be

24  very similar to the two other sites that you're going to see

25  today in those media centers.

1          THE COURT:  I'd like to see those.  I'd like to walk
2  through those.
3          MR. YOUNG:  Absolutely.  That is absolutely on my
4  list.
5          THE COURT:  And you said 180-some?
6          MR. YOUNG:  185.
7          THE COURT:  185.
8          MR. WALKER:  Where is the sound control?
9          MR. YOUNG:  The sound control is in the room right
10  behind here.  I can show you that if you like.
11          MR. WALKER:  Do you have any lighting control in here
12  as well?
13          MR. YOUNG:  No, sir.
14          MR. WALKER:  So what we have is all the light you
15  have?
16          MR. YOUNG:  There are some additional lights.
17          DR. DUFFIE:  It's right here.
18          MS. POWELL:  Excuse me, your Honor.  We just passed
19  the counseling center, and I think you might want to look at
20  that, too.
21          THE COURT:  All right.  Thank you, Ms. Powell.  Let's
22  go to the counseling center then.
23      (9:28 a.m., Performing Arts Center.  Mr. Bob Birdsong, MHS
24  Instructor and Maumelle Performing Arts Center Facilities
25  Administrator, also present.)

1        THE COURT:  Yes, sir?

2        MR. YOUNG:  This is the auditorium.  There is seating

3   for 1,279 people in this auditorium.

4        THE COURT:  Scott, when was the facility completed?

5        MR. YOUNG:  The first year that this school was open

6   for students was in August of 2010.

7        THE COURT:  And what's the total student population?

8        MR. YOUNG:  Currently --

9        THE COURT:  Ballpark is okay.

10        MR. YOUNG:  1,100.

11        MR. WALKER:  But at the time it was 400 and something,

12   when it began.  The enrollment at Oak Grove was between 400 and

13   500, and it was projected to be 700.

14        THE COURT:  And we've got grades ten, 11, and 12?

15        MR. YOUNG:  Nine, ten, 11, and 12.

16        THE COURT:  Nine through 12.  Could someone tell me

17   examples of things that the auditorium is used for and how often

18   it's used, that kind of thing?

19        MR. JONES:  Where did the principal go?

20        MR. SENN:  Right here.  We use it almost every

21   weekend.  We outside contract.  People rent the facility.  When

22   Robinson was being refurbished, the convention center, they did

23   all of their events here.  We hold classes in here during the

24   school day on the stage area, and then we hold our class

25   meetings in this room.

1           THE COURT:  I assume school plays and concerts and --

2           MR. SENN:  Yes.  Any performance arts that we have at

3    the school are done in here.

4           THE COURT:  What about assemblies generally when

5    everybody --

6           MR. SENN:  Class meetings and all assemblies are done

7    in this room as well.  Other than that, there are classrooms

8    behind the stage where we have drama and theater and stagecraft

9    classes, and those classes are held behind the stage.  And then,

10   of course, they come out and do the performances on stage.

11          MR. PORTER:  Do you know how much money was invested

12   in the lighting and sound system for this auditorium?

13          MR. SENN:  Brad might can -- I have no idea.  I know

14   that Mr. Birdsong can probably tell you what income that we

15   comprise throughout the year.  Do you know how much money we

16   make in here a year?

17          MR. BIRDSONG:  It varies from year to year.  Starting

18   in, I believe, 2014, our total revenue before expenses was

19   120,000 that year.  It has pared off.  Last year I turned in

20   $90,000 in resources, revenue.  A lot of that goes towards,

21   well, crew pay, electricity, lighting.  It's extraordinarily

22   expensive to air-condition, to -- cleaning, security.  We have

23   to replace all the bulbs in here periodically.  So we're on

24   track to do about the same this year.  So we pay for our own

25   expenses.

THE COURT:  I'm Price Marshall.  Would you tell me your name?

MR. BIRDSONG:  Bob Birdsong, sir.

THE COURT:  Do you have a title or a --

MR. BIRDSONG:  I am the stagecraft teacher, but more importantly, I'm the facilities administrator for the Maumelle Performing Arts Center.  I'm sorry I'm not dressed like I usually am.

THE COURT:  It's okay.

MR. BIRDSONG:  If you would like a more extensive tour, you're welcome to come in and see everything else.

MR. PORTER:  Mr. Birdsong?

MR. BIRDSONG:  Yes.

MR. PORTER:  My question, do you know how much was expended for lighting, sound system?

MR. BIRDSONG:  That's a Brad question.  Where's Brad?

MR. CHILCOTE:  Yes.

MR. BIRDSONG:  Do you know what it cost to provide the lighting rig and the audio rig?

MR. PORTER:  The initial outlay for the equipment.

MR. CHILCOTE:  I would have to go to the allowance that was bid by Baldwin & Shell.  They have that documentation. I've got it at my office and I can get it.

MR. BIRDSONG:  We throw numbers around to make the kids understand that it's a jewel, but we don't really know.

1          MR. PORTER:  We're talking about the theatrical

2    lighting and not the stage lighting?

3          MR. CHILCOTE:  Yes, sir.

4          MR. WALKER:  This is John Walker, for the record.

5      This was designed to be a community facility then.

6          MR. BIRDSONG:  Yes, sir.

7          MR. WALKER:  Did the community have any input into the

8    design?

9          MR. BIRDSONG:  I wasn't here.  I was at Jacksonville

10   during those years.

11         MR. WALKER:  So you're director of the Maumelle Center

12   for the Performing Arts?

13         MR. BIRDSONG:  Yes, sir, I am.

14         MR. WALKER:  Is that a separate job?

15         MR. BIRDSONG:  It is.  It's a stipended job.

16         MR. WALKER:  Who pays for it?

17         MR. BIRDSONG:  My stipend is paid by the Pulaski

18   County Special District, and I build in my fee for rentals into

19   the contract.

20         MR. WALKER:  How much do you build in?

21         MR. BIRDSONG:  For myself, $35 an hour.

22         MR. WALKER:  For how many hours a year?

23         MR. BIRDSONG:  I wouldn't know that currently right

24   now.  Most of them are dance recitals.  The dance season is what

25   really takes it, and that takes over in January through June.

1        MR. WALKER:  How many times a year would you say that

2   this facility is filled with students only?

3        MR. BIRDSONG:  With students only, about nine, ten.

4        MR. WALKER:  But is it actually filled then?

5        MR. BIRDSONG:  Yes.

6        MR. WALKER:  What kind of --

7        MR. BIRDSONG:  It depends on what the event is.  They

8   really enjoy the talent show.  The band concerts bring out

9   family and students, obviously.

10        MR. WALKER:  I see.  So this is a community center.

11        MR. BIRDSONG:  Yes, sir.

12        MR. WALKER:  Thank you.

13        MR. BIRDSONG:  We're trying to find a place for -- I'm

14   trying to spread some of this rental business around through the

15   district so that we can provide a space for, say, The Maumelle

16   Players, you know, that sort of thing.  So --

17        THE COURT:  I would like to take you up on your offer

18   of looking at the theater- and drama-related classrooms.

19        MR. BIRDSONG:  Would you like to do that now, your

20   Honor?

21        THE COURT:  Please.

22     (9:36 a.m., Performing Arts Center Stage:)

23        MR. BIRDSONG:  So it's 55 feet wide, 60 feet to the

24   classroom line in the back.  These are acoustic shells for the

25   orchestra and the choir.  These make a box around, and if you've

1    ever seen the symphony, you've seen these in action.  It's

2    outfitted like a professional theater with four electric pipes

3    that have the lights on them and then all of the drapery and

4    such.  Our control is over there.

5        This is an orchestra pit underneath this lid over here.  It

6    isn't used that much because it's a manual lid, so it takes some

7    time to take off.  It's a lot of work, about seven or eight

8    man-hours during the school day.  We enter through that over

9    there, but if you don't want to see it, that's fine.

10            THE COURT:  I'd like to see the drama-related

11    classrooms and the theater-related.

12            MR. BIRDSONG:  That's right.

13        (9:38 a.m., Classrooms behind Performing Arts Center:)

14            MR. BIRDSONG:  All right.  This is the black box space

15    which I have claimed as my classroom, but it can be converted to

16    a performance space.  You can see it's rigged for lights and

17    sound as well.  It's not acoustically perfect, but it works.  We

18    are going to use this as a performance space this year.  We're

19    going to do a new playrights thing later on in the spring.

20    Through this -- and I've got the overhead doors open.  Through

21    there is the scene shop.

22        It's probably germane to point out that the shop had

23    nothing in it when I got in here.  The things you see in there,

24    the tools, the saws, those were earned later by my students.

25    And one of the chop saws and two of the compressors are my own.

1    It was a big empty room when we got here.  It wasn't like this

2    was provided.  This is something that my kids earned over time

3    through fund-raising and through rentals like we spoke about

4    earlier.

5              THE COURT:  When did you start with the district, sir?

6              MR. BIRDSONG:  I started with the district in 2006

7    with Jacksonville High School.  Spent five years there under

8    Kenny Clark, and then when Prentice Dupins left here to go teach

9    somewhere else, I took over for this slot.

10             THE COURT:  When?

11             MR. BIRDSONG:  I'm sorry.  '12.

12             THE COURT:  Got it.  Let's go to the scene shop.

13             MR. PORTER:  What are some of the major productions

14   that the students put on each year?

15             MR. BIRDSONG:  In the big space.

16             MR. PORTER:  I know, but --

17             MR. BIRDSONG:  What are they?  Oh, let's see.

18   *Charlotte's Webb.*  We did an adaptation of *Antigone.*  I can

19   provide photos for this.  I wish I would have been more

20   prepared.  *The Best Christmas Pageant Ever.*  This year we're

21   doing *The Complete Works of William Shakespeare (Abridged)* and

22   then a musical adaptation of *The Stinky Cheese Man and Other*

23   *Fairly Stupid Tales*, a children's book.  Next year we're doing

24   *Once on This Island* and an adaptation of a classic.  We work

25   about two years in advance so we're ready to go when they get

1    here.

2         Whoops, somebody is leaning against the light.

3         Thank you, boss.  My students do this all the time.

4         There you go.

5         You know, we try and do as many multicultural shows as we

6    can.  *Once on This Island* is going to be a big feather in that

7    cap next year, but that's next year.  We have a building year

8    this year.  We lost most of our singers from last year, so no

9    big musicals.

10        And then we do a young playrights thing that is our third

11   quasi show, but there's not much set, you know, because they

12   concentrate on the writing, the writing bit.

13        THE COURT:  All right.  I'm going to take a look at

14   the scene shop, and anybody else can, too, and then we're going

15   to move.

16        MR. BIRDSONG:  It's awfully cluttered in there.  If

17   some of you want to go around and look in the overhead door, you

18   can.

19        THE COURT:  I appreciate everyone's inquiries, and

20   this is an admonition to myself as well.  It's like salt in

21   oatmeal.  We need a little bit and we need to keep going because

22   of all of the things that I have to see.

23        So we'll go down to the choir room, the band room.  We'll

24   stop there, as Mr. Walker has requested, and then press on.

25   Good.

1          (9:43 a.m., Band Room:)

2          MR. YOUNG:  We're currently in the band room.  It also

3 doubles as a storm shelter.  You'll notice the cinder block

4 walls that go all the way up.

5          THE COURT:  How many students will it accommodate?

6          MR. YOUNG:  Between the band and the choir room, it

7 will accommodate 700 kids.

8          THE COURT:  This room and another one?

9          MR. YOUNG:  And another one, the choir, yes.

10          THE COURT:  Is there an echoing choir room that's

11 roughly the same size or --

12          MR. YOUNG:  Yes, sir.

13          THE COURT:  Okay.  Good.  Thank you.

14          MR. YOUNG:  You're welcome.

15          (9:45 a.m., Choir Room:)

16          THE COURT:  Scott, my question was imprecise.  I asked

17 if there was an echoing choir room.  I meant was it the same in

18 size and all of that.  This seems half or a third as big as the

19 band room.

20          MR. YOUNG:  Yes, I would agree with that statement.

21 Yes, sir.

22          THE COURT:  Okay.  Thank you.

23          MR. YOUNG:  Yes, sir.  And the seating I gave you was

24 based off of both of the groups combined.

25          (9:46 a.m., Drama Room:)

1          THE COURT:  There's another room for drama that

2    appears to be identical to the choir room, again about half or a

3    third the size of the big band room.

4          (9:48 a.m., Computer Science Coding Lab:)

5          THE COURT:  Where are we?

6          MR. YOUNG:  This is a computer science coding lab.

7    It's part of the business department.

8          THE COURT:  Is this the only one?

9          MR. YOUNG:  The only business lab or the only lab

10   period?

11         THE COURT:  The only computer lab.

12         MR. YOUNG:  There are -- there is at least one more.

13         THE COURT:  All right.  Is the other one nearby or in

14   another part of the building or what?

15         MR. YOUNG:  It is in another part of the building.

16   There's another one in the 300 --

17         MR. SENN:  This whole wing was built originally for

18   television broadcasting.  There's a broadcasting room right

19   here.  You need to see that.  That's where we do the weekly

20   announcements, student-led news.  That's next door, and that's

21   all that you'll see down on this end is this room and the

22   broadcasting room.

23         THE COURT:  And then on the floor above, is there a

24   similar computer lab or --

25         MR. SENN:  We do have another lab that's upstairs that

1   is approximately -- it has 24 computers in it as well.  This

2   will be about the same.  They're all -- we have enough drops for

3   25 in each room.

4                THE COURT:  Okay.  Let me see the TV stuff.

5        I'm sorry.  Scott?

6                MR. YOUNG:  All of our business labs are going to be

7   set up the exact same, 24 student stations with one teacher

8   station.

9                THE COURT:  Got it.

10       (9:50 a.m., Television Room:)

11               MR. SENN:  Our EAST program, which is upstairs, has

12  the camera.  They utilize the camera, and the EAST facilitator

13  will come down, they'll do the broadcast in here, put it on the

14  internet, and then they'll take all the equipment back upstairs.

15  But that's where they do the filming of all of those.

16               THE COURT:  What does EAST mean?

17               MR. SENN:  EAST is --

18               MR. RICHARDSON:  Engineering, science, and technology

19  or -- it's part of the EAST Initiative.  That's a state-wide

20  program.

21               MR. SENN:  Right.

22               MR. YOUNG:  It basically allows students to come in,

23  they set up their own network, they learn the ins and outs of

24  computer networking and how to work on and repair computers.

25               THE COURT:  Very good.

1          MR. RICHARDSON:  I think EAST is sponsored by the

2    State, but it's a private entity, isn't it?

3          MR. SENN:  Yes, it is.  They have their own board,

4    and, yes, it is private.

5          MR. RICHARDSON:  And most high schools will have an

6    EAST lab in the facility.

7          MR. SENN:  We do.  You have to qualify, go to certain

8    events that they hold, and it is a project-based class where

9    they're required to do one community project-based learning

10   activity per year, so they do that.  But this is where we film

11   our news.  This is where they do the news, weekly news.

12         THE COURT:  Good.  Where to next?

13         MR. SENN:  Cafeteria.

14      (9:52 a.m., Cafeteria:)

15         THE COURT:  Scott?

16         MR. YOUNG:  This is the cafeteria.  It has seating for

17   750.

18         THE COURT:  So how do you feed all 1,100 folks if you

19   can only do 750?

20         MR. YOUNG:  I would refer to Mr. Senn, but I'm going

21   to assume they do them probably by grade level or just have

22   multiple lunches, staggered lunches.

23         THE COURT:  Where is Mr. Senn?  Where did he go?

24         MR. SENN:  I'm sorry.

25         MR. YOUNG:  How many lunches do you have?

1          MR. SENN:  Two this year.  We're going to serve two.

2    We had three last year, but we wanted to use more time for

3    education.  We were having to split a lunch and it was more of a

4    hassle, so we're going to try to do two this year.

5          THE COURT:  Do y'all serve any kind of breakfast?

6          MR. SENN:  Yes.  We serve breakfast, which is done

7    through the State.  Regina does that.  Then we do a hot lunch.

8    A hot lunch, hamburger lunch, and a salad.

9          THE COURT:  What about meals after school?

10         MR. SENN:  No meals after school, no, sir.

11         THE COURT:  Is the cafeteria used for anything else

12   besides feeding folks?

13         MR. SENN:  No, sir.

14         MS. POWELL:  Can we get into the food preparation

15   area?

16         THE COURT:  Do you think I should see it?

17         MS. POWELL:  Yes, sir.

18      (9:54 a.m., Cafeteria Food Service Area:)

19         MS. POWELL:  This is where students come in and get

20   their food.  That's where they pay, and they walk out.

21         THE COURT:  Is it a service to the students only, or

22   do you have students working who are interested in food work?

23   Do they do any work?

24         MR. SENN:  We do not have any students that work in

25   our kitchen.  It's all hired through the district.

1        THE COURT:  Okay.

2        MR. WALKER:  Is it all buffet?

3        MR. SENN:  No.  It's not self-serve.  The salad line

4   is self-serve, but there's a hamburger -- you can get

5   hamburgers, or you can get a hot lunch.  They are required to

6   give you so many -- if you order a hot lunch, the State says

7   that you have to give so many items on the hot lunch.  So the

8   servers do that for you.  However, if you do want a salad, we

9   let you self-serve your salad.

10        MS. POWELL:  Also, make sure that -- sometimes you

11   have full lunch hours where they only have a certain amount of

12   time to get back there.  So how fast is it for them to get

13   between -- are these two the exact same serving lines?

14        MR. SENN:  Yes.

15        MS. POWELL:  So they have two.  They don't have to

16   crowd up on one.

17        MR. SENN:  No, ma'am.  We can serve -- on three

18   lunches, we averaged over 300 a lunch last year.  We did three

19   lunches, and we can serve them in ten minutes.  They have 40

20   minutes for lunch.  We can serve them in ten, and it gives them

21   30 minutes to eat.

22        THE COURT:  Okay.  Good.  Where to next?

23        MR. SENN:  We'll go to the gym.

24        (9:58 a.m., Competition Gymnasium:)

25        MR. YOUNG:  We're currently in the competition gym

```
 1   where there is seating for --
 2            MR. WALKER:  What kind of gym?
 3            MR. YOUNG:  Competition gym.
 4            MR. WALKER:  What's the capacity of this?
 5            MR. YOUNG:  I'm sorry.  Do you want to try this again?
 6            THE COURT:  Please.
 7            MR. YOUNG:  We're in the competition gym.  There is
 8   seating for 2,202 in this gym.
 9            MR. WALKER:  I have a question.  What is a competition
10   gym?
11            MR. YOUNG:  This is where the players will actually
12   play the games.  Typically in a high school, you will have two
13   gyms.  You'll have a competition gym and an auxiliary gym.
14   Sometimes they both practice and play in the competition gym,
15   but they have two so that men and women can both be practicing
16   at the same time, or if they have volleyball that may need to
17   practice as well.
18            MR. WALKER:  Is this a main event gym?
19            MR. YOUNG:  Yes, sir.
20            MR. WALKER:  And the other is a practice gym?
21            MR. YOUNG:  Yes, sir.
22            THE COURT:  Will we see it, too?
23            MR. YOUNG:  Yes, sir.
24            THE COURT:  Good.
25            MR. SENN:  Would you like to see a locker room?
```

1          THE COURT:  Yes.

2          MR. WALKER:  Yes.

3          MR. SENN:  We have four and they're all identical, so

4    I'll show you one.

5          (10:01 a.m., Locker Room:)

6          MR. SENN:  We've got three men's and three women's.

7    Three women's locker rooms are on the other side, and they're

8    all identical.  They mirror each other.

9          THE COURT:  I thought you said there were four.

10         MR. SENN:  There were four that we use.  There are

11   six.  There's three men's on this side and three women's on the

12   other side.

13         THE COURT:  What about the two that aren't being used?

14         MR. SENN:  Well, what I -- I misspoke.  We used four

15   of them when we held the state tournament here.  That's what I

16   was thinking.  But we have six.  We use this room as a referee

17   room.  We don't use them all as locker rooms.  This one is for

18   referee -- you have to have a place for the referees to dress,

19   so we use one of the locker rooms for the referees to dress.

20   Then we use two of the visiting -- we have two for us and then

21   two visitors'.

22         THE COURT:  And what about number six?  What's it used

23   for?

24         MR. SENN:  Same thing.  Just a locker room.  We don't

25   use them all at -- what we normally have, like, if you have a

1    basketball event, you have boys and girls, so you'll have two

2    girls' dressing rooms being used, two boys' dressing rooms being

3    used, and then a referees' room.

4              THE COURT:  For all the games.

5              MR. SENN:  Yes, sir, for all the games that day.

6              THE COURT:  And one extra.

7              MR. SENN:  Yes.

8              THE COURT:  Okay.  Good.  What's next?

9              MR. SENN:  Do you want to go to the fieldhouse?

10             MR. JONES:  It's not raining, so maybe a good time to

11   go.

12             THE COURT:  Okay.

13        (10:04 a.m., Auxiliary Gymnasium:)

14             THE COURT:  Practice gym?

15             MR. YOUNG:  Auxiliary gym.

16             THE COURT:  Is it the same size as the competition gym

17   or maybe a little smaller since --

18             MR. YOUNG:  It is smaller.

19             MR. SENN:  I'm sorry?

20             THE COURT:  I was asking about size.  Is it the same

21   or a little smaller?

22             MR. SENN:  It's a lot smaller than the competition

23   gym, yes.  The floor size is the same with the same dimensions,

24   but the space outside of the floor is different.

25             THE COURT:  Got it.  Okay.

1      MR. WALKER:  What will it seat?

2      MR. YOUNG:  Has seating on one side, but --

3      MR. SENN:  300.

4      MS. POWELL:  It's just a practice.

5      MR. SENN:  Also, we hold P. E. classes in here.

6      MR. WALKER:  You do have some competition in here,

7  don't you, from time to time?

8      MR. SENN:  No, we use this as setup or prep or warmup

9  room.  Like, if we have a tournament, we have two teams playing

10 in here, the other team can come in here.  The cheerleaders warm

11 up in here before they go out to the competition gym.

12     THE COURT:  Okay.  Good.

13     (10:09 a.m., Fieldhouse Weight Room:)

14     THE COURT:  I'm going to resist the temptation to

15 order the lawyers to engage in a competition.

16     MS. POWELL:  Let's see it.  Let's see it.

17     THE COURT:  Scott, what do we need to know about the

18 weight room?

19     MR. BOLDEN:  Winner take all.  I'd get it in the

20 weight room.

21     MR. YOUNG:  This is the weight room.  I'm assuming

22 it's only used by football?

23     MR. SENN:  Yes.  This is used by football.  We have

24 another classroom that they turned into a small weight room for

25 the basketball players and the track.  This is for 80 -- we have

1    80-something football players right now.

2              MS. POWELL:  This is the main weight room?

3              MR. SENN:  This is it.

4              THE COURT:  What else is in this building?

5              MR. SENN:  We have the coaching office and then the

6    locker rooms and a meeting room, and that's all we have.

7              MS. POWELL:  Where is the meeting room?  Let's see the

8    meeting room.

9              MR. SENN:  Sure.

10         (10:14 a.m., Fieldhouse:)

11             MR. SENN:  This is the entire athletic facility.  We

12   can go out to the stadium if you want, but, I mean, you've --

13   there's nothing there.  We just put in visitors' seating on this

14   side this past year.  When they completed this, they ran out of

15   money and we didn't even have visitors' bleachers, so we just

16   had one side built.  They also had ground out back to build a

17   self- serving track.  They did not build that.  So we don't have

18   a track.  And they started on the baseball field.  They ran out

19   of money, did not complete that.  So we do not have a baseball

20   field.  That's not a usable facility over there.

21             MS. POWELL:  So you don't actually have a sports

22   complex.

23             MR. SENN:  No, ma'am.  We play off campus on baseball

24   and softball and play soccer and football here.  And track does

25   not run here.

1      THE COURT:  Are there any kind of locker rooms or

2 coaches' areas or ref areas or things like that at the football

3 stadium?  I noticed a small structure underneath.

4      MR. SENN:  That's concession stands and bathrooms.

5 The press box has a booster room for boosters.  Then it has two

6 coaching offices and then the main press box for the sound

7 people.

8      THE COURT:  Got it.

9      MR. JONES:  And can you point to what was at one point

10 going to be the baseball field?

11      MR. SENN:  Yeah.  The area that's right over there

12 where they started the fencing and did the fencing and then

13 started the sprinkler systems for the field and then stopped and

14 then -- so they didn't complete that.

15      MR. PORTER:  Does the football field have artificial

16 turf?

17      MR. SENN:  Yes, sir.  Yes, sir.

18      MR. JONES:  Your Honor, did you get to peek at the

19 so-called coaches' offices?

20      THE COURT:  I did look in the window.  Thank you.

21      MR. JONES:  Okay.

22      THE COURT:  All right.  Good.

23      MR. SENN:  That's all.

24      THE COURT:  Let's go.

25      (10:20 a.m., Standard Classroom:)

1          THE COURT:  What have we got here, Scott?

2          MR. YOUNG:  This is just a typical classroom.

3          THE COURT:  Is this typical campus-wide or typical for

4    this part of the building?

5          MR. YOUNG:  Typical campus-wide, for just a standard

6    classroom.

7          THE COURT:  Okay.  Good.

8       (10:22 a.m., Business Lab:)

9          MR. SENN:  This is the computer lab.

10         THE COURT:  The other one that was mentioned.

11         MR. SENN:  Actually, when we say computer lab, this is

12   a business lab.  We have another CTE lab that's down by the

13   media center.  It's in a regular classroom and it's small.  In

14   this corner room on every wing is large like this.  They were

15   made for labs, made to be large, but we don't utilize those for

16   lab space.  So every other classroom like the one you just went

17   in, they're all identical and mirror each other.  Every corner

18   room on the inside are large lab rooms, even though we don't

19   have labs in them.  Like, upstairs is a commons area room for

20   the ninth grade online wing.

21         THE COURT:  When you say lab, you mean a science lab?

22         MR. SENN:  No.  Now, I have a science lab.  These are

23   computer labs.  Yes, sir.

24         THE COURT:  So lab is generic to cover both of those?

25         MR. SENN:  I can give you the technical term and say

1    this is a business marketing class.

2              THE COURT:  Okay.

3              MR. YOUNG:  Basically, in a nutshell, district-wide,

4    in the past we had several computer labs, but for the past four

5    years, we've given students Chromebooks.  We have a one-to-one

6    initiative where every student in the district has a Chromebook.

7    So as we do that, we have been pulling labs because the labs

8    were older, aging computers, and we pulled those out at that

9    time.

10             THE COURT:  And then it becomes course specific when

11   you need a different kind of computer or that you would still

12   have a lab-like setup?

13             MR. YOUNG:  Well, we just found that it was more

14   economical to give our students -- we were able to afford to be

15   able to buy them all a Chromebook rather than to go in and

16   replace these labs and the desktop computers in the classroom

17   that were not hitting all of the students.

18             MR. SENN:  There are courses that have to have hard

19   drives.  So, like, computer science and engineering, those have

20   to have hard drives, so that's why we kept the labs.

21             THE COURT:  The marketing would use PageMaker or some

22   kind of design program?

23             MR. SENN:  Yes, sir.  They have to have a hard drive.

24   So that's why we kept some of them.

25        (10:25 a.m., Media Center:)

1          THE COURT:  Go ahead.

2          MR. YOUNG:  We are currently in the media center.

3    You'll notice the books, we have shelving here.  There used to

4    be computers here.  Like I was telling you earlier, we started

5    doing the Chromebooks, so we removed the computers from this

6    area, and now every student has one.  So they can come in here

7    and use this area.  There are a couple of offices over to the

8    side.  But this is the media center.

9          MS. POWELL:  And The Mug.  That's nice.

10         MR. SENN:  Our small business class wrote a grant,

11   received a grant through Westrock Coffee.  Part of their small

12   business class is to run a coffee shop inside the building.

13   It's open through both lunches and for breakfast.

14         MS. POWELL:  That is neat.

15         MR. YOUNG:  Did this open last year?

16         MR. SENN:  This past spring.  Opened up in February,

17   just started.  It's a mobile shop, but they applied for the

18   grant and got it, and they sell coffee.

19         THE COURT:  What do they do with the profits?

20         MR. SENN:  They have to manage their own profits, keep

21   recordkeeping of all of it, and then they -- most of it is, they

22   pay the people that work.  When you work so many hours a week,

23   they pay you, and then they also get tips.  They also use tips

24   as well.  So it's a really good thing for small business.

25         THE COURT:  All right.  Good.  What's next, Scott?

1   Science?

2           MR. SENN:  Science lab?  Okay.

3       (10:30 a.m., Science Lab:)

4           MR. SENN:  Each science lab is shared by two teachers.

5   If you'll notice, on each side of the lab, there's a classroom.

6   These two teachers share this lab.  Then there's another lab

7   down this hall.  Those two teachers share that lab.  So each

8   science lab is shared by two people.

9           THE COURT:  There are two of them?

10          MR. SENN:  Yes, sir.

11          MR. YOUNG:  Identical?

12          MR. SENN:  Yes, they're identical.

13          MR. BOLDEN:  How many do you have?

14          MR. SENN:  Two.

15          MR. RICHARDSON:  Will you tell the Court your

16  approximate percentage of African-American students?

17          MR. SENN:  We are around 45 percent.

18          THE COURT:  Good.  Where to next?

19          MR. SENN:  You've seen it all, unless you want to see

20  anything else in particular.

21          MR. BOLDEN:  Your office.

22          MR. SENN:  My office?  Come on.  I can sit down in

23  there.

24      (10:32 a.m., Counseling Center:)

25          MR. SENN:  This is the counseling office.  We have

1    three counselors.  Each have an office.  We have a testing

2    storage room where we store our testing materials.  And we have

3    a conference room so that they can conference with the students,

4    and then this cuts through to my office.  So we'll just kind of

5    give you a look at what you're going to see before you go

6    through.

7          (10:34 a.m., Administrative Office Area:)

8          MR. SENN:  We have three assistant principals.  Two of

9    them are on this floor and we have one downstairs.  So their two

10   offices -- we have a special ed office and a bookkeeper's

11   office, and this is my office, if you want to look at it, if you

12   want to go in.

13         MS. POWELL:  Your Honor, you might want to look at the

14   nurse's office.

15         THE COURT:  Okay.

16         (10:36 a.m., Conference Room:)

17         THE COURT:  Sam?

18         MR. JONES:  Your Honor, the best place to park right

19   now at Mills is sort of a moving target because the Central

20   Office is being used for teacher training, and yesterday the

21   parking lot was crammed full.  There is a parking lot that faces

22   that directly to the west beside old Fuller, which has now been

23   demolished.  It was crammed full yesterday, so I asked Scott to

24   cogitate on it, and we probably have at least ten vehicles to

25   park.  I wish we had the floor plan for Mills with us.

Can you guide us to the best place to go?  Apparently it's probably not feasible to go in the front entrance, which was my original thinking.

MR. YOUNG:  My first thought is, they've opened up a new drive.  It will be the first drive that you come to as soon as you get on the Dixon Road.  My initial thought is, I'm in a white GMC truck and I was going to stay at the very end of the road so that you guys would all see me and you can follow me back.  Like Mr. Jones was saying, teachers are back in full force and those lots have been crammed.

THE COURT:  Okay.

MR. YOUNG:  While they're continuing to finish some of the other lots.

THE COURT:  Sure.

MR. YOUNG:  But it will put us back in the southwest corner of the school where we would walk down a sidewalk and we would actually enter on the back side closest to the auditorium. Now, we will also have to get hard hats.  I've already worked with Baldwin & Shell to get those, provided you want to see the auditorium, because it is still in a construction zone.

THE COURT:  I do.

Mr. Walker?

MR. WALKER:  Yes, sir.  I'd like to know from the architect the size, the amount of land that this school has to work with.

1          THE COURT:  The size of the campus as a whole?

2          MR. WALKER:  No, not just the campus, not what's on

3  it, the whole area that they have to work with.

4          THE COURT:  I'm being imprecise.  That's what I was

5  trying to get at, not just the developed part, but everything.

6          MR. YOUNG:  Sure.  This project is 88 acres in size.

7          MR. WALKER:  Okay.

8          THE COURT:  Okay.

9          MR. RICHARDSON:  Mr. Chilcote, how many students was

10  this building originally designed for?

11          MR. CHILCOTE:  The building you're in now was designed

12  for 1,500.

13          MR. RICHARDSON:  Before that, it was 2,000.  Is that

14  right?

15          MR. CHILCOTE:  Started out for 2,000.  Yes.

16          MR. RICHARDSON:  And then it was adjusted down to

17  1,500.

18          MR. CHILCOTE:  In the academics.

19          MR. RICHARDSON:  Will you give the judge two minutes

20  on how that size affects the common area of the school, just a

21  very quick summary how that affects the common areas in terms of

22  design?

23          MR. CHILCOTE:  Yes, sir.  The more students you have,

24  the more the common use shared areas grow.  Special ed, nursing,

25  media center, cafeteria, and everything is just grown.

1  Obviously, when you're planning a school, it's hard to add onto

2  the cafeteria and hard to add onto the kitchen and the media

3  center.  So this school is sized, those common areas were sized

4  for the 2,000-student population.  The classrooms were reduced

5  back to the 1,500-student population.

6          THE COURT:  As part of general reductions to save

7  money, the not finishing the baseball field, the not doing the

8  bleachers --

9          MR. CHILCOTE:  Baseball fields were never part of the

10  original project.  We just graded off a practice area.  But it

11  was never intended for competition at that time because they

12  were -- because the idea, they would use the city facilities.

13          THE COURT:  What about the track?  Same thing?

14          MR. CHILCOTE:  Track was going to come along later.

15          MR. WALKER:  May I inquire?

16          THE COURT:  I'm sorry.

17          MR. WALKER:  May I inquire?

18          THE COURT:  Sure.

19          MR. WALKER:  Since this was a replacement,

20  Mr. Chilcote, for Oak Grove and Oak Grove had 450 students, can

21  you tell me which administrator in the district made the

22  decision to make it 2,000 and which administrator made the

23  decision to reduce it to 1,500?

24          MR. CHILCOTE:  Over the course of the projects, we had

25  five different school superintendents and I think four facility

1    directors and three academic directors for a middle and high

2    school.  I think Mr. Sharpe -- actually, the job started on

3    Dr. Henderson and it was a 2,000-student school, I believe.

4    Mr. Sharpe was the superintendent for a majority of the project,

5    and I believe he was superintendent when it was a 2,000-student

6    school and when it got reduced to 1,500.

7             THE COURT:  Good.

8             MR. WALKER:  Thank you.

9             THE COURT:  Now we're going to go to Mills and then

10   come back here and have lunch?

11            MR. JONES:  No.

12            THE COURT:  Well, what are these -- so I'm getting

13   hungry, and I see these brown bags and I'm wondering, is that

14   lunch?

15            MR. JONES:  The lunches are currently being delivered

16   to the Central Office, which is catty-cornered, to use a legal

17   expression, to the new Mills High School.  And it's probably

18   just as easy for those to be distributed where they currently

19   are.  We can just -- it's a one-block drive.

20            THE COURT:  Sure.  So we'll go do our Mills tour and

21   then have lunch.

22            MR. JONES:  Right.  And Mr. Chilcote has a drone's-eye

23   view of the new Mills facility that still has the old Fuller in

24   it, which is now gone, and if he could point out to anybody who

25   needs further direction what Scott was talking about.

1           THE COURT:  Good.

2           MR. CHILCOTE:  Parking in the back, Scott?

3           MR. YOUNG:  Yes.

4           MR. JONES:  Show the judge.

5           THE COURT:  Well, I don't need to know, but the

6    marshal needs to know.

7           MR. JONES:  Show the marshal.

8           MR. CHILCOTE:  No offense, Judge.

9           THE COURT:  Thank you all.  I'll see you at Mills.

10       (Recess from 10:43 a.m. until at 11:30 a.m.  Continuing at

11   Mills High School, Main Entrance Area, as follows:)

12          THE COURT:  We are now at Mills, and, Scott, will you

13   be leading us again?

14          MR. YOUNG:  I will.

15          THE COURT:  Okay.  So maybe some basics about the

16   school.  How long -- or how long has it been here, how many

17   students is it designed to serve, all of that?

18          MR. YOUNG:  Sure.  I can give you some of that.

19          THE COURT:  Just what you can.

20          MR. YOUNG:  This project took place starting roughly

21   two years ago.  It will open on Monday for students.  This will

22   be the first class to come in.  It will be two-story.

23       You'll have all your -- this is your main classroom

24   building.  All to this far corner over here will be the athletic

25   facilities for the football.  Kind of what I'm going to show you

1   today, we're going to start in the meeting room, which will be

2   comparable to the seminar room that we looked at this morning.

3   The front office/counseling area is right here, all combined,

4   similar to what we saw this morning.  We have a media center

5   over here, one lab on this far end on the ground floor, a couple

6   of labs upstairs this far end on this floor.  Cafeteria down

7   this way.  Gym, gym, auditorium.

8           THE COURT:  Got it.  And we have at least one new

9   person in the group.

10          MR. JONES:  Yes, your Honor.  Duane Clayton.  He is

11  the principal.

12          MR. YOUNG:  And Mr. Chilcote will be able to tell us

13  exactly how many students it is built for.

14          THE COURT:  And I bet Principal Clayton can tell us

15  how many he's got.  How many is that?

16          MR. CLAYTON:  About 625 right now registered.

17          THE COURT:  What's your capacity?

18          MR. CLAYTON:  What I see, about 750.

19          THE COURT:  And is it nine through 12?

20          MR. CLAYTON:  Yes, sir.

21          THE COURT:  Okay.  Mr. Jones, anything else?

22          MR. JONES:  Just to orient the Court and the -- can

23  somebody point to where we just tore down the old Fuller

24  building?  Right there?

25          MR. CLAYTON:  Straight ahead.

1          MR. JONES:  That's what we actually drove past when we

2    came in.  Two weeks ago, there was a huge building there.

3          THE COURT:  And this one was started from the ground

4    up?

5          MR. JONES:  Yes.

6          THE COURT:  Okay.

7          MR. JONES:  This is property -- all of the Mills

8    complex is on property the district already owned.

9          THE COURT:  Got it.  Mr. Walker, anything by way of

10   preface?

11         MR. WALKER:  No, sir.

12         THE COURT:  All right.  Let's get going then.

13         MR. YOUNG:  Let's do it.  We'll start with the meeting

14   room.

15       (11:34 a.m., Seminar Room:)

16         MR. WALKER:  Can you tell me who made the design input

17   into this?  The room looks incomplete and certainly different

18   from Maumelle.  I'm curious to know, are those little yellow

19   spots supposed to be a work of art?

20         MR. CHILCOTE:  I guess that's your definition.  It's

21   part of the carpet pattern that was specified.

22         MR. WALKER:  By whom?

23         MR. CHILCOTE:  Our firm specified it, but it was

24   approved by the district.  I think -- we showed them to

25   Mr. Scott and the administrators, and I believe we got with

1   Mr. Clayton at some point.  We've had lots of meetings over

2   time.

3              THE COURT:  All right.  What's next?

4              MR. YOUNG:  Okay.  From here we're going to go into

5   the front office.  We're going to view the front office and the

6   counseling area.  They're interconnected.

7         (11:36 a.m., Administrative Offices and Counseling Area:)

8              MR. CLAYTON:  This is the conference room here.  The

9   nurse's office is right off of there.  That's the nurse's

10  office.

11             THE COURT:  This is for everybody.  A couple of

12  things.  One, we need to press on.  Questions are fine, but I

13  need to take the lead on those, and then it's the lawyers who

14  need to follow up after that.  And we need to keep going.

15        Principal, do you want to tell us something about the suite

16  here?

17             MR. CLAYTON:  This is the conference room that

18  administration, leadership team meetings can be held.  The

19  conference room across the hall can be for parents, and if

20  they're having IEP conferences or conferences with teachers,

21  both areas can be utilized for the same purpose.

22        This is our registrar's office.

23        This is the area where our attendance clerk and secretaries

24  work here.

25        Right through this door is the nurse's station, where she

1    is housed.

2        If we walk a little further this direction, you have an

3    assistant principal's office.

4        My office is 105.  Another assistant principal's office is

5    there, and as you go around the corner, your run into a

6    counseling suite.

7        This is a good place to stop here.

8        Right here we have the restrooms.  This is the entrance to

9    the counseling suite where our receptionist is housed, and we

10   have two counselors and a graduation coach housed in here.

11           THE COURT:  Is this y'all's counseling center?  Is

12   that what you would call it?

13           MR. CLAYTON:  Yes, sir.  Yes, sir.

14           THE COURT:  Okay.  Good.  When did you move in?

15           MR. CLAYTON:  We moved in, let's see, last Monday.

16           MR. YOUNG:  Friday/Monday.

17           MR. CLAYTON:  Yes, yes.

18           THE COURT:  Counsel, questions?

19           MR. WALKER:  Yes, your Honor.  I passed by

20   Mr. Clayton's office, and I was reminded of Mr. Senn's office.

21   Mr. Clayton's office -- Mr. Senn's office is considerably

22   larger, and he has his own private bathroom separate and apart

23   from everybody else.  Do you have a separate bathroom?

24           MR. CLAYTON:  No, sir.

25           THE COURT:  I'd like to look at your office.

1         MR. CLAYTON:  Yes, sir.

2         THE COURT:  Okay.  Where to next?

3         MR. YOUNG:  Out of the counseling center here, and I

4  heard someone talk about the CBI.  I'll take you to that.

5         THE COURT:  Talk to me in words.

6         MR. YOUNG:  A life skills classroom, a special ed

7  classroom, and someone asked about the shower and the nursing

8  facility.  There is a shower down there as well.

9         THE COURT:  Got it.

10      (11:42 a.m., Standard Classroom:)

11        MR. YOUNG:  This is a standard classroom.  This is

12  what you're going to see on the ground floor, also upstairs.

13  They are all cookie cutter.  Desks.  You have a teacher desk.

14  Each room has a TV.  Each room has a white board.

15        THE COURT:  What's the capacity?

16        MR. YOUNG:  Of this classroom?

17        MR. CLAYTON:  950 square feet is the class size, and

18  we try to cap off each class no more than 30 students.  We've

19  been fortunate, about 28 per class, 28 students per class.

20        THE COURT:  Mr. Walker, questions?

21        MR. WALKER:  No, sir.

22        MR. PORTER:  Are they getting away from the SMART

23  Boards?

24        MR. YOUNG:  They are.

25        MR. CLAYTON:  Yes, sir.  Keeping up the SMART Boards

1   is very expensive.  The Chromecast televisions are a more

2   feasible option, and having the students interact with the

3   Chromecast is better.

4           MR. YOUNG:  It goes hand in hand with the district's

5   Chromebook initiative, where each student has a Chromebook.

6   What we have seen is in the middle schools and the high schools,

7   they weren't necessarily using the SMART Boards anymore for the

8   touch capabilities.  They were using them more for projectors to

9   just project things on the screen, and that becomes a very

10  expensive projector.

11          MR. CLAYTON:  Seven grand versus about 1,200.

12          MR. PORTER:  So each student has a Chromebook?

13          MR. CLAYTON:  Yes, sir.  Chromecast capability, yes,

14  sir.

15          THE COURT:  Yes, sir?

16          MR. WALKER:  I noticed in the other place, each room

17  has several separate -- I guess you call those TV monitors?

18  What do you call those?

19          MR. CLAYTON:  The Chromecast television.

20          MR. WALKER:  Television?  All right.  Did you

21  participate in the planning for that?

22          MR. CLAYTON:  No, sir.

23          THE COURT:  All right.  Thank you.

24      (11:45 a.m., Life Skills Classroom:)

25          THE COURT:  Scott?

1          MR. YOUNG:  Mr. Clayton?

2          MR. CLAYTON:  For this, this is our life skills,

3    formerly known as community based instruction.  A lot of these

4    students' cognitive levels are as low as first or second grade,

5    so they're actually learning life skills.  And we partner with

6    Easter Seals for a specific curriculum that they're working, and

7    our teacher that's going to be in this room is going to be a

8    site trainer throughout the central Arkansas area.

9          They are learning these life skills.  Some have severe

10   handicaps.  So you see the bed in the next -- the changing

11   station as well as a shower here, and you see the kitchen.

12   They're learning how to fend for themselves when they actually

13   leave us and get into the real world.

14         There's two paraprofessionals that work in here with them

15   to assist with all of their needs.

16         THE COURT:  Mr. Jones, any questions?

17         MR. JONES:  No, sir.

18         THE COURT:  Mr. Walker?

19         MR. WALKER:  Yes, sir.  Was this designed this way

20   with your input?

21         MR. CLAYTON:  Yes.  This room in particular was.

22         MR. WALKER:  So Mr. Chilcote let you participate on

23   that one?

24         MR. CLAYTON:  One of the things, our district special

25   education coordinator and I had to follow those specific codes

1    for the special education needs.

2              MR. WALKER:  Thank you.

3              THE COURT:  Good.

4              MR. YOUNG:  From here we're going to go up the stairs,

5    we're going to go look at a science classroom.

6              THE COURT:  Good.

7         (11:48 a.m., Business Lab:)

8              THE COURT:  Scott?

9              MR. YOUNG:  This will be one of the business labs, one

10   of the ones that I spoke to that we still have to have

11   throughout the district.  This will be a standard setup.  There

12   are 24 student computers and one teacher computer.

13             THE COURT:  Any sense on the size, how this compares

14   to the labs that we saw at Maumelle in those big corner -- the

15   end rooms?

16             MR. YOUNG:  Correct.  I'm not sure.  I'm not sure.

17   Just by looking at them, eyeballing them, I'd say they appear to

18   be similar, but without knowing the exact square footage --

19             MR. RICHARDSON:  Is it in the drawings that were

20   provided to the Court?

21             MR. YOUNG:  It should be.

22             THE COURT:  Mr. Jones, any questions?

23             MR. JONES:  No, sir.

24             THE COURT:  Mr. Walker?

25             MR. WALKER:  I'd like to know if the principal knows

1    the size, your Honor.

2            THE COURT:  I'm sorry?

3            MR. WALKER:  I'd like to know if the principal knows

4    the size of the room.

5            MR. CLAYTON:  This should be another 950-square-foot

6    room.  The other business lab is a 2,000-square-foot room.  This

7    is our OEC room where in this particular class, these students

8    are preparing for work classes in which the teacher comes out

9    and sees how they're applying some of the skills that they've

10   been taught in the work program and getting evaluations from the

11   employers to see if they're meeting needs and expectations of

12   the employers.  So they come a half a day in this room, and then

13   they go out into the field.

14           THE COURT:  What is done in the other lab?  Why is it

15   bigger?

16           MR. CLAYTON:  In the other lab, those students are

17   there all the time.  It's outfitted with students the entire

18   day, seven periods.  And those students are working on computer

19   applications, which is a state-mandated course, and they're

20   preparing for some of these jobs.  So in this particular

21   program, they are completing courses where you can get

22   certifications.

23           MR. YOUNG:  It's across the hall.  We can absolutely

24   look at that.

25           THE COURT:  Good.  Let's stick our head in there.

1          (11:51 a.m., Business Lab:)

2              THE COURT:  Scott or Principal Clayton, do you want to

3    say anything?

4              MR. CLAYTON:  Across the hall I mentioned this may be

5    2,000.  I was thinking about downstairs.  This is 1,025 square

6    feet here.

7              MR. YOUNG:  This is basically going to be another

8    business lab that we utilize.  24 student machines, one teacher.

9              THE COURT:  And this is the one where there are

10   children here all day?

11             MR. CLAYTON:  Yes, sir.

12             THE COURT:  Got it.

13             MR. YOUNG:  And we'll see a third one when we make it

14   back downstairs.

15             THE COURT:  Got it.  Counsel, any questions?

16             MR. WALKER:  Yes, sir.

17             THE COURT:  Mr. Walker?

18             MR. WALKER:  Has anything been done to change any of

19   these rooms since Sam Jones issued his report to the Court?

20             MR. CLAYTON:  I'm not certain.

21             MR. WALKER:  All right.  As I understood it, your

22   Honor, there was a lot of money spent over here after that.

23             THE COURT:  I'm sure we'll develop that in an

24   evidentiary hearing at some point.

25             MR. WALKER:  All right.  Yes, sir.  All right.

1        THE COURT:  What's next?

2        MR. CLAYTON:  Science rooms are right next door.

3    (11:52 a.m., Science Room:)

4        THE COURT:  Scott, or Principal Clayton?  And we need

5    to be mindful of our challenge here.

6    [Noise from air blowing.]

7        MR. CLAYTON:  This is one of our science rooms and

8    labs, and you have a prep space here which has a lot of the

9    chemicals and prep material that you would need for a class to

10   set up labs, et cetera.  You'll see the cabinetry or the

11   millwork for storage of different machines, and teacher desk up

12   front, again, with the Chromecast television station.

13       MR. RICHARDSON:  MiFi?

14       MR. CLAYTON:  Yes, sir.

15       MR. YOUNG:  Everywhere.

16       MR. RICHARDSON:  Throughout the whole building?

17       MR. YOUNG:  Yes, sir.

18       THE COURT:  Is it at Maumelle as well?

19       MR. YOUNG:  Yes.  Every building in the district has

20   it.

21       THE COURT:  Really?  All right.

22   Counsel?

23       MR. WALKER:  No, sir.

24       THE COURT:  Sam?

25       MR. JONES:  No.

1           THE COURT:  Mr. Richardson?

2           MR. RICHARDSON:  No, sir.

3           MR. YOUNG:  There is one other science class lab, if

4   you would like to see it.  It's the same as this.

5           THE COURT:  Got it.

6           MR. JONES:  Is it next door?

7           MR. CLAYTON:  Yes.

8           THE COURT:  I guess the floors are concrete so when

9   the chemicals get spilled, it's not a big deal.

10          MR. YOUNG:  Correct.  That would be my assumption.

11  Yes.

12          THE COURT:  I guess.  Good.

13       (11:55 a.m., Television Lab and Studio:)

14          MR. CLAYTON:  This is the TV lab and studio.

15          THE COURT:  Scott?

16          MR. YOUNG:  This is the TV lab and studio for the MUSH

17  TV.  That's the Mills TV stadium broadcast.

18          MR. CLAYTON:  Acronym for Mills University Studies

19  High.

20          THE COURT:  I bet the children like that.

21          MR. CLAYTON:  And so this is where they do their

22  broadcasts and things like that, and they will film all of that.

23  Then they've got their studio right here and their class out

24  here, that front area.

25          THE COURT:  Questions?

1          MR. WALKER:  Yes.  Where is your theater arts, your

2   theater?

3          MR. CLAYTON:  Theater room is going to be right off

4   the auditorium on the other end past the cafeteria.  Downstairs.

5          MR. WALKER:  So it's distant from here.

6          MR. CLAYTON:  Distant.

7          MR. WALKER:  All right.  Any particular reason for

8   locating them so far apart?

9          MR. CLAYTON:  I have no idea.

10          MR. WALKER:  Thank you.

11          THE COURT:  Mr. Jones?

12          MR. JONES:  No.

13          THE COURT:  Mr. Richardson?  No?

14          MR. RICHARDSON:  No, sir.

15          THE COURT:  Okay.

16          MR. CLAYTON:  They will be working closely together,

17   and that's why the new staff this year, our new teacher, are

18   coming from industry where she has had experience broadcasting

19   shows here in Little Rock with Cumulus Media, and they're doing

20   newscasts out at the East Coast, Baltimore, Virginia.  They're

21   actually in those areas.  So she is going to work closely with

22   our fine arts department this year for broadcast.

23          THE COURT:  Good.

24      (12:00 p.m., Project Lead the Way Classroom.  Mr. Mark

25   Loken, Instructor, also present.)

1          THE COURT:  What do you have about this?

2          MR. CLAYTON:  This is our Project Lead the Way, which

3    started with the pre-engineering last year.  This year we'll

4    have pre-engineering as well as the engineering course.  And

5    then he also does physical science as well.

6      So in this space, he'll have the work stations on the

7    outside.  When they do robotics and different things in the

8    engineering course, they will go to the middle space to be able

9    to do that collaboration piece.

10     Did I miss anything?

11         MR. LOKEN:  There's basically two engineering classes.

12   We have IED, introduction to engineering design, and that's

13   where students are introduced to the design process.  They'll

14   get to use a program we call Inventor.  It's a program that

15   engineers use to design and produce products, put them together.

16   And the second one is POE.  It's principles of engineering.  And

17   for that course, we use a lot more physics.  They'll get into

18   solving trusses and you get into a lot of robotics and there's a

19   lot of other things.  It's a really cool class.  Both of them

20   are very hands on.

21         THE COURT:  What's the average class size?

22         MR. LOKEN:  Well, we're just starting off.  I've

23   talked with a lot of other individuals that teach the same

24   class, and they'll have very large classes.  We're just starting

25   off here and so we're building up student interest at this

1   point.

2            THE COURT:  What are you projecting?

3            MR. LOKEN:  I'm projecting, hoping to have a class the

4   size of 24.  Currently I think we have, like, about 12 in one

5   class.  So in time we'll build it up.

6       We're also going to try to start a robotics club, and so

7   that will get people involved with it, too.

8            THE COURT:  Very good.  Counsel?

9            MR. RICHARDSON:  Is PLTW part of the EAST Initiative?

10           MR. CLAYTON:  It's all with the CT department, career

11  and technical ed.  They're all in the same cohort, but I'm not

12  sure -- Project Lead the Way is geared more to the engineering

13  where you can get some industry certificates and so forth.

14           MR. RICHARDSON:  It's a state-wide program?

15           MR. CLAYTON:  Yes, sir.

16           MR. WALKER:  Did you have this last year, university

17  studies?

18           MR. CLAYTON:  We had the pre-engineering, and this

19  year we added the POE course.

20           MR. LOKEN:  Each year we are to add another course.

21           MR. CLAYTON:  So the students have completer

22  certificates when they finish up.

23           THE COURT:  Mr. Jones?

24           MR. JONES:  No.

25           THE COURT:  Okay.  What's next?

1           MR. YOUNG:  Media center.

2       (12:05 p.m., Media Center:)

3           MR. YOUNG:  The middle school is utilizing this media

4   center because their building is not quite ready yet.

5           THE COURT:  Got it.  What do we need to know about the

6   media center?

7           MR. YOUNG:  This is the media center, I haven't quite

8   gotten the books in all the way yet.  I anticipate by the end of

9   the weekend, they will have all those in.  We have a couple of

10  different breakout areas, one back here where students can go

11  back and have small group classes.  You also have an area right

12  here as well as back in this nook.  We have storage, we have the

13  media specialist office, and that is all in this area.

14          THE COURT:  Good.

15          MR. JONES:  Scott, did we -- I'm looking around.  Did

16  we forego the hard wiring for desk tops in this media center

17  because --

18          MR. YOUNG:  There is wiring for desk tops as well.

19          MR. JONES:  Okay.  But is that going to be less of

20  that because of the --

21          MR. YOUNG:  Absolutely.  We're pulling that out, all

22  of that.

23          MR. JONES:  Okay.

24          MR. YOUNG:  In all of the classrooms, due to the

25  Chromebooks.

1        THE COURT:  I don't see Mr. Walker.

2        MR. WALKER:  I'm here.

3        THE COURT:  Questions?

4        MR. WALKER:  No, sir.

5        THE COURT:  All right.  What's next?

6        MR. YOUNG:  Okay.  Let's go to the fine arts, band,

7   choir, gymnasiums.

8        THE COURT:  Good.

9      (12:07 p.m., Cafeteria:)

10       THE COURT:  Scott?

11       MR. YOUNG:  This is the cafeteria/cafetorium.  It has

12   seating for 600 students.  You'll notice a stage as well that

13   can be used for the kids to do different shows and things like

14   that.  There's a drop-down screen right there.  It's not dropped

15   down right now.  You have a kitchen area back here.

16       MR. PORTER:  So this cafeteria is also used partially

17   as an auditorium, I guess?

18       MR. YOUNG:  It could be if need be as an alternate

19   because they absolutely will have a full-on auditorium as well.

20       MR. PORTER:  This school doesn't have an auditorium.

21       MR. YOUNG:  Yes, sir, this school does have an

22   auditorium.

23       THE COURT:  So why is this called a cafetorium?

24       MR. YOUNG:  It's a cafeteria, but we've got the screen

25   in it, so we can put shows in here.

1           THE COURT:  Okay.  Got it.  Then we've got our food

2    service area.

3           MR. YOUNG:  That's right.

4        (12:10 p.m., Cafeteria Food Service Area:)

5           THE COURT:  Scott, anything you want to say?

6           MR. YOUNG:  This is the kitchen.

7           THE COURT:  Do you know how the food service is

8    operated here?

9           MR. YOUNG:  I do not.

10           THE COURT:  Maybe Principal Clayton, maybe he can

11   speak to that.  I was curious about the food service operation.

12   Is it serve yourself or cafeteria style or --

13           MR. CLAYTON:  Students will be able to come in if they

14   want to pick up wraps in this certain area.  The cafeteria

15   workers will serve them if they're getting a traditional plate

16   lunch.  They will have a choice of salads, wraps.  They have

17   four choices of whatever they're going to have for that

18   particular day.

19           THE COURT:  How many lunch periods?

20           MR. CLAYTON:  Two lunch periods.

21           THE COURT:  About how many --

22           MR. CLAYTON:  About 300 on each lunch service, lunch

23   period.

24           THE COURT:  Is there any self-service component to it?

25           MR. CLAYTON:  No, sir, other than just grabbing a

1    sandwich or a wrap, coming up and punching in their ID, paying

2    for it.

3           THE COURT:  Is there any food service component that

4    the students are involved in, or is it all professionals?

5           MR. CLAYTON:  All professional.

6           THE COURT:  Okay.  Got it.  Counsel?

7           MR. WALKER:  Yes.  Is the food all prepared here?

8           MR. CLAYTON:  That's my understanding it will be.

9           MR. WALKER:  Well, my understanding was that it was

10   supposed to be delivered in.

11          MR. CLAYTON:  In February there was some alarm because

12   we were told when we were doing a walk in February that this was

13   going to be done at Pulaski East, which is the old campus, and

14   brought here.  That was the first time I'd heard that.

15      I checked with our food service nutrition director.  They

16   said that we are on site preparing here.  Because I think that

17   was in February and brought a lot of alarm to a lot of us that

18   were walking the building, doing a tour.

19          THE COURT:  Was there uncertainty about whether the

20   kitchen facilities would be done?

21          MR. CLAYTON:  At that time, yes, in February.

22          THE COURT:  Right.  But not now.

23          MR. CLAYTON:  Not now.

24          THE COURT:  So when do we come back for lunch?

25   Monday?

1            MR. CLAYTON:  Monday.

2            THE COURT:  Okay.  All right.  What's next, Scott?

3            MR. YOUNG:  We'll go to the band and choir rooms.

4            THE COURT:  Good.

5         (12:14 p.m., Choir Room:)

6            THE COURT:  Scott?

7            MR. YOUNG:  This is your choir room.  It is also a

8    storm shelter, much like what we saw this morning.  And between

9    the two rooms, it will hold 700 occupants.

10           THE COURT:  Choir and band?

11           MR. YOUNG:  Choir and band, which literally is on the

12   other side right here.

13           THE COURT:  And what was your number?

14           MR. YOUNG:  700.

15           THE COURT:  700.

16           MR. YOUNG:  As a storm shelter.

17           MR. WALKER:  As a storm shelter.

18           MR. CLAYTON:  This is the choir room, and the band is

19   on the other side.

20           MR. YOUNG:  Right next door.

21           MR. WALKER:  Will this hold 350 people?

22           MR. CLAYTON:  This room?  No.

23           MR. YOUNG:  I would not think so.

24           MR. CLAYTON:  On the other side, maybe, yeah.

25           MR. WALKER:  How do we get 700 by the two?

1        MR. YOUNG:  That was the numbers that were provided if

2   you were to have no furniture in here.

3        MR. CHILCOTE:  But there are other rooms for the storm

4   shelter, not just these two.

5        MR. CLAYTON:  It encompasses more rooms.

6        THE COURT:  Mr. Clayton, any ballpark number on the

7   students that are involved in choir?

8        MR. CLAYTON:  Choir, we have 15 students who have

9   course request for choir, which that's one period during the

10  day.  So this session, this actual room will be utilized as a

11  breakout session when orchestra is held third period, and then

12  our health classes will be sharing the space as well.

13        THE COURT:  Health?

14        MR. CLAYTON:  Yes, sir.

15        THE COURT:  And you have an orchestra?

16        MR. CLAYTON:  Yes, sir.  Orchestra has done a great

17  job for a number of years in the district, and we have students

18  who go all region, all state.  Yes, sir.

19        THE COURT:  But did I understand only 15 singers?

20  Only 15 children in the choir?

21        MR. CLAYTON:  Yes, sir.  Yes, sir.

22        THE COURT:  Y'all have got to work on that, get more.

23        MR. CLAYTON:  The orchestra is as large as 40 to 60

24  students in the orchestra.

25        MR. WALKER:  And the band?

1            MR. CLAYTON:  Numbers are low on the band.  40
2    students.
3            MR. WALKER:  So you have 700 spaces for a hundred
4    students.
5            MR. CLAYTON:  Yes, sir.
6            MR. WALKER:  Who made that judgment?  Mr. Chilcote?
7            MR. CLAYTON:  I'm not sure.
8            MR. WALKER:  Thank you.
9            MR. YOUNG:  We'll look at the band room next.
10           THE COURT:  Okay.
11       (12:17 p.m., Band Room:)
12           THE COURT:  Scott, or Mr. Clayton?
13           MR. YOUNG:  This is your band room.  You also notice
14   within this band room, you'll have some other offices and you'll
15   have some storage for band equipment and as well as a cleaning
16   tub through here for the band equipment.
17           MR. JONES:  May I?  A what?
18           MR. YOUNG:  There is a tub for band cleaning, for the
19   cleaning of the equipment, especially the brass instruments.
20           MR. WALKER:  What is that?
21           MR. YOUNG:  There's a tub.
22           MR. JONES:  It's a bathtub.
23           MR. YOUNG:  For cleaning band equipment.
24           THE COURT:  Anything else about the band room,
25   Mr. Clayton?

1          MR. CLAYTON:  Just you see these two doors on the ends

2    here, that's a storage space.  Storage space here.  And also you

3    see this exit, you can actually exit and go to the other fine

4    arts areas through the back hallway to get to the makeup room,

5    the black box for the auditorium, and those spaces.

6          THE COURT:  I know the storm shelter issue came up.

7    You said there were other places that the students could go?

8          MR. CLAYTON:  Yes.  Where we were for the storm

9    shelter over there, this is also a portion of that storm

10   shelter.  And when you go that way to the black box and those

11   areas, it's also enclosed with the storm shelter.

12         THE COURT:  So core areas?

13         MR. CLAYTON:  Yes, sir.

14         THE COURT:  Got it.  Counsel, questions?  Sam?

15         MR. JONES:  Just out of curiosity, as we are used to

16   fire drills, will you have fake tornado drills?

17         MR. CLAYTON:  Yes, sir.  When we do our monthly

18   drills, we do a fire and tornado drill.

19         THE COURT:  Mr. Walker?

20         MR. WALKER:  Is there a place for storage?  Is there a

21   storage bin for instruments?

22         MR. CLAYTON:  I haven't seen them yet.

23         MR. WALKER:  I'd like to ask Mr. Chilcote that.  Is

24   there a storage bin for instruments?

25         MR. CHILCOTE:  Furniture, you're talking about storage

1    units?

2              MR. WALKER:  For band instruments.

3              MR. CHILCOTE:  That is -- fixtures and furniture is by

4    the district, much like the chairs and the tables.

5              MR. WALKER:  I was asking for -- there are no storage

6    areas?

7              MR. CHILCOTE:  I thought you said --

8              MR. WALKER:  For the instruments.

9              MR. CHILCOTE:  I'm sorry.  You go through these two

10   doors, there's a large storage room right there, and there's

11   other storage rooms.  The choir has similar storage.

12       (12:22 p.m., Auxiliary Gymnasium:)

13             THE COURT:  Scott?

14             MR. YOUNG:  This is your auxiliary gym, basketball

15   gym.

16             MR. CLAYTON:  This is where you hold the PE classes so

17   they won't be on the competition floor.  Students get dressed in

18   the dressing rooms out that exit door on the east side of the

19   building, and they'll come in here for gym class.  And so

20   there's equity when you practice, boys' and girls' basketball or

21   volleyball, they schedule and flip gyms to practice in the

22   competition gym as well as the auxiliary.

23             THE COURT:  What is our seating capacity?

24             MR. YOUNG:  This one, I'm not sure.

25             THE COURT:  Do you know, sir?

1          MR. CLAYTON:  I'm not sure of the seating capacity,

2     but these are bleachers for this auxiliary.

3          THE COURT:  Those are the only ones that are planned

4     for being here?

5          MR. CLAYTON:  Yes, to my knowledge.

6          THE COURT:  Okay.  Counsel?

7          MR. WALKER:  No, sir.

8          MR. JONES:  As I understand it, there won't be any

9     actual competition in this gym.

10         MR. CLAYTON:  Well, when you have tournaments that

11    come up, you want to bid on -- athletics is one of your most

12    expensive bills that secondary schools have to foot when you're

13    talking about operation of a school, so when -- we hosted a

14    tournament this year, the 5A conference tournament.  We didn't

15    host it at the site we were coming from, so when you talk about

16    competition, you would like to use your auxiliary gyms and your

17    main gyms to be able to host those tournaments to be able to

18    generate funds.  So if we're going to host large tournaments --

19    we would host small tournaments, five- to ten-team tournaments.

20    That is our hope.

21         THE COURT:  Good.

22         MR. WALKER:  Question:  Did you have any input into

23    this?

24         MR. CLAYTON:  No, sir.

25         MR. WALKER:  Were you aware of the gym at Maumelle?

1           MR. CLAYTON:  We've played in that gym, yes.  That's

2   where we hosted our tournament this past spring.  We hosted at

3   Maumelle.

4           MR. WALKER:  I see.  The practice gym, too, or the

5   competition?

6           MR. CLAYTON:  No, sir.  All of those games were hosted

7   on the main court.

8           MR. WALKER:  Thank you.

9           MS. POWELL:  May I ask a question?

10          THE COURT:  Yes, certainly.

11          MS. POWELL:  Basically this is a classroom?

12          MR. CLAYTON:  Yes.  This is the classroom space for PE

13  and physical fitness, yes.

14          THE COURT:  Let's see the big gym, the main gym.

15          MR. YOUNG:  Right next door.

16       (12:25 p.m., Competition Gymnasium:)

17          MR. YOUNG:  This is your competition gym.  There is

18  seating for 1,168 in this facility.

19          MR. WALKER:  How many?

20          MR. CLAYTON:  1,168.

21          MR. YOUNG:  1,168.

22          MR. WALKER:  How do you figure that?

23          MR. YOUNG:  On both sides.  So the breakdown is home

24  side bleachers seats 558.  Home side chair back seats 88.

25  Visitors' side bleachers seat 540.

1            MR. CLAYTON:  That's the home side, the north side,

2    and this is the visitors' side.  The bleachers actually pull out

3    to about four feet from the end line of the court, where I'm

4    stepping.

5            MR. PORTER:  What about the scoreboard?

6            MR. CLAYTON:  The scoreboard, that's why the lifts are

7    here.  There will be a scorer's table and then you'll have the

8    scoreboard.  I think that's going to be here.  They're getting

9    ready to mount the scoreboards.  Those may come later.  I'm not

10   certain.

11           THE COURT:  Scott, what's the square footage, or will

12   it be on my plan?

13           MR. YOUNG:  I'm hopeful that it will be on your plans

14   because I do not know.

15           THE COURT:  Okay.

16           MR. WALKER:  How high are your ceilings?

17           MR. YOUNG:  Do you know that?

18           MR. CHILCOTE:  I believe we're 28 feet clear to the

19   structure, which is required for competition volleyball.

20           THE COURT:  Any other questions, counsel?

21       Okay.  What's next?

22           MR. YOUNG:  We can walk down and look at the

23   auditorium.

24           THE COURT:  What about locker rooms?

25           MR. CLAYTON:  Locker rooms are through the auxiliary

1  gym.

2           MR. YOUNG:  Would you like to see that first?

3           THE COURT:  I'd like to see them.  I'm not sure where

4  to stage it.

5           MR. PORTER:  They don't have separate locker rooms for

6  the competition gym?

7           MR. CLAYTON:  No, there's not separate.  You have your

8  PE locker rooms and you have your competition locker rooms.

9      (12:29 p.m., Auditorium:)

10          MR. YOUNG:  If this site is good enough, we won't mess

11 with the hard hats.  If you want to get past the scaffolding,

12 we'll get hard hats.

13          THE COURT:  Let's get the lawyers up here, Mr. Walker

14 and Mr. Porter.

15     What do we need to know?

16          MR. YOUNG:  This is the auditorium.  There's seating

17 for 699.  The stage is going to be the same stage as what you

18 saw this morning, with the orchestra pit up front.  And I think

19 the current thought is that this will be done by --

20          MR. CLAYTON:  November?

21          MR. YOUNG:  October or November.

22          MR. CLAYTON:  Late October, November 2.

23          THE COURT:  Maybe our architect can tell us, what's

24 the structure going to be?  The tier?  Or are we going to

25 have --

1          MR. CHILCOTE:  There are.  There are concrete tiers

2     that will have seats and aisleways in there just like Maumelle.

3     The seating capacity is less.  The orchestra pit is identical,

4     within reason, to Maumelle.  The stage is identical.  And I

5     believe the PAC, the performing arts center, at Maumelle also

6     opened around October.  It didn't open when school opened.

7          THE COURT:  What about the rigging?  Is that going to

8     be much the same?

9          MR. CHILCOTE:  We have the exact same specification

10    and allowances -- the allowances -- we spent similar amounts of

11    money to get similar equipment.  Inflation for ten years.  So

12    we're spending more because of inflation.

13         THE COURT:  Is that the same -- I asked about rigging,

14    but is that the same for lighting, the sound system?

15         MR. CHILCOTE:  Sound system, rigging, lighting.  We'll

16    have an orchestra shell which reflects the sound back into the

17    performance hall, so it has the exact same systems as Maumelle

18    High School.  Everything from the proscenium opening back is

19    virtually identical to Maumelle High School.

20         THE COURT:  And are the drama and theater classroom

21    spaces, are they nearby?

22         MR. CLAYTON:  The black box is right out -- this gate,

23    where it opens, the black box will be right here.

24         THE COURT:  What about the costume and seam shop?

25         MR. YOUNG:  Right down that hallway we came down to

1   get here.

2            MR. CLAYTON:  When we walk back out, we'll see it.

3            THE COURT:  All right.  Questions?  Counsel?

4            MR. WALKER:  No, sir.

5            THE COURT:  All right.  I'd like to see the makeup or

6   the staging areas that we saw behind at the other school.

7            MR. YOUNG:  Yes, sir.  Yes, sir.

8         (12:34 p.m., Black Box Theater Classroom:)

9            THE COURT:  Mr. Clayton?

10           MR. CLAYTON:  So this is the black box, which is the

11  classroom space where students will do the small pieces that

12  they will take to large scale in the auditorium.

13       Off of this black box, the next room over will be the

14  makeup room, where students will have -- I think there's about

15  seven to eight makeup stations with mirrors and the restrooms

16  for changing, et cetera.

17       Right off the black box, you have the teacher's office area

18  to make phone calls, et cetera, and then there's a storage space

19  here for receiving when you're getting large props delivered.

20  And you also have the workshop for stagecraft where Scott just

21  came back from.

22           THE COURT:  That's what I was going to ask, about the

23  scene shop and all of that.

24           MR. CLAYTON:  Yes, sir.

25           THE COURT:  So that's back around the corner?

1          MR. CLAYTON:  Yes, sir.

2          THE COURT:  How many students do you have in the

3   theater program?

4          MR. CLAYTON:  This is one of our growing programs.

5   The last few years our students have competed, gotten second

6   place last year, Words and Music, Readers Theater, and we have

7   about 45, 50 students in that program.

8       We do forensics debate.  Three years ago we had two

9   students go to national and break to the semifinal round for

10  national competition.

11      Now Mills Middle has a stage, and we're hoping that we can

12  start a feeder program and they can start off in forensics at

13  the middle school level.

14         THE COURT:  Very good.

15         MR. CLAYTON:  Because I have an arts background as

16  well, visual arts, so we're hoping to grow the program.

17         THE COURT:  Counsel?

18         MR. WALKER:  No, sir.

19         MR. JONES:  No, sir.

20         THE COURT:  Let's see the scene shop, makeup room, and

21  all that.  Just let me take a look at it.  Anybody else is

22  welcome, too.

23      (12:36 p.m., Backstage Dressing Room:)

24         MR. CLAYTON:  This is the makeup room, eight stations,

25  and then for costumes, picking up the costumes and go to the

1    dressing area and change.  And then also with the feed, where

2    our TV production comes in, while they're changing, they can see

3    what scenes are actually taking place so they can get back on

4    stage in time.  So the cast can be back here to see what's

5    taking place and get back on stage in time.

6              THE COURT:  Good.  Thank you.

7         (12:39 p.m., Locker Room:)

8              THE COURT:  Scott?

9              MR. YOUNG:  Girls' locker room.  This will be used for

10   PE.

11             MR. CLAYTON:  Visitors and PE.

12             MR. YOUNG:  Okay.

13             THE COURT:  How many locker rooms are there?

14             MR. YOUNG:  There are four.

15             MR. CLAYTON:  Four total.  Two for each gender.  So

16   you've got girls' PE and competition visitors, and the restrooms

17   are here.  We go through locker room A.  That is home dressing

18   room for young ladies.

19             THE COURT:  Is home nicer than the visitors'?

20             MR. CLAYTON:  Sir?

21             THE COURT:  Is home nicer than the visitors'?

22             MR. CLAYTON:  Yes.

23             THE COURT:  Just wondering.  What about places for the

24   refs?

25             MR. CLAYTON:  So what we're going to do, the makeup

1    room, we're going to utilize that space for dressing for the

2    officials.

3              MR. YOUNG:  Would you like to see the other women's

4    locker room?

5              THE COURT:  I would, the better one.  Yeah.

6         (12:41 p.m., Locker Room:)

7              THE COURT:  Counsel, questions?

8              MR. WALKER:  No, sir.

9              THE COURT:  Okay.

10             MR. YOUNG:  You have two others for men, identical.

11             MR. CLAYTON:  Identical, and in between the two, you

12   have a training room for a trainer to work with the athletes who

13   may have some -- for injury prevention.

14             MR. WALKER:  I'd like to see that.

15             THE COURT:  Weight room or things like that?

16             MR. CLAYTON:  We don't have a weight room in this

17   facility at all.

18             THE COURT:  Is it in the athletic --

19             MR. CLAYTON:  There's a multipurpose facility that's

20   across at the Mills Middle School campus where the weight room

21   is.

22             THE COURT:  Let's see the training room and the other

23   stuff.

24        (12:43 p.m., Training Room and Coaches' Area:)

25             THE COURT:  So, Principal Clayton, that area we just

1   came through is --

2          MR. CLAYTON:  This is the ladies' coaches' locker room

3   here, and through this door, the men's coaches' locker room.

4   I'm sorry.  Offices.  And they also have shower space and for

5   changing as well.

6       The space we're standing in, this is the training room and

7   storage facility.  So to wash the jerseys and everything, the

8   washer and dryer will be housed there.  Over here will be your

9   whirlpool.  And, of course, you can see the training tables

10  here.

11         THE COURT:  All right.  Counsel, questions?

12         MR. WALKER:  No, sir.

13         MR. JONES:  Just for working cramps.

14         THE COURT:  What's next?

15         MR. YOUNG:  That's all I have in this building, unless

16  you have another request.  My thought was to leave here and go

17  to the athletic facility.

18         THE COURT:  What time is it?

19         MR. YOUNG:  It is 12:40.

20         THE COURT:  Is lunch here?

21         MR. JONES:  It is.

22         THE COURT:  What's in the athletic facility,

23  Mr. Jones?

24         MR. JONES:  Well, it's some things that Joshua has

25  questioned.

1           THE COURT:  Let's go to the athletic facility.

2       I'm going to reconsider.  Why don't we go ahead and eat

3   lunch.  One rule of thumb, on the record.  We're not going to

4   have the court reporter work during lunch, so everybody is free

5   to shift, but don't talk about the case.  Don't ask anything.

6   Talk about the grandchildren or the weather or your vacation or

7   how you want a vacation.

8           MR. PORTER:  Vacation?  What's that?

9           THE COURT:  I said how you want a vacation.

10      (Recess at 12:49 p.m., until 1:26 p.m.  Continuing at the

11  Fieldhouse, as follows:)

12          MR. YOUNG:  This is the indoor football practice

13  facility.

14          MR. CLAYTON:  The band will utilize it, football.  All

15  the sports will utilize it.  The band, in inclement weather,

16  band can come in and still practice their marching.  Baseball,

17  in inclement weather, they can put in their batting cages and

18  pitch in there as well.

19          THE COURT:  How large is this?

20          MR. CLAYTON:  I'm not sure how large the overall

21  facility is.  I'm not sure.  But the weight room I do know is

22  750 square feet.

23          MR. CHILCOTE:  60 yards by 60 yards.

24          MR. YOUNG:  So as we go back this direction, it's

25  going to be pretty much the same setup as we saw in the smaller

1    building this morning at Maumelle.  You're going to have a

2    weight room, coaches' offices, locker rooms, and a team room.

3                THE COURT:  Is this Astroturf?

4                MR. CLAYTON:  Yes.

5                MR. YOUNG:  It is.

6                MR. CLAYTON:  Field turf.  Astroturf is from the

7    1980s.

8         (Continuing in the weight room:)

9                MR. JONES:  But Maumelle doesn't have one of these.

10               MR. YOUNG:  They do not.

11               THE COURT:  We were there earlier and I didn't see it.

12   Wow.  Okay.

13        Mr. Clayton or Scott?  There he is.  What do you want to

14   say about this?

15               MR. YOUNG:  This is the weight room that is, I

16   believe, utilized by both football and basketball.

17               MR. CLAYTON:  All sports.  Track, basketball,

18   football.  This is where everybody will have to come and lift.

19               THE COURT:  And is this both for the high school and

20   the junior high or just high school?

21               MR. CLAYTON:  I think the junior high will have to

22   utilize it, too.  They don't have one as of right now.

23               THE COURT:  And is this part of the new construction,

24   this building?

25               MR. CLAYTON:  This was completed last August, so this

1    is our -- we've been in this facility for a year.

2              THE COURT:  Okay.

3              MR. YOUNG:  With both of the new construction jobs,

4    they opened these type buildings one year ago.  Robinson and

5    Mills both opened at the beginning of August.  These have been

6    usable for this entire year.

7              THE COURT:  So in addition to the weight room and --

8    what did you call the field?

9              MR. YOUNG:  Just the indoor practice.

10             THE COURT:  Indoor practice field.

11             MR. YOUNG:  Yes.

12             THE COURT:  We've got coaches' offices?

13             MR. YOUNG:  We do.  We have coaches' offices, team

14   room, and locker rooms.

15             THE COURT:  Okay.  Counsel, questions?

16             MR. WALKER:  Yes.  When the Jones report was

17   prepared --

18             THE COURT:  I'm having trouble hearing.

19             MR. WALKER:  When the Jones report was prepared and

20   Ms. Powell's report, this was not underway, was it?  It was not

21   finished yet.

22             MR. YOUNG:  I don't know when that report was done.

23             MR. WALKER:  Say six months ago, five months ago.

24             MR. YOUNG:  This building has been operational this

25   entire school year.

1          MR. WALKER:  And you've had all these things in it for

2    the whole year?

3          MR. YOUNG:  Yes.

4          MR. WALKER:  So the kids from the high school have to

5    come over here?

6          MR. YOUNG:  Yes.

7          MR. WALKER:  How do they get here?

8          MR. CLAYTON:  That's been under discussion.  I met

9    with transportation last Friday.  They want to -- they're

10   discussing bussing them from over there.  Baldwin & Shell is

11   discussing creating a path.  It's in the plans to create a path

12   to walk from the current facility to here after school and

13   during seventh period.

14         MR. WALKER:  What's the distance between the two

15   facilities?

16         MR. CLAYTON:  I think it's 600 yards.  If I'm not

17   mistaken.  Brad, do you know?

18         MR. CHILCOTE:  I'm checking right now.

19         MR. WALKER:  I understand it's full of swampland.

20         MR. CHILCOTE:  No, sir.  We're going to have a bridge

21   and a walkway, a paved concrete sidewalk and a bridge connecting

22   the school to this side of the campus.

23         THE COURT:  How large is the campus as a whole, the

24   Mills -- the whole Mills --

25         MR. CHILCOTE:  You had 88?  No, I'm sorry.

1          MR. YOUNG:  It was like 32.  I left my sheet in the

2     truck, but I believe this overall was 32 acres.

3          MR. WALKER:  How many for Mills, for the new Mills?

4          MR. YOUNG:  That's inclusive.

5          MR. WALKER:  Can you separate the two in terms of

6     acreage?

7          MR. YOUNG:  I believe so, yes, sir.  Not off the top

8     of my head, but yes, sir.  Absolutely.  I believe it should be

9     in the --

10          THE COURT:  Mr. Jones?

11          MR. JONES:  No.

12          THE COURT:  Okay.  Let's see the other parts of this

13     building.

14          MR. YOUNG:  Sure.

15          THE COURT:  And then we'll head to Robinson.

16          MR. CHILCOTE:  It's 400 yards, roughly.  Gets you in

17     the area.

18          THE COURT:  Mr. Walker, did you hear that?  It's

19     roughly 400 yards between the high school and this area.  Not

20     600.

21          MR. WALKER:  The airport may be only a mile away, but

22     as you get to it, it's a lot different.  There's a creek.  I'd

23     like to know if that's a direct route.

24          MR. CHILCOTE:  Yes, sir.

25          MR. WALKER:  Without the creek.

1          MR. CHILCOTE:  Yes, sir, it is.

2          MR. WALKER:  Why would there be a need for a bridge if

3   you have a creek?  Why would there be a need for a bridge if you

4   don't have a creek?

5          MR. JONES:  So you don't have to walk through the

6   creek.

7          THE COURT:  Let's move on.  There's either a creek or

8   there's not, and I believe I can figure that one out.  I hear

9   the plan for a bridge, and I understand, Mr. Walker, the point

10  you're trying to make of the distance and it not being open now,

11  not accessible.

12         MR. WALKER:  Yes, sir.

13         THE COURT:  I got it.

14     (1:34 p.m., Team Room:)

15         THE COURT:  Is this for viewing films and --

16         MR. CLAYTON:  This is the team room for team meetings

17  and for video when they break out into position meetings and to

18  break down film.

19         THE COURT:  Got it.

20         MR. WALKER:  You just have one room?

21         MR. CLAYTON:  Yes, sir.

22         THE COURT:  What else?

23         MR. CLAYTON:  So we have the ladies' dressing room and

24  the guys' dressing room on the other side and the coaches'

25  offices.

1       THE COURT:  Are they identical?  Are the dressing

2   rooms identical?

3       MR. CLAYTON:  Yes, sir, they are identical.

4       THE COURT:  Then let's look at maybe the ladies' since

5   it's closest.

6       (1:35 p.m., Locker Room:)

7       THE COURT:  I'm confused.

8       MR. CLAYTON:  We went to the board last November, if I

9   remember correctly, and we talked about because in the peak

10  season for sports, you're going to have four sports going on in

11  the fall.  Cross country going in the fall, you've got girls'

12  volleyball going in the fall, but the peak season is going to be

13  in the spring, six sports going, which girls' soccer is going

14  over during that time.

15      So it looks like -- I've never seen the helmets, so this

16  looks like the ninth grade locker room now that I see the

17  helmets.

18      THE COURT:  Ninth grade boys' football.

19      MR. CLAYTON:  And that's what I shared back in

20  November, this was going to create some -- who is using it and

21  what particular times, because, I mean, fall is light when it

22  comes to sports.  When you come to spring, you've got six

23  activities going on, not to include offseason.

24      So to my understanding, this was designed for ladies only

25  because we were looking at the 2000 wing for middle school

1    athletics.  So where that is, that's -- I guess that would be

2    more of a decision, but that was on the table in discussion.

3              THE COURT:  Questions, counsel?

4              MR. WALKER:  Did you have any input into this

5    decision?

6              MR. CLAYTON:  In just this space here?  No, sir.

7              MR. WALKER:  Integrating this with Mills High School.

8              MR. CLAYTON:  We were just trying to find solutions

9    to --

10             MR. WALKER:  No, I'm asking did you meet with the

11   architects?  Derek Scott, anybody?

12             MR. CLAYTON:  No, sir.  No, sir.

13             THE COURT:  Mr. Jones?

14             MR. JONES:  No, your Honor.

15             MR. RICHARDSON:  I think Mr. Chilcote measured the

16   distance from the school to the fieldhouse at Maumelle and found

17   it was 400 yards also, but you can confirm that with him.

18             THE COURT:  Mr. Chilcote, are you here?

19             MR. CHILCOTE:  Yes.  I apologize, your Honor.

20             THE COURT:  No, that's okay.  Did you have updated

21   measurements for us about Maumelle?

22             MR. CHILCOTE:  Just as the crow flies, as Mr. Jones

23   says, a legal term, from Maumelle High School to the fieldhouse

24   is approximately 400 yards.  That's taking Google Maps and

25   zooming.

1          THE COURT:  The distance we walked in the light rain

2    this morning.

3          MR. CHILCOTE:  Yes, sir.

4          THE COURT:  Got it.  Anything else?

5          MR. WALKER:  Are there barriers between Mills and this

6    area on the back side that we don't see?

7          MR. CLAYTON:  Currently, yes, there are barriers

8    because right now they would have to walk through what we would

9    call the trail.  But it's probably not conducive at this point.

10   So to get here now, they would either go back road, which keeps

11   you off the main highway that would go here to get here.  Until

12   the bridge is built or that pathway is built, it's not a

13   straight shot.

14         MR. WALKER:  How long will it take to finish that?

15         MR. CLAYTON:  I have no idea.

16         MR. WALKER:  Are they planning to do so?

17         MR. CLAYTON:  Yes, sir.

18         THE COURT:  Do you know anything about that,

19   Mr. Chilcote?

20         MR. CHILCOTE:  We have pricing, and I believe the

21   school district has approved the pricing for the bridge and the

22   sidewalk.  So that will be completed for the project probably --

23   I believe it's to be done sometime in September.

24         THE COURT:  Next month?

25         MR. CHILCOTE:  Well, it's a long month.

1          THE COURT:  Well, okay.  I wasn't sure which September
2   you were talking about.
3          MR. CHILCOTE:  No, sir, this coming September.  Yes,
4   sir.  And the bridge will be delivered and installed.
5          THE COURT:  Okay.
6          MR. JONES:  Your Honor, if I might, if we're doing the
7   Mills Middle tour September 24, I don't want to hold
8   Mr. Chilcote to this, but we should be able to eyeball it, the
9   progress, then.
10          THE COURT:  Okay.
11          MR. CHILCOTE:  You can eyeball the progress when you
12   drop by it.
13          MR. JONES:  Okay.
14          THE COURT:  Yes.  Okay.  Good.  Good point.  So now
15   off to Robinson.
16          MR. YOUNG:  Unless you want to see the coaches'
17   offices.
18          THE COURT:  Coaches' offices.  Sorry.  Let's do that.
19      (1:41 p.m., Coaches' Rooms:)
20          MR. JONES:  Do we need to comment about the track or
21   the stadium or bleachers or anything?
22          MR. WALKER:  I'd like to know what the seating
23   capacity is.
24          MR. YOUNG:  I do not know.
25          THE COURT:  Okay.  Scott is uncertain about the

1   seating capacity.  Do you know, Mr. Clayton?

2           MR. CLAYTON:  I'm not certain of the capacity as well.

3           MR. CHILCOTE:  I think it's about 3,500, both home and

4   visitor.

5           MR. WALKER:  Where is the parking for it?

6           MR. JONES:  It's that way.

7           MR. WALKER:  How far away?

8           MR. JONES:  It's right over there, right behind you.

9           MR. WALKER:  Is that all the parking?

10          MR. CLAYTON:  What happens on an actual game night,

11  they'll fill that lot and they'll park on the front of that

12  middle school here, and then there will end up being overflow

13  that will come to that bridge there.  You see the goal post, and

14  the overflow will be there.  Being in a new conference, we don't

15  know what types of crowds we will have, being in the conference

16  now with Lonoke, Bald Knob, Heber Springs.  That's a totally

17  different conference.  Whereas rivals McClellan, Jacksonville

18  would pack your house.  We're not sure what type of --

19          MR. WALKER:  Follow-up question:  You're not in the

20  same conference?

21          MR. CLAYTON:  We're dropping down.  We'll have Lonoke,

22  we'll have Heber Springs, Stuttgart.  Yes.  So which creates

23  travel for us as well.

24          THE COURT:  Is the field just for the high school

25  games?

1          MR. CLAYTON:  Well, no.  Middle school utilizes the

2    field as well.  Middle school plays Thursday nights and the high

3    school plays Thursday nights after that game and then on Friday

4    nights.  Middle school plays starting at five.  Ninth grade

5    plays after them, and then our varsity, which is the ten through

6    12, play on Friday nights.

7          THE COURT:  Good.

8          MR. WALKER:  Is that your media box up there?

9          MR. CLAYTON:  Yes, sir.  That's the press box.

10          MR. WALKER:  Okay.

11          MR. CLAYTON:  The media stands on top of the press

12    box.  So our visitors stand on top of the press box.

13          THE COURT:  Mr. Walker, anything else?

14          MR. WALKER:  No, sir.

15          THE COURT:  Mr. Jones?

16          MR. JONES:  Since we won the 5A basketball

17    championship last year, wouldn't you expect to decimate the 4A

18    championship?

19          MR. CLAYTON:  We're excited about that.  We'll be a

20    big fish in a small pond, yes, sir.

21          MR. WALKER:  Was there any input by you into the

22    decision to reduce you from the big schools to the little

23    schools?

24          MR. CLAYTON:  No, sir.  That's the Arkansas Activities

25    Association cycle.

1           MR. WALKER:  I understand.  That's Mr. Chilcote's

2    decision.

3           MR. CHILCOTE:  I am omnipotent, let me tell you.

4           THE COURT:  All right.  Let's try to make our way to

5    Robinson.  Good.

6       (Recess from 1:44 p.m. until 2:28 p.m.  Continuing at

7    Robinson Middle School Main Entrance, as follows:)

8           THE COURT:  Maybe introduce our principal and he can

9    give us background on the school, how many students and so

10   forth.

11          MR. LEVAR:  I'm the principal at Robinson Middle

12   School.  We have 547 students enrolled at our school.  Our

13   population, I haven't looked at this year's demographics, but we

14   were last year at about 65 nonblack to 35 black students at the

15   school.  The beginning of last year, we were at 460 students, so

16   we're up about 80 to 90 students from where we were last year at

17   this time.  So I'm not sure what other things to kind of give us

18   a background.  What are some other things?

19          MR. PORTER:  You may want to spell your name.

20          MR. LEVAR:  I've already spelled it for her.  Thank

21   you.

22          MR. JONES:  You host sixth, seventh, and eighth?

23          MR. LEVAR:  Yes, sir.  This year our sixth grade is

24   the largest, of 200.  Which is significant growth.  Every year

25   I've been here we've grown about ten to 20 students and always

1   ended the year with a larger number of students than we started

2   the year.

3              THE COURT:  Remind me what the feeder schools are.

4              MR. LEVAR:  We have Baker Elementary, Chenal, Lawson

5   Elementary, and Robinson Elementary.  And then we feed into

6   Robinson High School.

7              THE COURT:  Very good.

8              MR. JONES:  May I add one thing?

9              THE COURT:  Sure.

10             MR. JONES:  The attendance area for this school is

11  larger than the Little Rock School District geographically.

12             MR. LEVAR:  I didn't hear what he said.

13             THE COURT:  He said the attendance area for this

14  school is larger geographically than the Little Rock School

15  District.

16             MR. LEVAR:  That would not surprise me.  I have not

17  mapped it out myself, but we have a significant -- for me to get

18  to the far reaches to Lawson, it's about a 20- to 25-minute

19  drive from here, and then I also go north into Roland from here.

20             THE COURT:  Got it.  Have you gone over with Scott the

21  kinds of things we'd like to see, the exemplar facilities?

22             MR. LEVAR:  Yes, sir.

23             MR. YOUNG:  Ready to go.

24             THE COURT:  Take the wheel then.

25             MR. YOUNG:  We're going to start in the front office,

1    and from the front office, we'll go to the counseling and then

2    to the special ed on the first floor.

3              THE COURT:  Okay.

4         (2:31 p.m., Administrative Offices Area:)

5              MR. LEVAR:  All right.  This is our front office

6    entrance area.  Behind you is the parking lot and where the

7    parents drop off the students.  And then where we entered is the

8    bus lane, so that's where the buses will drop off and pick up

9    the students.

10             THE COURT:  Got it.

11             MR. LEVAR:  When they come in, they enter into this

12   entryway here.  Once the school day starts, everything locks

13   down and we have to buzz them into the school to allow them to

14   go any further.  We have one secretary up front.  Yes, sir?

15             THE COURT:  What's the open area?  Is that cafeteria?

16             MR. LEVAR:  That's the cafeteria.  We're going to do

17   the academic wing and then do the gym and head on down.

18             THE COURT:  So administrators on this side?

19             MR. LEVAR:  Yes.

20             THE COURT:  Let's go look at them.

21             MR. LEVAR:  Okay.

22        (Continuing near Principal Levar's Office:)

23             THE COURT:  Pardon my question, but do you have your

24   own bathroom?

25             MR. LEVAR:  I did in the old school, but not in this

 1    one.

 2         (2:33 p.m., Administrative Offices Area:)

 3              MR. YOUNG:  We have a conference room right here.

 4              MR. LEVAR:  This office is for our attendance clerk.

 5    And this is labeled storage.  That's actually where our

 6    bookkeeper is going.

 7              THE COURT:  Okay.  Good.  What are those cannisters?

 8              MR. LEVAR:  For the upstairs copier.

 9         That is speech, for speech and resource.  Speech, so

10    students that get speech services from the school.

11              THE COURT:  Therapy of one sort or another?

12              MR. LEVAR:  Therapy of one sort or another, yes, sir.

13              THE COURT:  Okay.

14              MR. YOUNG:  And on the second floor, I'll show you,

15    like, a standard classroom.

16              THE COURT:  Good.

17         (2:35 p.m., Counseling Center:)

18              MR. LEVAR:  This is our counseling area.  You have the

19    reception area where our secretary sits, conference table here,

20    and then two counselors' offices.  So if you want to look at the

21    size of those or --

22              MR. RICHARDSON:  The self-contained room, is that --

23              MR. LEVAR:  That room is actually a learning lab

24    class.  Middle schools have a class that is actually in between

25    the self-contained CBI, life skills, and the resource class

1   that's called learning lab where students are functionally able

2   to maneuver and don't need all the extra support of life skills,

3   but they're cognitively low enough that we do need them to have

4   to separate into their own self-contained class.  That's what

5   that classroom is.  When I was at Northwood, we had that.  All

6   the middle schools in the district have that, but that's not

7   something that the high schools typically have in the district.

8            THE COURT:  Are there two counselors?  Is that right?

9            MR. LEVAR:  We have two counseling offices.  We have

10   one counselor and one-third of a counselor.  She comes here two

11   days out of the week, so two-fifths of a counselor.

12            THE COURT:  And is there some reason why you don't

13   have two or --

14            MR. LEVAR:  It has to do with numbers and budgeting.

15   So we share ours with the high school.  The high school has her

16   three days of the week and we have her two days of the week.

17   The high school has over 600 students and we have just under

18   550, as I explained, and that's how they split us.

19            THE COURT:  Got it.  Okay.  Counsel, anything?

20       All right.

21       (2:38 p.m., Life Skills Classroom:)

22            MR. LEVAR:  In the initial build of the school, there

23   was not a plan for a CBI classroom, but it was required as part

24   of our instruction as we're building a new building.  So we took

25   what was the teachers' lounge, and one of our changes that we

1    did is we had to get rid of a teachers' lounge so that I could

2    build in the requirements for life skills.

3              THE COURT:  So do you have a teachers' lounge?

4              MR. LEVAR:  So we have a parent area that we're having

5    the teachers use that as well for the first floor.  Second and

6    third floors do have a teachers' lounge on their floors, but I'm

7    having to share on the first.

8              THE COURT:  You're a popular guy with the teachers,

9    right?

10             MR. LEVAR:  I am.  I got them a lounge.  I said, hey,

11   it's either that or you go up to the second floor.

12             MR. WALKER:  Question.

13             MR. LEVAR:  Yes.

14             MR. WALKER:  Did you have any input into any of this

15   design?

16             MR. LEVAR:  At what point?

17             MR. WALKER:  At any point.

18             MR. LEVAR:  When I came in about -- two years ago when

19   they began the process, they brought all of my teachers and

20   everybody in and we talked about in general, this is what we're

21   going to be doing and here's the layout for that.  Once that

22   happened and they brought all of our teachers in, I think that

23   was about March or February of -- the springtime.  And then I

24   heard -- they would have me come in every so often with here are

25   some color schemes that we put together, and I could bring in a

1    couple of staff to look at some of the colors.

2        When November -- no, it would have been October, September

3    of last year, I started walking around, and that's when I

4    started to discover classrooms that we didn't have, and at that

5    point, I started to have more input on what's going on.  It's

6    the same in the October-September time.

7            MR. WALKER:  Thank you.

8            MR. LEVAR:  You're welcome.

9            THE COURT:  Mr. Jones?  Oh, there you are.  Nothing?

10           MR. JONES:  No.

11           THE COURT:  Okay.  Good.  What's next?

12           MR. YOUNG:  Let's go up to the media center.

13           MR. LEVAR:  Great.

14       (2:41 p.m., Nurse's Area:)

15           THE COURT:  Do you have a shower here?

16           UNIDENTIFIED WOMAN:  No.  There's a shower in the CDI

17   room.

18           THE COURT:  I see.  That's the one you use if you need

19   one?

20           UNIDENTIFIED WOMAN:  Yes.

21           THE COURT:  Got it.  Good.  How do you like your new

22   space?

23           UNIDENTIFIED WOMAN:  I love it.

24           THE COURT:  I don't blame you.  Thank you.

25       (2:44 p.m., Media Center:)

1              MR. LEVAR:  So this is our media center, library/media

2      center.  I'm not sure what to describe on that.

3              THE COURT:  I'm just glad you used the word "library."

4              MR. LEVAR:  Yes.

5              MR. YOUNG:  I've been saying media center all day.

6              MR. LEVAR:  It does both.  So we have on the right a

7      reading nook area for students to be able to sit and read or to

8      do class presentations.  And then our book shelves and our

9      seating, that was all designed through the furniture process

10     that Mr. Clayton and I were together working on that with both

11     of our schools to make sure that we're matching in our furniture

12     that we selected.  And that started about in November, October-

13     November of last year.

14             THE COURT:  And when you say matching on the

15     furniture, what do you mean?

16             MR. LEVAR:  Means we were in all the meetings together

17     and we talked about what are you getting, what am I getting.  So

18     we were trying to look and using each other as tools to say,

19     "Hey, what are you getting?"  "Hey, that sounds like a good

20     idea.  I'll get a similar thing."

21          So when you're doing it all by yourself, you make a lot of

22     decisions, but if I have another administrator who is talking to

23     his teachers and I'm talking to mine, we're able to use the

24     wisdom of each other to pitch things and say, hey, that's a good

25     idea.  Let's use that one, too.

1          THE COURT:  Okay.  Who is going to unpack all these

2    boxes before Monday?

3          MR. LEVAR:  Before Monday?  I don't know about that.

4    We've got parents to help out, too.

5          UNIDENTIFIED WOMAN:  I've got some librarians coming

6    to help.

7          THE COURT:  Mr. Walker?

8          MR. WALKER:  Yes.  How large is this area?

9          MR. LEVAR:  I don't know the square footage of this

10   area.

11         MR. WALKER:  Is it larger than the high school?

12         MR. LEVAR:  Than the high school's media center?

13         MR. WALKER:  Yes.

14         MR. LEVAR:  I don't know the answer to that question.

15   I'll have to find out.  I know that it is larger than what we

16   had.  I don't know that it's significantly larger than what we

17   had, but it is larger.  But I don't have a square footage to

18   compare it to the high school, but I'm sure we could get some of

19   that square footage off of that.  I just don't have that

20   knowledge.

21         MR. WALKER:  You can watch the football games from up

22   here, can't you?

23         MR. LEVAR:  You can, yes.

24         THE COURT:  Did you help on the carpet and colors and

25   all of that, or is it architect driven?

1          MR. LEVAR:  The architects presented colors to us and

2    said, here are some of the ideas of what we're going to do and

3    asked for some input in some of that.  That was just about a

4    year ago that that happened.  But they had -- so, yes, I helped,

5    but it was architect driven.

6               THE COURT:  Got it.  So it's both.

7               MR. LEVAR:  Yes.

8               THE COURT:  Understood.

9               MR. PORTER:  Whose idea was it for the nice chairs?

10              MR. LEVAR:  These soft chairs was my decision.  When

11   we went through furnishing, they said, "What kind of furnishing

12   do you want?"  Like I said, Mr. Clayton and I sat down and

13   talked about how we wanted each of our schools to be, and I

14   opted to have some more soft seating versus more hard seating in

15   the media center, library/media center.

16              MR. WALKER:  He has the high school and you have a

17   junior high.  How could that be comparable?

18              MR. LEVAR:  I'm not sure what you --

19              MR. WALKER:  How could there be a comparison between

20   the high school and the -- the senior high and the middle

21   school?

22              MR. LEVAR:  I'm not sure I've understood the question.

23              MR. WALKER:  You indicate that you and he had input at

24   some point.

25              MR. LEVAR:  Yes, sir.

1          MR. WALKER:  I take it that means with the architects.

2          MR. LEVAR:  Yes, sir.  We had that input together with

3     our teachers and everything, yes, sir.

4          MR. WALKER:  Were his teachers involved?

5          MR. LEVAR:  I don't know whether his were.  I was a

6     different architect than he was.  So I don't know the answer to

7     that question.

8          MR. WALKER:  Are you saying that he helped you all

9     decide the kind of furniture?

10          MR. LEVAR:  So the furniture was with the furnishing

11     company with the architect, and that happened and we started

12     that process in November.  And Mr. Clayton and I did all of that

13     together.  He did his, I did mine, but we met together, we

14     talked to each other back and forth.  "Hey, what are some ideas

15     you're looking at?"  "Why are you doing that?"  "Well, that's a

16     good idea."  And I was doing the same thing back with him.

17          MR. WALKER:  Were you the one that helped design the

18     carpet at all?

19          MR. LEVAR:  The carpet was a design through the

20     architects.

21          MR. WALKER:  Nice carpet.  Have you seen his?

22          MR. LEVAR:  I have not been into Mills.  I've been a

23     couple of times and it was under construction and I wasn't able

24     to get in.

25          MR. WALKER:  Thank you.

1          THE COURT:  Very good.  Mr. Jones, where are you?

2          MR. JONES:  Right here.  I think we all understand,

3  but the district is responsible for all the furnishings.  That's

4  outside the contract with the general contractor and outside the

5  scope of the architects.

6          THE COURT:  I thought I heard the architect say

7  something to that effect.

8          MR. WALKER:  I didn't understand that to be the case,

9  and it was my understanding that the total cost included

10  furnishings and everything.

11          MR. JONES:  It does, but that's a cost that's

12  accounted for separately and paid directly by the district.

13          THE COURT:  Okay.  What's next?

14          MR. YOUNG:  Let's go across to the lab right here,

15  robotics.

16          THE COURT:  Okay.

17     (2:50 p.m., Project Lead the Way Classroom:)

18          MR. LEVAR:  So this is our robotics/keyboarding/

19  Project Lead the Way room.

20          THE COURT:  What is that?

21          MR. LEVAR:  Project Lead the Way is the science,

22  technology, engineering, and mathematics, S.T.E.M. program that

23  the State sponsors.  So if you have a robotics class or computer

24  programming class, you're under the Project Lead the Way state

25  program.

1       MR. YOUNG:  The same style classroom as what we saw at

2   Mills, the one on the ground floor where the instructor spoke

3   with us about the engineering classes.

4       THE COURT:  Yes.

5       MR. WALKER:  If I may, your Honor?

6       THE COURT:  20-some stations?

7       MR. YOUNG:  24.  24 plus a teacher, so 25 total.

8       THE COURT:  Mr. Walker?

9       MR. WALKER:  Does this feed into the high school

10  program?

11      MR. LEVAR:  I don't know what the high school's

12  robotics program is, but we would feed right into their program

13  if we have students in there.  I just don't know specifically

14  what courses in robotics the high school does.  My short answer

15  would be yes, but I don't know what they offer.

16      MR. WALKER:  How many students did you have in this

17  program last year?

18      MR. LEVAR:  In this program last year we had -- let me

19  think through my classes.  We had about 30 to 40 kids, I

20  believe.  I can't be quoted on that.  I'll have to look at my

21  schedule.  We had basically a couple of classes of robotics.

22  However, we also had multiple classes of keyboarding.  So we

23  needed to have two rooms for keyboarding as well.  This is not

24  just robotics.  This is also our keyboarding classroom.

25      THE COURT:  All right.  Thank you.

1              MR. LEVAR:  You're welcome.

2              MR. WALKER:  What's the size of this computer lab?

3              MR. FASON:  I don't know the square footage off the

4     top of my head.

5              THE COURT:  Give us your best ballpark.

6              MR. RICHARDSON:  He's counting ceiling tiles.

7              MR. FASON:  Yes.

8              MR. LEVAR:  31.

9              MR. WALKER:  31 what?

10             MR. LEVAR:  I'm telling him.  I don't know what that

11    means.  I'm just giving him a number.

12             MR. PORTER:  31 by 8.

13             MR. FASON:  31 by 18.  They can do the math in their

14    head.

15             MR. LEVAR:  31 by 9.

16             MR. FASON:  18 feet.  You had 31 tiles.

17             MR. LEVAR:  60 by 18.  That's going to give you 1,080,

18    I believe.

19             MR. RICHARDSON:  Good math.

20             MR. LEVAR:  Thank you.

21             THE COURT:  Were you a math teacher before?

22             MR. LEVAR:  No.  I was a band director, although I did

23    supervise math for the district for a year.

24         (2:54 p.m., Career Technical Education Classroom:)

25             THE COURT:  Okay.

1        MR. LEVAR:  This room, for the state requirements,

2   there's a career tech space for career technical education.  We

3   utilize it a lot for group -- or will be utilizing it for group

4   settings.  Faculty meetings can come in here.  Multiple classes

5   can come in here to do collaborative work.  The seating is for

6   60 people.  And there's one of these on the third floor as well.

7        THE COURT:  Help me with this.  The State requires the

8   career technical --

9        MR. LEVAR:  To have so many spaces that you can do

10  some type of career technical education.  Robotics, Project Lead

11  the Way, family consumer science, keyboarding.  Those are all

12  career technical classes.  So because of space requirements for

13  our robotics group, part of this will be utilized for the

14  robotics team to put their floor out because they don't have

15  enough space in the other room to put out on the floor to do the

16  practice robotic competitions.

17        THE COURT:  Got it.

18        MR. LEVAR:  So in the second semester, most of this

19  will be not usable by the rest of the school because robotics

20  needs to make use of it.

21        THE COURT:  Were you involved in the flooring, the

22  decision to have sort of rough concrete in places and then what

23  I would call terrazzo -- I don't know if that's the right

24  description of it -- the nicer chipped floor in other places?

25        MR. LEVAR:  No, I was not.

1          THE COURT:  Is that an architect thing?

2          MR. FASON:  Architect with the district.

3          THE COURT:  I see.  So it was your call?

4          MR. FASON:  It was the district's call with us and the

5    architect and the contractors' input.

6          THE COURT:  Understood.

7          MR. FASON:  And that's actually a ground concrete.

8    It's the same concrete.  That one just has some of the surface

9    ground off.

10         THE COURT:  Really?

11         MR. FASON:  Yes.

12         MR. LEVAR:  So it grounds down to the aggregate in

13   there.

14         THE COURT:  It looked like terrazzo, didn't it?

15         MR. JONES:  It would be technically granite terrazzo,

16   I guess.

17         MR. FASON:  Ground concrete is the technical term.

18         THE COURT:  All right.  Enough about floors.

19   Mr. Walker, what do you want to talk about?

20         MR. WALKER:  How many classrooms do you have in this

21   facility?

22         MR. LEVAR:  Do you -- do you have the numbers?  I knew

23   I should have --

24         MR. YOUNG:  I thought I was going to have it, but it

25   does not have the total number.

1          MR. LEVAR:  I have a map downstairs, and by the end of

2   this, I will give you the answer to that.  I'll pull it on the

3   way down so I can count it exactly.  I know approximately about

4   nine, 12, and 12-ish, but I don't want to --

5          MR. WALKER:  Who made the decision to be three floors

6   for about the same number of students that Mills has, but fewer

7   students than Mills?  Who made that decision?

8          MR. LEVAR:  That would have been a district and

9   architect decision, I believe.

10         MR. FASON:  Yes.  It was really a side issue.  This is

11  such a hillside, the site dictated what footprint we could put

12  on it.

13         THE COURT:  I'm sorry.  I'm having trouble hearing

14  what that answer was on the three floors.

15         MR. FASON:  It was a side issue.  The site was such a

16  hillside that it really dictated the footprint we could put on

17  here, which made us go to three floors.

18         MR. WALKER:  My follow-up question is, what is the

19  actual capacity of this facility now that it's complete?

20         MR. LEVAR:  Now that it's complete, this facility is

21  designed for 799 students.

22         MR. WALKER:  Do you have expansion space for more?

23         MR. LEVAR:  Expansion space for up to 1,000.  At

24  present we have about 220 students that are sixth graders each

25  year -- or fifth graders each year.  Prior to this year, we

1   would have about 140 to 130 of those come up.  Last year we had

2   180.  This year we now have 200.  If that trend continues, we

3   should be over 200 in each grade level.

4           MR. WALKER:  How many students in the high school?

5           MR. LEVAR:  In the high school right now is just over

6   600.

7           THE COURT:  Those numbers -- I'm sorry to interrupt,

8   Mr. Walker.  Those numbers went too quickly for me.

9           MR. LEVAR:  I'm sorry.  So we have in the fifth grade,

10  in our public school, we have between 200 and 250 fifth grade

11  students every single year.  On average prior to the last few

12  years, we would get about 140 to 150 of those students.  The

13  rest would go to a private or charter school.  Last year we had

14  180 of those.  This year we're now getting 200 of those.  So

15  that's kind of our growth model as we're looking toward that.

16          THE COURT:  And the numbers I missed were about

17  current capacity and future capacity.

18          MR. LEVAR:  Got it.  So we have current capacity is

19  799, and the future capacity is 1,000.

20          THE COURT:  And unpack that for me on future capacity.

21  Does that mean you could --

22          MR. FASON:  The single-use spaces are designed for the

23  999, which is the cafeteria, kitchen, and media center.

24          THE COURT:  There was talk about that before about how

25  you build --

1              MR. FASON:  The things that are really hard to add

2     onto.

3              THE COURT:  Yes.

4              MR. FASON:  That's right.

5              MR. LEVAR:  Right, so then you have the ability, the

6     capacity to add more classrooms to the classroom wing in future

7     expansion that could fit up to a thousand being your limit

8     because of the size of the cafeteria, band room, those areas.

9              THE COURT:  Got it.

10             MR. FASON:  That's right.

11             THE COURT:  That's helpful.  Thank you, Mr. Walker.  I

12    interrupted you.  Take it back over.

13             MR. WALKER:  No, sir, your Honor.  Thank you.  I'm

14    finished.

15             THE COURT:  Mr. Jones?

16             MR. JONES:  I think that covers it.

17             THE COURT:  Okay.

18             MR. RICHARDSON:  For the number of classrooms and

19    things, did you follow the POR, the program of requirements from

20    the State?

21             MR. FASON:  Yes.  That's correct.

22             MR. RICHARDSON:  So that the spaces that you were

23    required to have, that's just determined by the formula for the

24    State?

25             MR. FASON:  From the State.  That's right.

1          MR. RICHARDSON:  I think we had some testimony about

2    the POR at our trial in February.

3          MR. FASON:  Yes, if you go into one of the regular

4    classrooms, the POR dictates that they're 850 square feet, and

5    these are 850 to the inch.

6          MR. WALKER:  I do have another question.  What's the

7    acreage for the middle school?

8          MR. FASON:  I do not know that off the top of my head.

9          MR. YOUNG:  I do.  Between the multipurpose building

10   and this middle school, 31 acres.

11         MR. WALKER:  That doesn't include --

12         MR. YOUNG:  I'm sorry.  That is incorrect.  48 acres.

13         MR. WALKER:  48 acres for the middle school.

14         MR. RICHARDSON:  Is that a yes?

15         MR. YOUNG:  For the middle school and for the

16   multipurpose is the way I'm reading this.

17         MR. WALKER:  I see.  Do you know what the acreage is

18   for the high school?

19         MR. YOUNG:  I do not.

20         MR. FASON:  I would check.  I believe the 48 includes

21   the high school.

22         MR. YOUNG:  Includes that?

23         MR. FASON:  I believe so.

24         MR. WALKER:  Since we're here, I'd like to know, this

25   seems to be a rather nice fieldhouse, stadium.  Is this part of

1    the middle school or the high school?

2             MR. LEVAR:  This is a high school/middle school shared

3    facility.  It is the high school's field.  The middle school

4    also plays on it.

5             MR. WALKER:  Was it built with -- in this cycle as

6    part of Robinson Middle's project?

7             MR. FASON:  No.

8             MR. LEVAR:  No, it was not part of the Robinson Middle

9    School project.  This happened prior to.

10            MR. WALKER:  When was it completed?

11            MR. LEVAR:  I'm trying to remember.

12            MR. FASON:  I wasn't a part of that project, so I

13   don't know.  It was here when we started the middle school.

14            MR. JONES:  A long time ago.

15            MR. FASON:  They did upgrades on it not too long ago.

16            MR. LEVAR:  Are we asking for the upgrade or the

17   building?  The football field has been there for many years, and

18   then three years ago was when they put turf on it.

19            MR. FASON:  Turfed it, probably.

20            MR. LEVAR:  And upgraded and repaired the track.

21            MR. FASON:  The district did that on their own.  They

22   didn't have that architectural work.

23            MR. LEVAR:  That wasn't done through them, but that

24   was about the time.

25            MR. WALKER:  You don't know what the cost of that was?

1           MR. LEVAR:  I don't know the cost of that.

2           MR. WALKER:  So that's the cost in addition to what

3   was actually spent for Robinson?

4           MR. LEVAR:  I can't answer that question.  I would

5   assume that's additional cost.

6           MR. WALKER:  Thank you.

7           THE COURT:  Anything else, Mr. Walker?

8           MR. WALKER:  No, sir.

9           THE COURT:  Okay.

10          MR. JONES:  One thing, your Honor.  I don't know if

11  we'll get a better view, but we can see from here, I guess

12  that's the last of what remains from the middle school that was

13  not torn down?

14          MR. LEVAR:  Yes, sir.

15          THE COURT:  That smaller brown brick building over

16  there?

17          MR. LEVAR:  Yes, that flooded every time it rained.

18          THE COURT:  Because of the hill.

19          MR. LEVAR:  Yes, sir.

20          THE COURT:  And did it used to extend over here or --

21          MR. LEVAR:  It did not.  There was one more ramp of

22  classrooms where you see the gravel work happening.  They had to

23  take that down to build the road.

24          MR. FASON:  If you go to the end of the corridor and

25  look out --

1          MR. LEVAR:  You can get a better view of it.

2          MR. YOUNG:  We'll get a better view of it from the

3   stairs.

4          MR. RICHARDSON:  This is the high school over here,

5   right?

6          MR. LEVAR:  Yes, sir.

7          THE COURT:  Okay.  Very good.

8          MR. RICHARDSON:  I'm going to have to leave.

9          THE COURT:  Oh.

10          MR. RICHARDSON:  And I don't know that I'll be with

11   you on the 24th.  I have a conflict there.  But since

12   Jacksonville is kind of a side issue there, I think -- I didn't

13   want to mess with everybody's day as far as scheduling things.

14       We have some updates as far as Jacksonville's facilities.

15   The Lester Elementary is finished.  They had the ribbon cutting

16   yesterday.  So I was thinking I might do an update for the Court

17   to give some pictures of the real facility.  And I think there

18   have been some adjustments at the high school, enhancements that

19   I might do an update for the Court as well, if you think that

20   would be beneficial.  I know you have some work that you're

21   doing.

22          MR. WALKER:  Inasmuch as he mentioned it, your Honor,

23   I want to point out we were excluded from that, too.  We were

24   not extended an invitation to the ribbon cutting or anything

25   along the way, and I'm surprised that they had a ribbon -- I

1    mean, I'm sure the Court's expert would like it as well.  Thank

2    you.

3              THE COURT:  First, I understand about your conflict,

4    and, of course, you're welcome if that clears or if that date

5    happens to change.  Maybe you'll be able to come.

6         Secondly, you all know as well as I that I've had the

7    facilities and staffing issues under advisement and I'm working

8    on them from time to time when I'm not doing other things, like

9    touring schools.  An update would be appreciated.  Of course I'd

10   like a response from Joshua in due course after that, and I

11   would say sooner rather than later would be good because I am

12   doing my best to go through our evidence and the testimony and

13   the exhibits that y'all provided to me and get my decision made.

14             MR. RICHARDSON:  Yes, sir.

15             THE COURT:  Okay.  Good.  All right.

16             MR. JONES:  Just for whatever import, if any, it might

17   be.  Like Mills, this new facility was built on ground that the

18   district has owned forever.  No land was purchased.  And we're

19   standing where a hill used to be.

20             THE COURT:  I recall during our status conferences the

21   discussion of the earth moving and the granite issues from the

22   other building and all of that.

23        All right.  Scott, what's our next --

24             MR. YOUNG:  Third floor.

25             THE COURT:  Okay.

1          MR. YOUNG:  Keyboarding lab up there, and then we'll

2    look at a standard classroom.

3          (3:08 p.m., Hallway:)

4          THE COURT:  It all looked like that?

5          MR. YOUNG:  It was another building like that second

6    wing where all the trucks are parked.  They had another pathway

7    that came up to this building that still stands.  I don't know

8    what you used that for.

9          MR. LEVAR:  That was a classroom setup.  And now they

10   use it for softball, baseball.  So it was a year ago that I was

11   called in from a meeting to come to water flooding to about my

12   ankle throughout the school.

13         MR. YOUNG:  I've seen the videos.  It was absolutely

14   crazy.  That water was flowing.

15         THE COURT:  I can imagine.

16         (3:09 p.m., Standard Classroom:)

17         THE COURT:  Yes, sir?

18         MR. YOUNG:  This is just a standard classroom.  Same

19   classrooms you see on the second floor and first floor, as well.

20         THE COURT:  It doesn't look like anybody's moved in.

21         MR. LEVAR:  This is actually our in-school suspension

22   room.  And the professional that worked -- the paraprofessional

23   who works there does not start until school starts because you

24   generally don't put students in in-school suspension while

25   they're not in school.

1           THE COURT:  Got it.  All right.  What's next?

2           MR. YOUNG:  We will go down and look at the

3    keyboarding lab.

4           MS. POWELL:  I have a question.  Are you going to have

5    any computers in here?

6           MR. YOUNG:  You'll see in our classrooms, there's one,

7    and then they plug the Chromebook into it.

8           MS. POWELL:  So they can continue the studies.

9           MR. LEVAR:  In in-school suspension, the students will

10   bring the Chromebooks that they have with them.

11          MS. POWELL:  Oh, will they?

12          MR. LEVAR:  Yes.  They're given work to do.

13      (3:11 p.m., Office Area:)

14          MR. LEVAR:  This office that says IT on it was

15   initially planned to be an assistant principal's office.  So

16   this would have been where we would have had our assistant

17   principals, where we were supposed to have our assistant

18   principal.

19      (3:13 p.m., Business Lab:)

20          MR. LEVAR:  This is our business keyboard lab for our

21   7th and 8th grade business and keyboarding classes.  They talked

22   about the one downstairs is utilized also for keyboarding, the

23   Project Lead the Way.  That's for our sixth grade keyboarding

24   classes.

25          P. A. ANNOUNCEMENT:  Ms. Bailey?

1           MR. LEVAR:  And that's the intercom system.

2           THE COURT:  Are the classroom rules here from the

3    teacher or is that school wide?

4           MR. LEVAR:  Those are from the teacher.

5           MR. WALKER:  Question, your Honor.  That said

6    Ms. Bailey.  Is your intercom system connected to the high

7    school?

8           MR. LEVAR:  Our intercom system is not connected to

9    the high school.  Ms. Bailey is the teacher of this class.

10   You're thinking of Caroline Bailey versus Ms. Amy Bailey.

11          MR. WALKER:  Thank you.

12          MR. LEVAR:  We make that mistake a lot.

13          MR. WALKER:  Thank you.

14          THE COURT:  Mr. Jones?

15          MR. JONES:  No, your Honor.

16          THE COURT:  Okay.  What's next?

17          MR. YOUNG:  Family and consumer science.

18       (3:15 p.m., Family and Consumer Science Room:)

19          MR. LEVAR:  Okay.  This is our family and consumer

20   science room.  Initially family and consumer science was not

21   included in the construction.  It was one of those discoveries

22   that I made about September or October.

23          This was supposed to be our second art room because we have

24   more than one art teacher.  We had to get rid of the second art

25   room here because this was the best place to turn into family

1    and consumer science because of access to water.

2            THE COURT:  And I see stoves and Vent-A-Hoods and

3    sinks and dishwashers and counter space.

4            MR. LEVAR:  Yes.

5            THE COURT:  Washing machines.  Home economics.

6            MR. LEVAR:  This is what we grew up calling home

7    economics, but now they call it family and consumer science

8    because it occurs more than just at home.

9            THE COURT:  And what happened to the other -- I lost

10   the plot on the art teacher.

11           MR. LEVAR:  We took another classroom, and I just

12   designated that as an art classroom that's here on the third

13   floor.

14           THE COURT:  One of the standard --

15           MR. LEVAR:  One of the standard classrooms, and I took

16   some of the art furniture and put in that classroom.  So it's a

17   bit smaller, but it's still the standard classroom size.  So

18   you'll see some of that art furniture in the art room, the main

19   art room that's downstairs.

20           THE COURT:  But you had to have the water.

21           MR. LEVAR:  We had to have the water, yeah.  So what

22   we used was a room that was next to the bathrooms because art

23   needs water as well, and it had sinks already built into that

24   room.  We just turned that into art.

25           THE COURT:  Got it.  Mr. Jones?  Mr. Walker?

1    Mr. Porter?

2              MR. PORTER:  Nothing.

3              MR. YOUNG:  I just need to point out I failed to show

4    you this room at Mills.  There is one of these rooms at Mills as

5    well.

6              THE COURT:  I wondered.  I didn't recall seeing it at

7    Mills.

8              MR. YOUNG:  We did not.  I absolutely overlooked that

9    and I apologize for that.

10             MR. JONES:  Can you verbally describe it or compare it

11   for the Court's benefit?

12             MR. YOUNG:  I can.  It is probably -- it's much larger

13   than this room is, and it's on the ground floor.  It was right

14   across the hall from the counseling area.  In fact, it's got two

15   entrances that go into it.

16             THE COURT:  Okay.

17             MR. YOUNG:  When you look at your architectural

18   drawings, you'll notice it there, yes, sir.

19             THE COURT:  I'll see it.  Okay.

20             MR. YOUNG:  That's my apologies.

21             MR. PORTER:  What is that room called at Mills?

22             MR. YOUNG:  The same.  Family and consumer science.

23             THE COURT:  If that's the only thing that we've missed

24   today, that will be -- we'll be doing very well.  That's okay,

25   and I'll look at the drawings.

1        MR. PORTER:  Do you know whether or not the room at

2   Mills is as fully furnished as the one here?

3        MR. YOUNG:  It's absolutely as fully furnished, yes,

4   sir.  It's actually got several other -- it's got more bays, if

5   you will, more areas.  Where this is wide open, they have kind

6   of bays that go in.

7        MR. PORTER:  Because I notice this particular room has

8   three stoves, two refrigerators, and about --

9        MR. LEVAR:  Should be three of everything.

10       MR. PORTER:  Three sets of sinks.

11       MR. YOUNG:  I don't know the exact -- yes, sir.  I

12   don't know the exact number.  I can just tell you that it's a

13   larger room.

14       MR. PORTER:  Okay.  Also you have a washer and dryer.

15       MR. YOUNG:  I'd be happy to go in there and count

16   those for you.

17       MR. PORTER:  Okay.

18       MR. LEVAR:  The washer and dryer would be required for

19   the high school or the middle school to have, so I'm sure that

20   the high school has a washer and dryer as well.  In fact, I know

21   they do because you ordered them in at similar times, in talking

22   to the coordinator.

23       MR. PORTER:  In fact, this consumer science room is

24   for the middle school versus Mills High School.

25       MR. YOUNG:  That is correct, yes, sir.

1          THE COURT:  What's next?

2          MR. YOUNG:  We're going to go back down to the ground

3    floor and we're going to go to band and choir.

4          MR. LEVAR:  And art.

5          MR. YOUNG:  And art.

6          THE COURT:  Are they all together?

7          MR. LEVAR:  They're all in the same wing.

8          THE COURT:  Okay.  Let's go.

9       (3:23 p.m., Choir Room:)

10         MR. YOUNG:  Okay.  We are in the choir room.  I have

11   no information to give you other than this is our choir room.

12         THE COURT:  Where's our principal?  Did we lose him?

13         MR. JONES:  He and John are on the elevator.

14         THE COURT:  Mr. Porter, any questions about size or

15   such?

16         MR. PORTER:  How many students can be accommodated in

17   this room?  Do you know?  I guess I can count the chairs.

18   Sorry.

19         MR. YOUNG:  At best count, I'm looking at 54.

20         THE COURT:  I wish we had our principal here.  I'd

21   like to know about the program.

22      (Principal Levar entered the room.)

23         MR. LEVAR:  We thought we were waiting for you.

24         THE COURT:  We're like errant students.  We wander

25   off.

1        MR. LEVAR:  I know Mr. Walker is still making his way

2   back.

3        THE COURT:  We're going to proceed with Mr. Porter

4   here to keep on schedule and keep moving forward.

5      What about the size of the room, number of students in the

6   choir program?

7        MR. LEVAR:  Okay.  I don't know the size of the room.

8   You'll have to count.

9        MR. FASON:  Give me a minute.

10        MR. LEVAR:  I'll let you do that.  Number of students

11   in the choir.  We have over 200 students in our choir program.

12        THE COURT:  Really?

13        MR. LEVAR:  Yes, sir.  We have two choir teachers

14   because of the number of students.  Let me step back.  We have

15   one and a half teachers because we share a choir teacher with

16   the high school.  And so that's pretty standard that we have,

17   and that's specifically in choir, not in some other kind of

18   general music course.  I'm either sixth, seventh, or eighth

19   grade and I've chosen to sing.

20        THE COURT:  Is there a tradition of strength or --

21        MR. LEVAR:  For the last six years with our current

22   choir director, he has built a program that has sustained itself

23   and continued to grow.  That's why two years ago we had to hire

24   an additional choir director to support the system.

25        THE COURT:  Those are impressive numbers.

1            MR. LEVAR:  Extremely impressive numbers.  I was blown

2    away when I found out.  When you come in and see them on the

3    stage -- because we have to use the high school auditorium

4    stage, at least we had to previously, and even with our

5    cafetorium stage, that's still an auditorium and ours is not

6    really an auditorium, but they completely fill up the entire

7    stage.

8        Our band program has grown.  It now has 150 to 160 students

9    in it.  We have 92 in our seventh and eighth grade band.

10   Actually, we're close to 200 now because we have 92 in seventh

11   and eighth grade band and we have about 90 in our sixth grade,

12   beginning band.  Just three years ago we had 12 in the high

13   school band, and the high school band keeps doubling every year

14   as we keep sending kids up to them.

15            THE COURT:  What changed?

16            MR. LEVAR:  Directors.  We had a director that turned

17   it around, and that director left and we hired another one that

18   I had actually worked with before, and he has a plan and a

19   program and it has grown significantly.  And I'm an old band

20   director, too, so I love to see the programs grow.  But they

21   were growing before I got here.

22            MR. FASON:  Sir, it's 1,200 square feet.

23            THE COURT:  Is the band room a similar size?

24            MR. FASON:  It's larger.

25            MR. LEVAR:  It's a little bit larger.

1          THE COURT:  Okay.

2          MR. LEVAR:  And we have a band that is now too big to

3    be in it.

4          THE COURT:  That's a good problem to have.

5          MR. LEVAR:  Yeah, except I'm not getting -- expanding

6    that building anytime soon.  So to make it work, we have to

7    split them into a couple of classes.

8          MR. WALKER:  May I inquire?

9          THE COURT:  Mr. Walker.

10          MR. WALKER:  Where are you keeping your band

11   equipment?

12          MR. LEVAR:  The band equipment is in the band room.

13   We can go down to the band room.

14          MR. WALKER:  Do you have a separate place for the

15   equipment?

16          MR. LEVAR:  A separate place, but it is in the band

17   room.  There is a smaller storage for some of the percussion

18   equipment that's attached.  We do not have a separate room just

19   for instruments.

20          MR. WALKER:  Was that separate room for the percussion

21   instruments something that went with the architecture?

22          MR. LEVAR:  I believe so.  That was something that was

23   part of that.  We can go in and see it.  It's a room that is

24   about 15 by 10 maybe, or 15 by 20.

25          MR. WALKER:  Do you mind if I be excused, your Honor?

1    Mr. Porter would be remaining.

2            THE COURT:  Not at all, Mr. Walker.  Thank you for

3    your attendance.

4            MR. WALKER:  Thank you for your generosity.  Thank all

5    of you.

6            THE COURT:  Certainly.

7            MR. JONES:  Send me that email.

8            MS. POWELL:  May I ask a question?

9            THE COURT:  Sure.

10           MS. POWELL:  We asked about who input into designs of

11   some of these rooms.  I notice you have a raised choir stand,

12   which would seem to be necessary for a good choir room.  Did you

13   have input into that?

14           MR. LEVAR:  When they brought all of the faculty

15   together that springtime, that was one of questions that we had

16   asked was we do want to have raised stairs.  That was the choir

17   director's statement.

18           THE COURT:  Let's look at the band room.

19           MR. JONES:  Does it have a bathtub?

20           MR. LEVAR:  It does not have a bathtub.  However, the

21   stairwell is built on top of the foundation and can be removed,

22   which is a cheaper way to build it but allows for functionality.

23   So the stairs are cement, but the foundation was poured

24   separately and then the cement was poured on top of the

25   foundation.

1            THE COURT:  What does that have to do with Mr. Jones's

2    bathtub?

3            MR. LEVAR:  I don't know.

4            MR. JONES:  I don't know.  I'm kind of lost.

5            MR. YOUNG:  At Mills there is a bathtub for washing

6    the instruments.

7            MR. LEVAR:  Oh, yes.  You do need one of those.  We'll

8    have to use a custodial closet or the kitchen one.  For the

9    larger instruments, the tubas or the sousaphones, I could tell

10   you a funny story, but --

11       (3:31 p.m., Band Room:)

12           MR. LEVAR:  Here is our band room.  The question about

13   the instrument storage, you can see the lockers for the

14   instruments that are around the band room.  And here behind you

15   is the percussion, larger equipment storage room that we were

16   discussing.

17           THE COURT:  Okay.

18           MS. POWELL:  Is this a storm shelter?

19           MR. LEVAR:  This is not a storm shelter.

20           MR. PORTER:  Do you know why it was necessary to have,

21   I guess, storage basically for the instruments?

22           MR. LEVAR:  Otherwise the instruments would be

23   destroyed really quickly.  The kids have to be able to --

24   especially when the students bring their own personal

25   instruments, they need to have a place they can lock them up,

1    especially a French horn or trombone that doesn't fit in the

2    locker.  Any band room that you've got, you need to have storage

3    equipment.

4                MR. PORTER:  So these metal cages, metal storage

5    spaces, are designed to help protect the instruments.

6                MR. LEVAR:  They are.

7                THE COURT:  It almost looks like a kennel.

8                MR. LEVAR:  It does.  In fact, we had a picture and

9    someone thought we were running a kennel at the school.  We had

10   to say, no, we're not.  It is for the different instruments.

11               THE COURT:  Okay.  Good.  What's next?

12               MR. YOUNG:  Cafeteria.

13         (3:34 p.m., Cafeteria/Auditorium:)

14               MR. LEVAR:  So this is our cafetorium.  Cafeteria/

15   auditorium.

16               MR. YOUNG:  Occupancy 600.

17               THE COURT:  Do you have a separate auditorium?

18               MR. LEVAR:  We do not.  We have to use the high

19   school's auditorium.

20               THE COURT:  Can you use it?

21               MR. LEVAR:  Yes.  That's what we've always done

22   historically, had to use the high school's auditorium since we

23   didn't have one at the old middle school either.  So we've

24   utilized that.

25               THE COURT:  Regularly?  No schedule or --

1          MR. LEVAR:  Our concerts happen and we always schedule

2     with them.  We always overflow that auditorium.  There's always

3     standing room only at our choir concerts, and band concerts are

4     getting there.  We had to split the choir concerts into three

5     separate concerts or else we won't be able to fit everybody in

6     there.

7          THE COURT:  Is that auditorium much like the one at

8     Maumelle High School or not that nice?

9          MR. LEVAR:  No, not anywhere near as nice as the one

10    at Maumelle.  It's an auditorium that would be standard in a

11    school that size that was built about 30 years ago, so you've

12    got -- you seat about -- I think they -- I know they don't seat

13    their full student body in there.  So it has to be under 600.

14    But, I mean, you've got the stage, you do have the lighting, you

15    do have what you would have in an auditorium.  It's just not

16    anywhere near the size.

17         THE COURT:  Got it.  What about this facility, your

18    new facility?  What do you want to emphasize about that?

19         MR. LEVAR:  About this?

20         THE COURT:  Yes.

21         MR. LEVAR:  Yes, so what's nice about this is, we do

22    have with the size of the stage the ability to put some of our

23    choir and band concerts here and might be able to actually hold

24    more of our audience.  But the sound is not the same.

25         THE COURT:  Right.

1          MR. LEVAR:  So we're not sure how we're going to do

2    that yet.  We're going to try it out and see if it still

3    produces an okay concert.  But, yeah, other than that, you can

4    see the tables and the seating.

5       A question was asked before about furnishing.  This was my

6    decision, how the furnishing was laid out.  It was part of the

7    discussion process in the furniture discussions with Mr. Clayton

8    that I talked to you about earlier.

9          THE COURT:  Who came up with the cool lights?

10         MR. LEVAR:  That would be an architect.

11         MR. FASON:  That's right.

12         THE COURT:  They're lovely.  What is this machine

13   that's hanging down from the ceiling?

14         MR. YOUNG:  That's a projector for the screen.

15         MR. FASON:  Projector for the screen.

16         MR. YOUNG:  They have plenty of options in here.

17      I noticed some of you looking at the TVs.  Those are menu

18   boards.  They were going to put menu boards in here and they

19   were quite expensive, and so at that time they said, well, is

20   there anything you can do for us?  And I said, sure, we can do

21   TVs and we can throw a Chromebit on the side of them and you can

22   display your menus at a much cheaper price.  So the way this

23   cafeteria laid out, all of your TVs wound up on one wall.

24      You'll notice there's five there and there's two on the

25   back side, and at Mills, we were actually able to spread them

1  out.  So I don't know if everyone noticed, but there were seven

2  TVs in that cafeteria as well.

3      So there's plenty of options for students to be able to do

4  breakouts and utilize those, and these menu boards become

5  multiuse.  During breakfast and lunch hours, they have menus,

6  but in the afternoon, if somebody needs to cast something to

7  these TVs, they're able to.

8          THE COURT:  What about the food service?  Cafeteria

9  style, buffet, some kind of combination?

10         MR. LEVAR:  It's going to be a cafeteria style.  They

11 come in -- they come in and you have the ability for a hot meal

12 or a salad bar.  There are two lines that allow for that.  And

13 then we have the ability to have three other lines that could be

14 an à la carte.  Do you want to take a look at some of that?

15         THE COURT:  Sure.

16         MR. PORTER:  I had a couple of questions, your Honor,

17 if I can.

18         THE COURT:  Sure.

19         MR. PORTER:  You indicated you had a great deal of

20 input as far as in the furnishing?

21         MR. LEVAR:  Yes, the types of tables and chairs that

22 we had, yes, sir.

23         MR. PORTER:  How did that come about?

24         MR. LEVAR:  That was all part of the furniture

25 discussion for all of the chairs and desks where when it was

1   time in, again, September, October of last year, they pulled

2   Mr. Clayton, they pulled me in, and we started going over and

3   meeting with Verco furniture and tried to determine what

4   furniture we put in each of the room.

5           MR. PORTER:  When you say "we," the architect met with

6   you?

7           MR. LEVAR:  The furniture is not through the

8   architect.  That was actually the district, who said this is how

9   we're going to go through the furniture process.  And as a

10  district team, we met and decided to go with Verco and met with

11  the Verco team.

12          MR. PORTER:  How many lunch periods did you have?

13          MR. LEVAR:  I'm having two lunch periods.

14          MR. PORTER:  And the capacity of this cafeteria?

15          MR. LEVAR:  It seats 600.

16          MR. PORTER:  600.  Thank you.

17          THE COURT:  Thank you.  Mr. Jones, anything?

18          MR. JONES:  No.

19          THE COURT:  Okay.

20      (3:45 p.m., Competition Gymnasium:)

21          MR. YOUNG:  This is the competition gym, and let me

22  find my numbers here so that I don't lie to you all.  It will

23  hold 2,323 people.  The auxiliary gym is downstairs on the other

24  side.  We will make our way down.

25          MR. LEVAR:  The court size is a large middle school --

1    largest middle school, smallest high school size court.  So to

2    give a comparison, the high school's court has ten extra feet in

3    length.

4             THE COURT:  Why so much seating?  That seems large.

5             MR. LEVAR:  I'm not the one that can answer that.  I

6    wish I could give you an answer to that one.  With the capacity

7    of potentially a thousand students, if you do any large event

8    which would involve their families, you know, two parents, a

9    thousand students gives you over 2,000.  But I don't know where

10   those numbers come from, if that's a POR thing.  Is that a POR?

11            THE COURT:  I wonder if this is like the cafeteria,

12   one of those things that you have to build big to begin with?

13            MR. FASON:  That's exactly right.  This was one of the

14   single-purpose spaces that was oversized, over a thousand

15   student population.

16            THE COURT:  Single purpose.  Thank you.

17       Mr. Porter?

18            MR. PORTER:  I have no questions.

19            THE COURT:  Mr. Jones?

20            MR. JONES:  I'd just point out that they had to go

21   down to parquet for this court, whereas at Mills it's solid

22   maple.

23            MR. FASON:  That was one of the cost savings.

24            MR. LEVAR:  So, in other words, to describe the

25   difference, the parquet, where you have all the little pieces,

1   versus the solid strip that goes down.  That's more expensive of

2   a court and much more durable.

3           THE COURT:  All right.  Let's make our way to the

4   auxiliary.

5           MR. YOUNG:  Let's do it.

6       (3:49 p.m., Auxiliary Gymnasium:)

7           MR. LEVAR:  This is our auxiliary gym and also our

8   storm shelter.

9       This is our volleyball team.  This is both seventh and

10  eighth grade.  Football team has similar numbers of people

11  involved in it.

12          THE COURT:  Okay.

13      (3:50 p.m., Locker Room:)

14          MR. LEVAR:  These are the lockers for PE.  So here we

15  have girls' PE and for girls' athletics.  We have similar

16  lockers on the other side for boys, although the boys' athletics

17  doesn't have as many lockers in it as the girls' athletics does.

18          THE COURT:  Why?

19          MR. LEVAR:  They also have access with football and

20  stuff to the multipurpose facility, the indoor field, and so

21  there's no need to have quite as many for what they do in here,

22  whereas the girls do volleyball in here as well.

23          THE COURT:  Okay.

24          MR. LEVAR:  They have access to this facility.  The

25  basketball arena has approximately four separate dressing rooms.

1   It has two PE and two athletics, so yes.  If we want to take a

2   look in for the girls'?

3            THE COURT:  Compared to the boys', slightly less than

4   that?

5            MR. LEVAR:  The floor space cuts off about right here.

6   You're not going to have quite as much floor space in the boys'.

7            THE COURT:  Again because they've got access to the

8   multipurpose building and the facilities there.

9            MR. LEVAR:  Right.

10           THE COURT:  Questions?

11           MR. PORTER:  No, your Honor.

12           MR. JONES:  The auxiliary gym has no seating, right?

13           MR. LEVAR:  The auxiliary gym has no seating.

14      (3:56 p.m., Weight and Conditioning Room:)

15           MR. LEVAR:  This is our weight and conditioning room.

16  This is the multipurpose practice facility that's utilized by

17  both the middle school and the high school.  So we have a lot of

18  our athletics and sports classes come in here and use it for the

19  middle school.

20           MR. PORTER:  Do you know the square footage of the

21  weight room and stuff?

22           MR. LEVAR:  There's no tiles to count.

23           MR. YOUNG:  I have the square footage of the entire

24  multipurpose building, and that's 64,845.  But I do not have

25  anything for just this particular weight room.

1            MR. PORTER:  Now, the exterior of this building is

2   brick.  Correct?

3            MR. LEVAR:  The exterior of the front part of the

4   building is brick.

5            MR. PORTER:  And the back part is --

6            MR. FASON:  The metal, metal building.

7            MR. PORTER:  Like a prefabricated building.  I would

8   say probably the size of this weight room, if I had to guess,

9   maybe 15,000 square feet?

10            MR. FASON:  No.

11            MR. PORTER:  Not quite that big?  Okay.

12            MR. JONES:  No, that would be a great big house.

13   We'll get it to you.

14            MR. LEVAR:  64,000 includes --

15            MR. FASON:  That includes the unused space upstairs.

16   That's correct.

17            MR. YOUNG:  I am glad you pointed that out.  I didn't

18   think about that.

19            THE COURT:  There's unused space upstairs?

20            MR. LEVAR:  There's unfinished space upstairs, so we

21   can't use it.

22            MS. POWELL:  Excuse me.  When I went up there -- why

23   can't you use it?  There was somebody meeting up there the day I

24   went up there.

25            MR. LEVAR:  We cannot use it as an official purpose,

1   assign a class or an event or something of that type.  But if

2   you have people that can get up the stairs, you can have a quick

3   meeting and come back down.  But because of ADA capabilities and

4   because it's not a completely finished facility, we can't

5   organize and say this is where our class is going to be or where

6   another event is going to be as a regular basis.

7              MS. POWELL:  Are you going to finish it?

8              MR. LEVAR:  I don't know the answer to that question.

9        The question is, are we going to finish it.

10             DR. MCNULTY:  Right now that would not be within our

11  plans in the future.

12             DR. WARREN:  Right now it includes plans to feed the

13  team before the game.

14             MR. LEVAR:  They do.

15             MR. PORTER:  Are there certain times that the junior

16  high would be able to use this facility versus the high school?

17             MR. LEVAR:  So we have our fourth period class and our

18  sixth period class, they specifically come in because that's

19  when our athletics teams come in and utilize that, and that's

20  our base athletics.  And then also our fifth period class for

21  our girls' sports, when it's cross country or track season, they

22  can come in and utilize this as well as the track and football

23  field outside, depending on weather.

24             THE COURT:  And then the other times, the high school

25  has priority?

1           MR. LEVAR:  The other time the high school has

2    classes.  The high school has two or three periods they come and

3    make use of it as well.  We've also done events in here as a

4    school.  So we do work together on what happens in the building.

5           THE COURT:  Good.  What else can you show us in this

6    facility?

7           MR. LEVAR:  This is our indoor practice facility.  The

8    field goes from the 40-yard line to the end zone in size.

9           THE COURT:  60 by 60 yards, roughly like the one at

10   Mills?

11          MR. FASON:  That's correct.

12          THE COURT:  When was this facility built?

13          MR. LEVAR:  This facility --

14          MR. YOUNG:  Opened in August, same as Mills.  They

15   both opened in August.

16          THE COURT:  Okay.

17          MR. YOUNG:  One year ago.

18          THE COURT:  I'm sorry?

19          MR. YOUNG:  One year ago.

20          THE COURT:  Yeah.

21          MR. JONES:  What level team is this?

22          MR. LEVAR:  This is my seventh grade football team.

23          MR. PORTER:  I noticed that the interior of this

24   practice field is brick, whereas over in Mills, it's the

25   prefabricated metal building, I guess, whereas the interior of

1    this is a brick-type --

2             MR. JONES:  Concrete block.

3             MR. PORTER:  Concrete block, yes.

4             THE COURT:  Part way up.

5             MR. PORTER:  Part way up.

6             MR. JONES:  All these kids are seventh graders?

7             MR. LEVAR:  I'm looking at it.  I think the ones

8    dressed out are my eighth graders.  I couldn't see them with the

9    helmets on.

10            THE COURT:  Anything else here?

11            MR. LEVAR:  If we want to go see the team --

12            MS. POWELL:  Is this a little bit larger than most?

13            MR. LEVAR:  That's a question someone else asked, and

14   I don't know the Mills size.

15            MS. POWELL:  Three bays here, two at Mills.

16            MR. YOUNG:  The physical field I believe is the same

17   size, but as far as what you're saying about the bays, yes, you

18   are correct.

19       Do we want to look at the coaches' office?

20            THE COURT:  Yes.

21       (4:03 p.m., outside Robinson Training Center Meeting Room:)

22            THE COURT:  Is that it?

23            MR. YOUNG:  I'll take you and show you the coaches'

24   offices.

25            MR. PORTER:  Do you know the capacity of the team

1   meeting room?

2              MR. YOUNG:  I do.  93.

3              MR. LEVAR:  You'll also notice some of the doors that

4   have wraps on them, those were paid for by the booster

5   organization.

6              THE COURT:  The logo?

7              MR. LEVAR:  The logos and things.  They wrapped the

8   door completely.

9              MR. JONES:  Is that the wrapping you were talking

10  about, or is that something else?

11             MS. POWELL:  Joshua talked about the wrapping.

12             THE COURT:  I feel like we're distracting the team, so

13  let's move.

14       (4:06 p.m., Training Center Coaches' Area:)

15             MR. YOUNG:  If you wanted to look in, this is the

16  coaches' office.

17             THE COURT:  Good.

18       (4:06 p.m., Training Facility:)

19             THE COURT:  Everybody up here.

20       Anything else?

21             MR. LEVAR:  I think we've seen it.

22             MR. JONES:  I'm finished.

23             MR. LEVAR:  Do you want to see the unfinished space

24  upstairs?  It's just a big space, a big open area.

25             THE COURT:  Sure.  If anybody wants to go up and look

1   at the unfinished space, do that, and then we'll circle up here

2   back in the lobby.

3       The court reporter doesn't need to go up the stairs.

4       (Continuing in the Training Facility entry area at

5   4:08 p.m.:)

6           THE COURT:  Mr. Jones, you are our host, our gracious

7   host, and the Court much appreciates that.  Is there anything

8   else that you would like to say as we finish up for the day?

9           MR. JONES:  I think not here.  In terms of the future,

10  four schools on September 24 is going to be a challenge.  We'll

11  try to think that through and try to come up with something

12  that's efficient, but with kids in the school, it will be a very

13  long day.  Sylvan Hills -- help me, Dr. Warren -- is not as

14  compact as the schools we went through today.

15          DR. WARREN:  Right, the high school.  So when we tour

16  Sylvan Hills, are we thinking the new part, the renovated part,

17  or the whole school?  That's the question.  Are we --

18          MR. YOUNG:  Because what you're going to see is very

19  much under construction, but if you go into the current high

20  school, that is very spread out.  That's a --

21          DR. WARREN:  It's huge.

22          MR. YOUNG:  It's several buildings.

23          MR. JONES:  So we'll acquaint the Court as best we can

24  with the challenges that day will present, including traffic,

25  because we'll also be dealing with school traffic and class

1    turnouts, and at least at one of the schools, we'll be there at

2    the end of the day.  So I'm sure they'll be buses.

3        As for today, it's our intention to provide anyone who

4    wants it with a complete set of specifications covering things

5    for all the schools we toured, such as square footage.  We'll

6    try to get everybody who doesn't already have one the same set

7    of floor plans that we provided to the Court.

8        Any other objective kind of information anyone needs, just

9    call me.

10            MR. PORTER:  Are we going to get those plans?

11            MR. JONES:  Y'all have got a set.  You've got a set.

12            MS. SPRINGER:  He needs a set.

13            MR. JONES:  We'll have to make some more.  I gave up

14   my last one today.

15            MR. PORTER:  We'll need another set.

16            MR. JONES:  Beyond that, I can't think of anything.  I

17   appreciate everybody participating.

18            MS. POWELL:  Thank you.

19            MR. PORTER:  Thank you.

20            THE COURT:  Mr. Porter, would you like to say anything

21   of record?

22            MR. PORTER:  No, your Honor.  I think I've said

23   enough.

24            THE COURT:  I don't know that I agree with that, but

25   it's your judgment, of course.

1      First of all, I appreciate the district's hospitality very

2    much and it's been helpful to me to see all of this, even just

3    to travel the distance between the schools and get a sense of

4    the size of the district, but also to be on the campuses and get

5    a sense of that as well.  I'm glad the lawyers encouraged me to

6    do this.  It will help the Court as we go down the line.

7      It has been a good day and I've seen a lot.  I don't

8    know -- if forced to make a decision today, I do not know -- I

9    don't think we could do the tour that's planned at the end of

10   September with students present and the number of schools that

11   we're going to and the number of people that are involved.  So,

12   Mr. Jones, I appreciate you giving thought to that.

13     Mr. Porter, I'd ask you and Mr. Walker to give thought to

14   that.  I'm going to do so as well.

15     But I'm inclined for us to look for another day soon,

16   sooner rather than later, when the students are not present.  It

17   might be on a weekend.  It might be on a federal holiday.  Maybe

18   I could convince my colleagues that help me do my job to work

19   even though it's a holiday.  I bet I could.  And probably with a

20   smaller group, too.  So I'm going to be thinking about all of

21   those things.

22     I don't like quick deadlines, but I need to make a decision

23   about whether we're going forward on the 24th -- is that the

24   date, Sherri?

25           THE COURTROOM DEPUTY:  I believe so.

1           THE COURT:  Or not.  So I would --

2           OUT-OF-SIGHT MALE STUDENT VOICE:  Hurry up!

3           THE COURT:  That's what I need to do.

4      So today is a Thursday.  If y'all want to be heard on the

5  rescheduling issue, please file something by a week from today,

6  and I will promptly decide whether to go with my inclination of

7  putting it off a bit or whether to keep it on.

8           MR. JONES:  And I would simply add that other than

9  September 10, the next days that are consecutive days without

10  students are November 1 and 2.  Correct?

11          DR. WARREN:  Yes.

12          THE COURT:  Unless we went on a weekend.

13          MR. JONES:  Unless we went on a weekend.

14          THE COURT:  Yes.  So that's a bit further out than I

15  would like, but here is my concern, counsel, and perhaps it's

16  idiosyncratic.  Maybe y'all experienced it as well.  But when

17  other things are going on around us, I have difficulty keeping

18  up with what's being said and focusing on the facilities, the

19  questions that counsel are asking, the good answers that our

20  school folks, like our principal here at Robinson Middle, are

21  giving.  Plus we've just -- the traffic issue, traffic within

22  the schools, not to mention traffic on the roads, getting

23  between the various places.  I'm just not sure we can pull it

24  off on a day with students.

25          MR. JONES:  I have substantial doubt.

1          THE COURT:  Sir?

2          MR. JONES:  I have substantial doubt.

3          MR. PORTER:  Your Honor, just for the record,

4    September 24, week of, I'm in a jury trial case anyway, so --

5          THE COURT:  So you don't like that date either.

6          MR. PORTER:  I would have to check with Mr. Walker,

7    but --

8          THE COURT:  I know Mr. Jones's inclination.  I would

9    like to hear Mr. Walker's inclination before I decide, but I

10   really would like to make a decision on this sooner rather than

11   later on the timing issue.

12         MR. PORTER:  Yes, sir.

13         THE COURT:  But I'm inclined to -- it's important and

14   it's important that we do it right more so than we do it right

15   now.  And so I'm inclined to shift into November or some other

16   date where we don't have students.

17         MR. JONES:  The good thing, if you will, about

18   November 1 and 2, we won't even have teachers in the building.

19   Correct?

20         DR. WARREN:  Yes, we will.  All of them don't go to

21   the AEA meeting.

22         THE COURT:  I have a challenge in the nature of a jury

23   trial in Jonesboro --

24         MR. JONES:  That's a challenge.

25         THE COURT:  -- on November 1 and 2, but maybe I can

1    work something out and start a day late or something like that.

2    We'll see.  Let me hear sooner rather than later.  And, again, I

3    thank everybody for their time.

4             MR. JONES:  All right.  Everybody drive safely.

5             THE COURT:  All right.  We're in recess.

6        (Proceedings adjourned at 4:16 p.m.)

7                    REPORTER'S CERTIFICATE

8        I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.

9

10

11                              Date:  August 31, 2018
     /s/ Christa R. Jacimore, RDR, CRR, CCR
12        United States Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25