IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                    PLAINTIFFS

v.                          No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT,** *et al.*                           DEFENDANTS

**LORENE JOSHUA, TIFFANY ELLIS,** *et al.*                   INTERVENORS

## ORDER

Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for September 24th hearing. And any attending member of the media may bring a tape recorder. The use of any tape recording, however, shall be limited by and subject to attached Local Rule 83.2(d).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2018

# LOCAL RULE 83.2
# PHOTOGRAPHING, BROADCASTING, TELEVISING, AND
# RECORDING IN COURTROOM AND ENVIRONS

(a) The taking of photographs, the recording by any means other than the official court reporter or the radio or television broadcasting (or making of audio or video tapes) in any courtroom or its environs, utilized by either United States District Court in Arkansas during the progress of or in connection with any judicial proceedings, including proceedings before a United States Magistrate Judge, is PROHIBITED, except as hereinafter provided, and regardless whether such hearing or proceeding takes place on public or private property or in the office or chambers of a judge or magistrate judge or otherwise.

(b) The taking of photographs, still or motion pictures, and audio and video tapes, of ceremonies and interviews, including administration of oaths of applicants for citizenship and to executive and judicial officers, may be permitted with leave of the Court or the officer in charge thereof; provided that the ceremonies and interviews are not connected with any judicial proceedings. "Judicial proceedings", as used herein, shall include all judicial proceedings, whether civil or criminal, and whether pending, on appeal, or terminated.

(c) "Environs", as used in this Rule, shall include the part of any Federal Building with the District set apart for the United States District Court and its facilities, including chambers of the Court, other facilities of court officials and adjacent hallways.

(d) Exception for Media Representatives to make Audio Tapes. Duly identified and authorized representatives of the print, radio, and television media may unobtrusively make audio tapes during trials and hearings in open court solely for the purpose of assuring the accuracy of reports. The only official record of such proceedings shall continue to be that made by the official court reporter and the Clerk in accordance with law. Proper prior arrangements for the making of such audio tape recordings shall be made where necessary to avoid any interruption or interference with such proceedings. Audio tape recordings made pursuant to this exception may not be broadcast or rebroadcast to the public, transferred or sold, or used as such for commercial purposes.

Adopted and effective May 1, 1980
Subparagraph (d) adopted and effective September 1, 1986