# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | | PLAINTIFFS |
| v. | No. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT, *et al.* | | DEFENDANTS |
| LORENE JOSHUA, TIFFANY ELLIS, *et al.* | | INTERVENORS |

## ORDER

The Court regrets its delay in ruling after our February trial on facilities and staffing issues at JNPSD. The Court is working on its decision. The parties have gotten tangled up in JNPSD's recent request to supplement the record with newly available information about hiring for the 2018-2019 school year, as well as some facilities updates. The existing record is voluminous and more than adequate on the disputed issues. While more information might be helpful, delaying a ruling further, to get the parties untangled, is unnecessary. Therefore, the Court will finish and file its decision based on the existing record. The motion to supplement, the motion for order, and the amended motion for order, № 5431, 5437 & 5438, are denied.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 September 2018