# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| v.      No. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, TIFFANY ELLIS, *et al.* | INTERVENORS |

## ORDER

**1.** The parties should block off the entire month of July 2020 for a series of unitary status hearings. Joint or several reports on a proposed schedule for the run-up to those hearings due by 2 November 2018.

**2.** For the reasons stated on the record at the 24 September 2018 hearing, the motion for facilities relief, № 5406, is partly granted and partly denied without prejudice. PCSSD must file a facilities report by 1 December 2018 and every sixty days thereafter.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 September 2018