# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                          PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*                                DEFENDANTS

LORENE JOSHUA, TIFFANY ELLIS, *et al.*                          INTERVENORS

## ORDER

The Court appreciates the parties' joint report, № 5451, and adopts the proposed deadlines. Discovery on Morgan's suitability as a sub-class representative must be completed by 30 November 2018. Any objections are due by 14 December 2018; and any response to those objections is due by 4 January 2019. If there are no objections, then the Court would appreciate an agreed motion demonstrating that Morgan is qualified to serve by 14 December 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2018