IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT, *et al.* | DEFENDANTS |
| LORENE JOSHUA, TIFFANY ELLIS, *et al.* | INTERVENORS |

ORDER

The Court appreciates counsel's letter about the construction at Sylvan Hills High School. № 5452. In the circumstances, it's better to avoid taking the group through an active construction site. If possible, we can observe the site from the perimeter. Photos of the construction area might also be helpful. And if informative drawings or other plans are available, the Court would appreciate PCSSD's providing those to opposing counsel and the Court before the tour, too. They should be filed under seal.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 October 2018