IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


LITTLE ROCK SCHOOL DISTRICT, *et al.*          PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*          DEFENDANTS

LORENE JOSHUA, TIFFANY ELLIS, *et al.*          INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for September 2018, № 5446, and authorizes payment. The Court attaches Ms. Powell's bill for October 2018. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_31 October 2018_

October 31, 2018

19 Hoggards Ridge
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for October 2018

Your Honor:

Per your Order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD'S implementation of areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $900.00; the total for JNPSD is $600.00. The total reimbursement request is $1500.00.

**PCSSD**
*October 2 - Monthly Status Meeting - 2 hours ($300)
October 8 - Interdepartmental Meeting - Plan 2000 update -1 hour ($300)
*October 24 - Joint Meeting (Parties/Court Expert/ADE) - Compliance Section M/Achievement - 2 hours ($300)

**PCSSD TOTAL $900.00**

**JNPSD**
*October 2 - Monthly Status Meeting -2 hours ($300)
* October 24 - Joint Meeting (Parties/Court Expert/ADE) - Compliance Section M/Achievement- 2 hours ($300)

**JNPSD TOTAL $600.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

Margie L. Powell

Margie L. Powell
Court Expert