# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*     **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT,** *et al.*     **DEFENDANTS**

**LORENE JOSHUA, TIFFANY ELLIS,** *et al.*     **INTERVENORS**

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for October 2018, № 5459, and authorizes payment. The Court attaches Ms. Powell's bill for November and December 2018 and January 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2019

January 30, 2019

15401 Chenal Pkwy
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Fees for November, December 2018; January 2019

Your Honor:

Per your Order of November 3, 2016, I am submitting my request for reimbursement for my activities related to PCSSD's and JNPSD's implementation of areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $2550.00. The total for the JNPSD is $750.00. The total reimbursement request is $3300.00.

I apologize to the Court and to the parties for my delay in submitting my fee request, but I have moved twice since November and have just recently put my files in order.

**PCSSD**
November 1 - School tours (College Station/Harris Elementary) (Mills MS/Sylvan Hills HS) 5 hours ($1500)
* November 28 - Monthly Status Meeting - 2 hours ($300)
December 17 - Steering Committee Meeting (Achievement/Facilities) - 1 hour ($300)
*December 18 - Monthly Status Meeting - 2 hours ($300)
*January 23, 2019 - Monthly Status Meeting - 1 hour ($150)
**PCSSD TOTAL $2550.00**

**JNPSD**
*November 28 - Monthly Status Meeting - 2 hours ($300)
*December 18 - Monthly Status Meeting - 2 hours ($300)
*January 23, 2019 - Monthly Status Meeting - 1 hour ($150)
**JNPSD TOTAL $750**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell, Court Expert