# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*　　　DEFENDANTS

LORENE JOSHUA, TIFFANY ELLIS, *et al.*　　　INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for November and December 2018 and January 2019, № 5494, and authorizes payment. The Court attaches Ms. Powell's bill for February and March 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 April 2019

April 4, 2019

15401 Chenal Pkwy
Apt 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for February, March 2019

Your Honor:

Per your Order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $3300.00. The total for the JNPSD is $300.00. The total reimbursement request is $3600.00.

**PCSSD**
February 20 - Steering Committee Meeting - 2 hours ($600)
March 1 - Handbook Committee Meeting - 3 hours ($900)
*March 1 - Monthly Status Meeting - 2 hours ($300)
March 11 - Handbook Committee Meeting - 4 hours ($1200)
March 14 - Steering Committee Meeting - 1 hour ($300)
**PCSSD TOTAL $3300.00**

**JNPSD**
*March 1 - Monthly Status Meeting - 2 hours ($300)
**JNPSD TOTAL $300.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell, Court Expert