IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*  **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT,** *et al.*  **DEFENDANTS**

**LORENE JOSHUA, TIFFANY ELLIS,** *et al.*  **INTERVENORS**

## ORDER

The Court needs to address three matters related to the Pulaski County Special School District.

First, PCSSD has been faithfully filing a report every other month about facilities issues. *№ 5474, 5493, 5495 & 5498.* The Court appreciates those reports and has read them with interest. Please keep filing them.

Second, Intervenors have nominated Emily McClendon, Tamara Eackles, and Valerie Stallings as new sub-class representatives for the non-white students who attend PCSSD and the adults who take care of them. The District does not oppose their substitution for Lorene Joshua and others once similarly situated. McClendon, Eackles, and Stallings are qualified and willing to serve. All are engaged parents, involved with their children at various PCSSD schools on academic

achievement and discipline issues, and familiar with the facilities. They will be adequate sub-class representatives on the remaining PCSSD-related issues. FED. R. CIV. P. 23(a)(4); *Rattray v. Woodbury County, Iowa*, 614 F.3d 831, 835 (8th Cir. 2010). The unopposed motion, № 5468, is granted: Emily McClendon, Tamara Eackles, and Valerie Stallings are substituted for Lorene Joshua and all other intervenor plaintiffs (except Tiffany Ellis) currently named on the docket sheet.

Third, the Court notes the comprehensive report about the Dr. Charles W. Donaldson Scholars Academy's activities between 2014 and 2019. It is appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2019