IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*          PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*          DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, and TIFFANY ELLIS     INTERVENORS

ORDER

Pulaski County Special School District and Jacksonville/North Pulaski School District remain under the Court's supervision in discipline, student achievement, and monitoring. PCSSD also remains under supervision on facilities, while JNPSD has some more ground to cover on § L(3) staffing incentives.* Last year, the Court scheduled a trial for July 2020 on all those areas and requested the parties' thoughts on a pretrial schedule. № 5444. Their joint report, № 5464, is helpful.

---

* JNPSD also remains under supervision as it implements its modified 2018 master facilities plan, but those matters were tried and decided last year.

The Court will adopt the parties' proposal with these key changes. The Intervenors are correct: there's no need for dispositive motions; we're going to have a trial to see where each District stands. We do need a notice from each District outlining why it believes it is, will be, or is not unitary in each remaining area, to provide a roadmap for discovery; and we need pretrial motions for unitary status, to provide a roadmap for trial. The motion briefing will take the place of trial briefs. As the Intervenors request, the Court will delay the start of the trial until mid-July, which will result in spillover into August, but that will be fine. On trial architecture, the Court requests the parties to plan for five mini-trials: several days of area-specific proof; a day or two break; then on to the next area, until we cover them all. This is an ambitious schedule. But with preparation, planning, and focus, we can do it.

To assist the Court and the parties, the Court requests that Ms. Powell prepare a series of summary reports: one report covering each area that will be tried, with a section for each District for those areas where both PCSSD and JNPSD remain under supervision. These reports should build on Ms. Powell's prior expert reports and ODM reports; there is no need to re-plow that ground. The Court leaves the order of preparation and the delivery dates to Ms. Powell's best judgment. But the Court requests that she complete all her summary

reports by 31 January 2020. Ms. Powell should provide each report to the Court and the parties. The Court will file them.

A Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2019