# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*               PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCOOL DISTRICT, *et al.*                    DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, and TIFFANY ELLIS                INTERVENORS

## ORDER

Margie Powell's appointment as the Court's expert is set to expire on 1 August 2019. № 5413. Her work during the last twelve months has been helpful to the Court and for the case as a whole; and it will be particularly valuable as the Court and the parties prepare for next summer's trial. The Court therefore intends to extend her appointment eighteen months—from 1 August 2019 until 1 February 2021—on the existing terms, unless she declines to serve or a party objects. The Court requests Ms. Powell to file a paper with the Clerk by 26 July 2019 indicating her preference. Any objection is due by the same date.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2019