IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCOOL DISTRICT, *et al.* | DEFENDANTS |
| EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, and TIFFANY ELLIS | INTERVENORS |

ORDER

Having received no objections, the Court approves Ms. Powell's invoice for February and March 2019, № 5496, and authorizes payment. The Court attaches Ms. Powell's bill for the second quarter of 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019

July 19, 2019

15401 Chenal Pkwy
Apt 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for April through June 2019

Your Honor: Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $450.00. The total for JNPSD is $150.00. The total reimbursement request is $600.00. I was on vacation at the time of the May meeting. Because of numerous scheduling conflicts, the parties could not hold the June meeting until the first week of July. The July meeting is scheduled for later this month.

**PCSSD**
April 19 - Attended Donaldson Scholarship Program Evaluation dissertation at the University of Arkansas, Little Rock - 1 hour ($300)
* April 24 - Monthly Status Meeting - 1 hour ($150)
**PCSSD TOTAL $450.00**

**JNPSD**
*April 24 - Monthly Status Meeting - 1 hour ($150)
**JNPSD TOTAL $150.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert