# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      **PLAINTIFFS**

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*      **DEFENDANTS**

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN      **INTERVENORS**

## ORDER

Ms. Powell is willing to continue serving as the Court's expert, and no party has objected. № 5504 & № 5505. The Court therefore extends her appointment until 1 February 2021 on the existing terms.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 July 2019