# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                        DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                         INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for the second quarter of 2019, № 5506, and authorizes payment. The Court attaches Ms. Powell's bill for July and August 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

4 September 2019

September 2, 2019

15401 Chenal Pkwy
Apt 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United State District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for July/August 2019

Your Honor,

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $300.00. The total for JNPSD is $600.00. The total reimbursement request is $900.00.

**PCSSD**
*July 20 - Monthly Status Meeting - 1 hour ($150)
*August 29- Monthly Status Meeting - 1 hour ($150)
**PCSSD TOTAL $300.00**

**JNPSD**
*July 20 - Monthly Status Meeting - 1 hour ($150)
*August 29 - Monthly Status Meeting - 1 hour ($150)
August 29 - Tour new Titan Learning Center (ALE) - 1 hour ($300)
**JNPSD TOTAL $600.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

Margie L. Powell
Court Expert