# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |

## No. 4:82-cv-866-DPM

| | |
|---|---|
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT,** *et al.* | **DEFENDANTS** |
| **EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN** | **INTERVENORS** |

## ORDER

Pursuant to the scheduling order, № 5503, the Court converts JNPSD's motion, № 5534, to a notice about unitary status. The Court directs the Clerk to update the docket accordingly. Intervenors' responses to the Districts' notices are due by 22 November 2019. № 5526.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019