# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*           **PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT,** *et al.*           **DEFENDANTS**

**EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN**           **INTERVENORS**

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for September 2019, № 5527, and authorizes payment. The Court attaches Ms. Powell's bill for October 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034. The Court thanks Ms. Powell for discounting her fees for the status reports.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2019

November 5, 2019

15401 Chenal Pkwy
Apt 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for October 2019

Your Honor,

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that remain under Court supervision. As noted in my letter of October 1, 2019, I am discounting my rates for the preparation of the court ordered status reports. An asterisk at the beginning of an entry denotes fees that have been divided between the two districts. Fees for PCSSD total $2950.00. The total for JNPSD is $3550.00. The total reimbursement request is $6500.00.

**PCSSD**
October 3 - Meeting: Implementing Restorative Justice Program - 2 hours ($600)
October 13 - Visit Center of Innovation (ALE) - 1 hour ($300)
October 14 - Meeting with Director of Pupil Services - 1 hour ($300)
October 15 - Develop/Prepare status report (Discipline) - 5 hours - **($1300)
*October 25 - Monthly Status Meeting ($150)
October 30 - Meeting-Achievement - 1 hour ($300)
**PCSSD TOTAL $2950.00**
**Reflects discount

**JNPSD**
October 22 - Meeting with Director of Federal Programs/Student Services - 3 hours ($900)
October 24,25,29 - Develop/Prepare status report (Discipline) - 9 hours - **($2500)
*October 25 - Monthly Status Meeting - ($150)
**JNPSD TOTAL $3550.00**
**Reflects discount

Please contact me if you have any questions or concerns related to this report.

Sincerely,

Margie L. Powell
Court Expert