# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*　　　　**PLAINTIFFS**

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT, JACKSONVILLE/NORTH**
**PULASKI SCHOOL DISTRICT,** *et al.*　　　　**DEFENDANTS**

**EMILY McCLENDON, TAMARA EACKLES,**
**VALERIE STALLINGS, TIFFANY ELLIS,**
**and LINDA MORGAN**　　　　**INTERVENORS**

## ORDER

1. The Court has received PCSSD's and JNPSD's notices of unitary status, plus the Intervenors' response to each. The issues are well joined. The Court also notes Ms. Powell's reports, which are appreciated.

2. It is clear to the Court that Mr. Porter has assumed the role of Intervenors' lead counsel.

3. The Court notes the status conference scheduled for December 11th. There does not seem to be a pressing need to have the hearing at this point, though. It is continued to 15 April 2020 at 2:00 p.m.

**4.** In the meantime, the parties should push forward with discovery. The Court would appreciate receiving a joint status report with a summary of the parties' plan for written discovery and depositions. Please cover this ground in the 6 December 2019 report. The Court needs to, and will, focus on the pending motion for reconsideration about fees and the various objections on facilities issues.

**5.** The Court also needs to adjust the Final Scheduling Order slightly. The Eighth Circuit Bench and Bar Conference has been set for the first week in August 2020 in Omaha. The Court has obligations at that gathering. The Court therefore amends № 5503: If needed, the last week of trial will be 10 August 2020 to 14 August 2020.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2019