# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for October 2019, № 5541, and authorizes payment. The Court attaches Ms. Powell's bill for November 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034. The Court thanks Ms. Powell for discounting her fees for the status reports.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019

December 2, 2019

15401 Chenal Pkwy
Apt 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for November 2019

Your Honor,

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that remain under Court supervision. As noted in my letter of October 1, 2019, I am discounting my rates for the preparation of the court-ordered status reports. An asterisk at the beginning of an entry denotes fees that have been divided between the two districts. Fees for PCSSD total $3250.00. The total for JNPSD is $3850.00. The total reimbursement request is $7100.00.

**PCSSD**
Nov 19,22,26,27 - Develop/Prepare status report (Achievement) - 11 hours -**($3100)
*Nov 21 - Monthly Status Meeting - 1 hour ($150)
**PCSSD TOTAL $3250.00**
**Reflects discount

**JNPSD**
Nov 12,13,14,15 -Develop/Prepare status report (Achievement) -13 hours -**($3700)
*Nov 21 - Monthly Status Meeting - 1 hour ($150)
**JNPSD TOTAL $3850.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert