# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT**, *et al.* | **PLAINTIFFS** |

### No. 4:82-cv-866-DPM

| | |
|---|---|
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT**, *et al.* | **DEFENDANTS** |
| **EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN** | **INTERVENORS** |

## ORDER

The Court recently received the attached email and letters. I've redacted the authors' contact information in the copies filed on the public docket. I'm also attaching my responses. If any party believes the Court should take any further step, please file a notice by 31 December 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 December 2019