IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*          PLAINTIFFS

No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT,** *et al.*          DEFENDANTS

**EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN**          INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for November 2019, № 5551, and authorizes payment. The Court attaches Ms. Powell's bill for December 2019. The Court will authorize payment if there are no objections after seven calendar days. № 5034. The Court thanks Ms. Powell for discounting her fees for the status reports and omitting charges for two meetings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2020

January 7, 2020

15401 Chenal Pkwy
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for December 2019

Your Honor,

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that remain under Court supervision. As noted in my letter of October 1, 2019, I am discounting my rates for the preparation of the court-ordered status reports. In addition, I am not charging the districts for the monthly status meeting held on December 19, 2019. I do not charge the districts for phone conversations or email contacts. As a result, there are no fees owed by the JNPSD. Fees for the PCSSD total $3000.00.

**PCSSD**
Dec 3, 10, 11, 21, 23 - Develop/Prepare/File status report - School Facilities (Includes meeting with district personnel and attending facilities meeting) - 12 hours **($3000)
Dec 30 - Meeting with Drs. Janet Warren and John McCraney - Section N-Monitoring - No fee

**PCSSD TOTAL $3000.00**
**Reflects discount

Please contact me if you have any questions or concerns related to this request.

Sincerely,

*Margie L. Powell*
Margie L. Powell
Court Expert