# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*     DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN     INTERVENORS

## ORDER

The Court is attaching Ms. Powell's eighth summary report, which covers monitoring matters at JNPSD. № 5502 at 2–3. The Court appreciates her work on all the summary reports.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2020

# UPDATE ON THE STATUS OF THE JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT'S IMPLEMENTATION OF PLAN 2000 - MONITORING

On July 18, 2019, Chief U. S. District Judge D. Price Marshall, Jr., directed the Court Expert to issue written status reports on the remaining areas of the Jacksonville/North Pulaski School District's (JNPSD) desegregation plan (Plan 2000) that still remain under Court supervision. (Doc 5502). This report is number eight of eight.

## MONITORING (Plan 2000-Section N)

*Note: Although the Joshua Intervenors have been renamed the McClendon Intervenors, for clarity, this report uses the original names and titles found in Plan 2000. In addition, this report substitutes JNPSD where Plan 2000 cites PCSSD.*

### PLAN PROVISION
The Assistant Superintendent for Desegregation shall: (i) develop a plan so that he (or she) and his (or her) staff focus their monitoring and compliance efforts on the specific elements of the Plan; and (ii) provide the Joshua Intervenors within 30 days of the court's approval of this Plan a list, geared to the sections of this Plan, identifying the staff member or members with particular responsibilities for its implementation and the position held by each. N(1), pg.7

### Findings
- Each year, the JNPSD develops a Strategic Plan that focuses on improving student achievement and discipline. Educators use the processes outlined in "The Ross Plan", found in Plan 2000. (See Status Report Achievement, Doc. 5540 for more information). The Ross Plan embeds strategies for eliminating racial disparities in achievement and discipline. The Strategic Plan is available on line.
- The Assistant Superintendent for Desegregation reported that the JNPSD presents regular updates to the School Board that focus on curriculum and instruction, as well as updates on the district's activities related to Plan 2000.
- According to the Assistant Superintendent for Desegregation, the JNPSD sends Plan 2000 related data to Joshua, when requested.
- District staff information is available upon request, and is also found on the district's website.

### PLAN PROVISION
Upon Reasonable notice, the Joshua Intervenors shall have the opportunity: (i) to examine and secure copies of records relating to the JNPSD's compliance with this Plan, including records identified in the Plan, and (ii) to meet with the Assistant Superintendent for Desegregation or a staff member responsible for a particular part of the implementation of the Plan. N(2), Pg 7

### Findings
- The JNPSD's top administrators, as well as the district's attorney, meet monthly with the PCSSD, Joshua Intervenors, and the Court Expert, to present updates and reports on district compliance with Plan 2000.

**PLAN PROVISION**
The JNPSD shall submit statistical reports showing the following:

(a) The enrollment in each school by race;
(b) The enrollment in gifted and talented programs, honors programs, and advanced placement classes, by school and race;
(c) The make-up of special education programs:(i) by disability category, including Section 504, by race, and by sex; and (ii) by school, by race, and by sex; provided that the system may comply with this reporting requirement by providing copies of materials submitted to ADE, as long as they include all information designated in this paragraph;
(d) For each school system, the number of instances of each form of discipline, by race and by sex; or each school and the system, the number of students receiving each form of discipline, by race and by sex.;
(e) The racial make-up, in each school, of (i) the administrators, (ii) the faculty, (iii) other professional staff, and (iv) support staff;
(f) The racial make-up, by category, of the various categories of administrators, faculty, support staff, and other workers employed in the JNPSD.

The information in all sub-paragraphs other than sub-paragraph (d) shall be submitted not later than November 1 of each year, and the information in sub-paragraph (d) twice a year, not later than 30 days after the end of each semester.

**Findings**
- Access to all school related information is available on line at "My School Info", which is used by the Arkansas Department of Education (ADE) for monitoring purposes, and is available to the public for all of the statistical reports noted above.
- The JNPSD publishes discipline monitoring reports on a quarterly basis.

**COMMENTS**

As noted in previous status reports related to the JNPSD's compliance with Plan 2000 (See docs 5521,5538,5540), the district has an arsenal of programs, policies, and practices designed to improve educational outcomes for its students. As an added bonus, these systems can be monitored for effectiveness in real time. School personnel no longer have wait years to track student progress in any area and are able to make necessary adjustments when needed. District personnel can access information and relevant data in any area in Plan 2000 with the click of a mouse. As a result, it could be said that the PCSSD is always in "monitoring mode." As long as district personnel make the most of the advantages provided by their information systems, they can go to the head of the class.