# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*          PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*              DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for December 2019, № 5555, and authorizes payment. The Court attaches Ms. Powell's bill for January 2020. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2020

February 5, 2020

15401 Chenal Pkwy
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for January 2020

Your Honor,

Per your order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been divided between the two districts. Fees for PCSSD total $1650.00. The total for JNPSD is $1350.00. The total reimbursement request is $3000.00.

**PCSSD**
Dec 29,30, Jan 6,7,8 - Research/Draft/Edit/File status report - Monitoring-5 hours ($1500)
*Jan 17 - Status Meeting - 1 hour ($150)

**PCSSD TOTAL $1650.00**

**JNPSD**
Jan 15, 21,27 - Meeting with staff/Draft/Edit/File status report - Monitoring 4 hours ($1200)
*Jan 17 - Status Meeting - 1 hour ($150)

**JNPSD TOTAL $1350.00**

Please contact me if you have any questions or concerns related to this request.

Sincerely,

Margie L. Powell
Court Expert