# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN | INTERVENORS |

## ORDER

The Court has received the attached letter. On 15 February 1983, M. Samuel Jones III appeared as counsel in this case for the Pulaski County Special School District. He has well and faithfully represented PCSSD as lead counsel in the decades since. The Court understands and appreciates his new role.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020


M. Samuel Jones III
Direct Dial: 501-688-8812
Fax: 501-918-7812
E-mail: sjones@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

March 12, 2020

**_SENT VIA US MAIL:_**

Honorable D. P. Marshall, Jr.
United States District Court
Eastern District of Arkansas
600 West Capitol, Room B155
Little Rock, AR 72201

Re: Little Rock School District, et al. vs. Pulaski County Special School District, et al.
U.S. District Court, Eastern District of Arkansas, No. 4:82-cv-866-DPM

Your Honor:

I am stepping down from my almost 40 year role as lead counsel for the PCSSD in this case. This step is being taken for a variety of reasons including the fact that I am no spring chicken including issues that sometimes coincide with that status.

While I will continue to provide advice and direction to Devin Bates, Jay Bequette and Amanda Orcutt in the preparation for the hearings this summer, I am bowing out as trial counsel. I have largely enjoyed my role which, to say the least, has at times been most challenging but usually intellectually stimulating.

Thank you for your stewardship in this matter.

Cordially yours,

M. Samuel Jones, III