# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      PLAINTIFFS

### No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*      DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN      INTERVENORS

## ORDER

Based on the number of folks—lawyers, paralegals, district personnel, media, and other interested citizens—who usually attend hearings in this case, the Court has decided that postponing the status conference set for 15 April 2020 is prudent. There are no urgent issues in the case. And a hearing on a mutually convenient day in May should reduce the COVID-19-related health risks. The Court has considered whether to proceed by videoconference, but would prefer an in-person hearing if practicable. The April 15th status conference is therefore continued and will be reset by separate notice.

So Ordered.

DP Marshall Jr.
D.P. Marshall Jr.
United States District Judge

7 April 2020