# UPDATE ON THE STATUS OF THE
# PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S
# IMPLEMENTATION OF ITS DESEGREGATION PLAN

September 17, 2008

Office of Desegregation Monitoring
United States District Court
Little Rock, Arkansas

**Andree L. Roaf**
Director

**Margie L. Powell**
Monitor

**Gene Jones**
Consultant



# Update on the Status of the
# Pulaski County Special School District
# Implementation of its Desegregation Plan

## Table of Contents

Introduction .................................................................. Page 1

Glossary ..................................................................... Page 3

Assignment of Students ........................................................ Page 6

Advanced Placement, Gifted and Talented, and Honors Programs .................... Page 7

Student Assignment: Interdistrict Schools ...................................... Page 8

Discipline ................................................................... Page 10

Multicultural Education ...................................................... Page 16

School Facilities ............................................................ Page 18

Special Education ............................................................ Page 20

Staff ........................................................................ Page 21

Student Achievement .......................................................... Page 23

Monitoring ................................................................... Page 25

Continuing Jurisdiction ...................................................... Page 27

Summary and Conclusions ...................................................... Page 28

Appendix ..................................................................... Page 32

# INTRODUCTION

The Office of Desegregation Monitoring (ODM), an arm of the United States District Court, (the Court) prepared this report. ODM assists the Court in monitoring the compliance of the two Pulaski County school districts with the court orders and the desegregation plans that form the substance of their settlement agreements.

**Purpose and Scope**

This report examines the current status of the Pulaski County Special School District's (PCSSD) implementation of and compliance with its desegregation plan (Plan 2000), which was approved by the Court on March 20, 2000. Our report covers eleven discrete areas of that plan. Each section of this document describes and reviews the PCSSD's activities in relation to specific plan provisions, and addresses compliance with the provisions where appropriate.

Section I. (Scholarships) and Section J. (School Resources) of Plan 2000 are time limited, and we have not addressed those provisions in this report. We reported our findings regarding these sections in the 2003 update.

In August 2006, the ODM filed *Update on the Pulaski County Special School District's Implementation of Plan 2000*. The status report provides detailed information and a historical perspective of PCSSD's programs and practices as related to plan implementation. In that report, we made recommendations which were intended to address areas that needed improvement. In December 2006, we followed that report with *Update on the Pulaski County Special School District's Implementation of the Staffing Provisions of Plan 2000*. This report served as a supplement of the aforementioned report. We recommend that those reports be reviewed prior to this one.

Moreover, In May 2007, ODM prepared a working paper on the *PCSSD's Implementation of Discipline Management Plans and Related Discipline Provisions of Plan 2000*. This working paper was provided only to the District.

**Information Sources, Monitoring Process, and Report Organization**

In July 2008, ODM submitted a detailed set of questions to the PCSSD relating to plan implementation and compliance. Most of the data upon which we base our report was obtained from PCSSD personnel as well as from our examination of numerous PCSSD reports, correspondence, and other documents in response to the questionnaire submitted. This information is accordingly reliable to the extent the district's records and reporting are accurate and complete. We also gained information through our direct observations and from conversations and interviews with district employees.

Before finalizing this report, we shared a draft with those PCSSD personnel who had directly contributed information. We appreciate their time and assistance and have incorporated some of their suggested changes into this document where appropriate.

Following this introduction is a glossary, which defines some terms that appear in the report. The remainder of the document is divided into 12 sections, 11 of which parallel the divisions of the PCSSD's desegregation plan which remain under supervision and monitoring. Each section is organized similarly, beginning with a numbered paraphrase of one or more of the relevant provisions from the desegregation plan, which we have referenced by page number. The specific provisions then are immediately followed by the factors demonstrating compliance and, if appropriate, areas where improvements are needed. Next, we have included summary and conclusions, and end with an appendix which contains discipline data from the PCSSD's elementary and secondary schools.

**Background**

In 1984, the Court found that the PCSSD had committed segregative acts that had contributed to the decline of the white student population in the neighboring Little Rock School District (LRSD). The PCSSD, along with LRSD and NLRSD, entered into settlement of this matter in 1989, providing for both intra and interdistrict remedies. As a result, the PCSSD subsequently developed the Pulaski County Special School District Desegregation Plan, which was approved by the Court on April 29, 1992.

In March 1996, the PCSSD achieved release from supervision and monitoring in the following areas: 1) library media program, 2) vocational educational program, 3) guidance and counseling program, 4) elementary school gifted and talented program, and 5) staffing of elementary classroom teachers.

In March 20, 2000, PCSSD's Plan 2000 was approved; it replaced the district's 1992 plan. In November 2005, the Joshua Intervenors raised certain compliance issues with the PCSSD which were submitted to the Justice Department for facilitation of a settlement as provided for by Plan 2000. The compliance issues raised by the Joshua Intervenors have not been resolved.

On October 29, 2007, the PCSSD petitioned the Court for full unitary status. That petition has not been heard and is presently pending before the Court.