IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                                      PLAINTIFF

VS.                                            CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                                                 DEFENDANTS

EMILY MCCLENDON, ET AL.                                                                          INTERVENORS

INTERVENORS' MOTION TO EXTEND DISCOVERY CUT-OFF DATE

Come the intervenors, Emily McClendon, et al., by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and **Robert Pressman**, and for their unopposed motion to extend discovery cut-off, they state the following:

1. The Court has established the discovery cut-off date of May 1, 2020.

2. The parties have just about concluded the discovery phase of this case.

3. Intervenors have taken depositions of two (2) defense witnesses under the challenging conditions of COVID-19, with limited people being live, and others participating via teleconference.

4. The defendants desire to take the depositions of the intervenors in this case, with some being scheduled for the week of April 20, 2020, but had to be cancelled due to the unavailability of a couple of the intervenors due to work schedule.[1]

5. Undersigned counsel has been in the midst of responding to a summary judgment motion that was filed on April 16, 2020 (with 185 Statement of Facts) in the case of *Wilbur Williams v. William Barr, Attorney General, et al.*, Equal Employment Opportunity Commission

---

[1] Emily McClendon works at a nursing home.

1

EEOC Case No. 490-2016-00137X/Agency No. BOP-201602095, with a response date of May 1, 2020, which has made it challenging to meet with intervenors to prepare them for depositions.

6. Undersigned counsel is requesting an extension of fifteen (15) days to allow the defendants to conduct their discovery depositions of the intervenors, giving them up to and including the date of May 15, 2020.

7. Opposing counsel have been consulted about this extension request, and have stated that they do not oppose this request.

8. This request is being made not for the purpose to cause any unnecessary delays, but so that the ends of justice can be pursued.

THEREFORE, the intervenors request that their motion to extend the discovery cut-off of May 1, 2020 to May 15, 2020, in order to complete discovery, and for all other just and proper relief.

    Respectfully submitted,

    Austin Porter Jr., No. 86145
    PORTER LAW FIRM
    323 Center Street, Suite 1035
    Little Rock, Arkansas 72201
    Telephone: 501-244-8200
    Facsimile: 501-372-5567
    Email: aporte5640@aol.com

    Robert Pressman
    22 Locust Avenue
    Lexington, MA 02421
    Telephone: 781-862-1955
    Email: pressmanrp@gmail.com

    Shawn G. Childs
    Lawrence A. Walker
    JOHN W. WALKER, P.A.
    1723 S. Broadway
    Little Rock, Arkansas 72206

                                      Telephone: 501-374-3758
                                      Facsimile: 501-374-4187

                                      johnwalkeratty@aol.com
                                      schilds@gabrielmail.com
                                      lwalker@jwwlawfirm.com

                                      ATTORNEYS FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 23rd day of May 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                      Austin Porter Jr.