IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                          PLAINTIFF

VS.                             CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                     DEFENDANTS

EMILY MCCLENDON, ET AL.                                              INTERVENORS

PARTIES' JOINT STATUS REPORT

Pursuant to the Court's instructions, the parties submit the following as their joint status report:

1. **Trial Date**:  July 14, 2020 – August 7, 2020.

2. **Trial Type**:  Bench.

3. **Location**:  United States District Court, 500 West Markham, Little Rock, Arkansas 72201 – Honorable D. Price Marshall.

4. **Discovery**:  The parties are currently engaged in discovery.  The intervenors have taken the discovery depositions of Curtis Johnson, and Dr. Janice Warren.  We are currently scheduled to depose two class members on Friday, with more to follow next week.

5. **Settlement Discussions**:  The parties have not engaged in settlement discussions.

6. **Pending Motions**:  Intervenors' Motion *In Limine*.

7. **Estimated Length of Trial**: one month.

8. **Court Ordered Monthly Meetings**:  The parties met on April 29, 2020, at 12:00 noon via telephone conference with Intervenors serving as host.  Intervenors discussed the trial

schedule. Intervenors' position regarding the current trial schedule is as follows: Moving from the case scheduling order as a 4-page text to its actual implementation has surfaced the major challenges which it poses for Intervenors' counsel. We note the following: [A] We must prepare simultaneously for two major hearings, while each district's team prepares for one. [B] The 2018 JNPSD hearing, involving two Plan 2000 issues, consumed five trial days. At least five of the eight issues here appear to be more complex (PCSSD achievement, discipline and facilities; JNPSD achievement, discipline, and staffing). [C] The district's teams have a major structural advantage in factual preparation. Each may direct factual queries to many district employees and anticipate reasonably prompt responses. Intervenors must proceed by formal discovery with specified time periods for response, accommodation of extension requests and various objections. To be fair, PCSSD has responded to requests outside formal discovery; Intervenors do not control the time periods or contents of these responses. [D] Review of the schedule for June makes obvious the daunting challenge which it poses in the context of two major hearings.

One joint discussion, counsel for the parties considered the PCSSD issues being litigated first. Given this factor and the foregoing points, Intervenors urge two changes in the schedule; first, a delay of at least 60 days between the hearings on the PCSSD and JNPSD issues; and second, a revision in the dates concerning the JNPSD hearing from June first forward.

Intervenors recognize that the Court first alluded to these hearings in November 2018. However, we note that work regarding implementation of Plan 2000 from that date to the present, a major focus, could not begin at that time.

JNPSD takes no position on the Intervenors' request.

9. **Scheduled Status Hearing**: Our next court hearing is scheduled for Wednesday, May 6, 2020, to commence at 1:30 p.m.

10. **Discovery Cut-off**: May 15, 2020.

Prepared by:

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, Massachusetts 02421

Shawn G. Childs
Lawrence A. Walker
John W. Walker, P.A.
1723 Broadway Street
Little Rock, Arkansas 72206

ATTORNEYS FOR INTERVENORS

Approved as to Form:

| | |
|---|---|
| M. Samuel Jones III. | Scott Richardson |
| Devin R. Bates | McDaniel Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 W. Fourth Street |
| 425 West Capitol Avenue, Suite 1900 | Suite 410 |
| Little Rock, Arkansas 72201 | Little Rock, Arkansas 72201 |
| | |
| ATTORNEYS FOR PCSSD | ATTORNEYS FOR JACKSONVILLE NORTH PULASKI SCHOOL DISTRICT |