IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                  PLAINTIFF

VS.                        CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                     DEFENDANTS

EMILY MCCLENDON, ET AL.                               INTERVENORS

## PARTIES' AMENDED JOINT STATUS REPORT

Pursuant to the Court's instructions, the parties submit the following as their joint status report:

1.     **Trial Date**:    July 14, 2020 – August 7, 2020.

2.     **Trial Type**:    Bench.

3.     **Location**:    United States District Court, 500 West Markham, Little Rock, Arkansas 72201 – Honorable D. Price Marshall.

4.     **Discovery**:    The parties are currently engaged in discovery. The intervenors have taken the discovery depositions of Curtis Johnson, and Dr. Janice Warren. The parties were able to conduct depositions of two (2) intervenors on May 1, 2020, with more to take place this week. The discovery deadline was May 1, 2020. The Court has extended discovery to May 15, 2020 for the limited purpose of allowing defendants to complete their depositions of the intervenors.

5.     **Settlement Discussions**:    The parties have not engaged in settlement discussions.

6.     **Pending Motions**:    Intervenors' Motion *In Limine*.

7. **Estimated Length of Trial**: one month.

8. **Court Ordered Monthly Meetings**:   The parties met on April 29, 2020, at 12:00 noon at via telephone conference with Intervenors serving as host.  Intervenors discussed the trial schedule.  Intervenors' position regarding the current trial schedule is as follows:  Moving from the case schedule order as a 4-page text to its actual implementation has surfaced the major challenges which it poses for Intervenors' counsel.  Intervenors note the following: (A) We must prepare simultaneously for two major hearings, while each district's team prepares for one.  (B) The 2018 JNPSD hearing, involving two Plan 2000 issues, consumed five trial days.  At least five of the eight issues here appear to be more complex [PCSSD - achievement, discipline, and facilities; JNPSD - achievement, discipline].  Also, the parties have to litigate two (2) monitoring issues, as well as the JNPSD's staffing incentives issues. (C) The district's teams have a major structural advantage in factual preparation.  Each may direct factual queries to many district employees and anticipate reasonably prompt responses.  Intervenors must proceed by formal discovery with specified time periods for response, accommodation of extension request and various objections.  To be fair, PCSSD has responded to requests outside formal discovery; Intervenors do not control the time periods or contents of these responses. (D) Review of the schedule for June makes obvious the daunting challenge which it poses in the context of two major hearings.   In addition to the above, Austin Porter Jr. has two (2) trials scheduled during the month of June 2020:  a) *Doris Smith v. Department of Finance and Administration*, United States District Court No. 4:17-CV-00857 JM – the week of June 8, 2020[1]; *Wilbur A. Williams v. DOJ Bureau of Prisons*, Equal Employment Opportunity Commission, EEOC No. 490-2016-00137X/Agency No.

---

[1] The parties requested 7 – 8 days to try, but the Court has stated the parties must get it done in one week.  However, with COVID-19, this trial may not go as planned.  This trial was originally scheduled to commence on March 30, 2020.

BOP-2016-02095 – the week of June 22, 2020.[2] Austin Porter Jr. also has a few criminal proceedings in state courts as well, specifically in Pulaski County and Jackson County.

At a meeting, the parties discussed the possibility that PCSSD's issues being heard first. Proceeding on this premise, and given the foregoing factors, intervenors urge two changes in the scheduling order: a) a delay of at least 60 days between the hearings on the PCSSD and JNPSD issues; and b) a revision in the dates concerning the JNPSD hearing from June 1st forward.

Intervenors recognize that the Court first alluded to these hearings in November 2018. However, Intervenors note that work regarding implementation of Plan 2000 from that date to the present, a major focus, could not begin at that time.

PCSSD and JNPSD take no position on the Intervenors' request.

9. **Scheduled Status Hearing**: Our next court hearing is scheduled for Wednesday, May 6, 2020, to commence at 1:30 p.m..

10. **Discovery Cut-off**: May 1, 2020 for general discovery. May 15, 2020 for the limited purpose of allowing defendants to conduct their depositions of the intervenors.

Prepared by:

Austin Porter Jr., No. 86145  
PORTER LAW FIRM  
323 Center Street, Suite 1035  
Little Rock, Arkansas 72201  
Telephone: 501-244-8200  
Facsimile: 501-372-5567  
Email: Aporte5640@aol.com  

Robert Pressman  
Attorney at Law  
22 Locust Avenue  
Lexington, Massachusetts 02421  

Shawn G. Childs  
Lawrence A. Walker  
John W. Walker, P.A.  
1723 S. Broadway  

---

[2] Undersigned counsel is currently working on a response to the *Agency's Motion for Summary Judgment*, that consists of having 185 Statement of Facts. Also, this trial is supposed to take place in Memphis, Tennessee.

Little Rock, Arkansas 72206

ATTORNEYS FOR INTERVENORS

Approved as to Form:

| | |
|---|---|
| M. Samuel Jones III. | Scott Richardson |
| Amanda G. Orcutt | McDaniel Richardson & Calhoun |
| Devin R. Bates | 1020 W. Fourth Street |
| MITCHELL, WILLIAMS, SELIG, | Suite 410 |
| 425 West Capitol Avenue, Suite 1900 | Little Rock, Arkansas 72201 |
| Little Rock, Arkansas 72201 | |
| | ATTORNEYS FOR JACKSONVILLE/ |
| | NORTH PULASKI SCHOOL DISTRICT |

Jay Bequette
W. Cody Kees
BEQUETTE, BILLINGS & KEES, P.A.
425 W. Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201

ATTORNEYS FOR PULASKI COUNTY
SPECIAL SCHOOL DISTRICT