IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*            **PLAINTIFFS**

v.          No. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT,** *et al.*            **DEFENDANTS**

**EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN**            **INTERVENORS**

## ORDER

Margie Powell and counsel for the parties may bring their cell phones (including smart phones) into the courthouse for the 6 May 2020 hearing. And any attending member of the media may bring a tape recorder. The use of any tape recording, however, shall be limited by and subject to Local Rule 83.2(d). The simulcast for media and observers will be available in Courtroom #2B.

So Ordered.

*[Signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2020