# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |

No. 4:82-cv-866-DPM

| | |
|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT, *et al.* | DEFENDANTS |
| EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN | INTERVENORS |

## ORDER

1. For good cause shown, the Court modifies the schedule for the upcoming trial. We will proceed in two phases: The trial on PCSSD issues will begin 14 July 2020, as previously planned, and wrap up by the end of the month. And the trial on JNPSD issues will be held from 5 October 2020 through 16 October 2020. Holding Court on Columbus Day is a possibility, dependent on how the trial is progressing. An Amended Final Scheduling Order will issue.

2. For the reasons stated on the record at the 6 May 2020 status conference, the Intervenors' motion *in limine*, Doc. 5577, is denied.

3. The Court requests the parties to confer and submit a proposal on the school tours by 29 May 2020.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2020