IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                    PLAINTIFF

VS.                             CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                               DEFENDANTS

EMILY MCCLENDON, ET AL.                                                        INTERVENORS

### INTERVENORS' RESPONSE TO DR. JANICE WARREN'S MOTION TO INTERVENE

Intervenors Emily McClendon, *et al.*, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **John W. Walker, P.A.**, and **Robert Pressman, Attorney at Law**, for their response to Dr. Janice Warren's motion to intervene, they state the following:

1. They deny the averments as stated in ¶ 1 of the movant's motion to intervene.

2. They deny the averments as stated in ¶ 2 of the movant's motion to intervene.

3. They deny the averments as stated in ¶ 3 of the movant's motion to intervene.

4. They admit the averments as stated in ¶ 4 of the movant's motion to intervene.

5. They admit that the PCSSD failed to construct Mills High School and Robinson Middle School in an equitable fashion, and further admit that the PCSSD has discriminated against African-American children in the construction of Mills High School and Robinson Middle School as alleged in ¶ 5 of the movant's motion to intervene. The intervenors deny the remaining averments as alleged in ¶ 5 of the movant's motion to intervene.

6. They deny the averments as stated in ¶ 6 of the movant's motion to intervene.

7. They deny the averments as stated in ¶ 7 of the movant's motion to intervene.

8. They deny the averments as stated in ¶ 8 of the movant's motion to intervene.

9. They deny the averments as stated in ¶ 9 of the movant's motion to intervene.

THEREFORE, for the foregoing reasons, the intervenors request that the movant's motion to intervene be denied, and for all other just and proper relief herein stated.

>Respectfully submitted,
>
>Austin Porter Jr., No. 86145
>PORTER LAW FIRM
>323 Center Street, Suite 1035
>Little Rock, Arkansas 72201
>Telephone: 501-244-8200
>Facsimile: 501-372-5567
>Email: aporte5640@aol.com
>
>Robert Pressman
>22 Locust Avenue
>Lexington, MA  02421
>Telephone: 781-862-1955
>Email: pressmanrp@gmail.com
>
>Shawn G. Childs
>Lawrence A. Walker
>JOHN W. WALKER, P.A.
>1723 S. Broadway
>Little Rock, Arkansas 72206
>Telephone: 501-374-3758
>Facsimile: 501-374-4187
>
>johnwalkeratty@aol.com
>schilds@gabrielmail.com
>lwalker@jwwlawfirm.com
>
>ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of

Arkansas, on this 26th day of May 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Sarah Howard-Jenkins
Attorney at Law
P. O. Box 242694
Little Rock, Arkansas 72223

sarah@shjenkinslaw.com

Attorney for Movant

                                                    Austin Porter Jr.