# Transcript of the Testimony of

# **Warren, Janice**

**Date:** April 8, 2020

**Case:** LRSD vs. PCSSD, et al.

**Bushman Court Reporting**
Crystal Garrison, CCR
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>



EXHIBIT

A

Page 5

1   record; okay?

2   A.   Correct.

3   Q.   As you sit here this afternoon, can you think of any

4   reason why you would not be able to truthfully answer

5   the questions that I'm going to have for you this

6   afternoon?

7   A.   I cannot think of any.

8   Q.   Okay.  All right.  Well, we'll go ahead and get

9   started.  Would you please state your name for the

10  record?

11  A.   I'm Janice Warren.

12  Q.   Okay.  And Dr. Warren, would you -- just for the

13  record, would you state your race, please?

14  A.   I'm an African-American female.

15  Q.   All right.  And are you currently employed?

16  A.   I am.

17  Q.   And where are you employed?

18  A.   Pulaski County Special School District.

19  Q.   And how long have you been employed by the Pulaski

20  County Special School District?

21  A.   I've been with the District seven years now.

22  Q.   Seven years, okay.  And you started with the

23  District, I believe, would have been sometime in May --

24  I'm sorry, July of 2012?

25  A.   Correct.

1   Q.   All right.

2   A.   This May -- or July 1 will be eight years with the

3   District.

4   Q.   And what is your current job title?

5   A.   I'm Assistant Superintendent for Equity and Pupil

6   Services.

7   Q.   And I'll come back to that in a few minutes.  But

8   would you kindly give me a summary of your educational

9   background, please?

10  A.   My experience or --

11  Q.   Your education.

12  A.   Okay.

13  Q.   Uh-huh.

14  A.   I am a graduate of Crossett Public Schools in

15  Crossett, Arkansas.  I left Crossett and went to the

16  University of Arkansas at Pine Bluff where I received a

17  bachelor's degree in elementary education.

18       I then got a master's degree from the University of

19  Arkansas Fayetteville.  And after that, a doctorate

20  degree -- education doctorate from Nova Southeastern

21  University in Florida.

22  Q.   When did you obtain your undergraduate degree, I

23  guess your BA or BS degree?

24  A.   BSE.

25  Q.   BSE.

Page 14

1   And here I am, almost eight years later.  So, that's my

2   story of coming to PCSSD.

3   Q.   So, how are you enjoying your retirement?

4   A.   I'm still working toward retirement.

5   Q.   Okay.  All right.  And so, it's my understanding, of

6   course, that you were appointed as a Director of

7   Elementary Education for the Pulaski County Special

8   School District in July of 2012; is that correct?

9   A.   No, sir.  I wasn't appointed.  I had to go through

10  an interview process.

11  Q.   Okay.

12  A.   And there was actually an interview team of five

13  persons from PCSSD that I interviewed along with

14  several, several other candidates.

15  Q.   I apologize about that.

16  A.   Okay.  No problem.

17  Q.   Yeah.  So, you applied for the Director of

18  Elementary Education position and you went through, I

19  would assume, a rigorous application and interview

20  process; is that correct?

21  A.   Very rigorous.

22  Q.   Okay.  Do you know approximately how many people

23  were selected to be interviewed for that position?

24  A.   There were either 9 or 11.

25  Q.   And so, after you -- the 9 or the 11 people went

Page 17

1   Q.    -- in front of you?

2   A.    Yes, sir.

3   Q.    And can you tell me what Exhibit No. 3 represents?

4   A.    That's the scope of the plan, of Plan 2000, that was

5   adopted in November of 1999.

6   Q.    Okay.  And when do you recall becoming first

7   familiar with Plan 2000, Exhibit No. 3?

8   A.    The first time that I became familiar with Plan 2000

9   was shortly after July 1, 2012.  I was sitting in my

10  office and learning services in PCSSD, Dr. Brenda

11  Bowles, who was Assistant Superintendent of Equity Pupil

12  Services at the time, walked in my office; she provided

13  me with this manual and said:  Learn this.

14  Q.    Okay.

15  A.    That was my first real lesson with Plan 2000.  I was

16  given this binder, that I still have, that I marked

17  through, that I refer back to from time to time.  So,

18  that was my introduction officially to Plan 2000.

19  Q.    Fair enough.  Now, I believe you indicated that you

20  became the Assistant Superintendant of Equity and Pupil

21  Services sometime around May of 2013; is that correct?

22  A.    That's correct.

23  Q.    And how did that -- obviously, you had to apply for

24  the position; is that correct?

25  A.    No, I really didn't.  I was appointed as an interim

Page 19

1    believe, that you have to report to the advisory board

2    while you were under state control?

3    A.    The superintendent reported to the advisory board.

4    Q.    I see.

5    A.    Yes, sir.

6    Q.    Do you recall about when Dr. Jerry Guess -- was he

7    terminated from the Pulaski County Special School

8    District?

9    A.    Dr. Guess left on July 18th, 2017.

10   Q.    And how did that change your title or your role when

11   he left?

12   A.    When he left, the same night he left at the same

13   board meeting, I was asked by the board to step in as

14   the interim superintendent for PCSSD.

15   Q.    I see.  And how long did you serve in the position

16   as interim superintendent for the Pulaski County Special

17   School District?

18   A.    One school year.

19   Q.    And was there some type of search committee put

20   together to find a permanent superintendent for the

21   Pulaski County Special School District?

22   A.    Yes, sir.

23   Q.    And do you know what that consisted of?

24   A.    I recall during the time I was interim there were

25   two search committees that came before the board, made a

Page 20

1    presentation to the board.  And the board ultimately

2    went with one of those search companies.

3    Q.    And did you express an interest in becoming the

4    permanent superintendent for the Pulaski County Special

5    School District?

6    A.    Yes, sir, I applied for the position.

7    Q.    And it's my understanding, I believe, were you part

8    of the finalist who were interviewed or selected to be

9    interviewed for that position?

10   A.    I was part of the final list that the search burn

11   presented to the board.

12   Q.    Trying to switch gears here.  Just a second.  Once

13   -- and I believe ultimately the Pulaski County Special

14   School District selected Dr. McNulty to become the

15   superintendent; is that correct?

16   A.    Correct.

17   Q.    And do you recall when Dr. McNulty became the

18   superintendent?

19   A.    July 1, 2018.

20   Q.    And what title did you have effective July 1, 2018;

21   what was your job title then?

22   A.    Assistant Superintendent Equity and Pupil Services.

23   Q.    All right.  Can you tell me, Dr. Warren, what

24   responsibilities do you have as it relates to the issue

25   of discipline for the Pulaski County Special School

Page 22

1   A.   Yes, sir.

2   Q.   And I believe part of the -- you -- are you also

3   responsible for developing -- monitoring a compliance

4   report on behalf of the Pulaski County Special School

5   District?

6   A.   Yes, sir.

7   Q.   And that's part of Plan 2000 obligation for you to

8   do that; is that correct?

9   A.   Yes.

10  Q.   All right.  I want to go to the section in the

11  disciplinary report.  And that's found in Exhibit No. 1.

12  Do you have that in front of you?

13  A.   Yes, sir.

14  Q.   Exhibit No. 1 -- and we're going to go -- and it's

15  starting on page 6 of the monitoring report.  Do you see

16  where it talks about Discipline?

17  A.   Okay.  Do I have that?  Is that...

18  Q.   I'm sorry.  Yeah, what I did I, again, took some

19  excerpts --

20  A.   Okay.

21  Q.   -- of the report.  And, I guess, I only took out the

22  discipline section involving the monitoring report for

23  2017-2018.

24  A.   Okay.

25  Q.   All right.  And do you have a copy of your 2017-18

Page 119

1    concern that, basically, he was starving student

2    attendance in schools in the southeast quarter of

3    Pulaski County?

4    A.    When he showed the presentation, there was -- there

5    was no place that would be starving enrollment, based on

6    what he presented to us.

7    Q.    Right.

8    A.    But my question going into the -- okay, Derek,

9    whatever this is that you're going to show us, we're not

10   going to have all the black kids in this feeder and the

11   white ones?  And so, he assured me:  No, Janice, that's

12   not what it look like.

13        And that's when we -- after we had the meeting with

14   the entire cabinet where she showed the projected

15   numbers based on the number of kids that would be moving

16   based on their residence, that that would not occur.

17   Q.    But you found that to be otherwise?

18   A.    It did.

19   Q.    Okay.  I think we're in the homestretch.  Let me go

20   to the last topic, if you don't mind.  Let's talk

21   about -- a little bit about facilities; okay?

22   A.    Yes, sir.

23   Q.    It's my understanding that around the time period

24   August of 2017/September 2017, it came to your attention

25   that the district, Pulaski County Special School

Page 120

1   District was not in compliance with Plan 2000 relative

2   to district facilities; is that correct?

3       MR. BATES:  Object to the form.

4   Q.  (BY MR. PORTER)  And I'm specifically talking about

5   in reference to the Mills construction versus the

6   Robinson Middle School construction.

7   A.  It was --

8       MR. BATES:  Same objection.

9   A.  It was brought to my attention by a parent that we

10  had some disparity in the athletic facilities at those

11  two schools.

12  Q.  (BY MR. PORTER)  Okay.  And what did you do after

13  that was brought to your attention?

14  A.  I called Will Reid who was director of IT for the

15  district at the time.  For some reason, I couldn't get

16  out of the office, had a meeting, and I called Will and

17  asked Will would he go take video footage of the two

18  facilities inside and out --

19  Q.  Okay.

20  A.  -- and bring it back to me.  As a matter of fact, I

21  did that the same day that I got the phone call from the

22  parent.  And the next day, Will contacted me and told me

23  that he had the footage that I had requested.

24  Q.  And this is Will who?

25  A.  Reid.

Page 121

1   Q.   Reid?

2   A.   R-E-I-D.

3   Q.   And what is his position with the school district?

4   A.   He's no longer with the district.  But during that

5   time, he was the director of IT, construction and

6   technology.

7   Q.   And he brought some video footage to you?

8   A.   Yes, sir.

9   Q.   And what did you observe as far as the video

10  footage?

11  A.   Discrepancies between the two buildings.  He called

12  me to let me know he had -- he had taken the video that

13  I had and he needed to see me immediately because -- and

14  I remember Will saying to me, "Janice," well, I ain't

15  going to use his language.  "Janice, we're in trouble."

16  "What do you mean?"  He said, "I'm on my way."

17       And there were huge physical discrepancies that you

18  could see in the two facilities.

19  Q.   Now, under Plan 2000, any construction, the schools

20  are supposed to be equal; is that correct?

21  A.   Yes, sir.

22  Q.   And the video footage that you saw clearly

23  demonstrated that the -- in reference to the two

24  athletic facilities, one at Robinson and one at Mills,

25  demonstrated to you that those two facilities were not

Page 122

1    equal; is that correct?

2         MR. BATES:  Object to that one.

3    A.   Yes, sir.

4    Q.   (BY MR. PORTER)  As a matter of fact, you came away

5    with the opinion that the athletic facility at Mills was

6    inferior to that of Robinson; is that correct?

7         MR. BATES:  Object to the form.

8    Q.   (BY MR. PORTER)  Go ahead.

9    A.   Yes, sir.

10   Q.   And that caused you a great deal of concern; is that

11   correct?

12   A.   Yes, sir.

13        MR. BATES:  Object to the form.

14   Q.   (BY MR. PORTER)  And the reason why it caused you a

15   great deal of concern is because you knew that that

16   would be a violation of Plan 2000; is that correct?

17        MR. BATES:  Object to the form.

18   A.   Yes, I knew it would be a violation of Plan 2000.

19   But more importantly, I knew it was wrong for kids.

20   Q.   (BY MR. PORTER)  And so, in my understanding that

21   did you talk with the district attorney about your

22   concern?

23   A.   I immediately called -- after we looked at the

24   footage, I immediately called each one of the school

25   board members individually to come in.  I shared with

Page 123

1   them what we had found and scheduled a time for them to

2   come in individually to view it with me.

3        I did the same thing for the District's attorney,

4   Sam Jones, and he came as well to view the footage.

5   Q.   At that time -- and, I guess, we're talking about in

6   2017.  Do you know what the make up of the Pulaski

7   County Special School District board was at that time?

8   Do you have a seven-member or a nine-member?

9   A.   Yes, we have a seven-member board.

10  Q.   Seven member board.

11  A.   There's two white females, one black female, one

12  black male, three white males.  Is that seven?

13  Q.   Sounds like it to me.

14  A.   Okay.  I didn't add.

15  Q.   Yes, seven.  Three white males?

16  A.   Yes, sir.

17  Q.   And when you showed the footage of the discrepancies

18  or inequality that exists between the Robinson athletic

19  facility and the Mills athletic facility, what do you

20  recall the reaction or comments that were made by the

21  three white male board members?

22  A.   I remember everybody.  And I don't know that I

23  specifically remember the three white males, but

24  everybody who walked away seeing it, made the statement

25  that we have a problem.

Page 124

1   Well, one of the white males did not come to my

2   office to view the footage.  Will shared it with that

3   particular board meeting -- board member at Maumelle

4   High.  And when I called him to schedule, he told me he

5   had seen it already and he agreed there was a problem.

6   Q.   Okay.  And apparently at some point in time, this

7   information got back to Judge Marshall; is that correct?

8   A.   Our attorney that reported, you know, when I called,

9   said he saw it.  First thing he said, I -- and he had

10   just turned in a status report.

11        MR. BATES:  Hold on a second.  I don't -- if you

12   talked to Sam about something, I don't necessarily want

13   you to say what Sam told you.

14   Q.   (BY MR. PORTER)  Yeah, I'm sorry.

15        THE WITNESS:  Oh, okay.

16        MR. BATES:  If Sam did something like filed, that's

17   fine, you can tell him that.

18   Q.   (BY MR. PORTER)  Yeah, I don't want to know what Mr.

19   Jones said.

20   A.   Okay.  Yes, he did file a report.

21   Q.   Okay.  All right.  And, of course, before this came

22   to your attention, Mr. Jones had filed a status report

23   showing that there were no --

24   A.   We were making all good faith effort.

25   Q.   Okay.  And, of course, after you showed him the

Page 125

1  footage, of course, he'd have to do a supplemental

2  status report; is that correct?

3  A.   Yes, sir.

4  Q.   And in the supplemental status report, he had to

5  explain to the court, or at least let the court know

6  that there were inequalities that existed between the

7  athletic facilities at Mills versus at Robinson; is that

8  correct?

9       MR. BATES:  Object to the form.

10  Q.   (BY MR. PORTER)  Go ahead.

11  A.   I believe how he stated it, that we were

12  investigating some discrepancies that had been brought

13  to our attention about the two facilities.

14  Q.   And then, I believe, the court directed Margie

15  Powell to go out and do some type of observation or a

16  review of the two facilities and to prepare some type of

17  report to the court; is that correct?

18  A.   Yes, sir.

19  Q.   Okay.  And I believe I have a copy of her report

20  that's attached as Exhibit No. 6; do you see that?

21  A.   No. 6?  Yes, sir.

22  Q.   And Exhibit No. 6 is the report that was prepared by

23  Margie Powell after she went out and conducted an

24  investigation, I guess, into the two athletic facilities

25  at Robinson Middle -- or Robinson and Mills High School;

Page 126

1    is that correct?

2    A.    Yes, sir.

3    Q.    Okay.

4         MR. BATES:  Mr. Porter, can you hold on a second?  I

5    don't know if this video is still working.  Do we have

6    all of our people in the video still connected?  I think

7    we may have lost someone.  Let's take a brief recess and

8    try to get everyone reconnected.

9                        (Brief recess.)

10   Q.    (BY MR. PORTER)  Dr. Warren, as it related to Mr.

11   Scott's changing attendance zones and feeder boundaries,

12   did you have a concern that this was done for the

13   purpose of trying to suppress the enrollment of the

14   schools, Mills, College Station, and Harris?

15        MR. BATES:  Object to the form.  Calls for

16   speculation.

17   Q.    (BY MR. PORTER)  Go ahead.

18   A.    I did not.  When he made the presentation, because

19   the presentation showed good intent.  We had students

20   who were riding the buses for long periods of time.  And

21   based on what he showed us, buses were passing by one

22   elementary school to carry kids to another one.  This

23   would shorten their time spent on buses, quite a few of

24   them.

25        So, I did not have any idea that the presentation

Page 127

1  wasn't what it should have been.

2  Q.   But after the presentation, did it concern you that

3  this was done for the purpose of trying to suppress the

4  enrollment of students at Mills, students at Harris, and

5  students at College Station?

6       MR. BATES:  Object to the form.

7  A.   I wasn't aware of it until six months -- when it

8  actually occurred, that's when I became aware of it and

9  was very concerned.

10 Q.   (BY MR. PORTER)  Okay.  And did you ever express to

11 anyone -- express to anyone your frustration or your --

12 well, your frustration or your disappointment that money

13 for the Mills project was being diverted to the Robinson

14 Middle School?

15 A.   I don't know that I knew that until I became interim

16 superintendent and received that phone call that August.

17 Prior to that, I didn't -- I don't know of anyone -- I

18 don't even know if the superintendent was aware of it.

19 But I was not aware of it at that point, initially.

20 Q.   And did you find out that money was actually being

21 diverted from the Mills project to the Robinson Middle

22 School project?

23      MR. BATES:  Objection to the form of the question.

24 A.   What I found out was the plan that we presented to

25 the court, a plan A and a plan B, is not what actually

Page 128

1    occurred.  And when I saw those plans and the figures is

2    when I became aware of we have a real problem here, yes,

3    sir.

4    Q.   (BY MR. PORTER)  And when you saw the plans and the

5    figures, what did you find out?

6    A.   That we had spent the same amount of money on a

7    middle school that we had on a high school.  And that's

8    not foreseeable.  High school has much more needs than a

9    middle school, chemistry labs, science labs, family

10   consumer science departments for high schools than

11   middle schools.  So, at that time, I didn't understand

12   it, but it was a concern.

13   Q.   Can you tell me in what -- I guess, in what universe

14   should a middle school be more elaborate than a high

15   school?

16   A.   I don't know of one.

17   Q.   And, obviously, you have gone out -- have you gone

18   out and visited -- I'm assuming, obviously, you've gone

19   out to visit Robinson Middle School; is that correct?

20   A.   Yes, sir.

21   Q.   And, of course, you've gone out and visited Mills

22   High School -- the new Mills High School?

23   A.   Yes, sir.

24   Q.   And how would you prepare those two schools?

25   A.   When you walk into Mills High School:  Wow, this is

Page 129

1   really a nice school; I really like this; this is nice.

2   When you go to Robinson facilities:  Wow, this is a

3   public school?  The wow factor is there.  With the

4   Mills:  This is nice.

5        When I went to the athletic facilities at Mills,

6   when I first started visiting, I asked the football

7   coach who was in there, I said, "Coach, how you like the

8   new facility?"  He said, "Oh, Dr. Warren, I'm so proud

9   of it.  It's really nice."  He said, "But then I went to

10  Robinson."  I said, "Yes, sir, I understand."

11  Q.   And then he went to Robinson and what?  How did his

12  attitude change?

13  A.   That -- his whole demeanor changed.  He just said,

14  "But, I was really proud of it; it was really nice.

15  Then I went to Robinson."  I said, "Yes, sir."

16  Q.   You saw the disappointment in his face?

17  A.   Yes, sir.

18  Q.   Now, the -- and I'm going over Margie Powell's

19  report --

20  A.   Yes, sir.

21  Q.   -- that she reported at court.  If you look on page,

22  I think, 2 of her report, on September the 19th and

23  October 25th under her findings; do you see that?

24  A.   Yes, sir.

25  Q.   She said, "I visited the Robinson sports complex

Page 130

1    center" -- that's a nice word for it, sports complex

2    center -- "toured the facility and grounds, and

3    interviewed the athletic director (AD) as well as some

4    of his staff.  I made the same type of visit to Mills on

5    September 26th and October 24th."

6         And one of the first bullet points, she said, "The

7    first thing of note on my initial visit to Robinson

8    complex was that it was up and running, fully

9    functional, and the landscaping was almost complete."

10   Did I read that correctly?

11   A.   Yes, sir.

12   Q.   Wasn't it -- wasn't it supposed to be that the Mills

13   school was supposed to have been completed first before

14   the Robinson Middle?

15   A.   Yes, sir.

16   Q.   Under Plan 2000?

17   A.   Yes, sir.

18   Q.   That didn't happen; did it?

19   A.   No, sir.

20   Q.   Then it says that, "Mills was not operational and

21   the land preparation was no where near completion.

22   According to the athletic director, no work had been

23   done on the site in three weeks.  On my follow-up visit

24   to Mills on October 24th the field house was in

25   operation, but the landscape looked much the same."

Page 131

1        Did I read that correctly?

2   A.   Yes, sir.

3   Q.   So, based on Ms. Powell's report, it appears that

4   most of the work and attention was put at Robinson

5   Middle and work had been delayed at Mills High School;

6   is that correct?

7        MR. BATES:  Object to the form of the question.

8   A.   Yes, sir.

9   Q.   (BY MR. PORTER)  In the second bullet point, it

10  says, "Based on Pulaski County Special School Districts'

11  status report (docket -- document 5337, dated October

12  10th, 2007), it is clear that the two facilities are

13  inherently unequal from the start of construction."

14       Did I read that correctly?

15  A.   Yes, sir.

16  Q.   Is that something that you agree with as well?

17  A.   Yes, sir.

18  Q.   Says, "The field house at Robinson is 19,130 square

19  feet larger than the one at Mills."  Did I read that

20  correctly?

21  A.   Yes, sir.

22  Q.   And it says, "Part of the reason is the field house

23  at Robinson has a 15,047 square foot second story."  Did

24  I read that correctly?

25  A.   Yes, sir.

1   A.   Apples to oranges.

2   Q.   When I went to Robinson, it kind of reminded me of a

3   small UALR sports arena.  Have you ever gone to UALR

4   sports arena?

5   A.   I have.

6   Q.   And, of course, Mills High School has what I would

7   call a gymnasium as opposed to a sports arena?

8   A.   Yes, sir.

9   Q.   Okay.  And, of course, we know that Mills High

10  School has had a championship basketball team for at

11  least a couple years that I'm aware of.  Are you aware

12  of that?

13  A.   I am.

14  Q.   How do you think it would affect -- well, scratch

15  that.  When a -- if you, as a grandparent, Dr. Warren,

16  had the choice of having your child go to Robinson

17  versus that of Mills, what choice would you make?

18  A.   Well, if I'm basing it on appearance, certainly,

19  it's going to be Robinson.  But then, as a grandparent,

20  I'm going to check the academics, and that's going to be

21  Mills.

22  Q.   Sure.  Okay.  Have you gone out to visit the

23  campuses at Sylvan Hills?

24  A.   I have.  The new high school?

25  Q.   Yes.

1   A.   Yes, I have.

2   Q.   And how would you compare the Sylvan Hills High

3   School to that of Mills High School?

4   A.   There is no comparison.

5   Q.   There's no comparison?

6   A.   No, sir.

7   Q.   What do you mean by that?

8   A.   When I stepped into the Mills -- the Sylvan Hills

9   High School this year, in the school year, my initial

10   intention was, "Oh, wow, I cannot believe this; this is

11   outstanding."

12       When you walk into a facility like that, it's more

13   of a university status, the facility.  All the grandeur

14   in it.  And then, when you walk to a Mills High School,

15   there's no comparison when you walk into that front

16   entrance.

17       And I love walking into Mills, into that rotunda.

18   But just from the outside walking up to Sylvan Hills

19   High School, my first thought was:  I cannot believe

20   this.

21   Q.   Do you have an opinion as to whether or not the high

22   school at Sylvan Hills is equal or unequal to the

23   facility at Mills High School?

24       MR. BATES:  Object to the form.

25   Q.   As far as appearance as far as size?

Page 155

1   A.   Yes.  Nikki Nichols, yes.  She is the coordinator of

2   PBIS for the district.

3   Q.   And does she report to you?

4   A.   No, sir.  She's not in my department, no, sir.

5   Q.   So, would it be fair to say that the PBIS-related

6   initiative at PCSSD is not under your direct

7   responsibility?

8   A.   It is not.

9   Q.   Okay.  And so, if you didn't know the answer to

10  something that was in a report or some reporting or

11  monitoring efforts having to do with PBIS, that

12  wasn't -- it just wasn't something you're responsible

13  for; correct?

14  A.   No, sir.

15       MR. BATES:  Those are all the questions I have.

16  Thank you.

17  Q.   (BY MR. PORTER)  Dr. Warren, just one final

18  question:  As the Assistant Superintendent of Equity and

19  Pupil Services, and at one time the interim

20  superintendent, would it not also be part of your job

21  responsibility to ensure that facilities are built

22  consistent with Plan 2000?

23  A.   It would be part of my job responsibility in Equity

24  and Pupil Services to oversee the operations of

25  everything in Plan 2000.  Understanding that the persons

Page 156

1    -- they don't report to me, they report directly to the

2    superintendent.  So, my knowledge of it is what they

3    share with me.

4    Q.   Right.

5    A.   Yes, sir.

6    Q.   All right.  But you have to ensure, as the person

7    responsible for the implementation of Plan 2000, you

8    certainly will have to ensure that facilities are being

9    built consistent with Plan 2000; is that correct?

10   A.   Yes, sir.

11   Q.   Okay.

12        MR. PORTER:  Thank you.  That's all I have.

13        MR. BATES:  Scott, you have anything?

14   Q.   (BY MR. RICHARDSON)  One question, Dr. Walker.

15   A.   Warren.

16   Q.   Dr. Warren, I'm sorry.

17   A.   Yes, sir?

18   Q.   ESSA, E-S-S-A --

19        THE WITNESS:  What'd he say?

20   Q.   (BY MR. RICHARDSON)  -- stands for Every Student --

21   A.   ESSA.

22   Q.   ESSA --

23   A.   Thank you.

24   Q.   -- Every Student Succeeds Act; correct?

25   A.   Thank you -- thank you, Mr. Richardson.  Yes, sir.