# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.   No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

## JOINT PROPOSAL TO THE COURT REGARDING SCHOOL TOURS

Pursuant to the Court's request at the recent Status Conference, the Parties submit this *Joint Report to the Court Regarding School Tours*:

1. The Parties have conferred regarding a proposed schedule and course for the school tours this summer.

2. The Parties propose the following order of schools for the tour: (1) Mills High School, ROTC Building; (2) Sylvan Hills High School including the Freshman Academy; (3) Lester Elementary School; (4) New Middle School in Jacksonville (under construction/Drive-by viewing); (5) Jacksonville High School; (6) Taylor Elementary School.

3. Given the revised trial schedule, the Parties believe it makes sense to conduct the school tours in the first week of August 2020, instead of interrupting the PCSSD trial to conduct the tours. Thus, the Parties suggest August 4, 2020, for the school tours to be conducted.

                Respectfully Submitted,

By:   Scott P. Richardson (2001208)
       McDaniel, Wolff &Benca, PLLC
       1307 West 4th St.
       Little Rock, AR 72201
       501.954.8000
       scott@mwbfirm.com

       Attorney for Jacksonville/North Pulaski School District

| | |
|---|---|
| Austin Porter Jr., (86145) | Lawrence A. Walker |
| PORTER LAW FIRM | Shawn Childs |
| 323 Center Street, Suite 1035 | JOHN W. WALKER, P.A. |
| Little Rock, Arkansas 72201 | 1723 S. Broadway |
| Telephone: 501-244-8200 | Little Rock, Arkansas 72206 |
| Facsimile: 501-372-5567 | |
| Email: Aporte5640@aol.com | |

Robert Pressman
22 Locust Avenue
Lexington, Massachusetts 02421

Attorneys for Intervenors

AND

| | |
|---|---|
| M. Samuel Jones III (76060) | Jay Bequette |
| Devin R. Bates (2016184) | Cody Kees |
| Amanda Orcutt | Bequette Billingsley & Kees, P.A. |
| MITCHELL, WILLIAMS, SELIG, | 425 West Capitol Ave., Suite 3200 |
| GATES & WOODYARD, P.L.L.C. | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | Telephone: (501) 374-1107 |
| Little Rock, Arkansas 72201 | Facsimile: (501) 374-5092 |
| Telephone: (501) 688-8800 | jbequette@bbpalaw.com |
| Facsimile: (501) 688-8807 | ckees@bbpalaw.com |
| sjones@mwlaw.com | |
| dbates@mwlaw.com | |

Attorneys for Pulaski County Special School District