**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**          **PLAINTIFF**

**V.**          **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**          **DEFENDANTS**

**EMILY McCLENDON, ET AL.**          **INTERVENORS**

### MAY 31, 2020 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

### PROGRESS REPORT

### Mills High School

1. Designs for the ROTC Building to house the Driven Program continue to be evaluated.

2. The following projects have now been approved by the Board in April, and work has begun:

    a. The walls of the main corridors;

    b. Multipurpose building locker room upgrades, (90% complete), *see* photographs, attached here to as Exhibit 1; and

    c. Trophy case upgrades.

7539828.1

### Mills Middle School

3. With regard to the HVAC, Petit and Petit has completed their design of the new fresh air units. The pricing for installation came in high at one million dollars. PCSSD is re-evaluating for better pricing. This is still under consideration.

4. Kitchen Sewer/Appliance upgrades project has started. Scheduled completion is July.

### Sylvan Hills High School

5. Phase I: approximately 100% complete. The building is now in use.

6. Phrase II: the district is scheduled to take possession of the building during the third week of June. The owner purchase items are being purchased for installation, including lockers, furniture, low energy electronics, and appliances.

7. Phrase III: the Performing Arts Center roof is in progress, and the exterior walls are being completed. *See* Field Reports, attached here to as Exhibit 2.

8. Phrase IV: for the multipurpose arena, the concrete is still being poured and the framing has started. *See* attached Field Reports, supra.

### Robinson Middle School

9. Indoor practice facility finish out (second floor Driven program): construction started on May 4, 2020. Scheduled completion is June or early July. *See* photographs, attached here to as Exhibit 3.

10. After multiple efforts to find the best pricing, the Operations Division of PCSSD will seek Board approval of a new sewer plant at an upcoming board meeting. The current price is $354,346.

## Future Reports

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

        M. Samuel Jones III (76060)
        Amanda G. Orcutt (2019102)
        Devin R. Bates (2016184)
        MITCHELL, WILLIAMS, SELIG,
          GATES & WOODYARD, P.L.L.C.
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Telephone:  (501) 688-8800
        Facsimile:  (501) 688-8807
        sjones@mwlaw.com
        dbates@mwlaw.com

        and

        Jay Bequette
        Cody Kees
        Bequette Billingsley & Kees, P.A.
        425 West Capitol Ave., Suite 3200
        Little Rock, Arkansas 72201
        Telephone:  (501) 374-1107
        Facsimile:  (501) 374-5092
        Mobile: (501 590-4500
        jbequette@bbpalaw.com
        ckees@bbpalaw.com

        ***Attorneys for Pulaski County Special School District***

7539828.1