IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT | PLAINTIFF |
| V.   NO. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, ET AL. | DEFENDANTS |
| EMILY MCCLENDON, ET AL. | INTERVENORS |

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S**
**MOTION *IN LIMINE* REGARDING RIZELLE AARON'S TESTIMONY**

Pulaski County Special School District ("PCSSD") hereby submits this Motion *in Limine* Regarding Rizelle Aaron's Testimony (the "Motion") and states as follows:

1.  The Intervenors may call Rizelle Aaron to testify regarding PCSSD's compliance with Plan 2000 in the remaining areas.

2.  Mr. Aaron, a North Little Rock resident, has had only limited direct contact with PCSSD since the Jacksonville detachment. Mr. Aaron's role in this case ceased to exist in early 2014 when he was discontinued as monitor.

3.  The majority of Mr. Aaron's contact with PCSSD appears to be through fielding phone calls from community members and employees who allegedly make complaints to him.

4.  Mr. Aaron should be precluded from testifying at trial because any testimony he may offer is either unfairly prejudicial or inadmissible hearsay.

5.  Under Federal Rule of Evidence 403, the Court "may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice . . . ." Feds. R. Evid. 403. Further, out-of-court statements offered to prove the truth of the matter asserted

1

constitute hearsay. Fed. R. Evid. 801. Unless covered by an exception to the hearsay rule, such statements are inadmissible. Fed. R. Evid. 802, 803.

6. Additionally, PCSSD attaches hereto the following exhibits which support the relief requested, as referenced in the supporting brief filed herewith:

a. **Exhibit A**: Deposition of Rizelle Aaron, May 1, 2020;

b. **Exhibit B**: Subpoena to Rizelle Aaron; and

c. **Exhibit C**: Emails between Austin Porter and Amanda Orcutt.

WHEREFORE, Pulaski County Special School District respectfully requests that this Court grant this Motion *in Limine* Regarding Rizelle Aaron's Testimony and issue an order precluding Mr. Aaron from testifying at trial.

Respectfully submitted,

*/s/ Amanda G. Orcutt*
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
E-mail:  aorcutt@mwlaw.com
            dbates@mwlaw.com
            sjones@mwlaw.com

*Attorneys for Pulaski County Special School District*

Dated: June 1, 2020