IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| V. NO. 4:82-cv-866-DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, ET AL.** | **DEFENDANTS** |
| **EMILY MCCLENDON, ET AL.** | **INTERVENORS** |

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S
MOTION *IN LIMINE* REGARDING UNITARY AREAS IN DISCIPLINE**

Pulaski County Special School District ("PCSSD") hereby submits this Motion *in Limine* Regarding Unitary Areas in Discipline (the "Motion") and states as follows:

1. PCSSD has yet to be declared completely unitary in the area of discipline. Section F of Plan 2000 pertains to discipline and contains subsections F(1) through F(6).

2. In 2011, Judge Brian S. Miller made findings of substantial compliance with sections F(2) and F(6). *See* Dkt. No. 4507 at 63.

3. In 2008, the Office of Desegregation Monitoring ("ODM") reported to the Court that PCSSD had met its obligations under sections F(2), F(4), and F(5). *See* Dkt. No. 5531 at 2.

4. On October 18, 2019, court-appointed expert Margie Powell's report to the Court concerning discipline at PCSSD reiterated that in 2008 ODM had found PCSSD compliant with sections F(2), F(4), and F(5). *See* Dkt. No. 5531 at 2. As a result of ODM's 2008 finding, Ms. Powell did not report on those subsections to the parties or to the Court in her 2019 discipline report.

5. Accordingly, because PCSSD has been declared compliant with subsections F(2), F(4), F(5), and F(6) of Plan 2000, PCSSD respectfully requests that the Court not require the

1

presentation of evidence, testimony, or proof regarding these subsections, and not allow Intervenors to include any part of these issues in their case.

WHEREFORE, Pulaski County Special School District respectfully requests that this Court grant this Motion *in Limine* Regarding Unitary Areas in Discipline and issue an order precluding the presentation by any party of evidence, testimony, or proof regarding subsections F(2), F(4), F(5), and F(6) of Plan 2000.

                                                                     Respectfully submitted,

                                                                     Amanda G. Orcutt (2019102)
M. Samuel Jones III (76060)
Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
E-mail:  aorcutt@mwlaw.com
          sjones@mwlaw.com
          dbates@mwlaw.com

*Attorneys for Pulaski County Special School District*

Dated: June 1, 2020