IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | | **PLAINTIFF** |
| V. | NO. 4:82-cv-866-DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, ET AL.** | | **DEFENDANTS** |
| **EMILY MCCLENDON, ET AL.** | | **INTERVENORS** |

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S
BRIEF IN SUPPORT OF ITS MOTION *IN LIMINE*
REGARDING UNITARY AREAS IN DISCIPLINE**

Pulaski County Special School District ("PCSSD") hereby submits this brief in support of its Motion *in Limine* Regarding Unitary Areas in Discipline (the "Motion") and states as follows:

PCSSD has yet to be declared completely unitary in the area of discipline. Section F of Plan 2000 pertains to discipline and contains subsections F(1) through F(6). In 2011, Judge Brian S. Miller made findings of substantial compliance with sections F(2) and F(6). *See* Dkt. No. 4507 at 63. In addition, in 2008, the Office of Desegregation Monitoring ("ODM") reported to the Court that PCSSD had met its obligations under sections F(2), F(4), and F(5). *See* Dkt. No. 5531 at 2. Accordingly, PCSSD respectfully requests an order precluding the presentation of evidence, testimony, or proof about Plan 2000 sections F(2), F(4), F(5), and F(6) because PCSSD has been declared compliant in these subsections.

Judge Miller found PCSSD to be compliant with Section F(2) of Plan 2000. Section F(2) requires that, not later than 45 days after the approval of Plan 2000, PCSSD was to propose criteria for: (1) identifying teachers and other staff who are experiencing problems which require attention, (2) identifying schools that have atypically high discipline rates, and (3) identifying schools that

have atypically high racial disparities in discipline. In 2011, Judge Miller found that, although PCSSD had not met the 45-day deadline, criteria were developed and provided to the Intervenors. *See* Dkt. No. 4507 at 63. Judge Miller further recognized that the Intervenors acknowledged receiving these criteria in their proposed findings of fact and conclusions of law. *See id.*; *see also* Dkt. No. 4470 at 25 (quoting the criteria and stating that "[t]he criteria required by Part 2 of the Plan were available as of October 2000.").

Judge Miller also found PCSSD to be compliant with section F(6), which requires that PCSSD follow certain policies in the Handbook for Student Conduct and Discipline. The relevant handbook provisions have been institutionalized in PCSSD's policies since 2000 and continue today. In 2011, Judge Miller concluded "Pulaski County has complied with this subsection." *See* Dkt. No. 4507 at 68-69. As such, the Court need not engage in fact finding on this issue as PCSSD has clearly met its obligations under Plan 2000.

On July 18, 2019, in preparation for this upcoming trial, the Court requested that court-appointed expert Margie Powell prepare a series of summary reports covering "each area to be tried." *See* Dkt. No. 5502 at 2. The reports were designed "to assist the Court and the parties" and were to cover each area where PCSSD "remain[ed] under supervision." *Id.* On October 18, 2019, Ms. Powell's report to the Court concerning discipline at PCSSD stated that in 2008 ODM had found PCSSD compliant with sections F(2), F(4), and F(5). *See* Dkt. No. 5531 at 2. As a result of ODM's 2008 finding, Ms. Powell declined to even include those subsections in her 2019 report. *Id.* Because of this, should the Court require evidence on these subsections, the Court will not have had the benefit of Ms. Powell's objective reporting.

Accordingly, because PCSSD has been declared compliant with subsection F(2), F(4), F(5), and F(6) of Plan 2000, PCSSD respectfully requests that its Motion be granted and that this

Court issue an order *in limine* precluding the presentation of evidence, testimony, or proof regarding these subsections by any party.

        Respectfully submitted,

        Amanda G. Orcutt (2019102)
        M. Samuel Jones III (76060)
        Devin R. Bates (2016184)
        MITCHELL, WILLIAMS, SELIG,
          GATES & WOODYARD, P.L.L.C.
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Telephone:  (501) 688-8800
        Facsimile:   (501) 688-8807
        E-mail:  aorcutt@mwlaw.com
                sjones@mwlaw.com
                dbates@mwlaw.com

*Attorneys for Pulaski County Special School District*

Dated: June 1, 2020