**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　**NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

**EMILY McCLENDON, ET AL.**　　　　　　　　　　　　　　　　　　**INTERVENORS**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S
MOTION FOR UNITARY STATUS**

Pulaski County Special School District (PCSSD) for its Motion for Unitary Status, states:

1.　Of the twelve original areas outlined in Plan 2000, PCSSD has been declared unitary in all but four: student achievement (§ M), discipline (§ F), facilities (§ H), and monitoring (§ N).

2.　On October 24, 2019, PCSSD filed its Notice of Unitary Status. (Doc. 5533).

3.　As per the Court's now operative scheduling order, a trial is set on the remaining four areas beginning July 14, 2020. (Doc. 5599).

4.　For Academic Achievement, "[t]he parties agree[d] the Donaldson Scholars Academy plan is to become a ***substantial component*** of PCSSD's desegregation obligation on the subject of student achievement. (Doc. 5018, pp. 2-3) (emphasis added). Beyond the Donaldson Scholar's Academy, there is still more than adequate evidence in the record to find that PCSSD is unitary on student achievement.

5. For Discipline, various judicial opinions and ODM findings have already largely determined the outcome. Section F of Plan 2000 contains subsections F(1) through F(6). ODM has declared that PCSSD has met its obligations under F(2), F(4), and F(5). (Doc. 5531, p. 2). Also, in 2011, Judge Miller found that PCSSD was compliant with F(2) and F(6). (Doc. 4507, pp. 59-69). PCSSD has maintained a longstanding commitment to the discipline aspects of Plan 2000 by implementing numerous initiatives. Although not required for a finding of unitary status, discipline disparities in PCSSD are trending down.

6. For facilities, "PCSSD'S [sic] quest *for full unitary status* through cooperation with Joshua" was reduced to currency with the obligation that "PCSSD commits to the circa $50,000,000.00 new Mills High School, and the circa $5,000,000.00 conversion of existing Mills to a middle school." (Doc. 5084, p. 3) (emphasis added). PCSSD has followed through on these commitments.

7. Monitoring largely follows the outcomes just summarized, with the majority of this issue being handled by the fact that PCSSD has continued the same monitoring reports upon which Judge Miller relied in 2011 in finding that PCSSD was unitary to date. (Doc. 4507, p. 103-07). Any outstanding monitoring obligations have been met by adjustments in monitoring reports.

8. Moreover, PCSSD has substantially complied in good faith with Plan 2000 and all amendments thereto, and has also substantially complied in good faith with the Ross Plan.

9. PCSSD has filed contemporaneously herewith a brief in support of this motion, which is incorporated herein by reference.

10. PCSSD attaches hereto the following exhibits in support of this motion, which are referenced and explained in the aforementioned brief:

   a. Exhibit A: Letter from Shawn Childs,

    b.  Exhibit B: Excerpts of Deposition of Rep. Joy Springer, and

    c.  Exhibit C: PCSSD Spending on the Donaldson Scholars Academy.

WHEREFORE, Pulaski County Special School District respectfully requests that this Motion for Unitary Status be granted and that Pulaski County Special School District be declared unitary in all remaining areas of Plan 2000.

Respectfully submitted,

*Devin R. Bates*
Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com
aorcutt@mwlaw.com

*and*

Jay Bequette (87012)
Cody Kees (2012118)
BEQUETTE BILLINGSLEY & KEES, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
jbequette@bbpalaw.com
ckees@bbpalaw.com

*Attorneys for Pulaski County Special School District*