# JOHN W. WALKER, P.A.
ATTORNEY AT LAW
1723 BROADWAY
LITTLE ROCK, ARKANSAS 72206
TELEPHONE (501) 374-3758
FAX (501) 374-4187
Email: schilds@jwwlawfirm.com

SHAWN CHILDS*  
LAWRENCE WALKER

JOHN W. WALKER (1937-2019)

*Licensed to practice in Arkansas and Texas

March 27, 2020

*Via Electronic Mail*

Devin R. Bates  
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.  
425 West Capitol Avenue  
Suite 1800  
Little Rock, AR 72201  
501-688-8800  
Email: dbates@mwlaw.com

    RE:   *Little Rock Sc. v. Pulaski County Sp. Sc.,* 4:82-cv-866 (E.D. Ark.)

Dear Counsel:

    We understand that Pulaski County Special School District ("District") is experiencing unprecedented challenges, as state and local governments throughout the country take emergency measures to contain the COVID-19 pandemic. As counsel for the Intervenors in the above-captioned case, we are concerned about the effect of the pandemic and these emergency measures on the Intervenor Class and, thus, are reaching out to assess the services being provided to students in the District and to offer support and guidance during this uncertain time. We also request that by April 2, 2020, you advise us of your availability for a conference call to discuss these important issues



EXHIBIT A

As you know, Arkansas Secretary of Health Nathaniel Smith, in consultation with Governor Asa Hutchinson, closed all Arkansas public school facilities to students through April 17, 2020, in light of the ongoing COVID-19 pandemic.[1] In that directive, the Secretary recommended that "provision of academic support [and] alternatives for school based meals as well as other services (e.g. behavioral and mental health services) for economically and physically vulnerable children…must all be addressed." *Id.* (parenthetical in original). The Arkansas Department of Education states the District is allowed to "provide meals to be consumed and taken offsite."[2] In fact, it appears that at three school districts—Marion, West Memphis and Fayetteville—are already using school bus services to deliver meals to students in need.[3]

According to the Arkansas Department of Education, economically disadvantaged students are 49% of the District's population. Furthermore, approximately 93% of the students at Harris Elementary School, 83% of the students at College Station Elementary School, and 69% of the students at Clinton Elementary School—which are racially identifiably Black schools—are economically disadvantaged. Because of racial inequalities in access to the internet and computers, as well as racial disparities in special education and school discipline, the burdens of the school closures on access to adequate nutrition, distance learning, and other academic programs will likely disproportionately fall on Black students.

The District has an affirmative duty to both end express racial segregation and "to take whatever steps might be necessary to convert to a unitary system in which racial discrimination would be eliminated root and branch." *Little Rock Sch. Dist. v. Pulaski Cty. Special Sch. Dist. No. 1*, 778 F.2d 404, 410 (8th Cir. 1985) (quoting *Raney v. Board of Education,* 391 U.S. 443, 446 (1968)); *see also Stout v. Jefferson Cty. Bd. of Educ.*, 882 F. 3d 988, 1010 (11th Cir. 2018). Each failure or refusal of the District to fulfill this duty continues the constitutional violation. *Columbus Bd. of Educ. v. Penick*, 443 U.S. 449, 459 (1979); *United States v. Lawrence Cty. Sch. Dist.*, 799 F.2d 1031, 1044 (5th Cir. 1986). The District must also demonstrate an ongoing good faith commitment to non-discrimination. *See Freeman v. Pitts*, 503 U.S. 467, 498-99 (1992). This continuing duty under the

---

[1] Arkansas Secretary of Health's Directive
https://www.healthy.arkansas.gov/images/uploads/pdf/Directive_03.19.2020_final.pdf.

[2] Arkansas Dep't of Educ., Guidance for Schools Regarding COVID-19 (Mar. 18, 2020), at
http://adecm.arkansas.gov/ViewApprovedMemo.aspx?Id=4328.

[3] *List: Free meal distribution sites for students and seniors during COVID-19 outbreak*, WMC5 (Mar. 16, 2020), https://www.wmcactionnews5.com/2020/03/16/list-free-meal-distribution-sites-students-during-covid-outbreak/; *Fayetteville school buses to deliver meals to kids during COVID-19 closures*, 4029 News (Mar. 16, 2020), htthttps://www.4029tv.com/article/fayetteville-school-buses-to-deliver-meals-to-kids-during-covid-19-closures/31677981.

desegregation order, therefore, requires the District to take affirmative steps to prevent disproportionate harms to the Black schoolchildren under its care.

While we realize circumstances and policies are evolving daily, it is incumbent upon the District to fulfill its obligations to all students, even in the face of unforeseen obstacles. To that end, the District must ensure that all students have reasonable access to student meals and are able to continue their education through online or other forms of distance learning. Further, the District should ensure that all student suspensions and expulsions run concurrent with the school closures.

Based upon representations made during the court-ordered monthly conference that was held yesterday, I understand that the District has been providing meal services to its students since March 23, 2020 and will continue to do so while the District is closed as ordered by the State of Arkansas. I also found out from Dr. Janice Warren during this meeting that the meal services consist of breakfast and lunches that are delivered at the regular stops made by the District's school buses.

In order to fully understand and assess the impact of the school closures on the Intervenor Class, we request a conference call with you as soon as possible. Please contact us by April 2, 2020, about your availability for this call. We further request that, during the call, you are prepared, to the extent possible, to discuss the following:

1. Is the District capable of offering distance learning to all students during the current school closures? Distance learning may include, but is not limited to, online learning, hard copy educational lessons and student work, or a hybrid model.

    a. If yes, is the District offering such learning opportunities to all students? Please describe what is being offered and how parents and students have been informed of this opportunity.

    b. If no, please explain why distance learning is not being offered to all students in the District.

    c. If distance learning is being offered to some but not all students in the District, please explain to what students (schools, grades) distance learning is being offered and why.

2. Are there obstacles that prevent more equitable siting of Grab n Go sites? If so, what are those obstacles and how can they be overcome?

3. Describe how the District is communicating with parents and students regarding updates throughout the current closures. Where possible, please provide dates and mediums for mass communications.

4.  All other information the District believes may assist us in our review.

Again, we understand the unique challenges that this crisis presents for the District. We also hope that you see us as a resource to help ensure racial equity in the District's actions during this public health crisis. If you have any questions regarding this letter or would like to otherwise discuss this matter, please contact us at (501) 374-3758 or via our email addresses below.

We look forward to speaking with you soon.

        Sincerely yours,

         /s/ Shawn G. Childs
        Shawn G. Childs
        Ark. Bar #99058
        Lawrence Walker
        Ark. Bar #2012042
        JOHN W. WALKER, P.A.
        1723 Broadway
        Little Rock, Arkansas 72206
        501-374-3758
        501-374-4187 (facsimile)

        email: schilds@jwwlawfirm.com
                  lwalker@jwwlawfirm.com

        *Counsel for the Intervenor Class*