# Transcript of the Testimony of

# Springer, Joy

**Date:** May 15, 2020

**Case:** Little Rock School District v. Pulaski County Special School District, et al

**Bushman Court Reporting**
Janess Ferguson Smith
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>



EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

_____

LITTLE ROCK SCHOOL DISTRICT                    PLAINTIFF

VS.                  CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                               DEFENDANTS

EMILY MCCLENDON, ET AL.                        INTERVENORS

_____


ORAL DEPOSITION OF JOY SPRINGER

May 15, 2020

_____










BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

Page 2

1           A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3    AUSTIN PORTER, JR., ESQ.
     Porter Law Firm
4    323 Center Street
     Suite 1035
5    Little Rock, Arkansas  72201

6

7

8    ON BEHALF OF PCSSD:

9    CODY KEES, ESQ.
     Bequette Billingsley & Kees, P.A.
10   425 West Capitol
     Suite 3200
11   Little Rock, Arkansas  72201

12
     DEVIN R. BATES, ESQ.
13   AMANDA G. ORCUTT, ESQ.
     Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
14   425 West Capitol
     Suite 1800
15   Little Rock, Arkansas 72201

16

17

18   ON BEHALF OF JACKSONVILLE SCHOOL DISTRICT:

19   SCOTT RICHARDSON, ESQ.
     McDaniel Richardson & Calhoun
20   1020 West Fourth Street
     Little Rock, Arkansas 72201

21

22

23

24

25

I N D E X

EXAMINATION
    By Mr. Bates . . . . . . . . . . . . . . . .   5

EXAMINATION
    By Mr. Richardson. . . . . . . . . . . . . . 162

EXAMINATION
    By Mr. Bates . . . . . . . . . . . . . . . . 247

E X H I B I T S

Exhibit No. 1  (Amended Notice) . . . . . . . . .   9
Exhibit No. 2  (5-7-20 Email) . . . . . . . . . .  54
Exhibit No. 3  (Classroom Observation Forms). .   93
Exhibit No. 4  (Invoice and Progress Report). .  113
Exhibit No. 5  (Educator License) . . . . . . .  168
Exhibit No. 6  (3-20-17 Email). . . . . . . . .  118
Exhibit No. 7  (Intervenors Responses to JNPSD)  252
Exhibit No. 8  (Classroom Observation Form) . .  252
Exhibit No. 9  (2018-'19 Proposed Plan) . . . .  252
Exhibit No. 10 (2019-'20 Proposed Plan). . . .   252
Exhibit No. 11 (Classroom Observation Forms) .   252
Exhibit No. 12 (Educator License). . . . . . .   252

Page 4

1          ANSWERS AND DEPOSITION OF JOY SPRINGER, a
2    witness produced at the request of the Defendants,
3    was taken via Zoom in the above-styled and numbered
4    cause on the 15th day of May, 2020, before Janess
5    Ferguson Smith, Certified Court Reporter and Notary
6    Public in and for Saline County, Arkansas, at the
7    Offices of Bushman Court Reporting, 620 West Third,
8    Suite 302, Little Rock, Arkansas, at 10:02 a.m.
9              * * * * * * * * * *

Page 5

1           JOY SPRINGER,
2  the witness hereinbefore named, having first been
3  duly cautioned and sworn or affirmed to tell the
4  truth, the whole truth and nothing but the truth,
5  testified as follows:
6                EXAMINATION
7  BY MR. BATES:
8  Q.   Good morning, Representative Springer.
9  A.   Good morning.
10 Q.   We've met before but, for the record, I'm Devin
11 Bates.  As you know, I'm here today on behalf of
12 Pulaski County Special School District.
13 A.   Yes.
14 Q.   I know you've given several depositions before,
15 and I know you've been to many depositions, so I'm
16 not going to belabor all of the formalities and
17 introduction points, but this one new one that's new
18 to me with Zoom is if the internet cuts out at any
19 point, and you miss something that I say, or if it
20 cuts out on my end, and I miss something you say, I
21 might just ask you to repeat something, and I'll ask
22 you to do the same if you missed what I said.  Is
23 that fair?
24 A.   Yes.
25 Q.   Thank you.  Will you please state your full

1  there are any to share with you.
2  Q.    Okay.  Maybe I missed it in there, and I
3  apologize by asking my question again.  I didn't hear
4  if you had a form that you used, like the Classroom
5  Observation Form, or something else like that.
6  A.    I did not use that form when I went.
7  Q.    Okay.  And there wasn't another form that you
8  might have used?
9  A.    I did not use a form at all when I went to the
10 school.  How I made notation of what I did are either
11 in emails or in the time records.
12        Or, let me just say this, my, my findings
13 at schools are also reflected during the monthly
14 meetings as will, because there were discussions
15 about what I found when I went to different schools
16 during that time.
17 Q.    Okay.  I am going to ask you a little bit about
18 the Donaldson Scholars program.  Did Charles Bolden
19 and Marva Smith work for the Donaldson Scholars
20 program for a time?
21 A.    Yes.
22 Q.    Do you recall about how long they worked there,
23 about how many years?
24 A.    I don't, I don't remember when they started.  I
25 think that they are still doing some things for them

1  as of, as of to date.
2  Q.    Okay.  In the back of the discovery requests,
3  page six, Interrogatory Number 5, this one asks for
4  all vestiges of segregation that the Intervenors
5  allege currently exists in Jacksonville in the area
6  of academics, student achievement.  Are you aware of
7  any vestiges of segregation in Jacksonville North
8  Pulaski in the area of student achievement?
9              MR. PORTER:  Objection.  I think it
10         requires a legal response, Scott.  She's
11         not a lawyer.
12             So I think that requires her to make
13         some type of legal conclusion.  But if she
14         can give whatever answer, she's free to do
15         so.  That's my objection.
16 Q.    If you don't think you're qualified to respond
17 to it, that's fine.  Ms. Springer, do you have any
18 response to that question?
19 A.    I think the, the lawyers have answered that
20 question.
21 Q.    So you, you have no response to that question?
22 A.    Based upon the lawyer instructions.
23 Q.    Okay.  So the next page, Interrogatory Number
24 6, asks about every vestige of segregation that
25 exists in JNPSD in regard to student discipline.

Page 255

1        COURT REPORTER'S CERTIFICATE

2   STATE OF ARKANSAS)
                     )ss.
3   COUNTY OF SALINE )

4              I, JANESS FERGUSON SMITH, CCR, RPR, a
5   Notary Public in and for Saline County, Arkansas do
6   hereby certify that the facts stated by me in the
7   caption of the foregoing matter are true; and that
8   the foregoing matter was transcribed by me, to the
9   best of my ability and understanding, from my machine
10  shorthand notes taken at the time and place set out
11  in the caption hereto.
12             In accordance with Rule 30(e) of the Rules
13  of Civil Procedure, review of the transcript was
14  requested by the deponent or a party thereto.
15             I FURTHER CERTIFY that I am neither counsel
16  for, related to, nor employed by any of the parties
17  to the action in which this proceeding was taken;
18  and, further that I am not a relative or employee of
19  any attorney or counsel employed by the parties
20  hereto, not financially interested or otherwise, in
21  the outcome of this action.
22             GIVEN UNDER MY HAND AND SEAL OF OFFICE on
    this, the 15th day of May, 2020.
23
                        _____
24                      JANESS FERGUSON SMITH, CCR, RPR
                        Notary Public for Saline County
25                         and Court Reporter.