```
PCSSD                                                                                       PAGE NUMBER:    1
DATE: 05/27/2020                        PULASKI COUNTY SPECIAL SCHOOL DISTRICT              ACCTPA21
TIME: 17:16:52                                  CHECK REGISTER - BY FUND

SELECTION CRITERIA: transact.vend_no='32245'
ACCOUNTING PERIOD: 11/20


       FUND - 2387 - M TO M REVENUE

 CASH ACCT  CHECK NO   ISSUE DT VENDOR     NAME                   BUDGET UNIT         ACCNT    ----DESCRIPTION----    SALES TAX            AMOUNT

 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199012899200    63410    INITIAL PAY C W DON         0.00         18,477.07
 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199012799200    63410    INITIAL PAY C W DON         0.00         10,226.03
 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199015199200    63410    INITIAL PAY C W DON         0.00         23,173.14
 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199013699200    63410    INITIAL PAY C W DON         0.00         15,975.42
 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199012599200    63410    INITIAL PAY C W DON         0.00         14,702.65
 01010       349958    06/20/14 32245      UNIVERSITY OF ARK.     2387199012399200    63410    INITIAL PAY C W DON         0.00         17,445.69
 TOTAL CHECK                                                                                                               0.00        100,000.00

 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199012399200    63410    YR FUND #279254             0.00        564,077.36
 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199012599200    63410    YR FUND #279254             0.00        475,385.95
 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199013699200    63410    YR FUND #279254             0.00        516,538.77
 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199015199200    63410    YR FUND #279254             0.00        749,265.02
 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199012799200    63410    YR FUND #279254             0.00        330,641.57
 01010       350565    07/11/14 32245      UNIVERSITY OF ARK.     2387199012899200    63410    YR FUND #279254             0.00        597,425.33
 TOTAL CHECK                                                                                                               0.00      3,233,334.00

 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199012599200    63410    YR2 FUNDING DONALDS         0.00        483,134.36
 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199013699200    63410    YR2 FUNDING DONALDS         0.00        465,879.57
 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199015199200    63410    YR2 FUNDING DONALDS         0.00        768,557.49
 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199012799200    63410    YR2 FUNDING DONALDS         0.00        367,383.42
 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199012899200    63410    YR2 FUNDING DONALDS         0.00        674,375.05
 01010       365496    07/10/15 32245      UNIVERSITY OF ARK.     2387199012399200    63410    YR2 FUNDING DONALDS         0.00        573,003.11
 TOTAL CHECK                                                                                                               0.00      3,332,333.00

 01010       378891    07/22/16 32245      UNIVERSITY OF ARK.     2387199012599200    63410    UALR FUND 279254            0.00        454,386.72
 01010       378891    07/22/16 32245      UNIVERSITY OF ARK.     2387199015199200    63410    UALR FUND 279254            0.00        745,771.21
 01010       378891    07/22/16 32245      UNIVERSITY OF ARK.     2387199012799200    63410    UALR FUND 279254            0.00        391,638.07
 01010       378891    07/22/16 32245      UNIVERSITY OF ARK.     2387199023199209    63410    UALR FUND 279254            0.00        850,352.29
 01010       378891    07/22/16 32245      UNIVERSITY OF ARK.     2387199012899200    63410    UALR FUND 279254            0.00        892,184.71
 TOTAL CHECK                                                                                                               0.00      3,334,333.00

 TOTAL CASH ACCOUNT                                                                                                        0.00     10,000,000.00

 TOTAL FUND                                                                                                                0.00     10,000,000.00

 TOTAL REPORT                                                                                                              0.00     10,000,000.00
```



EXHIBIT C