IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's invoice for January 2020, *Doc. 5564*, and authorizes payment. The Court attaches Ms. Powell's bill for February, March, and April 2020. The Court will authorize payment if there are no objections after seven calendar days. № 5034.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2020

June 2, 2020

15401 Chenal Pkwy
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for February, March, April 2020

Your Honor,

Per your Order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that remain under Court supervision. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. Fees for PCSSD total $1800.00. The total for JNPSD is $600.00. The total reimbursement request is $2400.00. Please be advised that due to a miscommunication on my part, I did not participate in the May telemeeting with the parties.

**PCSSD**
*Feb 26 - Status Meeting - 1 hour ($150)
Mar 6 - Participated in Handbook Committee meeting - 4 hours ($1200)
*Mar 26 - Status Meeting - 1 hour ($150)
*Apr 29 - Status Meeting - 1 hour ($150)
*May 6 - Status Update Hearing - Flat rate ($150)
**PCSSD TOTAL $1800.00**

**JNPSD**
*Feb 26 - Status Meeting - 1 hour ($150)
*Mar 26 - Status Meeting - 1 hour ($150)
*Apr 29 - Status Meeting - 1 hour ($150)
*May 6 - Status Update Hearing - Flat rate ($150)
**JNPSD TOTAL $600.00**

Please contact me if you have any questions related to this request.

Sincerely,

*Margie L. Powell*

Margie L. Powell
Court Expert