# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                  **PLAINTIFF**

**V.**                     **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                         **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                      **INTERVENORS**

### PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S
### RULE 26.2 PRETRIAL DISCLOSURE SHEET

Defendant, Pulaski County Special School District ("PCSSD"), for its Pretrial Disclosure Sheet submitted pursuant to Local Rule 26.2, states:

**(1)  The identity of the party submitting information.**

Pulaski County Special School District

**(2)  The names, address, and telephone numbers of all counsel for the party.**

Sam Jones
Amanda Orcutt
Devin Bates
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800

Jay Bequette
Cody Kees
**BEQUETTE BILLINGSLEY & KEES, P.A.**
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201
Telephone: (501) 374-1107

**(3)  A brief summary of claims and relief sought.**

PCSSD filed a notice of its unitary status (Doc. 5533). As explained in its Brief in Support (Doc. 5622) of its Motion for Unitary Status (Doc. 5621), PCSSD has requested

that the Court enter an order declaring it unitary in all remaining areas. Intervenors opposed PCSSD's notice of its unitary status (Doc. 5543), and are anticipated to file a response in opposition to PCSSD's Motion for Unitary Status.

**(4)      Prospects for settlement.**

Many subparts of this case have been settled over the years, some since PCSSD's last trial in 2010, however there have been no recent attempts at settlement. Settlement appears remote at this juncture.

**(5)      The basis for jurisdiction and objections to jurisdiction.**

The issue of subject matter jurisdiction has been raised in PCSSD's and JNPSD's joint motion in limine to properly allocate the burden of proof (Doc. 5610) and Brief in Support (Doc. 5611). As more fully explained therein, it seems that the Court has federal question jurisdiction under 28 U.S.C. § 1331 for the issue of facilities (§ H of Plan 2000). However, the issues of student achievement (§ M), discipline (§ F), and monitoring (§ N) remain bootstrapped hereto through supplemental jurisdiction. 28 U.S.C. § 1367.

**(6)      A list of pending motions.**

The following Motions *in Limine* remain pending:

- PCSSD & JNPSD's Motion *in Limine* to properly allocate the burden of proof (Doc. 5610).

- PCSSD's Motion *in Limine* regarding Rizelle Aaron's testimony (Doc. 5613).

- PCSSD's Motion *in Limine* regarding Joy Springer's testimony (Doc. 5615).

- PCSSD's Motion *in Limine* regarding unitary areas in discipline (Doc 5617).

- PCSSD's Motion *in Limine* to limit argument and evidence about facilities (Doc. 5619).

Other pending motions:

- PCSSD's Motion for Unitary Status remains pending. (Doc. 5621).

- Dr. Warren's Motion to Intervene (Doc. 5600).

   **(7)** **A concise summary of the facts.**

This case is placed in history "as the last in a long line of desegregation cases, dating back to 1956." (Doc. 3675, p. 12, n. 15). In 2000, Judge Susan Webber Wright approved a revised desegregation plan that has since become known as Plan 2000. (Doc. 3337). PCSSD has demonstrated good faith substantial compliance with Plan 2000 as modified and amended, as explained in PCSSD's notice of its unitary status (Doc. 5533), as well as explained in its Brief in Support (Doc. 5622) of its Motion for Unitary Status (Doc. 5621). As more fully explained in the Brief in Support of the Motion for Unitary Status, the most straightforward determination to be made is on the issue of facilities, where this outcome is all but preordained following the joint motion to amend Plan 2000 providing the $55,000,000.00 benchmark to achieving, by its own terms, "***full unitary status***." (Doc. 5084, p. 3). The determination in student achievement is also mostly controlled by prior stipulation, Intervenors agreeing that the Donaldson Scholars Academy would become a ***substantial component*** of PCSSD's desegregation obligation on the subject of student achievement. (Doc. 5018, pp. 2-3). That program has now been implemented. Beyond the Donaldson Scholar's Academy, there is still more than adequate evidence in the record to find that PCSSD is unitary on student achievement. On discipline, PCSSD has maintained

a longstanding commitment to Plan 2000, and although this is certainly not required for a finding of unitary status, discipline disparities in PCSSD are trending down. The issue of monitoring largely follows the outcomes just summarized, with the majority of this issue being handled by the fact that PCSSD has continued the same monitoring reports upon which Judge Miller relied in 2011 in finding that PCSSD was unitary to date.

**(8)    All proposed stipulations.**

PCSSD proposes to stipulate the authenticity of all documents generated, produced, or maintained by PCSSD without the necessity for an authenticating witness.

**(9)    The issues of fact expected to be contested.**

Whether or not PCSSD has demonstrated good faith substantial compliance with Plan 2000 as interpreted through all amendments, stipulations, judicial decisions, et cetera, binding thereon.

**(10)    The issues of law expected to be contested.**

1.    *Discipline*. Whether PCSSD has already been declared compliant in discipline subsections F(2), F(4), F(5), and F(6) such that it need not present evidence on these topics. (Doc. 5617).

2.    *Student Achievement*. What is meant by "substantial component"—specifically, because the parties' joint motion to amend the student achievement section of Plan 2000 established that the Dr. Charles W. Donaldson Scholars Academy was to become a "***substantial component*** of PCSSD's desegregation obligation on the subject of student achievement" and reduced that obligation to currency in the amount of $10,000,000.00, what is the weight given to this "substantial component" and how much, if any, additional

evidence is needed to show that PCSSD is unitary in student achievement. (Doc. 5622, pp. 21-25).

3. *Student Achievement*. Whether consideration of the achievement gap / opportunities gap has a place in PCSSD's quest for unitary status (Doc. 5622, pp. 14-19)—if so, whether expert testimony is required to link this issue to PCSSD and whether there is any such expert testimony on record in this case (Doc. 5622, pp. 18-19)—if so, whether any such expert testimony in this case has ever connected these dots for PCSSD.

4. *Facilities*. Whether the parties' joint motion to amend the facilities section of Plan 2000 created a full path to unitary status such that compliance with it shows that PCSSD has achieved unitary status, whether it reduced PCSSD's "good faith" to currency, and whether it rendered all other facilities issues obsolete. (Doc. 5619) (*citing* Doc. 5084).

5. *Facilities*. Whether the standard requiring that school facilities are "clean, safe, attractive, and equal" applies to new facilities or only to the maintenance of those facilities then existing in the year 2000. (Doc. 5622, p. 47, n. 17).

6. *Overall*. Whether PCSSD has ever been declared unconstitutional in student achievement, discipline, and monitoring such that it now bears the burden of proof. (Doc. 5610).

7. *Overall*. Whether Plan 2000 requires PCSSD to maintain the same programs, staff and administrators, and whether it requires success—or—whether PCSSD needs only to make good faith efforts to substantially comply with Plan 2000. (Doc. 5622, pp. 6-7).

8.   *Witness*. Whether paralegal / lead monitor / State Representative Joy Springer is allowed to offer opinions about compliance with Plan 2000 or only testify about non-hearsay facts that she has observed. (Doc. 5615)

9.   *Witness*. Whether Rizelle Aaron has any testimony legally relevant to this case. (Doc. 5613).

**(11)   A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, whether or not they will be offered in evidence.  Separately designate those documents and exhibits which the party expects to offer and those which the party may offer.**

- ACT Aspire Exhibit: showing combined ACT Aspire results
- School Report Card Exhibit: showing letter grades of schools
- Margie Powell's Report on Student Achievement (Doc. 5550)
- Charles W. Donaldson Scholars Academy Documents: 2018-2019 CWDSA Life After School Explained Book; 2014-2019 CWDSA Summative Report; 2014-2017 CWDSA Progress Report; various Donaldson documents 2014 to present
- 90-90-90 Schools - Accountability In Action A Summary of the Work Developed by Douglas Reeves
- Curricular Team Documents
- Example PLC Documents
- Master Schedules (Baker-Harris Elem); Master Schedules (Landmark-Sylan)
- Equity lab documents
- Documents reflecting pedagogical practices
- Small group instruction materials
- Exhibit showing implementation of R.I.S.E.
- Exhibit showing implementation of Basal Readers
- Credit Recovery documentation
- Next Generation Textbook Example
- Academic Achievement Information
- Materials from Professional Development on Culturally Relevant/Responsive Teaching
- Materials from Professional Development on implicit bias

- Materials from Professional Development on 90/90/90 research
- Materials from Professional Development on school improvement planning process
- Materials from Professional Development on PBIS
- Materials from Professional Development on stereotype threats
- Materials from Professional Development on literacy instruction with AVID
- Documentation showing implementation and use of NWEA MAPP
- Example and documentation exhibit showing PCSSD's use of common formative assessments
- Instructional Coach training materials on USA Test Prep
- Accelerated Reading Exhibit
- STAR Math Exhibit
- Training materials on Renaissance Scholars in the area of AR and STAR Math
- AAIMS / AP Class Exhibit
- Documents from Arkansas Leadership Academy
- Exhibit showing utilization of ADE School Improvement Specialist
- Program Administrators for Content Areas documentation
- Exhibit showing Dyslexia Interventions/Interventionists
- Go Math documentation
- Exhibit showing PCSSD use of Journeys
- 2011-2012 to 2019-2020 School Improvement Plans
- PCSSD Academic Achievement Information
- 2016-2019 ACT Aspire IOWA Grade 1 - 10 Meeting Data 10/30/19
- 2018-2019 PCSSD All Data ESSA Indexes & Letter Grades
- 2018-2019 PCSSD ACT Aspire Data
- CWDSA Life After School Explained Book
- CWDSA Summative Report
- CWDSA Progress Report
- 2011-2012 to 2018-2019 Pulaski County Annual Reports to Public
- 2011-2012 to 2018-2019 School Report Cards
- 2017-2019 Annual School Performance Reports
- 2011-2012 to 2019-2020 School Test Results
- District Steering Committee Docs - Student Achievement
- 2016-2017 FEPSI Data Summary Report
- 2017-2018 FEPSI Data Summary Report
- PCSSD Elementary Winter Climate Report
- PCSSD District Secondary Winter Climate Report
- Margie Powell's Report on Discipline (Doc. 5531)
- 2011-2012 through 2018-2019 Annual Discipline Reports
- Data Comparison Chart – First Semester 2018 vs. 2019

- 2011-2012 Monitoring Report though 2018-2019 Monitoring Report
- ADE School Report Cards
- Discipline Reports
- One Standard Deviation Above the Mean Flow Chart*
- Discipline Disproportionality Worksheet
- Classroom Culture Training Materials – Dr. Mack Hines
- Culturally Responsive Classroom Management Slides – Dr. Mack Hines
- Description of African American Student Behavioral Success Initiative
- Agendas from Discipline Trainings
- Discipline, Emotions, African American Students – Dr. Mack Hines
- Cohort 1 Sheet
- Cohort 2 Sheet
- Diversity Training Materials – Dr. Mack Hines
- Teacher Development Plan – African American Student Success – Dr. Mack Hines
- Professional Development Support for African American Student Success – College Station Elementary – Dr. Mack Hines – 2013-2014
- Professional Growth/Corrective Action Plans
- Data Collection Visit – College Station Elementary – Dr. Mack Hines – 5/29/2013
- African American Student Success Initiative Materials – Dr. Mack Hines
- Data Collection Visit – Dr. Mack Hines
- E-Squared Training Materials – Dr. Mack Hines
- Diversity Training Cohort IV – Dr. Mack Hines
- Mills High School Individual Teacher Observation and Coaching
- Teacher Training for Success with African American Males – Dr. Mack Hines
- PASS Program for Student Discipline – Dr. Mack Hines
- Classroom Observation Materials – Dr. Mack Hines
- Culturally Responsive Training Materials
- Discipline Narrative Worksheets – Dr. Mack Hines
- Teacher Leader Training – Dr. Mack Hines
- Focus School Support Plan
- Data Collection Visit Materials
- Providing Opportunities & Improving Novice Teachers (POINT) training materials
- School Visits re: Black Student Success – Dr. Mack Hines
- From The Heart International Educational Services Training Materials
- Discipline Study – Dr. Jerry Welch*
- From the Heart International Educational Services, Inc. Study Materials*
- Letter to High School Principals Discussing From the Heart Study*
- From the Heart Survey Analysis*

8

- From the Heart Focus Group Studies*
- 2011-2012 though 2017-2018 FEPSI Data Summary Reports*
- 2018-2019 PCSSD Elementary Winter Climate Report*
- 2018-2019 PCSSD Secondary Winter Climate Report*
- 2019-2020 Self Assessment Survey*
- Black Male Leadership Development Materials – Dr. Mack Hines
- PCSSD Educational Equity School Monitoring Action Plan
- School Improvement Plans
- 2016-2017 Local School Equity Monitoring Reports
- 2017-2018 Local School Equity Monitoring Reports
- 2018-2019 Local School Equity Monitoring Reports
- 2014-2015 Academic Year Executive Summary, From the Heart
- 2015-2016 Academic Year Executive Summary, From the Heart
- 2016-2017 Academic Year Executive Summary, From the Heart
- Tier System of Discipline Interventions Chart
- Discipline Management Plans
- Multiage Program Handbook
- Mental Health Providers Service Agreements
- Mental Health Providers Case Summary Reports
- Teen Court Training Materials
- Alternative Learning Classroom Handbook
- Alternative Learning Classroom Training Materials
- Alternative Education Approval Notifications
- FTH Executive Summary, PLPYP
- Dr. Mack Hines' Executive Summary – African American Student Discipline
- The African American Student Success Initiative – Dr. Mack Hines
- Dr. Mack Hines Crystal Hill Report
- Discipline as Teachable Moments Training Materials
- Response to Intervention Materials, 2015-2016
- Response to Intervention Materials, 2016-2017
- Response to Intervention Materials, 2017-2018
- Response to Intervention Handbook
- Response to Intervention Process Flowchart
- Positive Behavioral Interventions & Supports (PBIS) – SWPBIS Tiered Fidelity Inventory (TFI)
- PBIS – TFI Walkthrough Tool
- PBIS Walkthrough Reports
- PBIS Self-Assessment Survey (SAS) how to guide for coaches
- PBIS TFI How to Guide for Coaches
- PBIS TFI Action Plans

- PBIS TFI Video Resources
- PBIS TFI Slide Deck
- PCSSD What is PBIS? Document
- AVID Enrollment Data
- PCSSD AVID Information Sheet
- AVID Center Expert Witness Opinion Statement
- AVID Comprehensive Evaluation Report
- PCSSD Parent/Student Handbook for Student Conduct and Discipline*
- PCSSD Student Handbooks*
- PCSSD Handbook Training Materials
- AVID Center Expert Witness Opinion Statement
- What is AVID?
- Virginia Beach CPS - AVID Comprehensive Evaluation
- Spreadsheet exhibit showing aggregate expenditures and project commitment costs for construction projects
- Financial documents and audit trails substantiating aforementioned aggregate expenditure and project commitment costs summary evidence exhibit
- Margie Powell's Report on Facilities (Doc. 5554)
- February 28, 2017 status report (Doc. 5292)*
- August 25, 2017 status report (Doc. 5318)*
- September 5, 2017 status report (Doc. 5322)*
- October 9, 2017 status report (Doc. 5337)*
- June 22, 2018 status report (Doc. 5402)*
- July 31, 2018 status report (Doc. 5419)*
- December 1, 2018 status report (Doc. 5474)*
- January 30, 2019 status report (Doc. 5493)*
- March 29, 2019 facilities report (Doc. 5495)*
- May 31, 2019 facilities report (Doc. 5498)*
- July 31, 2019 facilities report (Doc. 5509)*
- September 30, 2019 facilities report (Doc. 5522)*
- November 29, 2019 facilities report (Doc. 5548)*
- January 31, 2020 facilities report (Doc. 5562)*
- March 31, 2020 status report (Doc. 5576)*
- May 31, 2020 facilities report (Doc. 5612)*
- "ADE" "'sustainment, restoration and modernization' plan (the SRM) that resulted in the current construction projects*
- Design recommendations for Mills High School *
- Original design of Mills High School and design changes *
- Files: [a] on the new Mills High project; and [b] the Robinson Middle School project *
- 1/21/2020 PCSSD Facilities Meeting *

- Facilities Master Plan Docs *
- Facilities Master Plan Docs II *
- District Operations *
- Mills High-Legend Fitness *
- Robinson High-Legend Fitness *
- Mills High School Project provided by client via emails on 2/13/2020 *
- Robinson Middle School docs rec from WER via flash drive on 2/19/2020 *
- PCTOs *
- Mills Drawing Package Files-disk provided by client on 3.9.2020 *
- 1/17/20 Notice of PCSSD's Facilities Meeting *
- 2020 Master Plan Agenda and Sign in Sheet *
- 2020 District report *
- 2020 Master Plan-Identification of Access Issues *
- 3/3/2020 Final Draft 2020 Narrative *
- 1/13/2020 PCSSD Statement of Assurance *
- 1/21/2020 PCSSD Facilities Meeting *
- 1/9/2020 PCSSD Property Statement of Values *
- 1/9/2020 PCSSD Vehicle Schedule *
- PCSSD 2020 Tab Screen Shots *
- Tab 7 of facilities plan*
- Tab 13- 3/7/2020 Committed Projects*
- Tab 14- 3/7/2020 Planned New Construction Projects *
- Tab 15- 1/28/2020 Final Annual Expenditures for Maintenance-Repair and Capital Outlay 2020 Master Plan *
- 1/10/2018 Statement of Assurance *
- 2017-2018 PCSSD Vehicles *
- 2017 PCSSD Statement of Values *
- 3/15/2016 Construction Approval for Mills High Replacement *
- 2/25/2020 Master Plan Board Training *
- Master Plan Welcome Screen with Room Temp plates, etc. *
- Crystal Hill Elem Portable Room Temp plate-excel sheet *
- Crystal Hill Main excel sheet *
- Clinton Portable Room Temp plate excel sheet *
- Chenal Elem Main excel sheet *
- Chenal Elem Activity excel sheet *
- Lawson Portable Room Temp plate-excel sheet*
- Maumelle MS Area Main excel sheet *
- Maumelle HS Area Main Stadium Fieldhouse excel sheet *
- Mills HS excel sheet *
- Mills Middle-Missing Rooms excel sheet *

- Pine Forest addition original excel sheet *
- Oakbrooke Portable Room Temp plate-excel sheet *
- Sylvan Hills Middle Main excel sheet *
- Sylvan Hills Middle Portable excel sheet *
- Robinson Portable Room Temp plate-excel sheet *
- Robinson High IPF excel sheet *
- NEW Robinson Middle Main excel sheet *
- SHHS Classroom Dining excel sheet *
- Mills High docs-Punch lists (site, roof, parking lot, fields)*
- Mills/Robinson Middle–contract, change orders, etc. provided by client 4.14.2020 *
- Construction docs provided by client 4.15.2020 *
- 5 Videos of Mills School provided by client 4.16.2020 *
- 1 photo-Mills School side *
- 6 Videos of Robinson Middle School provided by client 4.16.2020 *
- Robinson PCTO's Signed *
- PCTO's docs *
- 4/18/2016 Robinson MPF DD (Drawings) *
- 4/18/2016 Robinson NMS DD (Drawings) *
- 4/18/2016 Robinson TME DD (Drawings) *
- Robinson - MPF Building Drawings - Agency Review (Blueprints) *
- Robinson - NMS Building Package - Agency Review (Blueprints) *
- MPF - Multi-Purpose Facility Bid Package    (Blueprints) *
- NMS - New Middle School Bid Package     *
- NMS - New Middle School Bid Package     *
- NMS - Site and Utility Bid Package (Blueprints) *
- NMS - Site and Utility Bid Package (Blueprints-old and replaced) *
- 2011-2012 to 2018-2019 Monitoring and Compliance Reports (*2011-2012 to 2015-2016)
- 2008-2009 Monitoring and Compliance Report
- 2011-2012 to 2018-2019 Local Equity Monitoring Reports (*2011-2012 to 2015-2016)
- 2011-2012 to 2018-2019 Action Plans from Monitoring Report (*2011-2012 to 2015-2016)
- Margie Powell's Report on Monitoring (Doc. 5559)

(PCSSD expects to offer all documents listed above, with the exception of those marked with * which PCSSD may offer.)

**(12) The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.**

<u>Expected to present testimony</u>

- Dr. Charles McNulty, Superintendent*
- Ms. Alesia Smith, Deputy Superintendent*
- Dr. Janice Warren, Assistant Superintendent of Pupil Services*
- Dr. Yolaundra Williams, Director of Special Programs*
- Dr. Sherman Whitfield, Director of Pupil Services*
- Mr. Curtis Johnson, Executive Director of Operations*
- Mr. Chris Foy
  501.606.9732
- Wendell J. Brown, EdD
  Sr. Director, Central Region
  AVID Center | Proven Achievement Lifelong Advantage
  AVID Center Dallas
  11910 Greenville Ave. | Dallas, TX 75243
  972.591.2550
- Margie Powell

<u>May present testimony</u>

- Dr. John McCraney, Coordinator of Equity Initiatives*
- Dr. Charles W. Donaldson, Donaldson Scholars
  2801 S. University
  Little Rock, AR 72204
  501.569.8712
- Dennis A. Johnston, Ph.D.
  Senior Director, Chief Research Officer
  AVID Center | Proven Achievement. Lifelong Advantage.
  9797 Aero Drive, Suite 100 | San Diego, CA 92123
  858.380.4800
- Emily McClendon
- Vicki Stallings

13

- Tamara Eackles
- PCSSD reserves the right to call any witness listed by the Intervenors.

(*For all of these current employees of PCSSD, the following is their contact information: 925 East Dixon Road, Little Rock, AR 72206, Phone: 501.234.2000. However, all of these witnesses should be contacted through PCSSD's counsel.)

**(13)  The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**

Discovery is complete.

**(14)  An estimate of the length of trial and suggestions for expediting disposition of the action.**

**Length**. PCSSD has requested six (6) days time in which to present its case, and now proposes the following breakdown for the use of its time. PCSSD will strive to keep its case-in-chief to five (5) days time, and then reserve one (1) day for rebuttal following the Intervenors' presentation of their case. As far as how PCSSD plans to use its five days, PCSSD proposes the same general format used by Judge Miller in 2010 and anticipated by this Court's July 18, 2019 Order. (Doc. 5502) ("…the Court requests the parties to plan for five mini-trials"). Of course this plan was altered by the Court's scheduling order bifurcating the PCSSD and JNPSD trials. However, PCSSD still plans to present mini-trials by subject area, which may result in calling some witnesses multiple times, but limiting their testimony each time to the discrete subject at hand. There is one irregularity to this proposed schedule. Two of PCSSD's witnesses will be traveling to Little Rock from out-of-state. Counsel will do their best to have these witnesses present at their "place" in the line-up, but due to travel arrangements it may be necessary to request a small deviation from the mini-trial format. All time estimates are exclusive of any facilities tours that end

14

up being scheduled this summer.

**Suggestions for expediting disposition.** PCSSD respectfully requests the Court to rule conclusively on several scope limiting motions *in limine* prior to trial. These include PCSSD's request for an order precluding the presentation of discipline related evidence, testimony, or proof about Plan 2000 sections F(2), F(4), F(5), and F(6) because PCSSD has been declared compliant in these subsections. (Doc. 5617). Also, PCSSD has asked the Court to enter an order declaring that the legally relevant inquiry for facilities is fixed as: (1) whether PCSSD constructed a new Mills High School for $50,000,000.00 and (2) whether PCSSD converted the Mills Middle School project for $5,000,000.00. (Doc. 5619) (*citing* Doc. 5084). It is anticipated that Intervenors will seek to present evidence on broad facilities related topics beyond this narrow scope. (Doc. 5620). Given that the Court's opinion on the ultimate subject of unitary status is controlled by its legal interpretation of controlling documents, PCSSD respectfully urges the Court to address the issues raised in these motions *in limine* prior to trial to expedite disposition. This is of course true as well for the PCSSD's and JNPSD's joint Motion *in Limine* on burden shifting. (Doc. 5610). Stated another way, as a suggestion for expediting disposition of the action, PCSSD requests a ruling on these legal issues prior to the factual hearings to avoid any time spent on fact finding mission that later is ruled to be legally irrelevant. To the extent that the Court decides there is discretion in hearing Dr. Warren's Motion to Intervene (Doc. 5600),

as a suggestion for expediting disposition of the action PCSSD urges denying this unnecessary detour.

Intervenors will contend at trial that the there was an alleged conspiracy about facilities construction. Such points would amount to classic extrinsic evidence that is irrelevant to Intervenors' claim of plan non-compliance. Such testimony would unnecessarily lengthen the trial if permitted to be introduced.

    Respectfully submitted,

    Devin R. Bates (2016184)
    M. Samuel Jones III (76060)
    Amanda G. Orcutt (2019102)
    MITCHELL, WILLIAMS, SELIG,
      GATES & WOODYARD, P.L.L.C.
    425 West Capitol Avenue, Suite 1800
    Little Rock, Arkansas 72201
    Telephone: (501) 688-8800
    Facsimile: (501) 688-8807
    sjones@mwlaw.com
    dbates@mwlaw.com
    aorcutt@mwlaw.com

    *and*

    Jay Bequette (87012)
    Cody Kees (2012118)
    BEQUETTE BILLINGSLEY & KEES, P.A.
    425 West Capitol Ave., Suite 3200
    Little Rock, Arkansas 72201
    Telephone: (501) 374-1107
    Facsimile: (501) 374-5092
    jbequette@bbpalaw.com
    ckees@bbpalaw.com

    ***Attorneys for Pulaski County Special School District***