IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                          PLAINTIFF

v.                      Case No. 4:82-cv-00866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL                               DEFENDANTS

EMILY MCCLENDON, ET AL.                              INTERVENORS


Intervenors' Response to PCSSD's Motion in Limine Re Discipline

Intervenors respectfully submit that this motion lacks merit and should be denied in the entirety. Intervenors rely upon the following facts and the accompanying brief.

[1.] Judge Miller denied PCSSD's unitary status motion with respect to discipline in its entirety. The Court of Appeals affirmed this ruling. Case Doc. 4507 at 1, 43-44, 60, 69, 110; LRSD v. State of Arkansas, 664 F.3d 738, 751 (8thCir. 2011).

[2.] Judge Miller did not make a ruling of partial unitary status.

[3] PCSSD motion and brief, in substance, attribute to ODM and the Court expert the authority to make partial unitary status determinations. This is not the case.   Nor would it be appropriate for this Court, in substance, to rewrite the ruling of either Judge Miller or the Court of Appeals.

WHEREFORE, Intervenors respectfully pray that the Court deny

in its entirety Pulaski County Special School District's Motion in Limine Regarding Unitary Status Areas in Discipline.

Respectfully submitted,

/s/ Austin Porter, Jr.
Austin Porter, Jr. - # AB86145
PORTER LAW FIRM
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
501-244-8200
501-372-5567

Email: Aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955

Shawn G. Childs
Lawrence A. Walker
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
(501) 374-3758
(501) 374-4187

**CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 15th day of June 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |

| | |
|---|---|
| MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br><br>sjones@mwlaw.com<br>dbates@mwlaw.com | 1020 West 4th Street, Suite 410<br>Little Rock, Arkansas 72201<br><br>scott@mrcfirm.com |

Jay Bequette
Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com
ckees@bbpalaw.com

                                                     Austin Porter Jr.