IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


LITTLE ROCK SCHOOL DISTRICT                              PLAINTIFF

v.                    Case No. 4:82-cv-00866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL                                   DEFENDANTS

EMILY MCCLENDON, ET AL.                                  INTERVENORS


Intervenors' Brief  in Opposition to PCSSD's Motion in Limine (Discipline)

    The motion lacks merit. Judge Miller expressly denied PCSSD's petition for unitary status regarding discipline. Doc. 4507 at 1, 43-44,  60, 69,  and 110. This included writing :  "While Pulaski County may have implemented some portions of the discipline section of Plan 2000, the efforts made fall short of substantial compliance in good faith."  [At 60; similar verbiage at 69] The Court of Appeals affirmed this ruling. LRSD v. State of Arkansas, 664 F.3d  738, 751 (8th Cir. 2011) (". . . PCSSD has not even attempted to implement its plan . . .").

    PCSSD argues, in essence, that Judge Miller made a ruling of partial unitary status,  a concept recognized in Freeman v. Pitts, 503 U.S. 467 (1992). Intervenors note that Judge Miller : repeatedly referred to denial of unitary status; evaluated PCSSD's discipline efforts as a whole and found them to "fall short of substantial compliance in good faith";  did not cite Freeman; and identified  no "partial relinquishment of judicial control."

1

Freeman, 503 U.S. at 489, 491; compare in this case 5445 at 19, 20 (explicit descriptions of partial unitary status determination).

Thinking down the road, another aspect of Freeman warrants consideration. A Court should consider "whether retention of judicial control is necessary or practicable to achieve compliance with the decree in other facets of the school system." [At 451] Assume, hypothetically, in PCSSD, discipline fully compliant and achievement requiring continuing supervision. Control over discipline should be retained because a common form of discipline in PCSSD, out-of-school suspension, involves exclusion from the educational process. See LRSD v. State of Arkansas, 664 F.3d at 750 (drawing upon this standard).

Plan 2000 Sections F.(1), F.(2), F.(3) and F.(5) are interrelated. The data cited in (1) and the criteria cited in (2) are needed each year to fulfill the obligations addressed in (3) and (5).

Plan 2000 twice refers to the "objective of eliminating racial disparities in the imposition of school discipline." Section F.(1), (3). The issue persists. An example follows.

Data in the district's last Annual Discipline Report Summary available, for the 2018-19 school year, provides this example for total district enrollment for females in 2017-18. Total out-of school suspensions: Black females were 45.5% of enrollees and were subject to 67 percent of the total number of out-of-school suspensions (622 of 925). Female students in total enrollment subject to one or more suspensions: Black females 388 of 2536 (15.3 percent) and non-Black females 213 of 3027 (7.0 percent). Report at Appendices A and B.

Two final points. Paragraphs 4. and 5. of the motion seem to identify

ODM and the court expert as authorized to declare partial unitary status. This position lacks merit. PCSSD seems, in substance, to be requesting this Court to revise the opinions of Judge Miller and the Court of Appeals.

## Conclusion

The motion should be denied.

Respectfully submitted,

/s/ Austin Porter, Jr.
Austin Porter, Jr. - # AB86145
PORTER LAW FIRM
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
501-244-8200

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955

Shawn G. Childs
Lawrence A. Walker
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
(501) 374-3758
(501) 374-4187

**CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 15th  day of June 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com
ckees@bbpalaw.com

1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

                              Austin Porter Jr.