

EXHIBIT B

# JOHN W. WALKER, P.A.

ATTORNEY AT LAW
1723 BROADWAY
LITTLE ROCK, ARKANSAS 72206
TELEPHONE (501) 374-3758
FAX (501) 374-4187
Email: johnwalkeratty@aol.com

JOHN W. WALKER
SHAWN CHILDS*
LAWRENCE A. WALKER

*Licensed to Practice in
Arkansas and Texas

February 7, 2019

Mr. M. Samuel Jones
MITCHELL WILLIAMS
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas

      Re:  LRSD v PCSSD, et al
      Case No. 4:82CV866DPM

Dear Sam,

    We are in receipt of your two reports to the Court regarding the status of facilities updates/construction in accordance with the Court's order. We note however that your reports are incomplete regarding addressing the specific findings of the Court regarding the differences in the facilities.

    One very significant finding of the Court was that the lighting in Mills High school is deficient compared to the lighting in Robinson Middle School. We find in your two reports identification of no tangible action, plan or implementation, to address this important disparity.

    Please provide a detail description of any actions which the district maintains it has undertaken to address this disparity. If you maintain that something has been done, please provide in addition to the detail description any documentation of the actions claimed (such as architect plans, expenditure records, meeting notes, records of the plant planning department, etc.)

    The Court recognized that the quality or lack thereof, of multiple features of a school facility combined as a whole to communicate to the students enrolled the importance which a district places on their education. Your responses do not address what the district is doing to respond to disparities which the Court identified in this analysis. The Court referred to differences in the mode of seating in the Robinson and Mills gymnasiums; stark differences in scoreboards and other gymnasiums features; flooring throughout the facilities; finishes in the areas of water fountains (tile mosaic) and cornice at lockers; baffles on walls.

Again, we request a detail description and supporting documentation of any steps which PCSSD maintains it has undertaken or planned regarding the disparities identified in paragraph four.

The Court reiterated and incorporated in its ruling the disparities that Court Expert Margie Powell had identified in her report. Please identify and provide supporting documentation of any steps which the district maintains it has taken to respond to the disparities identified by Ms. Powell.

We also have questions about the conversion to the Mills Middle School. The recent report does not show with any clarity which of the many stated features of the conversion have been completed or are currently being worked on. There is no schedule for progressing with the work in the many project areas identified. Intervenors' team observed during the visit with the Court in November that many of the tasks identified in your Phase II had not been undertaken. Please provide the documents being used by the contractor to identify the time period for undertaking the various steps identified in Phase II. If the current scheduling document is a revision of an earlier schedule, please provide us a copy of the earlier detail schedule or detailed schedules. If there is any documentation detailing steps in Phase I and II which PCSSD maintains have been completed, please provide copies of such material.

We find absence from your description of the Phase I and Phase II of the Mills Middle school work any reference to the gymnasium. We note for example the ceiling in the gym was leaking during the November tour.

We note again the absence of any proposals to address College Station and Harris Elementary schools.

Thank you for your attention to these matters.

Sincerely,

*John W. Walker*
John W. Walker

Cc: Supt. Charles McNulty
    Asst. Supt. Janice Warren