


EXHIBIT

M. Samuel Jones III
Direct Dial: 501-688-8812
Fax: 501-918-7812
E-mail: sjones@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

March 7, 2019

**Via Email**
John W. Walker
John W. Walker Law Firm
1723 South Broadway Street
Little Rock, AR 72206

> Re:  *Little Rock School District, et al. vs. Pulaski County Special School District, et al.*
> U.S. District Court, Eastern District of Arkansas, No. 4:82-cv-866-DPM

Dear John:

This letter addresses yours of February 7, 2019.  More likely than not, additional detail will be available to the District and provided in its report due March 30, 2019.

### THE LIGHTING AT MILLS HIGH SCHOOL

The cost for interior lighting at both Mills High School and Robinson High School were substantially the same.  Any perceived differences are perceptions and not economic slights.

### THE GYMNASIUMS

The seating is the identical material at both Robinson Middle and the Mills gymnasium. The scoreboards are substantially identical.  The flooring in the gymnasium is superior at Mills as compared to that used at Robinson Middle.

### WATER FOUNTAINS, CORNICE AND BAFFLES

The wall baffling at Mills is built into the walls and does not show. It is present, but does not stick out as it does at Robinson.  The District has no plans to add tile mosaics and cornices at lockers at Mills.

### MRS. POWELL'S REPORT

The landscaping at Mills is approximately 97% complete and will prove superior to the landscaping at Robinson Middle School. The remaining items in Mrs. Powell's report have either been previously addressed, are under consideration or will be addressed in the coming months.

6765157.1

March 7, 2019
Page 2

## MILLS MIDDLE SCHOOL

Scope of Phrase I and II

Phase I –

Updated the flooring, painting and ceilings in the corridors and common areas as needed to prepare the High School to become the Middle School (Completed in 2017).

Phase II

a. Construct new Structural Steel and Glass Curtain Wall entry that provides a secure vestibule – Completed

b. remodel former science labs into new administration area - Completed

c. painting and flooring in former administration area - Completed

d. remodel existing band room orchestra room and choir room - Completed

e. remodel all student and staff restrooms that includes new fixtures accessories, partitions, painting, ceramic tile walls, and epoxy flooring (in progress)

f. installation of a glass storefront system for the cafeteria area - Completed

g. replacement of the ceiling tiles in all classrooms painting of all classrooms - Completed

h. new LVT flooring in all classrooms – Currently in progress

i. replacement of the existing interior doors and hardware not already replaced in recent years – Currently in progress

j. replacement and updating of the existing building electrical switchgear and distribution system in the main mechanical room - Completed

k. replacement of air handling units #2, #6 and #8 (in progress)

l. replacement of the chiller in the main mechanical room - Completed

m. replacement of the air handling unit serving the kitchen with a new roof top unit and duct system – In progress

6765157.1

March 7, 2019
Page 3

     n.  replacement of the kitchen hood and the kitchen ceiling – In progress

     o.  replacement of the existing pneumatic HVAC controls system with a new electronic controls system integrated with the District Energy Management System – Completed

## MILLS MIDDLE SCHOOL GYMNASIUM

This has been addressed.

## COLLEGE STATION AND HARRIS

It remains the position of the District that it is premature to undertake any final planning regarding College Station and Harris Elementary Schools.

Cordially yours,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

By

M. Samuel Jones, III

MSJ:lma

Cc:

Joy Springer

6765157.1