IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                    PLAINTIFF

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                               DEFENDANTS

EMILY MCCLENDON, ET AL.                                                        INTERVENORS

INTERVENORS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE DEFENDANTS' ALLOCATION OF BURDEN OF PROOF

Intervenors Emily McClendon, *et al*., by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **John W. Walker, P.A**., and **Robert Pressman, Attorney at Law**, for their motion for extension of time to respond to the defendants' motion for allocation of burden of proof, they state the following:

1. On May 29, 2020, the defendant filed a motion for the purpose of allocating the burden of proof regarding certain issues in the trial of this matter.

2. The response to said motion is due on June 15, 2020.

3. In addition to the above-mentioned motion, the defendants have filed several other motions on June 1, 2020, to which the intervenors have responded.

4. Undersigned counsel was involved in a week-long jury trial in the case of *Doris R. Smith v. Arkansas Department of Finance and Administration*, United States District Court No. 4:17-CV-00857 JM during the week of June 8, 2020.

5. Also, undersigned counsel filed a Petition for *En Banc* in the case of *Davdrin Goffin v. Ashcraft*, United States Eighth Circuit No. 18-1430, which was filed on June 5, 2020.

1

6. Also, undersigned counsel was involved in a pre-trial telephone conference hearing in the case of *Wilbur A. Williams v. DOJ Bureau of Prisons*, Equal Employment Opportunity Commission No. 490-2016-00137X/Agency No. BOP-2016-02095, which lasted three (3) hours this morning from 9:00 a.m. to 11:50 a.m..

7. Due to undersigned counsel's trial calendar, and other court commitments, he is unable to file a response to the defendants' motion for burden of proof.

8. Undersigned counsel has reached out to opposing counsel to get their position on this extension request, but has not heard back from them as of the filing of this motion.

9. Undersigned counsel is needing an extension of seven (7) days, giving him up to and including the date of June 22, 2020 in order to file a response to the defendants' burden of proof motion.

10. This extension request is not being made for the purpose to cause any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the intervenors request that their motion for extension of time be granted, giving them up to and including the date of June 22, 2020 to file a response to the defendants' motion for allocation of burden of proof, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue

2

Lexington, MA 02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

Shawn G. Childs
Lawrence A. Walker
JOHN W. WALKER, P.A.
1723 S. Broadway
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187

johnwalkeratty@aol.com
schilds@gabrielmail.com
lwalker@jwwlawfirm.com

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 15th day of June 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

3

Sarah Howard-Jenkins
Attorney at Law
P. O. Box 242694
Little Rock, Arkansas 72223

sarah@shjenkinslaw.com

Attorney for Movant

                                                           Austin Porter Jr.