# Transcript of the Testimony of

# Warren, Janice

**Date:** April 8, 2020

**Case:** LRSD vs. PCSSD, et al.

**Bushman Court Reporting**
Crystal Garrison, CCR
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>



EXHIBIT C

Page 106

1  Q.   Okay.  And you had mentioned earlier in your
2  testimony, you were saying that you wasn't sure that the
3  administrators or the staff really understood what the
4  Ross Plan goals were about; is that correct?
5  A.   I believe and hope what I said that I don't know the
6  extent that they understood Plan 2000 --
7  Q.   Okay.
8  A.   -- period.
9  Q.   All right.  And have you assured yourself that they
10 still understand what is required of them as it relates
11 to Plan 2000 and the Ross Plan goals?
12 A.   As far as Plan 2000 and the Ross Plan, our staff is
13 in a much better position than they were in 2019.  I
14 have even started where the HR department -- and that's
15 one of the things we've learned over the years, the
16 different avenues.  And I've been doing this, maybe
17 three or four years.
18      At our new teacher orientation, Plan 2000, the
19 PCSSD's plan, the educational goals are part of their
20 training as well.  So, they -- I am much comfortable
21 with their knowledge of Plan 2000 than I was 7 years
22 ago.
23 Q.   The -- there was -- Pulaski County Special School
24 District, I guess, had a staff or at least a division
25 that consisted of Ms. Beasley and, is it, Tiffany --

1  Kiffany -- Oh, I can't remember her last name.  Tally or
2  Tiffany Tally that was responsible for conducting
3  monitoring and evaluation of the effectiveness of the
4  educational learning programs at Pulaski County Special
5  School District; is that correct?
6  A.  Yes, sir.  They were part of Learning Services.
7  Q.  Learning Services.  And what were their names, I'm
8  sorry?
9  A.  Kiffany Davis, Jennifer Beasley, Nicole Townsend.
10 There's one more.
11 Q.  Okay.  And what was the purpose of Learning
12 Services; what were their function, I guess?
13 A.  Learning Service is the curriculum and instruction
14 aspect of PCSSD.  So, they are directly related to
15 student achievement.
16 Q.  Okay.  And, of course, these -- and -- and -- and
17 they were -- their role and their purpose was to, I
18 guess, maybe monitor and to determine the effectiveness
19 of the educational piece of Pulaski County Special
20 School District as it relates to eliminating disparity
21 that exists between black students and non-black
22 students; is that correct?
23 A.  That's true.  That was part of the their role.  They
24 also made sure that curriculum and strategies were
25 implemented that addressed the needs of Plan 2000.  They

1  were on the front end of Plan 2000, when I talk about
2  the implementation piece to the evaluation piece, and
3  everything that fell in the middle.
4  Q.   So, the Pulaski County Special School District
5  eliminated their position; is that right?
6  A.   They eliminated them and created something else,
7  other positions that's supposed to be similar in
8  Learning Services.
9  Q.   And do you know what the other thing was created --
10 A.   No, sir.
11 Q.   -- that --
12 A.   No, sir.
13 Q.   And did you have -- did you as the Assistant
14 Superintendent of Pupil Services, did you ever have any
15 type of role in evaluating the division of Learning
16 Services as it was being held by or occupied by Kiffany
17 Davis, Jennifer Beasley and Nicole Townsend, I believe?
18 A.   I didn't do a formal evaluation of them. But from
19 the observations and the results of the PD that they
20 did, I was able to say, hey, Ms. Townsend, they need
21 additional help at Landmark Elementary School, will you
22 go and assist?
23      There were principals who recognized their skill set
24 and started asking for the three of them to come to
25 their school to help their staff with particular

1  training that they had in closing the gap.
2      Ms. Townsend came from a district in Florida, I
3  believe, or Georgia. I think it's Florida. And that
4  had been her role the entire time that she was there.
5  She was like the person that -- her job responsibility
6  was to close gaps. So, she had been an asset.
7  Q.  Okay. She had been an asset to the Pulaski County
8  Special School District?
9  A.  Yes, sir.
10 Q.  Did it concern you that the Pulaski County Special
11 School District decided to eliminate their position or
12 eliminate -- cut them loose from the district?
13 A.  Yes, sir, it did.
14 Q.  And why did it concern you?
15 A.  Why?
16 Q.  Yes.
17 A.  Curriculum instruction is the heart of a school. If
18 you don't have curriculum and instruction in a school
19 that is to meet the needs of kids, there's really no
20 reason for you to exist as a district. And that's what
21 they did. So, that was my concern.
22     And that was a concern that I voiced verbally: Why
23 would we cut the heart of school instruction, which is
24 curriculum instruction?
25 Q.  And who did you express those concerns to?

Page 110

1   A.   To the PCSSD Board of Education.
2   Q.   And what was their response?
3   A.   We were cutting -- we were riffing to get from under
4   a deficit that we were projected to have.  So, they were
5   riffing staff.
6   Q.   And I guess you tried to persuade the Pulaski County
7   Special School District Board of Education not to
8   eliminate those positions?
9   A.   I did.
10  Q.   And did you express to the Board of Education that
11  by eliminating those positions, that it would have an
12  adverse impact on the Pulaski County Special School
13  District to try to decrease the educational achievement
14  gap between black and non-black students?
15  A.   I did.
16  Q.   But despite your concerns they, the Pulaski County
17  Special School District Board of Education, eliminated
18  those three positions, Kiffany Davis or Jennifer Beasley
19  and Nicole Townsend; is that correct?
20       MR. BATES:  Object to the form.  Go ahead.
21  Q.   (BY MR. PORTER)  Go ahead.
22  A.   Yes, sir.
23  Q.   Okay.  And there may have been a fourth person.
24  A.   There was.
25  Q.   I can't remember her name, I apologize.

Page 111

1  A.    Bobette Ray.
2  Q.    Bobette Ray?
3  A.    Uh-huh.
4  Q.    Okay.  You had mentioned something about the
5  walkthroughs that you did.  Who went with you during
6  these walkthroughs?  And again, what was the purpose of
7  the walkthroughs?
8  A.    To evaluate and monitor what our staff were doing in
9  the classroom.  We always tried to use the trainer's
10 methods.  And I always told -- and these three ladies in
11 particular.  Because they would always -- we would
12 develop an elementary team and a secondary team that
13 included my office, Department of Equity and Pupil
14 Services, and some of the Learning Services staff, to go
15 out to the schools.
16       I always told them we needed to inspect what we
17 expected.  We gave them particular strategies to use, so
18 we would go out into the schools and monitor and just
19 see what it -- where they implemented --
20 Q.    Were there ever any type of written reports that you
21 or anyone else did based on walkthroughs that you
22 conducted?
23 A.    Yes.  There was -- and Dr. Tackett is the one who
24 developed that report.  There was a -- it was an
25 electronic report that we would do there at the