IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.   No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Status Report:

1. **Status of Funding for Replacement for Bayou Meto and Taylor Elementary Schools**

JNPSD has previously reported to the Court on the status of its efforts to carry out its facilities plan and the headwinds encountered for Bayou Meto Elementary and Taylor Elementary Schools. DE # 5575. In short, the Division of Public School Academic Facilities and Transportation ("DPSAFT") partially denied JNPSD's request for Partnership Program funding for Bayou Meto Elementary and denied all but a small percentage of JNPSD's request for Partnership Program funding for Taylor Elementary. Ex. 1, Division Order. JNPSD requested review of this decision with the Academic Facilities Review Board ("Review Board"), which upheld DPSAFT's decision and denied additional funding. JNPSD then filed an appeal of the Review Board's decision with the Commission for Public School Academic Facilities and Transportation ("CAPSAFT"). Ex. 2, JNPSD appeal brief.

1

DPSAFT responded maintaining its original position that funding was not warranted and that compliance with JNPSD's desegregation obligations was not a prudent and resourceful use of state funds. Ex. 3, DPSAFT Brief.

CAPSAFT met on June 3, 2020, to hear JNPSD's appeal. It refused to overturn DPSAFT and the Review Board's decision and, thus, denied funding. Ex. 3, CAPSAFT written decision. Under Arkansas law, the decision of CAPSAFT is final and is not subject to appeal under the Arkansas Administrative Procedures Act. Ark. Code Ann. § 6-21-814. Thus, it is the State of Arkansas's position that it will not give any weight to this Court's orders regarding desegregation obligations in making funding decisions in the Partnership Program.

JNPSD has done all that it can through the State processes to advance its request for State Partnership Program Funding for these facilities projects. JNPSD is assessing its options for further relief in this matter.

**2. Current Construction**

Construction has begun on the new JNPSD middle school. Attached as Exhibit 3 are pictures of the current status of construction. The site work has been completed, foundation has been poured, and steel structure is being built. JNPSD anticipates that the new Middle School will be open for students by August 2021. The estimated cost for the facility is $28 million, with state financial participation at $8,070,347.29. Estimated completion date for the project is August 2021. Attached as Exhibit 4 are recent photographs of the project site.

Work has also begun on the elementary school to replace Dupree and Pinewood Elementary Schools. The site work is underway. Construction is anticipated to begin on July 1, 2020. The estimated cost for the facility is $20 million with State financial participation at $6,996,704.99. Estimated completion date for the project is October 2022.

                                                Respectfully Submitted,

By:    Scott P. Richardson  (2001208)
        McDaniel, Wolff, & Benca PLLC
        1307 West 4th St.
        Little Rock, AR 72201
        501.954-8000
        866.419.1601 fax
        scott@mwbfirm.com

        Attorney for Jacksonville/North Pulaski School District