**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                                           **PLAINTIFF**

V.                                      NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                 **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                               **INTERVENORS**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S AND INTERVENORS'
<u>JOINT NOTICE OF CONFERENCE</u>**

Pulaski County Special School District (PCSSD) and Intervenors, for their notice of conference, submit the following:

1. At the recent pre-trial hearing (Doc. 5656), PCSSD informed the Court that its AVID expert witness is unable to physically attend trial in light of COVID-19. PCSSD requested that the Court allow a remote appearance. Intervenors objected.

2. Also at the pre-trial hearing, PCSSD identified seven (7) witness that were disclosed for the first time on Intervenors' June 15 pretrial disclosure sheet but not otherwise disclosed in discovery: Tracy Allen, Mary Bailey, Danny Bryan, Cynthia D'Abadie, Nickey Nichols, Jeff Sean, Laura Strickland, and Lisa Watson. PCSSD objected to Intervenors' relying on these witnesses at trial.

3. The Court suggested that counsel meet and confer on these objections.

4. Counsel have met and conferred.

5. Intervenors have made the decision to withdraw reliance on the above named witnesses.

6. Intervenors maintain their objection about the remote appearance of PCSSD's expert witness, and insist that all witnesses must physically appear in the courtroom.

7. The inability of the expert witness to appear in person has not changed.

8. No agreement could be reached.

Respectfully submitted,

M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
 GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com
aorcutt@mwlaw.com

*Attorneys for Pulaski County Special School District*

*and*

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
aporte5640@aol.com

*Attorneys for Intervenors*