

*AVID's mission is to close the achievement gap by preparing all students for college readiness and success in a global society.*

Dr. Sandy Husk
*Chief Executive Officer*

**Board of Directors**
Dr. Matt Gianneschi
*Board Chair/Treasurer*

Nori Juba
*Vice Chair*

Clarence Fields
*Secretary*

Mary Catherine Swanson
*Founder*

Josh Edelman
Dave Gordon
Colonel Robert Gordon, Ret.
Dr. Sandy Husk
Sue Levin
Dr. Monte Moses
Dr. Lisette Nieves
Eligio Pimentel, Esq.
Dr. Stephen Weber

**AVID Center**
**National Headquarters**
9797 Aero Drive
Suite 100
San Diego, CA 92123
Phone: 858.380.4800
Fax: 858.268.2265

**California and Hawaii Region**
9797 Aero Drive
Suite 100
San Diego, CA 92123
Phone: 858.380.4800
Fax: 858.268.2265

**Central Region**
11910 Greenville Avenue
Suite 300
Dallas, TX 75243
Phone: 972.591.2550
Fax: 800.341.9487

**Eastern Region**
605 East Robinson Street
Suite 135
Orlando, FL 32801
Phone: 407.450.7010
Fax: 407.425.2553

**Western Region**
5889 Greenwood Plaza Blvd.
Suite 210
Greenwood Village, CO 80111
Phone: 303.436.2200
Fax: 303.741.0135

www.avid.org

## AVID Center's Expert Witness Opinion Statement Regarding The Implementation of the AVID College Readiness System in PCSSD

### Purpose and Scope

The purpose of this document is twofold; 1) describe the intended purpose for implementing the Advancement Via Individual Determination (AVID) College Readiness System (ACRS); and, 2) provide expert opinion and evidence of efficacy regarding the use of the AVID model in support of several Educational Goals outlined in the Education Plan for the Pulaski County Special School District Desegregation Case Settlement.

We will begin by providing background on the development and intended purpose of the ACRS followed by the prescribed implementation model. Next, we will describe AVID's current footprint across the country, the number of schools currently implementing AVID, and the number of teachers and students positively impacted as a result. we will then describe AVID's impact on a variety of outcome measures relevant to this case as documented in peer-reviewed journal articles, books, periodicals, and presentations. Last, we will offer a summary opinion as to the current status of the AVID implementation in the PCSSD, what can be reasonably expected in terms of teacher and student impacts in the short and long term, and how AVID can help in meeting the requirements of Plan 2000.

### What is AVID?

AVID was created in 1980 by an English teacher at Clairemont HS, in San Diego, California. Her goal was to create a system that would ensure *all* students, especially low-income, minority students not meeting their potential, be afforded access to support structures (i.e., adult advocates, study skills, and resources) necessary to successfully engage rigorous instruction. In other words, AVID is designed and intended to provide educators with the tools necessary for establishing trusting relationships, ensuring open access to rigorous learning experiences, and developing academic skills, awareness of post-secondary options, and agency in K-12 students. While initially designed as an elective course for grades nine through twelve, expansion to the middle and elementary grades soon followed. Today, the ACRS spans grades kindergarten through twelfth and is implemented as part of freshman orientation courses on college campuses across the nation.

The ACRS is unlike other college readiness programs in that it takes an intentional, systemic approach to developing and activating student agency (e.g., self-confidence, efficacy, and advocacy, etc.), building student success skills (e.g., note-taking, organization, time-management, collaboration, etc.), increasing student awareness of post-secondary options and opportunities, and



**EXHIBIT**
**A**

PCSSD19-05271

providing professional learning to ensure rigorous instruction and academic supports are available to *all* students. At the heart of every AVID experience is the notion that relationships matter. Researchers have documented the impacts of positive student-teacher relationships in areas such as: discipline, academic achievement, school engagement, and maintaining higher grade point averages (Buyse, Verschueren, Verachtert, and Van Damme, 2009).

> *When students have a positive teacher-student relationship, they adjust to school more easily, view school as a positive experience, exhibit fewer behavior difficulties, display better social skills, and demonstrate higher academic achievement (Buyse et al., 2009).*

Woven throughout AVID's instructional strategies and philosophy are Culturally Relevant Teaching (CRT) practices that help educators build authentic relationships, hold high expectations, empower student voices, engender self-advocacy, and build on student assets. When AVID is implemented with fidelity, one can expect positive shifts in student behavior such as increased attendance, fewer disciplinary problems, and movement toward the closing of gaps with respect to rigorous course completion, fulfilling college entrance requirements, high school graduation rates, and college enrollment.

## Implementing AVID

Prior to implementing AVID, schools are required to send a group of teachers, the principal, and for secondary schools, a counselor, and site coordinator (typically an onsite teacher leader) to one of twelve AVID Summer Institutes where they are trained in the implementation of the ACRS and the use of AVID's WICOR* strategies. This multi-disciplinary team of teacher leaders and administrator's make-up the AVID Site Team and are ambassadors in sharing and growing the AVID philosophy across campus by modeling the use of WICOR strategies in their classrooms and leading by example. It is expected that all AVID schools will continue sending additional teachers and administrators to AVID professional learning as part of their commitment toward eliminating opportunity and achievement gaps and promoting college and career readiness in all students.

In addition, each AVID district is required to have at least one District Director (DD) who works directly with AVID Center implementation support staff to coach, monitor, support, and grow AVID schools within their district. The DD uses AVID's Coaching and Certification Instrument (CCI) to guide and monitor the implementation fidelity and growth at each AVID school. Ratings collected using the CCI render a certification status that is issued by the AVID Center ensuring that minimum implementation requirements have been achieved. As more teachers on a campus are trained and using WICOR strategies in their classrooms, more students in and outside the Elective are impacted, moving the site toward a schoolwide implementation.

At the heart of all secondary AVID implementations is the AVID Elective class. Students enrolled in the Elective are typically low-income, minority, under-achieving, first generation college goers who have expressed a desire to go to college. A typical week in the Elective class has students learning and practicing student success skills such as: collaboration, focused note-taking, critical reading strategies, writing-to-learn techniques, and organizational skills (Monday

and Wednesday); participating in Socratic tutorials (Tuesday and Thursday), and hosting guest speakers or visiting local colleges (Friday). AVID students are expected to enroll in courses of rigor (i.e., Algebra and honors in the 8th grade, AP, IB, or dual credit courses in HS) to not only exercise the success strategies they're learning but also to build academic self-efficacy, esteem, and beliefs that they are capable of engaging and being successful in college-level courses.

AVID elective students tend to form very close bonds with one another often referring to their teacher and classmates as their "AVID Family". Like a family, they don't always agree and don't always like being around each other, but they come to know that their classmates have their back and will support and be there for them when called upon. It is the building of this social capital and the belief that someone truly cares about their success that promotes increased attendance, decreased behavior problems, and accelerated academic achievement.

## AVID's Footprint

AVID is currently implemented in more than 7,000 K-12 schools in 47 states across the U.S., 62 colleges and universities, and schools in Department of Defense Education Activity (DoDEA), Canada, and Australia. In 2018-19, AVID Center trained more than **80,000** educators and impacted more than **2 million students**. Of those students enrolled in AVID Elementary classrooms or the AVID Elective class at the secondary level, 64% were low-income (eligible for free or reduced/price lunch) representing the following ethnic categories: 22% Caucasian, 15% Black/African American, 50% Hispanic, 5% Asian, and 7% other (AVID, 2018. Electronic Database). Click AVID National Snapshot below for a more comprehensive overview.



AVID National
Snapshot_ 2020.pdf

## AVID's Impact

Researchers have been studying AVID for more than 30 years creating a rather large repository of findings. We've organized this section to reflect the areas AVID can be expected to most directly impact and support as outlined in PCSSD's Plan 2000.

PCSSD's Educational Goals – Plan 2000

- To decrease the performance gap between white students and African American students through the systematic design, selection and implementation of intervention programs that provide affective remediation and or adaptation to individual or group needs

The ACRS is unlike other college readiness programs in that it takes an intentional, systemic approach to developing and activating student agency (e.g., self-confidence, efficacy, and advocacy, etc.), building student success skills (e.g., note-taking, organization, time-management, collaboration, etc.), and increasing student awareness of post-secondary options and opportunities. Essentially, the AVID experience places a premium on building a college readiness culture, insisting on rigor with support, and teaching students how to do school rather

Page 4

than focusing on any specific content area. As students become more proficient with their notetaking, critical reading strategies, time management and organization skills, content acquisition and mastery are accelerated and gaps in achievement are minimized.

The following graphs illustrate the closing of several achievement gaps among more than 48,000 AVID graduates across the U.S.. The graphic below shows the virtual elimination of any existing achievement gaps when looking at completion rates of college entrance requirements.

## AVID Closes Gaps in Completing College Entrance Requirements



### 2018 AVID Seniors Completing Four Year College Entrance Requirements



| | |
|---|---|
| Hispanic or Latino (n=28,555) | 93% |
| Black or African American (6,799) | 96% |
| White (Not Hispanic) (6,708) | 94% |
| Other* (6,504) | 94% |

*Other includes Asian, American Indian, or Alaska Native students, students of two or more races, and students who declined to state.

AVID has essentially closed the achievement gap regarding completion of four year college entrance requirements with only a three percentage point difference between any ethnic group.

AVID students outperform non-AVID minority subgroups in terms of college enrollment. Furthermore, the achievement gap between ethnic groups is nearly eliminated with only a four-percentage point difference between White (72%) and Black (76%) students.



Breaking out groups by ethnicity and socioeconomic status provides further evidence of AVID's impact ensuring students of all backgrounds have the skills necessary to successfully navigate the postsecondary environment and persist into the second year of college.



PCSSD19-05275



- To increase the number and proportion of African American and disadvantage students participating in extracurricular activities gifted programs and honors enriched and Advanced Placement courses

AVID students, at the secondary level, are required to enroll in the most rigorous courses appropriate for the student at any given time. Typically, that translates to eighth grade students enrolling in Algebra and/or honors courses in any of the core areas. At the high school level, AVID students enroll in AP, IB, or dual enrollment courses. Data from the AVID Center shows that of the 50,500 AVID graduates last year, roughly 34,000 non-white, minority students took at least one AP, IB, or dual enrollment course prior to graduating high school (AVID Center, Electronic Database, 2019). A study conducted by the Fairfax County School District (2011) found that among the graduates of 2009, ninety-four percent of AVID students as compared to sixty-six percent of a matched sample, earned an advanced vs. standard diploma. AVID students not only met the requirements for an advanced diploma, they did so frequently by enrolling in advanced courses such as AP, IB, or dual enrollment.

- To reduce the number of discipline problems and classroom disruptions caused by all students regardless of race or background

A study by Court & Janicki (2016) found that AVID students maintained satisfactory citizenship as indicated by discipline referrals at rates equal to or lower than the general student population. AVID students were referred for discipline less frequently than the students in the comparison group and non-AVID students in general. This was the case at both middle schools and high schools. Similar patterns between AVID and matched non-AVID students emerged when the rates of student discipline referrals and suspensions were disaggregated by demographic characteristics, such as ethnicity and socioeconomic status. Similarly, a study conducted by the Wisconsin Center for the Advancement of Postsecondary Education (WISCAPE), at the University of Wisconsin found that AVID students had fewer out-of-school

suspensions than their counterparts. This effect was larger among low-income AVID students and AVID students of color (Kolbe, T., Kinsley, P., Feldman, R., & Goldrick-Rab, S. (2018)).

- To increase student attendance and reduce suspensions and grade retentions for all students regardless of race or background

That vast majority of studies looking at AVID's impact on student attendance have found that AVID students attend school at a significantly higher rate than those not exposed to AVID. We believe these differences are a result of the social capital, trust, and relational capacity established between AVID elective teachers and their students. Numerous studies have documented the impact AVID has on student attendance and the associated benefits around student achievement (Pugh, Jr. P. (2013); AVID/TOPS 2012-2013; AVID 2006-2007 Evaluation Study: Clark County School District).

- The PCSSD shall continue its efforts to infuse multicultural instruction in all curriculum areas. All pieces of a school's environment (instructional materials, lesson plans and lessons, library contents, bulletin boards, extracurricular activities, school assembly speaker programs, and food services) shall reflect the system's plan to multicultural education.

Now that Pulaski County has sent many of their teachers through the introductory AVID trainings, as is appropriate for their first-year implementation, they are committed to training teachers in the art of culturally relevant teaching (CRT). AVID's training on this topic is designed to allow teachers and leaders to work with their sites to conduct self-examination and address issues of race, class, gender, sexual orientation, and accountability through a growth mindset. This training provides a framework of effective methodologies that validate the cultures of all students in the classroom and on the campus. Here are some examples of teacher experiences using AVID's CRT training in the classroom.

> *"The AVID CRT training was incredibly powerful for me. As an English teacher, I began to seek literature, songs, and poetry from a variety of cultures to analyze in class, so all students could identify with the texts we investigated. Students were proud to share about elements of their culture that were brought up in the texts. CRT truly helped me understand my students in a new way, and it has made me a stronger teacher!"*
> – Educator, James Bowie High School Arlington, TX.

> *"CRT provides an opportunity for students to access rigorous content that is personal, local and relevant to their everyday lives and experiences."*
> – Educator, Woodlawn High School, Gwynn Oaks, MD.

AVID's research-based CRT strategies will enhance the district's curriculum and help students make relevant learning connections to increase subject-matter

comprehension. The first set of teachers are scheduled to begin this training in April 2020.

## Opinions Regarding PSCCD's Implementation of AVID

PCSSD has decided to partner with the AVID Center as part of a more comprehensive plan to address concerns regarding persistent gaps in academic achievement, issuance of referrals and suspensions, participation in rigorous courses (i.e., Algebra or honors in 8th grade, AP, IB, or dual enrollment in high school), and attendance, between disaggregated subgroups of students. AVID was selected as an integral part of the district's overall Plan 2000 in part, because of its strong research base, demonstrated effectiveness, and alignment with the immediate needs of the district and surrounding community. *Having reviewed the district's plan and the specific goals inherent therein, it is our opinion that there is more than sufficient alignment between the goals and objectives of the PCSSD and the intent and what one could reasonably expect after implementing the ACRS. We believe further that by implementing AVID with fidelity, evidence of progress on several of the identified goals and objectives could be evident across the district as soon as sites become "Certified".*

PCSSD is in its first year of implementing AVID at all sixteen elementary schools, four middle schools, and four high schools. Prior to making the decision to move forward with AVID, principals and teachers from each of the campuses visited AVID showcase schools to see and learn from those who have been implementing for some time. These experiences helped shape the current implementation strategy and will prove invaluable in the coming months and years. Based on AVID Center records, AVID has trained more than 200 PCSSD educators, including all twenty-four building principals, at either an AVID Summer Institute (Summer, 2019) or PATH training. AVID Center's implementation protocol requires that first year implementers send a team of four (including principal) for elementary schools and a team of eight (including principal) for secondary schools to one of twelve Summer Institutes (SI). Given the number of schools at each level coming on board, it was expected that the PCSSD would send one hundred twenty-eight educators for training but in fact sent more than 200! Moreover, the majority of these educators have attended more than one training as a strategy to accelerate their learning to impact more students more quickly.

Elementary and secondary schools implementing AVID are eligible to earn their Certificate of Certification (documenting the site has met requirements demonstrating implementation fidelity) at the end of their second year of implementation. This is based on Gene Hall's theory of Implementing Innovative Interventions (Hall, G., Loucks S., Rutherford W., Newlove B., 1975) which states, on average, it takes between one to three years to implement a new intervention with fidelity. It takes from three to five years for it to be considered having "routine use", and between five to seven years for it to become institutionalized or embedded in the culture of the school. On average, approximately 75% of all first-time eligible secondary schools are certified by the AVID Center. This percentage is roughly 80% among first-time eligible elementary sites. Most sites not meeting certification requirements after year two become certified at the end of year three. *We have visited with countless educators creating the AVID experience on hundreds of elementary and secondary campuses around the world.*

*There have been a handful of districts, at most, that have gone "All In" by implementing AVID in every school in the district right from the start. The key to success is planning, accountability, more planning, and commitment by the decision makers and leadership at the district and site levels to provide ongoing support and professional learning. Given the demonstrated commitment as evidenced by the multiple visits to showcase schools and training of hundreds of teachers and administrators, it is our opinion and expectation, that each implementing campus in the PCSSD will earn a certificate of Certification for meeting the requirements of implementation fidelity as approved by the AVID Center.*

<u>Overall Summary Opinions</u>

*The following are general observations, opinions, and suggested look-fors over the next couple of years in terms of what one might expect to see as AVID is implemented with higher levels of fidelity and more faculty are trained and using the WICOR strategies on a regular basis.*

*The PCSSD is fortunate to have a superintendent who has experienced AVID in his former district and is now the champion of this effort. His understanding of the importance of ensuring implementation fidelity, providing appropriate levels of professional learning, and holding himself and the entire system accountable for its success is invaluable. The most important component for ensuring a sustainable college readiness culture in a district is the level of commitment on the part of district and site leadership.*

*Another example of the district's commitment to the success of this effort is the offering of PATH trainings to be hosted right there in the district. PATH trainings are professional learning opportunities, led by AVID trained staff developers, intended to teach educators how to structure their lessons using inquiry-based techniques that require students to collaborate, exercise their note taking, and challenge each other's thinking. In this way, instructional rigor is increased for all students while at the same time, students are using their newly acquired success skills to engage and grapple with rigorous content. It is <u>not</u> common practice for first year implementers to host PATH trainings and engage with this level of commitment which is a very good sign for the district.*

*As far as short term outcomes and expectations go, we would expect to see structural changes in the system happening before significant changes in student behaviors and academic outcomes. For example, classroom structures will become more open to collaborative activity and students will rarely be seen sitting in rows working independently. At the elementary level we would expect to see college banners on walls, students engaged with one another working collaboratively on assignments, and consistent use of academic language. At the secondary level, more and more sections of the AVID Elective class will emerge as the first cohort of freshman progress through graduation. Increases in the number of AP and/or dual enrollment course offerings will start to emerge along with more diversity among those enrolling in them. By year two, attendance rates and discipline problems among AVID students will increase and decrease, respectively. As more and more teachers are AVID trained and using WICOR strategies during instruction, and student/teacher relationships are*

PCSSD19-05279

*more fully established, schoolwide attendance rates and behavior patterns will begin to mimic those of the AVID elective students.*

*It is our professional opinion, given the information currently available, that PCSSD leadership and faculty are committing themselves and their efforts to establishing a solid foundation for providing learning experiences that will support and challenge all students. The close alignment between the goals and objectives of Plan 2000 and the expected outcomes associated with implementing the ACRS increases our confidence in the district's success. While it is sometimes difficult to predict with certainty, which way a district or school might go on their AVID journey, examples such as this increase the odds of getting it right, exponentially.*

*Respectfully,*


*Dennis A. Johnston, Ph.D.*

_____                     January 27, 2020
Dennis A. Johnston, Ph.D.                                           Date
Senior Dir., Chief Research Officer


_____                     January 27, 2020
Wendell Brown, Ed.D.                                             Date
Senior Dir., Central Region

## References

AVID. (2017). *AVID senior data collection: AVID N (enrolled in first Fall) = 31,469* [Electronic Database].

AVID. (2018*). AVID senior data collection: AVID N = 48,000, U.S. N = 3,212,000* [Electronic Database].

AVID. (2018*). AVID senior data collection: AVID N = 46,000, U.S. N = 2,870,000* [Electronic Database].

AVID. (2019). *AVID senior data collection* [Electronic Database]

Buyse, E., Verschueren, K.,Verachtert, P., and Van Damme, J., "Predicting School Adjustment in Early Elementary School: Impact of Teacher-Child Relationship Quality and Relational Classroom Climate," The Elementary School Journal 110, no. 2 (December 2009): 119-141.

Clark County School District (2007). AVID 2006-2007 Evaluation Study: Clark County School District, Las Vegas, Nevada.

Court, S., & Janicki, H., (2016). Advancement Via Individual Determination (AVID): Comprehensive Evaluation Report. Department of Planning, Innovation, and Accountability. Virginia Beach City Public Schools.

Fairfax County Public Schools, Department of Program Evaluation (2011). Advancement via Individual Determination Program: Year One Interim Evaluation Report SY2008-09

Hall G., Loucks S., Rutherford W., Newlove B. (1975). Levels of use of the innovation: a framework for analyzing innovation adoption. Journal of Teacher Education, Vol. 26, 52-56

Kolbe, T., Kinsley, P., Feldman, R., & Goldrick-Rab, S. (2018) From the (Academic) middle to the top: an evaluation of the AVID/TOPS college access program, Journal of Education for Students Placed at Risk (JESPAR), 23:4, 304-335, DOI: 10.1080/10824669.2018.1530114

Montoya, H. (2015). Albuquerque Public Schools: High School AVID Program Evaluation. 2015. Office of Accountability and Reporting, Albuquerque Public Schools.

National Bureau of Economic Research (2018). Current Population Survey Supplement Files [Data File, Oct 2017]. Retrieved from http://www.nber.org/data/cps.html

National Student Clearinghouse Research Center. (2018). Snapshot Report – First-Year Persistence and Retention. Retrieved from https://nscresearchcenter.org/snapshotreport33-first-year-persistence-and-retention/ (not shown, U.S. N = 2,988,685)

Pugh, Jr. P. (2013). Advancement via Individual Determination (AVID): A Look at GPA, Attendance and Motivation as Outcomes in a Program Evaluation. Journal of Cross-Disciplinary Perspectives in Education, 6(1), 46 – 55.

U.S. Department of Labor (2019, April). COLLEGE ENROLLMENT AND WORK ACTIVITY OF RECENT HIGH SCHOOL AND COLLEGE GRADUATES, News Release, Bureau of Labor Statistics. CPS October 2018 – Retrieved from https://www.bls.gov/news.release/pdf/hsgec.pdf

Wisconsin Center for the Advancement of Postsecondary Education (WISCAPE) (2013). AVID/TOPS 2012-2013 District Findings: Annual Report. University of Wisconsin – Madison.

*AVID Center is a non-profit public benefit corporation under I.R.C. 501(c)(3).*
*Tax Identification No. 33-0522594*