# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                              **PLAINTIFF**

**V.**                          **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                        **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                  **INTERVENORS**

### PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S AND JACKSONVILLE NORTH PULASKI COUNTY SCHOOL DISTRICT'S JOINT NOTICE OF SUGGESTION OF AUTHORITY

Pulaski County Special School District and Jacksonville North Pulaski County School District (collectively, the "Districts"), for their notice of suggestion of authority, submit the following:

At the recent pre-trial hearing (Doc. 5656), the Court expressed its interest in reviewing historical documents from the predecessor PCSSD's involvement in the above captioned case. *See Zinnamon v. Bd. of Educ. of PCSSD*, No. LR-68-C-154 (E.D. Ark. 1968). These documents are no longer maintained by the Clerk of Court's office for the Eastern District of Arkansas, and have been transferred to the National Archives. Retrieval of physical files from the National Archives by private parties is an expensive, cumbersome, and time consuming process. The Districts understand that the Court is tracking down the paper copy of the file. Some of the documents are available immediately on the following website maintained by the U.S. National Archives and Records Administration:

https://catalog.archives.gov/search?q=*:*&f.ancestorNaIds=12010006&sort=naIdSort%20asc.
This online source contains the disclaimer "This File Unit contains records, some of which may not be available online."

There does not appear to be a docket sheet accompanying these files as stored at the National Archives website. However, a docket sheet was obtained from the Clerk of Court's office for the Eastern District of Arkansas. *Exhibit A*. Items in the attached copy of the docket sheet that are contained on the National Archives website have been highlighted. It is not the entire file, but it does appear to be all or most of the substantive documents from the *Zinnamon* case. In the event that the Court obtains copies of items not contained on the National Archives website the Districts would appreciate the opportunity to review or receive copies of these items as well.

Respectfully submitted,

M. Samuel Jones III (76060)
Devin R. Bates (2016184)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com
aorcutt@mwlaw.com

*and*

Jay Bequette (87012)
Cody Kees (2012118)
BEQUETTE BILLINGSLEY & KEES, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Phone:  (501) 374-1107
Fax:  (501) 374-5092
jbequette@bbpalaw.com
ckees@bbpalaw.com

*Attorneys for Pulaski County Special School District*

*and*

Scott P. Richardson (2001208)
MCDANIEL, WOLFF & BENCA, PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954.8000
scott@mwbfirm.com

*Attorney for Jacksonville/North Pulaski School District*

3