**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                               **PLAINTIFF**

**V.**                                  **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                                    **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                   **INTERVENORS**

### JOINT NOTICE OF FACILITIES TOUR LOGISTICS

Pulaski County Special School District (PCSSD), and Intervenors, for their joint notice of facilities tour logistics, submit the following:

1. This notice is a proposal jointly submitted by the parties. It has been prepared following a review of past facility tour logistics (Docs. 5402, 5416) and has also been modified in light of the COVID-19 pandemic.

2. As jointly agreed by the parties (Doc. 5609), approved by the Court (Doc. 5641), and modified by the Court at the trial, the school tours will occur in a predetermined order, and are estimated to last for durations as follows:

   a. Mills High School (45 minutes);

   b. Mills High School ROTC Building (20 minutes);

   c. Sylvan Hills High School Freshman Academy (30 minutes);

   d. Sylvan Hills High School (1.5 hours).

3. The tours are scheduled for Tuesday, August 4, 2020.

4. The parties propose a meeting time of 9:00 am, and suggest that the meeting location is the Mills High School back entrance (708 E. Dixon Rd., Little Rock, AR, 72206) (when coming from I-530, turn left into the first driveway and follow that driveway all the way around to the back of the main Mills HS building). See diagram below:



5. Masks shall be worn at all times by all participants.

6. All participants shall maintain a minimum distance of six feet from other participants and refrain from any physical contact with others.

7. PCSSD staff will be on hand at the beginning of the tour, and will take the temperature of all participants using a touchless forehead thermometer. Anyone with a body temperature above the range allowable by PCSSD policy will be declined participation in the tour. This is currently standard operating procedure at PCSSD in light of the COVID-19 pandemic.

8. PCSSD will provide a large school bus for transportation from Mills High School to Sylvan Hills Freshman Academy, then to Sylvan Hills High School, and then back to Mills High

School. There is no transportation necessary between the Mills High School and the ROTC building. All non-court participants are invited to ride the school buses and maintain appropriate social distance while onboard.

9. PCSSD would be happy to provide a separate bus for the Court participants upon request, however understands that the Court would prefer to provide its own transportation.

10. Boxed lunches will be provided at Sylvan Hills High School by PCSSD. The cost per lunch will be provided in the event that any participant wishes to pay for their lunch.

11. The proposed participants of the tours are as follows:

    a. One (1) district representative;

    b. One (1) building principal per site (necessary to unlock doors; they will not travel with the parties);

    c. One (1) attorney per district;

    d. One (1) attorney for the Intervenors;

    e. Rep. Joy Springer;

    f. Court expert Ms. Margie Powell;

    g. One (1) member of the press. Upon information and belief Ms. Cynthia Howell of the Arkansas Democrat Gazette may be able to attend;

    h. One (1) representative from the construction *or* architect firm;

    i. The Court; and

    j. Other Court staff as appointed by the Court.

Respectfully submitted,

M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
   GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com
aorcutt@mwlaw.com

*Attorneys for Pulaski County Special School District*


Austin Porter Jr., (86145)
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
aporte5640@aol.com

*Attorneys for Intervenors*