AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

Little Rock School District v. Pulaski County Special School District, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:82-cv-866-DPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D. P. Marshall Jr. | Porter/Pressman/Childs/Walker | D. Bates/A. Orcutt/J. Bequette |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 14-31 July 2020 | Kathy Maloney | Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ACHIEVEMENT |
| 1 | | 7/27/2020 | | Yes | Steering Committee Minutes    Bates 5383-5394 |
| 2 | | 7/27/2020 | | Yes | ACT Results Provided to Court Expert    Bates 868 |
| 3 | | 7/27/2020 | | Yes | ACT Aspire Results Provided to Court Expert   Bates 862-864 |
| 4 | | 7/27/2020 | | Yes | PCSSD Academic Programs List Provided to Court Expert  Bates 862-864 |
| 5a-c | | 7/27/2020 | | Yes | Charts Showing ACT Aspire Results   (Selected Bates 3998-4426) |
| 6 | | | | | Report of Springer re Repsonse to Intervenors RFP No ( by PCSSD on 1/31/20 |
| | | | | | (Requesting PCSSD's ACSIP or School Improvement Plans for 2016-19) |
| | | | | | (PCCSD Response in BAtes 5991-6511) |
| 7 | | 7/27/2020 | | Yes | ACID Secondary Enrollment Data   Bates 5308 |
| 8 | | 7/27/2020 | | Yes | DRIVEN Enrollment Data    Bates 5283 |
| 9 | | 7/27/2020 | | Yes | DRIVEN Course Content Examples  Bates 5306 and Bates 5284 |
| 10 | | 7/28/2020 | | Yes | Monitoring Communication to Warren and Others re Tackett's Lack of Knowledge re Plan 2000 |
| 11 | | 7/28/2020 | | Yes | Monitoring Communication re Ross Plan Obligations and Use of FEPSI Data |
| 12 | | 7/28/2020 | | Yes | Monitoring Communication to Dr. McNulty re Plan 2000 Obligations |
| 13 | | 7/27/2020 | | Yes | Monitoring Communication re Quarterly Meetings |
| 14 | | 7/27/2020 | | Yes | Monitoring Communication re Court Ordered Monthly Meetings |
| 15 | | | | | Report of Springer re PCSSD's Response to Intervernors Third Set of RFP's #7 (Achievement) Served by PCSSD on 1/31/29 |
| 16 | | | | | Report of Springer re PCSSD's Response to Intervenors Third Set of RFP's #9 (Achievement) Served by PCSSD on 1/13/20 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)  EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District V. Pulaski County Special School District, et al.

CASE NUMBER: 4:82-cv-866-DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | DISCIPLINE |
| 17 | | 7/21/2020 | | Yes | 2016-2017 Annual Discipline Plan |
| 18 | | 7/21/2020 | | Yes | 2017-18 Annual Discipline Report |
| 19 | | 7/21/2020 | | Yes | 2018-19 Annual Discipline Report |
| 20a-d | | 7/23/2020 | | Yes | Charts Prividing Examples of Discipline Disparities |
| 21 | | 7/21/2020 | | Yes | Individual School Disparity Form |
| 22 | | 7/27/2020 | | Yes | Monitoring Communication re Referral of Class Members to Juvenile Center |
| 23 | | 7/28/2020 | | NO | Communication from Juvenile Center re PCSSD Referrals to Juvenile Center |
| 24 | | 7/28/2020 | | Yes | Monitoring Communication (1/26/18) to Whitfield re Disparate Discipline |
| 25 | | 7/29/2020 | | Yes | Report of Springer re PCSSD's Responses to Intervenors Second Set of RFP's (Discipline) 1/31/20 re PCSSD Action Plan   Bates 5309 to 5366 (Pg 3-4 redacted) |
| 26 | | | | | Report of Springer re PCSSD's Responses to Intervenors Second Set of RFP's No. 11(Discipline) Served on 1/30/20 and Copy of RFP's 6-8 and 10-16 With PCSSD's Responses |
| 27 | | | | | Report of Springer re PCSSD's Response to Intervenors RFP's re Discipline and and Monitoring Served on PCSSD on 3/28/20 ( NO Response) |
| 28 | | 7/27/2020 | | Yes | Report of Springer's Review of PCSSD's School-Wide PBIS Tiered Fidelity Implementation Inventories for 2017-2019    Bates 4284-4650 |

AO I 87A (Rev. 7/87)    EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District  v.  Pulaski County Special School District

CASE NUMBER: 4:82cv866DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | FACILITIES |
| 29 | | 7/23/2020 | | Yes | PCSSD/New Middle School Schematic Design 11/25/15   Bates 12700-12772 |
| 30 | | 7/28/2020 | | Yes | Excerpts from RMS Schematic Design  Bates 12700-01; 12761-64 and 12772 |
| 31 | | 7/23/2020 | | Yes | Baldwin and Shell Schematic  Estimate New Mills High School (177,170 Sq. Ft.) March 16, 2016  Bates 8884 |
| 32 | | 7/27/2020 | | Yes | Guess and Key Approval of 2 Projects (80 Million Dollars Total) Mills High and Robinson Middle Projects) dated 3/15/16 |
| 33 | | 7/23/2020 | | Yes | Baldwin Shell Schematic Estimate, New Mills High School (153,055 Sq. Ft.) Dated 3/15/16   Bates 503-505 |
| 34 | | 7/28/2020 | | Yes | Computer Drawing Showing New Mills High School Building (151,684 Sq. Ft.) Bates  8867 |
| 35 | | 7/28/2020 | | Yes | Chart Showing $37,600,000 for Robinson Middle and $37,700,000 for "New Mills High School" (Part of FOIA 10/20/17 Response Identified as #3) |
| 36 | | | | | Communication from Mike Meadors of Baldwin Shell to Various Persons Involved in the Mills High Project, Including Earnest Duckery (With Sentence "At Derek's Direction, We Are Working Toward a $35M Construction Budget.") (Part of FOIA 10/10/17 - Response Identified as #8) |
| 37 | | 7/28/2020 | | Yes | Letter from Whitney Moore to John Walker Regarding Facility Projects dated October 21, 2016 |
| 38 | | 7/23/2020 | | Yes | Education News Article re Stakeholder Concerns About New Mills High School and the PCSSD's Response Dated October 25, 2018 |
| 39 | | 7/28/2020 | | Yes | Letter Dated February 7, 2019 From John Walker to Sam Jones Regarding Concerns |
| 40 | | 7/28/2020 | | Yes | Letter Dated March 7, 2019 From Sam Jones to John Walker in Response to Walker's Letter of Februray 7, 2019 |
| 41 | | 7/23/2020 | | Yes | Email Correspondence Dated 12/2/19 From Curtis Johnson to Springer With Two Additional Capacity Plans for New Mills High School Including |

AO 187A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District    v.   Pulaski County Special School District

CASE NUMBER: 4:82cv866DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Email From Architect Dated 6/27/19 With Two Capacity Optioins |
| 42 | | 7/27/2020 | | Yes | Excerpts Frpm 2020 Facility Master Plan (Mills HIgh ROTC/DRIVEN Building; Public Hearing Summary; Resolution of Approval) Bates 9347; Bates 9439 and Bates 12698-99 |
| 43 | | 7/23/2020 | | Yes | Document Showing Total Sq. Ft. of Sylvan Hills High Projects Bates 9201 |
| 44 | | 7/23/2020 | | Yes | Identification of Infoor Practice Facility as a Part of Robinson High School Bates 9200 |
| 45 | | | | | Memo dated 1/11/2019 From D'Abadie to John Walker re Air Quality Concerns in New Mills High School Versus Robinson Facilities |
| 46 | | | | | Memo dated 5/16/17 From Plant Service Employee D'Abadie to John Walker re Timeline re Hostile Work Environment Involving Derek Scott |
| 47 | | | | | Memo dated 4/21/17 From Plant Service Employee Danny Bryan Re Derek Scott Discriminatory Practice During Employment at PCSSD |
| 48 | | 7/27/2020 | | Yes | Letter From Dr. Warren to Attendees at 11/30/2016 Quarterly Monitoring Meeting Including Court Expert, John Walker, Springer and Others Reporting Walker's Discussion of Racially Discriminatory Aspects of the New Mills High School |
| 49 | | | | | PCSSD Facilities Master Plan Excerpts: |
| 49a | | 7/28/2020 | | Yes | Narrative Section 2015 |
| 49b | | 7/28/2020 | | Yes | Narrative Section 2016 |
| 49c | | 7/28/2020 | | Yes | Narrative Section 2017 |
| 49d | | 7/28/2020 | | Yes | Narrative Section 2019 |
| 49e | | 7/28/2020 | | Yes | Narrative Section 2020    (Bates 9214-9221) |

V.

CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | MONITORING |
| 50 | | 7/29/2020 | | Yes | Report of Springer re Review of Local School Equity Monitoring Reports for 2018-19 Produced by PCSSD    Bates 11636-12187 |
| 51 | | | | | See Exhibit 26 Regarding Report on PLans of Action |
| 52 | | | | | Intervenors' Comments re Court Expert Report on PCSSD's Compliance With N3 Monitoring Obligations dated 12/23/19 |
| 53 | | 7/27/2020 | | Yes | Email Strand With Ending Date of February 6, 2017 Concerning Change From System of Having School Profiles to Document Providing Lesser Information |
| 54 | | | | | Report of Springer Showing Repetitive Language in Annual Monitoring and Compliance Topics in Monitoring and Compliance Reports |
| 55 | | 7/27/2020 | | Yes | Monitoring Communication to Warren and Whitfiled re Discipline and Equity Monitoring Reports Dated August 17, 2017 |
| 56 | | | | | Agendas re Court Ordered Monthly Meetings   See Exhibit 14 |
| 57 | | 7/27/2020 | | Yes | Email Strand With Starting Date of 2/20/19 From Springer to Whitfield re Steering Committee Meeting and PCSSD Need to Develop School Improvment Plans With Ross Plan Educational Goals |
| 58 | | 7/27/2020 | | Yes | Monitoring Communication re Status of PCSSD's use of FEPSI Data |
| 59 | | 7/29/2020 | | Yes | Email Communication From Office of Equity and Pupil Services Stating NO Monitoring Reports Regarding Facilities Implementation |
| 60 | | | | | Email Communications (2/13/17 and 9/6/17) to Green Regarding PCCSD's NEED to Recruit Students to Participate in CWDSA (Donaldson Program) |
| 61 | | | | | Email Communication to Whitfield re Staffing Stipulation and Other Plan 2000 Obligations Including Section N Monitoring Obligations Dated 9/1/2017 |
| 62 | | | | | Monitoring Communication (3/8/17) to Warren, McCraney, Whitfield and Others Regarding Ross Plan Obligations re Quarterly Monitoring Meeting Held On February 23, 2017 |

AO I 87A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District  v.  Pulaski County Special District, et. al.

CASE NUMBER: 4:82cv866DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 63 | | 7/27/2020 | | Yes | Monitoring Communication (1/31/17) to Whitfield, Warren and Guess Regarding Plan 2000 Obligations |
| 64 | | 7/27/2020 | | Yes | Monitoring Communication(2/8/17) to Warren, McCraney and Tackett re Review of ASCIP Plans |
| 65 | | 7/31/2020 | | Yes | Monitoring Communication(2/8/16) to Bednar and Warren Regarding Steering Committee Meeting NOT Being Held for Over a Year (admitted conditionally) |
| 66 | | 7/31/2020 | | Yes | Report of Springer re PCSSD's Reponse to Intervernors Second Set of RFP's No. 12-14 (Discipline) Served On Served on 1/31/20 Concernign PCSSD's Documents re Eliminating Racial Disparities School Discipline for 2016-19 School Years  (admitted conditionally) |
| 67 | | | | | See Exhibit 55 |
| 68 | | 7/27/2020 | | Yes | PCSSD Monitoring and Compliance Report dated 2015-16 |
| 69 | | | | | PCSSD Report Dated 2016-17 - PCSSD Exhibitt 190 |
| 70 | | | | | PCSSD Report Dated 2017-18 - PCSSD Exhibit 191 |
| 71 | | | | | PCSSD Report Dated 2018-19 - PCSSD Exhibit 192 |
| | | | | | COURT EXPERT |
| 72 | | 7/27/2020 | | Yes | Court Expert Report re Comparison of Sports Complex at Mills High and Robinson Middle School Filed 11/9/2017 |
| 73 | | 7/29/2020 | | Yes | Email Communication Dated 6/18/18 re PCSSD Facilities Issues and Agreement With Intervenors re Superiority of Robinson Facility Compared to Mills Facility |
| 74 | | | | | Email Communication Dated 10/31/17 From Court Expert Concerning Guess and Scott Decisions to Downsize the Mills Complex |
| 75 | | | | | Email Communication Dated 10/31/17 From Court Expert Requesting Copies of Documents in Order to Complete Her Report on PCSSD Athletic Complexes |
| 76 | | 7/27/2020 | | Yes | Email Dated 7/23/19 of Court Expert Procedures Provided to the PCSSD re Preparation of Court Reports |

AO 187A (Rev. 7/87)  EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District  V.  Pulaski County Special School District, et al

CASE NUMBER: 4:82cv866DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | 7/27/2020 | | Yes | Intervenors' Comments Regarding Court Expert's Report on PCSSD Compliance With Plan 2000 Facilities Obligations DAted 12/16/19 |
| 78 | | 7/27/2020 | | Yes | Intervenors' Comments Regarding Court Expert's REport on PCSSD Compliance With Plan 2000 Facilities Obligations dated 12/19/19 |
| 79 | | 7/27/2020 | | Yes | Intervernors' Comments Regarding Court Expert's Report on PCSSD's Compliance With Plan 2000 Monitoring Obligations dated 12/23/19 |
| 80 | | 7/31/2020 | | No | Notes of Interview with Court Expert (January 2, 2020) |
| 81 | | 7/31/2020 | | No | The Sealed Doucment (Provided to Court Expert at Her Request) |
| 82 | | | | | Declaration of Joy Springer dated March 30, 2019 |
| 83 | | 7/27/2020 | | Yes | Court Expert Billing Letter dated November 2019 |
| 84 | | 7/27/2020 | | Yes | Court Expert Report re PCSSD Implementation of Plan 2000 Achievement |
| 85 | | 7/27/2020 | | Yes | Court Expert Report re PCSSD Implementation of Plan 2000 Discipline |
| 86 | | 7/27/2020 | | Yes | Court Expert Report re PCSSD Implementation of Plan 2000 Facilities |
| 87 | | 7/27/2020 | | Yes | Court Expert Report re PCSSD Implementation of Plan 2000 Monitoring |
| 88 | | 7/31/2020 | | Yes | Email Exchange Dated 4/31/20 Between Court Expert and Springer |
| | | | | | ADDITIONAL EXHIBITS |
| 89 | | 7/27/2020 | | Yes | October 1, 2019 Enrollment |
| 90 | | 7/27/2020 | | Yes | 2017 College Station School Improvement Plan |
| 91 | | 7/27/2020 | | Yes | 2017 Maumelle School Improvement Plan |
| 92 | | 7/27/2020 | | Yes | 2017 Sylvan Hills School Improvement Plan |
| 93a | | 7/28/2020 | | Yes | 2019-2020 1st Semester Suspensions - Chart |
| 93b | | 7/28/2020 | | Yes | 2019-2020 1st Semester Suspensions |
| 94 | | 7/30/2020 | | No | 2019 ACT Aspire Summaries by Townsend (proffered) |