✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Arkansas |

| Little Rock School District | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| PCSSD et. al | Case Number:  4:82-cv-866-DPM |

| PRESIDING JUDGE D.P. Marshall Jr. | PLAINTIFF'S ATTORNEY Porter/Pressman/Childs/Walker | DEFENDANT'S ATTORNEY D. Bates/A. Orcutt/J. Bequette |
|---|---|---|
| TRIAL DATE (S) 7/14/2020 - 7/31/2020 | COURT REPORTER K. Maloney/M. Kruse/S. McKennon | COURTROOM DEPUTY Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | PCSSD EXHIBIT LIST |
| | 1 | 7/14/2020 | | Yes | Plan 2000 |
| | 2 | 7/14/2020 | | Yes | The Ross Plan |
| | | | | | Student Achievement: Dr. Charles McNulty, Alesia Smith, Dr. Yolaundra William, Dr. Janic Warren, |
| | | | | | Margie Powell, Chris Foy, and Dr. Wendell Brown |
| | 3 | 7/14/2020 | | Yes | Margie Powell's Report on Student Achievement (Doc. 5550) |
| | 4 | 7/14/2020 | | Yes | Charles W. Donaldson Scholars Academy Life After School Explained Book |
| | 5 | 7/14/2020 | | Yes | Charles W. Donaldson Scholars Academy Summative Report 2014-2019 |
| | 6 | 7/14/2020 | | Yes | Charles W. Donaldson Scholars Academy Progress Report 2014-2017 |
| | 7 | 7/14/2020 | | Yes | Charles W. Donaldson Scholars Academy Expenditures (attached to Motion for Unitary Status as E |
| | 8 | 7/14/2020 | | Yes | 2016-2019 ACT Aspire_Iowa Grade |
| | 9 | 7/14/2020 | | Yes | ACT Breakdown Data |
| | 10 | 7/14/2020 | | Yes | Academic Achievement Information |
| | 11 | | | | 2019-2020 Pulaski County Annual Report to Public |
| | 12 | 7/14/2020 | | Yes | School Improvement Plan |
| | 13 | 7/14/2020 | | Yes | What is AVID? |
| | 14 | | | | AVID Center Expert Witness Opinion Statement |
| | 15 | 7/14/2020 | | Yes | AVID Enrollment Data (Ruling reserved on admission) |
| | 16 | | | | AVID Comprehension Evaluation Report Virginia Beach |
| | 17 | 7/14/2020 | | Yes | 90-90-90 Schools Accountability in Action A Summary of the Work Developed by Douglas Reeves F |
| | 18 | 7/14/2020 | | Yes | Curricular Team Documents: Driven by the Right Drivers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Little Rock School District | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 19 | 7/14/2020 | | Yes | Curricular Teams- 10th Q1, Achieving the Dream |
| | 20 | 7/14/2020 | | Yes | Curricular Teams 11th, Q1, Early American Writing |
| | 21 | 7/14/2020 | | Yes | Curricular Teams- 12, Q1, Anglo-Saxon_Medieval Periods |
| | 22 | 7/14/2020 | | Yes | What is PLC? |
| | 23 | 7/14/2020 | | Yes | PLC Foundations Handouts |
| | 24 | 7/14/2020 | | Yes | What is a PLC Meeting, Anyways |
| | 25 | 7/14/2020 | | Yes | PLC Worksheet |
| | 26 | 7/14/2020 | | Yes | PLC's Prinicpals Meeting |
| | 27 | 7/14/2020 | | Yes | PLC Training Brig Leane Solution Tree |
| | 28 | 7/14/2020 | | Yes | Collaborative Team Agenda PLC 5.11.20 Team Agenda Collaborative |
| | 29 | 7/14/2020 | | Yes | PLC Next Steps |
| | 30 | 7/14/2020 | | Yes | PLC Principals Meeting 12.4.19 |
| | 31 | | | | PLC Mills Middle Minutes |
| | 32 | 7/14/2020 | | Yes | Master Schedules (Baker-Harris Elem) |
| | 33 | | | | Mater Schedules (Mills) |
| | 34 | 7/14/2020 | | Yes | Equity Labs- June 2020 DESE Summit |
| | 35 | | | | Equity Labs Cabinet Meeting- 2.25.19 |
| | 36 | 7/14/2020 | | Yes | Equity Labs Cabinet Meeting- 5.6.19 |
| | 37 | 7/16/2020 | | Yes | Pedagogical Practices Cabinet Meeting- 2.18.19 |
| | 38 | 7/14/2020 | | Yes | What is Small Group? |
| | 39 | 7/14/2020 | | Yes | Professional Development re Small Groups |
| | 40 | 7/14/2020 | | Yes | RISE Overview |
| | 41 | 7/14/2020 | | Yes | RISE Academy Letters |
| | 42 | 7/14/2020 | | Yes | RISE Training 11.2.2017 |
| | 43 | 7/14/2020 | | Yes | RISE Training 11.3.2017 |
| | 44 | 7/14/2020 | | Yes | Next Generation Textbook - Secondary Science Textbook Projected Numbers |
| | 45 | 7/14/2020 | | Yes | Next Generation Textbook - Anatomy and Earth Science Access Instructions |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Little Rock School District | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 46 | 7/14/2020 | | Yes | Next Generation Textbook - Science Textbook Training |
| | 47 | 7/14/2020 | | Yes | Next Generation Textbook - Science Adoption Registration Guide for Teachers and Students |
| | 48 | 7/14/2020 | | Yes | Credit Recovery Commitment Letter |
| | 49 | 7/14/2020 | | Yes | Credit Recovery Summary School Letter |
| | 50 | 7/14/2020 | | Yes | Credit Recovery Summer School Letter (Spanish) |
| | 51 | 7/14/2020 | | Yes | Marzano High Yield Instructional Strategies |
| | 52 | | | | Culturally Relevant Responsive Teaching Steriotype Threats Deseg. Copy of Assitant Principals Cr |
| | 53 | | | | Culturally Responive- Revelant Teaching |
| | 54 | 7/16/2020 | | Yes | Materials from Professional Development on Implicit Bias 11.6.19 |
| | 55 | 7/16/2020 | | Yes | Materials from Professional Development on Implicit Bias 2.4.19 |
| | 56 | 7/16/2020 | | Yes | Materials from Professional Development on Implicit Bias 2.18.19 |
| | 57 | | | | Materials from PD on PBIS (elementary) |
| | 58 | | | | Materials from PD on PBIS (elementary) |
| | 59 | 7/14/2020 | | Yes | AVID Strategy Celebration Activity-Elementary |
| | 60 | 7/14/2020 | | Yes | NWEA MAP Principals Meeting 11.6.19 |
| | 61 | 7/14/2020 | | Yes | Documentation Showing Implementation and use of NWEA MAP District Overall Growth Fall to Spr |
| | 62 | 7/14/2020 | | Yes | Documentation Showing Implementation and use of NWEA MAP District Overall Growth Winter to |
| | 63 | 7/14/2020 | | Yes | Documentation Showing Implementation and Use of NWEA MAP District Program Growth Fall to S |
| | 64 | 7/14/2020 | | Yes | Documentation Showing Implementation and use of NWEA MAP District Program Growth Winter t |
| | 65 | 7/14/2020 | | Yes | Common Formative Assessments - USA Test Prep - Class and Student Info PD |
| | 66 | 7/14/2020 | | Yes | Common Formative Assessments - USA Test Prep - Class and Student Info PD |
| | 67 | 7/14/2020 | | Yes | Common Formative Assessments - USA Test Prep Instructions For Math District CFA 3 |
| | 68 | 7/14/2020 | | Yes | Accelerated Reader Data |
| | 69 | 7/7/2020 | | Yes | Accelerated Reader 2019-2020 District-Wide Usage Report #30 |
| | 70 | 7/14/2020 | | Yes | STAR Math |
| | 71 | 7/14/2020 | | Yes | STAR Reading |
| | 72 | 7/14/2020 | | Yes | Dyslexia Interventionists |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Little Rock School District | | | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 73 | 7/14/2020 | | Yes | Dyslexia in PCSSD-Quick Fact Sheet |
| | 74 | 7/15/2020 | | Yes | Keyboarding Without Tears |
| | 75 | 7/14/2020 | | Yes | Exhibit Showing Implementation of Journeys - Basal Readers |
| | 76 | 7/14/2020 | | Yes | Diverse Literature Instructional Coaches |
| | 77 | 7/14/2020 | | Yes | 4th Grade Book Schedule |
| | 78 | 7/14/2020 | | Yes | Multicultural Literature Mills High School - Search Results |
| | 79 | 7/14/2020 | | Yes | Mills High School Teacher Multicultural Novel Inventory and Wish List |
| | 80 | 7/14/2020 | | Yes | AAIMS Backup of Hattie's Ranking List of 256 Influences and Effect Sizes Related to Student Achi |
| | 81 | 7/14/2020 | | Yes | AAIMS Science Department Handbook |
| | 82 | 7/14/2020 | | Yes | AAIMS Science Instructional Plan |
| | 83 | 7/14/2020 | | Yes | AAIMS STEM Education Meeting Template |
| | 84 | 7/14/2020 | | Yes | Renaisssance PD Supporting AR, STAR Reading, and STAR Math |
| | 85 | 7/15/2020 | | Yes | Arkansas Leadership Academy Powerpoint |
| | 86 | 7/15/2020 | | Yes | Ark. Leadership Academy on Meeting Agenda |
| | 87 | 7/22/2020 | | Yes | School Improvement Specialist Job Description |
| | 88 | 7/14/2020 | | Yes | Go Math Documentation |
| | | | | | Discipline Witnesses:Dr. Sherman Whitfield, Dr. John McCraney, Dr. Janice Warren, Nickey Nickle |
| | | | | | Dr. Charles McNulty, Margie Powell, and Dr. Wendell Brown |
| | 89 | 7/22/2020 | | No | Margie Powell's Report on Discipline (Doc. 5531) |
| | 90 | 7/20/2020 | | Yes | 2011-2012 Annual Discipline Report |
| | 91 | 7/20/2020 | | Yes | 2012-2013 Annual Discipline Report |
| | 92 | 7/20/2020 | | Yes | 2013-2014 Annual Discipline Report |
| | 93 | 7/20/2020 | | Yes | 2014-2015 Annual Discipline Report |
| | 94 | 7/20/2020 | | Yes | 2015-2016 Annual Discipline Report |
| | 95 | 7/20/2020 | | Yes | 2016-2017 Annual Discipline Report |
| | 96 | 7/20/2020 | | Yes | 2017-2018 Annual Discipline Report |
| | 97 | 7/20/2020 | | Yes | 2018-2019 Annual Discipline Report |

✎AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Little Rock School District | | | vs. | PCSSD et. al | CASE NO.<br>4:82cv866DPM |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 98 | 7/20/2020 | | Yes | Data Comparision Chart- First Semester 2018 vs. 2019 |
| | 99 | 7/20/2020 | | Yes | One Standard Deviation Above the Mean Flow Chart |
| | 100 | 7/21/2020 | | Yes | African American Student Training Materials- Dr. Mack Hines |
| | 101 | 7/21/2020 | | Yes | African American Student Success Initiative-Dr. Mack Hines |
| | 102 | 7/21/2020 | | Yes | Discipline, Emotions, African American Students - Dr. Mack Hines |
| | 103 | 7/21/2020 | | Yes | Teacher Development Plan - African American Student Success - Dr. Mack Hines |
| | 104 | 7/21/2020 | | Yes | Data Collection Visit - College Station Elementary -Dr. Mack Hines- 5-29-13 |
| | 105 | 7/21/2020 | | Yes | 2013-2014 Professional Development Plan for Reducing Disparity |
| | 106 | 7/21/2020 | | Yes | 2017-2018 Professional Development Training |
| | 107 | | | | Assistant Principals and Coaches Meeting, February 12, 2020 |
| | 108 | | | | Discipline Narrative Worksheet Instructions -  2014-2015 |
| | 109 | 7/21/2020 | | Yes | The Teacher Leader Institute, African American Student Success 2015-2016 |
| | 110 | 7/21/2020 | | Yes | Focus School Support Plan 2015-2016 |
| | 111 | 7/21/2020 | | Yes | Providing Opportunities & Improving Novice Teachers (POINT) training agenda 9/7/2017 |
| | 112 | 7/21/2020 | | Yes | School Visits re: Black Student Success - Dr. Mack Hines |
| | 113 | 7/20/2020 | | Yes | PCSSD Educational Equity School Monitoring Action Plan 2016-2017 |
| | 114 | 7/20/2020 | | Yes | 2017-2018 Educational Equity School Monitoring Action Plan |
| | 115 | 7/20/2020 | | Yes | 2018-2019 Educational Equity School Monitoring Action Plan |
| | 116 | | | | Disciplie as Teachable Moments Training Materials |
| | 117 | | | | Department of Education - 2014 Discipline Data Snapshot |
| | 118 | | | | Department of Education -  2015-2016 School Climate and Safety Report |
| | 119 | 7/20/2020 | | Yes | From the Heart International Focus Group Study |
| | 120 | 7/20/2020 | | Yes | FEPSI Special Report, 2011-2012 |
| | 121 | 7/20/2020 | | Yes | From the Heart Focus Group Notes* |
| | 122 | | | | Black Male Leadership Development Materials - Dr. Mack Hines |
| | 123 | 7/22/2020 | | Yes | 2014-2015 Academic Year Executive Summary, From the Heart |
| | 124 | 7/22/2020 | | Yes | 2015-2016 Academic Year Executive Summary, From the Heart |

✎ AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Little Rock School District | | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 125 | | | | 2016-2017 Academic Year Executive Summary, From the Heart |
| | 126 | 7/20/2020 | | Yes | 2016-2017 FEPSI Data Summary Reports |
| | 127 | 7/20/2020 | | Yes | 2017-2018 FEPSI Data Summary Reports |
| | 128 | 7/20/2020 | | Yes | 2018-2019 PCSSD Elementary Winter Climate Report |
| | 129 | 7/20/2020 | | Yes | 2018-2019 PCSSD Secondary Winter Climate Report |
| | 130 | 7/20/2020 | | Yes | 2018-2019 Multiage Program Handbook |
| | 131 | 7/20/2020 | | Yes | 2018-2019 Discipline Management Plans |
| | 132 | | | | Mental Health Providers Case Summary Reports |
| | 133 | | | | 2018-2019 Mental Health Providers Service Agreements |
| | 134 | | | | New Beginnings Behavioral Health Services Overview, April 2018 |
| | 135 | 7/20/2020 | | Yes | Teen Court Training Materials dated Octover 3, 2019 |
| | 136 | 7/20/2020 | | Yes | Alternative Learning Classroom Materials |
| | 137 | | | | ADE Alternative Education Approval Notifications dated 2015-2017 |
| | 138 | 7/22/2020 | | Yes | FTH Executive Summary, PLPYP |
| | 139 | | | | Dr. Mack Hines' Executive Summary- African American Student Discipline |
| | 140 | | | | Dr. Mack Hines Crystal Hill Report |
| | 141 | | | | Response to Intervention Materials, 2015-2016 |
| | 142 | | | | Response to Intervention Materials, 2017-2018 |
| | 143 | 7/22/2020 | | Yes | Response to Intervention Handbook |
| | 144 | 7/22/2020 | | Yes | RTI Manual |
| | 145 | 7/22/2020 | | Yes | Positive Behavioral Interventions & Supports (PBIS) - SWPBIS Tiered Fidelity Inventory dated Feb |
| | 146 | 7/22/2020 | | Yes | PBIS-TFI Walkthrough Tool dated February 2017 |
| | 147 | 7/22/2020 | | Yes | PBIS Walkthrough Reports Sample |
| | 148 | | | | PBIS Self-Assessment Survey (SAS) How to Guide for Coaches |
| | 149 | 7/22/2020 | | Yes | PBIS TFI How to Guide for Coaches |
| | 150 | 7/22/2020 | | Yes | PBIS TFI Action Plans dated February 19, 2020 |
| | 151 | | | | PBIS TFI Video Resources |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Little Rock School District | | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 152 | 7/22/2020 | | Yes | PBIS TFI Slide Deck |
| | 153 | 7/20/2020 | | Yes | PCSSD What is PBIS? |
| | 154 | 7/20/2020 | | Yes | PCSSD Student Handbook |
| | 155 | 7/20/2020 | | Yes | Discipline Disproportionality Worksheets |
| | | | | | Facilities |
| | | | | | Witnesses: Curtis Johnson and Dr. Charles McNulty |
| | 156 | 7/23/2020 | | Yes | Facilities Cost Spreadsheet |
| | 157 | 7/23/2020 | | Yes | 02.28.17 Facilities Report (Doc 5292) |
| | 158 | 7/23/2020 | | Yes | 02.28.17 FM PCSSD Status Report |
| | 159 | 7/23/2020 | | Yes | 8.25.17 PCSSD Facilities Report (Doc 5318) |
| | 160 | | | | 9.5.17 FM PCSSD Supplemental Status Report (Doc 5322) |
| | 161 | 7/23/2020 | | Yes | 9.8.17 FM PCSSD Status Report ( Doc 5318) |
| | 162 | 7/23/2020 | | Yes | 10.9.17 FM PCSSD Specail Status Report (Doc 5337) |
| | 163 | 7/23/2020 | | Yes | 6.22.18 FM PCSSD Joint Status Report (Doc 5402) |
| | 164 | 7/23/2020 | | Yes | 7.31.18 FM PCSSD Joint Status Report (Doc 5419) |
| | 165 | 7/23/2020 | | Yes | 12.01.18 FM PCSSD Facilities Report (Doc 5474) |
| | 166 | 7/23/2020 | | Yes | 1.30.19 FM PCSSD Facilities Report (Doc 5493) |
| | 167 | 7/23/2020 | | Yes | 3.29.19 FM PCSSD Facilities Report (Doc 5495) |
| | 168 | 7/23/2020 | | Yes | 5.31.19 FM PCSSD Facilities Report (Doc 5498) |
| | 169 | 7/23/2020 | | Yes | 7.31.19 FM PCSSD Facilities Reprot (Doc 5509) |
| | 170 | 7/23/2020 | | Yes | 9.30.19 FM PCSSD Facilities Report (Doc 5522) |
| | 171 | | | | 10.18.19 PCSSD SHHS PR#29 IPF Metal Wall Panels |
| | 172 | 7/23/2020 | | Yes | 11.29.19 PCSSD Facilities Report (Doc 5548) |
| | 173 | 7/23/2020 | | Yes | July 1, 2020 Progress Report |
| | 174 | 7/23/2020 | | Yes | Mills High 2017 |
| | 175 | 7/23/2020 | | Yes | Mills High 2018 |
| | 176 | 7/23/2020 | | Yes | Mills High 2019 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Little Rock School District | | | vs. | PCSSD et. al | CASE NO.<br>4:82cv866DPM |
|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 177 | 7/23/2020 | | Yes | Mills High 2020 |
| | 178 | 7/23/2020 | | Yes | Mills High School |
| | 179 | 7/23/2020 | | Yes | Mills Middle 2018 |
| | 180 | 7/23/2020 | | Yes | Mills Middle 2019 |
| | 181 | 7/23/2020 | | Yes | Mills Middle 2020 |
| | 182 | 7/23/2020 | | Yes | Mills Middle School |
| | 183 | 7/23/2020 | | Yes | Robinson Middle 2017 |
| | 184 | 7/23/2020 | | Yes | Robinson Middle 2018 |
| | 185 | 7/23/2020 | | Yes | Robinson Middle 2019 |
| | 186 | 7/23/2020 | | Yes | Robinson Middle 2020 |
| | 187 | 7/23/2020 | | Yes | Mills Exp |
| | 188 | 7/23/2020 | | Yes | May 31, 2020 Facilities Status Report |
| | 189 | | | | What is POR |
| | | | | | Monitoring |
| | | | | | Witnesses: Dr. Janice Warren and Margie Powell |
| | 190 | 7/20/2020 | | Yes | 2016-2017 Monitoring Report |
| | 191 | 7/20/2020 | | Yes | 2017-2018 Monitoring Report |
| | 192 | 7/20/2020 | | Yes | 2018-2019 Monitoring Report |
| | 193 | 7/23/2020 | | Yes | 2008-2009 Monitoring and Compliance Report |
| | 194 | 7/23/2020 | | Yes | 2016-2017 Local Equity Monitoring Report |
| | 195 | 7/23/2020 | | Yes | 2017-2018 Local Equity Montioring Report |
| | 196 | 7/23/2020 | | Yes | 2018-2019 Local Equity Monitoring Reports |
| | 197 | | | | Powell's Report on Montitoring (Doc 5559) |
| | | | | | ADDITIONAL EXHIBITS |
| | 198 | 7/15/2020 | | Yes | PCSSD District Map |
| | 199 | 7/15/2020 | | Yes | Dr. Williams's Initiatives Notes/table |
| | 200 | 7/16/2020 | | Yes | 2019-20 Program Evaluation |

✎ AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Little Rock School District | | vs. | PCSSD et. al | CASE NO. 4:82cv866DPM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 201 | 7/16/2020 | | Yes | 2018-19 Program Evaluation |
| | 202 | 7/20/2020 | | Yes | PCSSD Organizational Chart |
| | 203 | 7/20/2020 | | Yes | Bar Graph- Black Suspensions 2011-12 to 2018-19 |
| | 204 | 7/20/2020 | | Yes | Line Graph - Difference in % suspension rates |
| | 205 | 7/20/2020 | | Yes | Bar Graph - Total Discipline Suspension 2011-12 to 2018-19 |
| | 206 | 7/20/2020 | | Yes | Bar Graph - Total Discipline-post Jacksonville exit |
| | 207 | 7/20/2020 | | Yes | Line Graph - Total Discipline- post Jacksonville Exit |
| | 208 | 7/20/2020 | | Yes | Graph 2018-2019-Total Enrollment |
| | 209 | 7/23/2020 | | Yes | Chart from Dr. Warren re: suspensions |
| | 210 | 7/23/2020 | | Yes | WDD Field Observation report |
| | 211 | 7/27/2020 | | Yes | 2013 PCSSD District Operations |
| | 212 | 7/29/2020 | | Yes | Black/White Achievement Gap Graphs |
| | | | | | |
| | | | | | |
| | 8b | 7/15/2020 | | Yes | ACT Aspire table |
| | 198b | 7/28/2020 | | Yes | PCSSD District map with schools noted |
| | 202b | 7/22/2020 | | Yes | Corrected PCSSD Organizational Chart |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Little Rock School District | vs. | PCSSD et. al | CASE NO. 4:82-cv-866-DPM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PCSSD WITNESS LIST |
| | 1 | 7/14/2020 | | | Alesia Smith (recalled 7/16/20) |
| | 2 | 7/15/2020 | | | Dr. Yolaundra Williams |
| | 3 | 7/15/2020 | | | Dr. Janice Warren |
| | 4 | 7/16/2020 | | | Dr. Charles McNulty |
| | 5 | 7/17/2020 | | | Chris Foy |
| | 6 | 7/17/2020 | | | Margie Powell |
| | 7 | 7/17/2020 | | | Dr. Wendell Brown (by video) |
| | 8 | 7/20/2020 | | | Dr. Sherman Whitfield |
| | 9 | 7/21/2020 | | | Dr. John McCraney |
| | 10 | 7/22/2020 | | | Nickey Nickles |
| | 11 | 7/23/2020 | | | Curtis Johnson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |