**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                    **PLAINTIFF**

**V.**                              **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                    **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                    **INTERVENORS**

### JULY 2020 FACILITIES STATUS REPORT

Pulaski County Special School District (PCSSD) for its updated report to the Court submits the following. The documents, testimony, and facilities visits that have been presented over the past four weeks have meaningfully kept the Court and the Intervenors apprised of the status of facilities at PCSSD. PCSSD believes that all of this takes the place of the 60-day facilities report that would normally be due around this time. PCSSD instead proposes that it file a facilities update at the end of August, at which time it will attach the information requested by the Court during the facilities tours and also attach photographs of the ongoing projects observed by the Court.

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
   GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys   for   Pulaski   County   Special
School District***