**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

LITTLE ROCK SCHOOL DISTRICT                                     PLAINTIFF

V.                                            NO. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                          DEFENDANTS

EMILY McCLENDON, ET AL.                                         INTERVENORS

## AUGUST 31, 2020 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

## PROGRESS REPORT

### Mills High School

1.      The ROTC building has been set up for its intended use for this school year. All of the ROTC gear and items are now housed in the ROTC building and not in the choir room. Training weapons are stored in a different location. *See* photos, **Exhibit 1**.

2.      The choir room is now arranged for use by the choir and not by the ROTC. *See* photos, **Exhibit 2**.

3.      Designs for the ROTC Building to house the Driven Program continue to be evaluated.

4.      The following projects are in various stages of completion:

     a.   The walls of the corridors (nearly complete), *see* photos, **Exhibit 3**;

1

b. Multipurpose building locker room upgrades (nearly complete), *see* photos, **Exhibit 4**;

c. Trophy case upgrades (will be started as soon as the wall panels are complete).

### Mills Middle School

5.      The kitchen sewer/appliance upgrades project is complete.  *See* report from contractor attached hereto as **Exhibit 5**.

### Sylvan Hills High School

6.      Phase I: approximately 100% complete. The building is now in use.

7.      Phrase II: the district is awaiting a Certificate of Occupancy from the City of Sherwood. The district has now purchased lockers, furniture, low energy electronics, and appliances.

8.      Phrase III: the Performing Arts Center is in progress. *See* Field Report, attached here to as **Exhibit 6**.

9.      Phrase IV: the multi purpose arena remains under construction. *Id.*

### Robinson Middle School

10.     Construction has been completed on the indoor practice facility finish out (second floor Driven program).

11.     The Board has now approved a new sewer plant. Construction will start soon.

### FINANCIAL EXPENDITURES ON FACILITIES

12.     On the August 4, 2020 facilities tour while at Sylvan Hills High School, the Court inquired about the amount of expenditure on facilities at Sylvan Hills. This section seeks to respond to the Court's inquiry.

13.     To date $ 49,727,163 has been expended on the Sylvan Hills High School project. However, this figure will change as construction progresses. The district is still on track to its $65,000,000 budget.

14.     Any comparison of this number to expenditures in other parts of the district must account for student enrollment. *See* comparison of facility construction projects since the implementation of Plan 2000, attached hereto as **Exhibit 7**.

15.     Additionally, any statement made about the racial implications of a comparison of this number to expenditures in other parts of the district must be evaluated alongside the racial composition of the student body in each area. As a general point, here is a snapshot of PCSSD high schools:

|  | **Black[1]** | **White** |
|---|---|---|
| **Sylvan Hills HS** | 44.8 % | 44.4 % |
| **Maumelle HS** | 44.4 % | 45.6 % |
| **Mills HS** | 61.9 % | 21.6 % |
| **Robinson HS** | 39.8 % | 49.3 % |

(Doc. 5643, pp. 10-11) (Brief filed by Intervenors). These numbers are merely repeated here as originally calculated and reported by Intervenors in pre-trial briefing, so as to be unobjectionable.

## Future Reports

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

---

[1] These numbers report "black" students only. As is apparent because "white" enrollment plus "black" enrollment does not equal 100%, these numbers do not report any other race. Once again, this is repeated in the same format Intervenors previously reported these numbers so as to be unobjectionable. (Doc. 5643, pp. 10-11) (Brief filed by Intervenors).

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special
School District***



**EXHIBIT**
**1**















EXHIBIT
2





**EXHIBIT**

**3**





**EXHIBIT**
**4**



**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT

400 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201-4857

501-376-6681
501-376-0231 FAX



| JOB #: | 16-090 | DATE: | August 18, 2020 |
|---|---|---|---|
| JOB NAME: | PCSSD – Mills Middle School Kitchen Renovation | WEATHER: | Clear - 82° |
| SUBMITTED BY: | Roy St. Clair | CONTRACTOR: | Baldwin & Shell |

## WORK IN PROGRESS:

### Exterior
The contractor has completed the sod and the gravel on the exterior of the building.

### Interior
The kitchen equipment has been hooked back up.  The contractor has cleaned all of the stainless steel and has a cleaning crew on site today to clean the new epoxy floors.  The cooler/freezer installation has been completed.  The ceiling has been re-installed around the cooler/freezer enclosure.  The condensing units have been set on a stand.

### ITEMS DISCUSSED:
1. The superintendent said they would have the floors cleaned today and have had the icemaker checked out and would have the stops installed for the cooler/freezer door tomorrow and be ready for the Owner to have it on Thursday.  I ran a punch list and this will be sent out separately.

jck

cc:     Charles McNulty (email)
        Curtis Johnson (email)
        Tommy Farmer (email)
        Norma Dixon (email)
        Roy Horsey (email)
        Joe Lansden (email)
        Ritchie Brown (email)
        Steve Harrison (email)
        Don Huggins (email)
        Jimmy Billingsley (email)
        Kevin Butcher (email)
        Paul Halbrook (email)
        Dan Beranek (email)
        Brad Chilcote (email)
        Roy St. Clair (email)
        Earnest Duckery (email)
        Brian Self (email)

**EXHIBIT
5**





















**WITSELL EVANS RASCO | ARCHITECTS/PLANNERS**
901 West Third Street Little Rock, Arkansas 72201 501-374-5300

# PCSSD Sylvan Hills High School Campus Architect's Field Report

| | | | |
|---|---|---|---|
| **Project:** | Sylvan Hills High School IPF PAC MPA | **Field Report Number:** | 20-08-20 |
| **Contractor:** | Baldwin & Shell Construction | **Date of Issue:** | 20-08-24 |
| **Report By:** | Jerome Sorensen, AIA CSI WER Construction Services | **Architect's Project Number:** | PCSSDO08.66 |

**Date:** 08-20-2020        **Time:** 2:30 pm        **Weather:** Partly Cloudy        **Temp Range:** 80s

**ATTENDEES:** Jerome Sorensen (WER)
**WORK IN PROGRESS:** See below.
**EST. % COMPLETION:** Varies.
**CONFORMANCE WITH SCHEDULE (+/-):** Close



**MULTI PURPOSE ARENA (MPA):**                                **WORKERS PRESENT:  30**

1. Job site trailers have moved to the South parking lot and connected.
2. East detention pod grading has begun and has encountered an abandoned fuel tank in the West side of pond.  Working on removal coordination.
3. North side of building is having exterior grades back filled and finished out.
4. Concrete floor slab of arena has been poured and finished.  Surface looks decent and is recessed from adjacent non-wood floor areas.
5. Cast in place seating at West side of arena has been set and finished.
6. Masonry on North and West side are complete.  Masonry has moved to the South side and is wrapping up.  Installation of brick and accessories look good.
7. Interior CMU work continues, masonry walls at restrooms exterior are installing.  Need to make sure walls are insulated completely prior to covering up with block.
8. Exterior metal stud framing is mostly complete for openings.  While framing looks like it is done, they still have not yet installed jamb stud clips to structure.  Jambs of openings need #9/D2 and #33/D3 details installed from shop drawings.  Refer to all details on shop drawings prior to covering up with interior sheetrock.
9. Sheathing is installed on all exterior walls and is being coated with weather barrier.  In general looks pretty good, but locations where holes have been poked through the wall still need to be patched.
10. Folding roof access ladder has been installed.
11. Flat Roof at West has TPO membrane installed and laid on top of roof parapets.
12. Block surfaces are being prepped with block filler paint.  Ceiling structure member are being painted.
13. Ductwork around facility appears mostly installed and pending connection to units.  Rough piping for units also are installed, not complete.

**EXHIBIT**
**6**

COPY TO: File

14. Plumbing piping is mostly complete and sanitary lines have been tested for pressure. Some locations has leaks and have gone back and corrected them.
15. Sprinkler piping installation continues.
16. Electrical rough in continues. Most conduit mains appear to be installed and in-wall rough in placed.






**PERFORMING ARTS CENTER (PAC):**                                    **WORKERS PRESENT:  25**

1. Interior steel framing is complete. Stairs and access ladders are all installed.
2. Roofing is mostly complete. Installing metal roof edges now.
3. EIFS work continues at the low South facade.
4. Exterior metal wall panels are being placed. Corner trims look pretty good and overall edges are clean.
5. Interior sheetrock framing for hall ceiling continues. They are nearing completion of ceiling. Diffusers intended to be centered between ceiling openings, and are currently not all the same. Will need them to shift to be centered.
6. Sheetrock walls are being sanded and painted with first coats of paint. Paint color IPT2 on gyp-bd looks a little blueish. Need sub to confirm is IPT2. Lobby still needs recessed track placed in walls.
7. Rough-in for light fixtures R1 in dressing rooms are not seen. Need to confirm electrician is aware of these.
8. Aluminum Curtainwall and entrance doors appears complete except for hardware.
9. Theatrical rigging equipment is being installed back stage.
10. HVAC installation continues. Ductwork installed. Piping installed. Overall appears good, except some BCU still need the drip pan installed under them and Access Panels (specifically at BCU-2-02) installed to make sure complete access is possible.

COPY TO: File








COPY TO: File

**ATTACHMENTS**:  none.

**CORRECTION ITEMS:**
1. ~~MPA- foundation waterproofing horizontal return at bottom needs to be 12 inch minimum.   4/30- all waterproofing installed, not sure of final resolution on installation.   8/20- CLOSED~~
2. 5/18- PAC:  install 3 studs at all corners.  This was not done and has been covered up in most locations.
3. ~~5/18- PAC:  extend weather barrier (blue) up to top of parapet and seal to roof membrane. 8/20- CLOSED.~~
4. 6/11- IPF:  SWPP silt fencing compromised in 5 locations at East perimeter.  Fix 6/25- Corrected Northern parts but still need to fix Rip Rap section. 8/20- Site SWPP continue to be bypassed by rain events.
5. ~~6/11- IPF: Grading at North of new drive is not co posted to match grading plan.~~
6. 6/11- IPF:  Swale & SS Manhole at West site conflict.
7. 6/11- IPF:  Millwork quality standards.
8. 6/11- PAC:  EIFS drainage flashing at West tall façade.
9. 8/20- PAC- Lights at changing rooms.
10. 8/20- PAC- paint color, looks light blue-ish.
11. 8/20- PAC- condensate drip pans under units. 118C & Lobby
12. 8/20- PAC- diffuser placement amidst ceiling clouds.
13. 8/20- PAC- Access Control wires not pulled into Storefront door.
14. 8/20- PAC- Access Panel to BCU-2-02 also unit is missing drain pan.
15. 8/20- PAC- missing wall tracks at lobby sheet rock.
16. 8/20- MPA- Exterior metal stud framing opening jamb attachments.

**END OF FIELD REPORT**  (4 pages total)

Cc:  Project Teams.

COPY TO: File

## Actual Dollars

| K-12 Enroll. | Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|---|
| | 1,744 students | | 2,566 students | | 2,845 students | | 4,646 students | |
| Elem. | Bates ES (2000)[1] | $7,031,462 | Chenal ES (2008)[4] | $13,986,063 | Pine Forest Expansion (2011)[6] | $3,205,120 | | |
| Mid. Sch. | Mills MS (2018)[2] | $5,456,636 | Robinson MS (2018)[5] | $43,089,763 | Maumelle MS (2005)[7] | $18,421,031 | Sylvan Hills MS (2011)[9] | $34,306,500 |
| High Sch. | Mills HS (2018)[3] | $50,072,174 | | | Maumelle HS (2011)[8] | $58,273,574 | Sylvan Hills HS [10] | $65,000,000 |
| Total $ | | $62,560,271 | | $57,075,826 | | $79,899,725 | | $99,306,500 |
| $ per student | | **$35,872** | | **$22,243** | | **$28,084** | | **$21,375** |

## Real Dollars (adjusted for inflation)[11]

| K-12 Enroll. | Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|---|
| | 1,744 students | | 2,566 students | | 2,845 students | | 4,646 students | |
| Elem. | Bates ES (2000) | $10,253,790 | Chenal ES (2008) | $16,311,660 | Pine Forest Expansion (2011) | $3,578,504 | | |
| Mid. Sch. | Mills MS (2018) | $5,456,636 | Robinson MS (2018) | $43,089,763 | Maumelle MS (2005) | $23,687,821 | Sylvan Hills MS (2011) | $38,303,078 |
| High Sch. | Mills HS (2018) | $50,072,174 | | | Maumelle HS (2011) | $65,062,225 | Sylvan Hills HS | $65,000,000 |
| Total $ | | $65,782,599 | | $59,401,423 | | $92,328,551 | | $103,303,078 |
| $ per student | | **$37,719** | | **$23,149** | | **$32,453** | | **$22,235** |

[1] Bates Elem. in 2000 dollars (Doc. 4507, p. 75).
[2] Mills Middle in 2018 dollars (PCSSD Trial Ex. 156).
[3] Mills High in 2018 dollars (PCSSD Trial Ex. 156).
[4] Chenal Elem. in 2008 dollars (Doc. 4306, p. 36).
[5] Robinson Middle in 2018 dollars (PCSSD Trial Ex. 156).
[6] Pine Forest Expansion in 2011 dollars (Doc. 4306, p. 37).
[7] Maumelle Middle in 2005 dollars (Doc. 4306, p. 35).
[8] Maumelle High in 2011 dollars (Doc. 4306, p. 35).
[9] Sylvan Hills Middle in 2011 dollars (Doc. 4306, p. 37).
[10] Budgeted cost of Sylvan Hills High (Doc. 5318, p. 1).

[11] The individual school costs reported in the top chart were adjusted for inflation and reported in terms of 2018 dollars in the bottom chart. Since Mills High, Mills Middle, and Robinson Middle are reported in terms of 2018 dollars no adjustment was made. No adjustment was made to the budgeted cost of Sylvan Hills High. The inflation adjustments were made by inputting the "actual" dollar numbers into an inflation calculator on the website of the Federal Reserve Bank of Minneapolis. *See* https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator. The inflation adjusted individual school costs reported in the bottom chart are reported verbatim as calculated by the Fed using the aforementioned inflation calculator.

**Enrollment numbers**: Based on PCSSD's official October 1, 2019 enrollment, as on file with the state of Arkansas. *See* https://adedata.arkansas.gov/statewide/ReportList/Schools/EnrollmentCount.aspx?year=30&search=6003&pagesize=100 Enrollment numbers were also reported in Intervenors' Trial Exhibit 89. Enrollment numbers were also reported in Intervenors' response to a motion in limine. (Doc. 5643, pp. 9-11). See enrollment breakdown on the following page.

**EXHIBIT 7**

## K-12 Enrollment by Zone

| Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|
| College Station ES | 115 | Robinson ES | 207 | Pine Forest ES | 429 | Cato ES | 289 |
| Bates ES | 382 | Baker ES | 389 | Oak Grove ES | 176 | Clinton ES | 488 |
| Landmark ES | 220 | Chenal ES | 481 | Crystal Hill ES | 560 | Harris ES | 167 |
| Mills MS | 404 | Lawson ES | 197 | Maumelle MS | 689 | Oakbrooke ES | 423 |
| Mills HS | 623 | Robinson MS | 590 | Maumelle HS | 991 | Sherwood ES | 295 |
| | | Robinson HS | 702 | | | Sylvan Hills ES | 388 |
| | | | | | | Sylvan Hills MS | 1,168 |
| | | | | | | SHHS+North | 1,428 |
| **Total Students:** | **1,744** | | **2,566** | | **2,845** | | **4,646** |