

**District Leadership Team Meeting Minutes**
**August 26, 2019**
(1:30 pm - 3:00 pm)

**Members Present:**  Dr. Bone, Mr. Hodges, Ms. Biggs, Ms. Renee Parker, Mrs. Mindy Parker, Mr. Smith, Mrs. Lindsey Jones, Mrs. Loring, Dr. Jones, Mrs. Turner, Ms. Stinnett, and Dr. Walker.

The meeting began with a REFLECTIVE THOUGHT: "You can't go back and change the beginning, but you can start where you are and change the ending."--CL Lewis.
So reflect on your successes since the beginning of the year and one thing you will do differently this week to make sure you get the outcome you expect in the end.

Ms. Biggs commented that she felt their building retreat set the foundation, and that everyone was working together beautifully. She also commented that she feels a strong need for added security in her new building.

Dr. Jones commented that they adjusted their 4th and 5th grade schedules just a few minutes, and it has made a significant difference for them.

Dr. Bone thanked the ladies for sharing their reflections, and she transitioned the discussion to the District's Plan of Support. She briefly pointed out that more than 40% of the students in the district are lacking in reading achievement, which more specifically is 1193 students out of 2251 or 53%. This percentage has put the district at a Level 4 support, and if we do not show significant improvement on the ACT Aspire next April, we could easily shift to a Level 5, which creates the possibility for state takeover. She also reported that they have discovered discrepancies on how race has been reported in Eschool, and that 64 errors have already been discovered that has made a difference in our funding from $700.00 last year to $12,000 this year. Due to this discovery, they have planned training for building secretaries and a building representative who will be in charge of this reporting on how to recognize errors and correct them. More information on this training will soon be released.

She also noted that a substantial amount of their funds have been spent on the new ALE program, security guards, and SOR. She stated that the District Literacy Plan is non-negotiable.

The team went to work by dividing into three groups. Those groups were Reading Instruction, RTI/PBIS, and PLCs. Each group worked specifically on each of these areas

JNPSD00005458

describing district goals by examining the wording in the Theories of Action and specific actions within the plan. Approximately thirty minutes later, the team reconvened and shared their thoughts on recommended changes to the plan. Those proposals were discussed and changes were approved by the team.

Dr. Bone explained that the plan would be shared with Mrs. Lenette Thrasher to review and make any suggestions she would recommend being made. September 1, 2019 is a "soft" deadline for the plan to be submitted. She also stated that Jake Smith will be responsible to allocate the funding for the Support Plan goals/actions.

Dr. Bone asked the question if the team felt the plan was written so that it could easily be understood by all. The comment was brought up about the many acronyms used throughout the plan. Ms. Stinnett recommended a glossary be constructed identifying and explaining the educational jargon/acronyms that are used. The team agreed this would be a good idea, and she will complete a glossary and add it to the plan.

The question was asked how this district plan would affect the building plans. Dr. Bone responded that our plans for this year are in place and would not be changed, but this plan will be for next year. She explained that they would be going to court in July, and the current plans have already been submitted for Discovery. She reminded the team that the hearing in July would determine the district's unitary status in student achievement and discipline. She reiterated the importance that we continue moving forward in the effort to make significant improvements within our buildings and as a district specifically in these areas.

The meeting was adjourned at 2:50 pm.

JNPSD00005459



District Leadership
October 24, 2017

Dr. Duffie:

    Jim Collins --- Good to Great mentality
        Have to face the brutal facts of our situation before we can move forward
    Joe Murphy -- Educational Leadership
        Holes in the floor of the school house we have
        "Are the adults in the building willing to do what is asked/required of them?"
Key Points made by Dr. Duffie, Dr. Bone, and Mr. Hodges; later points are from the department
heads (Maintenance, Food Service, HR, Finance, Security, Transportation)

1) No real sense of urgency regarding test scores in the district; staff seems unconcerned
2) It is very important to operate as ONE system; we still have 9 separate kingdoms and I don't want that; we should not be competing against each other; we are fighting our own people
3) I need you to worry less about the "happiness" of your staff and much more about the effectiveness of your staff in guaranteeing that our scholars are LEARNING and SAFE
4) This is a TOUGH job in a TOUGH demographic. This isn't the place for everyone. We must have employees who are willing to go the extra mile, do more than the bare minimum, and take ownership of the learning FOR their students who don't know how to own their education. This is where the REAL work can be done for those willing to work this hard. Everyone isn't. Accept that. Identify them. Help them find their place or their passion and do it quickly.
5) We seem to have a large number of staff members who truly do want to improve the system but they don't really know how
6) I expect administrators to deal with those staff members who don't want to get on board with what we expect them to do
7) Some misinformation going on with staff members. Be transparent. Be clear in communication. Be brief.
8) We must create a team rather than a family... hold the staff accountable and expect them to do what they are paid to do. It is never acceptable to tell grown people 5 times to do their job
9) Identify what we are doing really well and keep digging in on those; look around and see What successful systems are doing and emulate those here
10) Things we do well..

| | |
|---|---|
| Social Media | Central Office Support |
| Transportation | Parent Communication |
| Food and Nutrition | Maintenance |
| Curriculum | Growth Mindset |

11) The building principal is 100% responsible for what happens in their buildings. Make good things happen rather than reacting when bad things happen. Be proactive. Look at EVERY

JNPSD00005417

situation from a standpoint of student safety and student learning. The number ONE job of every admin in the building is SUPERVISION and the number TWO job is INSTRUCTION management. Evaluate your time to see if what you are doing reflects these two priorities. If not, adjust what you do.

12) Board Priorities
      Focus on endless possibilities; passionate employees; community support

13) Before Thanksgiving...  sit together with admin and go down the list of the total employees  and tell why we WANT to renew or DON'T WANT to renew them.... Then get a plan in place for those you don't want to renew and either fix them or move them out

14) RTI (done the way the district has prescribed it) is a non-negotiable

15) When we post-test, we need 85% passing rate OR we know that we have an
      Instructional issue and WE MUST ADDRESS IT

16) When the bulk of students in a classroom are in Tier II, then we have a Tier I issue

17) Without accurate data, Lazy Lucy, Dyslexia David, and LD Larry all look the same; we
      Have to accurately assess the students and teach at high levels to know who really
      Needs to be in SPED; only one of the 3 listed there should be in SPED

18) Oversee the accommodations for SPED and be sure the teachers know they have to
      Follow it exactly; if the student doesn't need those accommodations then the SPED
      Committee needs to meet and revise them; This is the ultimately the Principal's
      responsibility.

19) Collect a list of students that are at 3 or more discipline for first 9 weeks and we need
      A behavior plan written for them; if they are SPED/504 then Hatcher or Kristie Newborn
      Will come help write it OR Loring has a form to use

20) WalMart cards are available to be used now...once the teacher has the PO approved,
      They can come get the WalMart card from central office to get their things.

21) If ANY employee misses 3 straight days, we need to notify HR (Tammy Knowlton)
      and/or Tonya Weaver because some of that time counts out of their FMLA time.

22) If ANY employee is injured at work, they MUST complete the N form and it be sent
      To Tammy so she can begin the process.

23) There will be an Active Shooter drill in our buildings before Christmas so we need to
      Have a real plan and be sure the teachers know what to do.

24) Get a list of locations for the cameras for JMS.

25) Bus Evacuations drill Monday morning !!!!

26) ⅓ of the bus fleet is specialized transportation...we really need to decrease that number

27) SPED kids with bus behavior issues need to be suspended from the bus; not referred
      To specialized buses

28) When a new student enrolls, we are NEVER to tell the parent to call transportation to get
      Their bus number. This process takes 48 hours and transportation contacts us or the
      Parent.

29) Can't use food or drink as a reward for anything; UNLESS it one of the 9 days

30) Food for field trips require 3 weeks of advance notice

31) Order all maintenance supplies from the Google Form on the district website

JNPSD00005418

32) GoGuardian is up and running
33) Tech training for teachers:  G Suite, Google Classroom, GoGuardian
34) GT training in early spring to help teachers identify truly GT kids
35) New hiring policies coming
36) Teachers on 911 list will have training from district in Dec and Jan
37) As a building and as a district, nothing will ever get better until teaching and learning improve; those won't improve until we are IN CLASSROOMS and watching it
38) Nothing should impede our presence in the classroom. PERIOD.

JNPSD00005419

EXHIBIT
3

**Jacksonville North Pulaski School District**
**School Board Work Session**
**Jacksonville High School – Room 114**
**October 28, 2019**

| | |
|---|---|
| **Call to Order** | President Gray called the meeting to order at 5:30 pm. |
| **Present** | Daniel Gray, Ron McDaniel, Jim Moore, Col. Derrick Floyd (left @ 6:20), Marcia Dornblaser, Ava Coleman, LaConda Watson (arrived 6:45),  and Superintendent Bryan Duffie |
| **Absent** | Dena Toney |

## State Achievement Ratings and Plans for Improvement

Mr. Hodges and Dr. Bone introduced the Principals and plan for the presentations.

Each school leadership team, led by the principal, presented their student achievement plans.  Board members asked questions of each school team to understand the plans.

Dr. Duffie closed the presentations with brief comments

## Bus Policies

Mr. Gray introduced the topic and his concerns with safety issues on school buses. There was discussion among board members with comments from Mr. Hodges.  It was decided that this would be a topic of discussion at next board work session to allow for further information to be gathered for consideration.

## Cyber Security Program

Mr. Gray expressed concern that we have not found a cyber-security teacher and feels the salary does not adequately compete with the private sector.  Concerns were expressed about working progress with the program. Board would like to have a copy of current job description and salary schedule at next board meeting.

| | |
|---|---|
| Adjournment | With no other business before the Board, the meeting was adjourned at 8:20 p.m. |

_____
Daniel Gray, President

_____
Jim Moore, Secretary



Dr. Bone then gave instructions for the upcoming Board Work Session presentations for Monday, October 28, 2019.

- Start with the data explaining your current reality (Focus is Reading)
- Present the data, and then explain what you will do to impact students to improve the data
- Recommend inclusion of the Hourglass Model for the building.
- Limit the number of topics to three
- Do not use educational jargon or acronyms
- Teachers will present the PPT
- Principal/facilitator will do the wrap-up
- Be prepared to answer questions
- Keep it simple
- Professional dress

She instructed the secondary buildings to have their presentation turned into her by Thursday, October 24, 2019, for her to review. She asked the team if they had any questions.

Dr. Bone then advised the team to come prepared to the next meeting to review/check their building strategic plans for the required components.

The meeting was adjourned at 3:00 pm

JNPSD00005450



**JNPSD District Strategic Planning Meeting**
**Meeting Minutes**
**November 8, 2018**

**PRESENT:** Dr. Bone, Ms. R. Parker, Ms. M. Parker, Ms. Loring, Ms. Norton, Dr. Walker, Ms. Biggs, Ms. Haywood, Ms. Alexander, Ms. Reed, and Ms. Stinnett

Ms. M. Parker reported on her inquiry of the program, "Capturing the Hearts of Students." It is very expensive and out of line for the budget of NSLA funds. Although she reported that the Benton and Searcy districts were very supportive of the program. She also added that six scholarships are offered to cover the cost for three principals and three teachers from a district to attend. The next training will be January 24-25, 2019 in Little Rock for two days.

**Strategic Plans:**

**Warren Dupree:** Ms. Stinnett reported that Warren Dupree has received a letter from the Arkansas Department of Education that the school has been identified as a Comprehensive Support and Needs Improvement (CSI) school for 2018 – 2019. This identification process occurs as a school is ranked by the ESSA School Index scores at or below the ESSA School Index score of the lowest five percent in each grade span. Exit criteria requires a school to make progress on the ESSA School Index for two or more years. She also reported that she has been working on the strategic plan to break it down into specific actions with a plan of measurement and monitoring for progress. She has sent it to Kim Starr for comments, and Ms. Starr is coming in December to look at it with her and Ms. Reed.

**Pinewood:** Ms. Norton reported on the letter they received from ADE indicating they were flagged for SPED findings. She also commented they are placing an emphasis on attendance, and they meet every Tuesday for RTI to address academic and behavioral referrals for RTI. She said the PLCs have transitioned a bit, but they are getting closer to where they want to be with this process. They are making a school wide effort, and a task force has been assigned to each area.

**Middle School:** Ms. R. Parker reported that the building's leadership team meets the Wednesday before the District Team meets on Thursday, and she shared the following report:

**Discipline**
- We have had 212 incidents involving 272 students for the first 10 weeks
- We have 36 students that have more than 3 discipline incidents for a total of: 137
- Those 36 students account for 50% of all discipline incidents
- 14 of those 36 are SPED which is 39%
- Of these 36:
  - 9 have more than 5 incidents and account for 62 of the 137;  45%

JNPSD00005451

**Middle School:** Ms. R. Parker reported that 692 students and 72 teachers completed the surveys. She also reported that after the initial surveys, they offered another survey to address certain areas, and the results clarified several of their questions about responses made to some of the questions on the first. She shared the additional survey with the team. She said that the students and teachers both agreed that discipline hinders learning in the classroom, and that students feel that their teachers do not know about their lives outside of the classroom.

They have recently started clubs for students where every student belongs somewhere, and she has received emails from several students commenting how much they were loving the club time. She said that she had been surprised at their excitement and how much difference the clubs have seemed to make.

**High School:** Ms. Biggs reported that the training they have offered needs to be implemented in the classroom. In her camera surfs, she has observed a lack of implementation in addition to her formal observations.

In response to the survey results, the Leadership Team has constructed a flow chart indicating what behaviors are handled in the classroom and which ones should be office referrals. They are making sure that a staff member is positioned by the bus drop-offs in the mornings to greet students with, "Good Morning!" or "Have a Good Day!" They are setup on a rotation so that different staff is positioned from day to day.

She has communicated the expectation to teach the rules in a "physical" handbook to students and discuss having respect for each other. The questions was asked, "Is the staff engaged and collaborating? She did comment that they are using some of the KAGAN strategies, and they are planning for an eight period day next year for more time for training and collaboration.

Dr. Bone commented to the team that it is the administration's responsibility to hold staff accountable.

**Pinewood:** Ms. Norton reported on some of the items flagged on her building surveys:

Educators agreed disciplining students in the classroom does hinder instruction.
- They are working on a matrix for those behaviors that should be managed in the classroom and then those that should be handled in the office.
- With the current schedule, they find it difficult getting all the requirements met.
- Lack of PD

Students indicated:
- They feel teachers don't care about them.
- Believe there is wasted time in the classroom
- Agree that students do not follow rules
- Feel that teachers do not know them outside the classroom

JNPSD00005455



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                PLAINTIFF

v.                              CASE NO. 4:82CV866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                   DEFENDANTS

EMILY MCCLENDON, ET AL.                                   INTERVENORS

## RESPONSES TO INTERVENORS' 3ʳᴰ SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO JNPSD REGARDING 2020 UNITARY STATUS HEARINGS REGARDING STUDENT ACHIEVEMENT

Comes now Jacksonville North Pulaski School District, by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and for its Responses to Intervenors' 3rd Set of Requests for Production of Documents and Interrogatories regarding 2020 Unitary Status Hearings regarding Student Achievement, does state:

REQUEST FOR PRODUCTION NO. 1: Please produce a copy of the JNPSD's implementation plans utilized for the school years 2016-17; 2017-18; 2018-19; and 2019-20 for addressing its Plan 2000 student achievement obligations (Goals One-Six).

**RESPONSE:** See JNPSD00004625-4642; 4743-4747; 4806-4823; 5070-5090; 6205-6209; 6244-6245; 6251-6257; 6267-6283; 6321-6322; 6417-6450; 6501-6533; 6576-6608; 6656-6668; 6683-6712; 6714-6744; 6778-6780; 6832-6859; 6945-6948; 7075-7096; 7246-7252; 7390-7391.

REQUEST FOR PRODUCTION NO. 2: Please produce a copy of the JNPSD's

1

from the Arkansas Leadership Academy that covered similar information as the FEPSI model. JNPSD based its ACSIP plans on the Ross Plan. JNPSD also used the Star Renaissance Assessment to identify academic needs for the students. At the elementary level JNPSD uses DIBLES screeners, DRA (Developmental Reading Assessment), and other assessments to identify individual student's academic needs. After 2016-17, JNPSD used infused its Strategic Plans (the successors to ACSIP) with the Ross Plan and goals. Each year, JNPSD has also utilized a school climate survey and set goals in the strategic plans to address areas of growth. The strategic plans are utilized by the District leadership team, the school leadership teams and professional learning communities to evaluate implementation of the strategic plans.

REQUEST FOR PRODUCTION NO. 5: Please produce the ASCIP and/or school improvement plans for each of the schools in the JNPSD for 2017-18.

**RESPONSE:  See Response to Request for Production No. 1.**

REQUEST FOR PRODUCTION NO. 6: Please produce complete ACT Aspire results for 2016, 2017, and 2018 in the same format as the 2019 results provided to the Court's Expert by JNPSD and by her provided to the Intervenors. (in that example a 38-page document)

**RESPONSE: See Bates Nos. JNPSD00004446-4479.**

REQUEST FOR PRODUCTION NO. 7: For the Dupree and Taylor elementary schools, separately, please produce documents, created by school based and central

4

office administrators addressing monitoring of the extent of actual implementation of the multiplicity of programs identified in the schools 2018-19 and 2019-20 school improvement plans.

**RESPONSE: See Bates Nos. JNPSD00006486-6487; 6492-6495;**

REQUEST FOR PRODUCTION NO. 8: Please produce all evaluations of the effectiveness of ASCIP plans and school improvement plans between 2016 and the present with regard to achieving Educational Goals 1 and 2 of the Ross Plan of Plan 2000. (See Ross Plan Goal 6 regarding evaluations)

**RESPONSE: See Bates Nos. JNPSD00006205-6209; 6486-6487;**

REQUEST FOR PRODUCTION NO. 9: For each school and grade in which you maintain that the AVID program has been offered between 2016 and the present, please provide; [a] the instructional materials for staff and [b] the curriculum in use for each year of implementation.

**RESPONSE: See JNPSD00007376-7389; Taylor Elementary: 6860-6944. High School: 7376-7389.**

INTERROGATORY NO. 2: For each school year in which AVID has been implemented in one of more schools, please provide by school, by grade, by race and by gender, the number of students participating in the program.

**RESPONSE:  Beginning in 2019-20, JNPSD has implemented AVID at Dupree Elementary School and Taylor Elementary School. At the elementary level AVID is a school-wide program, so all students benefit from the program. Beginning in 2018-19, JNPSD implemented AVID at the**

5

**Phonics**

**High Frequency Words**

| thing | just | our |
|-------|------|-----|
| most  | after | very |

2-3 Student Center Activities: Phonics

2006 The Florida Center for Reading Research (Revised July 2007)

High Frequency Words

**P.HFW.025**

| | | |
|---|---|---|
| name | good | sentence |
| man | think | say |

JNPSD00006487

| | | |
|---|---|---|
| well | end | put |
| does | set | another |



High Frequency Words

| | | |
|---|---|---|
| big | must | because |
| even | large | such |

2006 The Florida Center for Reading Research (Revised July, 2007)

2-3 Student Center Activities: Phonics

| went | men | why |
|------|-----|-----|
| turn | ask | here |

2006 The Florida Center for Reading Research (Revised July 2007)

High Frequency Words

**P.HFW.033**

| | | |
|---|---|---|
| read | home | different |
| need | land | us |

2006 The Florida Center for Reading Research (Revised July, 2007)

2-3 Student Center Activities: Phonics



**District Strategic Planning Meeting**
**March 14, 2019**

Dr. Bone kicked the meeting off with a drawing. Jake Smith was the winner!

Minutes from the previous meeting were reviewed and approved.

Celebrations:

Ms. Mindy Parker reported that AMI will not have to be redone for next year because we didn't have to use it this year.

Both Bobby Lester and JMS have had incredible results from the ICU program. This program costs approximately $5000.00. There has been a massive amount of missing assignments collected.

Bayou Meto reported that growth was indicated on the recent MAP K-2 assessments.

Ms. Renee Parker indicated that the middle school has had wonderful involvement with the mentoring program served by the Air Force Base men and women. A big shout out to those volunteers.

Warren Dupree added that they have one member who participates weekly in working with students on reading.

Staff with perfect attendance will be recognized for the first semester.

Bayou Meto reported information on an incentive contest they conducted. For example, the challenge was to show acts of kindness to others. On the final day of the competition, one of the Board members (Toney) participated. At the faculty meeting, every team had a hat indicating a theme. It was a fun event.

---

Dr. Bone announced that the Joshua Interveners are making rounds again. They will be pulling the strategic plans and looking for evidence of those actions within the buildings. They may ask students about the handbook and for evidence that parents received the handbook.

Ms. Parker reported that the middle school had sent their updates on their plan to Mr. Carter. They have also been addressing RTI in their team meetings. The homework lunch is in full swing and producing good results. Unfortunately, the implementation of AVID is struggling, "School wide."

Ms. Biggs reported that Ms. Brockinton provided a form that drills down as an academic and behavioral piece. It only needs tweaking. The implementation of PBIS with fidelity still needs improvement. Teachers receive a "shout-out" or a "jeans pass" when

JNPSD00005443



# Final Business Rules for Calculating the 2019 ESSA School Index Scores

This document details the business rules used to calculate ESSA School Index Scores. The business rules reflect the details that support the ESSA School Index as described in the Arkansas plan for the Every Student Succeeds Act.

## Contents

Final Business Rules for Calculating the 2019 ESSA School Index Scores ...................................................... 1

  Overview .......................................................................................................................................................... 2

  Business Rules by Indicator and Components of Indicators .......................................................................... 5

    Participation—Percent Tested ................................................................................................................... 5

    Weighted Achievement (Math and ELA) ................................................................................................... 8

    Content Growth Score .............................................................................................................................. 11

    ELP Growth Score .................................................................................................................................... 15

    School Value Added Growth Score ......................................................................................................... 16

    Graduation - 4 year Adjusted Cohort ..................................................................................................... 18

    Graduation- 5 year Adjusted Cohort ...................................................................................................... 21

    School Quality and Student Success Indicator ....................................................................................... 24

    Compiling Total SQSS Score .................................................................................................................... 36

    Compiling Final ESSA Index Score ........................................................................................................... 37

  Special Schools: Feeder Schools and Special Grade Configurations ........................................................... 38

    Feeder Schools ......................................................................................................................................... 38

    Special Grade Configurations .................................................................................................................. 38

  Appendix A .................................................................................................................................................... 40

    ACT Aspire ELA Cut Scores for Arkansas ................................................................................................ 40

  Appendix B ..................................................................................................................................................... 42

    Advanced Placement/International Baccalaureate/Concurrent Credit Course Codes ........................... 42

    Computer Science Course Codes .............................................................................................................. 52

    2018-2019 School Year Computer Science Courses and Course Codes .................................................. 52

  Appendix C ..................................................................................................................................................... 53

    Assessment Correction Engine ................................................................................................................ 53

| Reading Achievement Component | |
|---|---|
| | Reading at Grade Level Points $$= \frac{\sum Points\ Earned\ Per\ Student\ Tested\ Reading}{Number\ of\ Students\ Tested\ Reading}$$ |
| Variables related to Reading at Grade Level | • Students Tested in Reading on required statewide ACT Aspire<br>• Student full academic year status (mobility)<br>• Number of Points Possible for Reading at Grade Level (number of students tested in reading)<br>• Number of Points Earned Per Student for Reading at Grade Level (sum of points for students scoring at Ready or Exceeds achievement levels) |

| Science Achievement Component | |
|---|---|
| Description of Component or Indicator | Using student-attained achievement level in Science as a proxy for describing students as Science Ready. |
| Included Subgroups | 1. All Students – All students in the school.<br>2. White – Student's race is identified as White and no other race or ethnicity is indicated.<br>3. African American – Student's race is identified as African American and no other race or ethnicity is indicated.<br>4. Hispanic/Latino(a) – Student's ethnicity is identified as Hispanic/Latino(a). A student is designated as Hispanic/Latino(a) regardless of whether any other races are identified for the student.<br>5. Economically Disadvantaged – Student is indicated as participating in the Federal Free and Reduced Price Lunch Program.<br>6. English Learner – Student is indicated as an English Learner (EL) or student is indicated as a Former Monitored EL (for up to four years after exiting EL services).<br>7. Student with Disability(ies) – Student is indicated as receiving special education services.<br>Data pulled from TRIAND:<br>DLM Alternate Assessment will be downloaded on April 8, 2019. ACT Aspire – April 8, 2019 |
| Assessments & Grade Levels Included | • Grade 3 – 10 full academic year students enrolled at each school and completing state required assessment in science (ACT Aspire).<br>• Grade 3 - 10 full academic year students completing state assessment in science (DLM), and flagged for alternate assessment. |
| Included Subject | Science |
| Included Students | Grades 3 - 10 full academic year students enrolled at each school and completing state required assessment in Science (ACT Aspire or DLM). This is the denominator of the Science achievement points and is comparable for schools across the state. |
| Excluded Students | 1. Highly mobile students are excluded from the school calculation.<br>2. Exclude home/private school students (Resident Code 1, 2, 4, and 5) if student state ID and LEA are accurate for match to enrollment data downloaded from TRIAND.<br>3. Recently Arrived English Learners (RAELs) have their science achievement scores excluded for the first two years in U.S.<br>4. Students who do not have a test score are excluded from Science Achievement calculations. |
| Science Readiness Determination | Students are considered to be at Readiness level if the student scores at an achievement level of Ready or Exceeds on ACT Aspire.<br>    a. If student scores at the "Ready" or "Exceeds" achievement level on ACT Aspire Science, then the student receives 1 point. If the student scores "At Target" or "Advanced" on the DLM, the student receives 1 point. |

27

| Science Achievement Component | |
|---|---|
| | b.  If the student scores at the "In Need of Support" or "Close" achievement level on ACT Aspire, or the student scores at the "Emerging" or "Approaching the Target" on the DLM, then student receives 0 points. |
| Determining Mean School Percent Science Ready | Determine the school-level points earned per student for Science Readiness <br> • School-level points earned for Science Readiness = Sum of points earned per student for Science Readiness / number of students tested in science <br><br> $$Science\ Readiness\ Points = \frac{\sum Points\ Earned\ Per\ Student\ Tested\ Science}{Number\ of\ Students\ Tested\ Science}$$ |
| Variables related to Science Readiness | • Students Tested in Science on required statewide ACT Aspire or DLM <br> • Student full academic year status (mobility) <br> • Number of Points Possible for Science Readiness (number of students tested in Science) <br> • Number of Points Earned Per Student for Science Readiness (sum of points for students scoring at Ready, Exceeds, At Target or Advanced achievement levels) |

| Science Value-Added Growth Component | |
|---|---|
| Description of Component or Indicator | Science Value-Added Growth is calculated at the student level using the same growth model procedures described for ELA and math. Once students' science value-added scores are obtained, students' scores are ordered within grade level from lowest to highest science value-added score. Each score is assigned a rank of 1 to 99 within grade level. This is called the percentile rank of the residual. The residual is the value-added score for the student. |
| Included Subgroups | 1.  All Students – All students in the school. <br> 2.  White – Student's race is identified as White and no other race or ethnicity is indicated. <br> 3.  African American – Student's race is identified as African American and no other race or ethnicity is indicated. <br> 4.  Hispanic/Latino(a) – Student's ethnicity is identified as Hispanic/Latino(a). A student is designated as Hispanic/Latino(a) regardless of whether any other races are identified for the student. <br> 5.  Economically Disadvantaged – Student is indicated as participating in the Federal Free and Reduced Price Lunch Program. <br> 6.  English Learner – Student is indicated as an English Learner (EL) or student is indicated as a Former Monitored EL (for up to four years after exiting EL services). <br> 7.  Student with Disability(ies) – Student is indicated as receiving special education services. <br> Data pulled from TRIAND: <br> ACT Aspire –April 8, 2019 |
| Student Scores Included in Calculations. | Score histories are constructed for students using their current year score and up to four prior years of assessment scores. Grades 3 – 10 science scores for 2016, 2017, 2018 and 2019 ACT Aspire are used for science growth. Science growth is available for Grades 4 – 10. |
| Included Students | Grades 4 - 10 full academic year students enrolled at each school and completing state required assessment in Science (ACT Aspire). This is the denominator of the Science Value-added growth points and is comparable for schools across the state. Must include a prior score within the state of Arkansas for a student to be included. |
| Excluded Students | 1.  Exclude students who are highly mobile from school aggregations. However, highly mobile students *are* included in calculations of individual student growth scores. <br> 2.  Exclude home/private school students (Resident Code 1, 2, 4, and 5) if student state ID and LEA are accurate for match to enrollment data downloaded from TRIAND. <br> 3.  Recently Arrived English Learners (RAELs) have their science growth scores calculated and included starting in their second year in U.S. <br> 4.  Exclude students with scores from the DLM assessment. <br> 5.  Exclude students who do not have a current year test score. |

**District Leadership Meeting Minutes**
**February 10, 2020**



**EXHIBIT**
9

**PRESENT:** Dr. Walker, Ms. Renee Parker, Mrs. April Turner, Mr. Jake Smith, Mrs. Mindy Parker, Dr. Jones, Mrs. Loring, Ms. Lagail Biggs, Mrs. Megan Brown, Mr. Hodges, Dr. White, Mrs. Kim Star, and Dr, Bone

The minutes were reviewed and approved with one change being made in paragraph 7 with the explanation of why high school students missed the last MAP assessment. One of the explanations was that several students were in non-traditional/different grade level classes, and there was simply an oversight.

**REFLECTIVE THOUGHT:** If I could use the "pruning shears of revision," I would change _____ about last week.

Dr. Bone went around the table and asked everyone what their answer would be. Some of the comments were to have an improved attitude, practice looking at circumstances through a different lense, be kinder to family, lessen the use of profanity, more patience, to meet people where they are rather than where you feel they should be, to go with initial thoughts, keep family first, let go of worry about things they do not have the power to change, and etc. It was a very interesting and transparent self-reflection by each team member.

Jake Smith introduced the new transportation policy that the board recently passed. Mr. Smith was very complimentary of every building's effort to reduce the amount of discipline referrals. He commented, "He didn't know another district that is working as hard on the issue of equity."

He shared the areas receiving the most referrals: disorderly conduct, insubordination, and disruptive behavior. He reminded everyone to continue to document their follow-up investigation into each occurrence with student statements in-order for each student to have due process.

Mr. Smith also reported that the district is down 244 discipline referrals compared to this time last year.

**NEW STATS:**

Level I's - Down 171
Level II's - Down 122
Level III's - Down 202
Level IV's - Down 2
Bus Suspensions - Down 72
ISS - Down 56
OSS - Down 104
Black Male - Down 148
Black Female - Down 118
Non-Black Male - Down 8
Non-black Female - Down 30

Dr. Bone complimented the buildings in doing an excellent job resulting in the downward trend, but she also stated that the downward trend must continue in that direction.

Mr. Smith commented that the buildings were doing a much better job implementing and maintaining RTI. He also stated that the buildings have made improvements in Tier I instruction, but Tier I still has room for improvement. He also said that we need to start comparing referral comments to understand any disparities between discipline levels and codes by building.

Dr. Bone reminded building principals that admin are the only ones who can enter discipline referrals, and they are the persons responsible in determining the correct level and then code it correctly. She also said that once the building determines a problem within the data, they need to come up with a plan on what to do about it. She added that the buildings need to continue digging into the data and identify the frequent flyers and what percent of the population represents the largest number of referrals.

Dr. Bone announced that she would be forwarding the Culture Audit Surveys, and they need to be completed by Wednesday, February 19, 2020.

The leadership team then moved into the book study discussion on the book, *Whistling Vivaldi: How Stereotypes Affect Us and What We Can Do."* Dr. Bone asked the group to share their own experiences they may have resulted from a stereotype, and then asked what they were actually doing in the buildings to address possible bias in the classroom.

The meeting adjourned at 3:20.

JNPSD00005421



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                        PLAINTIFF

v.                              CASE NO. 4:82CV866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                            DEFENDANTS

EMILY MCCLENDON, ET AL.                                            INTERVENORS

## RESPONSES TO INTERVENORS' 3RD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO JNPSD REGARDING 2020 UNITARY STATUS HEARINGS REGARDING STUDENT ACHIEVEMENT

Comes now Jacksonville North Pulaski School District, by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and for its Responses to Intervenors' 3rd Set of Requests for Production of Documents and Interrogatories regarding 2020 Unitary Status Hearings regarding Student Achievement, does state:

REQUEST FOR PRODUCTION NO. 1: Please produce a copy of the JNPSD's implementation plans utilized for the school years 2016-17; 2017-18; 2018-19; and 2019-20 for addressing its Plan 2000 student achievement obligations (Goals One-Six).

**RESPONSE:   See JNPSD00004625-4642;  4743-4747;  4806-4823;  5070-5090; 6205-6209; 6244-6245; 6251-6257; 6267-6283; 6321-6322; 6417-6450; 6501-6533; 6576-6608; 6656-6668; 6683-6712; 6714-6744; 6778-6780; 6832-6859; 6945-6948; 7075-7096; 7246-7252; 7390-7391.**

REQUEST FOR PRODUCTION NO. 2: Please produce a copy of the JNPSD's

1

office administrators addressing monitoring of the extent of actual implementation of the multiplicity of programs identified in the schools 2018-19 and 2019-20 school improvement plans.

**RESPONSE: See Bates Nos. JNPSD00006486-6487; 6492-6495;**

REQUEST FOR PRODUCTION NO. 8: Please produce all evaluations of the effectiveness of ASCIP plans and school improvement plans between 2016 and the present with regard to achieving Educational Goals 1 and 2 of the Ross Plan of Plan 2000. (See Ross Plan Goal 6 regarding evaluations)

**RESPONSE: See Bates Nos. JNPSD00006205-6209; 6486-6487;**

REQUEST FOR PRODUCTION NO. 9: For each school and grade in which you maintain that the AVID program has been offered between 2016 and the present, please provide; [a] the instructional materials for staff and [b] the curriculum in use for each year of implementation.

**RESPONSE: See JNPSD00007376-7389; Taylor Elementary: 6860-6944. High School: 7376-7389.**

INTERROGATORY NO. 2: For each school year in which AVID has been implemented in one of more schools, please provide by school, by grade, by race and by gender, the number of students participating in the program.

**RESPONSE:  Beginning in 2019-20, JNPSD has implemented AVID at Dupree Elementary School and Taylor Elementary School. At the elementary level AVID is a school-wide program, so all students benefit from the program. Beginning in 2018-19, JNPSD implemented AVID at the**

5

when the district asserts the program was first implemented and the school[s] and grade[s] where it was implemented at that time; and [b] the school[s] and grade[s] where it is implemented currently.

**RESPONSE: Ford NGL is being implemented for the first time during the 2019-20 school year. JNPSD will update this Response.**

REQUEST FOR PRODUCTION NO. 16: Please produce a copy of all reports produced by NGL Ford regarding the JNPSD.

**RESPONSE:  Please see Bates Nos. JNPSD00004776-4805**

REQUEST FOR PRODUCTION NO. 17: Regarding the NWEA map testing program, please provide: [a] documents explaining the parameters and the implementation of the NWEA map testing program; [b] for the 2018-19 school year and for 2019-20 school year (to date), please provide documents for the Taylor and Dupree elementary schools, each school separately, showing [a] the results of each round of student testing during the school year that produced a "RIT score" and [b] the results allowing analyses of skills mastered or not mastered by number of students, race, gender and grade.

**RESPONSE:  JNPSD will provide responsive documents.**

REQUEST FOR PRODUCTION NO. 18: For each school and grade, please provide the number of students by race and gender who have participated in the Charles W. Donaldson Scholars Academy (CWDSA) between 2016 and the present.

**RESPONSE:  See Bates No. JNPSD00004826.**

REQUEST FOR PRODUCTION NO. 19: Please produce all evaluations of the

9

programs/interventions/strategies identified in RFP's numbered 8-18 with respect to their effectiveness in achieving the goals of improving African American student achievement and decreasing the achievement gap between white and African American students.

**RESPONSE: JNPSD has produced a number of documents reflecting evaluation of programs and interventions for their effectiveness in improving African-American student achievement and decreasing the achievement gap. JNPSD will update this response with specific references to those evaluations.**

REQUEST FOR PRODUCTION NO. 20: Please produce the report of each of the JNPSD's schools that were presented to the JNPSD Board of Directors on October 28, 2019 regarding student achievement and efforts to address goals of the Ross Plan.

**RESPONSE: Please see Bates Nos. JNPSD00004502-4624.**

REQUEST FOR PRODUCTION NO. 21: Please produce the master schedules for the following schools:

1) Bobby Lester Elementary School;
2) Pinewood Elementary School;
3) Warren Dupree Elementary School;
4) Murrell Taylor Elementary School;
5) Bayou Meto Elementary School;
6) Homer Adkins Pre-K Center;
7) Jacksonville Middle School; and
8) Jacksonville High School.

**RESPONSE:  See Bates Nos. JNPSD00004827-5053; 6566-6574;**

REQUEST FOR PRODUCTION NO. 22: Please produce the staff roster for the following schools:



EXHIBIT

tabbies

11



# Jacksonville North Pulaski SCHOOL DISTRICT

## 2018-2019 Discipline Report Summary

### Dr. Tiffany Bone

### Assistant Superintendent for Desegregation

Student Enrollment

| STUDENT ENROLLMENT- NUMBERS | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 33 | 27 | 60 | 158 | 188 | 346 |
| Bobby G. Lester | 145 | 121 | 266 | 133 | 103 | 236 |
| Dupree | 114 | 103 | 217 | 58 | 64 | 122 |
| Pinewood | 101 | 103 | 204 | 70 | 75 | 145 |
| Taylor | 178 | 155 | 333 | 65 | 71 | 136 |
| Middle School | 256 | 219 | 475 | 191 | 143 | 334 |
| High School | 304 | 288 | 592 | 196 | 183 | 379 |
| TOTAL | 1,131 | 1,016 | 2,147 | 871 | 827 | 1,698 |

The table above demonstrates the number of students enrolled by race, gender, and school.

| STUDENT ENROLLMENT- PERCENTAGES | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 8% | 7% | 15% | 39% | 46% | 85% |
| Bobby G. Lester | 29% | 24% | 53% | 26% | 21% | 47% |
| Dupree | 34% | 30% | 64% | 17% | 19% | 36% |
| Pinewood | 29% | 30% | 58% | 20% | 21% | 42% |
| Taylor | 38% | 33% | 71% | 14% | 15% | 29% |
| Middle School | 32% | 27% | 59% | 24% | 18% | 41% |
| High School | 31% | 30% | 61% | 20% | 19% | 39% |
| TOTAL | 29% | 26% | 56% | 23% | 22% | 44% |

The table above demonstrates the percentage of students enrolled by race, gender, and school.

Out-of-School Suspensions (Total Number of Suspensions)

| OUT-OF-SCHOOL SUSPENSIONS- NUMBERS | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 0 | 0 | 0 | 1 | 0 | 1 |
| Bobby G. Lester | 10 | 1 | 11 | 9 | 0 | 9 |
| Dupree | 54 | 1 | 55 | 11 | 0 | 11 |
| Pinewood | 19 | 15 | 34 | 7 | 1 | 8 |
| Taylor | 89 | 50 | 139 | 16 | 8 | 24 |
| Middle School | 273 | 149 | 422 | 129 | 51 | 180 |
| High School | 218 | 155 | 373 | 64 | 33 | 97 |
| TOTAL | 663 | 371 | 1034 | 237 | 93 | 330 |

The table above demonstrates the total number of out-of-school suspensions by race, gender, and school.  If a student was suspended from school more than once, each individual out-of-school suspension was counted.

| OUT-OF-SCHOOL SUSPENSIONS- PERCENTAGES | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 0% | 0% | 0% | 100% | 0% | 100% |
| Bobby G. Lester | 50% | 5% | 55% | 45% | 0% | 45% |
| Dupree | 82% | 2% | 83% | 17% | 0% | 17% |
| Pinewood | 45% | 36% | 81% | 17% | 2% | 19% |
| Taylor | 55% | 31% | 85% | 10% | 5% | 15% |
| Middle School | 45% | 25% | 70% | 21% | 8% | 30% |
| High School | 46% | 33% | 79% | 14% | 7% | 21% |
| TOTAL | 49% | 27% | 76% | 17% | 7% | 24% |

The table above demonstrates the race/gender percentage distribution of out-of-school suspensions at each school. The percentages were developed by dividing the number of out-of-school suspensions issued in each race/gender/school category by the total number of out-of-school suspensions at the corresponding school.

Students Suspended (Each Student Counts Once)

| STUDENTS SUSPENDED- TOTALS | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 0 | 0 | 0 | 1 | 0 | 1 |
| Bobby G. Lester | 7 | 1 | 8 | 6 | 0 | 6 |
| Dupree | 28 | 1 | 29 | 7 | 0 | 7 |
| Pinewood | 9 | 8 | 17 | 5 | 1 | 6 |
| Taylor | 40 | 24 | 64 | 7 | 3 | 10 |
| Middle School | 118 | 70 | 188 | 65 | 28 | 93 |
| High School | 118 | 73 | 191 | 26 | 21 | 47 |
| TOTAL | 320 | 177 | 497 | 117 | 53 | 170 |

The table above demonstrates the number of students who received out-of-school suspension by race, gender, and school.  If a student received out-of-school suspension more than once, the student was only counted once in the chart above.

| STUDENTS SUSPENDED- PERCENTAGES | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 0% | 0% | 0% | 1% | 0% | 0% |
| Bobby G. Lester | 5% | 1% | 3% | 5% | 0% | 3% |
| Dupree | 25% | 1% | 13% | 12% | 0% | 6% |
| Pinewood | 9% | 8% | 8% | 7% | 1% | 4% |
| Taylor | 22% | 15% | 19% | 11% | 4% | 7% |
| Middle School | 46% | 32% | 40% | 34% | 20% | 28% |
| High School | 39% | 25% | 32% | 13% | 11% | 12% |
| TOTAL | 28% | 17% | 23% | 13% | 6% | 10% |

The table above demonstrates the percentage of all students that have received out-of-school suspension.  The percentages were developed by dividing the number students who received out-of-school suspension in each race/gender/school category by the number of all students enrolled in each corresponding category.

In-School Suspensions (Total Number of In-School Suspensions)

| IN-SCHOOL SUSPENSIONS-TOTALS | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 1 | 0 | 1 | 5 | 0 | 5 |
| Bobby G. Lester | 33 | 12 | 45 | 13 | 5 | 18 |
| Dupree | 95 | 16 | 111 | 24 | 5 | 29 |
| Pinewood | 35 | 17 | 52 | 14 | 7 | 21 |
| Taylor | 89 | 65 | 154 | 14 | 11 | 25 |
| Middle School | 148 | 121 | 269 | 59 | 33 | 92 |
| High School | 233 | 148 | 381 | 56 | 33 | 89 |
| TOTAL | 634 | 379 | 1013 | 185 | 94 | 279 |

The table above demonstrates the total number of in-school suspensions by race, gender, and school. If a student was assigned to in-school suspension more than once, each individual in-school suspension was counted.

| IN-SCHOOL SUSPENSIONS- PERCENTAGES | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | | Non-Black | | |
| SCHOOL | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 17% | 0% | 17% | 83% | 0% | 83% |
| Bobby G. Lester | 52% | 19% | 71% | 21% | 8% | 29% |
| Dupree | 68% | 11% | 79% | 17% | 4% | 21% |
| Pinewood | 48% | 23% | 71% | 19% | 10% | 29% |
| Taylor | 50% | 36% | 86% | 8% | 6% | 14% |
| Middle School | 41% | 34% | 75% | 16% | 9% | 25% |
| High School | 50% | 31% | 81% | 12% | 7% | 19% |
| TOTAL | 49% | 29% | 78% | 14% | 7% | 22% |

The table above demonstrates the race/gender percentage distribution of in-school suspensions at each school. The percentages were developed by dividing the number of in-school suspensions issued in each race/gender/school category by the total number of in-school suspensions at the corresponding school.

Students Assigned to In-School Suspension (Each Student Counts Once)

### STUDENTS ASSIGNED TO IN-SCHOOL SUSPENSION- TOTALS

| SCHOOL | Black | | | Non-Black | | |
|---|---|---|---|---|---|---|
| | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 1 | 0 | 1 | 3 | 0 | 3 |
| Bobby G. Lester | 22 | 11 | 33 | 8 | 4 | 12 |
| Dupree | 60 | 12 | 72 | 16 | 4 | 20 |
| Pinewood | 29 | 15 | 44 | 13 | 5 | 18 |
| Taylor | 65 | 45 | 110 | 12 | 7 | 19 |
| Middle School | 102 | 76 | 178 | 40 | 20 | 60 |
| High School | 117 | 85 | 202 | 36 | 18 | 54 |
| Total | 396 | 244 | 640 | 128 | 58 | 186 |

The table above demonstrates the number of students who were assigned to in-school suspension.  If a student was assigned in-school suspension more than once, the student was only counted once in the chart above.

### STUDENTS ASSIGNED TO IN-SCHOOL SUSPENSION- PERCENTAGES

| SCHOOL | Black | | | Non-Black | | |
|---|---|---|---|---|---|---|
| | Male | Female | Total | Male | Female | Total |
| Bayou Meto | 3% | 0% | 2% | 2% | 0% | 1% |
| Bobby G. Lester | 15% | 9% | 12% | 6% | 4% | 5% |
| Dupree | 53% | 12% | 33% | 28% | 6% | 16% |
| Pinewood | 29% | 15% | 22% | 19% | 7% | 12% |
| Taylor | 37% | 29% | 33% | 18% | 10% | 14% |
| Middle School | 40% | 35% | 37% | 21% | 14% | 18% |
| High School | 38% | 30% | 34% | 18% | 10% | 14% |
| TOTAL | 35% | 24% | 30% | 15% | 7% | 11% |

The table above demonstrates the percentage of all students that were assigned to in-school suspension.  The percentages were developed by dividing the number students assigned to in-school suspension in each race/gender/school category by the number of all students enrolled in each corresponding category.



EXHIBIT
12

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                PLAINTIFF

v.                                    CASE NO. 4:82CV-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, et al.                                    DEFENDANTS

EMILY McCLENDON, et al.                                    INTERVENORS

**RESPONSES TO INTERVENORS' INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS TO JNPSD REGARDING
DISCIPLINE**

Comes now Jacksonville North Pulaski School District and for its Responses to
Intervenors' Interrogatories and Requests for Production of Documents regarding
discipline, does state:

REQUEST FOR PRODUCTION NO. 1:     Please provide the student
attendance rates for each of the schools in the JNPSD by race and gender for each
semester of the 2015-16; 2017-18, 2018-19 school years and the first semester of the
current school year.

**RESPONSE: See attached JNPSD00000016-40.**

REQUEST FOR PRODUCTION NO. 2:     Please provide the enrollment
for each of the schools in the JNPSD by race and gender for each semester of the
2016-17, 2017-18, 2018-19 and 2019-20 school years.

**RESPONSE:  See attached JNPSD00000041-48.**

REQUEST FOR PRODUCTION NO. 3: For the period 2017-18 to the
present, please provide each version of the policies and standards for the

referred; and [c] writings of the Director of Student Services during the period of operation of the two programs discussing and evaluating the practice of referring students to juvenile authorities and the juvenile court system.

**RESPONSE: Objection, this Request for Production is overbroad, in that it requests data and information not maintained by JNPSD because JNPSD does not have access to the full set of information identified in this request. Also, this request is vague and confusing because it refers to "two programs" but does not identify the two programs.**

REQUESTS FOR PRODUCTION NO. 24:    In a "document titled "Student Services Information: Discipline Disparity Report, Discipline Training, PBIS/RTI dated February 11, 2019 at page 2, the Director of Pupil Services wrote:

> "Across the nation and in our district, ambiguous rules have high racial disparities. This includes offence such as failure to follow directives, insubordination, disruptive behavior, and disorderly conduct. It is important to examine ourselves to ensure that we interpret evidence and determine findings consistently. During training, someone suggested having another administrator review the evidence for these types of offenses before a making a final determination. That's a great idea."

Please produce documents: [a] which were the basis for the Director's comments about "our district"; [b] any later documents or analysis showing the same result; [c] any documents showing implementation of what is referred to in the quotation as " That's a great idea."

**RESPONSE: Will be produced.**

INTERROGATORY NO. 4:    The JNSPD 2018-19 Discipline Report summary at page 5 shows a total of 1364 out of school suspensions. Please provide



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                          PLAINTIFF

v.                          CASE NO. 4:82CV-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, et al.                              DEFENDANTS

EMILY McCLENDON, et al.                              INTERVENORS

## RESPONSES TO INTERVENORS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO JNPSD REGARDING DISCIPLINE

Comes now Jacksonville North Pulaski School District and for its Responses to Intervenors' Interrogatories and Requests for Production of Documents regarding discipline, does state:

REQUEST FOR PRODUCTION NO. 1:     Please provide the student attendance rates for each of the schools in the JNPSD by race and gender for each semester of the 2015-16; 2017-18, 2018-19 school years and the first semester of the current school year.

**RESPONSE: See attached JNPSD00000016-40.**

REQUEST FOR PRODUCTION NO. 2:     Please provide the enrollment for each of the schools in the JNPSD by race and gender for each semester of the 2016-17, 2017-18, 2018-19 and 2019-20 school years.

**RESPONSE:  See attached JNPSD00000041-48.**

REQUEST FOR PRODUCTION NO. 3: For the period 2017-18 to the present, please provide each version of the policies and standards for the

1

referred; and [c] writings of the Director of Student Services during the period of operation of the two programs discussing and evaluating the practice of referring students to juvenile authorities and the juvenile court system.

**RESPONSE: Objection, this Request for Production is overbroad, in that it requests data and information not maintained by JNPSD because JNPSD does not have access to the full set of information identified in this request. Also, this request is vague and confusing because it refers to "two programs" but does not identify the two programs.**

REQUESTS FOR PRODUCTION NO. 24:    In a "document titled "Student Services Information: Discipline Disparity Report, Discipline Training, PBIS/RTI dated February 11, 2019 at page 2, the Director of Pupil Services wrote:

"Across the nation and in our district, ambiguous rules have high racial disparities. This includes offence such as failure to follow directives, insubordination, disruptive behavior, and disorderly conduct. It is important to examine ourselves to ensure that we interpret evidence and determine findings consistently. During training, someone suggested having another administrator review the evidence for these types of offenses before a making a final determination. That's a great idea."

Please produce documents: [a] which were the basis for the Director's comments about "our district"; [b] any later documents or analysis showing the same result; [c] any documents showing implementation of what is referred to in the quotation as " That's a great idea."

**RESPONSE: Will be produced.**

INTERROGATORY NO. 4:    The   JNSPD   2018-19   Discipline   Report summary at page 5 shows a total of 1364 out of school suspensions. Please provide

separately by school, separately by race and gender, a listing of all numerical offense categories which was the basis for one or more of the suspensions. See Attached form document for completion of the totals.

**RESPONSE: See Response to Requests for Production No. 6.**

REQUEST FOR PRODUCTION NO. 25:    Please produce a copy of the JNPSD's implementation plan utilized for the past three years (2016-17; 2017- 18; and 2018-19) for achieving its objectives of eliminating racial disparities in the imposition of school discipline and to reducing the rates of discipline in the PCSSD.

**RESPONSE: Will be produced.**

REQUEST FOR PRODUCTION NO. 26: Please produce a copy of the JNPSD's monitoring reports for each of the past three years (2016-17; 2017-18 and 2018-19), along with plans of action to address each of the reports' disparate discipline findings.

**RESPONSE: See Response to Request for Production No. 25.**

REQUEST FOR PRODUCTION NO. 27:    Please produce a copy of all findings by the Director of Student Services as a result of his Report(s) of the "Campus Discipline report" for the 2018-19 school and the first semester of the 2019-20 school year which reflect disparate discipline findings. Also provide all plans of action developed to address such findings.

**RESPONSE: Please see response to Request for Production No. 26, and the District strategic plans.**

REQUEST FOR PRODUCTION NO. 28:    Please produce a copy of all findings by the Director of Student Services as a result of his review of the "Equitable

Complete this form for each JNPSD school for the data requested in Interrogatory No. 4

| Rule Violation Numbers | Black Male No. as shown by data | Black Female No. as shown by data | NonBlack Male No. as shown by data | NonBlack Female No. as shown by data |
|---|---|---|---|---|
| All nos. as shown by data for this school | | | | |
| | | | | |
| Total for Each Column | | | | |

**jspringer@gabrielmail.com**

| | |
|---|---|
| **From:** | John W Walker <johnwalkeratty@aol.com> |
| **Sent:** | Thursday, December 19, 2019 4:30 PM |
| **To:** | pressmanrp@gmail.com |
| **Subject:** | Fwd: Documents reviewed by Court Expert |



Bob, for your information, Margie's comments below.  So she agrees that she does not recall receiving any documents from JNPSD re L3 Staffing.


-----Original Message-----
From: Margie <mqpowell@att.net>
To: John W Walker <johnwalkeratty@aol.com>
Sent: Thu, Dec 19, 2019 3:33 pm
Subject: Re: Documents reviewed by Court Expert


Excellent.  Good job.

Margie P
**From:** John W Walker
**Sent:** Thursday, December 19, 2019 1:56 PM
**To:** sjones@mwlaw.com ; dbates@mwlaw.com ; scott@mrcfirm.com
**Cc:** mqpowell@att.net ; aporte5640@aol.com ; pressmanrp@gmail.com ; jspringer@gabrielmail.com
**Subject:** Documents reviewed by Court Expert

Before we forget, this email serves as the parties agreement to provide documents to Intervenors as follows:

   1) Per Scott, JNPSD will provide documents shared with Powell  regarding student achievement as well as plans for new elementary school and middle school in Jacksonville;
   2) Per Scott and Bone, there were no documents shared with Powell regarding Staffing L3 report (Margie also stated that she didn't recall receiving any);
   3) Scott and Intervenors confirmed that Powell has already shared JNPSD documents regarding discipline and Scott sent an email;
   4) Sam and Intervenors confirmed that PCSSD had provided documents shared with Powell  regarding discipline; and
   5) Per Sam, PCSSD will provide documents shared with Powell regarding student achievement.

John W. Walker, P.A.



IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                          PLAINTIFF

v.                              CASE NO. 4:82-CV-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                              DEFENDANT

EMILY MCCLENDON, ET AL.                              INTERVENORS

## RESPONSES TO INTERVENORS' REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO JNPSD REGARDING L.(3) STAFFING

Comes now Jacksonville North Pulaski School District and for its' Responses

to Interrogatories and Requests for Production of Documents to JNPSD regarding

L.(3) staffing, does state:

INTERROGATORY NO. 1.      The Court expert's bill in Case Document

5527 includes this content: "JNPSD September – Develop/Prepare status report

(Staff) – 8 hours – . . .." Please provide the following information:

[a]   each date the expert was present in the District in September 2019 to work

on this report and the approximate number of hours on each such day;

[b]   each JNPSD employee or representative with whom the expert had any

contact on each date identified and the approximate amount of time the employee or

representative had such contact with the expert on that date;

[c]      separately for each date identified in [a], identification of each person

who provided information to the Court expert on the subject matter of this report,

indicating for each person, each method of providing information (document, verbal,

1

on line, other [identify method]);

[d]     each date an employee or representative of JNPSD communicated with the Court expert on the subject matter of this report, including a draft report, <u>when the expert was not present in the district</u>, along with the name[s] of the representative and the mode of communication [e-mail, text, letter, telephone, other].

This Interrogatory request identification of Mr. Richardson, if the facts so require.

**RESPONSE:  [a] JNPSD did not keep a log of days that Ms. Powell was present in the District in September 2019 to work on the referenced status report. JNPSD believes that Ms. Powell was in the District at least on September 13, 2019.**

**[b]  Dr. Tiffany Bone and Mrs. Tammy Knowlton supplied information to Ms. Powell for the staffing report. Both are salaried employees and do not track their hours.**

**[c]     See response to Interrogatory 1[c].**

**[d] JNPSD did not keep logs of when its employees or representatives communicated with Ms. Powell on the staffing report. Mr. Richardson may have spoken to her at the September 2019 monthly meeting, but did not otherwise communicate with her about the report.**

REQUEST FOR PRODUCTION NO. 1:     Please provide all documents which describe and are used in the implementation of the following programs, referenced in the "Findings" section of the Court expert's JNPSD staff update: [a]

2

privacy. JNPSD also objects to providing information on individual teachers to the extent that it would constitute a clearly unwarranted invasion of personal privacy. JNPSD has redacted names and personal information (such as home addresses, telephone number, and email address) for employees identified in these documents. Objection, this Request is vague and confusing as written. See JNPSD00004313-4381

REQUEST FOR PRODUCTION NO. 3:     Please produce each document and each communication provided the Court expert constituting [a] a district position on efforts to comply with the L.(3) incentives standard and/or [b] a district summary of efforts to comply with the L.(3) incentives standard.

RESPONSE: See Bates numbers JNPSD00001851-1861.

REQUEST FOR PRODUCTION NO. 4:     Please     provide     documents showing the District's definitions of "early childhood teachers", "primary grade teachers", and "secondary core teachers" in L.(3).

RESPONSE: Not applicable.

REQUEST FOR PRODUCTION NO. 5:     Please provide each response by a JNPSD employee or other representative by e-mail or other means to the Court expert regarding the expert's draft staffing report. "Other representative" includes Mr. Richardson.

RESPONSE:   Objection, this request is overly broad, vague, and confusing in requesting documents "by e-mail or other means." See response to Request for Production no. 3.



Jacksonville North Pulaski School District Mail - Short meeting

Tiffany Bone <tbone@jnpsd.org>

## Short meeting

13 messages

**EXHIBIT**
**16**

---

**Margie** <mqpowell@att.net>
To: tknowlton@jnpsd.org
Cc: Tiffany Bone <tbone@jnpsd.org>

Tue, Aug 27, 2019 at 1:11 PM

Ms. Knowlton,

I will be attending a meeting in the JNPSD on Thursday, August 29. I expect the meeting to end no later than 1:30. Would you be able to spare a little time after the meeting to discuss the district's efforts with respect to staffing incentives. I just want to make sure that I'm up to date in that area. The Court has directed me to report on the district's level of compliance in the areas of Plan 2000 that are still under court supervision. I plan to start the process with staffing incentives. Please know that if that is not a convenient time for you, we can schedule my visit for another date. I have plenty of time.

Thanks,

Margie Powell
Court Expert

---

**Tiffany Bone** <tbone@jnpsd.org>
To: Margie <mqpowell@att.net>
Cc: Tammy Knowlton <tknowlton@jnpsd.org>
Bcc: Scott Richardson <scott@mrcfirm.com>

Tue, Aug 27, 2019 at 1:16 PM

Ms. Margie,
Can we schedule the visit for another date? I have to leave for an appointment that day and would like to be there when you meet with Mrs. Knowlton if that is ok with you.
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

[Quoted text hidden]

---

**Tammy Knowlton** <tknowlton@jnpsd.org>
To: Tiffany Bone <tbone@jnpsd.org>
Cc: Margie <mqpowell@att.net>

Tue, Aug 27, 2019 at 1:36 PM

I am also out of the office Thursday and Friday. Wednesday of next week is good for me.

Thanks
[Quoted text hidden]

---

**Tiffany Bone** <tbone@jnpsd.org>
To: Bryan Duffie <bduffie@jnpsd.org>

Tue, Aug 27, 2019 at 1:49 PM

*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*

JNPSD00001851

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

[Quoted text hidden]

---

**Margie** <mqpowell@att.net>                                         Tue, Aug 27, 2019 at 1:53 PM
To: Tiffany Bone <tbone@jnpsd.org>
Cc: Tammy Knowlton <tknowlton@jnpsd.org>

Sure. We can reschedule. Next week is not a good option for me. Don't worry. We can look at the week of September 9th, (except Wednesday the 11th, I have a doc appt.) We'll get it together. I know school is just starting and I don't want to be a disruption.

Margie

[Quoted text hidden]

---

**Tiffany Bone** <tbone@jnpsd.org>                                    Tue, Aug 27, 2019 at 1:57 PM
To: Margie <mqpowell@att.net>
Cc: Tammy Knowlton <tknowlton@jnpsd.org>

You could never be a disruption!
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

[Quoted text hidden]

---

**Tiffany Bone** <tbone@jnpsd.org>                                    Tue, Aug 27, 2019 at 1:58 PM
To: Margie <mqpowell@att.net>
Cc: Tammy Knowlton <tknowlton@jnpsd.org>

Would you like to visit the new ALE with Mr. Smith on tomorrow? He is available,
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

[Quoted text hidden]

---

**Tammy Knowlton** <tknowlton@jnpsd.org>                              Tue, Aug 27, 2019 at 1:56 PM
To: Tiffany Bone <tbone@jnpsd.org>
Cc: Margie <mqpowell@att.net>

September 9th is good for me.
[Quoted text hidden]
--
*Tammy M. Knowlton*
HR Coordinator





3/2/2020     Jacksonville North Pulaski School District Mail - Re: Invitation: Meeting with Ms. Powell @ Fri Sep 13, 2019 9am - 11am (CDT) (mqpowell@att…

Tiffany Bone <tbone@jnpsd.org>

## Re: Invitation: Meeting with Ms. Powell @ Fri Sep 13, 2019 9am - 11am (CDT) (mqpowell@att.net)

2 messages

Margie <mqpowell@att.net>                                                                   Mon, Sep 9, 2019 at 11:03 AM
To: tbone@jnpsd.org

Dr. Bone,

Let's make it 10:00. It should only take an hour.

Margie P

**From:** tbone@jnpsd.org
**Sent:** Friday, September 06, 2019 9:31 AM
**To:** mqpowell@att.net ; tknowlton@jnpsd.org
**Subject:** Invitation: Meeting with Ms. Powell @ Fri Sep 13, 2019 9am - 11am (CDT) (mqpowell@att.net)

You have been invited to the following event.

### Meeting with Ms. Powell                                                          more details »

When        Fri Sep 13, 2019 9am – 11am Central Time - Chicago

Where       1414 W Main St, Jacksonville, AR 72076, USA (map)

Joining info   meet.google.com/xtu-gxag-qyq

            Or dial: +1 929-251-6007 PIN: 869909436#

Calendar    mqpowell@att.net

Who         • tbone@jnpsd.org - organizer
            • tknowlton@jnpsd.org
            • mqpowell@att.net

Going (mqpowell@att.net)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account mqpowell@att.net because you are subscribed for invitations on calendar mqpowell@att.net.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

Tiffany Bone <tbone@jnpsd.org>                                                              Mon, Sep 9, 2019 at 11:39 AM
To: Tammy Knowlton <tknowlton@jnpsd.org>

*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*     JNPSD00001853

**Jacksonville North Pulaski School District**
1414 W. Main Street
Jacksonville, AR 72076
PH: 501-241-2080 Ext. 115
FAX: 501-241-2092
CELL: 870-995-0467
www.jnpsd.org

Follow us on Twitter @JNPSD1 https://twitter.com/jnpsd1
Like us on Facebook https://www.facebook.com/jnpsd/

---

**Margie** <mqpowell@att.net>
To: Tiffany Bone <tbone@jnpsd.org>

Tue, Aug 27, 2019 at 2:32 PM

Sounds great. I would love to see the ALE. And, yes I can be a disruption. You guys are too polite to say so!

MP

**From:** Tiffany Bone
**Sent:** Tuesday, August 27, 2019 1:58 PM
**To:** Margie
**Cc:** Tammy Knowlton
**Subject:** Re: Short meeting

Would you like to visit the new ALE with Mr. Smith on tomorrow? He is available,

*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

On Tue, Aug 27, 2019 at 1:57 PM Tiffany Bone <tbone@jnpsd.org> wrote:
You could never be a disruption!
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

On Tue, Aug 27, 2019 at 1:53 PM Margie <mqpowell@att.net> wrote:
Sure. We can reschedule. Next week is not a good option for me. Don't worry. We can look at the week of September 9th, (except Wednesday the 11th, I have a doc appt.) We'll get it together I know school is just starting and I don't want to be a disruption.
[Quoted text hidden]

---

**Tammy Knowlton** <tknowlton@jnpsd.org>
To: Margie <mqpowell@att.net>, Tiffany Bone <tbone@jnpsd.org>

Tue, Aug 27, 2019 at 2:38 PM

September 9th at 11 am is good.

Thanks

JNPSD00001854

**From:** Tammy Knowlton
**Sent:** Tuesday, August 27, 2019 1:56 PM
**To:** Tiffany Bone
**Cc:** Margie
**Subject:** Re: Short meeting

September 9th is good for me.

On Tue, Aug 27, 2019 at 1:59 PM Tiffany Bone <tbone@jnpsd.org> wrote:
  Would you like to visit the new ALE with Mr. Smith on tomorrow?  He is available,
  *Tiffany S. Bone, Ed.D*
  *Assistant Superintendent*
  *Jacksonville North Pulaski School District*

  *"Create the highest, grandest vision possible, because you become what you believe"-Oprah*


On Tue, Aug 27, 2019 at 1:57 PM Tiffany Bone <tbone@jnpsd.org> wrote:
  You could never be a disruption!
  *Tiffany S. Bone, Ed.D*
  *Assistant Superintendent*
  *Jacksonville North Pulaski School District*

  *"Create the highest, grandest vision possible, because you become what you believe"-Oprah*


On Tue, Aug 27, 2019 at 1:53 PM Margie <mailto:mqpowell@attnet> wrote:
  Sure.  We can reschedule.  Next week is not a good option for me.  Don't worry.  We can
  look at the week of September 9th, (except Wednesday the 11th, I have a doc appt.)  We'll
  get it together  I know school is just starting and I don't want to be a disruption.
  [Quoted text hidden]
    [Quoted text hidden]
  [Quoted text hidden]

---

**Tiffany Bone** <tbone@jnpsd.org>                              Tue, Aug 27, 2019 at 2:48 PM
To: Jacob Smith <jsmith@jnpsd.org>


*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*


---------- Forwarded message ---------
**From: Margie** <mqpowell@att.net>
**Date:** Tue, Aug 27, 2019 at 2:32 PM
**Subject:** Re: Short meeting
**To:** Tiffany Bone <tbone@jnpsd.org>
[Quoted text hidden]

---

**Tiffany Bone** <tbone@jnpsd.org>                              Tue, Aug 27, 2019 at 2:48 PM
To: Margie <mqpowell@att.net>, Jacob Smith <jsmith@jnpsd.org>

Mr. Smith will take you around and show it to you!

JNPSD00001855

Jacksonville North Pulaski School District

"Create the highest, grandest vision possible, because you become what you believe"-Oprah

[Quoted text hidden]

---

**Margie** <mqpowell@att.net>
To: Tiffany Bone <tbone@jnpsd.org>

Tue, Aug 27, 2019 at 4:25 PM

Great. No offense, but I dislike trying to find my way around JVille!

[Quoted text hidden]

JNPSD00001856

I 3/2/2020                                          Jacksonville North Pulaski School District Mail - Staff repoet



Tiffany Bone <tbone@jnpsd.org>

## Staff repoet
7 messages

**Margie** <mqpowell@att.net>                                              Fri, Sep 20, 2019 at 12:05 PM
To: Tammy Knowlton <tknowlton@jnpsd.org>
Cc: Tiffany Bone <tbone@jnpsd.org>

Good Friday Titans,

Please review this VERY rough draft of the staffing report prior to my filing the complete report. It
is important that you fact check me, especially the data. You will note that I didn't have the
number of nonblack core teachers. If you feel there is something I left out or got wrong, please let
me know ASAP. Do that in writing. This draft report is not to be copied or shared with anyone
other that the appropriate staff. Also be reminded that this is not the complete report. I still have to
add my comments to the judge, which you will see when this is filed. I gave this report a quick
scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point
them out. I have no ego in this. Next up will be discipline.


Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.
Check your e-mail security settings to determine how attachments are handled.


📄 **Jax Staff 2019.wpd**
    10K

---

**Tiffany Bone** <tbone@jnpsd.org>                                          Fri, Sep 20, 2019 at 12:58 PM
To: Scott Richardson <scott@mrcfirm.com>

*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

---------- Forwarded message ---------
From: **Margie** <mqpowell@att.net>
Date: Fri, Sep 20, 2019 at 12:05 PM
Subject: Staff repoet
To: Tammy Knowlton <tknowlton@jnpsd.org>
Cc: Tiffany Bone <tbone@jnpsd.org>


Good Friday Titans,

Please review this VERY rough draft of the staffing report prior to my filing the complete report. It
is important that you fact check me, especially the data. You will note that I didn't have the
number of nonblack core teachers. If you feel there is something I left out or got wrong, please let

JNPSD00001857

3/2/2020                                Jacksonville North Pulaski School District Mail - Staff repoet

add my comments to the judge, which you will see when this is filed.  I gave this report a quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point them out.  I have no ego in this.  Next up will be discipline.


Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.
Check your e-mail security settings to determine how attachments are handled.


☐  **Jax Staff 2019.wpd**
    10K


---

**Tiffany Bone** <tbone@jnpsd.org>                                    Fri, Sep 20, 2019 at 12:59 PM
To: Bryan Duffie <bduffie@jnpsd.org>


FYI
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*


---------- Forwarded message ---------
From: **Margie** <mqpowell@att.net>
Date: Fri, Sep 20, 2019 at 12:05 PM
Subject: Staff repoet
To: Tammy Knowlton <tknowlton@jnpsd.org>
Cc: Tiffany Bone <tbone@jnpsd.org>


Good Friday Titans,

Please review this VERY rough draft of the staffing report prior to my filing the complete report.  It is important that you fact check me, especially the data.  You will note that I didn't have the number of nonblack core teachers.  If you feel there is something I left out or got wrong, please let me know ASAP. Do that in writing.  This draft report is not to be copied or shared with anyone other that the appropriate staff. Also be reminded that this is not the complete report.  I still have to add my comments to the judge, which you will see when this is filed.  I gave this report a quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point them out.  I have no ego in this.  Next up will be discipline.


Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.
Check your e-mail security settings to determine how attachments are handled.


☐  **Jax Staff 2019.wpd**
    10K


---

**Tiffany Bone** <tbone@jnpsd.org>

JNPSD00001858

Thanks! We will review it in a few!

*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

On Fri, Sep 20, 2019 at 12:05 PM Margie <mqpowell@att.net> wrote:
> Good Friday Titans,
>
> Please review this VERY rough draft of the staffing report prior to my filing the complete report. It is important that you fact check me, especially the data. You will note that I didn't have the number of nonblack core teachers. If you feel there is something I left out or got wrong, please let me know ASAP. Do that in writing. This draft report is not to be copied or shared with anyone other that the appropriate staff. Also be reminded that this is not the complete report. I still have to add my comments to the judge, which you will see when this is filed. I gave this report a quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point them out. I have no ego in this. Next up will be discipline.
>
>
> Your message is ready to be sent with the following file or link attachments:
> Jax Staff 2019
>
> Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.
> Check your e-mail security settings to determine how attachments are handled.

---

**Margie** <mqpowell@att.net>                Wed, Sep 25, 2019 at 11:54 AM
To: Tiffany Bone <tbone@jnpsd.org>
Cc: Tammy Knowlton <tknowlton@jnpsd.org>

Dr. Bone,

Please bring the draft staff report, along with any corrections, changes, or comments, to the meeting tomorrow. I plan to file the report next week.

Thanks,

MP

**From:** Tiffany Bone
**Sent:** Friday, September 20, 2019 1:30 PM
**To:** Margie
**Subject:** Re: Staff repoet

Thanks! We will review it in a few!
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

On Fri, Sep 20, 2019 at 12:05 PM Margie <mqpowell@att.net> wrote:
> Good Friday Titans,

JNPSD00001859

number of nonblack core teachers.  If you feel there is something I left out or got wrong, please
let me know ASAP. Do that in writing.  This draft report is not to be copied or shared with anyone
other that the appropriate staff. Also be reminded that this is not the complete report.  I still have
to add my comments to the judge, which you will see when this is filed.  I gave this report a
quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to
point them out.  I have no ego in this.  Next up will be discipline.


Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.
Check your e-mail security settings to determine how attachments are handled.

---

**Tiffany Bone** <tbone@jnpsd.org>                                   Wed, Sep 25, 2019 at 11:58 AM
To: tknowlton@jnpsd.org

Did you get the numbers from the other schools?

Sent from my iPhone

Begin forwarded message:

> **From:** "Margie" <mqpowell@att.net>
> **Date:** September 25, 2019 at 11:54:21 AM CDT
> **To:** "Tiffany Bone" <tbone@jnpsd.org>
> **Cc:** "Tammy Knowlton" <tknowlton@jnpsd.org>
> **Subject:** Re: Staff repoet

> Dr. Bone,

> Please bring the draft staff report, along with any corrections, changes, or comments,
> to the meeting tomorrow. I plan to file the report next week.

> Thanks,

> MP

> **From:** Tiffany Bone
> **Sent:** Friday, September 20, 2019 1:30 PM
> **To:** Margie
> **Subject:** Re: Staff repoet

> Thanks! We will review it in a few!
> *Tiffany S. Bone, Ed.D*
> *Assistant Superintendent*
> *Jacksonville North Pulaski School District*

> *"Create the highest, grandest vision possible, because you become what you believe"-Oprah*


> On Fri, Sep 20, 2019 at 12:05 PM Margie <mqpowell@att.net> wrote:
> > Good Friday Titans,

> > Please review this VERY rough draft of the staffing report prior to my filing the
> > complete report.  It is important that you fact check me, especially the data.  You will

JNPSD00001860

Case 4:82-cv-00866-DPM   Document 5694-1   Filed 09/08/20   Page 55 of 57

draft report is not to be copied or shared with anyone other that the appropriate staff. Also be reminded that this is not the complete report. I still have to add my comments to the judge, which you will see when this is filed. I gave this report a quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point them out. I have no ego in this. Next up will be discipline.

Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**Tiffany Bone** <tbone@jnpsd.org>                  Thu, Sep 26, 2019 at 9:55 AM
To: Bryan Duffie <bduffie@jnpsd.org>

Can you see me about this?
*Tiffany S. Bone, Ed.D*
*Assistant Superintendent*
*Jacksonville North Pulaski School District*

*"Create the highest, grandest vision possible, because you become what you believe"-Oprah*

---------- Forwarded message ----------
From: **Margie** <mqpowell@att.net>
Date: Fri, Sep 20, 2019 at 12:05 PM
Subject: Staff repoet
To: Tammy Knowlton <tknowlton@jnpsd.org>
Cc: Tiffany Bone <tbone@jnpsd.org>

Good Friday Titans,

Please review this VERY rough draft of the staffing report prior to my filing the complete report. It is important that you fact check me, especially the data. You will note that I didn't have the number of nonblack core teachers. If you feel there is something I left out or got wrong, please let me know ASAP. Do that in writing. This draft report is not to be copied or shared with anyone other that the appropriate staff. Also be reminded that this is not the complete report. I still have to add my comments to the judge, which you will see when this is filed. I gave this report a quick scan before sending this, so if you see grammatical or punctuation error, do not hesitate to point them out. I have no ego in this. Next up will be discipline.

Your message is ready to be sent with the following file or link attachments:
Jax Staff 2019

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

🗋 **Jax Staff 2019.wpd**
10K

JNPSD00001861



IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

v.                                CASE NO. 4:82-CV-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                        DEFENDANT

EMILY MCCLENDON, ET AL.                                        INTERVENORS

**RESPONSES TO INTERVENORS' REQUESTS FOR PRODUCTION OF
DOCUMENTS AND INTERROGATORIES TO JNPSD REGARDING L.(3)
STAFFING**

Comes now Jacksonville North Pulaski School District and for its' Responses
to Interrogatories and Requests for Production of Documents to JNPSD regarding
L.(3) staffing, does state:

INTERROGATORY NO. 1.     The Court expert's bill in Case Document
5527 includes this content: "JNPSD September – Develop/Prepare status report
(Staff) – 8 hours – . . .." Please provide the following information:

[a]   each date the expert was present in the District in September 2019 to work
on this report and the approximate number of hours on each such day;

[b]   each JNPSD employee or representative with whom the expert had any
contact on each date identified and the approximate amount of time the employee or
representative had such contact with the expert on that date;

[c]    separately for each date identified in [a], identification of each person
who provided information to the Court expert on the subject matter of this report,
indicating for each person, each method of providing information (document, verbal,

1

privacy. JNPSD also objects to providing information on individual teachers to the extent that it would constitute a clearly unwarranted invasion of personal privacy. JNPSD has redacted names and personal information (such as home addresses, telephone number, and email address) for employees identified in these documents. Objection, this Request is vague and confusing as written. See JNPSD00004313-4381

REQUEST FOR PRODUCTION NO. 3:   Please produce each document and each communication provided the Court expert constituting [a] a district position on efforts to comply with the L.(3) incentives standard and/or [b] a district summary of efforts to comply with the L.(3) incentives standard.

RESPONSE: See Bates numbers JNPSD00001851-1861.

REQUEST FOR PRODUCTION NO. 4:   Please provide documents showing the District's definitions of "early childhood teachers", "primary grade teachers", and "secondary core teachers" in L.(3).

RESPONSE: Not applicable.

REQUEST FOR PRODUCTION NO. 5:   Please provide each response by a JNPSD employee or other representative by e-mail or other means to the Court expert regarding the expert's draft staffing report. "Other representative" includes Mr. Richardson.

RESPONSE:   Objection, this request is overly broad, vague, and confusing in requesting documents "by e-mail or other means." See response to Request for Production no. 3.