# JNPSD Exhibit List

| Bates # | Document Title |
|---|---|
| JNPSD003-6 | 8.32J - Classified Personnel Teacher Training |
| JNPSD 4317-4318 | 3.6.1J Tuition Reimbursement for Licensed Educators |
| JNPSD007 | Test Fee Reimbursement Instructions |
| JNPSD 4330 | Tuition Reimbursement Form |
| JNPSD008-14 | ADE Arkansas Licensure |
| JNPSD001 | JNPSD Support Staff Teacher Interest Meeting |
| JNPSD 4302-4305 | 2019 Minority Teacher Recruitment Report |
| JNPSD 4306-4311 | Grow Your Own Teacher Interest Meetings |
| JNPSD 4420 | Teacher Cadet Program |
| JNPSD 4327-4326 | JNPSD Student Information Brochure |
|  | JNP Response to Interrogatories and RFP |
|  |  |
|  | 16-17 Student Handbook |
|  | 17-18 Student Handbook |
|  | 18-19 Student Handbook |
|  | 19-20 Student Handbook |
|  | 20-21 Student Handbook |
|  | JNPSD Response to Discipline Interrogatories and |
| JNPSD 50-51 | Bayou Meto Staff Discipline Reports |
| JNPSD 52-55 | Dupree Staff Discipline Report |
| JNPSD 71-74 | Lester Staff Discipline Report |
| JNPSD 75-77 | Pinewood Staff Discipline Report |
| JNPSD 78-82 | Taylor Staff Discipline Report |
| JNPSD 63-70 | JMS Staff Discipline Report |
| JNPSD 56-62 | JHS Staff Discipline Report |
| JNPSD 83-93 | Discipline Error Reports |
| JNPSD 260-335 | Bayou Meto Campus Discipline Reports |
| JNPSD 337-414 | Dupree Campus Discipline Reports |
| JNPSD 552-611 | Lester Campus Discipline Reports |
| JNPSD 694-769 | Taylor Campus Discipline Reports |
| JNPSD 477-551 | JMS Campus Discipline Reports |
| JNPSD 416-476 | JHS Campus Discipline Reports |
| JNPSD 787-792 | 10/8/18 Email: Equitable Campus Discipline Reports |
| JNPSD 793-796 | 10/22/2018 Email: Equitable Campus Discipline |
| JNPSD 797-802 | 2/26/19 Email: Discipline Disparity Report, Equitable |
| JNPSD 803-810 | 3/27/19 Email: Discipline Disparity Report, Equitable |
| JNPSD 811-817 | 10/9/19 Email: Equitable Discipline Report, Disparity |
| JNPSD 818-823 | 4/9/19 Email: Discipline Disparity Report, Equitable |
| JNPSD 824-904 | Bayou Meto At Risk Reports |
| JNPSD 905-967 | Dupree At Risk Reports |
| JNPSD 1272-1367 | Lester At Risk Reports |
| JNPSD 1368-1439 | Pinewood At Risk Reports |
| JNPSD 1440-1541 | Taylor At Risk Reports |

Ex. A

| | |
|---|---|
| JNPSD 1129-1271 | JMS At Risk Reports |
| JNPSD 968-1128 | JHS At Risk Reports |
| JNPSD 1543-1545 | 2/6/19 Demographic Action Disparity Reports |
| JNPSD 1546-1550 | 2/21/19 Demographic Action Disparity Reports |
| JNPSD 1551-1556 | 3/8/19 Demographic Action Disparity Reports |
| JNPSD 1557-1561 | 4/4/19 Demographic Action Disparity Reports |
| JNPSD 1676-1684 | 4/11/2019 Bayou Meto District Leadershp |
| JNPSD 1685-1715 | 4/11/2019 Bayou Meto District Leadershp |
| JNPSD 1957-1958 | Handbook Implementation Report |
| JNPSD 1863-1865 | ENVoY Consultants and Training |
| JNPSD 3109-3113 | ENVoY Classroom Management Document |
| JNPSD 3114 | ENVoY Year 2 Description |
| JNPSD 3134-3138 | JHS 2019 ENVoY Scan Results |
| JNPSD 3102-3103 | Second Step Inititive Description |
| JNPSD 1959-1990 | JNPSD RTI Handbook |
| JNPSD 2995 | Lester 8/30/18 RTI Meeting Agenda and Minutes |
| JNPSD 3009-3010 | Lester 11/18/19 RTI Data |
| JNPSD 3056-3057 | Taylor RTI Behavior Data |
| JNPSD 3099-3101 | Taylor Mentoring Log |
| JNPSD 3893-3928 | Taylor School-Wide Discipline Plan |
| JNPSD 2863-2865 | JMS 2/7/18 RTI Meeting Agenda and Minutes |
| JNPSD 2882 | JMS 17-18 Tier 2 Intervention List |
| JNPSD 2990-2991 | JMS 1/31/19 Students with 2 or more conflict |
| JNPSD 2324 | JHS RTI Spreadsheet |
| JNPSD 2326 | JHS RTI 17-18 tracking spreadsheet |
| JNPSD 2700 | JHS PBIS Daily Tracking Form |
| JNPSD 2723, 2726, 2727, | 10/30/19 RTI Meeting Samples |
| JNPSD 2750 | JHS RTI Tier III Behavior Intervention |
| JNPSD 2758-2759 | JHS RTI meeting minutes spreadsheet |
| JNPSD 2798 | JHS 19-20List of Scholars and Mentors |
| JNPSD 2800 | JHS 19-20 At Risk Report p1 |
| JNPSD 2811-2812 | JHS Titan Mentoring Agreement |
| JNPSD 2814 | PILOT Ground Rules |
| JNPSD 2818-2820 | JHS Behavior Management Plan 19-20 |
| JNPSD 3969-3979 | 19-20 Titan Learning Center Referral Packet |
| JNPSD 3980-3991 | 1920 HUB Associate Referral Packet |
| JNPSD 3992-4009 | ALE Secondary Student Procedure Manual |
| JNPSD 4150-4159 | Lester TESS Intensive Growth Plan |
| JNPSD 4220-4229 | Fall 2016 Discipline Report Summary |
| JNPSD 4286-4298 | Spring 2017 Discipline Report Summary |
| JNPSD 4230-4248 | Fall 2017 Discipline Report Summary |
| JNPSD 4181-4199 | 17-18 Discipline Report Summary |
| JNPSD 4249-4266 | Fall 2018 Discipline Report Summary |
| JNPSD 4200-4219 | 18-19 Discipline Report Summary |
| JNPSD 4267-4285 | Fall 2019 Discipline Report Summary |
| | Jacksonville North Pulaski School District Poverty |
| | RFP |

| | |
|---|---|
| JNPSD 4470-4488 | 19-20 Bayou Meto Strategic Plan |
| JNPSD 4489-4505 | 19-20 Dupree Strategic Plan |
| JNPSD 4506-4538 | 18-19 Dupree Strategic Plan |
| JNPSD 4539-4550 | 19-20 Lester Strategic Plan |
| JNPSD 4551-4561 | 18-19 Lester Strategic Plan |
| JNPSD 4562-4571 | 19-20 Pinewood Strategic Plan |
| JNPSD 4572-4586 | 19-20 Taylor Strategic Plan |
| JNPSD 4441-4451 | 19-20 JMS Strategic Plan |
| JNPSD 4452-4459 | 18-19 JMS Strategic Plan |
| JNPSD 4460-4469 | 19-20 JHS Strategic Plan |
| JNPSD 5465-5469 | 2018 JNPSD Strategic Plan |
| JNPSD 4587-4588 | 17-18 JHS Comprehensive Progress Report |
| JNPSD 4663-4669 | JMS Comprehensive Progress Report |
| JNPSD 4734-4740 | Bayou Meto Comprehensive Progress Report |
| JNPSD 4768-4770 | Dupree Comprehensive Progress Report |
| JNPSD 4793-4801 | Lester Comprehensive Progress Report |
| JNPSD 4814-4816 | Pinewood Comprehensive Progress Report |
| JNPSD 4828-4831 | Taylor Comprehensive Report |
| JNPSD 1573-1586 | Bayou Meto Leadership Team Roster & Agenda |
| JNPSD 4741-4767 | Bayou Meto Leadership Team Meeting Minutes |
| JNPSD 1587-1608 | Dupree Leadership Team Roster & Agenda |
| JNPSD 4771-4792, 5475- | Dupree Leadership Team Meeting Minutes |
| JNPSD 1609-1646 | Lester Leadership Team Roster & Agenda |
| JNPSD 4802-4813, 5821- | Lester Leadership Team Meeting Minutes |
| JNPSD 1647-1665 | Pinewood Leadership Team Roster & Agenda |
| JNPSD 4817-4827, 5923- | Pinewood Leadership Team Meeting Minutes |
| JNPSD 4832-4900, 5967- | Taylor Leadership Team Meeting Minutes |
| JNPSD 4670-4733, 5874- | JMS Leadership Team Meeting Minutes |
| JNPSD 4589-4662, 5488- | JHS Leadership Team Meeting Minutes |
| JNPSD 5340-5356 | JNPSD District Leadership Team Agendas |
| JNPSD 5357-5464 | JNPSD District Leadership Team Minutes |
| JNPSD 5693-5820 | JNPSD Strategic Plan Reports |
| JNPSD 5117-5125 & 5151- | JNPSD Climate Survey |
| JNPSD 5126-5150 | Taylor Climate Survey |
| JNPSD 5059-5067 | 2018 Arnold Drive Teacher Efficacy Survey |
| JNPSD 4901-4916 | Fall 2016 Student Achievement Report Summary |
| JNPSD 4917-4926 | 17-18 JNPSD Annual Report |
| JNPSD 4927-5016 | 16-17 JNPSD Annual Report |
| JNPSD 5017-5044 | 17-18 JNPSD Quarterly Monitoring Report |
| JNPSD 5281-5282 | 2017 ACT Aspire District Results |
| JNPSD 5283-5284 | 2018 ACT Aspire District Results |
| JNPSD 5285-5318 | 2019 ACT Aspire District Results |
| JNPSD 7789 | Solution Tree Resources and Artifacts |
| | |
| JNPSD 6295-6296 | 2018 AVID District Feedback Form |
| JNPSD 6301-6305 | AVID Training Attended |
| JNPSD 6297-6300 | AVID Planning Documentation |

| | |
|---|---|
| JNPSD 6058-6287 | Strategies for Success Teacher Guide Grades 6-12 |
| JNPSD 6288-6294 | AVID Classroom Observation Form - Sample |
| JNPSD 8586-8602 | AVID Enrollment |
| | |
| JNPSD 7349-7352 | Dupree RTI Report |
| JNPSD 7604-7607 | Dupree 19-20 RTI Report |
| JNPSD 7468 | Dupree RTI 19-20 Instructional Materials |
| JNPSD 7475-7478 | NCII Phonological Awareness |
| JNPSD 7473-7474 | JNPSD RTI/PLC/Titan Time Overview |
| JNPSD 7399-7424 | JNPSD RTI 19-20 Presentation |
| JNPSD 7543 | Academic RTI Curriculum, Instructional Materials, |
| JNPSD 7544-7553 | JHS Proposal Credeck Recovery Program 18-19SY |
| JNPSD 7608-7617 | Sample RTI Intervention Academic |
| | |
| JNPSD 3007 | Lester 1/22/19 Titan Time Principals Meeting |
| JNPSD 7785-7788 | Taylor 19-20 Titan Time |
| JNPSD 8846-8849 | Titan Time Action Plan |
| JNPSD 8850 | JMS Titan Learning Strategies Course Description |
| JNPSD 7783 | JHS Titan Time Math Tutoring |
| JNPSD 8697-8701 | 18-19 Zero Hour/Credit Recovery Program |
| | |
| JNPSD 7829-7858 | Ford NGL Phase 1 Findings and Recommendations |
| JNPSD 7797-7820 | Ford NGL Freshman Seminar Presenation |
| JNPSD 7790-7796 | JNPSD Freshman Seminar Rubric |
| JNPSD 7823-7828 | Ford NGL Freshman Academy Strand |
| JNPSD 7821-7822 | Ford NGL 1/14/19 Visit Agenda and Details |
| | |
| JNPSD 7859-7877 | NWEA MAP Testing Information |
| JNPSD 7884-7889 | NWEA MAP 19-20 Reading Testing K-5 |
| JNPSD 7891-7902 | MAP 18-19 Reading & Math Testing K-5 |
| JNPSD 7903- | MAP 18-19 District Summary Report |
| JNPSD 7914 | MAP Dupree Black Math Testing |
| JNPSD 7918-7919 | MAP Dupree White Math Testing |
| JNPSD 7922-7923 | MAP Dupree Black Reading Testing |
| JNPSD 7929-7930 | MAP Dupree White Reading Testing |
| JNPSD 7933 | MAP Dupree Black Language Testing |
| JNPSD 7937 | MAP Dupree White Language Testing |
| JNPSD 8154-8155 | MAP Taylor Black Math Testing |
| JNPSD 8161-8162 | MAP Taylor White Math Testing |
| JNPSD 8165-8167 | MAP Taylor Black Reading Testing |
| JNPSD 8173-8174 | MAP Taylor White Reading Testing |
| JNPSD 8177 | MAP Taylor Black Language Testing |
| JNPSD 8181 | MAP Taylor White Language Testing |
| JNPSD 8182-8212 | 10/28/19 Bayou Meto School Improvement |
| JNPSD 8214-8227 | 10/28/19 Lester School Improvement Presentation |
| JNPSD 8229-8243 | 10/28/19Taylor School Improvement Presenation |

| | |
|---|---|
| JNPSD 8245-8256 | 10/28/19 Pinewood School Improvement Presentation |
| JNPSD 8258-8270 | 10/28/19 Dupree School Improvement Presentation |
| JNPSD 8272-8290 | 10/28/19 JMS School Improvement Presentation |
| JNPSD 8292-8304 | 10/28/19 JHS School Improvement Presentation |
| | Intervenors' Response to JNPSD's Interrogatories and |
| | Table of JNPSD Poverty Rates and Discipline |
| | Tables of Achievement Gaps in Pulaski County |