# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                    **PLAINTIFF**

**v.**              **No. 4:82-cv-866-DPM**

**PULASKI CO SPECIAL SCHOOL DISTRICT**            **DEFENDANT**
    Represented by Devin Bates/Amanda Orcutt/Cody Kees

**INTERVENTORS**
    Represented by Austin Porter /Robert Pressman (phone)

**JNPSD**
    Represented by Scott Richardson

## CLERK'S MINUTES  - CIVIL BENCH TRIAL

**Judge: D.P. Marshall Jr.**
**Reporters: Kathy Maloney/Margie Lanier**
**Clerk: Chelsea Wilson**
**CRD: Sherri Black**

**MONDAY, 5 October 2020 - DAY ONE**
    <u>Court Reporter: Kathy Maloney</u>

9:32 a.m.    Court is on the record for Bench trial

            Court addressed exhibits

                  JNPSD Exhibits admitted: 1-11, 13-25, 27-51, 58-66, 82-88,

            91-105, 113-126, 131-136, 154-159, 165, 168-189

                  Intervenors Exhibits admitted: 2-3, 5-10, 12, 14-16, 18-20,

            23, 25-28, 31, 33-36, 40, 42, 44, 47, 50, 52, 57-58

9:52 a.m.    Opening statement for JNPSD by Scott Richardson

| | |
|---|---|
| 10:26 a.m. | Break |
| 10:41 a.m. | Back on the record |
| 10:41 a.m. | Opening statement for Intervenors by Austin Porter |
| 10:50 a.m. | JNPSD calls Witness 1, Tiffany Bone.  Direct examination by S. Richardson |
| | JNPSD Exhibits 1, 8, 5, 9, 10 |
| | JNPSD exhibit 7 admitted |
| 11:39 a.m. | Cross examination of Witness 1, T. Bone, by A. Porter |
| | JNPSD Exhibit 8, 4, 7 |
| 12:11 p.m. | Break |
| 1:17 p.m. | Back on the record |
| | Cross examination of JNPSD Witness 1, T. Bone, resumes |
| | JNPSD Exhibits:  7, 11 |
| 1:36 p.m. | JNPSD calls Witness 2, Tammy Knowlton.  Direct examination by S. Richardson |
| | JNPSD Exhibits: 4, 7, 3 |
| 1:54 p.m. | Cross examination of JNPSD Witness 2, T. Knowlton, by A. Porter |
| | JNPSD Exhibit:  7 |
| 2:04 p.m. | Question for JNPSD Witness 2 by the Court |
| | JNPSD Exhibit 2 |
| 2:07 p.m. | Recross of JNPSD Witness 2, T. Knowlton, by A. Porter |
| | JNPSD Exhibit 2 |

| | |
|---|---|
| 2:10 p.m. | Redirect of JNPSD Witness 2, T. Knowlton, by S. Richardson |
| 2:12 p.m. | Recross of JNPSD Witness 2, T. Knowlton, by A. Porter |
| 2:15 p.m. | JNPSD recalls Witness 1, T. Bone.  Direct Examination by S. Richardson |
| | JNPSD Exhibits: 105, 101, 149 (not admitted) |
| 2:38 p.m. | Break |
| 2:55 p.m. | Back on the record. |
| | Direct examination of JNPSD Witness 1, T. Bone, by S. Richardson |
| | JNPSD Exhibits: 149 (not moved for admission), 159, 127 (not moved for admission), 137 (not moved for admission) |
| 3:48 p.m. | Break |
| 3:58 p.m. | Back on the record. |
| | Direct examination of JNPSD Witness 1, T Bone resumes |
| | JNPSD Exhibits 104, 107 (admitted), 122, 127 (admitted) |
| 4:31 p.m. | Court is in recess until 8:30 a.m. on 6 October 2020 |

**TUESDAY, 6 OCTOBER 2020 - DAY TWO**
Court Reporter: Kathy Maloney

| | |
|---|---|
| 8:31 a.m. | Back on the record |
| 8:32 a.m. | Mini-opening from S. Richardson |
| 8:35 a.m. | Mini-opening from A. Porter |

8:37 a.m.  Direct examination by S. Richardson of JNPSD Witness 1, T. Bone, resumes

    JNPSD Exhibits 137 (Admitted), 160-164 (Admitted), 187, 149 (Admitted), 124-125

9:47 a.m.  Cross examination of JNPSD Witness 1, T. Bone, by A. Porter

    JNPSD Exhibit 122, 187, 149, 2

10:16 a.m. Break

10:30 a.m. Back on the record

    Cross examination of JNPSD Witness 1, T. Bone, by A. Porter resumes

    Intervenors' Exhibits 15, 23, 14, 16

    JNPSD Exhibits 122, 101

11:35 a.m. Redirect examination of JNPSD Witness 1, T. Bone, by S. Richardson

    Intervenors' Exhibit 16

11:45 a.m. Recross of JNPSD Witness 1, T. Bone, by A. Porter

11:52 a.m. Break

1:04 p.m.  Back on the record

1:06 p.m.  JNPSD calls Witness 3, G. Hodges.  Direct examination by S. Richardson

    JNPSD Exhibits: 92, 94, 146 (admitted), 150 (admitted), 152 (admitted), 156, 148 (admitted), 108 (admitted), 182, 185

2:35 p.m.  Break

2:52 p.m.   Back on the record

Cross examination of JNPSD Witness 3, G. Hodges, by A. Porter

> Intervenors Exhibit 63a-b (admitted), 55 (not admitted), 23
>
> JNPSD Exhibits: 92, 185, 149, 146, 108

4:00 p.m.   Break

4:10 p.m.   Back on the record

Redirect of Witness 3, G. Hodges, by S. Richardson

4:15 p.m.   Recross of Witness 3, G. Hodges, by A. Porter

> Intervenors' Exhibit 47a

4:21p.m.   Court is in recess until 8:30 a.m. on 7 October 2020


**WEDNESDAY, 7 OCTOBER 2020 - DAY THREE**
<u>Court Reporter: Margie Lanier</u>

8:29 a.m.   Back on the record

8:40 a.m.   Mini-opening by JNPSD by S. Richardson

8:43 a.m.   Mini-opening by Intervenors by A. Porter

JNPSD calls Witness 4, Tracey Garrison.  Direct examination by S. Richardson

> JNPSD Exhibits: 168, 170-173, 176-179, 165

9:36 a.m.   Cross examination of JNPSD Witness 4, T. Garrison, by A. Porter

      JNPSD Exhibits 170, 176-178, 173, 179, 165

      Intervenors' Exhibit 23

10:14 a.m. Redirect of JNPSD Witness 4, T. Garrison, by A. Porter

      Intervenors' Exhibit 23

10:22 a.m. Questions of JNPSD Witness 4, T. Garrison, from the Court

10:26 a.m. Break

10:45 a.m. Back on the record

      JNPSD calls Witness 5, Dr. Janice Walker.  Direct examination by S. Richardson

      JNPSD Exhibits 96, 118, 154, 183

11:56 a.m. Break

1:01 p.m. Back on the record

1:02 p.m. Cross examination of JNPSD Witness 5, Dr. J. Walker, by A. Porter

      JNPSD Exhibits 97, 96

      Intervenors Exhibits 63B, 15, 16

1:38 p.m. Proffered testimony of JNPSD Witness 5, Dr. J. Walker, taken by A. Porter outside the presence of the Court

1:43 p.m. Cross examination of JNPSD Witness 5, Dr. J. Walker, by A. Porter resumes

      JNPSD Exhibits 183, 118

      Intervenors' Exhibits 23, 14

2:07 p.m. Redirect of JNPSD Witness 5, Dr. J. Walker, by S. Richardson

|  |  |
|---|---|
|  | JNPSD exhibit 81 (admitted) |
| 2:21 p.m. | Recross of JNPSD Witness 5, Dr. J. Walker, by A. Porter |
| 2:24 p.m. | Break |
| 2:41 p.m. | Back on the record |
|  | JNPSD calls Witness 6, LaGail Biggs.  Direct examination by S. Richardson |
|  | JNPSD exhibit 104, 158, 151 (Admitted), 187 |
| 3:52 p.m. | Court is in recess until 8:30 a.m. on 8 October 2020 |

**THURSDAY, 8 OCTOBER 2020 – DAY FOUR**

COURT REPORTER: MARGIE LANIER

| | |
|---|---|
| 8:32 a.m. | Bench trial resumes |
| 8:41 a.m. | Mini-opening by S. Richardson for JNPCSD |
| 8:45 a.m. | Mini-opening by A. Porter for Intervenors |
| 8:48 a.m. | Direct examination of JNPSD Witness 6, L. Biggs, by S. Richardson resumes |
| 9:02 a.m. | Cross examination of JNPSD Witness 6, L. Biggs, by A. Porter |
| | Intervenors' Exhibits 14, 23, 58 |
| | JNPSD Exhibit 187 |
| 9:37 a.m. | Redirect of JNPSD Witness 6, L. Biggs, by S. Richardson |
| 9:42 a.m. | JNPSD calls Witness 7, Shana Loring.  Direct examination by S. Richardson |
| | JNPSD Exhibit 88, 100 |

10:16 a.m.  Break

10:33 a.m.  Back on the record

              Direct examination of JNPSD Witness 7, S. Loring, by S. Richardson resumes

                  JNPSD Exhibit 100, 128 (admitted), 138-143 (admitted), 155

11:54 a.m.  Break

1:05 p.m.   Back on the record

              Direct examination of JNPSD Witness 7, S. Loring, by S. Richardson

1:09 p.m.   Cross examination of JNPSD Witness 7, S. Loring, by A. Porter

                  Intervenors' Exhibits 14, 63b, 64 (admitted)

                  JNPSD Exhibits 100, 143, 138, 140

2:12 p.m.   Redirect of JNPSD Witness 7, S. Loring, by S. Richardson

                  Intervenors' Exhibit 14

2:22 p.m.   Recross of JNPSD Witness 7, S. Loring, by A. Porter

2:24 p.m.   Break

2:41 p.m.   Back on the record

              JNPSD calls Witness 8, Margie Powell.  Direct examination by S. Richardson

                  Doc. 5540

3:05 p.m.   Cross by JNPSD Witness 8, M. Powell, by A. Porter

                  Doc. 5540

3:19 p.m.   Redirect of JNPSD Witness 8, M. Powell, by S. Richardson

3:21 p.m.   Break

3:31 p.m.   Back on the record

                JNPSD calls Witness 9, J. Smith.  Direct Examination by S. Richardson

                      JNPSD Exhibit 190 (admission ruling reserved)

4:17 p.m.   Break

4:27 p.m.   Back on the record

4:40 p.m.   Court is in recess until 8:30 a.m. on 9 October 2020

## **FRIDAY, 9 OCTOBER 2020 – DAY FIVE**

COURT REPORTER: KATHY MALONEY

8:30 a.m.   Bench trial resumes

                The Court heard argument regarding proposed JNPSD Exhibits 191.  JNPSD Exhibit 190 admitted

8:57 a.m.   Break

9:03 a.m.   Back on the record

                Direct examination of JNPSD Witness 9, J. Smith, by S. Richardson resumes

                      JNPSD Exhibits 190, 191 (admitted), 13, 17, 19

10:02 a.m.  Break

10:15 a.m.  Back on the record

|  |  |
|---|---|
|  | Direct examination of JNPSD Witness 9, J. Smith, by S. Richardson resumes |
|  | JNPSD Exhibits 26 (admitted), 27, 31, 33, 38-39, 46, 52 (admitted), 78-80 (admitted), 89-90 (Admitted) |
| 11:52 a.m. | Break |
| 1:02 p.m. | Back on the record |
|  | Direct examination of JNPSD Witness 9, J. Smith, by S. Richardson resumes |
|  | JNPSD Exhibits 192 (admitted), 4 |
| 1:18 p.m. | Cross examination of JNPSD Witness, J. Smith, by A. Porter |
|  | JNPSD Exhibits 17, 46, 47 |
|  | Intervenors' Exhibits 35, 25a, 26, 36 |
| 2:10 p.m. | Break |
| 2:24 p.m. | Back on the record |
|  | Cross examination of JNPSD Witness 9, J. Smith, by A. Porter resumes |
|  | JNPSD Exhibits 33, 35, 19, 26, 192, 78, 38, 191 |
|  | Intervenors' Exhibits 30 (admitted), 63a, 28 |
|  | Doc. 5538 |
| 3:35 p.m. | Break |
| 3:47 p.m. | Back on the record |
|  | Cross examination of JNPSD Witness 9, J. Smith, by S. Richardson |

10

                Intervenors' Exhibit 30

                JNPSD Exhibits 85, 26

4:08 p.m.    Court is in recess until 8:30 a.m. on 13 October 2020

**TUESDAY, 13 OCTOBER 2020 – DAY SIX**

COURT REPORTER: KATHY MALONEY

8:30 a.m.    Bench trial resumes

8:34 a.m.    Mini-opening for JNPSD by S. Richardson

8:37 a.m.    Mini-opening for intervenors by A. Porter

8:38 a.m.    JNPSD recalls Witness 3, G. Hodges. Direct Examination by S. Richardson

                JNPSD Exhibits 30, 23

9:31 a.m.    Cross examination of JNPSD Witness 3, G. Hodges, by A. Porter

                Intervenors Exhibits 2, 35, 63a, 30, 7, 8, 26, 27, 37 (admitted)

                JNPSD Exhibit 192

10:32 a.m.   Break

10:52 a.m.   Back on the record

                Cross examination of Witness 3, G. Hodges, by A. Porter, resumes

10:59 a.m.   Redirect of JNPSD Witness 3, G. Hodges, by S. Richardson

                JNPSD Exhibits 90, 192

        Intervenors' Exhibits 26, 37, 2, 7

11:24 a.m.  Recross of JNPSD Witness 3, G. Hodges, by A. Porter

        Intervenors' Exhibit 26

11:32 a.m.  JNPSD recalls Witness 6, L. Biggs. Direct examination by S. Richardson

        JNPSD Exhibits 67-73 (admitted), 75...76 (admitted)

12:21 p.m.  Break

1:33 p.m.  Back on the record

        Direct examination of JNPSD Witness 6, L. Biggs, by S. Richardson resumes

        JNPSD Exhibits 53-57 (admitted)

        Intervenors' Exhibits 7 and 8

2:27 p.m.  Cross examination of JNPSD Witness 6, L. Biggs, by A. Porter

        Intervenors' Exhibit 8

        JNPSD Exhibit 192

2:57 p.m.  Break

3:22 p.m.  Back on the record

3:24 p.m.  Cross examination of JNPSD Witness 6, L. Biggs, by A. Porter resumes

        JNPSD Exhibit 69

3:34 p.m.  Redirect of JNPSD Witness 6, L. Biggs, by S. Richardson

        Intervenors' Exhibit 7

3:35 p.m.  Recross of JNPSD Witness 6, L. Biggs, by A. Porter

3:37 p.m.      JNPSD recalls Witness 5, Dr. Walker.  Direct examination by S. Richardson

3:54 p.m.      Cross examination of Witness 5, Dr Walker, by A. Porter

4:11 p.m.      Redirect of JNPSD Witness 5, Dr. Walker, by S. Richardson

              JNPSD Exhibit 58

4:15 p.m.      Court is in recess until 8:30 a.m. on 14 October 2020

## **WEDNESDAY, 14 OCTOBER 2020-DAY SEVEN**

COURT REPORTER: KATHY MALONEY

8:31 a.m.      Bench trial resumes

8:44 a.m.      Mini-opening for JNPSD by S. Richardson

8:48 a.m.      Mini-opening for intervenors by A. Porter

8:51 a.m.      Break

8:58 a.m.      Back on the record

              JNPSD calls witness 10, Dr. Bryan Duffie.  Direct examination by S. Richardson

                  Intervenors' Exhibit 2

9:55 a.m.      Break

10:12 a.m.    Back on the record

              Cross examination of JNPSD Witness 10, Dr. Duffie, by A. Porter

                Intervenors' Exhibits 2, 63b, 22a-b (admitted), 23, 27, 29, 32 (proffered)

                JNPSD Exhibit 149

11:12 a.m.  Redirect of JNPSD Witness 10, Dr. Duffie, by S. Richardson

                Intervenors' Exhibits 63, 22a

                JNPSD Exhibits 190, 191

11:21 a.m.  JNPSD recalls Witness 8, M. Powell. Direct examination by S. Richardson

                Doc. 5538

11:46 am.  Cross examination of JNPSD Witness 8, M. Powell, by A. Porter

                Doc. 5538

                Intervenors' Exhibit 25a

11:59 a.m.  Break

1:17 p.m.  Back on the record

                Court give ruling on testimony of Intervenors' Witness Aaron

1:33 p.m.  Cross examination of JNPSD Witness 8, M. Powell, by A. Porter

                Intervenors' Exhibit 63a

1:41 p.m.  Redirect of JNPSD Witness 8, M. Powell, by S. Richardson

1:45 p.m.  JNPSD rests

                Intervenors motion for Judgment as a matter of law taken under advisement

1:49 p.m.  Break

1:55 p.m.  Back on the record

|  |  |
|---|---|
|  | Intervenors call Witness 1, Rizelle Aaron. Direct examination by A. Porter |
| 2:09 p.m. | Cross examination of Intervenors' Witness 1, R. Aaron, by S. Richardson |
| 2:12 p.m. | Break |
| 2:32 p.m. | Back on the record |
|  | Intervenors call Witness 2, Jacob Smith. Direct examination by A. Porter |
|  | Intervenors' Exhibits 32 (proffered), 29a-b |
| 2:51 p.m. | Cross examination of Intervenors' Witness 2, J. Smith, by S. Richardson |
| 2:52 p.m. | Question from the Court for Intervenors' Witness 2, J. Smith |
| 2:55 p.m. | Intervenors call Witness 3, Rep. Joy Springer. Direct examination by A. Porter |
|  | Intervenors' Exhibits 20, 1 (admitted), 45-46 (admitted), 48-49 (admitted), 51 (admitted), 53-55 (admitted), 63a, 9, 65 (admitted), 29, 30 |
| 4:35 p.m. | Court is in recess until 8:30 a.m. on 15 October 2020 |

**THURSDAY, 15 OCTOBER 2020 – DAY EIGHT**

COURT REPORTER: KATHY MALONEY

| | |
|---|---|
| 8:29 a.m. | Bench trial resumes |

15

           Direct examination of Intervenors' Witness 3, Rep. J. Springer, by A. Porter resumes

                Intervenors' Exhibits 60-62 (admitted), 38-39 (admitted), 41 (admitted), 17 (admitted), 66 (admitted)

9:02 a.m.    Cross examination of Intervenors' Witness 3, Rep. J. Springer, by S. Richardson

                Doc. 4103.

                Intervenors' Exhibits 45, 1, 39, 45

10:00 a.m.  Break

10:15 a.m.  Back on the record

           Cross examination of Intervenors' Witness 3, Rep. J. Springer, by S. Richardson, resumes

                Doc. 4103

10:18 a.m.  Redirect of Intervenors' Witness 3, Rep. J. Springer, by A. Porter

                Intervenors' Exhibits 45, 1

10:41 a.m.  Recross of Intervenors' Witness 3, Rep. J. Springer, by S. Richardson

10:42 a.m.  Intervenors rest

10:44 a.m.  Intervenors renew its motion for judgment as a matter of law

10:47 a.m.  JNPSD recalls Witness 8, M. Powell, for rebuttal testimony by S. Richardson

10:45 a.m.  Cross examination of JNPSD Witness 8, M. Powell, by A. Porter

10:57 a.m.  Redirect of JNPSD Witness 8, M. Powell, by S. Richardson

16

11:00 a.m.   JNPSD moves for judgment as a matter of law

                The Intervenors confirmed record closed in the PCSSD bench trial

11:07 a.m.   Court is in recess until 8:30 a.m. on 23 July 2020

## **FRIDAY, 16 OCTOBER 2020 – DAY NINE**

COURT REPORTER: KATHY MALONEY

10:20 a.m.   Bench Trial resumes

                Intervenors' Exhibits 21 & 24 (admitted)

10:29 a.m.   Under seal hearing

10:36 a.m.   Break

10:41 a.m.   Back on the record

                Closing argument for JNPSD by Scott Richardson

10:52 a.m.   Closing argument for PCSSD by Devin Bates

12:08 a.m.   Question from the Court for S. Richardson

12:11 p.m.   Break

1:22 p.m.    Back on the record

                Closing argument for Intervenors by Robert Pressman (by phone)

2:10 p.m.    Break

2:22 p.m.    Back on the record

                Closing argument for Intervenors by R. Pressman resumes

3:11 p.m.    Break

| | |
|---|---|
| 3:24 p.m. | Back on the record |
| | Closing argument for Intervenors by Austin Porter |
| 3:36 p.m. | Closing argument (second) for JNPSD by S. Richardson |
| 4:20 p.m. | Break |
| 4:32 p.m. | Back on the record |
| 4:39 p.m. | Closing argument (second) by PCSSD by D. Bates |
| 4:42 p.m. | Closing argument (second) by Intervenors by R. Pressman (by phone) |
| 4:46 p.m. | Court and counsel discuss monthly meetings – may begin meeting every other month starting in November |
| 4:49 p.m. | Final remarks from the Court |
| 4:53 p.m. | Court adjourned |