✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF ARKANSAS

| LITTLE ROCK SCHOOL DISTRICT | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, ET AL. | Case Number: 4:82-cv-00866-DPM |

| PRESIDING JUDGE<br>D.P. Marshall, Jr. | PLAINTIFF'S ATTORNEY<br>Porter/Pressman | DEFENDANT'S ATTORNEY<br>Richardson |
|---|---|---|
| TRIAL DATE (S)<br>October 5-16, 2020 | COURT REPORTER<br>Kathy Maloney /Margie Lanier | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | JNPSD EXHIBIT LIST |
| | | | | | **STAFFING** |
| | 1 | 10/5/2020 | | Yes | 8.32J - Classified Personnel Teacher Training Program, JNPSD003-6 |
| | 2 | 10/5/2020 | | Yes | 3.6.1J Tuition Reimbursement for Licensed Educators, JNPSD 4317-4318 |
| | 3 | 10/5/2020 | | Yes | Test Fee Reimbursement Instructions, JNPSD007 |
| | 4 | 10/5/2020 | | Yes | Tuition Reimbursement Form, JNPSD 4330 |
| | 5 | 10/5/2020 | | Yes | ADE Arkansas Licensure, JNPSD008-14 |
| | 6 | 10/5/2020 | | Yes | JNPSD Support Staff Teacher Interest Meeting Information Form, JNPSD001 |
| | 7 | 10/5/2020 | | Yes | 2019 Minority Teacher Recruitment Report, JNPSD 4302-4305 |
| | 8 | 10/5/2020 | | Yes | Grow Your Own Teacher Interest Meetings, JNPSD 4306-4311 |
| | 9 | 10/5/2020 | | Yes | Teacher Cadet Program, JNPSD 4420 |
| | 10 | 10/5/2020 | | Yes | JNPSD Student Information Brochure, JNPSD 4327-4326 |
| | 11 | 10/5/2020 | | Yes | JNPSD Response to Interrogatories and RFP |
| | | | | | |
| | | | | | **DISCIPLINE** |
| | 13 | 10/5/2020 | | Yes | 16-17 Student Handbook, JNPSD 8899-8998 |
| | 14 | 10/5/2020 | | Yes | 17-18 Student Handbook, JNPSD 8999-9103 |
| | 15 | 10/5/2020 | | Yes | 18-19 Student Handbook, JNPSD 9104-9190 |
| | 16 | 10/5/2020 | | Yes | 19-20 Student Handbook, JNPSD 9191-9278 |
| | 17 | 10/5/2020 | | Yes | 20-21 Student Handbook, JNPSD9279-9374 |
| | 18 | 10/5/2020 | | Yes | JNPSD Response to Discipline Interrogatories and RFP |
| | 19 | 10/5/2020 | | Yes | Bayou Meto Staff Discipline Reports, JNPSD 50-51 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___8___ Pages

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Little Rock School District vs. PCSSD, et. al. | | | CASE NO. 4:82-cv-00866-DPM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 20 | 10/5/2020 | | Yes | Dupree Staff Discipline Report, JNPSD 52-55 |
| | 21 | 10/5/2020 | | Yes | Lester Staff Discipline Report, JNPSD 71-74 |
| | 22 | 10/5/2020 | | Yes | Pinewood Staff Discipline Report, JNPSD 75-77 |
| | 23 | 10/5/2020 | | Yes | Taylor Staff Discipline Report, JNPSD 78-82 |
| | 24 | 10/5/2020 | | Yes | JMS Staff Discipline Report, JNPSD 63-70 |
| | 25 | 10/5/2020 | | Yes | JHS Staff Discipline Report, JNPSD 56-62 |
| | 26 | 10/9/2020 | | Yes | Discipline Error Reports, JNPSD 83-93 |
| | 27 | 10/5/2020 | | Yes | Bayou Meto Campus Discipline Reports, JNPSD 260-335 |
| | 28 | 10/5/2020 | | Yes | Dupree Campus Discipline Reports, JNPSD 337-414 |
| | 29 | 10/5/2020 | | Yes | Lester Campus Discipline Reports, JNPSD 552-611 |
| | 30 | 10/5/2020 | | Yes | Taylor Campus Discipline Reports, JNPSD 694-769 |
| | 31 | 10/5/2020 | | Yes | JMS Campus Discipline Reports, JNPSD 477-551 |
| | 32 | 10/5/2020 | | Yes | JHS Campus Discipline Reports, JNPSD 416-476 |
| | 33 | 10/5/2020 | | Yes | 10/8/18 Email: Equitable Campus Discipline Reports, JNPSD 787-792 |
| | 34 | 10/5/2020 | | Yes | 10/22/2018 Email: Equitable Campus Discipline Report, JNPSD 793-796 |
| | 35 | 10/5/2020 | | Yes | 2/26/19 Email: Discipline Disparity Report, Equitable Campus Discipline Report, JNPSD 797-802 |
| | 36 | 10/5/2020 | | Yes | 3/27/19 Email: Discipline Disparity Report, Equitable Campus Discipline Report, JNPSD 803-810 |
| | 37 | 10/5/2020 | | Yes | 10/9/19 Email: Equitable Discipline Report, Disparity Report, ALE Support Visit Data, JNPSD 811-817 |
| | 38 | 10/5/2020 | | Yes | 4/9/19 Email: Discipline Disparity Report, Equitable Campus Discipline Report, JNPSD 818-823 |
| | 39 | 10/5/2020 | | Yes | Bayou Meto At Risk Reports, JNPSD 824-904 |
| | 40 | 10/5/2020 | | Yes | Dupree At Risk Reports, JNPSD 905-967 |
| | 41 | 10/5/2020 | | Yes | Lester At Risk Reports, JNPSD 1272-1367 |
| | 42 | 10/5/2020 | | Yes | Pinewood At Risk Reports, JNPSD 1368-1439 |
| | 43 | 10/5/2020 | | Yes | Taylor At Risk Reports, JNPSD 1440-1541 |
| | 44 | 10/5/2020 | | Yes | JMS At Risk Reports, JNPSD 1129-1271 |
| | 45 | 10/5/2020 | | Yes | JHS At Risk Reports, JNPSD 968-1128 |
| | 46 | 10/5/2020 | | Yes | 2/6/19 Demographic Action Disparity Reports, JNPSD 1543-1545 |

Print   Save As...   Export as FDF   Retrieve FDF File   Reset

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Little Rock School District vs. PCSSD, et. al. | | | | | CASE NO. 4:82-cv-00866-DPM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 47 | 10/5/2020 | | Yes | 2/21/19 Demographic Action Disparity Reports, JNPSD 1546-1550 |
| | 48 | 10/5/2020 | | Yes | 3/8/19 Demographic Action Disparity Reports, JNPSD 1551-1556 |
| | 49 | 10/5/2020 | | Yes | 4/4/19 Demographic Action Disparity Reports, JNPSD 1557-1561 |
| | 50 | 10/5/2020 | | Yes | 4/11/2019 Bayou Meto District Leadership Presentation, JNPSD 1676-1684 |
| | 51 | 10/5/2020 | | Yes | 4/11/2019 Bayou Meto District Leadership Presentation, JNPSD 1685-1715 |
| | 52 | 10/9/2020 | | Yes | Handbook Implementation Report, JNPSD 1957-1958 |
| | 53 | 10/13/2020 | | Yes | ENVoY Consultants and Training, JNPSD 1863-1865 |
| | 54 | 10/13/2020 | | Yes | ENVoY Classroom Management Document, JNPSD 3109-3113 |
| | 55 | 10/13/2020 | | Yes | ENVoY Year 2 Description, JNPSD 3114 |
| | 56 | 10/13/2020 | | Yes | JHS 2019 ENVoY Scan Results, JNPSD 3134-3138 |
| | 57 | 10/13/2020 | | Yes | Second Step Initiative Description, JNPSD 3102-3103 |
| | 58 | 10/5/2020 | | Yes | JNPSD RTI Handbook, JNPSD 1959-1990 |
| | 59 | 10/5/2020 | | Yes | Lester 8/30/18 RTI Meeting Agenda and Minutes, JNPSD 2995 |
| | 60 | 10/5/2020 | | Yes | Lester 11/18/19 RTI Data, JNPSD 3009-3010 |
| | 61 | 10/5/2020 | | Yes | Taylor RTI Behavior Data, JNPSD 3056-3057 |
| | 62 | 10/5/2020 | | Yes | Taylor Mentoring Log, JNPSD 3099-3101 |
| | 63 | 10/5/2020 | | Yes | Taylor School-Wide Discipline Plan, JNPSD 3893-3928 |
| | 64 | 10/5/2020 | | Yes | JMS 2/7/18 RTI Meeting Agenda and Minutes, JNPSD 2863-2865 |
| | 65 | 10/5/2020 | | Yes | JMS 17-18 Tier 2 Intervention List, JNPSD 2882 |
| | 66 | 10/5/2020 | | Yes | JMS 1/31/19 Students with 2 or more conflict incidents, JNPSD 2990-2991 |
| | 67 | 10/13/2020 | | Yes | JHS RTI Spreadsheet, JNPSD 2324 |
| | 68 | 10/13/2020 | | Yes | JHS RTI 17-18 tracking spreadsheet, JNPSD 2326 |
| | 69 | 10/13/2020 | | Yes | JHS PBIS Daily Tracking Form, JNPSD 2700 |
| | 70 | 10/13/2020 | | Yes | 10/30/19 RTI Meeting Samples, JNPSD 2723, 2726, 2727, 2731, 2744 |
| | 71 | 10/13/2020 | | Yes | JHS RTI Tier III Behavior Intervention Documentation, JNPSD 2750 |
| | 72 | 10/13/2020 | | Yes | JHS RTI meeting minutes spreadsheet, JNPSD 2758-2759 |
| | 73 | 10/13/2020 | | Yes | JHS 19-20 List of Scholars and Mentors, JNPSD 2798 |
| | 74 | | | | JHS 19-20 At Risk Report p1, JNPSD 2800 |
| | 75 | 10/13/2020 | | Yes | JHS Titan Mentoring Agreement, JNPSD 2811-2812 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Little Rock School District vs. PCSSD, et. al. | | | CASE NO. 4:82-cv-00866-DPM | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 76 | 10/13/2020 | | Yes | PILOT Ground Rules, JNPSD 2814 | |
| | 77 | 10/13/2020 | | Yes | JHS Behavior Management Plan 19-20, JNPSD 2818-2820 | |
| | 78 | 10/9/2020 | | Yes | 19-20 Titan Learning Center Referral Packet, JNPSD 3969-3979 | |
| | 79 | 10/9/2020 | | Yes | 1920 HUB Associate Referral Packet, JNPSD 3980-3991 | |
| | 80 | 10/9/2020 | | Yes | ALE Secondary Student Procedure Manual, JNPSD 3992-4009 | |
| | 81 | 10/7/2020 | | Yes | Lester TESS Intensive Growth Plan, JNPSD 4150-4159 | |
| | 82 | 10/5/2020 | | Yes | Fall 2016 Discipline Report Summary, JNPSD 4220-4229 | |
| | 83 | 10/5/2020 | | Yes | Spring 2017 Discipline Report Summary, JNPSD 4286-4298 | |
| | 84 | 10/5/2020 | | Yes | Fall 2017 Discipline Report Summary, JNPSD 4230-4248 | |
| | 85 | 10/5/2020 | | Yes | 17-18 Discipline Report Summary, JNPSD 4181-4199 | |
| | 86 | 10/5/2020 | | Yes | Fall 2018 Discipline Report Summary, JNPSD 4249-4266 | |
| | 87 | 10/5/2020 | | Yes | 18-19 Discipline Report Summary, JNPSD 4200-4219 | |
| | 88 | 10/5/2020 | | Yes | Fall 2019 Discipline Report Summary, JNPSD 4267-4285 | |
| | 89 | 10/9/2020 | | Yes | JNPSD Poverty and Discipline Gap Comparison, JNPSD 8889-8892 | |
| | 90 | 10/9/2020 | | Yes | Jacksonville North Pulaski School District Poverty and Discipline Summary, JNPSD 8885-8888 | |
| | | | | | | |
| | | | | | **ACADEMICS** | |
| | 91 | 10/5/2020 | | Yes | JNPSD Response to Academics Interrogatories and RFP | |
| | 92 | 10/5/2020 | | Yes | 19-20 Bayou Meto Strategic Plan, JNPSD 4470-4488 | |
| | 93 | 10/5/2020 | | Yes | 18-19 Bayou Meto Strategic Plan, JNPSD 1825-1841 | |
| | 94 | 10/5/2020 | | Yes | 19-20 Dupree Strategic Plan, JNPSD 4489-4505 | |
| | 95 | 10/5/2020 | | Yes | 18-19 Dupree Strategic Plan, JNPSD 4506-4538 | |
| | 96 | 10/5/2020 | | Yes | 19-20 Lester Strategic Plan, JNPSD 4539-4550 | |
| | 97 | 10/5/2020 | | Yes | 18-19 Lester Strategic Plan, JNPSD 4551-4561 | |
| | 98 | 10/5/2020 | | Yes | 19-20 Pinewood Strategic Plan, JNPSD 4562-4571 | |
| | 99 | 10/5/2020 | | Yes | 18-19 Taylor Strategic Plan, JNPSD 8851-8863 | |
| | 100 | 10/5/2020 | | Yes | 19-20 Taylor Strategic Plan, JNPSD 4572-4586 | |

Page 4 of 8 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| \multicolumn{4}{|l|}{Little Rock School District vs. PCSSD, et. al.} | | CASE NO. 4:82-cv-00866-DPM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 101 | 10/5/2020 | | Yes | 19-20 JMS Strategic Plan, JNPSD 4441-4451 |
| | 102 | 10/5/2020 | | Yes | 18-19 JMS Strategic Plan, JNPSD 4452-4459 |
| | 103 | 10/5/2020 | | Yes | 18-19 JHS Strategic Plan, JNPSD 8864-8881 |
| | 104 | 10/5/2020 | | Yes | 19-20 JHS Strategic Plan, JNPSD 4460-4469 |
| | 105 | 10/5/2020 | | Yes | 2018 JNPSD Strategic Plan, JNPSD 5465-5469 |
| | 106 | | | | 17-18 JHS Comprehensive Progress Report, JNPSD 4587-4588 |
| | 107 | 10/5/2020 | | Yes | JMS Comprehensive Progress Report, JNPSD 4663-4669 |
| | 108 | 10/6/2020 | | Yes | Bayou Meto Comprehensive Progress Report, JNPSD 4734-4740 |
| | 109 | | | | Dupree Comprehensive Progress Report, JNPSD 4768-4770 |
| | 110 | | | | Lester Comprehensive Progress Report, JNPSD 4793-4801 |
| | 111 | | | | Pinewood Comprehensive Progress Report, JNPSD 4814-4816 |
| | 112 | | | | Taylor Comprehensive Report, JNPSD 4828-4831 |
| | 113 | 10/5/2020 | | Yes | Bayou Meto Leadership Team Roster & Agenda, JNPSD 1573-1586 |
| | 114 | 10/5/2020 | | Yes | Bayou Meto Leadership Team Meeting Minutes, JNPSD 4741-4767 |
| | 115 | 10/5/2020 | | Yes | Dupree Leadership Team Roster & Agenda, JNPSD 1587-1608 |
| | 116 | 10/5/2020 | | Yes | Dupree Leadership Team Meeting Minutes, JNPSD 4771-4792, 5475-5482 |
| | 117 | 10/5/2020 | | Yes | Lester Leadership Team Roster & Agenda, JNPSD 1609-1646 |
| | 118 | 10/5/2020 | | Yes | Lester Leadership Team Meeting Minutes, JNPSD 4802-4813, 5821-5862 |
| | 119 | 10/5/2020 | | Yes | Pinewood Leadership Team Roster & Agenda, JNPSD 1647-1665 |
| | 120 | 10/5/2020 | | Yes | Pinewood Leadership Team Meeting Minutes, JNPSD 4817-4827, 5923-5966 |
| | 121 | 10/5/2020 | | Yes | Taylor Leadership Team Meeting Minutes, JNPSD 4832-4900, 5967-5973 |
| | 122 | 10/5/2020 | | Yes | JMS Leadership Team Meeting Minutes, JNPSD 4670-4733, 5874-5922 |
| | 123 | 10/5/2020 | | Yes | JHS Leadership Team Meeting Minutes, JNPSD 4589-4662, 5488-5692 |
| | 124 | 10/5/2020 | | Yes | JNPSD District Leadership Team Agendas, JNPSD 5340-5356 |
| | 125 | 10/5/2020 | | Yes | JNPSD District Leadership Team Minutes, JNPSD 5357-5464 |
| | 126 | 10/5/2020 | | Yes | JNPSD Strategic Plan Reports, JNPSD 5693-5820 |
| | 127 | 10/5/2020 | | Yes | JNPSD Climate Survey, JNPSD 5117-5125 & 5151-5159 |

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Little Rock School District vs. PCSSD, et. al. | | | CASE NO. 4:82-cv-00866-DPM | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 128 | 10/8/2020 | | Yes | Taylor Climate Survey, JNPSD 5126-5150 | |
| | 129 | | | | 2018 Arnold Drive Teacher Efficacy Survey, JNPSD 5059-5067 | |
| | 130 | | | | Fall 2016 Student Achievement Report Summary, JNPSD 4901-4916 | |
| | 131 | 10/5/2020 | | Yes | 17-18 JNPSD Annual Report, JNPSD 4917-4926 | |
| | 132 | 10/5/2020 | | Yes | 16-17 JNPSD Annual Report, JNPSD 4927-5016 | |
| | 133 | 10/5/2020 | | Yes | 17-18 JNPSD Quarterly Monitoring Report, JNPSD 5017-5044 | |
| | 134 | 10/5/2020 | | Yes | 2017 ACT Aspire District Results, JNPSD 5281-5282 | |
| | 135 | 10/5/2020 | | Yes | 2018 ACT Aspire District Results, JNPSD 5283-5284 | |
| | 136 | 10/5/2020 | | Yes | 2019 ACT Aspire District Results, JNPSD 5285-5318 | |
| | 137 | 10/6/2020 | | Yes | Solution Tree Resources and Artifacts, JNPSD 7789 | |
| | | | | | **AVID** | |
| | 138 | 10/8/2020 | | Yes | 2018 AVID District Feedback Form, JNPSD 6295-6296 | |
| | 139 | 10/8/2020 | | Yes | AVID Training Attended, JNPSD 6301-6305 | |
| | 140 | 10/8/2020 | | Yes | AVID Planning Documentation, JNPSD 6297-6300 | |
| | 141 | 10/8/2020 | | Yes | Strategies for Success Teacher Guide Grades 6-12, JNPSD 6058-6287 | |
| | 142 | 10/8/2020 | | Yes | AVID Classroom Observation Form – Sample, JNPSD 6288-6294 | |
| | 143 | 10/8/2020 | | Yes | AVID Enrollment, JNPSD 8586-8602 | |
| | | | | | **RTI** | |
| | 144 | | | | Dupree RTI Report, JNPSD 7349-7352 | |
| | 145 | | | | Dupree 19-20 RTI Report, JNPSD 7604-7607 | |
| | 146 | 10/6/2020 | | Yes | Dupree RTI 19-20 Instructional Materials, JNPSD 7468 | |
| | 147 | | | | NCII Phonological Awareness, JNPSD 7475-7478 | |
| | 148 | 10/6/2020 | | Yes | JNPSD RTI/PLC/Titan Time Overview, JNPSD 7473-7474 | |
| | 149 | 10/6/2020 | | Yes | JNPSD RTI 19-20 Presentation, JNPSD 7399-7424 | |
| | 150 | 10/6/2020 | | Yes | Academic RTI Curriculum, Instructional Materials, and Software, JNPSD 7543 | |
| | 151 | 10/7/2020 | | Yes | JHS Proposal Credict Recovery Program 18-19SY, JNPSD 7544-7553 | |
| | 152 | 10/6/2020 | | Yes | Sample RTI Intervention Academic, JNPSD 7608-7617 | |

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

✎ AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Little Rock School District vs. PCSSD, et. al. | | | CASE NO.<br>4:82-cv-00866-DPM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 153 | | | | **Titan Time** |
| | 154 | 10/5/2020 | | Yes | Lester 1/22/19 Titan Time Principals Meeting, JNPSD 3007 |
| | 155 | 10/5/2020 | | Yes | Taylor 19-20 Titan Time, JNPSD 7785-7788 |
| | 156 | 10/5/2020 | | Yes | Titan Time Action Plan, JNPSD 8846-8849 |
| | 157 | 10/5/2020 | | Yes | JMS Titan Learning Strategies Course Description, JNPSD 8850 |
| | 158 | 10/5/2020 | | Yes | JHS Titan Time Math Tutoring, JNPSD 7783 |
| | 159 | 10/5/2020 | | Yes | 18-19 Zero Hour/Credit Recovery Program, JNPSD 8697-8701 |
| | | | | | **Ford NGL** |
| | 160 | 10/6/2020 | | Yes | Ford NGL Phase 1 Findings and Recommendations, JNPSD 7829-7858 |
| | 161 | 10/6/2020 | | Yes | Ford NGL Freshman Seminar Presentation, JNPSD 7797-7820 |
| | 162 | 10/6/2020 | | Yes | JNPSD Freshman Seminar Rubric, JNPSD 7790-7796 |
| | 163 | 10/6/2020 | | Yes | Ford NGL Freshman Academy Strand, JNPSD 7823-7828 |
| | 164 | 10/6/2020 | | Yes | Ford NGL 1/14/19 Visit Agenda and Details, JNPSD 7821-7822 |
| | | | | | **NWEA Map** |
| | 165 | 10/5/2020 | | Yes | NWEA MAP Testing Information, JNPSD 7859-7877 |
| | 166 | | | | NWEA MAP 19-20 Reading Testing K-5, JNPSD 7884-7889 |
| | 167 | | | | MAP 18-19 Reading & Math Testing K-5, JNPSD 7891-7902 |
| | 168 | 10/5/2020 | | Yes | MAP 18-19 District Summary Report, JNPSD 7903 |
| | 170 | 10/5/2020 | | Yes | MAP Dupree Black Math Testing, JNPSD 7914 |
| | 171 | 10/5/2020 | | Yes | MAP Dupree White Math Testing, JNPSD 7918-7919 |
| | 172 | 10/5/2020 | | Yes | MAP Dupree Black Reading Testing, JNPSD 7922-7923 |
| | 173 | 10/5/2020 | | Yes | MAP Dupree White Reading Testing, JNPSD 7929-7930 |
| | 174 | 10/5/2020 | | Yes | MAP Dupree Black Language Testing JNPSD 7933 |
| | 175 | 10/5/2020 | | Yes | MAP Dupree White Language Testing, JNPSD 7937 |
| | 176 | 10/5/2020 | | Yes | MAP Taylor Black Math Testing, JNPSD 8154-8155 |
| | 177 | 10/5/2020 | | Yes | MAP Taylor White Math Testing, JNPSD 8161-8162 |
| | 178 | 10/5/2020 | | Yes | MAP Taylor Black Reading Testing, JNPSD 8165-8167 |

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Little Rock School District | vs. | Pulaski Co Special School District | CASE NO. 4:82-cv-866-DPM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 179 | 10/5/2020 | | Yes | MAP Taylor White Reading Testing, JNPSD 8173-8174 |
| | 180 | 10/5/2020 | | Yes | MAP Taylor Black Language Testing, JNPSD 8177 |
| | 181 | 10/5/2020 | | Yes | MAP Taylor White Language Testing, JNPSD 8181 |
| | 182 | 10/5/2020 | | Yes | 10/28/19 Bayou Meto School Improvement Presentation, JNPSD 8182-8212 |
| | 183 | 10/5/2020 | | Yes | 10/28/19 Lester School Improvement Presentation, JNPSD 8214-8227 |
| | 184 | 10/5/2020 | | Yes | 10/28/19 Taylor School Improvement Presentation, JNPSD 8229-8243 |
| | 185 | 10/5/2020 | | Yes | 10/28/19 Pinewood School Improvement Presentation, JNPSD 8245-8256 |
| | 186 | 10/5/2020 | | Yes | 10/28/19 Dupree School Improvement Presentation, JNPSD 8258-8270 |
| | 187 | 10/5/2020 | | Yes | 10/28/19 JMS School Improvement Presentation, JNPSD 8272-8290 |
| | 188 | 10/5/2020 | | Yes | 10/28/19 JHS School Improvement Presentation, JNPSD 8292-8304 |
| | 189 | 10/5/2020 | | Yes | Intervenors' Response to JNPSD's Interrogatories and Requests for Production of Documents |
| | 190 | 10/9/2020 | | Yes | Tables of Achievement Gaps in Pulaski County, JNPSD 8882-8884, 8893-8898 |
| | 191 | 10/9/2020 | | Yes | Literacy Achievement Gap Data |
| | 192 | 10/9/2020 | | Yes | 2019-2020 Discipline Summary |