# United States District Court
## *Eastern District of Arkansas*

Little Rock School District v. Pulaski County Special School District, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:82cv966DPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D. P. Marshall Jr. | Porter/Pressman | Scott Richardson |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| October 5-16, 2020 | Kathy Maloney | Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **ACHIEVEMENT** |
| 1 | | 10/14/2020 | | Yes | Email from Springer to Meeting participants 03/8/17 |
| 2 | | 10/5/2020 | | Yes | JNPSD District Leadership team meeting minutes 10/24/17 |
| 3 | | 10/5/2020 | | Yes | Email from Whitfield re U of Memphis Meeting 04/02/18 |
| 4 | | | | | Meeting notes by Springer re U of Memphis meeting 04/17/18 |
| 5 | | 10/5/2020 | | Yes | JNPSD Board Agenda PAcket Exceprts 05/7/18 |
| 6 | | 10/5/2020 | | Yes | JNPSD District Leadership meeting minutes 09/27/18 |
| 7 | | 10/5/2020 | | Yes | JNPSD District Leadership meeting minutes 10/28/18 |
| 8 | | 10/5/2020 | | Yes | JNPSD District Leadership meeting minutes 11/08/18 |
| 9 | | 10/5/2020 | | Yes | JNPSD District Strategic Planning meeting minutes 03/14/19 |
| 10 | | 10/5/2020 | | Yes | JNPSD District Leadership meeting minutes 8/26/19 |
| 11 | | | | | JNPSD District Strategic Planning meeting minutes excerpts 10/21/19 |
| 12 | | 10/5/2020 | | Yes | JNPSD Board Agenda and meeting minutes 10/28/19 |
| 13-1 | | | | | District Schools' presentations to Board 10/28/19 and 2018-20 Strategic Plans |
| 14 | | 10/5/2020 | | Yes | JNPSD District Leadership Strategic Planning Meeting 01/27/20 |
| 15 | | 10/5/2020 | | Yes | JNPSD District Leadership Meeting minutes 02/10/20 |
| 16 | | 10/5/2020 | | Yes | JNPSD District Leadership Strategic Planning meeting 2/24/20 |
| 17 | | 10/15/2020 | | Yes | Final Business Rules for Calculating the 2019 ESSA School Index Scores excerpts |
| 18 | | 10/5/2020 | | Yes | JNPSD Response to Intervenors RFP No. 6 (Achievement)(Content nonresponsive |
| 19 | | 10/5/2020 | | Yes | JNPSD Response to Intervenors RFP No. 7 (Achievement)(nonresponsive |
| | | | | | documents attached) |
| 20 | | 10/5/2020 | | Yes | JNPSD Responses to Intervenors RFP No. 8 (Achievement) (nonresponsive |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)   EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District   v.   Pulaski County Special School District, et al

CASE NUMBER: 4:82cv966DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | documents attached); RFP No. 19 (Achievment) (no update provided) |
| 21 | | 10/16/2020 | | Yes | Charts providing examples of achievement disparities |
| 22a-b | | 10/14/2020 | | Yes | Charts showing ACT Aspire Reading and Science results by race |
| 23 | | 10/5/2020 | | Yes | ACT Aspire Results Grades 3-10 (JNPSD shared with Court Expert) |
| 24 | | 10/16/2020 | | Yes | Intervernors' Agendas for Court Ordered Monthly meeting (Plan obligations) |
| | | | | | DISCIPLINE |
| 25a-b | | 10/5/2020 | | Yes | 2016-17 Annual Discipline Report |
| 26 | | 10/5/2020 | | Yes | 2017-18 Annual Discipline Report |
| 27 | | 10/5/2020 | | Yes | 2018-19 Annual Discipline Report |
| 28 | | 10/5/2020 | | Yes | Fall 2019 Discipline Report Summary |
| 29 | | 10/14/2020 | | Yes | Examples of Discipline Disparties |
| 30 | | 10/9/2020 | | Yes | Charts Providing Examples of Discipline Disparties (Subjective Offenses) |
| 31 | | 10/5/2020 | | Yes | JNPSD Board Agenda Exceprts and minutes dated 2/12/19 |
| 32 | | 10/14/2020 | | proffered | Email dated March 26, 2019 from Martha Carder to Supt Duffie |
| 33 | | 10/5/2020 | | Yes | JNPSD Responses to Intervenors RFP No. 24 re Discipline |
| 34 | | 10/5/2020 | | Yes | JNPSD Responses to Intervenors Interrogatory No. 4 re Discipline |
| 35 | | 10/5/2020 | | Yes | Jacob Smith's email to administrators dated 2/11/19 |
| 36 | | 10/5/2020 | | Yes | Discipline Disparity Color Code   Bates 1542 |
| 37 | | 10/13/2020 | | Yes | Support Plan (Numbers of "referrals" by racial group 2018 and 2019) |
| | | | | | L3 STAFFING |
| 38 | | 10/15/2020 | | Yes | Email dated March 6, 2018 from Springer to Burgess and Bone |
| 39 | | 10/15/2020 | | Yes | Email strand dated March 6, 2018 from Springer to Duffie re Board Appearance |
| 40 | | 10/5/2020 | | Yes | Excerpts from JNPSD Board meeting minutes dated March 5, 2018 |
| 41 | | 10/15/2020 | | Yes | Email strand dated December 19, 2019 re documents provided to Court Expert |
| 42 | | 10/5/2020 | | Yes | JNPSD Response to Intervenors' Interrogatory No. 1 |
| 43 | | | | | RFP No. 3 and Response (Email strand beginning 8/27/19 re Court Expert Report) |
| 44 | | 10/5/2020 | | Yes | JNPSD Resonse to Intervenors RFP No. 4 |

Page 2 of 4 Pages

AO 1 87A (Rev. 7/87)                       EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District      v.  Pulaski County Special School District, et al.

CASE NUMBER: 4:82-cv-866-DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  | MONITORING |
| 45 |  | 10/14/2020 |  | Yes | Email strand dated 11/9/17 from JWW to Duffie, Bone and Richardson |
| 46 |  | 10/14/2020 |  | Yes | Email dated 1/4/2018 from JWW to Duffie re use of ASCIPs |
| 47a-c |  | 10/5/2020 |  | Yes | Sample ASCIP Plans - Jacksonville Middle, Dupree and Taylor (2/1/17) |
| 48 |  | 10/14/2020 |  | Yes | Email dated 2/26/18 from Springer to Bone re achievement plan obligations |
| 49 |  | 10/14/2020 |  | Yes | Email dated 3/7/18 from Springer to Duffie re Request to Appear before Board |
| 50 |  | 10/5/2020 |  | Yes | JNPSD Agenda, Packet Excerpts and minutes re Board meeting 4/2/18 |
| 51 |  | 10/14/2020 |  | Yes | Email from Walker to Bone re JNPSD grade by grade achievement 6/5/18 |
| 52 |  | 10/5/2020 |  | Yes | JNPSD Agenda, Packet Excerpts and minutes re Board meeting 7/2/18 |
| 53 |  | 10/14/2020 |  | Yes | Email strand re JNPSD District Strategic plan 7/18/18 |
| 54 |  | 10/14/2020 |  | Yes | Email strand re request for data to conduct monitoring visits 12/19/18 |
| 55 |  | 10/14/2020 |  | Yes | Facts regarding Presence and Absence of Ross Plan Goals in JNPSD plans |
|  |  |  |  |  | AVID EXHIBITS |
| 56 |  |  |  |  | JNPSD AVID Selection Process for Secondary students (Bates 6299-6300) |
| 57 |  | 10/5/2020 |  | Yes | AVID Enrollment by Grade Level (Secondary Level) |
|  |  |  |  |  |  |
|  |  |  |  |  | ENROLLMENT |
| 58 |  | 10/5/2020 |  | Yes | JNPSD Enrollment 2/1/20 |
|  |  |  |  |  |  |
|  |  |  |  |  | COURT EXPERT |
| 59 |  |  |  |  | Court Expert instructions to JNPSD re Summary Report Preparation 07/23/19 |
| 60 |  | 10/15/2020 |  | Yes | Email from Springer to Court Expert dated 10/25/19 |
| 61 |  | 10/15/2020 |  | Yes | Email strand from Court Expert to Springer dated 1/13/20 and 1/14/20 |
| 62 |  | 10/15/2020 |  | Yes | Email re Sealed Exhibit 17 dated 4/30/20 |

Page 3 of 4 Pages

AO 1 87A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Little Rock School District   v.   Pulaski Co. Special School Dist.

CASE NUMBER: 4:82-cv-866-DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Intervenors' Exhibits Continued |
| 63ab | | 10/6/2020 | | Yes | Plan 2000 |
| 64 | | 10/8/2020 | | Yes | District Leadership Team Meeting Minutes - February 2019 |
| 65 | | 10/14/2020 | | Yes | 2018-2019 Strategic Plan |
| 66 | | 10/15/2020 | | Yes | 2019-2020 Strategic Plan |

Page 4 of 4 Pages