IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                              **PLAINTIFF**

V.                              NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                     **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                  **INTERVENORS**

### OCTOBER 30, 2020 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

### PROGRESS REPORT

### Mills High School

1.  The trophy cases are now installed in the hallways of Mills High School. *See* photos, **Exhibit 1**. The trophy case project is complete.

### Sylvan Hills High School

2.  Phase I: the building is now in use.

3.  Phrase II: the district has now obtained a certificate of occupancy from the City of Sherwood. The district is now in possession of the building.

4.  Phrase III: much progress has been made on the performing arts center since the Court observed the status in August. *See* Field Report, attached here to as **Exhibit 2**.

5.  Phrase IV: much progress has been made on the multi purpose arena since the Court observed the status in August. See *Id*.

1

### **Robinson Middle School**

6.   Construction of the new sewer plant will start soon.

### **Future Reports**

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

*Attorneys for Pulaski County Special School District*
