IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　　INTERVENORS

ORDER

Having received no objections, the Court approves Ms. Powell's invoice for June and July 2020, *Doc. 5689*, and authorizes payment. The Court attaches Ms. Powell's bill for September and October 2020. The Court will authorize payment if there are no objections after seven calendar days. *Doc. 5034*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2020

October 28, 2020

15401 Chenal Pkwy
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for September/October 2020

Your Honor,

Per your Order of November 3, 2016, I am submitting my request for reimbursement for my activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that are still under Court supervision. Pleased be advised that, other than my monthly meetings with the parties, I have no other activities planned with them for the remainder of the year. As a result, I will submit my combined fees for November and December in January 2021. The total for reimbursement request for JNPSD's hearings is $6000.00.

**JNPSD**
September 24 - Pretrial Hearing - $600
October 5-9 - Unitary Status Hearings - $3000
October 13-16 - Unitary Status Hearings - $2400
**JNPSD TOTAL $6000.00**

Please contact me if you have any questions relating to this request.

Sincerely,

Margie L. Powell
Court Expert