IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

V.                              NO. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                         DEFENDANTS

EMILY McCLENDON, ET AL.                                        INTERVENORS

## SPECIAL STATUS REPORT

Pulaski County Special School District ("PCSSD") for its Special Status Report submits
the following:

1.      **Enrollment**. Each year in October, Arkansas schools submit official enrollment
numbers to the Arkansas Department of Education. Attached as **Exhibit 1** is PCSSD's October 1,
2020 enrollment report. October 1, 2020 total enrollment was 11,773 students. The October 1,
2020 enrollment figures represent a decline in enrollment of 349 students as compared to the
October 1, 2019 enrollment report.

2.      **Finances**. The 2019-2020 school year finished with a deficit but PCSSD still
maintained a positive fund balance. The budget prepared for the 2020-2021 school year shows that
the PCSSD is running a tight budget, with the amount of spending on PPE and substitute teachers
presenting a large variable in light the current public health crisis.

3.      **Bonds**. At the October 13, 2020 Board meeting, it was announced that the District
was able to refinance a bond issue. It is anticipated that this will result in $2.9 million of immediate
savings, and $1.9 million of savings next year. These are one time savings and not recurring annual

savings. This will go a long way in helping to fill the tight budget issues identified above, and comes at a time when the district faces escalating pandemic related expenses.

      4.    **Discipline**. PCSSD acknowledges that given the advent of distance learning brought about by the COVID-19 pandemic, tracking student discipline in the 2020-2021 school year presents an unprecedented situation. With that acknowledgement, PCSSD shares with the Court the following breakdown of enrollment and suspensions for the first quarter:

| ENROLLMENT (First Quarter 2020-2021 School Year) | |
| --- | --- |
| **Percent of black students** | **Percent of non-black students** |
| 48% | 52% |

| SUSPENSIONS (First Quarter 2020-2021 School Year) | |
| --- | --- |
| **Black suspensions** | **Non-Black suspensions** |
| 40% | 60% |

This data shows that black students are not being disciplined at disproportional rates. By way of comparison, here are the numbers for the first quarter of the 2019-2020 school year:

| ENROLLMENT (First Quarter 2019-2020 School Year) | |
| --- | --- |
| **Percent of black students** | **Percent of non-black students** |
| 46% | 54% |

| SUSPENSIONS (First Quarter 2019-2020 School Year) | |
| --- | --- |
| **Black suspensions** | **Non-Black suspensions** |
| 67% | 33% |

The numbers of suspensions and discipline incidents are of course down given the advent of distance learning brought about by the pandemic, but the figures reported above are percentages, not numbers of incidents. Additionally, attached hereto as **Exhibit 2** is a chart showing actual total incident numbers for the last four school years which offers a side-by-side comparison of first quarter numbers only. Attached hereto as **Exhibit 3** is a corresponding chart showing breakdown by race, utilizing the historically recognized "black" and "non-black" categories.

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

*Attorneys for Pulaski County Special School District*

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
### PreK-12 Enrollment - October 1st, 2020

| ELEMENTARY SCHOOLS | PRE-K | | | KIND | | | FIRST | | | SECOND | | | THIRD | | | FOURTH | | | FIFTH | | | TOTAL ELEMENTARY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | % | NB | % | Total |
| Baker | 4 | 9 | 13 | 23 | 55 | 78 | 19 | 45 | 64 | 7 | 51 | 58 | 13 | 49 | 62 | 20 | 45 | 65 | 15 | 39 | 54 | 101 | 25.6% | 293 | 74.4% | 394 |
| Bates | 6 | 22 | 28 | 20 | 38 | 58 | 15 | 26 | 41 | 33 | 29 | 62 | 33 | 33 | 66 | 22 | 28 | 50 | 31 | 39 | 70 | 160 | 42.7% | 215 | 57.3% | 375 |
| Cato | 3 | 11 | 14 | 17 | 32 | 49 | 18 | 31 | 49 | 9 | 38 | 47 | 18 | 24 | 42 | 10 | 45 | 55 | 20 | 27 | 47 | 95 | 31.4% | 208 | 68.6% | 303 |
| Chenal | 0 | 0 | 0 | 13 | 53 | 66 | 13 | 55 | 68 | 14 | 64 | 78 | 9 | 61 | 70 | 21 | 53 | 74 | 22 | 59 | 81 | 92 | 21.1% | 345 | 78.9% | 437 |
| Clinton | 18 | 27 | 45 | 45 | 26 | 71 | 59 | 33 | 92 | 51 | 15 | 66 | 51 | 35 | 86 | 64 | 37 | 101 | 50 | 23 | 73 | 338 | 63.3% | 196 | 36.7% | 534 |
| College Station | 13 | 0 | 13 | 18 | 2 | 20 | 20 | 1 | 21 | 13 | 2 | 15 | 20 | 2 | 22 | 21 | 3 | 24 | 21 | 0 | 21 | 126 | 92.6% | 10 | 7.4% | 136 |
| Crystal Hill | 23 | 13 | 36 | 46 | 32 | 78 | 54 | 33 | 87 | 54 | 21 | 75 | 56 | 29 | 85 | 65 | 28 | 93 | 59 | 27 | 86 | 357 | 66.1% | 183 | 33.9% | 540 |
| Harris | 11 | 5 | 16 | 28 | 5 | 33 | 23 | 10 | 33 | 15 | 2 | 17 | 23 | 6 | 29 | 19 | 4 | 23 | 15 | 1 | 16 | 134 | 80.2% | 33 | 19.8% | 167 |
| Landmark | 8 | 27 | 35 | 11 | 31 | 42 | 14 | 29 | 43 | 10 | 25 | 35 | 14 | 19 | 33 | 8 | 27 | 35 | 7 | 27 | 34 | 72 | 28.0% | 185 | 72.0% | 257 |
| Lawson | 1 | 18 | 19 | 12 | 22 | 34 | 6 | 18 | 24 | 10 | 24 | 34 | 7 | 17 | 24 | 15 | 25 | 40 | 9 | 18 | 27 | 60 | 29.7% | 142 | 70.3% | 202 |
| Oak Grove | 6 | 14 | 20 | 15 | 10 | 25 | 13 | 21 | 34 | 16 | 6 | 22 | 9 | 13 | 22 | 12 | 16 | 28 | 9 | 18 | 27 | 80 | 44.9% | 98 | 55.1% | 178 |
| Oakbrooke | 6 | 14 | 20 | 30 | 29 | 59 | 31 | 43 | 74 | 32 | 32 | 64 | 32 | 35 | 67 | 26 | 40 | 66 | 27 | 35 | 62 | 184 | 44.7% | 228 | 55.3% | 412 |
| Pine Forest | 0 | 0 | 0 | 27 | 29 | 56 | 30 | 27 | 57 | 35 | 34 | 69 | 30 | 46 | 76 | 39 | 25 | 64 | 37 | 49 | 86 | 198 | 48.5% | 210 | 51.5% | 408 |
| Robinson Elem | 4 | 14 | 18 | 13 | 23 | 36 | 15 | 33 | 48 | 8 | 35 | 43 | 9 | 22 | 31 | 6 | 18 | 24 | 11 | 23 | 34 | 66 | 28.2% | 168 | 71.8% | 234 |
| Sherwood | 9 | 12 | 21 | 26 | 22 | 48 | 33 | 34 | 67 | 19 | 36 | 55 | 23 | 28 | 51 | 17 | 20 | 37 | 12 | 31 | 43 | 139 | 43.2% | 183 | 56.8% | 322 |
| Sylvan Hills Elem | 6 | 11 | 17 | 18 | 30 | 48 | 24 | 37 | 61 | 17 | 32 | 49 | 28 | 33 | 61 | 24 | 35 | 59 | 35 | 48 | 83 | 152 | 40.2% | 226 | 59.8% | 378 |
| Total Elementary | 118 | 197 | 315 | 362 | 439 | 801 | 387 | 476 | 863 | 343 | 446 | 789 | 375 | 452 | 827 | 389 | 449 | 838 | 380 | 464 | 844 | 2,354 | 44.6% | 2,923 | 55.4% | 5,277 |

| SECONDARY SCHOOLS | SIXTH | | | SEVENTH | | | EIGHTH | | | NINTH | | | TENTH | | | ELEVENTH | | | TWELFTH | | | TOTAL SECONDARY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | NB | TOT | B | % | NB | % | Total |
| Maumelle Middle | 137 | 100 | 237 | 116 | 104 | 220 | 129 | 98 | 227 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 382 | 55.8% | 302 | 44.2% | 684 |
| Mills Middle | 70 | 59 | 129 | 75 | 61 | 136 | 72 | 57 | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 217 | 55.1% | 177 | 44.9% | 394 |
| Robinson Middle | 51 | 130 | 181 | 68 | 122 | 190 | 61 | 134 | 195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 180 | 31.8% | 386 | 68.2% | 566 |
| Sylvan Hills Middle | 193 | 167 | 360 | 186 | 181 | 367 | 184 | 192 | 376 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 563 | 51.0% | 540 | 49.0% | 1103 |
| Maumelle High | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 103 | 115 | 218 | 111 | 104 | 215 | 116 | 138 | 254 | 127 | 112 | 239 | 457 | 49.4% | 469 | 50.6% | 926 |
| Mills High | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 102 | 57 | 159 | 106 | 67 | 173 | 102 | 52 | 154 | 78 | 48 | 126 | 388 | 63.4% | 224 | 36.6% | 612 |
| Robinson High | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 122 | 202 | 73 | 130 | 203 | 73 | 91 | 164 | 57 | 109 | 166 | 283 | 38.5% | 452 | 61.5% | 735 |
| Sylvan Hills North | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 5 | 12 | 194 | 185 | 379 | 179 | 189 | 368 | 172 | 167 | 339 | 552 | 50.3% | 546 | 49.7% | 1098 |
| Sylvan Hills High | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 192 | 180 | 372 | 4 | 1 | 5 | 0 | 0 | 0 | 1 | 0 | 1 | 197 | 52.1% | 181 | 47.9% | 378 |
| Total Secondary | 451 | 456 | 907 | 445 | 468 | 913 | 446 | 481 | 927 | 484 | 479 | 963 | 488 | 487 | 975 | 470 | 470 | 940 | 435 | 436 | 871 | 3,219 | 49.6% | 3,277 | 50.4% | 6,496 |

| | | | | | | | | | | | | | | | | | | | | | TOTAL DISTRICT ENROLLMENT | 5,573 | 47.3% | 6,200 | 52.7% | 11,773 |

**EXHIBIT 1**





**EXHIBIT**

**2**



**EXHIBIT**

**3**