IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                       PLAINTIFF

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                 DEFENDANTS

EMILY MCCLENDON, ET AL.                                          INTERVENORS

<u>INTERVENORS' MOTION TO STRIKE</u>

Come the intervenors, Emily McClendon, et al., by and through their attorneys

**Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and

**Robert Pressman**, and for their motion to strike, they state the following:

1.     The parties tried the Pulaski County Special School District's case

during the period of July 15, 2020 – July 31, 2020.

2.     The parties then tried the Jacksonville/North Pulaski School District's

case during the period of October 5, 2020 – October 16, 2020.

3.     The Court also allowed counsel for the Pulaski County Special School

District to have some input during the Jacksonville/North Pulaski School District's

case as well.

4.     On November 20, 2020, the Pulaski County Special School District

filed its *Special Status Report* [**Doc. # 5723**], making arguments about a decline in

enrollment, and a tight budget, apparently as justification for not fulfilling its

1

obligation to provide "equal" facilities, including for the Driven program.

5.      The Pulaski County Special School District also presented data which purportedly demonstrated that African American students are not being disciplined at disproportionate rates as the evidence demonstrated during the trial of this matter.

6.      At the conclusion of the trial of this matter, the Court announced that the record was closed.

7.      Pulaski County Special School District is attempting to supplement the record, which should not be permitted. As this Court previously stated:

> The Court is working on its decision.  The parties have gotten tangled up in JNPSD's recent request to supplement the record with newly available information about hiring for the 2018-2019 school year, as well as some facilities updates.  The existing record is voluminous and more than adequate on the disputed issues.  While more information might be helpful, delaying a ruling further, to get the parties untangled, is unnecessary.  Therefore, the Court will finish and file its decision based on the existing record.

[**Doc. # 5441**].

8.      The record in this matter has been closed; therefore, the Court should grant the intervenors' motion to strike the Pulaski County Special School District's "Special Status Report."

THEREFORE, the intervenors request that their motion be granted, and for all other just and proper relief.

2

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

Shawn G. Childs
Lawrence A. Walker
JOHN W. WALKER, P.A.
1723 S. Broadway
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187

johnwalkeratty@aol.com
schilds@gabrielmail.com
lwalker@jwwlawfirm.com

ATTORNEYS FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 4th  day of December 2020, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

M. Samuel Jones III.
Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

Austin Porter Jr.