IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                    PLAINTIFF

V.                                        NO. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                                       DEFENDANTS

EMILY McCLENDON, ET AL.                                                      INTERVENORS

### DECEMBER 31, 2020 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

### PROGRESS REPORT

### Mills High School

1.     In past status reports PCSSD has provided updates on potential new facilities to house the Driven program and/or the ROTC program at Mills. PCSSD's general position on its facilities spending is set out in its Brief in Support of its Motion for Unitary Status (Doc. 5622, pp. 47-55), and its Brief in Support of its Motion in Limine on Facilities (Doc. 5620). To summarize, the parties had an agreement over a stipulation that was to "make PCSSD fully constitutional" upon the construction of a new Mills High School for $50 million and the conversion of Mills Middle School for $5 million (Doc. 5084, pp. 3-4). Ms. Powell commented on this stipulation. (Doc. 5087). The Court approved this stipulation. (Doc. 5091). At trial, PCSSD offered argument and evidence to defend its reliance on the joint stipulation and prove that it had followed through on its end of the bargain. The construction of a facility for the

Driven program and/or the ROTC program was not a part of the facilities stipulation, so the Intervenors lack a basis upon which to insist on any particular action with regard to those projects. *See* (Doc. 5084).

      2.    To the extent that these construction projects are nonetheless undertaken, and subject to the understanding that they are projects above and beyond the action required by the joint stipulation, of course PCSSD must keep the Court appraised of progress until declared unitary. However, such progress is on hold in anticipation of the Court's upcoming ruling on facilities. In the event that the Court declares PCSSD to be unitary on facilities, which it should, then PCSSD will be free to turn its attention anew to the possible construction of a facility to house the Driven program and/or the ROTC program at Mills High. This potential expenditure on facilities may be considered alongside the facilities expenditures in other parts of the district. *See* comparison of facility construction projects since the implementation of Plan 2000, attached hereto as **Exhibit 1**. However, in the event that the Court does not declare PCSSD to be unitary on facilities, and instead orders funds spent on certain other facilities projects which at this time the Court may know but the parties do not, then a new facility for the Driven program and the ROTC program would understandably be demoted on the priority list. This is due to the necessary reason that anything the Court orders is a higher priority than something that the Court does not order. Especially in light of the financial conditions outlined in PCSSD's Special Status Report (Doc. 5723), and because PCSSD anticipates a ruling on its facilities case in the coming months, at this time PCSSD simply cannot obligate funds to a new facility to house the Driven and/or ROTC programs at Mills.

### **Sylvan Hills High School**

3. Consistent progress has been made on the performing arts center and the multipurpose arena. *See* Field Report, attached here to as **Exhibit 2**.

4. Good progress is also being made on the exterior site and landscaping.

### **Robinson Middle School**

5. Construction of the new sewer plant will start soon.

### **Future Reports**

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

>Devin R. Bates (2016184)
>M. Samuel Jones III (76060)
>Amanda G. Orcutt (2019102)
>MITCHELL, WILLIAMS, SELIG,
>  GATES & WOODYARD, P.L.L.C.
>425 West Capitol Avenue, Suite 1800
>Little Rock, Arkansas 72201
>Telephone:  (501) 688-8800
>Facsimile:  (501) 688-8807
>sjones@mwlaw.com
>dbates@mwlaw.com
>
>and
>
>Jay Bequette
>Cody Kees
>Bequette Billingsley & Kees, P.A.
>425 West Capitol Ave., Suite 3200
>Little Rock, Arkansas 72201
>Telephone:  (501) 374-1107
>Facsimile:  (501) 374-5092
>Mobile: (501 590-4500
>jbequette@bbpalaw.com
>ckees@bbpalaw.com
>
>*Attorneys for Pulaski County Special School District*