

**WITSELL EVANS RASCO I ARCHITECTS/PLANNERS**
901 West Third Street Little Rock, Arkansas 72201 501-374-5300

# PCSSD Sylvan Hills High School Campus Architect's Field Report

| | |
|---|---|
| **Project:** Sylvan Hills High School PAC MPA | **Field Report Number:** 20-12-07 |
| **Contractor:** Baldwin & Shell Construction | **Date of Issue:** 20-12-08 |
| **Report By:** Jerome Sorensen, AIA CSI WER Construction Services | **Architect's Project Number:** PCSSDO08.66 |
| **Date:** 12-07-2020  **Time:** 2:00 pm | **Weather:** Clear  **Temp Range:** 50s |

**ATTENDEES:** Jerome Sorensen (WER)
**WORK IN PROGRESS:** See below.
**EST. % COMPLETION:** Varies.
**CONFORMANCE WITH SCHEDULE (+/-):** Behind

**MULTI PURPOSE ARENA (MPA):**                    **WORKERS PRESENT: 20**



1. Earthwork around the exterior of the building has fine grading performed. Topsoil for sod has been placed around areas at South parking lot and West of building.
2. Curb and gutter is mostly installed around the site. Sidewalks are formed and poured at the North parking lot. Other locations have rough grade ready for for work and placement.
3. Front entrance concrete steps are mostly complete being poured. Overall looks decent. Railings to be installed next.
4. Building utilities are complete.
5. Exterior brick has not changed since last visit.



COPY TO: File

6. EIFS work is compete.  Finished product looks pretty good!
7. Concrete polishing protection removed in some locations.  Surface looked pretty good. Reflection on surface looked good.  Not sure if final sealer is installed to protect from staining.  Will verify later.
8. Roofing is complete.  Collection box and Downspouts installing at East side and gutter installing at South elevation.  Still missing some roof edge metal in several spots.
9. Curtainwall and storefront is still waiting on doors to install.  Gasketting is installed in most window glass, several pieces in in each assembly appear to be short from corner and will need to be replaced with longer gasket.  Insure corners are tucked tight, and add black sealant if necessary.
10. Translucent windows are installed at upper concourse openings.  Looks good.
11. Interior sheetrock is mostly complete.  Final touch up remains.
12. No change in tiling.
13. Epoxy installation continues.  Ensure show enclosure have proper slope to floor drain to prevent water from leaving shower area.



14. Wood gym flooring is installed, surface sanded, end zone stained and sealer installed.  Walked perimeter to observe space between exterior and wood.  About 1" to 2" space has been left for expansion.  Looks good. Striping is laid out and is being painted.   Logo in the middle looks really nice.  Overall very impressive.  Sleeper system is installed over plastic vapor barrier.  Wood plank flooring is installing onto system; appears to be e 2nd & better with a little bit of 3rd.  Blending of boars looks consistent.  Outer perimeter of floor has gap around perimeter, need to make sure it is consistent.
15. Operable bleachers are installed at Concourse level.  Lower court level to be installed after wood floor final coats have dried.
16. Athletic Goals:  No action.
17. Divider Curtain:  No action.
18. Toilet Accessories & Partitions:  Onsite. No action.
19. Electrical appears to be on track with progress.  Noticed that power feeds for operable bleacher has not yet been run.
20. Mechanical systems appear to be on track.  Air is on in the main arena.  Mini units are installed and piped in Data rooms.
21. Plumbing is still waiting on installation of epoxy and millwork to finish up.
22. Elevator:  No action.



 

**PERFORMING ARTS CENTER (PAC):**                                    **WORKERS PRESENT:  5**

1. Sitework is nearly complete.  Sod is installed.  Landscape plantings are still pending.
2. Paving at West drive is graded out and ready for asphalt.  Site concrete is completed around building.
3. EIFS soffits are finished and ready for caulking at transitions.
4. Interior reflector panels are installed at the auditorium sides and painted.
5. Exposed concrete floor has been sealed.  Some locations need to be cleaned again to remove stains.
6. Steel railings are installed at stairs.
7. Side walls of the auditorium has had brick Installed at the entrances.  Looks pretty good.
8. Stage floor sleeper system is installed in entire stage area.  Plywood has been removed and ordered ¾" thick plywood instead.  Some areas still appear to have leveling issue where stage abuts the concrete.
9. Observed the roof installation on all levels.  Overall system looks well put together.  Only a couple locations had ponding water; a couple within feet of the roof drain; worst location is at Auditorium roof, SE corner at tapered insulation part.  Metal Roof edges look solid and overall installed well.  Only locations of note is to install sealant at metal where abuts EIFS to reduce potential for water entry.



COPY TO: File

10. Rooftop smoke vents are installed and flashed around at curb.  Northern most vent appears to have a panel not seated fully.  Need to verify it opens/closes correctly, but can be done when sequencing the fire alarm / smoke system.






PONDING AT ROOF TAPER

11. Tiling is finished in restroom locations.
12. Millwork installation near complete.
13. Theater curtain is onsite.
14. Theatrical rigging is complete.
15. Theatrical lighting is onsite.  Installation not started yet.
16. Fire Protection complete.  Main system RPZ has water discharging from valve quite regularly.  Need to verify it is working properly as water continues to drip onto North sidewalk and could be an issue if it does not stop.
17. HVAC ductwork on roof from RTU-1 has air leakage at seams that needs to be addressed before insulation and aluminum jacketting is installed.  Interior ductwork main from RTU-1 has insulation installed on it and is flapping due to air leakage from ducts.  A large rattle noise is also generating from the main T intersection.  Still needs to be addressed.
18. Electrical conduit appears to all be completed and data wires are being pulled through to the catwalk locations.

COPY TO: File

**ITEMS TO MONITOR:**
1. 11/16- PAC:  ductwork noise and south dampening.
2. 11/16- PAC:  transition around wood stage floor to concrete.
3. 11/16- MPA:  Edge of slab detail at concourse level at EAST side.
4. 12/7- MPA:  Make sure the Polished concrete was protection sealer installed.
5. 12/7- MPA:  Install (2) 2" conduit from Media #007 to Data #003.

**CORRECTION ITEMS:**
1. 6/11- IPF:  SWPP silt fencing compromised in 5 locations at East perimeter.  Fix 6/25- Corrected Northern parts but still need to fix Rip Rap section. 8/20- Site SWPP continue to be bypassed by rain events.  9/3- Detention pond installed at East side of site, not yet fully connected to site drainage system.  11/16- Concrete has been poured on rip rap in the SWPP area, but East silt at fence line still been consistently bypassed by storm water.
2. 6/11- IPF:  Swale & SS Manhole at West site conflict.  12/07- sub grade has been lowered and a swale has been installed and sod placed back on top.  Overall, looks good and will observe performance next rainfall.
3. 8/20- PAC- Lights at changing rooms.
4. 9/3- PAC- Aluminum storefront windows need to have some members redone to minimize gaps between members, mostly noted at North windows.  Need joints to be "Hairline" thin.  Joints currently are too wide and will let excess water into sill pan.
5. 9/3- PAC- High Duct penetrations through EIFS will be a water leak issue.  Submittal does not address how to treat this type of detail.  Most likely need drip flashing installed above duct to shed water off from EIFS over duct.  EIFS also needs to be cut back around duct to flash OVER final duct insulation and aluminum jacketting.
6. 9/3- MPA- Exterior brick at finished walls leaking efflorescence.  East brick installation is not covered, been rained on for a week and has pooling water inside of brick units.  This causes efflorescence for lifetime of building.  Not acceptable.  Mason needs to address/replace.  11/16- Upper cleaned but lower still efflorescing and grout looks sloppy. 12/07- No change.  Brick mortar joints still messy.
7. 9/17- PAC- Noisy main supply duct from RTU-1.   10/1- visible flapping of insulation of at main supply.  This means there is an air leak. 11/16- One location has insulation pulled back and sealing tape applied to joints.  Duct still has insulation flapping and has loud metal rattling noise echoing from inside into the auditorium.  12/07- No change yet.  Still rattling.
8. 10/01- MPA- missing insulation between jamb studs.
9. 10/1- MPA- Scupper metal is galvanized and should be aluminum.
10. 10/1- MPA- EIFS base flashing metal is galvanized and should be aluminum.
11. 10/1- MPA- Insulation needs to be installed insides of roof curbs.
12. 10/1- PAC- Joints at Ceiling deflector panels.  11/16- Still need to be patched.
13. 12/07- PAC- Exterior duct joints are leaking air.  Needs to be resealed.

**DISCUSSION TOPICS:**
1. 12/7- PAC:  Concrete floor has been sealed in the Auditorium floor and concrete risers.  Several locations have stains on the concrete that were sealed over (some spots are red and others black paint splatters).   Want the locations exposed to be sanded down slightly to remove stains and resealed.  If covered by carpet, not necessary.
2. 12/7- PAC:  Ductwork leaks and rattling noises were looked at.
3. 12/7 PAC:  Soffit color at Auditorium entrances and exits needed color to be selected.
4. 12/7 MPA:  Exterior brick still appears not to have been cleaned at old installation locations.  Newer upper brick has been cleaned.  Not sure why this has not been addressed by the mason.
5. 12/7 IPF:  Epoxy in showers was observed.  They added a threshold at the entrance to the room but the high point of the floor slope does not match what was shown on the drawings and still needs to be corrected.

**END OF FIELD REPORT**  (5 pages total)

Cc:  Project Teams.