IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                         PLAINTIFF

V.                              NO. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.                                              DEFENDANTS

EMILY McCLENDON, ET AL.                                             INTERVENORS

## FEBRUARY 28, 2021 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

## PROGRESS REPORT

### Sylvan Hills High School

1. The Performing Arts Center is largely complete, and SHHS is waiting for a certificate of occupancy from the City of Sherwood.

2. The Multi-Purpose Arena is largely complete, and SHHS is waiting for a certificate of occupancy from the City of Sherwood.

3. There are other components of the SHHS project that remain ongoing.

4. To date, the project as a whole is under the $65,000,000 budget previously reported. (Doc. 5690, p. 28; Doc. 5318, p. 1). There is a potential cost savings of $2 million.

5. PCSSD is no longer receiving the field reports that had routinely been attached to these facilities reports so none is attached hereto.

7984669.1

**Robinson Middle School**

6. Construction of the new sewer plant previously reported (Doc. 5690, p. 2) has begun and is approximately 50% complete.

**Future Reports**

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

>Devin R. Bates (2016184)
>M. Samuel Jones III (76060)
>Amanda G. Orcutt (2019102)
>MITCHELL, WILLIAMS, SELIG,
>    GATES & WOODYARD, P.L.L.C.
>425 West Capitol Avenue, Suite 1800
>Little Rock, Arkansas 72201
>Telephone: (501) 688-8800
>Facsimile: (501) 688-8807
>sjones@mwlaw.com
>aorcutt@mwlaw.com
>dbates@mwlaw.com
>
>and
>
>Jay Bequette
>Cody Kees
>Bequette Billingsley & Kees, P.A.
>425 West Capitol Ave., Suite 3200
>Little Rock, Arkansas 72201
>Telephone: (501) 374-1107
>Facsimile: (501) 374-5092
>Mobile: (501 590-4500
>jbequette@bbpalaw.com
>ckees@bbpalaw.com
>
>***Attorneys for Pulaski County Special School District***