# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*      DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN      INTERVENORS

## ORDER

Having received no objections, the Court approves Ms. Powell's invoice for September and October 2020, *Doc. 5722*, and authorizes payment. The Court attaches Ms. Powell's bill for November 2020 through March 2021. The Court will authorize payment if there are no objections after seven calendar days. *Doc. 5034.*

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2021

March 31, 2021

15401 Chenal Pkwy.
Apt. 2301
Little Rock, AR 72211

The Honorable D. Price Marshall, Jr.
Chief Judge, United States District Court
Eastern District of Arkansas
600 West Capitol, Room D258
Little Rock, AR 72201-3325

Re: Fees for November 2020/January/March 2021

Your Honor,

Per your Order of November 3, 2016, I am submitting my reimbursement request for activities related to the PCSSD's and JNPSD's implementation of the areas of Plan 2000 that are under Court supervision. Because the parties now are meeting on alternating months, I have combined my latest activities with the districts on this one invoice. An asterisk at the beginning of an entry denotes fees that have been equally divided between the two districts. The fees for PCSSD total $1500.00. The total for JNPSD total $300.00. The total reimbursement request is $1800.00. I do not plan to submit another invoice until the end of the fiscal year in June.

**PCSSD**
*Nov 11/2020 - Status Meeting - 1 hour ($150)
*Jan 27/2021 - Status Meeting - 1 hour ($150)
Mar 1 - Handbook Committee Meeting - 4 hours ($1200)

**PCSSD TOTAL $1500.00**

**JNPSD**
*Nov 11/2020 - Status Meeting - 1 hour ($150)
*Jan 27/2021 - Status Meeting - 1 hour ($150)

**JNPSD TOTAL $300.00**

Please contact me if you have any questions related to this request.

Sincerely,

Margie L. Powell
Court Expert