IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| V. NO. 4:82-cv-866-DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | **DEFENDANTS** |
| **EMILY McCLENDON, ET AL.** | **INTERVENORS** |

### APRIL 30, 2021 FACILITIES STATUS REPORT

Pulaski County Special School District for its updated report to the Court states:

To the extent that previous subheadings are not apropos to this report, because there is no new information to report as regards to them, they are not being repeated.

### PROGRESS REPORT

### Mills High School

1.      On April 22, 2021, PCSSD provided notice to Intervenors of its intention to move forward with proposing a new building on the Mills University High School campus to house the Driven Program (the "Notice"). *See* Letter, attached hereto as **Exhibit 1**.

2.      This potential expenditure on facilities may be considered alongside the facilities expenditures in other parts of the district. *See* comparison of facility construction projects since the implementation of Plan 2000, attached hereto as **Exhibit 2**.

3.      The Notice was sent to Intervenors in the time and manner prescribed by Section H(3) of Plan 2000.

4.      PCSSD's general position on its facilities spending is set out in its Brief in Support of its Motion for Unitary Status (Doc. 5622, pp. 47-55), and its Brief in Support of its Motion in Limine on Facilities (Doc. 5620). To summarize, the parties had an agreement over a

stipulation that was to "make PCSSD fully constitutional" upon the construction of a new Mills High School for $50 million and the conversion of Mills Middle School for $5 million (Doc. 5084, pp. 3-4). Ms. Powell commented on this stipulation. (Doc. 5087). The Court approved this stipulation. (Doc. 5091). At the July 2020 trial, PCSSD offered argument and evidence to defend its reliance on the joint stipulation and prove that it had followed through on its end of the bargain. The construction of a facility for the Driven program and/or the ROTC program was not a part of the facilities stipulation, so the Intervenors lack a basis upon which to insist on any particular action with regard to those projects. *See* (Doc. 5084).

5. To the extent that any construction project is nonetheless undertaken, and subject to the understanding that it is a project above and beyond the action required by the joint stipulation, PCSSD intends to keep the Court appraised of progress until declared unitary. Similarly, PCSSD provided Intervenors with the Notice.

6. Providing Intervenors with the Notice, and informing the Court of same, are steps taken by PCSSD subject to and without waiving its objections and legal argument outlined in Paragraphs 4 and 5 above.

## Maumelle High School

7. The April 22, 2021, Notice described above also announced PCSSD's intention to move forward with proposing a new track and field at Maumelle High School. *See* **Exhibit 1**.

8. The reasons for this project are explained in the Notice.

9. The arguments and legal position set out in Paragraphs 2, 3, 4, 5, and 6 above apply equally to this proposal, and those Paragraphs are adopted herein by reference and asserted fully as to the Notice of a new track and field at Maumelle High School.

### Sylvan Hills High School

10. The Performing Arts Center is largely complete, and SHHS is waiting for a certificate of occupancy from the City of Sherwood.

11. The Multi-Purpose Arena is complete, and SHHS now has a certificate of occupancy from the City of Sherwood.

12. There are other components of the SHHS project that remain ongoing.

13. As previously reported in February, the project as a whole is under the $65,000,000 budget. (Doc. 5727, ¶ 4; Doc. 5690, p. 28; Doc. 5318, p. 1).

14. As explained on the August 4, 2020 facilities tour while at Sylvan Hills High School, the current iteration of the SHHS project is a scaled back version of an initial design, because at some point between design and construction the projected costs escalated and were expected to exceed the $65,000,000 budget. Because the completed or nearly completed portions of the SHHS project have been under budget, PCSSD is now considering how to best use the under budget funds to continue the ongoing construction and expansion project on the SHHS campus.

### Robinson Middle School

15. Construction of the new sewer plant previously reported (Doc. 5690, p. 2) has begun and is approximately 95% complete.

### Future Reports

Unless the Court directs otherwise, PCSSD proposes to utilize the same reporting format as this and the previous reports.

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
Amanda G. Orcutt (2019102)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
sjones@mwlaw.com
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***