

MITCHELL ║ WILLIAMS

Devin R. Bates
Direct Dial: 501-688-8864
Fax: 501-918-7864
E-mail: dbates@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

April 22, 2021

**<u>VIA EMAIL ONLY</u>**

Austin Porter: aporte5640@aol.com
Robert Pressman: pressmanrp@gmail.com
Shawn Childs: schilds@gabrielmail.com
Tony Walker: lwalker@jwwlawfirm.com
Rep. Joy Springer: jspringer@gabrielmail.com; johnwalkeratty@aol.com

> Re:    *Little Rock School District, et al. vs. Pulaski County Special School District, et al.*
> U.S. District Court, Eastern District of Arkansas, No. 4:82-cv-866-DPM

Dear Intervenors:

PCSSD hereby provides notice to Intervenors of its intention to pursue the initial phases of proposed construction in two locations: (1) Driven Extension at Mills University High School, and (2) a track and field facility at Maumelle High School. The administration intends to submit to the PCSSD Board of Education a request for architectural designs and cost estimates for both construction sites. Facility construction could begin during the 21-22 school year.

(1) Driven Extension at Mills University High School: PCSSD plans to request architectural designs that utilize the ROTC building site as a framework for the new facility. The Driven Extension is intended to house a blended instructional program with a 21st Century design for 6 to 8 additional classrooms. PCSSD will also look at the entire campus to best accommodate Mill's ROTC program to ensure its long term success. A very early rough and non-final cost estimate to get the Driven Extension operational is 3 million dollars. This proposal will be located in, and will predominantly serve, the Mills feeder in the Southeast quadrant of the PCSSD. The projected impact on the racial make-up of the students in each school expected to be affected by the new construction is that this project will increase resources to the student body of Mills University High School, which consists of approximately 65% black students, and 35% non-black students. Approximately 68% of the current participation in the Driven program is comprised of black students.

(2) Maumelle High School Track and Field: PCSSD plans to look at establishing a high school track and field facility that meets AAA requirements.  Currently, Maumelle High School is the only high school in the district that has no track and field facility. Moreover, the lack of a track is impacting the quality of training for the majority of students participating in the program (approximately 60% of whom are African American). This proposal will be located in, and will predominantly serve, the Maumelle feeder in the Northwest quadrant of the PCSSD. The projected impact on the racial make-up of the students in each school expected to be affected by



EXHIBIT
1

Intervenors
April 22, 2021
Page 2

the new construction is that this project will increase athletic facilities available to the student body of Maumelle High School, which consists of approximately 50% black students, and 50% non-black students. However, as noted above, approximately 60% of the current participation is comprised of African American students.

Just because these projects are being noticed herein simultaneously does not mean that they will be on an identical schedule to be considered, approved, designed, bid, financed, constructed, and opened. Nothing in this notice is final. All details herein are subject to change.

PCSSD's general position on its facilities spending is set out in its Brief in Support of its Motion for Unitary Status (Doc. 5622, pp. 47-55), and its Brief in Support of its Motion in Limine on Facilities (Doc. 5620). This has all been summarized in a recent facilities status report. (Doc. 5726, ¶¶ 1-2). Subject to and without waiving the objections and legal arguments raised in those referenced filings, please allow this letter to serve as PCSSD's formal notice to Intervenors under Section H(3) of Plan 2000. If you believe that this notice is non-compliant with Plan 2000 please notify us immediately so that we can address any problem. PCSSD welcomes the Intervenors' input on this proposal within 14 days from the date at the top of this letter.

Best regards,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

By
Devin R. Bates

DRB/dw
cc:     (via email only)
        Margie Powell: mqpowell@att.net
        Scott Richardson: scott@mwbfirm.com
        Dr. Charles McNulty: cmcnulty@pcssd.org