IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.    No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

## STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Status Report:

### 1. Jacksonville Middle School

Jacksonville Middle School is nearing construction completion. The Certificate of Occupancy is scheduled for July 12, 2021.  The main construction tasks to be completed are site work and landscaping, clean-up of the interior, and repairing punch list items.  JNPSD anticipates that the school will open for the 2021-2022 school year in August 2021.  The 105,859 SF school has a current construction cost of about $26.4 million. It will replace the existing Jacksonville Middle School housed in the former North Pulaski High School facility.  JNPSD designed the school with classroom spaces for 850 students.  The District designed the building's single-purpose spaces such as the media center, student dining, gymnasium, and Special Education spaces for future growth to 1,050 students.  The State has funded about 81% of the $8.07 million total Partnership Program funding available.  The new

furniture has arrived on site and is being installed. Moving teachers' materials from the existing school is scheduled to start in mid-July.

**2. Elementary School Replacement for Pinewood and Dupree Elementary Schools**

Jacksonville Elementary School is under construction with completion scheduled for October 2021. The school will open for the spring semester of the 2021-2022 school year in January 2022. The 91,776 SF school has a current construction cost of about $19 million. JNPSD designed it for 750 students so that it could comfortably replace the existing Pinewood Elementary School and Dupree Elementary School. The project has received about 68% of the $7 million total available Partnership Program funding. New furniture for the school has been ordered and should arrive in October. Baldwin & Shell's latest construction update, with pictures is attached as exhibit 1.

Respectfully Submitted,

Scott P. Richardson  (2001208)
McDaniel, Wolff, & Benca PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954-8000
866.419.1601 fax
scott@mwbfirm.com

Attorney for Jacksonville/North Pulaski School District