IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                                              **PLAINTIFF**

V.                                    NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                     **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                                   **INTERVENORS**

## JOINT MOTION FOR EXTENSION OF DEADLINE

Pulaski County Special School District and Intervenors, for their Joint Motion for Extension of Deadline, submit the following.

1. The Court established a deadline for exchanging information about Intervenors' attorney's fees, and a deadline for filing a motion for same. *Doc. 5730, p. 68*.

2. Intervenors met their court ordered deadline for providing information.

3. Counsel met in person to discuss same. Intervenors extended an offer to settle their claim for fees and costs.

4. If Intervenors' offer is accepted, this would make the upcoming motion of Intervenors unopposed.

5. As the Court is aware, for PCSSD, it has been approximately five years since Intervenors received a fee award. Given the amount of money at issue, Intervenors' offer needs to be presented to the PCSSD Board so that it can vote on same.

6. The next Board meeting is 10 August 2021.

7. As the deadline currently stands, the Court has ordered that Intervenors' Motion for fees (either unopposed or opposed) is due by 30 July 2021.

8. In light of the foregoing, PCSSD and Intervenors now jointly move the Court to extend Intervenors' Motion for fees (either unopposed or opposed) to 18 August 2021.

9. This proposed deadline would allow the PCSSD Board to consider Intervenors' offer, vote on same, communicate its decision to Intervenors, and allow Intervenors approximately one week to prepare their motion.

10. In filing this Motion, PCSSD's counsel makes no representation about whether the PCSSD board will ultimately accept or reject the offer, as this motion is strictly procedural.

11. The above represents good cause to extend the deadline.

WHEREFORE, the Pulaski County Special School District and Intervenors jointly move the Court to extend Intervenors' deadline to file a Motion for Fees (either unopposed or opposed) to 18 August 2021.

>Devin R. Bates (2016184)
>M. Samuel Jones III (76060)
>Amanda G. Orcutt (2019102)
>MITCHELL, WILLIAMS, SELIG,
>  GATES & WOODYARD, P.L.L.C.
>425 West Capitol Avenue, Suite 1800
>Little Rock, Arkansas 72201
>Telephone:  (501) 688-8800
>Facsimile:  (501) 688-8807
>dbates@mwlaw.com
>sjones@mwlaw.com
>aorcutt@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***