IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                              PLAINTIFF

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                        DEFENDANTS

EMILY MCCLENDON, ET AL.                                                  INTERVENORS

INTERVENORS' MOTION FOR EXTENSION OF TIME
TO FILE FEE PETITION

Come the McClendon Intervenors, by and through their attorneys **John W. Walker, P.A.**, **Robert Pressman**, and **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for their motion for extension of time in order to file their petition for attorneys' fees and costs in reference to their work to the Jacksonville North/Pulaski School District's quest for unitary status, they make the following:

1. On May 6, 2021, the Court entered an order finding the Jacksonville/North Pulaski District unitary.

2. The Court directed the parties to enter into settlement discussions in reference to attorney's fees as generated by the intervenors in having to defend the consent degree (Plan 2000) was entered herein.

3. Intervenors provided the time records of their counsel, and the parties have engaged in negotiations.

4. The parties are close in their negotiations, and believe that the fee issue will be resolved.

1

5.     Counsel for Jacksonville/North School District advises that the Board of Education for said school district will meet on Monday, August 2, 2021 to consider the fee request of the intervenors.

6.     Intervenors are requesting an extension of seven (7) days, giving them until August 6, 2021 to file their petition for attorneys' fees and cost, in the event that the parties are unable to reach a settlement.

7.     Opposing counsel has been contacted in reference to this extension request, and has authorized undersigned counsel to state that no objection will be forthcoming.

8.     This extension request is not being filed for the purpose of causing any unnecessary delay, but so that the ends of justice can be pursued.

THEREFORE, the Intervenors requests that their motion for extension be granted, giving them up to and including the date of August 6, 2021 in order to file their petition for attorneys' fees and costs, and for all other just and proper relief.

          Respectfully submitted,

          Austin Porter Jr., No. 86145
          PORTER LAW FIRM
          323 Center Street, Suite 1035
          Little Rock, Arkansas 72201
          Telephone: 501-244-8200
          Facsimile: 501-372-5567
          Email: aporte5640@aol.com

          Robert Pressman
          22 Locust Avenue
          Lexington, MA  02421
          Telephone: 781-862-1955
          Email: pressmanrp@gmail.com

          Shawn G. Childs
          Lawrence A. Walker
          JOHN W. WALKER, P.A.

                                                1723 S. Broadway
                                                Little Rock, Arkansas 72206
                                                Telephone: 501-374-3758
                                                Facsimile: 501-374-4187

                                                johnwalkeratty@aol.com
                                                schilds@gabrielmail.com
                                                lwalker@jwwlawfirm.com

                                                ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 29th day of July 2021, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                                Austin Porter Jr.