# Capital Projects - Planned

January 25, 2021

## 6004000 - Jacksonville North Pulaski School District

| Capital Project Detail ||
|---|---|

**Project Number & Name:** 2223-6004-001 - New Elementary School - Replace Taylor ES

**Submit for 2021 - 2023 Partnership Program**

**Funding Year:** Year 2 - 2022-23

**Schools and Buildings to be Replaced or Renovated**

- 6004005 - 6004 - Murrell Taylor ES
  - 600400501 - Main Bldg.
  - 600400502 - 2 Classrooms
  - 600400504 - Portable Building
  - 600400505 - Portble Building
  - 600400506 - Multi-purpose Building

**Funding Type:** Partnership

**Primary Type:** Warm/Safe/Dry Space Replacement

**Secondary Type:**

**Project Category:** Building Replacement

### Project Scope:

Construct new school to replace Taylor Elementary School for 570 students. The new school will be about 73,472 square feet, the POR required size.

### Project Justification:

The main building of the Taylor ES was constructed in 1981 and has a building value of 22%. In 2025, the building value will be near 10%, and the school will be near the end of its anticipated life. Building systems for roof, HVAC, electrical, plumbing, and site are in poor condition or need replacement as indicated on the district's Tab 12 condition ratings. Although the district originally planned to replace Taylor ES in the next decade, Federal Judge Price Marshall in a September 25, 2018 ruling ordered the district to replace the school by 2026 with a new school comparable to Lester ES to provide equity for the district's students. Judge Marshall noted the new school would require state financial participation. Taylor ES has several other significant issues that adversely affect adequacy of educational instruction; 1) The open floor plan with partitions separating rooms makes it difficult to teach, learn, and test because of noise issues, 2) the student dining area is significantly undersized with POR required size of 4,275 SF and actual size of 2,200 SF. This requires school to conduct five lunch periods beginning at 10:20 and many students are hungry at the beginning or end of the day, 3) The use of dispersed buildings (three portable buildings and the new multi-purpose building) often places students in a condition that is not warm or dry, 4) The dispersed buildings and exterior classroom doors create security issues, and 5) "sick building" issues with school staff reporting respiratory illnesses for staff and students. If a new school is built on another site, the new multi-purpose building can't be used.

EXHIBIT Attachment A

**Does this Project include demolition of existing facility?** Yes   **SqFt Demolished** 52,228

The main building of the Taylor ES was constructed in 1981 and has a building value of 22%. In 2025, the building value will be near 10%, and the school will be near the end of its anticipated life. Building systems for roof, HVAC, electrical, plumbing, and site are in poor condition or need replacement as indicated on the district's Tab 12 condition ratings. Although the district originally planned to replace Taylor ES in the next decade, Federal Judge Price Marshall in a September 25, 2018 ruling ordered the district to replace the school by 2026 with a new school comparable to Lester ES to provide equity for the district's students. Judge Marshall noted the new school would require state financial participation. Taylor ES has several other significant issues that adversely affect adequacy of educational instruction; 1) The open floor plan with partitions separating rooms makes it difficult to teach, learn, and test because of noise issues, 2) the student dining area is signific

**Does this Project include repurposing of existing facility?** No

## Capital Projects - Planned

January 25, 2021

### 6004000 - Jacksonville North Pulaski School District

| Field | Value |
|---|---|
| Does this Project involve grade reconfiguration? | No |
| Does this Project result in any Abandoned/UnUsed Facilities? | No |
| Does this Project result in any Underutilized Facilities? | No |

| Field | Value |
|---|---|
| Design Start Date | 05/01/2022 |
| Construction Start Date | 03/01/2023 |
| Completion Date | 07/15/2024 |
| Status | Planned |
| Area (GSF) | 73,472 |
| Funding Code | Partnership |
| Facility Type | Academic |
| **Planning Year** | |
| Created | 2017 |
| Changed | 2020 |

**Expected Annual Cost for this Project**

| Year | Cost |
|---|---|
| Pre-2021 | $0 |
| 2021-2022 | $0 |
| 2022-2023 | $0 |
| 2023-2024 | $6,000,000 |
| 2024-2025 | $10,000,000 |
| 2025-2026 | $0 |
| 2026-2027 | $0 |
| 2027-2028 | $0 |
| 2028-2029 | $0 |
| 2029-2030 | $0 |
| 2030-2031 | $0 |
| Total Cost | $16,000,000 |

If total less than $150,000, Number of Students: 0

$300 per student cost: