## Capital Projects - Planned

January 25, 2021

### 6004000 - Jacksonville North Pulaski School District

| | | |
|---|---|---|
| 20190722 - JNPSD - POR New Taylor ES.xls | xls | 8/12/2019 8:25:08 AM |
| 20190812 - JNPSD - Schematic New Taylor ES.pdf | pdf | 8/12/2019 9:44:47 AM |
| 20190906 - JNPSD - Tab 2 Resolution.pdf | pdf | 9/6/2019 11:10:08 AM |

| Capital Project Detail |
|---|

**Project Number & Name:**  ==Submit for 2021 - 2023 Partnership Program==

| 2223-6004-002 - New Elementary School - Replace Bayou Meto ES | **Funding Year:** | Year 2 - 2022-23 |
|---|---|---|

**Schools and Buildings to be Replaced or Renovated**

6004003 - 6004 - Bayou Meto ES

    600400301 - Main Bldg.

    600400302 - Title 1 Bldg

    600400303 - Rms 125-128

    600400304 - Multi-purpose Building

| **Funding Type** | Partnership |
|---|---|
| **Primary Type** | Warm/Safe/Dry Space Replacement |
| **Secondary Type** | |
| **Project Category** | Building Replacement |

**Project Scope:**

Construct new school to replace the Bayou Meto Elementary School for 500 students.  Scope of the new school project is 64,693 SF, the POR required size.

**Project Justification:**

The main building of the Bayou Meto ES was constructed in 1967. There have been three additions, and the current composite Main Building value is 0% and the campus is at the end of its expected life.  Most building systems such as HVAC, plumbing, and electrical are in poor condition or need replacement as indicated on the district's Tab 12 condition ratings.  Although the district originally planned to replace Bayou Meto ES in the next decade, Federal Judge Price Marshall in a September 25, 2018 ruling ordered the district to replace the school by 2026 with a new school comparable to Lester ES to provide equity for the district's students.  Judge Marshall noted the new school would require state financial participation.  If a new school is built on another site, the existing multi-purpose building can't be used.

| **Does this Project include demolition of existing facility?** | Yes | **SqFt Demolished** | 58,623 |
|---|---|---|---|

The main building of the Bayou Meto ES was constructed in 1967.  There have been three additions, and the current composite Main Building value is 0% and the campus is at the end of its expected life.  Most building systems such as HVAC, plumbing, and electrical are in poor condition or need replacement as indicated on the district's Tab 12 condition ratings.  Although the district originally planned to replace Bayou Meto ES in the next decade, Federal Judge Price Marshall in a September 25, 2018 ruling ordered the district to replace the school by 2026 with a new school comparable to Lester ES to provide equity for the district's students.  If a new school is built on another site, the existing multi-purpose building can't be used.

| **Does this Project include repurposing of existing facility?** | No |
|---|---|

| **Does this Project involve grade reconfiguration?** | No |
|---|---|

| **Does this Project result in any Abandoned/UnUsed Facilities?** | No |
|---|---|

| **Does this Project result in any Underutilized Facilities?** | No |
|---|---|

EXHIBIT
Attachment
B

**Capital Projects - Planned**                                                    January 25, 2021

## 6004000 - Jacksonville North Pulaski School District

| | | Expected Annual Cost for this Project | |
|---|---|---|---|
| Design Start Date | 04/01/2023 | Pre-2021 | $0 |
| Construction Start Date | 03/01/2024 | 2021-2022 | $0 |
| | | 2022-2023 | $0 |
| Completion Date | 07/01/2025 | 2023-2024 | $0 |
| Status | Planned | 2024-2025 | $5,500,000 |
| Area (GSF) | 64,693 | 2025-2026 | $9,000,000 |
| Funding Code | Partnership | 2026-2027 | $0 |
| Facility Type | Academic | 2027-2028 | $0 |
| | | 2028-2029 | $0 |
| Planning Year | | 2029-2030 | $0 |
| Created | 2017 | 2030-2031 | $0 |
| Changed | 2020 | Total Cost | $14,500,000 |

**If total less than $150,000, Number of Students:**

0

**$300 per student cost:**