## Capital Projects - Committed

January 25, 2021

## 6004000 - Jacksonville North Pulaski School District

| Capital Project Detail ||
|---|---|
| **Project Number & Name:** <br> 1920-6004-002 - New Middle School - Replace Jacksonville MS | **Submit for 2019 - 2021 Partnership Program** <br> **Funding Year:** Year 1 - 2019-20 |
| **Schools and Buildings to be Replaced or Renovated** <br> 6004008 - 6004 - Jacksonville Middle School <br> 600401001 - Middle School <br> 600401002 - Field House <br> 600401003 - Concession Building <br> 600401004 - Portable Building | **Funding Type** Partnership <br> **Primary Type** Warm/Safe/Dry Space Replacement <br> **Secondary Type** <br> **Project Category** Building Replacement |

**Project Scope:**

This project will replace the existing middle school with a new middle school for all district students in grades 6 through 8. Size of the new middle school will be 105,859 SF. The project will be the first phase of a two-phase project. Phase I will construct classrooms for 850 students, while student dining, media center, guidance counselor, and special education spaces will be constructed for 1,050 students. Phase II will construct needed classrooms up to the final capacity of 1,050 students.

The existing Middle School will be demolished due to its poor condition. However, the district may consider some non-academic use of the performing arts section of the school (about 10,000 SF) that was renovated in 2012 following tornado damage. The Middle School is located on Little Rock Air Force Base property under the terms of a lease agreement with the US Government. Any continued district use of the performing arts section of the school may require re-negotiation of the lease agreement. The Jacksonville-North Pulaski School District Board of Directors in their October 2, 2017, meeting approved the new Middle School project and appointed a Site Selection Committee to review site alternatives for the new school.

**Project Justification:**

The district's architect, structural engineer, and construction manager conducted site inspections for the purposes of developing a cost estimate for required renovations that included the following: roof including metal deck replacement, HVAC, structural slab repairs, electrical, waterproofing, A preliminary cost estimate completed on 8/30/2017 indicated total estimated renovation costs of about $18.8 million. The estimated cost of a new middle school is about $21.2 million. The Facility Condition Index (FCI) for the estimated renovation and replacement costs is about 0.887. Since that FCI values is well above 0.65, it is a more prudent expenditure of both state and district funds to replace the existing middle school rather than renovate the school.

EXHIBIT Attachment D

| Does this Project include demolition of existing facility? | Yes | **SqFt Demolished** | 128,805 |
|---|---|---|---|

The district's architect, structural engineer, and construction manager conducted site inspections for the purposes of developing a cost estimate for required renovations that included the following: roof including metal deck replacement, HVAC, structural slab repairs, electrical, waterproofing, A preliminary cost estimate completed on 8/30/2017 indicated total estimated renovation costs of about $18.8 million. The estimated cost of a new middle school is about $21.2 million. The Facility Condition Index (FCI) for the estimated renovation and replacement costs is about 0.887. Since that FCI values is well above 0.65, it is a more prudent expenditure of both state and district funds to replace the existing middle school rather than renovate the school.

| Does this Project include repurposing of existing facility? | No |
|---|---|
| Does this Project involve grade reconfiguration? | No |
| Does this Project result in any Abandoned/UnUsed Facilities? | No |

## Capital Projects - Committed

January 25, 2021

### 6004000 - Jacksonville North Pulaski School District

| | |
|---|---|
| Does this Project result in any Underutilized Facilities? | No |

| Field | Value |
|---|---|
| Design Start Date | 07/01/2018 |
| Construction Start Date | 06/01/2019 |
| Completion Date | 07/15/2020 |
| Status | Committed |
| Area (GSF) | 105,859 |
| Funding Code | Partnership |
| Facility Type | Academic |
| Planning Year | |
| Created | 2018 |
| Changed | 2020 |

**Expected Annual Cost for this Project**

| Year | Cost |
|---|---|
| Pre-2021 | $21,200,000 |
| 2021-2022 | $0 |
| 2022-2023 | $0 |
| 2023-2024 | $0 |
| 2024-2025 | $0 |
| 2025-2026 | $0 |
| 2026-2027 | $0 |
| 2027-2028 | $0 |
| 2028-2029 | $0 |
| 2029-2030 | $0 |
| 2030-2031 | $0 |
| Total Cost | $21,200,000 |

**If total less than $150,000, Number of Students:** 0

**$300 per student cost:**