

Devin R. Bates
Direct Dial: 501-688-8864
Fax: 501-918-7864
E-mail: dbates@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

May 18, 2021

**VIA EMAIL ONLY**

Austin Porter: aporte5640@aol.com
Robert Pressman: pressmanrp@gmail.com
Shawn Childs: schilds@gabrielmail.com
Tony Walker: lwalker@jwwlawfirm.com
Rep. Joy Springer: jspringer@gabrielmail.com; johnwalkeratty@aol.com

      Re:   *Little Rock School District, et al. vs. Pulaski County Special School District, et al.*
              U.S. District Court, Eastern District of Arkansas, No. 4:82-cv-866-DPM

Dear Intervenors:

     As you are aware, Judge Marshall recently ordered PCSSD to come up with a proposal for facilities work to be done at Mills. (Doc. 5730). PCSSD is still studying that order, considering its rights, and is in the early stages of contemplating what it could look like to carry out the work as explained by Judge Marshall. Subject to that introduction, and without waiving any rights available to it, PCSSD hereby provides notice to Intervenors of its intention to pursue the initial phases of proposed construction at Mills University High School. The administration intends to develop a plan seeking to address Judge Marshall's order. Of course, Intervenors are a part of this process.

     The work to be done will be located in, and will predominantly serve, the Mills feeder in the Southeast quadrant of the PCSSD. The projected impact on the racial make-up of the students in each school expected to be affected by the new construction is that this project will increase resources to the student body of Mills University High School, which consists of approximately 65% black students, and 35% non-black students.

     PCSSD's general position on its facilities spending is set out in its Brief in Support of its Motion for Unitary Status (Doc. 5622, pp. 47-55), and its Brief in Support of its Motion in Limine on Facilities (Doc. 5620). This has all been summarized in a recent facilities status report. (Doc. 5726, ¶¶ 1-2). Subject to and without waiving the objections and legal arguments raised in those referenced filings, please allow this letter to serve as PCSSD's formal notice to Intervenors under Section H(3) of Plan 2000. If you believe that this notice is non-compliant with Plan 2000 please notify us immediately so that we can address any problem.

     PCSSD welcomes the Intervenors' input on this proposal within 14 days from the date at the top of this letter. Specifically, PCSSD is interested to learn what Intervenors believe should

**EXHIBIT 1**

Intervenors
May 18, 2021
Page 2

be done at Mills University High School to make PCSSD fully unitary in facilities in accordance with Judge Marshall's order.

    We are also in receipt of your May 5, 2021 response to my April 22, 2021 letter, in which you outlined Intervenors' position on the work proposed to be done to the Driven facility at Mills University High School. Specifically in response to this letter, PCSSD also seeks to understand Intervenors' position on how this previously discussed Driven facility fits in with your proposal on the above.

                                          Best regards,

                                          MITCHELL, WILLIAMS, SELIG,
                                          GATES & WOODYARD, P.L.L.C.

                                          By *[signature]*
                                              Devin R. Bates

DRB/dw
cc:     (via email only)
        Margie Powell: mqpowell@att.net
        Scott Richardson: scott@mwbfirm.com
        Dr. Charles McNulty: cmcnulty@pcssd.org