| AUSTIN PORTER JR.<br>Attorney at Law | **PORTER LAW FIRM**<br>The Tower Building<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>E-mail: Aporte5640@aol.com | Telephone: 501-244-8200<br>Facsimile: 501-372-5567 |
|---|---|---|

June 2, 2021

Sent *via* email to dbates@mwlaw.com

Devin Bates
MITCHELL WILLIAMS
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201-3525

Re: Little Rock School District, et al. v. Pulaski County Special School District, et al.,
United States District Court No. 4:82-CV-00866 DPM

Dear Devin:

Please accept this letter as the response from the *McClendon Intervenors* to your letter of May 18, 2021 regarding facilities. We persist in the position stated in the 3rd paragraph of our letter dated May 5, 2021 regarding the Driven project.

Without more specifics about your approach, we are unable to provide a complete response. We believe that it would be helpful to have a meeting including the superintendent, Curtis Johnson, representatives of the architectural firm, myself, Ms. Springer, and Mr. Pressman in order to obtain a full understanding of your proposal and to allow Intervenors to react in a fully meaningful manner.

We look forward to hearing from you.

Sincerely,

Austin Porter Jr.
Attorney at Law

/apj
cc:  Robert Pressman – pressmanrp@gmail.com
     Rep. Joy Springer – jspringer@gabrielmail.com
     Curtis Johnson – cjohnson@pcssd.org
     Scott Richardson – scott@mwbfirm.com
     Dr. Charles McNulty – cmcnulty@pcssd.org
     Margie Powell – mqpowell@att.net

**EXHIBIT 2**