**June 10, 2021**
**11 a.m.**

<u>Attendees</u>
- Austin Porter
- Bob Pressman
- Joy Springer
- Charles McNulty
- Curtis Johnson
- Devin Bates

<u>Issues that Intervenors Identified</u>:

Driven: Intervenors believe there should be an *attached* Driven program.

Gymnasium: Intervenors state that it should be sufficient to allow tournaments.

Classrooms within the new Driven facility, making sure that there are enough so that teachers do not have to share classrooms, teachers should not have to share classrooms, no sharing of any classrooms especially in core areas.

Joy states that there are issues with field house, gender issues, separate facilities by boys and girls.

Softball field.

ROTC: it got moved at some point in time, Joy has concerns about making sure that ROTC facilities are accredited.

Austin: see what the court said, and see what Margie Powell said

Joy states that Mills HS registrar should not be at Mills Middle, she states that she thinks that school moved files cabinets

Weight rooms, whirl pools, separate offices and lounges.

<u>Joy request for information</u>
- Classrooms at driven, how many are there, verify
- How many classrooms are shared, verify this

<u>Next Steps</u>

- Intervenors requested that they receive a plan from PCSSD by June 30th
- The last regular school board meeting prior to the August 1st deadline is the second Tuesday in July.
- PCSSD fully intends to meet its August 1st deadline with the Court

**EXHIBIT 3**