**Devin Bates**

| | |
|---|---|
| **From:** | Devin Bates |
| **Sent:** | Thursday, June 10, 2021 1:13 PM |
| **To:** | Austin Porter Jr. Esq. (Aporte5640@aol.com); Joy Springer (jspringer@gabrielmail.com); Robert Pressman (pressmanrp@gmail.com) |
| **Cc:** | Curtis Johnson (cjohnson@pcssd.org); Charles McNulty (cmcnulty@pcssd.org) |
| **Subject:** | Today's Meeting with PCSSD and Intervenors |
| **Attachments:** | 2021.06.10 Meeting with Intervenors.pdf |

Austin, Bob, and Joy:

Thank you for your time today.

Please see attached notes listing Intervenors' concerns that you submitted today in our meeting.

As I mentioned at the meeting, Dr. McNulty and Mr. Johnson have received your concerns and are now moving forward with preparing a plan as ordered by Judge Marshall.

Devin



**Devin R. Bates**
T 501.688.8864 | F 501.918.7864
dbates@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

**EXHIBIT**
**4**