| | | |
|---|---|---|
| AUSTIN PORTER JR.<br>Attorney at Law | **PORTER LAW FIRM**<br>The Tower Building<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>E-mail: Aporte5640@aol.com | Telephone:501-244-8200<br>Facsimile: 501-372-5567 |

July 8, 2020

Sent *via* email to dbates@mwlaw.com

Devin Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD PLLC
425 W. Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

Re: Little Rock School District v. Pulaski County Special School District, United States
 District Court 4:82-CV-00866 DPM

Dear Devin:

  I am in receipt of your letter dated June 30, 2021, and thank you for sending it. After reading your letter, I need for you to provide some information and answers to some questions. You mentioned that "[d]uring the month of June [2021], the PCSSD Administration also met with other stakeholders and community members to gather multiple other perspectives on what this means to them." First, let me say that I am a little disappointed that a meeting was held with "community members," to get their perspectives on the Mills High/Robinson Middle inequities without McClendon Intervenors being invited. I will chalk this up as an oversight.

  In reference to the above-mentioned meeting, I need for you to provide some information relative to this meeting. First, I need for you to provide me with a list of those persons who attended this meeting. Second, I need for you to provide me with any notes, minutes, recordings, whether audio, video, or digital of this meeting that took place. Third, I also need for you to tell me where the meeting was held, when it was held, and any notices sent out to patrons and/or community members advising them about the meeting. Fourth, I need for you to provide me with any materials presented to the "community members" prior to, during, and/or after the meeting.

  It is also my understanding that there is a school board meeting scheduled for next Tuesday, and that the PCSSD Administration is preparing a presentation to be presented to the board members regarding the "four initiatives" that have emerged from the meetings that have been held. Please provide the intervenors with a copy of this planned presentation by Friday, and certainly no later than Monday, July 12, 2021. It is also my understanding that a second meeting is planned

**EXHIBIT 7**

Mr. Bates
July 8, 2021
Page 2

with the community. When that meeting time has been set, please advise the location, date, and time for such meeting.

In reference to the ROTC Building being planned at Mills, it is the position of the Intervenors, that the building should be equal to that of the ROTC building at Jacksonville High School. Once the plans for the sports arena for Mills have been finalized, please provide the Intervenors with a copy, so that we can have some input. Intervenors also state the position that the Mills sports arena should be equal to that of the Sylvan Hills arena with appropriate accommodations to meet state and federal guidelines, i.e., handicap accessibility, etc.. Please confirm whether the proposed number of classrooms for Driven and other courses will eliminate the need for teachers sharing classrooms.

There was no mentioning of the Performing Arts Center at Mills. Intervenors do not believe that the 600-seat center will adequately accommodate the students and staff at the school. Are there any plans to address this apparent inadequacy with the PCSSD Board of Education, and get their approval to address this deficiency?

Also, please provide the Intervenors with a copy of the application for the ARP funds that has been, or will be submitted to the Arkansas Department of Education.

Again, thank you for your letter. Should you have any questions or concerns, please do not hesitate to give me a call.

Sincerely,

Austin Porter Jr.
Attorney at Law

/apj

cc:   Robert Pressman
      Joy Springer