| | | |
|---|---|---|
| AUSTIN PORTER JR.<br>Attorney at Law | **PORTER LAW FIRM**<br>The Tower Building<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>E-mail: Aporte5640@aol.com | Telephone:501-244-8200<br>Facsimile: 501-372-5567 |

July 28, 2020

Sent *via* email to dbates@mwlaw.com

Devin Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD PLLC
425 W. Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

Re:  <u>Little Rock School District v. Pulaski County Special School District</u>, United States
 District Court 4:82-CV-00866 DPM

Dear Devin:

On July 13, 2021, the PCSSD administration made written and oral presentations to the Pulaski County Special School District's Board of Education regarding the "Mills/Robinson [facility] issue." In its decision on May 6, 2021, the Court had ruled that "it was more of the same: unequal facilities based on race," with new Mills, the school in the "majority-black area," disadvantaged. [**Doc # 5730, pp. 26-29**] The recent presentations to the board were inaccurate and incomplete in multiple respects.

The July 13th written presentation overstates the extent to which Intervenors have been presented "a plan" to which to react. The administration's most detailed presentation to Intervenors, of concepts being considered, included this text: "[n]othing in this letter is final. All details herein are subject to change." [Letter from Mr. Bates to myself, June 30, 2021 at 2]. Therefore, a statement that counsel for the intervenors have been presented "a plan," is not accurate, and should be corrected to the Board of Education. District counsel has advanced this message repeatedly. The administration informed the Board of Education on July 13th that the effort was "a work in progress." For example, multiple locations for additional classroom space at Mills High were said to be under consideration. It necessarily follows that Intervenors have been provided, for reaction, no facility proposal that has been approved by the PCSSD Board of Education. Until such a proposal has been approved by the PCSSD Board of Education, then there is nothing for the Intervenors to react to.

**EXHIBIT 8**

Mr. Bates
July 28, 2021
Page 2

    Again, I am asking that before any *proposed* finalized plans be presented to the Board of Education that Intervenors' be allowed to review and react to any such *proposed* finalized plans to allow our input, which is a *Plan 2000* requirement. Not meaning to beat a dead horse, but had this been followed in the planning phase of Mills High School, we probably would not be having this conversation, and we could have saved the district a lot of money, that it now must spend to address these glaring inequities that exist between Mills, Robinson, and now Sylvan Hills High School. No school directors meeting is scheduled until after August 1, 2021, the date by which the Court required PCSSD's submission of a proposal.

    The written presentation refers to "the lack of objection received from Intervenors," which again is an inaccurate assertion. Intervenors have, in substance, made multiple objections. This has been done, both by advocating for implementation of the general concepts offered by the district with specific additions in order to achieve adequacy and equality, and by raising additional matters, yet to be addressed by the district.

    Intervenors have communicated these points regarding PCSSD concepts:

- the 10 new classrooms for Driven and other classes should be located in an addition to the main new Mills High School building and provide the added benefit of eliminating the shared classroom problem; see my letter of May 5, 2021(four reasons for Intervenors' position on location of these classrooms);

- the new arena should be equal in quality to the new arena at Sylvan Hills High School;

- the ROTC facility should be equal in quality to the one at Jacksonville High School, not an "improve[ment] [to] the [current] ROTC building."

- the Performing Arts Center, which the Court found to have been improperly reduced to a capacity of 700 [ **Doc. # 5730, p. 25**], appears to have seating for only 600 and is inadequate to accommodate all students and staff;

- office space for the Mills High Registrar should be in the high school facility, not the middle school;

- the water fountain replacement project identified by Curtis Johnson should address the fact these fountains at new Mills High are present in the west side, but not the east side of the facility. Mr. Johnson agreed to add this problem to this area of his work, when Ms. Springer raised it based upon her monitoring.

Intervenors agree with Mr. Johnson that a softball field should be provided at Mills High School.

    Intervenors monitoring by Ms. Springer evidences that the district administration exaggerated its contacts with "stake-holders and community leaders," a matter referenced in the written material present to the school directors on July 13th. Ms. Springer attended not only the

Mr. Bates
July 28, 2021
Page 3

July 13th school board meeting, but also the community meeting the prior evening. The persons present other than presenters were very limited in number and several were PCSSD employees.

    I trust that this letter has been illuminating and will assist you going forward. However, should you have any questions or concerns, please do not hesitate to give me a call. Thank you for your time.

                                                Sincerely,

                                                Austin Porter Jr.
                                                Attorney at Law

/apj

cc:    Robert Pressman – pressmanrp@gmail.com
        Rep. Joy C. Springer – jspringer@gabrielmail.com
        Amanda G. Orcutt – aorcutt@mwlaw.com
        Sam Jones – Sjones@mwlaw.com