

| EXHIBIT |
|---------|
| 13 |