

**EXHIBIT 15**