

EXHIBIT
16