

NOTE:

IT IS THE RESPONSIBILITY OF THE OWNER AND ARCHITECT TO PROVIDE SEATING AND ACCESSIBLE PATHS OF TRAVEL THAT CONFORM TO THE REQUIREMENTS OF THE AMERICANS WITH DISABILITIES ACT TITLE III TO ACCOMMODATE INDIVIDUALS WITH DISABILITIES. THE OWNER AND ARCH-ITECT ARE REQUIRED TO CONSULT THE FEDERAL STATUTE CFR PART 36 FOR REGULATIONS PERTAINING TO ACCESSIBLE SEATING FOR AMERICANS WITH DISABILITIES.

## LEGEND

= CUPHOLDER
= ADA STANCHION
= AISLE LIGHT
= LOGO
= REMOVABLE CHAIR
= FLOOR MNT CHAIR
= WHEELCHAIR SPACE

**PLEASE NOTE**
THIS IS A GENERAL LEGEND, SOME OF THE SYMBOLS SHOWN MAY NOT PERTAIN TO THIS JOB

NOTES:
1. FEDERAL ADA CODE REQUIRES:
A. ALL WHEELCHAIR SPACES TO HAVE ONE FIXED COMPANION CHAIR PER SPACE
B. ALL WHEELCHAIR SPACES TO BE LOCATED ON A LEVEL SURFACE
C. A MAXIMUM SLOPE OF 1" PER FOOT WITH A 5'-0" LEVEL AREA EVERY 30'-0" OF SLOPE OR A MAXIMUM SLOPE OF 3/4" PER FOOT OVER A TOTAL SLOPE LENGTH OF 40'-0" (PLEASE ADVISE)
D. – 11 – WHEELCHAIR SPACES ARE REQUIRED FOR THIS QUANTITY OF SEATS.
E. – 5 – ADA EASY ACCESS END STANCHIONS ARE REQUIRED PER FEDERAL AMERICANS WITH DISABILITIES ACT. EQUAL TO 1% OF TOTAL SEATS

KEY

NOTE: DIMENSIONS ON THIS DRAWING ARE FOR SEATING LAYOUT PURPOSES ONLY

*FUSION*
*SPACING INFORMATION*

| | |
|---|---|
| ROW SPACING = | 2' – 9" |

CLEAR SPACE

| | |
|---|---|
| SEAT UP = | 1' – 7" |
| SEAT DOWN = | 0' – 10 1/2" |

*FUSION*
*SEATING SUMMARY*

| SIZE | QUANTITY |
|---|---|
| 18" | 0 |
| 19" | 0 |
| 20" | 343 |
| 21" | 65 |
| 22" | 0 |
| TOTAL: | 408 |

| | |
|---|---|
| WHEELCHAIR LOC = | 10 |
| A.D.A. LOC = | 5 |

### hussey seating
YOUR PARTNER FOR SEATING SOLUTIONS
38 DYER STREET EXT.
NORTH BERWICK, ME. 03906
TELEPHONE: (207) 676–2271  FAX: (207) 676–9815

## ROBINSON MIDDLE SCHOOL
### LITTLE ROCK, ARKANSAS

The layout shown is drawn per Hussey Seating Companys interpretation of :
IBC2012
If the applicable code is different than the stated code please provide correct code information.

| REV. | DRAFT | DATE | DESCRIPTION |
|---|---|---|---|
| 0 | | 3/21/17 | ORIGINAL |

DEALER:
SCHOOL & OFFICE PRODUCTS

| DRAWN BY: | CHECKED BY: |
|---|---|
| D.FLANDERS | |

SHEET TITLE:
MANIFEST PLAN

| HUSSEY ORDER NO. | FILE NAME: |
|---|---|
| 0-55684/0-55685 | 0-55685 |

SHEET NO.:
MP – 01

## COURTSIDE SUMMARY

| SIZE | QUANTITY |
|---|---|
| 10" COURTSIDE | 728 |
| 12" COURTSIDE | 0 |
| SPACER | 116 |
| SPACER W CUP | 0 |
| TOTAL: | 728 |

## MANIFEST PLAN

## EXHIBIT
# 17



The layout shown is drawn per Hussey Seating Companys interpretation of :

**IBC2012**

If the applicable code is different than the stated code please provide correct code information.

| REV DRAFT | DATE | DESCRIPTION |
|---|---|---|
| 0 | 3/21/17 | ORIGINAL |

FUSION
SPACING INFORMATION

ROW SPACING =   2'-9"

CLEAR SPACE

SEAT UP =   1'-7"
SEAT DOWN =   0'-10 1/2"

FUSION
SEATING  SUMMARY

| SIZE | QUANTITY |
|---|---|
| 18" | 0 |
| 19" | 0 |
| 20" | 343 |
| 21" | 65 |
| 22" | 0 |
| TOTAL: | 408 |

WHEELCHAIR LOC =   10
A.D.A. LOC =   5

COURTSIDE SUMMARY

| SIZE | QUANTITY |
|---|---|
| 10" COURTSIDE | 728 |
| 12" COURTSIDE | 0 |
| SPACER | 116 |
| SPACER W CUP | 0 |
| TOTAL: | 728 |

**BLEACHER SEATS**

**CHAIR BACK SEATS**

DEALER:
**SCHOOL & OFFICE PRODUCTS**

DRAWN BY:                          CHECKED BY:

D.FLANDERS

SHEET TITLE:
MANIFEST
PLAN

HUSSEY ORDER No.                FILE NAME:

0-55684/0-55685          0-55685

SHEET No.:
MP – 01