

**EXHIBIT 18**

