## Nominal Dollars

| | Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|---|
| K-12 Enroll. | 1,689 students | | 2,513 students | | 2,676 students | | 4,546 students | |
| Elem. | Bates ES (2000) | $7,031,462 | Chenal ES (2008) | $13,986,063 | Pine Forest Expansion (2011) | $3,205,120 | | |
| Mid. Sch. | Mills MS (2018) | $5,456,636 | Robinson MS (2018) | $43,089,763 | Maumelle MS (2005) | $18,421,031 | Sylvan Hills MS (2011) | $34,306,500 |
| High Sch. | Mills HS (2018) | $50,072,174 | | | Maumelle HS (2011) | $58,273,574 | Sylvan Hills HS | $65,000,000 |
| | Mills HS (2021) | $19,000,000 | | | | | | |
| Total $ | | $81,560,271 | | $57,075,826 | | $79,899,725 | | $99,306,500 |
| $ per student | | $48,289.09 | | $22,712.23 | | $29,857.89 | | $21,844.81 |

## Real Dollars (adjusted for inflation)

| | Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|---|
| K-12 Enroll. | 1,689 students | | 2,513 students | | 2,676 students | | 4,546 students | |
| Elem. | Bates ES (2000) | $11,082,750 | Chenal ES (2008) | $17,630,365 | Pine Forest Expansion (2011) | $3,867,806 | | |
| Mid. Sch. | Mills MS (2018) | $5,897,774 | Robinson MS (2018) | $46,573,324 | Maumelle MS (2005) | $25,602,846 | Sylvan Hills MS (2011) | $41,399,663 |
| High Sch. | Mills HS (2018) | $54,120,223 | | | Maumelle HS (2011) | $70,322,134 | Sylvan Hills HS | $65,000,000 |
| | Mills HS (2021) | $19,000,000 | | | | | | |
| Total $ | | $90,100,747 | | $64,203,689 | | $99,792,787 | | $106,399,663 |
| $ per student | | $53,345.62 | | $25,548.62 | | $37,291.77 | | $23,405.12 |

---

[1] Bates Elem. in 2000 dollars (Doc. 4507, p. 75).
[2] Mills Middle in 2018 dollars (PCSSD Trial Ex. 156).
[3] Mills High in 2018 dollars (PCSSD Trial Ex. 156).
[4] Chenal Elem. in 2008 dollars (Doc. 4306, p. 36).
[5] Robinson Middle in 2018 dollars (PCSSD Trial Ex. 156).
[6] Pine Forest Expansion in 2011 dollars (Doc. 4306, p. 37).
[7] Maumelle Middle in 2005 dollars (Doc. 4306, p. 35).
[8] Maumelle High in 2011 dollars (Doc. 4306, p. 35).
[9] Sylvan Hills Middle in 2011 dollars (Doc. 4306, p. 37).
[10] Budgeted cost of Sylvan Hills High (Doc. 5318, p. 1).

[11] The individual school costs reported in the top chart were adjusted for inflation and reported in terms of 2021 dollars in the bottom chart. Since the Proposal to Mills High is reported in terms of 2021 dollars no adjustment was made. No adjustment was made to the budgeted, but not yet fully finalized, cost of Sylvan Hills High. The inflation adjustments were made by inputting the "actual" dollar numbers into an inflation calculator on the website of the Federal Reserve Bank of Minneapolis. See https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator. The inflation adjusted individual school costs reported in the bottom chart are reported verbatim as calculated by the Fed using the aforementioned inflation calculator.

**Enrollment numbers**: Based on PCSSD's official October 1, 2020 enrollment, as on file with the state of Arkansas. See https://adedata.arkansas.gov/statewide/ReportList/Schools/EnrollmentCount.aspx?year=31&search=6003&pagesize=100
See enrollment breakdown on the following page.

**EXHIBIT 21**

## K-12 Enrollment by Zone

| Southeast Zone | | West Zone | | Maumelle Zone | | Sherwood Zone | |
|---|---|---|---|---|---|---|---|
| College Station ES | 115 | Robinson ES | 212 | Pine Forest ES | 411 | Cato ES | 289 |
| Bates ES | 346 | Baker ES | 378 | Oak Grove ES | 159 | Clinton ES | 486 |
| Landmark ES | 221 | Chenal ES | 445 | Crystal Hill ES | 504 | Harris ES | 144 |
| Mills MS | 390 | Lawson ES | 180 | Maumelle MS | 675 | Oakbrooke ES | 397 |
| Mills HS | 609 | Robinson MS | 566 | Maumelle HS | 927 | Sherwood ES | 295 |
|  |  | Robinson HS | 702 |  |  | Sylvan Hills ES | 388 |
|  |  |  |  |  |  | Sylvan Hills MS | 1,168 |
|  |  |  |  |  |  | SHHS+North | 1,473 |
| **Total Students:** | **1,689** |  | **2,513** |  | **2,676** |  | **4,546** |