(Rev. 12/1/2016)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District   District of Arkansas

Little Rock School District

*Plaintiff*
v.

Pulaski County Special School District, et al.

*Defendant*

)
)
)
)
)
)

Case No. 4:82cv0866DPM

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Emily McClendon, Tamara Eackles, Valerie Stallings, Tiffany Ellis and Linda Morgan

Date: August 4, 2021

Joyce Raynor  AB2005099
*Attorney's printed name and bar number*

1723 Broadway, Little Rock, Arkansas 72206
*Address*

jraynorcarr@gmail.com
*E-mail address*

501-374-3758
*Telephone number*

501-374-4187
*FAX number*