IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                            PLAINTIFFS

VS.                         CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                             DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                              INTERVENORS

INTERVENORS' UNOPPOSED MOTION FOR FEES AND COSTS
RELATIVE TO JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A**., and **Robert Pressman**, and for their unopposed motion for fees and costs relative to Jacksonville/North Pulaski School District, they state the following:

1.      On May 6, 2021, this Court entered a Memorandum Opinion and Order [**Doc. # 5730**] declaring, *inter alia*, the Jacksonville/North Pulaski School District unitary, "[w]ith the exception of completing its 2018 master facilities plan as modified."

2.      The Court encouraged the parties to confer about a reasonable attorney's fees for monitoring the school district, and for the litigation that ensued.

3.      The Court directed the intervenors to provide the Jacksonville/North Pulaski School District with their time records, and related costs, which the intervenors have done.

1

4.     The parties have engaged in negotiations, and have come to an agreed upon fee that should be awarded the intervenors for attorney's fees and other costs herein expended for the defense of the consent decree (*Plan 2000*).

5.     **The parties have agreed to an attorney's fee and monitoring fee in the amount of $130,000.00**.

6.     Counsel for Jacksonville/North Pulaski School District advised that this matter of intervenors' attorneys' fee request was presented to the Board of Education for said school district on Monday, August 2, 2021, which said board approved.

7.     Despite the fact that the parties have agreed to an appropriate fee award, the intervenors submit the following as the time expended herein, for the Court's review, as well as the general public:

FEES

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| John W. Walker | 17.85 | $450.00 | $ 8,032.50 |
| Robert Pressman | 293.93 | $350.00 | $ 103,925.50 |
| Austin Porter Jr. | 106.95 | $350.00 | $ 37,432.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total |  |  | $ 149,390.50 |

MONITOR FEES

| Monitor | Hours | Rate | Total |
|---|---|---|---|
| Joy Springer | 339 | 137.50 | $ 46,612.50 |
| Charles Bolden | 40 | 70.00 | $ 2,800.00 |
| Marva Smith | 40.65 | 70.00 | $ 2,845.00 |
|  |  |  |  |
| Total |  |  | $ 52,257.50 |

**Grand total for attorney's fees and monitoring fees ……………$ 201,648.00**

COSTS

| Activity | Cost |
|---|---|
| Filing Fee | $ |
| Witness Fees | $ |
| Process Server | $ 0.00 |
| Deposition Cost | $ |
| | |
| **Total ………………………………** | **$** |

        **Total Fees Incurred ……………………………………**    **$   149,390.50**

        **Total Monitoring Fees Incurred …………………..**    **$   52,257.50**

        **Total Costs Requested ………………………………..**    **$   0.00**

        **Grand Total …………………………………………...**    **$   201,648.00**

    **The negotiated total amount requested ……………………..**    **$   130,000.00**

8.     The affidavit of Austin Porter Jr. is attached herein, describing his general qualifications, the work he performed as counsel in this case. (**See Exhibit "A"**).

9.     The declaration of Robert Pressman is attached herein, describing his general qualifications, the work he performed as counsel in this case. (**See Exhibit "B"**).

10.     The declaration of Joy Springer is attached herein, describing her general qualifications, the work that she performed as lead monitor in this case. The highlighted portions relate to the work performed in the Jacksonville case. (**See Exhibit "C"**).

11.     The time statement of the late John W. Walker is attached herein. The highlighted portions relate to the work performed in the Jacksonville case. (**See Exhibit "D"**).

12.     The time records of monitors Charles Bolden and Marva Smith are attached herein as **Exhibits "E" and "F"** are also attached herein, detailing their work as monitors in this case.

3

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

Joyce Raynor Carr
JOHN W. WALKER, P.A.
1723 S. Broadway
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187

jraynorcarr@gmail.com

Shawn G. Childs
Lawrence A. Walker
WALKER & CHILDS, PLLC
1815 S. State Street
P. O. Box 3462
Little Rock, Arkansas 72206
Telephone: 501-287-8680
Facsimile: 501-222-8872

schilds@walkerandchilds.com
lwalker@walkerandchilds.com

ATTORNEYS FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 6th day of August 2021, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

M. Samuel Jones III.
Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

              Austin Porter Jr.