IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT             PLAINTIFF

VS.             CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.             DEFENDANTS

EMILY MCCLENDON, ET AL.             INTERVENORS

### AFFIDAVIT OF AUSTIN PORTER JR.

Comes the affiant, **Austin Porter Jr.**, submitting the following affidavit under oath:

1. I graduated from the University of Arkansas at Little Rock in the fall of 1982 with a major in criminal justice. During the spring of 1983, I was awarded one of two Winthrop Rockefeller Scholarships to attend law school at the University of Arkansas at Little Rock (UALR) School of Law. I enrolled at the UALR School of Law during the fall of 1983. I graduated from the UALR School of Law on May 18, 1986. On August 25, 1986, I was admitted to the practice of law before the Bar of Arkansas. I have also been admitted to practice before the United States District Court, Eastern and Western Districts of Arkansas.

2. Upon completion of law school, I went to work for Central Arkansas Legal Services (CALS), where I handled cases such as domestic relations, consumer, real estate and landlord tenant. I worked at CALS from August 1986 until May 5, 1989. I then worked at Walker, Roaf, Campbell, Ivory & Dunklin. While at this firm, I handled personal injury litigation and criminal matters. I also continued to handle consumer matters. I joined the firm of John W. Walker, P.A. on September 2, 1991, and have been involved in employment discrimination cases, civil rights



cases, and voting rights cases. I left the employment of John W. Walker, P.A., on May 7, 1999, when I opened the Porter Law Firm as a solo practitioner.

3. The professional associations that I hold memberships in are: Arkansas Bar Association, Pulaski County Bar Association and the W. Harold Flowers Law Society. I served on the Board of Directors of the Pulaski County Bar Association during 1990 and 1991. I served as chairman of the Law Day Committee for the Pulaski County Bar Association. I currently serve on the Arkansas Bar Association's Commission on Diversity, and I am a former member of the Federal Practice Committee.

4. Some of the cases that I have been involved in are:

**Employment Discrimination**

Harrison v. Moore, United States District No. PB-C-91-0468, Tarar Porter v. Carolyn Staley, United States District Court No. LR-C-94-8, Pamela Smith v. KATV, et al., United States District Court No. LR-C-94-434; Ollie Eddings, et al. v. Augusta School District, et al., United States District Court No. H-C-95-120; Angela Piggee v. Jimmy Jones, 84 F. 3d. 303, 109 Ed. Law Rep. 622 (8th Cir. 1996); Debra A. Smith, et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998); Julia Ellis, et al. v. Arkansas Department of Human Services, United States District Court No. LR-C-97-1036; Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715, Richard Day and Calvin Hollowell v. F. G. "Buddy" Villines, et al., 907 F. Supp. 1264 (E. D. Ark. 1995), *reversed* 119 F.3d 650 (8th Cir. 1997); Milton Graham, et al. v. Arkansas Department of Human Services, United States District Court No. 4:00CV-00960 JMM, Ester Lunnie, et al. v. University of Arkansas Board of Trustees, et al., United States District Court No. 4:99CV-000809, *interlocutory appealed*, 255 F.3d. 615 (8th Cir. 2001), Myrtle "Merle" Smith v.

Arkansas Department of Human Services, United States District Court No. 4:00CV00277 GTE; Michael Coleman v. Holiday Inn Select, 158 F.Supp.2d 923 (E.D.Ark. 2001); Dorothy Smith v. Arkansas Teacher Retirement, United States District Court No. 4-01-CV0-0026GH; Nicole L. Gray v. United States Beef Corporation, United States District Court No. CV-02-6101; Timothy Starks v. Southland Hyundai, Inc., d/b/a Northland Hyundai, United States District Court No. 4:01CV-00542 GTE; Ausler v. Arkansas Department of Education, 245 F.Supp.2d 1024 (E.D. Ark. 2003); Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696; Desi A. Ledbetter v. Alltel Corporate Services, 437 F.3d 717 (8th Cir. 2006), Sheila Fields v. Shelter Mutual Insurance Co., 520 F.3d 859 (8th Cir. 2008), Carol Fuller v. Fiber Glass Systems, L.P., 618 F.3d 858 (8th Cir. 2010), Kelven Hadley v. The City of Pine Bluff, Arkansas, et al., United States District Court No. 5:08-CV-00184 JLH; Gary Austin v. Fletcher Long, 779 F.3d 522 (8th Cir. 2015); Melvin Smith v. URS Corporation, 803 F.3d 964 (8th Cir. 2014); Jeffrey Sand Co. v. Adrian Bryant, 919 F.3d 520 (8th Cir. 2019); Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019); Doris Smith v. Arkansas Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM.

**School Litigation**

Tammie McFarlin, et al. v. Newport Special School District, 980 F.2d 1208 (8th Cir. 1992); Tammie McFarlin, et al. v. Newport Special School District, 784 F.Supp. 589 (E.D.Ark. 1992), Simmons on Behalf of Simmons v. Hooks, 843 F.Supp. 1296 (E.D.Ark. 1994)

**42 U.S.C.S. § 1983**

Adams v. Hartwick, United States District Court No. LR-C-86-747; Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032; Elvin Gamble Jr. v. Pulaski County, Arkansas et al., United States District Court No. LR-C-97-38; Charles Dobbins v.

Mike Collie, et al., United States District Court No. 96-6011; Annie Johnson v. Pulaski County, Arkansas, et al., United States District Court No., LR-C-96-594; Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075; Wheeler v Prince, 318 F.Supp.2d 767 (E.D.Ark. 2004); Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. 4:05-CV-0902 JLH; Rodney Burrell v. The City of Sherwood, Arkansas, United States District Court No. 4:08-CV-002517 WRW; Dwain Smith v. Conway County, Arkansas, 759 F.3d 853 (8th Cir. 2014); Colbert v. City of Monticello, Arkansas, 775 F.3d 1006 (8th Cir. 2014); Sylvia Perkins, et al. v. Joshua Hastings, et al., United States District Court No. 4:15-CV-00310 BSM; Davdrin Goffin v. Robbie Ashcraft, 957 F.3d 858 (8th Cir. 2020).

**42 U.S.C.S. § 1981**

Johnny Whitfield, et al. v. Forrest City School District, et al., United States District Court No. H-C-88-86, Sherri Betton v. Sears, United States District Court No. LR-C-91-852, Tinika Daniels et. al. v. Dillard's, Inc., et al., 373 F.3d 885 (8th Cir. 2004);

**Labor and Employment Law**

Petty v. Scan, United States District Court No. LR-C-91-324,

**State Reported Opinions**

Green v. Bell, 308 Ark. 473, 826 S.W.2d 226 (1992), Torrence Tabor Cheatham v. State, 63 Ark.App. 106, 974 S.W.2d 490 (Ark.App. 1998); Bell v. Jefferson Hospital Association, Inc., 96 Ark.App. 283, 241 S.W.3d 276 (Ark.App. 2006); Huff and Ward v. Family Dollar Trucking, Inc., et al., 2015 Ark. App. 574 (2015)[1].

5. I have been a presenter for the following Continuing Legal Education events:

---

[1] The defendants appealed a jury verdict in the amount of $3,250,000.00, which was affirmed in large part.

- W. Harold Flowers Law Society – Annual Meeting: Employment: Employment Discrimination – June 20 – 21, 2003;
- Arkansas Bar Association – 2003 Bridging the Gap Seminar: Employment Law – November 8, 2003;
- Arkansas Bar Association – 2004 Bridging the Gap Seminar: Employment Law – November 6, 2004;
- National Business Institute - *Prevent Human Resource Claims* - March 14, 2006;

To name a few.

6. The fee that I am requesting in this case is **$350.00** per hour, which rate is reasonable and commensurate with my experience and qualifications. This rate is comparable to that of other attorneys with my experience, and working in Little Rock, Arkansas who are involved in this type of litigation or in general practice.

7. In 1994, I was awarded an hourly rate of $130.00 for the work that I performed in the case of Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696 and on January 19, 1995, I was awarded an hourly rate of $130.00 for work I performed in the case of Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032. On September 27, 1996, I was awarded an hourly rate of $135.00 in the case of Richard Day and Calvin Hollowell v. Randy Johnson, et al., United States District Court No. LR-C-94-849 (case and fee award reversed on appeal)[2]. In May 1997, in the case of Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011, the parties settled the fee issue,

---

[2] Richard Day and Calvin Hollowell v. Randy Johnson, et al., 119 F.3d 650 (8th Cir. 1997).

5

giving undersigned counsel his hourly rate of $135.00. On December 17, 1997, I was awarded an hourly rate of $135.00 in the case of Debra A. Smith et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998). On August 19, 1999, I was awarded an hourly rate of $140.00 in the case of Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075. On July 9, 2001, I was awarded an hourly rate of $150.00 in the case of Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715. On October 5, 2001, I was awarded an hourly rate of $150.00 in the case of Kevin Byers v. Augusta School District, *et al.*, United States District Court No. 2:97CV00109JFF. On the date of December 17, 2001, I was awarded an hourly rate of $150.00 in the case of Milton Graham, et al. v. Arkansas Department of Humans Services, United States District Court No. 4:00CV-00960 JMM. On May 5, 2003, I was awarded an hourly rate of $170.00 in the case of Nicole L. Gray v. United States Beef Corporation, United States District Court No. CV-02-6101. On October 28, 2004, I was awarded an hourly rate of $200.00 in the case of Desi A. Ledbetter v. Alltel Corporate Services, Inc., United States District Court No. 4-03-CV-00533 WRW.[3] In January 2007, I was awarded an hourly rate of $225.00 based on a settlement in the case of Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. No. 4:05-CV-0902 JLM. In March 2009, I was awarded an hourly rate of $250.00[4] in the case of Levoria Jefferson, et al. v. Helena/West Helena School District, United States District Court No. Case No. 2:04-CV-00170 BRW. In September 2009, I was awarded an hourly rate of $225.00 in the case of Carol L. Fuller v. Fiber Glass Systems, L.P.,

---

[3] Alltel Corporate Services, Inc., did not challenge this hourly rate at the district court level, apparently believing it to be reasonable.

[4] Aldolphus Hicks did not challenge this hourly rate at the district court level, believing it to be reasonable.

United States District Court No. 4:07-CV-01120 BRW. In September 2016, I was awarded an hourly rate of $325.00 in the case of Little Rock School District v. Pulaski County Special School District, et al., United States District Court No. 4:82-CV-00866 DPM. On October 20, 2017, undersigned counsel was awarded an hourly rate of $350.00 in the case of Sylvia Perkins, et al. v. Joshua Hastings, et al, United States District Court No. 4:15-CV-00310. On May 31, 2018, undersigned counsel was awarded an hourly rate of $350.00 in the case of Adrian Bryant v. Jeffrey Sand Company, United States District Court No. 4:16-CV-0509 BSM.[1] On July 23, 2018, undersigned counsel was awarded an hourly rate of $285.00 by The Honorable Price Marshall; counsel had requested his customary hourly rate of $350.00, but Judge Marshall refused despite stating that "[M]r. Porter is a gifted, skilled, and experienced lawyer." The Court noted that Mr. Ridgell's success "wasn't across the board." The jury ruled in favor of Mr. Ridgell's race claim, but not the retaliation claim. See Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., United States District Court No. 5:16-CV-00073 DPM [**Doc. # 87**][2]. On May 2, 2019, undersigned counsel was also awarded his customary hourly rate of $350.00 by the Eighth Circuit Court of Appeals. See Adrian Bryant v. Jeffrey Sand Company, Eighth Circuit Court of Appeals No. 18-2297. In June 2020, in the case of Doris Smith v. Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM, undersigned counsel requested an hourly rate of $350.00, which was not opposed, and the defendant agreed to pay the jury verdict of $331,333.81, fees, and other requested equitable relief.

8. The total time that I am seeking to be compensated for in this case is **106.95** hours.

9. The total time of **106.95** hours is a conservative but reasonable submission based

---

[1] This hourly rate was upheld on appeal. See Adrian Bryant v. Jeffrey Sand Co., 919 F.3d 520, 529 (8th Cir. 2019).
[2] The Eighth Circuit reversed the jury verdict in this case *in toto*. See Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019).

upon my time records which were prepared contemporaneously to the performance of the work. I have attached a true and accurate account of the hours that I have expended in representing the plaintiff **McClendon Intervenors.** The total amount of time being billed is submitted upon careful review of my records, and necessary reductions of hours have been made in order to avoid unproductive and duplicative work.

    This statement is true and correct to the best of my knowledge, records, information and belief.

_____
Austin Porter Jr., #86145

STATE OF ARKANSAS )
                  )ss.
COUNTY OF PULASKI )

    SUBSCRIBED and SWORN to before me, a Notary Public, on this 6 day of August, 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

August 16, 2028

ASHLEY HATHCOCK
MY COMMISSION # 12705421
EXPIRES: August 16, 2028
Pulaski County

8

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                         PLAINTIFF

VS.                          CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                     DEFENDANTS

EMILY MCCLENDON, ET AL.                                              INTERVENORS

---

Invoice submitted to:
McClendon Intervenors c/o
John W. Walker, P. A.
1723 S. Broadway
Little Rock, Arkansas 72206

June 24, 2021

Invoice # 10005

## TIME STATEMENT FOR AUSTIN PORTER JR.
Jacksonville/Pulaski North School District

| Date | Professional Services | Hours/Rate | Amount |
|---|---|---|---|
| 11/16/2019 | Reviewing pleading by Jax/North | 1.75/$350.00 | $ 612.50 |
| 02/07/2020 | Conference at Scott Richardson's office to go over Jacksonville/North Student Discipline data with Jacob Scott | 1.00/$350.00 | $ 350.00 |
| 02/17/2020 | Reading court orders [#5445] and [#5187] regarding Jax/North. | 1.25/$350.00 | $ 437.50 |
| 04/28/2020 | Conference with Rizelle Aaron regarding upcoming deposition. | 1.50/$350.00 | $ 525.00 |
| 05/01/2020 | Deposition of Rizelle Aaron | 2.50/$350.00 | $ 875.00 |
| 05/12/2020 | Reviewed Scott's email regarding future meetings in light of COVID-19 concerns. | .20/$350.00 | $ 70.00 |
| 08/31/2020 | Working on Brief in Response to Unitary Status (Jax/North) – modifying Bob Pressman's work and adding material about laches and waiver. | 4.50/$350.00 | $ 1,575.00 |
| 09/01/2020 | Working on response to Jax/North motion in limine. | 6.50/$350.00 | $ 2,275.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 10/01/2020 | Preparation for Jacksonville/North Unitary Status hearing: Reviewing notes, depositions and exhibits | 6.25/$350.00 | $ 2,187.50 |
| 10/02/2020 | Preparation for Jacksonville Unitary Status Hearing: Reviewing notes, depositions, exhibits | 4.00/$350.00 | $ 1,400.00 |
| 10/03/2020 | Preparation for Jacksonville Unitary Status Hearing: Reviewing notes, depositions, exhibits | 4.50/$350.00 | $ 1,575.00 |
| 10/04/2020 | Preparation for Jacksonville Unitary Status Hearing: Reviewing notes, depositions, exhibits | 3.75/$350.00 | $ 1,312.50 |
| 10/05/2020 | Unitary Status Hearing for Jax/North | 6.25/$350.00 | $ 2,187.50 |
| 10/06/2020 | Unitary Status Hearing for Jax/North | 7.25/$350.00 | $ 2,537.50 |
| 10/07/2020 | Trial preparation – reviewing notes and exhibits | 1.75/$350.00 | $ 612.50 |
| 10/08/2020 | Unitary Status Hearing for Jax/North | 6.25/$350.00 | $ 2,187.50 |
| 10/09/2020 | Unitary Status Hearing for Jax/North | 7.00/$350.00 | $ 2,450.00 |
| 10/10/2020 | Trial preparation – reviewing notes and exhibits | 3.75/$350.00 | $ 1,312.50 |
| 10/11/2020 | Trial preparation – reviewing notes and exhibits | 2.50/$350.00 | $ 875.00 |
| 10/12/2020 | School Tours: Bobby Lester Elementary, Jacksonville North High, Murrell Taylor Elementary | 5.25/$350.00 | $ 1,837.50 |
| 10/13/2020 | Unitary Status Hearing for Jax/North | 6.25/$350.00 | $ 2,187.50 |
| 10/14/2020 | Unitary Status Hearing for Jax/North | 6.75/$350.00 | $ 2,362.50 |
| 10/15/2020 | Unitary Status Hearing for Jax/North | 6.25/$350.00 | $ 2,187.50 |
| 10/16/2020 | Unitary Status Hearing for Jax/North | 7.25/$350.00 | $ 2,537.50 |
| 06/15/2021 | Time Management | 2.75/$350.00 | $ 962.50 |
| | **Total** …………………………………………. | **106.95** | **$ 37,432.50** |

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com