IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK SCHOOL DISTRICT                                              PLAINTIFF

VS.                               Case No. 4:82cv00866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                                  DEFENDANTS

EMILY MCCLENDON, ET AL.                                                  INTERVERNORS

## INTERVENORS' MOTION FOR ADDITIONAL TIME TO RESPONSD TO PCSSD'S FACILITIES PROPOPSAL

Intervenors request for additional time is based upon the following factors.

1. PCSSD filed Document 5736, its "Facilities Proposal", on July 30, 2021.

2. The proposal contains two embedded motions.  See Document 5736, at pages 6-7 ("modify the word 'equal' in Plan 2000 to become 'equal to the extent practicable'.") and at pages 16-17 (seeking Order providing "a complete and final declaration of unitary status, which would include the finding that PCSSD is unitary in facilities.")

3. The submission contains an approach to "truing up the Mills High School/Robinson Middle School problem" (Document 5730, at 67), with which Intervenors disagree.

4. The proposal discusses additional classrooms at Mills High School, an arena at Mills High School, as well as construction work on the existing ROTC building at Mills and provision of a softball field at Mills. Intervenors' response must address each of these topics.

5. The PCSSD proposal omits discussion of other relevant facility issues

1

raised by Intervenors in discussion with PCSSD. These topics include the absence of water fountains in one wing of the Mills facility, the seating capacity of the performing arts center and absence of office space for a Registrar in the Mills facility.

6. Other aspects of the PCSSD proposal require response.

7. The submission includes 21 exhibits.

8. Lead counsel had surgery earlier this week.

9. Counsel for PCSSD does not oppose this request.

WHEREFORE, Intervenors respectfully request to have until August 30, 2021 to file their response to PCCSD's Proposal filed on July 30, 2021.

Respectfully submitted,

/s/Austin Porter, Jr.
Austin Porter, Jr.
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas  72201
Telephone number: 501-244-8200

/s/ Joyce Raynor- AB
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
Phone: (501) 374-3758
Facsimile: (501) 374-4187
Email:  jraynorcarr@gmail.com

Robert Pressman
22 Locust Avenue
Lexington, MA   02421
Telephone: 781-862-1955

Email: pressmanrp@gmail.com