

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

VS.                              Case No. 4:82cv00866DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL.                                        DEFENDANTS

EMILY MCCLENDON, ET AL.                                        INTERVERNORS

## Declaration of Joy C. Springer

I, Joy C. Springer, declare as follows:

1. This declaration is based upon my monitoring activities in this case.

2. I have been employed by John W. Walker, P.A. as a paralegal and monitor since 1991. My work in this case began in 1991. My education includes a BSBA Degree from Henderson State University, a Bachelor of Science Degree in Elementary Education from the University of Arkansas-Little Rock, and a Master of Science Degree in Education Administration from the same institution.

3. During my many years of monitoring, I have visited almost all of the schools in the four districts in Pulaski County existing during that time, many on multiple occasions. This has included many schools close in time to their first use. The latter schools include Bates Elementary; Bobby Lester Elementary; Chenal Elementary; Jacksonville High; Maumelle High; Maumelle Middle; new Mills University Studies High; North Little Rock

1

High; Pinnacle View Middle; Robinson Middle; Southwest High; Sylvan Hills Middle; and Sylvan Hills High, including the three recently completed projects and the indoor practice facility completed in 2019.

4. During my monitoring at new Mills High School in March, 2019, I noticed that on both the 200 and 300 halls (both floors) water foundations were present on the west side, but not on the east side of the building. At the school board meeting on July 13, 2021, Mr. Curtis Johnson reported that he was overseeing a water fountain replacement project in district schools. I later contacted him and informed him of the water fountain issue at Mills High School. He expressed willingness to address the problem and noted that if there were existing water lines in the area, then the problem could be resolved. During this monitoring at Mills High School, I also noticed that student lockers were only located on the west side of the building.

5. Intervenors' early monitoring within the new Mills High School building disclosed there were fewer than 699 seats in the Performing Arts Center (auditorium). I noticed when on the Court's second tour of the Mills High School facility that additional seats had been added to the auditorium. I recently counted all the auditorium seats and found that there were currently 700 seats.

6. On August 4, 2020, I was part of the group, with whom His Honor visited the ROTC building on the Mills campus. When inside, one is in an old,

cement, barracks-like structure without windows. The group entered two rooms within the structure, during a very short visit.

7. On August 4, 2020, His Honor, counsel, Dr. McNulty, Board President Linda Remele, high school principal Tracy Allen and I visited the Sylvan Hills High School site. The group first toured the three floors of the recently completed classroom building which includes the "Bear Necessities" store. The group then toured the performing arts center and the arena, which were still being constructed. It was stated that the arena could accommodate a state tournament. After the Court and the other group members had visited the three floors of the classroom building and the performing arts center and arena construction sites, during a break, the Court commented: "it is an amazing facility, the district should be proud."

8. The group next visited the indoor practice facility completed in 2019.

9. I found all four facilities visited to be "state of the art." The statements and reactions of other group members indicated that they shared this view.

10. I have visited the Maumelle High School campus on many occasions from the time of its opening until the present. During our visit on October 12, 2020 to the Sylvan High School complex, I found it to be even more like a college campus than that at Maumelle High School.

11. On October 12, 2020, I was in the group that visited the Bobby Lester Elementary School. This included His Honor, counsel, Drs. Duffie and Bone, Principal Janice Walker and the Court Expert. This school is obviously "state of the art" and the comments from group members evidenced this conclusion.

12. On October 12, 2020, subsequent to the Bobby Lester visit, His Honor, counsel, Dr. Duffie, Assistant Superintendents Bone and Hodges, the Jacksonville High School Principal LaGail Biggs and I visited the multiple facilities of Jacksonville High School, the classroom building, where a huge media center was prominent; the auditorium, including a restaurant, one form of training opportunity for interested students; autobody and ROTC facility; arena; and indoor practice facility. The group's reaction to these obviously "state of the art" facilities was the same as its reaction at Bobby Lester Elementary.

13. In monitoring, I learned that the persons present at the focus group meeting held by PCSSD on June 21, 2021 included Mr. Johnson and the PCSSD employees responsible for the district's ROTC program, among other district employees and citizens. The employee in charge of the ROTC program described the Mills High School ROTC program as "award-wining" and cited the ROTC space at Jacksonville as a suitable model for a new PCSSD facility. The group's consensus supported the Jacksonville High School facility as a proper model for a new PCSSD ROTC facility. The

participants, district employees and others, including employees who would be involved with a new arena, also discussed the new Mills High School arena. The consensus was that it should be equal in quality to the new Sylvan High School arena.

14. On July 12, 2021, I attended a second meeting organized by the district to discuss new facilities at Mills High School. It took place in the conference room at the new Mills High School. Those in attendance included Superintendent McNulty, Deputy Superintendent Smith, Curtis Johnson, Board Member Dulaney, the district employee responsible for ROTC, and personnel who would have roles at the new arena. I was the only participant who was not a district employee. During the discussion, Dr. McNulty stated that they "owed" the Mills' community an arena with a capacity of 2200 and the ability to host tournaments. At this meeting, mention of the additional classrooms, the ROTC facility and the softball field was brief. The discussion dwelt on the arena. I stated that I was not opposed to an arena, I then communicated that I was more concerned about other topics: additional classrooms attached to the main building in a sufficient number so that all teachers could have their own classroom; a Registrar located at Mills High rather than Mills Middle; water foundations on all halls in the building; and ample seating capacity for an all-school assembly in the Performing Arts Center (auditorium).

15. On August 10, 2021, I attended, virtually, a facility meeting led by Mr. Curtis Johnson. I raised the subject of discussing the Proposal which PCSSD had filed on July 30, 2021. Mr. Brad Chilcote, one of the architects in the firm which designed the new Mills High School, was one of the attendees. In response to my questions, both Mr. Johnson and Mr. Chilcote responded that he had not been involved in providing or reviewing the details regarding the four facility project areas discussed in the Proposal.

16. I made a monitoring visit to new Mills High School on August 19, 2021. The principal reported that 11 teachers were sharing classrooms. I observed a Spanish class being taught on the stage of the lunchroom, where desks had been placed. I also observed the Choir class being held on the stage of the Performing Arts Center (auditorium), where the risers once found in the designated Choir room had been relocated. I was informed that the planned Choir room is being used, for the second year, by a Consumer Science teacher.

17. Mr. Johnson informed me that the Robinson softball field is a high-quality field.

18. During my monitoring visits to the new Mills High School in 2019 and most recently, I learned that the Registrar for the new Mills High School was located at Mills Middle because new Mills did not have the space to accommodate her. I have subsequently learned that as a result of the Registrar being located at Mills Middle has led to some unfamiliarity by the

6

Registrar with Mills High students' grade levels and courses, inaccurate reporting to the state's school computer system regarding student enrollment and assignment of students to classes not in accordance with school standards.

I declare under the pains and penalties of perjury that the forgoing information is truthful to the best of my knowledge.

Signed this 27th day of August, 2021.

*[signature]*

Joy C. Springer