IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                **PLAINTIFFS**

v.                         No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** *et al.*                         **DEFENDANTS**

**EMILY McCLENDON, et al.**                                              **INTERVENORS**

### REPLY TO INTERVENORS' RESPONSE TO
### FACILITIES STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Status Report:

**Taylor and Bayou Meto Elementary:** Filed today is a Motion for Leave to File Third-Party Complaint. That Complaint is directed against the State for its refusal to acknowledge this Court's orders regarding the desegregation of JNPSD in its facilities, specifically with regard to Bayou Meto Elementary and Taylor Elementary. The Motion, Brief in Support, and Third-Party Complaint should answer the majority of the questions about these two remaining schools.

In short, there is no change in the District's ability to replace Taylor Elementary School because there is no change in the State's position that it will not fund that replacement. "[A]bsent some curative step," JNPSD does not anticipate that Taylor Elementary will be replaced anytime in the near future. There are no "curative step[s] regarding the funding problem" for replacement of Taylor Elementary School other than the relief requested in the Third-Party Complaint.

1

School District in Arkansas fund facilities projects with debt service mills. JNPSD's total millage rate remains at 48.3: 25 for the Uniform Rate of Tax; 0.9 for dedicated Maintenance and Operation; and 22.4 Debt Service mills. JNPSD remains one of the highest millage rates in the State. The average millage rate for school districts in Arkansas is 38.85 mills. JNPSD is tied with NLRSD for the highest millage in Pulaski County and is higher than all other Districts in close proximity.

In May 2019, JNPSD asked the voters of the District for an extension of the expiration date for the Debt Service mills. That vote caused significant controversy in the District and narrowly passed with 911 votes for and 808 votes against. JNPSD does not believe that the voters would support increased millage to self-fund a facilities replacement project.

Intervenors suggest that JNPSD continue requesting Partnership Program funds for replacement of Taylor Elementary. The 2021 Preliminary Facilities Master Plan maintains the plans approved in 2018. However, there is no expectation of any change in the State's position on this project. It is unlikely that the State will agree to fund this project until Taylor Elementary reaches zero building value (50 years) in 2031. Tab 6 of JNPSD's 2021 Preliminary Master Plan is attached hereto as Exhibit A. This is the narrative that the Intervenors quote in their Response.

**Middle School:** One of the difficulties of starting a new school district is the lack of data from which to project needs, particularly historical enrollment data. JNPSD submitted the Middle School project to the State Partnership Program in

the Fall of 2017. For the 2015-16 school year, middle school enrollment stood at approximately 706 scholars. In that school year, JNPSD anticipated enrollment to increase by 15% over the ten-year period beginning with the 2014-15 school year. See 2018 Trial Exhibit 72 Tab 4, Enrollment Projections (attached hereto as Ex. B). In 2016-17 enrollment increased to 776 scholars. JNPSD's 2018 Master Plan noted the jump in enrollment and anticipated that enrollment might increase faster than initially expected. Thus, it anticipated that after five years enrollment may reach 850 students; the size of the middle school phase I project. Despite this, JNPSD agreed at trial to prioritize facilities replacement over additions to the middle or high schools. The middle school project application was finally submitted by March 1, 2018 and received funding in April 2019. Enrollment in the middle school has risen higher than initially expected and more in line with the 2018 Master Plan projection. It begins this school year (five years after the revised projections were made) with over 900 scholars.

Intervenors imply in their Response that listing the Phase II addition in the 2021 Preliminary Master Plan is inconsistent with this Court's directives. The Middle School Phase II addition is listed, with the anticipation that the application to proceed with the Phase II addition would be submitted after the Taylor and Bayou Meto Elementary School applications were submitted.

There is a potential solution that JNPSD has shared with the Intervenors. The federal government through the Elementary and Secondary School Emergency Relief Fund ("ESSER") has made funds available to JNPSD to address the impact

that COVID-19 continues to have on elementary and secondary schools. ESSER funds are "one-time" money, meaning they are available for a short time and will go away if not used. These funds are being administered by the Arkansas Division of Elementary and Secondary Education ("DESE"). Requested facilities projects using the funds must be approved by DESE and the Division of Public School Academic Facilities and Transportation ("DPSAFT").  **Note:** JNPSD asked DPSAFT if funds could be used to replace Taylor Elementary and, that request was verbally denied.

DPSAFT has approved use of ESSER funds for facilities expansion projects where additional space will provide for social distancing and COVID mitigation. JNPSD anticipates that ESSER funds (which are sufficient to fully fund the project) would be approved to fund the classroom expansion planned for Phase II of the Middle School. If allowed, the ESSER funds would fully fund the expansion project, would have no impact on District funds otherwise, and would not alter the timelines in the District's Master Plans for facilities replacement. JNPSD has asked the Intervenors for their position on this confluence of circumstances. The Intervenors are evaluating it. JNPSD anticipates reporting the result to the Court and seeking Court permission in the near future to proceed with Phase II of the Middle School project utilizing ESSER funds.

**Conclusion:** JNPSD has advanced the cause of desegregation faster and farther than any school district in Arkansas history. It split on July 1, 2016, from a school district that remained under active court supervision for some fifty-years. At that time, it inherited non-unitary status in Academics, Discipline, Staffing,

Facilities, and Monitoring. Five years later on July 1, 2021, JNPSD stood unitary in all areas with the exception of Facilities. In that area, it had adopted a facilities plan that the Court held in 2018 would produce unitary status if followed on the accelerated timeline provided by the Court and advocated for by the Intervenors. All parties and the Court have acknowledged that State funding through the Partnership Program is essential for JNPSD to meet the timelines set in 2018. At this point that funding will not come for Taylor Elementary. JNPSD has exhausted all reasonable alternatives to secure that funding.

                                          Respectfully Submitted,

                                          Scott P. Richardson (2001208)
                                          McDaniel, Wolff, & Benca PLLC
                                          1307 West 4th St.
                                          Little Rock, AR 72201
                                          501.954-8000
                                          866.419.1601 fax
                                          scott@mwbfirm.com


                                          Attorney for Jacksonville/North Pulaski School District