Exhibit B

# TAB 4

# DISTRICT ENROLLMENT PROJECTIONS

# Jacksonville-North Pulaski School District

# 2018 Master Plan

# TAB 4 – Enrollment Projections

For the 2016 Master Plan, the Division approved the Jacksonville-North Pulaski School District's enrollment projection that estimated the ten-year enrollment projections to be 115% of actual 2014-2015 enrollments for each grade. District comparisons of neighboring school districts indicated the following ten-year percentages of growth: Cabot (26%), Mayflower (31%), Vilonia (20%), and Beebe (15%). The Division concurred that the 15% growth rate may be a conservative estimate since the District would be building new schools to attract new students and there was a great deal of community support for the newly-formed district. A copy of that 2016 Master Plan enrollment projection is included in Tab 4.

The District believes the 2016 Master Plan enrollment projection is still valid with one exception- middle school students in grades 6 through 8. The 2016 Master Plan 115% projection for grades 6 through 8 indicated a ten-year estimate of 707 students. However, the actual 10-day enrollment at the beginning of the 2017-2018 school year at the Jacksonville Middle School is 745 students in grades 6 through 8, indicating a 5% increase over the ten-year projection. The District recently added a portable classroom building to the middle school to accommodate the increased enrollment.

It is necessary to estimate a revised ten-year middle school projection since the District is submitting a 2019-2021 Partnership Program project application for a new middle school (#1920-6004-002) to replace the existing middle school. There will not be a grade reconfiguration. As for the 2016 Master Plan enrollment projection, there is not past actual data that can be used for a Cohort Survival Method since the new District has a different composition and community support than the Pulaski County Special School District.

<u>This Master Plan enrollment projection estimates the grades 6 through 8 student population to be 850 students for a five-year projection and 1,050 students for a ten-year projection.</u> This estimate is made by looking at the high school enrollment projection for grades 9 through 12. The high school five-year enrollment projection is 1,400 students (350 students/grade) and the ten-year enrollment projection is 1,693 students (423 students/grade). To be conservative, the middle school estimate for a ten-year projection is developed by using the high school five-year projection of 350 students per grade. For the three grade middle school that is 1,050 students. Since the current enrollment is 750 students, it seems conservative to estimate the five-year enrollment at 850 students.

The five-year enrollment of 850 students is used for Phase I of the new middle school with single-purpose spaces for 1,050 students. Phase II of the middle school will add classrooms for 1,050 students.

C. Stein        9/27/2017

## Jacksonville-North Pulaski School District
## 2014-2015 Enrollement

4/1/15

| School Description | Kinder-garten | Grade 01 | Grade 02 | Grade 03 | Grade 04 | Grade 05 | Grade 06 | Grade 07 | Grade 08 | Grade 09 | Grade 10 | Grade 11 | Grade 12 | Ungraded | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARNOLD DRIVE ELEMENTARY SCHOOL | 50 | 42 | 44 | 42 | 39 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 242 |
| TOLLESON ELEMENTARY SCHOOL | 63 | 58 | 52 | 53 | 60 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 320 |
| Arnold Drive ES + Tolleson ES | 113 | 100 | 96 | 95 | 99 | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 562 |
| 2014-2015 x 1.15% | 130 | 115 | 111 | 110 | 114 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 648 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| WARREN DUPREE ELEMENTARY SCHOOL | 69 | 75 | 85 | 62 | 63 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 408 |
| BAYOU METO ELEMENTARY SCHOOL | 55 | 49 | 46 | 39 | 49 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 281 |
| MURRELL TAYLOR ELEMENTARY SCHOOL | 83 | 89 | 73 | 74 | 64 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 437 |
| PINEWOOD ELEMENTARY SCHOOL | 75 | 83 | 72 | 69 | 82 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 454 |
| SUB-TOTAL 4 EXISTING ES 2014-2015 | 282 | 296 | 276 | 244 | 258 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1580 |
| 2014-2015 x 1.15% | 325 | 341 | 318 | 281 | 297 | 258 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,820 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| W. DUPREE - 22% (39,226 SF/181,158 SF) | 72 | 76 | 70 | 62 | 66 | 57 |  |  |  |  |  |  |  |  | 403 |
| BAYOU METO - 28% (50,285 SF/181,158 SF) | 91 | 96 | 90 | 79 | 84 | 73 |  |  |  |  |  |  |  |  | 513 |
| M. TAYLOR - 25% (45,489 SF/181,158 SF) | 82 | 86 | 80 | 71 | 75 | 65 |  |  |  |  |  |  |  |  | 459 |
| PINEWOOD - 25% (46,158 SF/181,158 SF) | 82 | 86 | 80 | 71 | 75 | 65 |  |  |  |  |  |  |  |  | 459 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Note - K-5 Students for four existing elementary schools were distributed based on percentage of total square footage for those four schools. District will allocate students to ensure prudent use of existing school resources.

| School Description | K | G1 | G2 | G3 | G4 | G5 | G6 | G7 | G8 | G9 | G10 | G11 | G12 | Ungraded | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSONVILLE MIDDLE SCHOOL | 0 | 0 | 0 | 0 | 0 | 0 | 234 | 177 | 202 | 0 | 0 | 0 | 0 | 0 | 613 |
| 2014-2015 x 1.15% | 0 | 0 | 0 | 0 | 0 | 0 | 270 | 204 | 233 | 0 | 0 | 0 | 0 | 0 | 707 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| JACKSONVILLE HIGH SCHOOL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 255 | 196 | 170 | 182 | 0 | 803 |
| NORTH PULASKI HIGH SCHOOL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 156 | 164 | 161 | 185 | 2 | 668 |
| Jacksonville HS + North Pulaski HS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411 | 360 | 331 | 367 | 2 | 1,471 |
| 2014-2015 x 1.15% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 473 | 414 | 381 | 423 | 2 | 1,693 |

C. Stein   October 21, 2015