IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                  **PLAINTIFFS**

v.                    No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** et al.                    **DEFENDANTS**

**EMILY McCLENDON, et al.**                                  **INTERVENORS**

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

JNPSD is under a deadline to apply for funding to replace all its school facilities by year one of the 2023-25 funding cycle. Docket Entry ("DE") # 5445, p. 7. Because of certain changes in the State of Arkansas's funding of school facility projects, on September 6, 2019, JNPSD requested early review of its application for funding for the final two schools to be replaced: Bayou Meto Elementary and Murrell Taylor Elementary. The Division of Public School Facilities and Transportation ("DPSAFT") agreed to partially fund Bayou Meto Elementary and denied funding for the replacement of Murrell Taylor Elementary. Without full State funding for these schools, JNPSD will not be able to replace the facilities as ordered by this Court. Without Court intervention, it is unlikely that JNPSD would be able to secure State Partnership Program funding until 2031, when Taylor Elementary reaches the end of its "Building Value." JNPSD requests permission to file the included Third-Party Complaint to present to this Court the questions of whether the State of Arkansas must heed this Court's orders and whether those orders should weigh in the balance

of whether desegregation is a prudent and resourceful use of state funds.

Rule 14 governs third-party practice. It allows a third-party complaint to be filed with leave of court if the complaint is filed "more than 14 days after" the defendant serves its original answer. Fed. R. Civ. P. 14(a)(1). Courts will often look to the criteria governing amended pleadings under Rule 15 to assess a motion to add a third-party defendant. *E3 Biofuels, LLC v. Biothane, LLC*, 2013 WL 3337315, 2-3 Case No. 8:11cv44 (D. Neb. Order filed July 2, 2013). As such, leave to file a third-party complaint should be freely granted when justice so requires. *Id.*

DPSAFT has taken the position that it can ignore this Court's orders when making funding decisions about whether it is a prudent and resourceful use of state funds to replace school buildings as ordered by this Court. JNPSD challenged this decision to the Board of Review and the Commission on Public School Academic Facilities and Transportation. Both levels of review rejected JNPSD's assertion that this Court's order should be considered in the State's facilities funding decisions. They each affirmed that Bayou Meto Elementary should be partially funded and Taylor Elementary should not be funded (with an exception accounting for the inadequacy of Taylor's size.)

JNPSD requests permission to file a third-party complaint against the State, the Secretary of Education for the State, and the Director of DPSAFT to challenge their decision. Justice requires some relief because this Court has held that 2031 is too long for the students of Bayou Meto and Taylor Elementaries to wait for equal, desegregated facilities.

WHEREFORE, JNPSD requests permission to file the attached Third-Party Complaint and that it be granted all other relief to which it is entitled.

>Respectfully Submitted,
>
>Scott P. Richardson (2001208)
>McDaniel, Wolff, & Benca PLLC
>1307 West 4th St.
>Little Rock, AR 72201
>501.954-8000
>866.419.1601 fax
>scott@mwbfirm.com
>
>Attorney for Jacksonville/North Pulaski School District