IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

VS.                         CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                              DEFENDANTS

EMILY MCCLENDON, ET AL.                                      INTERVENORS

### <u>AFFIDAVIT OF AUSTIN PORTER JR.</u>

Comes the affiant, **Austin Porter Jr.**, submitting the following affidavit under oath:

1.      I graduated from the University of Arkansas at Little Rock in the fall of 1982 with a major in criminal justice.  During the spring of 1983, I was awarded one of two Winthrop Rockefeller Scholarships to attend law school at the University of Arkansas at Little Rock (UALR) School of Law.  I enrolled at the UALR School of Law during the fall of 1983.  I graduated from the UALR School of Law on May 18, 1986.  On August 25, 1986, I was admitted to the practice of law before the Bar of Arkansas.  I have also been admitted to practice before the United States District Court, Eastern and Western Districts of Arkansas.

2.      Upon completion of law school, I went to work for Central Arkansas Legal Services (CALS), where I handled cases such as domestic relations, consumer, real estate and landlord tenant.  I worked at CALS from August 1986 until May 5, 1989.  I then worked at Walker, Roaf, Campbell, Ivory & Dunklin.  While at this firm, I handled personal injury litigation and criminal matters.  I also continued to handle consumer matters.  I joined the firm of John W. Walker, P.A. on September 2, 1991, and have been involved in employment discrimination cases, civil rights

1



cases, and voting rights cases. I left the employment of John W. Walker, P.A., on May 7, 1999, when I opened the Porter Law Firm as a solo practitioner.

3.    The professional associations that I hold memberships in are:    Arkansas Bar Association, Pulaski County Bar Association and the W. Harold Flowers Law Society. I served on the Board of Directors of the Pulaski County Bar Association during 1990 and 1991. I served as chairman of the Law Day Committee for the Pulaski County Bar Association. I currently serve on the Arkansas Bar Association's Commission on Diversity, and I am a former member of the Federal Practice Committee.

4.    Some of the cases that I have been involved in are:

**Employment Discrimination**

Harrison v. Moore, United States District No. PB-C-91-0468, Tarar Porter v. Carolyn Staley, United States District Court No. LR-C-94-8, Pamela Smith v. KATV, et al., United States District Court No. LR-C-94-434; Ollie Eddings, et al. v. Augusta School District, et al., United States District Court No. H-C-95-120; Angela Piggee v. Jimmy Jones, 84 F. 3d. 303, 109 Ed. Law Rep. 622 (8th Cir. 1996); Debra A. Smith, et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998); Julia Ellis, et al. v. Arkansas Department of Human Services, United States District Court No. LR-C-97-1036; Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715, Richard Day and Calvin Hollowell v. F. G. "Buddy" Villines, et al., 907 F. Supp. 1264 (E. D. Ark. 1995), *reversed* 119 F.3d 650 (8th Cir. 1997);  Milton Graham, et al. v. Arkansas Department of Human Services, United States District Court No. 4:00CV-00960 JMM, Ester Lunnie, et al. v. University of Arkansas Board of Trustees, et al., United States District Court No. 4:99CV-000809, *interlocutory appealed*, 255 F.3d. 615 (8th Cir. 2001), Myrtle "Merle" Smith v.

2

Arkansas Department of Human Services, United States District Court No. 4:00CV00277 GTE;

Michael Coleman v. Holiday Inn Select, 158 F.Supp.2d 923 (E.D.Ark. 2001);   Dorothy Smith v.

Arkansas Teacher Retirement, United States District Court No. 4-01-CV0-0026GH; Nicole L.

Gray v. United States Beef Corporation, United States District Court No. CV-02-6101;   Timothy

Starks v. Southland Hyundai, Inc., d/b/a Northland Hyundai, United States District Court No.

4:01CV-00542 GTE; Ausler v. Arkansas Department of Education, 245 F.Supp.2d 1024 (E.D.

Ark. 2003); Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-

C-91-696; Desi A. Ledbetter v. Alltel Corporate Services, 437 F.3d 717 (8th Cir. 2006), Sheila

Fields v. Shelter Mutual Insurance Co., 520 F.3d 859 (8th Cir. 2008), Carol Fuller v. Fiber Glass

Systems, L.P., 618 F.3d 858 (8th Cir. 2010),   Kelven Hadley v. The City of Pine Bluff, Arkansas,

et al., United States District Court No. 5:08-CV-00184 JLH; Gary Austin v. Fletcher Long, 779

F.3d 522 (8th Cir. 2015); Melvin Smith v. URS Corporation, 803 F.3d 964 (8th Cir. 2014); Jeffrey

Sand Co. v. Adrian Bryant, 919 F.3d 520 (8th Cir. 2019); Albert Ridgell v. The City of Pine Bluff,

Arkansas, et al., 935 F.3d 633 (8th Cir. 2019); Doris Smith v. Arkansas Department of Finance and

Administration, United States District Court No. 4:17-CV-00857 JM.

**School Litigation**

Tammie McFarlin, et al. v. Newport Special School District, 980 F.2d 1208 (8th Cir. 1992);

Tammie McFarlin, et al. v. Newport Special School District, 784 F.Supp. 589 (E.D.Ark. 1992),

Simmons on Behalf of Simmons v. Hooks, 843 F.Supp. 1296 (E.D.Ark. 1994)

**42 U.S.C.S. § 1983**

Adams v. Hartwick, United States District Court No. LR-C-86-747; Willie Ashford v. The

City of Hamburg, Arkansas, et al., United States District Court No. 93-1032; Elvin Gamble Jr. v.

Pulaski County, Arkansas et al., United States District Court No. LR-C-97-38; Charles Dobbins v.

Mike Collie, et al., United States District Court No. 96-6011; Annie Johnson v. Pulaski County, Arkansas, et al., United States District Court No., LR-C-96-594; Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075; Wheeler v Prince, 318 F.Supp.2d 767 (E.D.Ark. 2004); Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. 4:05-CV-0902 JLH; Rodney Burrell v. The City of Sherwood, Arkansas, United States District Court No. 4:08-CV-002517 WRW; Dwain Smith v. Conway County, Arkansas, 759 F.3d 853 (8th Cir. 2014); Colbert v. City of Monticello, Arkansas, 775 F.3d 1006 (8th Cir. 2014); Sylvia Perkins, et al. v. Joshua Hastings, et al., United States District Court No. 4:15-CV-00310 BSM; Davdrin Goffin v. Robbie Ashcraft, 957 F.3d 858 (8th Cir. 2020).

**42 U.S.C.S. § 1981**

Johnny Whitfield, et al. v. Forrest City School District, et al., United States District Court No. H-C-88-86, Sherri Betton v. Sears, United States District Court No. LR-C-91-852, Tinika Daniels et. al. v. Dillard's, Inc., et al., 373 F.3d 885 (8th Cir. 2004);

**Labor and Employment Law**

Petty v. Scan, United States District Court No. LR-C-91-324,

**State Reported Opinions**

Green v. Bell, 308 Ark. 473, 826 S.W.2d 226 (1992), Torrence Tabor Cheatham v. State, 63 Ark.App. 106, 974 S.W.2d 490 (Ark.App. 1998); Bell v. Jefferson Hospital Association, Inc., 96 Ark.App. 283, 241 S.W.3d 276 (Ark.App. 2006); Huff and Ward v. Family Dollar Trucking, Inc., et al., 2015 Ark. App. 574 (2015)[1].

5.     I have been a presenter for the following Continuing Legal Education events:

---

[1] The defendants appealed a jury verdict in the amount of $3,250,000.00, which was affirmed in large part.

- W. Harold Flowers Law Society – Annual Meeting: Employment: Employment Discrimination – June 20 – 21, 2003;

- Arkansas Bar Association – 2003 Bridging the Gap Seminar: Employment Law – November 8, 2003;

- Arkansas Bar Association – 2004 Bridging the Gap Seminar: Employment Law – November 6, 2004;

- National Business Institute - *Prevent Human Resource Claims* - March 14, 2006;

To name a few.

6.     The fee that I am requesting in this case is **$350.00** per hour, which rate is reasonable and commensurate with my experience and qualifications.  This rate is comparable to that of other attorneys with my experience, and working in Little Rock, Arkansas who are involved in this type of litigation or in general practice.

7.     In 1994, I was awarded an hourly rate of $130.00 for the work that I performed in the case of Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696 and on January 19, 1995, I was awarded an hourly rate of $130.00 for work I performed in the case of Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032.  On September 27, 1996, I was awarded an hourly rate of $135.00 in the case of Richard Day and Calvin Hollowell v. Randy Johnson, et al., United States District Court No. LR-C-94-849 (case and fee award reversed on appeal)[2].  In May 1997, in the case of Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011, the parties settled the fee issue,

---

[2]Richard Day and Calvin Hollowell v. Randy Johnson, et al., 119 F.3d 650 (8th Cir. 1997).

giving undersigned counsel his hourly rate of $135.00.    On December 17, 1997, I was awarded

an hourly rate of $135.00 in the case of <u>Debra A. Smith et al. v. Riceland Foods, Inc.</u>, 151 F.3d

813 (8th Cir. 1998).  On August 19, 1999, I was awarded an hourly rate of $140.00 in the case of

<u>Delois Parker, et al. v. Columbia County, Arkansas, et al.</u>, United States District Court No. CV-

97-1075.  On July 9, 2001, I was awarded an hourly rate of $150.00 in the case of <u>Shirley Justice</u>

<u>v. Togo West, et al.</u>, EEOC Commission Nos., 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X/Agency No. 95-1246, 250-98-

8266X/Agency No. 98-2498, 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X/Agency No. 95-1715.  On October 5, 2001,  I was

awarded an hourly rate of $150.00 in the case of <u>Kevin Byers v. Augusta School District, <i>et al.</i></u>,

United States District Court No. 2:97CV00109JFF.  On the date of December 17, 2001, I was

awarded an hourly rate of $150.00 in the case of <u>Milton Graham, et al. v. Arkansas Department of</u>

<u>Humans Services</u>, United States District Court No. 4:00CV-00960 JMM.  On May 5, 2003, I was

awarded an hourly rate of $170.00 in the case of <u>Nicole L. Gray v. United States Beef Corporation</u>,

United States District Court No. CV-02-6101.   On October 28, 2004, I was awarded an hourly

rate of $200.00 in the case of <u>Desi A. Ledbetter v. Alltel Corporate Services, Inc.</u>, United States

District Court No. 4-03-CV-00533 WRW.[3]   In January 2007, I was awarded an hourly rate of

$225.00 based on a settlement in the case of <u>Jerry Cooperwood v. The City of Kensett, Arkansas,</u>

<u>et al.</u>, United States District Court No. No. 4:05-CV-0902 JLM.  In March 2009, I was awarded an

hourly rate of $250.00[4] in the case of <u>Levoria Jefferson, et al. v. Helena/West Helena School</u>

<u>District</u>, United States District Court No. Case No. 2:04-CV-00170 BRW.  In September 2009, I

was awarded an hourly rate of $225.00 in the case of <u>Carol L. Fuller v. Fiber Glass Systems, L.P.</u>,

---

[3]Alltel Corporate Services, Inc., did not challenge this hourly rate at the district court level, apparently believing it to be
reasonable.

[4]Aldolphus Hicks did not challenge this hourly rate at the district court level, believing it to be reasonable.

United States District Court No. 4:07-CV-01120 BRW.  In September 2016, I was awarded an hourly rate of $325.00 in the case of <u>Little Rock School District v. Pulaski County Special School District, et al.</u>, United States District Court No. 4:82-CV-00866 DPM.  On October 20, 2017, undersigned counsel was awarded an hourly rate of $350.00 in the case of <u>Sylvia Perkins, et al. v. Joshua Hastings, et al</u>, United States District Court No. 4:15-CV-00310.   On May 31, 2018, undersigned counsel was awarded an hourly rate of $350.00 in the case of <u>Adrian Bryant v. Jeffrey Sand Company</u>, United States District Court No. 4:16-CV-0509 BSM.[1]   On July 23, 2018, undersigned counsel was awarded an hourly rate of $285.00 by The Honorable Price Marshall; counsel had requested his customary hourly rate of $350.00, but Judge Marshall refused despite stating that "[M]r. Porter is a gifted, skilled, and experienced lawyer." The Court noted that Mr. Ridgell's success "wasn't across the board."  The jury ruled in favor of Mr. Ridgell's race claim, but not the retaliation claim. *See* <u>Albert Ridgell v. The City of Pine Bluff, Arkansas, et al.</u>, United States District Court No. 5:16-CV-00073 DPM [**Doc. # 87**][2].  On May 2, 2019, undersigned counsel was also awarded his customary hourly rate of $350.00 by the Eighth Circuit Court of Appeals.  *See* <u>Adrian Bryant v. Jeffrey Sand Company</u>, Eighth Circuit Court of Appeals No. 18-2297.  In June 2020, in the case of <u>Doris Smith v. Department of Finance and Administration</u>, United States District Court  No. 4:17-CV-00857 JM, undersigned counsel requested an hourly rate of $350.00, which was not opposed, and the defendant agreed to pay the jury verdict of $331,333.81, fees, and other requested equitable relief.

8.   The total time that I am seeking to be compensated for in this case is **366.05** hours.

9.   The total time of **366.05** hours is a conservative but reasonable submission based

---

[1] This hourly rate was upheld on appeal.  *See* <u>Adrian Bryant v. Jeffrey Sand Co.</u>, 919 F.3d 520, 529 (8th Cir. 2019).
[2] The Eighth Circuit reversed the jury verdict in this case *in toto*.  *See* <u>Albert Ridgell v. The City of Pine Bluff, Arkansas, et al.</u>, 935 F.3d 633 (8th Cir. 2019).

upon my time records which were prepared contemporaneously to the performance of the work.  I

have attached a true and accurate account of the hours that I have expended in representing the

plaintiff **McClendon Intervenors.**    The total amount of time being billed is submitted upon

careful review of my records, and necessary reductions of hours have been made in order to avoid

unproductive and duplicative work.

      This statement is true and correct to the best of my knowledge, records, information and

belief.

                                             _____

                                         Austin Porter Jr., #86145

STATE OF ARKANSAS )

                         )ss.

COUNTY OF PULASKI )

      SUBSCRIBED and SWORN to before me, a Notary Public, on this 9ᵗʰ day of

A u g u s t , 2021.

                                         _____

                                     NOTARY PUBLIC

MY COMMISSION EXPIRES:

      8 - 4 - 2030

**Lonnette Davis**
AR COUNTY
NOTARY PUBLIC – ARKANSAS
My Commission Expires 8-4-2030
Commission No. 12711506

8

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                     PLAINTIFF

VS.                          CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                               DEFENDANTS

EMILY MCCLENDON, ET AL.                                        INTERVENORS

---

Invoice submitted to:
McClendon Intervenors c/o
John W. Walker, P. A.
1723 S. Broadway
Little Rock, Arkansas 72206

June 24, 2021

Invoice # 10004

### TIME STATEMENT FOR AUSTIN PORTER JR.
Pulaski County Special School District

| Date | Professional Services | Hours/Rate | Amount |
|------|----------------------|------------|--------|
| 010/25/217 | Reviewed PCSSD facilities reports. | 2.50/$350.00 | $   875.00 |
| 01/24/2018 | Dictated letter to client | .75/$350.00 | $   262.50 |
| 08/09/2018 | Toured Maumelle High, Robinson Middle, and Mills | 7.50/$350.00 | $ 2,625.00 |
| 09/14/2018 | Conference with John Walker, Bob Pressman, Joy Springer to discuss facility issues | 1.40/$350.00 | $   490.00 |
| 10/03/2018 | Court ordered monthly meeting | 1.20/$350.00 | $   420.00 |
| 11/01/2018 | Toured College Station, Mills Middle, Harris Elementary, and Sylvan Hills High | 5.50/$350.00 | $ 1,925.00 |
| 11/02/2018 | Reviewing pleading, monitoring reports by PCSSD, and other data | 3.50/$350.00 | $ 1,225.00 |
| 11/16/2018 | Reviewing pleading, monitoring reports by PCSSD and other data | 2.75/$350.00 | $   962.50 |
| 12/18/2018 | Court ordered monthly meeting at Lassie's Inn | 1.20/$350.00 | $   420.00 |



EXHIBIT

/

| | | | |
|---|---|---|---|
| 10/04/2019 | Met with John Walker, Joy Springer, Bob Pressman to discuss PCSSD facility issues. | 2.00/$350.00 | $ 700.00 |
| 11/18/2019 | Meeting with Joy Springer and Bob Pressman | 2.00/$350.00 | $ 700.00 |
| 11/18/2019 | Reviewing submissions by PCSSD on discipline and monitoring reports | 2.75/$350.00 | $ 962.50 |
| 11/18/2019 | Legal Research – reading and analyzing the case of LRSD v. Pulaski County Special School District, 664 F.3d 738 (8th Cir. 2011 | 3.25/$350.00 | $ 1,137.50 |
| 11/19/2019 | Drafting discovery request to PCSSD | 1.30/$350.00 | $ 455.00 |
| 11/20/2019 | Drafting discovery request to PCSSD | 1.50/$350.00 | $ 525.00 |
| 11/21/2019 | Reviewing requests for production of documents and making corrections | .40/$350.00 | $ 140.00 |
| 11/21/2019 | Monthly meeting at Jax/North High | 1.50/$350.00 | $ 525.00 |
| 11/21/2019 | Working on PCSSD response to Notice of Unitary Status. Spoke with Bob Pressman regarding McClendon's response | 2.25/$350.00 | $ 787.50 |
| 11/29/2019 | Reviewing file, PCSSD reports, and court orders | 3.50/$350.00 | $ 1,225.00 |
| 11/29/2019 | Organizing file | 1.50/$350.00 | $ 525.00 |
| 12/02/2019 | Reviewing file, PCSSD reports, and court orders | 1.00/$350.00 | $ 350.00 |
| 12/04/2019 | Spoke with Bob Pressman about discovery responses and discovery issues – PCSSD | 2.00/$350.00 | $ 700.00 |
| 12/06/2019 | Meeting with Joy Springer and Bob Pressman to discuss discovery issues – PCSSD | 1.25/$350.00 | $ 437.50 |
| 12/07/2019 | Working on discovery responses to PCSSD. | 3.25/$350.00 | $ 1,137.50 |
| 12/08/2019 | Reading files reports from Margie Powell, and PCSSD monitoring reports. | 2.75/$350.00 | $ 962.50 |
| 12/09/2019 | Working on discovery to PCSSD and reading reports | 3.25/$350.00 | $ 1,137.50 |
| 12/10/2019 | Working on discovery to PCSSD and reading reports | 1.50/$350.00 | $ 525.00 |
| 12/11/2019 | Spoke with Bob Pressman about previous court orders | .80/$350.00 | $ 280.00 |
| 12/13/2019 | Reviewing submissions by PCSSD | 1.50/$350.00 | $ 525.00 |
| 12/16/2019 | Reading submission to Margie Powell. | 1.25/$350.00 | $ 437.50 |
| 12/16/2019 | Reviewing *LRSD v. PCSSD*, 664 F.3d 738 (8th Cir. 2011) | 1.30/$350.00 | $ 455.00 |
| 12/16/2019 | Spoke with Joy Springer and Bob Pressman regarding revisions for Margie Powell's response. | .50/$350.00 | $ 175.00 |
| 12/19/2019 | Drafting Interrogatories and Requests for Production of Documents to PCSSD. | 3.75/$350.00 | $ 1,312.50 |
| 12/20/2019 | Finalized discovery requests to PCSSD. | 1.75$350.00 | $ 612.50 |

| 12/23/2019 | Working on discovery responses. | 2.75/$350.00 | $   962.50 |
|---|---|---|---|
| 01/06/2020 | Working on discovery responses. | 1.50/$350.00 | $   525.00 |
| 01/08/2020 | Conference with Sam Jones and Devin Bates | 1.00/$350.00 | $   350.00 |
| 01/09/2020 | Conference with Bob Pressman and Joy Springer regarding discovery responses to PCSSD. | .75/$350.00 | $   262.50 |
| 01/11/2020 | Reading discovery responses from PCSSD, AVID, Monitoring Reports, etc.. | 2.50/$350.00 | $   875.00 |
| 01/11/2020 | Spoke with Bob Pressman regarding discovery issues. | .40/$350.00 | $   140.00 |
| 01/13/2020 | Reading discovery responses from PCSSD, AVID, Monitoring reports, etc., reading critiques of AVID | 1.75/$350.00 | $   612.50 |
| 01/13/2020 | Conference with Joy Springer and Bob Pressman to discuss case involving PCSSD. | 1.00/$350.00 | $   350.00 |
| 01/17/2020 | Monthly Status conference at John W. Walker, P.A. | 1.50/$350.00 | $   525.00 |
| 02/05/2020 | Reviewing PCSSD discovery responses. | 1.25/$350.00 | $   437.50 |
| 02/08/2020 | File review – PCSSD Facilities reports | 2.75/$350.00 | $   926.50 |
| 02/15/2020 | Reviewing documents and filings in preparation for the deposition of Curtis Johnson | 3.75/$350.00 | $ 1,312.50 |
| 02/16/2020 | Reviewing PCSSD facilities reports | 1.50/$350.00 | $   525.00 |
| 02/17/2020 | Meeting with Bob Pressman and Joy Springer | 1.00/$350.00 | $   350.00 |
| 02/19/2020 | Met with Joy Springer and Bob Pressman to discuss deposition of Curtis Johnson | 1.30/$350.00 | $   455.00 |
| 02/19/2020 | Deposition of Curtis Johnson | 3.50/$350.00 | $ 1,225.00 |
| 02/26/2020 | Spoke with Bob Pressman regarding PCSSD's responses to the Intervenor's First Set of Interrogatories and Requests for Production of Documents | .30/$350.00 | $   105.00 |
| 02/26/2020 | Reviewed PCSSD's responses to Intervenor's First Set of Interrogatories and Requests for Production of Documents. | 1.00/$350.00 | $   350.00 |
| 02/28/2020 | Meeting with Joy Springer and Bob Pressman regarding PCSSD facilities issues. | 1.20/$350.00 | $   420.00 |
| 02/28/2020 | Court ordered meeting. | 1.00/$350.00 | $   350.00 |
| 03/01/2020 | Reviewing PCSSD's discovery responses. | 1.30/$350.00 | $   455.00 |
| 03/01/2020 | Spoke with Bob Pressman regarding PCSSD discovery responses. | .40/$350.00 | $   140.00 |
| 03/04/2020 | Working on Joint Status Report | .60/$350.00 | $   210.00 |
| 03/04/2020 | Dictated five (5) page letter to Sam Jones and Devin Bates regarding PCSSD discovery responses. | 2.50/$350.00 | $   875.00 |

**4 |** P a g e

| | | | |
|---|---|---|---|
| 03/05/2020 | Conference with Bob Pressman and Joy Springer to discuss case. | 1.50/$350.00 | $   525.00 |
| 03/10/2020 | Reviewing Motion *In Limine* draft from Bob Pressman | .70/$350.00 | $   245.00 |
| 03/10/2020 | Reviewed and worked on response to PCSSD's supplemental status responses. | 1.00/$350.00 | $   350.00 |
| 03/11/2020 | Spoke with Bob Pressman regarding Motion *In Limine* | .20/$350.00 | $     70.00 |
| 03/11/2020 | Spoke with Bob Pressman and Joy Springer regarding Sam Jones' concerns about speaking with administrators. | .30/$350.00 | $   105.00 |
| 03/13/2020 | Dictated letter to Sam Jones and Devin Bates regarding requests for production of documents | 1.40/$350.00 | $   490.00 |
| 03/13/2020 | Spoke with Bo Pressman and Joy Springer regarding PCSSD's responses to requests for production of documents. | .70/$350.00 | $   245.00 |
| 03/13/2020 | Reviewing Motion *In Limine* and making changes. | 1.20/$350.00 | $   420.00 |
| 03/18/2020 | Spoke with Bob Pressman regarding Motion *In Limine* and making changes and other matters. | 1.25/$350.00 | $   437.50 |
| 03/18/2020 | Reviewing Motion *In Limine* and making changes. | 3.25/$350.00 | $ 1,137.50 |
| 03/23/2020 | Conference call with Bob Pressman and Joy Springer regarding discovery issues. | .75/$350.00 | $   262.50 |
| 03/23/2020 | Reviewing Motion *In Limine* and making changes. | 2.00/$350.00 | $   700.00 |
| 03/25/2020 | Spoke with Bob Pressman and Devin Bates regarding discovery issues. | .75$350.00 | $   262.50 |
| 03/25/2020 | Finalized Motion *In Limine* | 1.50/$350.00 | $   525.00 |
| 03/26/2020 | Meeting with Devin Bates and Bob Pressman regarding discovery issues. | .75/$350.00 | $   262.50 |
| 03/27/2050 | Working on Joy Springer's declaration. | .50/$350.00 | $   175.00 |
| 03/30/2020 | Working on Motion *In Limine* – Court's expert – Margie Powell | .75/$350.00 | $   262.50 |
| 03/30/2020 | Reviewing Devin Bates' email regarding Warren's deposition. | .20/$350.00 | $     70.00 |
| 04/02/2020 | Working on draft trial schedule | 1.00/$350.00 | $   350.00 |
| 04/02/2020 | Reviewing discovery documents in preparation for Dr. Janice Warren's deposition. | 3.50/$350.00 | $ 1,225.00 |
| 04/03/2020 | Reviewing discovery documents, facilities reports. | 6.75/$350.00 | $ 2,362.50 |
| 04/03/2020 | Working on Joint Status Report. | .60/$350.00 | $   210.00 |
| 04/04/2020 | Reviewing discovery documents, student achievement data, and material regarding AVID. | 1.50/$350.00 | $   525.00 |

| 04/07/2020 | Reviewing discovery documents in preparation of Dr. Janice Warren's deposition. | 4.75/$350.00 | $ 1,662.50 |
|---|---|---|---|
| 04/07/2020 | Reviewing Motion *In Limine* draft from Bob | .50/$350.00 | $   175.00 |
| 04/08/2020 | Deposition of Dr. Janice Warren | 4.75/$350.00 | $ 1,662.50 |
| 04/16/2020 | Reviewed Devin's email regarding discovery issues. | .20/$350.00 | $     70.00 |
| 04/16/2020 | Spoke with Bob Pressman regarding design concept of Drive Program, discussed other facilities issues. | .50/$350.00 | $   175.00 |
| 04/22/2020 | Emailed Devin Bates and Scott Richardson regarding discovery issues. | .50/$350.00 | $   175.00 |
| 04/25/2020 | Conference with client – Valerie Stalling-Kehinde. | 1.75/$350.00 | $   612.50 |
| 04/28/2020 | Meeting with Tamara Eackles. | 1.30/$350.00 | $   455.00 |
| 05/01/2020 | Deposition of Valerie Stallings-Kehinde. | 1.00/$350.00 | $   350.00 |
| 05/08/2020 | Meeting with Tamara Eackles. | 1.75/$350.00 | $   612.50 |
| 05/12/2020 | Conference with Emalie Nicole Kelley | 1.50/$350.00 | $   525.00 |
| 05/13/2020 | Sent Devin Bates an email regarding depositions. | .20/$350.00 | $     70.00 |
| 05/13/2020 | Conference with Joy Springer and Bob Pressman regarding Joy's subpoena *duces tecum*. | .75/$350.00 | $   262.50 |
| 05/14/2020 | Conference with Joy Springer in preparation of her deposition. | 2.75/$350.00 | $   962.50 |
| 05/14/2020 | Deposition of Tamara Eackles. | 1.00/$350.00 | $   350.00 |
| 05/14/2020 | Deposition of Emalie Nicole Kelley | 1.00/$350.00 | $   350.00 |
| 05/15/2020 | Deposition of Joy Springer | 6.50/$350.00 | $ 2,275.00 |
| 05/15/2020 | Researched issues regarding intervention. | 3.50/$350.00 | $ 1,225.00 |
| 05/21/2020 | Worked on response to motion for intervention – Janice Warren | 1.75/$350.00 | $   612.50 |
| 05/24/2020 | Worked on response to motion for intervention. | 3.75/$350.00 | $ 1,312.50 |
| 06/15/2020 | Reviewed Motion In Limine regarding Joy Springer's testimony. | .30/$350.00 | $   105.00 |
| 06/19/2020 | Read the following cases: Judge Miller's 2011 opinion, *LRSD v. PCSSD, et al.* 584 F.Supp. 328 (E.D.Ark. 1984), *LRSD v. PCSSD, et al.*, 664 F.3d 738 (8th Cir. 2011). | 6.50/$350.00 | $ 2,275.00 |
| 06/19/2020 | Spoke with Bob Pressman regarding response to burden of proof. | .30/$350.00 | $   105.00 |
| 06/20/2020 | Read the following cases: *Freeman v. Pitts*, *Green v. County School Board of New Kent County, et al.* | 2.75/$350.00 | $   962.50 |
| 06/20/2020 | Spoke with Bob Pressman regarding response to burden of proof. | .70/$350.00 | $   245.00 |

| 06/20/2020 | Working on response to burden of proof motion, reviewing documents provided by PCSSD. | 5.50/$350.00 | $ 1,925.00 |
|---|---|---|---|
| 06/21/2020 | Working on Response to Burden of Proof, reviewing documents provided by PCSSD. | 6.50/$350.00 | $ 2,275.00 |
| 06/22/2020 | Working on Response to Burden of Proof, reviewing documents provided by PCSSD. | 1.75/$350.00 | $   612.50 |
| 06/28/2020 | Read the following cases: *Wright v. Stone Container Corp.*, *Rattray v. Woodbury*, *Mounce v. CHSPSC*, *Hoekman v. Education Minnesota* | 2.75/$350.00 | $   962.50 |
| 06/29/2020 | Worked on Brief along with Bob Pressman. | 2.00/$350.00 | $   700.00 |
| 06/29/2020 | Spoke with Bob Pressman regarding response. | .70/$350.00 | $   245.00 |
| 07/05/2020 | Summarizing deposition of Curtis Johnson | 5.75/$350.00 | $ 2,012.50 |
| 07/06/2020 | Summarizing deposition of Janice Warren | 6.25/$350.00 | $ 2,187.50 |
| 07/11/2020 | Pre-Trial preparation – Reviewing exhibits, documents, and notes for case. | 6.50/$350.00 | $ 2,275.00 |
| 07/12/2020 | Pre-trial preparation.  Reviewing exhibits, documents, and notes for case. | 4.25/$350.00 | $ 1,487.50 |
| 07/14/2020 | Pre-trial preparation.  Reviewing exhibits, documents, and notes for case. | 2.50/$350.00 | $   875.00 |
| 07/14/2020 | Unitary Status Court Hearing | 6.50/$350.00 | $ 2,275.00 |
| 07/15/2020 | Pre-trial prep | 1.75/$350.00 | $   612.50 |
| 07/15/2020 | Unitary Status Court Hearing | 7.50/$350.00 | $ 2,625.00 |
| 07/16/2020 | Sent email to client regarding court. | .50/$350.00 | $   175.00 |
| 07/16/2020 | Unitary Status Court Hearing | 6.50/$350.00 | $ 2,275.00 |
| 07/17/2020 | Pre-trial preparation. | 2.50/$350.00 | $   875.00 |
| 07/17/2020 | Unitary Status Court Hearing | 5.75/$350.00 | $ 2,012.50 |
| 07/18/2020 | Reviewing notes, depositions, exhibits, documents | 6.50/$350.00 | $ 2,275.00 |
| 07/19/2020 | Reviewing notes, depositions, exhibits, documents. | 4.75/$350.00 | $ 1,662.50 |
| 07/20/2020 | Unitary Status Court Hearing | 6.50/$350.00 | $ 2,275.00 |
| 07/21/2020 | Unitary Status Court Hearing | 7.50/$350.00 | $ 2,625.00 |
| 07/22/2020 | Reviewing notes, deposition, exhibits. | 2.75/$350.00 | $   962.50 |
| 07/22/2020 | Unitary Status Court Hearing | 5.75/$350.00 | $ 2,012.50 |
| 07/23/2020 | Unitary Status Court Hearing | 6.25/$350.00 | $ 2,187.50 |
| 07/24/2020 | Unitary Status Court Hearing | 6.50/$350.00 | $ 2,275.00 |
| 07/25/2020 | Reviewing notes, depositions, exhibits. | 4.25/$350.00 | $ 1,487.50 |

| | | | |
|---|---|---|---|
| 07/26/2020 | Reviewing notes, depositions, exhibits. | 3.25/$350.00 | $ 1,137.50 |
| 07/27/2020 | Unitary Status Hearing | 5.75/$350.00 | $ 2,012.50 |
| 07/28/2020 | Unitary Status Hearing | 6.25/$350.00 | $ 2,187.50 |
| 07/29/2020 | Unitary Status Hearing | 6.25/$350.00 | $ 2,187.50 |
| 07/30/2020 | Unitary Status Hearing | 7.25/$350.00 | $ 2,537.50 |
| 07/31/2020 | Unitary Status Hearing | 6.25/$350.000 | $ 2,187.50 |
| 11/11/2020 | Court Monthly Meeting to discuss facilities and other issues. | 1.00/$350.00 | $   350.00 |
| 01/27/2021 | Court Monthly Meeting to discuss facilities and other issues. | 1.00/$350.00 | $   350.00 |
| 03/05/2021 | Court Monthly Meeting to discuss facilities and other issues. | 1.00/$350.00 | $   350.00 |
| 04/28/2021 | Worked with Bob Pressman to come up with Driven concerns. | .50/$350.00 | $   175.00 |
| 05/05/2021 | Drafted letter to Devin Bates regarding Driven program. | .70/$350.00 | $   245.00 |
| 05/05/2021 | Conference with Joy Springer and Bob Springer about Driven program. | 1.00/$350.00 | $   350.00 |
| 05/07/2021 | Reviewed court's ruling. | .75/$350.00 | $   262.50 |
| 05/07/2021 | Spoke with Joy Springer and Bob Pressman | 1.00/$350.00 | $   350.00 |
| 05/12/2021 | Conference with Joy Springer and Bob Pressman the court's ruling. | 1.00/$350.00 | $   350.00 |
| 06/02/2021 | Reviewing and working on time statement. | 1.25/$350.00 | $   437.50 |
| 06/07/2021 | Reviewing and working on time statement. | .75/$350.00 | $   262.50 |
| 06/09/2021 | Reviewing and working on time statement. | 1.00/$350.00 | $   350.00 |
| 06/10/2021 | Conference with Devin Bates, Curtis Johnson, Joy Springer, Bob Pressman, Dr. McNaulty regarding Mills. | 1.00/$350.00 | $   350.00 |
| | | | |
| | **Total ……………………………………….** | **366.05** | **$ 128,117.50** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

        **Total for Professional Services** ............................................................ **$ 128,117.50**

Costs

| | | | |
|---|---|---|---|
| 1. | Depositions Cost for Janice Warren, Emaile Nichole Kelley ...... | $ | 1,243.60 |
| 2. | Deposition cost for Curtis Johnson ..................................... | $ | 943.35 |
| 3. | Deposition cost for Tamara Eackles, Rizelle Aaron, and Joy Springer ........................................................................ | $ | 743.25 |
| 4. | Costs for Exhibits copies ................................................... | $ | 728.44 |

                         **Total ........................................** **$ 3,658.64**

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152452 | 5/28/2020 | 93244 |

| Job Date | Case No. |
|---|---|
| 5/12/2020 | 4:82-CV-00866-DPM |

| Case Name |
|---|
| Little Rock School District vs. Pulaski County Special School District, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

1 COPY OF TRANSCRIPT OF:
   Emalie Nicole Kelley

                                                                79.50

**TOTAL DUE  >>>**                                            **$79.50**

Location of Job   : Bushman Court Reporting
                    620 West 3rd Street
                    Suite 302
                    Little Rock, AR 72201

Thank you, we appreciate your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 79.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

Invoice No.   : 152452
Invoice Date  : 5/28/2020
**Total Due**     : **$0.00**

Remit To:  **BUSHMAN COURT REPORTING**
           **620 W. Third Street, Suite 302**
           **P.O. Box 2734**
           **LITTLE ROCK, AR 72203-2734**

Job No.     : 93244
BU ID       : 1-MAIN
Case No.    : 4:82-CV-00866-DPM
Case Name   : Little Rock School District vs. Pulaski County
              Special School District, et al.

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152406 | 5/19/2020 | 93270 |

| Job Date | Case No. | |
|---|---|---|
| 5/15/2020 | 4:82-CV-00866-DPM | |

| Case Name |
|---|
| Little Rock School District vs. Pulaski County Special School District, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

1 COPY OF TRANSCRIPT OF:

    Joy Springer                                        382.50

    Exhibit                    147.00  Pages     @      0.250     36.75

    **TOTAL DUE  >>>**                    **$419.25**

Location of Job   : Bushman Court Reporting
                       620 West 3rd Street
                       Suite 302
                       Little Rock, AR 72201

Thank you, we appreciate your business!

                                    **(-) Payments/Credits:**         419.25
                                      **(+) Finance Charges/Debits:**    0.00
                                      **(=) New Balance:**         **$0.00**

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

Invoice No.   : 152406
Invoice Date  : 5/19/2020
**Total Due**    : **$0.00**

Remit To:  **BUSHMAN COURT REPORTING**
             **620 W. Third Street, Suite 302**
             **P.O. Box 2734**
             **LITTLE ROCK, AR 72203-2734**

Job No.      : 93270
BU ID       : 1-MAIN
Case No.    : 4:82-CV-00866-DPM
Case Name  : Little Rock School District vs. Pulaski County
               Special School District, et al.

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152402 | 5/19/2020 | 93265 |
| **Job Date** | **Case No.** | |
| 5/14/2020 | 4:82-CV-00866-DPM | |
| **Case Name** | | |
| Little Rock School District vs. Pulaski County Special School District, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

1 COPY OF TRANSCRIPT OF:
   Tamara Eackles

96.00

**TOTAL DUE  >>>**                    **$96.00**

Location of Job   : Bushman Court Reporting
                   620 West 3rd Street
                   Suite 302
                   Little Rock, AR 72201

Thank you, we appreciate your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 96.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

Invoice No.   : 152402
Invoice Date  : 5/19/2020
**Total Due**    : **$0.00**

Remit To:  **BUSHMAN COURT REPORTING**
           **620 W. Third Street, Suite 302**
           **P.O. Box 2734**
           **LITTLE ROCK, AR 72203-2734**

Job No.    : 93265
BU ID      : 1-MAIN
Case No.   : 4:82-CV-00866-DPM
Case Name  : Little Rock School District vs. Pulaski County
             Special School District, et al.

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152398 | 5/19/2020 | 93172 |

| Job Date | Case No. | |
|---|---|---|
| 5/1/2020 | 4:82-CV-00866-DPM | |

| Case Name |
|---|
| Little Rock School District vs. Pulaski County Special School District, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

1 COPY OF TRANSCRIPT OF:
   Valarie Stallings Kehinde                            81.00
1 COPY OF TRANSCRIPT OF:
   Rizelle Aaron                                      147.00

**TOTAL DUE  >>>**      **$228.00**

Location of Job  : Bushman Court Reporting
               620 West 3rd Street
               Suite 302
               Little Rock, AR 72201

Thank you, we appreciate your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 228.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

Invoice No.   : 152398
Invoice Date  : 5/19/2020
**Total Due**   : **$0.00**

Remit To:  **BUSHMAN COURT REPORTING**
           **620 W. Third Street, Suite 302**
           **P.O. Box 2734**
           **LITTLE ROCK, AR 72203-2734**

Job No.     : 93172
BU ID      : 1-MAIN
Case No.   : 4:82-CV-00866-DPM
Case Name : Little Rock School District vs. Pulaski County
                 Special School District, et al.

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152278 | 4/20/2020 | 92998 |
| Job Date | Case No. | |
| 4/8/2020 | 4:82-CV-00866-DPM | |
| Case Name | | |
| Little Rock School District vs. Pulaski County Special School District, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Janice Warren | | | | | 858.60 |
| Exhibit | 52.00 | Pages | @ | 0.250 | 13.00 |
| Appearance Fee (Hourly) | 4.50 | Hours | @ | 35.000 | 157.50 |
| E-transcript | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE  >>>** | | | | **$1,064.10** |

Location of Job  : Mitchell, Williams, Selig, Gates & Woodyard PLLC
425 West Capitol
Suite 1800
Little Rock, AR 72201

Thank you, we appreciate your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 1,064.10 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

Invoice No.    : 152278
Invoice Date  : 4/20/2020
**Total Due**     : **$0.00**

Remit To:  **BUSHMAN COURT REPORTING**
**620 W. Third Street, Suite 302**
**P.O. Box 2734**
**LITTLE ROCK, AR 72203-2734**

Job No.     : 92998
BU ID       : 1-MAIN
Case No.    : 4:82-CV-00866-DPM
Case Name  : Little Rock School District vs. Pulaski County
Special School District, et al.

# INVOICE

1 of 1

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
T: 501-372-5115  F: 501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151988 | 3/4/2020 | 92769 |
| **Job Date** | **Case No.** | |
| 2/19/2020 | 4:82-CV-00866-DPM | |
| **Case Name** | | |
| Little Rock School District vs. Pulaski County Special School District, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201
T: 501-244-8200  F: 372-5567

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Curtis Johnson | | | | 779.10 |
| Exhibit | 27.00 | Pages | @ | 0.250 | 6.75 |
| Appearance Fee (Hourly) | 3.50 | Hours | @ | 35.000 | 122.50 |
| E-transcript | 1.00 | | @ | 35.000 | 35.00 |

**TOTAL DUE   >>>**                        **$943.35**

Location of Job   : Friday, Eldredge & Clark, LLP
                        400 West Capitol Avenue
                        Suite 2000
                        Little Rock, AR 72201

Thank you, we appreciate your business!

| (-) **Payments/Credits:** | 943.35 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$0.00** |

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Austin Porter
Porter Law Firm
323 Center Street,
Suite 1035
Little Rock, AR 72201

| Invoice No. | : 151988 |
|---|---|
| Invoice Date | : 3/4/2020 |
| **Total Due** | : **$0.00** |

Remit To: **BUSHMAN COURT REPORTING**
**620 W. Third Street, Suite 302**
**P.O. Box 2734**
**LITTLE ROCK, AR 72203-2734**

| Job No. | : 92769 |
|---|---|
| BU ID | : 1-MAIN |
| Case No. | : 4:82-CV-00866-DPM |
| Case Name | : Little Rock School District vs. Pulaski County Special School District, et al. |