# TIME SHEET--PCSSD--

| Date | Task | Total Hrs. |
|---|---|---|
| 12/18/2018 | **PCSSD** Meeting Court ordered preparation meeting with JWW and Springer | 1.5 hrs. |
| 01/02/2019 | Meeting with JWW and Springer regarding monitoring and the implantation of a web page for **PCSSD**. | 1.0 hrs. |
| 01/08/2019 | Meeting with Springer Smith concerning **PCSSD** monitoring and concerns for remainder of year. | 1.25 hrs. |
| 01/09/2019 | Monitoring meeting at Chenal Elementary with Smith emphasis on remaining obligations under Plan2000. **PCSSD** | 5.0 hrs. |
| 01/10/2019 | Monitoring meeting at Baker Elementary with Smith emphasis on remaining obligations under Plan2000.**PCSSD** | 4.0 hrs. |
| 01/11/2019 | Monitoring meeting at College Station Elementary emphasis on remaining obligations under Plan2000. **PCSSD** | 4.0 hrs. |
| 01/11/2019 | Telephone call with Mrs. Yancy concerning student discipline at Sylvan Hill High School. **PCSSD** | .50 hrs. |
| 01/15/2019 | Monitoring meeting at Robinson High emphasis on remaining obligations under Plan2000. Met with principal Bailey. **PCSSD** | 5.0 hrs. |
| 01/17/2019 | Monitoring meeting at Mills Middle with Smith emphasis on remaining obligations under Plan2000.**PCSSD**. Dr. Watson explained the school commitment to the plan remaining obligations. | 4.0 hrs. |
| 01/22/2019 | Meeting with Springer and Smith on Monitoring of **PCSSD** schools regarding monitoring findings. | 1.0 hrs. |
| 01/23/2019 | **PCSSD** Meeting Court ordered in PCSSD HQ. | 1.50 hrs. |
| 01/23/2019 | Impromptu site visit to Mills High on heating complaints **PCSSD** with Smith and Springer | .50 hrs. |
| 01/24/2019 | Monitoring meeting at **Daisy Bates Elementary** emphasis on remaining obligations under Plan2000. Met with Principal Jackson **PCSSD** | 4.5 hrs. |
| 01/25/2019 | Summarizing Mills and Daisy Bates monitoring report. **PCSSD** | 3.0 hrs. |
| 01/28/2019 | Monitoring meeting at **Harris Elementary** emphasis on remaining obligations under Plan2000. Met with Principal Moore **PCSSD** | 4.5 hrs. |
| 01/29/2019 | Worked on Summaries of Harris and Bates Elementary Schools **PCSSD** | 4.0 hrs. |
| 01/30/2019 | Monitoring meeting at **Robinson Middle** emphasis on remaining obligations under Plan2000. Met with Principal Levar. **PCSSD** | 5.0 hrs. |

EXHIBIT E

| | | | |
|---|---|---|---|
| 01/31/2019 | Worked on Summaries from this week monitored schools. **PCSSD**. | | 4.0 hrs. |
| | | Total | 54.25 hrs. |
| 02/04/2019 | Met with Springer and Smith on **PCSSD** school visits | | 1.0 hrs. |
| 02/04/2019 | Worked on Summaries for **PCSSD** schools visited | | 3.0 hrs. |
| 02/05/2019 | Monitoring meeting at Landmark Elem. emphasis on remaining obligations under Plan2000. Met with Principal Williams. **PCSSD** | | 3.0 hrs. |
| 02/06/2019 | Monitoring meeting at Lawson Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Mellor | | 3.5 hrs. |
| 02/07/2019 | Monitoring meeting at Oak Grove Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Dillingham | | 4.0 hrs. |
| 02/08/2019 | Monitoring meeting Oak Brooke Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Dr. Truslow | | 3.5 hrs. |
| 02/11/2019 | Worked on Summaries from this week monitored schools. **PCSSD** | | 6.0 hrs. |
| 02/12/2019 | Monitoring meeting at Pine Forrest Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Thomas. | | 5.0 hrs. |
| 02/13/2019 | Monitoring meeting at Sherwood Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Dillingham | | 2.0 hrs. |
| 02/13/20119 | Monitoring meeting at Clinton Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Dillingham | | 2.5 hrs. |
| 02/14/2019 | Monitoring meeting at Sylvan Hills Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Young | | 4.5 hrs. |
| 02/19/2019 | Telephone conference with Mrs. Grant on 504 meeting **PCSSD** | | 1.0 hrs. |
| 02/21/2019 | Monitoring meeting at Sylvan Hills 9th and 10th grade Academy. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Assistant Principal Sierra. | | 3.0 hrs. |
| 02/25/2019 | Meeting with Springer to Prep for Monitoring for **PCSSD** Cato Elem, Maumelle Middle, and Sylvan Hills Elem. | | 4.0 hrs. |
| 02/26/2019 | Monitoring meeting at Cato Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Lee | | 4.5 hrs. |
| 02/27/2019 | Monitoring meeting at Sylvan Hills Elem. **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Young | | 4.0 hrs. |
| 02/28/2019 | Monitoring meeting at Maumelle Middle **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Burgess. | | 3.0 hrs. |

| | | | |
|---|---|---|---|
| 02/29/2019 | Worked on Summaries of **PCSSD** schools Monitored | | 3.5 hrs. |
| 03/01/2019 | Participated in the **PCSSD** Student Handbook Committee Meeting at PCSSD HQ. | | 5.0 hrs. |
| 03/04/2019 | Meeting with Springer on **PCSSD** Monitoring findings on monitoring visits | | 1.5 hrs. |
| 03/05/2019 | Attended Robinson High **PCSSD** career day and met with Principal Baily on discipline numbers. | | 2.5 hrs. |
| 03/05/2019 | Monitoring **PCSSD** Sylvan Hill 11th and 12th and visit with Ms. Camp on Sylvan Hills upcoming Career Day. | | 2.0 hrs. |
| 03/06/2019 | Monitoring meeting at Sylvan Hills Middle. **PCSSD** emphasis on remaining obligations under Plan2000 assisted by Ms. Bone. | | 2.5 hrs. |
| 03/07/2019 | Monitoring meeting at Maumelle High **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Senn | | 2.5 hrs. |
| 03/07/2019 | Monitoring meeting at Sylvan Hills Middle **PCSSD** emphasis on remaining obligations under Plan2000. Met with Principal Hudgeons. | | 2.0 hrs. |
| 03/08/2019 | Worked on Monitoring files for **PCSSD**. | | 2.0 hrs. |
| 03/11/2019 | Meeting with Springer and JWW on **PCSSD** Monitoring findings on monitoring visits an additional monitoring instruction | | 1.50 hrs. |
| 03/15/2019 | Worked on Monitoring files with **PCSSD**. | | 3.0 hrs. |
| 03/18/2019 | | | |
| 03/28/2019 | Attended 504 Meeting at Sylvan Hills High regarding Student (Grant) **PCSSD** | | 1.5 hrs. |
| 03/29/2019 | Met with **PCSSD** and Springer and Smith court ordered monthly meeting. | | 1.50 hrs. |
| 04/18/2019 | **PCSSD** schools closed due to flooding | | 0.0 hrs. |
| 04/23/2019 | **PCSSD** Monthly Meeting for April 2019 with JNPSD Court directed | | 2.0 hrs. |
| 04/30/20219 | Read Memo from Springer regarding **PCSSD** | | .30 hrs. |
| 05/03/2019 | Meeting Springer and Smith Recruitment Activities PCSSD | | .60 hrs. |
| 05/09/2019 | College Station Elementary monitoring visit concerning the treatment of African American students **(PCSSD)** | | 1.0 hrs. |
| 06/03/2019 | Attended Pulaski County Court with student Kitchens from Sylvan Hills High **PCSSD**. | | 2.5 hrs. |
| 06/04/2019 | Met with Stacy Grant Sylvan Hills concerning 504 plan **PCSSD**. | | 2.0 hrs. |
| 06/05/2019 | Meeting with Springer on **PCSSD** involvement in Summer Program | | .60 hrs. |
| | | Total | **149.75 hrs.** |

# TIME SHEET--PCSSD--SMITH

| Date | Task | Total Hrs. |
|---|---|---|
| 12/18/2018 | **PCSSD** Meeting Court ordered preparation meeting with JWW Springer and Bolden | 1.5 hrs. |
| 01/02/2019 | Meeting with JWW Springer and Bolden regarding monitoring and the implantation of a web page for **PCSSD**. | 1.0 hrs. |
| 01/07/2019 | Spoke with Mr. Whitfield concerning monitoring activities, reviewed school improvement plans for **PCSSD** elementary schools. | 4.0 hrs. |
| 01/08/2019 | Meeting with Springer and Bolden concerning **PCSSD** monitoring and concerns for remainder of year. Created a monitoring schedule for the week. | 1 5.0 hrs. |
| 01/09/2019 | Monitoring meeting at Chenal Elementary with Bolden emphasis on achievement and discipline under Plan2000. **PCSSD** | 5.0 hrs. |
| 01/10/2019 | Monitoring meeting at Baker Elementary with Smith emphasis on achievement and discipline obligations under Plan2000.**PCSSD** | 4.0 hrs. |
| 01/11/2019 | Monitoring meeting at College Station Elementary emphasis on achievement and discipline obligations under Plan2000. **PCSSD** | 4.0 hrs. |
| 01/15/2019 | Monitoring meeting at Robinson High emphasis on achievement and discipline obligations under Plan2000. Met with principal Bailey. **PCSSD** | 5.0 hrs. |
| 01/17/2019 | Monitoring meeting at Mills Middle with Bolden emphasis on achievement and discipline obligations under Plan2000.**PCSSD**. Dr. Watson explained the school commitment to the plan remaining obligations. | 4.0 hrs. |
| 01/22/2019 | Meeting with Springer and Bolden on Monitoring of **PCSSD** schools regarding monitoring findings. | 1.0 hrs. |
| 01/23/2019 | **PCSSD** Meeting Court ordered in PCSSD HQ. | 1.50 hrs. |
| 01/23/2019 | Impromptu site visit to Mills High on heating complaints **PCSSD** with Springer and Bolden | .50 hrs. |
| 01/24/2019 | Monitoring meeting at **Daisy Bates Elementary** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Jackson **PCSSD** | 4.5 hrs. |
| 01/25/2019 | Summarizing Mills and Daisy Bates monitoring report. **PCSSD** | 3.0 hrs. |
| 01/28/2019 | Monitoring meeting with Bolden at **Harris Elementary** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Moore **PCSSD** | 4.5 hrs. |
| 01/29/2019 | Worked on Summaries of Harris and Bates Elementary Schools **PCSSD** | 4.0 hrs. |

EXHIBIT F

| | | | |
|---|---|---|---|
| 01/30/2019 | Monitoring meeting with Bolden at **Robinson Middle** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Levar.  **PCSSD** | | 5.0 hrs. |
| 01/31/2019 | Worked on Summaries from this week monitored schools. **PCSSD**. | | 4.0 hrs. |
| 02/04/2019 | Met with Springer and Bolden on **PCSSD** school visits | | 1.0 hrs. |
| 02/04/2019 | Worked on Summaries for **PCSSD** schools visited | | 3.0 hrs. |
| 02/05/2019 | Monitoring meeting with Bolden at Landmark Elem. emphasis on achievement and discipline obligations under Plan2000. Met with Principal Williams. **PCSSD** | | 3.0 hrs. |
| 02/06/2019 | Monitoring meeting with Bolden at Lawson Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Mellor | | 3.5 hrs. |
| 02/07/2019 | Monitoring meeting with Bolden at Oak Grove Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Dillingham | | 4.0 hrs. |
| 02/08/2019 | Monitoring meeting with Bolden Oak Brooke Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Dr. Truslow | | 3.5 hrs. |
| 02/11/2019 | Worked on Summaries from this week monitored schools. **PCSSD** | | 6.0 hrs. |
| 02/12/2019 | Monitoring meeting with Bolden at Pine Forrest Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Thomas. | | 5.0 hrs. |
| 02/13/2019 | Monitoring meeting at Sherwood Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Dillingham | | 2.0 hrs. |
| 02/13/20119 | Monitoring meeting with Bolden at Clinton Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Dillingham | | 2.5 hrs. |
| 02/14/2019 | Monitoring meeting with Bolden at Sylvan Hills Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Young | | 4.5 hrs. |
| 02/21/2019 | Monitoring meeting with Bolden at Sylvan Hills 9th and 10th grade Academy. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Assistant Principal Sierra. | | 3.0 hrs. |
| 02/25/2019 | Meeting with Springer and Bolden to Prep for Monitoring for **PCSSD** Cato Elem, Maumelle Middle, and Sylvan Hills Elem. | | 4.0 hrs. |
| 02/26/2019 | Monitoring meeting with Bolden at Cato Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Lee | | 4.5 hrs. |

| Date | Description | Hours |
|---|---|---|
| 02/27/2019 | Monitoring meeting with Bolden at Sylvan Hills Elem. **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Young | 4.0 hrs. |
| 02/28/2019 | Monitoring meeting Bolden at Maumelle Middle **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Burgess. | 3.0 hrs. |
| 02/29/2019 | Worked on Summaries of **PCSSD** schools Monitored | 3.5 hrs. |
| 03/01/2019 | Participated in the **PCSSD** Student Handbook Committee Meeting with Bolden at PCSSD HQ. | 5.0 hrs. |
| 03/04/2019 | Meeting with Springer and Bolden on **PCSSD** Monitoring findings on monitoring visits | 1.5 hrs. |
| 03/05/2019 | Attended Robinson High **PCSSD** Career day with Bolden and met with Principal Baily on discipline numbers. | 5.50 hrs. |
| 03/05/2019 | Monitoring **PCSSD** Sylvan Hill 11th and 12th with Bolden and visit with Ms. Camp on Sylvan Hills upcoming Career Day. | 2.0 hrs. |
| 03/06/2019 | Monitoring meeting with Bolden at Sylvan Hills Middle. **PCSSD** emphasis on remaining obligations under Plan2000 assisted by Ms. Bone. | 2.5 hrs. |
| 03/07/2019 | Monitoring meeting with Bolden at Maumelle High **PCSSD** emphasis on achievement and discipline under Plan2000. Met with Principal Senn | 2.5 hrs. |
| 03/07/2019 | Monitoring meeting with Bolden at Sylvan Hills Middle **PCSSD** emphasis on achievement and discipline obligations under Plan2000. Met with Principal Hudgeons. | 2.0 hrs. |
| 03/08/2019 | Worked on Monitoring files for **PCSSD**. | 2.0 hrs. |
| 03/11/2019 | Meeting with Springer and Bolden and JWW on **PCSSD** Monitoring findings on monitoring visits an additional monitoring instruction | 1.50 hrs. |
| 03/15/2019 | Worked on Monitoring files with **PCSSD**. | 3.0 hrs. |
| 03/29/2019 | Met with **PCSSD** Springer and Bolden court ordered monthly meeting. | 1.50 hrs. |
| 04/18/2019 | **PCSSD** schools closed due to flooding | 0.0 hrs. |
| 04/23/2019 | **PCSSD** Monthly Meeting for April 2019 with Springer and Bolden Court directed | 2.0 hrs. |
| 04/30/20219 | Read Memo from Springer regarding **PCSSD** | .30 hrs. |
| 05/03/2019 | Meeting Springer and Bolden on Recruitment Activities **PCSSD** | .60 hrs. |
| 05/09/2019 | College Station Elementary monitoring visit with Bolden concerning the treatment of African American students **(PCSSD)** | 1.0 hrs. |
| 06/05/2019 | Meeting with Springer and Bolden on **PCSSD** involvement in Summer Program | .60 hrs. |

| | | Total | 148.90 |
|---|---|---|---|

Monitor: _Marva Smith_____  Date: _____

PCSSD time total:

June 1, 2016 thru May 30, 2017= _____ + June 1, 2017 thru Present _____ = _____

John W. Walker

    PCSSD Time – June 1, 2017 through 6/30/2021

    173.88 hours @ $450.00            $ 78, 246.00

Joy Springer Time

    PCSSD Time  - June 1, 2017 through 6/30/2021

    843.94 hours @$137.50            $116, 041.75

**Charles Bolden Summary**

    PCSSD (Monitoring – 6/1/2017 through 10/15/18)

                418.00 hrs  x   $70.00      29,260.00

              12/18/18 through  5/6/2021

                149.75 hrs  x   $70.00      10,842.50

PCSSD (Monitoring) 6/1/2017 through 10/15/18

                399.00 hrs x  $70.00      27,930.00

              12/5/18 through 5/6/21

                148.90 hrs x $70.00      10,423.00

        Total Fees                  $ 272,743.25

**Costs**

| | | |
|---|---|---|
| Copying | 6000 pages @ .25 | 1500.00 |
| Binders, exhibit tabs, transcripts, postage and federal express | | |
| | 114.17 | |
| | 128.47 | |
| | 114.42 | |
| | 12.60 | |
| | 11.60 | |
| | 67.63 | |
| | 64.62 | |
| | 71.04 | |
| | 103.16 | |
| | 63.00 | |
| | 59.40 | 810.11 |
| Total Costs | | 2310.11 |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-106-42265 | Aug 27, 2020 | 2116-3151-1 | 2 of 2 |

## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 1 | 2.0 | 71.85 | 7.14 | | -14.37 | 64.62 |
| **Total FedEx Express** | **1** | **2.0** | **$71.85** | **$7.14** | | **-$14.37** | **$64.62** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | **USD** | **$64.62** |



## FedEx Express Shipment Detail By Payor Type (Original)

Ship Date: Aug 19, 2020      Cust. Ref.: NO REFERENCE INFORMATION      Ref.#2:
Payor: Shipper                Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 771300277305 | John Walker | Mr. Robert Pressman |
| Service Type | FedEx Standard Overnight | 1723 Broadway | 22 Locust Avenue |
| Package Type | FedEx Box | LITTLE ROCK AR 72206 US | LEXINGTON MA 02421 US |
| Zone | 06 | | |
| Packages | 1 | Transportation Charge | 71.85 |
| Rated Weight | 2.0 lbs, 0.9 kgs | Discount | -10.78 |
| Delivered | Aug 21, 2020 12:56 | Automation Bonus Discount | -3.59 |
| Svc Area | A1 | Fuel Surcharge | 2.49 |
| Signed by | see above | Residential Delivery | 4.65 |
| FedEx Use | 000000000/1371/02 | **Total Charge**         USD | **$64.62** |
| | | **Shipper Subtotal**     USD | **$64.62** |
| | | **Total FedEx Express**  USD | **$64.62** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1239-01-00-0024719-0001-0056715

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-035-13218 | Jun 11, 2020 | 2116-3151-1 | 2 of 2 |

## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 1 | 3.0 | 76.79 | 6.30 | | -15.36 | 67.73 |
| Total FedEx Express | 1 | 3.0 | $76.79 | $6.30 | | -$15.36 | $67.73 |

| | | | |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | USD | $67.73 |



## FedEx Express Shipment Detail By Payor Type (Original)

Ship Date: Jun 05, 2020    Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
Payor: Shipper    Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 770632957755 | John Walker | Mr. Robert Pressman | |
| Service Type | FedEx Standard Overnight | 1723 Broadway | 22 Locust Avenue | |
| Package Type | Customer Packaging | LITTLE ROCK AR 72206 US | LEXINGTON MA 02421 US | |
| Zone | 06 | | | |
| Packages | 1 | Transportation Charge | | 76.79 |
| Rated Weight | 3.0 lbs, 1.4 kgs | Discount | | -11.52 |
| Delivered | Jun 08, 2020 12:03 | Automation Bonus Discount | | -3.84 |
| Svc Area | A1 | Fuel Surcharge | | 1.65 |
| Signed by | see above | Residential Delivery | | 4.65 |
| FedEx Use | 000000000/1371/02 | Total Charge | USD | $67.73 |
| | | **Shipper Subtotal** | USD | $67.73 |
| | | **Total FedEx Express** | USD | $67.73 |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1162-01-00-0021334-0001-0047824

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-912-88305 | Jan 30, 2020 | 2116-3151-1 | 2 of 2 |

## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 1 | 3.0 | 76.79 | 9.61 | | -15.36 | 71.04 |
| **Total FedEx Express** | **1** | **3.0** | **$76.79** | **$9.61** | | **-$15.36** | **$71.04** |

| | | | |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | **USD** | **$71.04** |

## FedEx Express Shipment Detail By Payor Type (Original)

Ship Date: Jan 24, 2020         Cust. Ref.: NO REFERENCE INFORMATION          Ref.#2:
Payor: Shipper                            Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 777592478003 | John Walker | Mr. Robert Pressman | |
| Service Type | FedEx Standard Overnight | 1723 Broadway | 22 Locust Avenue | |
| Package Type | Customer Packaging | LITTLE ROCK AR 72206 US | LEXINGTON MA 02421 US | |
| Zone | 06 | | | |
| Packages | 1 | Transportation Charge | | 76.79 |
| Rated Weight | 3.0 lbs, 1.4 kgs | Discount | | -11.52 |
| Delivered | Jan 27, 2020 11:29 | Automation Bonus Discount | | -3.84 |
| Svc Area | A1 | Fuel Surcharge | | 4.96 |
| Signed by | see above | Residential Delivery | | 4.65 |
| FedEx Use | 000000000/1371/02 | **Total Charge** | **USD** | **$71.04** |
| | | **Shipper Subtotal** | **USD** | **$71.04** |
| | | **Total FedEx Express** | **USD** | **$71.04** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1029-01-00-0021606-0001-0051

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-067-07621 | Jul 16, 2020 | 2116-3151-1 | 2 of 2 |

## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 1 | 9.0 | 118.78 | 8.14 | | -23.76 | 103.16 |
| **Total FedEx Express** | 1 | 9.0 | $118.78 | $8.14 | | -$23.76 | $103.16 |

**TOTAL THIS INVOICE**     USD     **$103.16**



## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Jul 13, 2020    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper                **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 770934988711 | John Walker | Mr. Robert Pressman |
| Service Type | FedEx Standard Overnight | 1723 Broadway | 22 Locust Avenue |
| Package Type | FedEx Box | LITTLE ROCK AR 72206 US | LEXINGTON MA 02421 US |
| Zone | 06 | | |
| Packages | 1 | Transportation Charge | 118.78 |
| Rated Weight | 9.0 lbs, 4.1 kgs | Discount | -17.82 |
| Delivered | Jul 14, 2020 15:02 | Automation Bonus Discount | -5.94 |
| Svc Area | A1 | Fuel Surcharge | 3.49 |
| Signed by | see above | Residential Delivery | 4.65 |
| FedEx Use | 000000000/1371/02 | **Total Charge** USD | **$103.16** |

**Shipper Subtotal**     USD     **$103.16**
**Total FedEx Express**     USD     **$103.16**

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1197-01-00-0022388-0001-0051410


**Office DEPOT**
**OfficeMax**

LITTLE ROCK - (501) 664-8600
07/06/2020   11:11 AM

V2VT5QYPXQQ56MEW6

514-1-8864-953070-20.6.2

| | | |
|---|---|---|
| 04  BDR,INP,VW,4", | | |
| @ 21.99 | 87.96 | |
| 1k @15.19 | -27.20 | |
| You Pay | 60.76SS | |
| 22  BDR,INP,VW,4", | | |
| @ 21.99 | 43.98 | |
| You Pay | 43.98SS | |
| Subtotal: | 104.74 | |
| Sales Tax: | 9.43 | |
| Total: | 114.17 | |
| iscover Card 8162: | 114.17 | |

H CODE 00663P
Chip Read
A0000001523010   Discover Credit
0000008000
No Signature Required

---

Total Savings:
$27.20
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below:
15QK FW56 FHGQ
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

---

Check #20944
81-168/820
DATE 7/6/20
$ 114.17
One hundred fourteen & 17/---
BANK OF LITTLE ROCK
P.O. BOX 34090
LITTLE ROCK, AR 72203
MEMBER FDIC
FOR LRSD/CSSD (PCSSD) expense
⑁020944⑁ ⑆082001687⑆ 501 496 4⑉

JOHN W. WALKER, P. A.   12-98
1723 BROADWAY
LITTLE ROCK, AR 72206

No. 20971
81-168/820

DATE 7/30/20

PAY TO THE ORDER OF Charles Bolden   $ 63.00

Sixty Three & ⁰⁰/₁₀₀  DOLLARS

BANK OF LITTLE ROCK
P.O. BOX 34090
LITTLE ROCK, AR 72203
MEMBER FDIC

FOR LRSD / PCSSD expenses

⑆020971⑆  ⑈082001687⑈  501⑇496⑇4⑈

**JOHN W. WALKER, P. A.** 12-98
1723 BROADWAY
LITTLE ROCK, AR 72206

DATE 7/5/20

PAY TO THE ORDER OF Joy Springer      $ 114 42

One hundred fourteen & 82/100 DOLLARS

BANK OF LITTLE ROCK
P.O. BOX 34090
LITTLE ROCK, AR 72203
MEMBER FDIC

FOR LRSD, PCSSD expense
cryer hikitis

⑈020942⑈ ⑆082001687⑆ 501⑈496⑈4⑈





## ExhibitIndexes.com Invoice for Order #50476

PO Box 567
Hopewell NJ 08525

### Billing Details

**John Walker, P.A.**
1723 Broadway St
Little Rock, Arkansas 72206
United States

Phone: 5013743758
Email: jspringer@gabrielmail.com

### Shipping Details

**John Walker, P.A.**
1723 Broadway St
Little Rock, Arkansas 72206
United States

Phone: 5013743758
Email: jspringer@gabrielmail.com

| | | | |
|---|---|---|---|
| **Order:** | #50476 | **Order Date:** | 22nd Jun 2020 |
| **Payment Method:** | Credit Card ($148.42) | **Shipping Method:** | Free Shipping (Usually 2-6 Business Days) |

## Order Items

| Qty | Code/SKU | Product Name | | Price | Total |
|---|---|---|---|---|---|
| 5 | V-482 | Exhibit Labels Golden Yellow #482 | | $3.99 USD | $19.95 USD |
| | | Choose Laser or Hand Number: | Hand Number $3.99 Per Pkg | | |
| 1 | V-58094 | Tabbies 58094 Plaintiff's Exhibit Yellow (Free Shipping) | | $7.99 USD | $7.99 USD |
| 8 | V-SNS | Side Collated Exhibit Tabs | | $3.79 USD | $30.32 USD |
| | | Choose Numbers: | [76-100]...@[3.79] per set | | |
| 8 | V-SNS | Side Collated Exhibit Tabs | | $3.79 USD | $30.32 USD |
| | | Choose Numbers: | [51-75]...@[3.79] per set | | |
| 8 | V-SNS | Side Collated Exhibit Tabs | | $3.79 USD | $30.32 USD |
| | | Choose Numbers: | [26-50]...@[3.79] per set | | |
| 8 | V-SNS | Side Collated Exhibit Tabs | | $3.69 USD | $29.52 USD |
| | | Choose Numbers: | [1-25]...@[3.69] per set | | |

Subtotal: $148.42 USD

*Handwritten annotations: "PAID Thank you", "Return wrong exhibit"*

Case 4:82-cv-00866-DPM   Document 5754-4   Filed 09/15/21   Page 18 of 19

| Qty | Code/SKU | Product Name | Price | Total |
|---|---|---|---|---|
| | | | Shipping: | $0.00 USD |
| | | | **Grand Total:** | **$148.42 USD** |

 

```
  148.42
   19.95
  ──────
  128 4 7
```

Expenses

Postage       12.60      JNPSD
              11.60      PCSSD
              12.60      PCSSD

              25.00      PCSSD

Fed Ex        67.63      PCSSD