**Jake Kornegay**

| | |
|---|---|
| **From:** | AREDdb_ECF_Support |
| **Sent:** | Thursday, September 16, 2021 2:10 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | FW: Case No. 4:82cv866DPM - Document No. 5754-2 |
| **Attachments:** | Document 5754-2.pdf |



**From:** jspringer@gabrielmail.com <jspringer@gabrielmail.com>
**Sent:** Thursday, September 16, 2021 2:06 PM
**To:** AREDdb_ECF_Support <ecf_support@ared.uscourts.gov>
**Cc:** 'Aporte5640' <aporte5640@aol.com>; 'Robert Pressman' <pressmanrp@gmail.com>; 'Devin Bates' <dbates@mwlaw.com>; 'Scott Richardson' <scott@mwbfirm.com>
**Subject:** Case No. 4:82cv866DPM - Document No. 5754-2

**CAUTION - EXTERNAL:**

Good afternoon Madame Clerk,

Would you kindly substitute the attached document for Document 5754-2? Thank you for your attention to this request.

Sincerely,

Joy Springer
On Behalf of Intervenors
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206

  Virus-free. www.avg.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.