IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, et al.                          PLAINTIFFS

VS.                    CASE NO. 4:82CV-00866DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH PULASKI
SCHOOL DISTRICT, et al.                                      DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALARIE STALLINGS, TIFFANY ELLIS, and
LINDA MORGAN                                                 INTERVENORS

CORRECTIONS TO INTERVENORS' DOCUMENT NO. 5752
FILED ON SEPTEMBER 13, 2021

Attached hereto is the document which is Exhibit 1 on page 5 of 5752.

The 8-page document which has been identified as 5752-1 is Exhibit 2 referenced on page 8 of 5752.

Respectfully submitted,

/s/ Robert Pressman
22 Locust Avenue
Lexington, MA 02421
Telephone: 781-862-1955
Email:  pressmanrp@gmail.com

Austin Porter, Jr.
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas  72201
501-244-8200
Facsimile – 501-372-5567
Aporte5640@aol.com

Joyce Raynor
JOHN W. WALKER, P.A.
1723 Broadway Street
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187
ATTORNEYS FOR INTERVENORS