# Replacement Schedule

**District Detail**
1/25/2021 9:30 AM

| School: | 6004005 | 6004 - Murrell Taylor Elem. School | | | | |
|---|---|---|---|---|---|---|
| System | | Years 0-5 | Years 6-10 | Years 11-20 | Years 20+ | Total |
| Site | | $160,748 | $1,538,589 | $436,316 | $160,748 | $2,296,402 |
| Structural | | - | - | - | $2,549,507 | $2,549,507 |
| Exterior | | - | - | $443,718 | $1,806,002 | $2,249,720 |
| Roofing | | - | - | $590,680 | - | $590,680 |
| Interior | | - | $3,101,728 | $48,211 | $214,278 | $3,364,217 |
| HVAC | | $1,055,635 | $19,835 | $469,355 | - | $1,544,825 |
| Plumbing | | $1,003,151 | $212,762 | $105,345 | $27,079 | $1,348,336 |
| Electrical | | $1,116,766 | $1,385,740 | $427,165 | $168,874 | $3,098,545 |
| Fire & Safety | | $272,642 | $128,625 | $622,216 | - | $1,023,482 |
| Technology | | $349,317 | $350,525 | $27,491 | - | $727,333 |
| Specialties | | $261,988 | $202,149 | $689,731 | $202,149 | $1,356,018 |
| **Totals** | | **$4,220,246** | **$6,939,952** | **$3,860,228** | **$5,128,637** | **$20,149,064** |

| Addition: | | 3 Main Bldg. - Original Structure | | | | |
|---|---|---|---|---|---|---|
| System | | Years 0-5 | Years 6-10 | Years 11-20 | Years 20+ | Total |
| Structural | | - | - | - | $1,101,396 | $1,101,396 |
| Exterior | | - | - | $191,688 | $780,199 | $971,887 |
| Roofing | | - | - | $255,176 | - | $255,176 |
| Interior | | - | $1,336,399 | - | $92,569 | $1,428,968 |
| HVAC | | $527,818 | - | $139,552 | - | $667,370 |
| Plumbing | | $420,665 | $161,821 | - | - | $582,486 |
| Electrical | | $558,383 | $692,870 | $87,329 | - | $1,338,582 |
| Fire & Safety | | $136,321 | $37,028 | $268,799 | - | $442,148 |
| Technology | | $87,329 | $139,552 | - | - | $226,881 |
| Specialties | | $87,329 | $87,329 | $236,488 | $87,329 | $498,475 |
| **Totals** | | **$1,817,845** | **$2,454,999** | **$1,179,032** | **$2,061,493** | **$7,513,369** |

**EXHIBIT 1**