

# 10 Millage Questions That You Need to Know

**Does the Jacksonville NAACP support the students of Jacksonville? How?**
-Yes, 100%!! Advocate for all students. Since 2016 regularly volunteer with AR Read in the schools and conduct Summer Reading programs.

**What is the city of Jacksonville's current millage rate?**
-Residents pay the 3rd highest rate in AR at 48.3 mills on Personal and Property taxes

**Is this May 21st vote on Millage Extension a tax increase?**
-YES!! It is an additional $60 million tax increase expiring in 2055 or 36 years by a new bond issue.

**Why are residents being asked to increase the millage less than 3yrs after our last millage vote?**
-The District's 2016 Master Facility Plan did not include new elementary schools for all students.

**Why are we under federal court order?**
-In 2016, a federal judge recognized inequity in the facility building plan drawn up by the district.
The judge ordered fairness and ordered all elementary schools be replaced just like Tolleson/Bobby G. Lester.

**Will the Courts intervene implementing a higher tax and the State take over if schools are not built by 2026?**
-Of course not! JNPSD will remain under court supervision for discipline, even if all schools are built today. JNPSD may ask the judge for an extension or use a 2nd lien bond instead of changing the millage.

**Was this millage extension tax in the original plan voted for in 2016?**
-No!! We voted for: New High School, Lester Elementary, NPHS becomes middle school, and 2 multi-purpose buildings. The millage extension is inflicted on residents because District leadership failed to address equity.

**What alternatives are available?**
- Build with a financially sensible plan, not overbuilding based on incorrect projections that did not consider decline in enrollment or School Choice. Build based on actual enrollment needs and allow declining enrollment numbers to stabilize. Pay teachers fairly. Cut wasteful spending and use the current NPHS as the middle school saving $48 million. Gain the Community's trust. Listen to voters.

**What does the Jacksonville NAACP support?**
-We support a quality education for all students. We support transparent, fiscally responsible leadership that does not unnecessarily increase taxes. We support an educated community armed with factual information.

## Millage Vote: May 21st



Early Voting: Tuesday May 14th – Friday, May 17th (Jacksonville Community Center 10:00 AM – 5:00 PM)

*Sources: JNPSD 2016 Facilities Master Plan; www.pulaskicountyassessor.net; *The Leader* March 27, 2019; www.votepulaski.net