# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                  **PLAINTIFF**

V.              NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                  **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                  **INTERVENORS**

## MOTION FOR EXTENSION OF DEADLINE

Pulaski County Special School District, for its Motion for Extension of Deadline, submits the following.

1. Intervenors' Motion for Attorneys' Fees and Costs was filed on September 15, 2021. *Doc. 5754*.

2. PCSSD's deadline to respond is September 29, 2021.

3. The deadline has not passed.

4. Given the detail specific nature of a fee request, the length of the supporting records, and the currently busy litigation calendar of PCSSD's counsel, PCSSD respectfully requests a two week extension of time to respond.

5. This would make PCSSD's new deadline to respond to the petition for fee request October 13, 2021.

6. Counsel for Intervenors was contacted prior to filing this motion for extension, and advised that they do not object to this request for an extension.

7. In light of the foregoing, PCSSD now moves the Court to extend PCSSD's Response to Intervenors' Motion for fees to October 13, 2021.

8. The above represents good cause to extend the deadline.

WHEREFORE, the Pulaski County Special School District moves the Court to extend its deadline to respond to Intervenors' Motion for Fees to 13 October 2021.

>Devin R. Bates (2016184)
>M. Samuel Jones III (76060)
>Amanda G. Orcutt (2019102)
>MITCHELL, WILLIAMS, SELIG,
>    GATES & WOODYARD, P.L.L.C.
>425 West Capitol Avenue, Suite 1800
>Little Rock, Arkansas 72201
>Telephone:  (501) 688-8800
>Facsimile:  (501) 688-8807
>dbates@mwlaw.com
>sjones@mwlaw.com
>aorcutt@mwlaw.com
>
>and
>
>Jay Bequette
>Cody Kees
>Bequette Billingsley & Kees, P.A.
>425 West Capitol Ave., Suite 3200
>Little Rock, Arkansas 72201
>Telephone:  (501) 374-1107
>Facsimile:  (501) 374-5092
>Mobile: (501 590-4500
>jbequette@bbpalaw.com
>ckees@bbpalaw.com
>
>***Attorneys for Pulaski County Special School District***