## Hourly Rate Adjustment

| | Hours Claimed | Rate Requested | Total (rates requested) | Rate Set by DPM | Total (rates set by DPM) |
|---|---|---|---|---|---|
| John Walker | 173.88 | $ 450 | $ 78,246 | $ 350 | $ 60,858 |
| Joy Springer | 843.94 | $ 138 | $ 116,042 | $ 100 | $ 84,394 |
| Charles Bolden | 149.75 | $ 70 | $ 10,483 | $ 70 | $ 10,483 |
| Marva Smith | 148.9 | $ 70 | $ 10,423 | $ 70 | $ 10,423 |
| Austin Porter | 366.05 | $ 350 | $ 128,118 | $ 300 | $ 109,815 |
| Bob Pressman | 559 | $ 350 | $ 195,650 | $ 300 | $ 167,700 |
| TOTAL | | | $ 538,961 | | $ 443,673 |

**EXHIBIT 1**