## Extent Prevailed Adjustment

| | Payout: 100% of monitoring fees; 25% of litigation fees | | | | |
|---|---|---|---|---|---|
| | Hours Claimed | Rate Set by DPM | Subtotal (rates set by DPM) | Payout rate | Payout total |
| John Walker - Monitoring | 173.88 | $ 350 | $ 60,858 | 100% | $ 60,858 |
| John Walker - Litigation | 0 | $ 350 | $ - | 25% | $ - |
| Joy Springer - Monitoring | 420.66 | $ 100 | $ 42,066 | 100% | $ 42,066 |
| Joy Springer - Litigation | 423.3 | $ 100 | $ 42,330 | 25% | $ 10,583 |
| Charles Bolden - Monitoring | 149.75 | $ 70 | $ 10,483 | 100% | $ 10,483 |
| Charles Bolden - Litigation | 0 | $ 70 | $ - | 25% | $ - |
| Marva Smith - Monitoring | 148.9 | $ 70 | $ 10,423 | 100% | $ 10,423 |
| Marva Smith - Litigation | 0 | $ 70 | $ - | 25% | $ - |
| Austin Porter - Monitoring | 49.25 | $ 300 | $ 14,775 | 100% | $ 14,775 |
| Austin Porter - Litigation | 316.8 | $ 300 | $ 95,040 | 25% | $ 23,760 |
| Bob Pressman - Monitoring | 187.81 | $ 300 | $ 56,343 | 100% | $ 56,343 |
| Bob Pressman - Litigation | 371.19 | $ 300 | $ 111,357 | 25% | $ 27,839 |
| TOTAL | | | | | $ 257,129 |

| | Payout: 100% of monitoring fees; 33% of litigation fees | | | | |
|---|---|---|---|---|---|
| | Hours Claimed | Rate Set by DPM | Subtotal (rates set by DPM) | Payout rate | Payout total |
| John Walker - Monitoring | 173.88 | $ 350 | $ 60,858 | 100% | $ 60,858 |
| John Walker - Litigation | 0 | $ 350 | $ - | 33% | $ - |
| Joy Springer - Monitoring | 420.66 | $ 100 | $ 42,066 | 100% | $ 42,066 |
| Joy Springer - Litigation | 423.3 | $ 100 | $ 42,330 | 33% | $ 14,110 |
| Charles Bolden - Monitoring | 149.75 | $ 70 | $ 10,483 | 100% | $ 10,483 |
| Charles Bolden - Litigation | 0 | $ 70 | $ - | 33% | $ - |
| Marva Smith - Monitoring | 148.9 | $ 70 | $ 10,423 | 100% | $ 10,423 |
| Marva Smith - Litigation | 0 | $ 70 | $ - | 33% | $ - |
| Austin Porter - Monitoring | 49.25 | $ 300 | $ 14,775 | 100% | $ 14,775 |
| Austin Porter - Litigation | 316.8 | $ 300 | $ 95,040 | 33% | $ 31,680 |
| Bob Pressman - Monitoring | 187.81 | $ 300 | $ 56,343 | 100% | $ 56,343 |
| Bob Pressman - Litigation | 371.19 | $ 300 | $ 111,357 | 33% | $ 37,119 |
| TOTAL | | | | | $ 277,857 |

**EXHIBIT 2**