John Walker

| Date | Note | Quantity | District | PCSSD | JNPSD | Mon / Lit |
|---|---|---|---|---|---|---|
| 10/25/2019 | Prepare for meeting of the parties Meeting of the parties | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 8/29/2019 | Preparation for monthly meeting;Travel to JNPSD for court ordered meeting; appearance at meeting; return trip; preparation of notes re meeting PCSSD - 1.6 JNPSD - 1.6 | 3.20 | Both | 1.60 | 1.60 | Monitoring |
| 8/28/2019 | Meeting with CWDSA staff- Donladson, Smith and Laverne, JCS and Bolden regarding budget and program outcomes; discuss future of the program; reviewed proposed budget | 2.20 | Both | 1.10 | 1.10 | Monitoring |
| 7/30/2019 | Meeting with parties; voiced concerns regarding court expert's communications to parties regarding her understanding of their obligations; communicated to parties need to communication to intervenors regarding any changes In their respective plan obligations and reporting; post meeting discussion with Court Expert PCSSD - 1.0 JNPSD - 1.0 | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 6/30/2019 | Prepare for meeting of the parties; Meeting of the parties PCSSD -1.0 JNPSD-1.0 | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 6/5/2019 | Conference with Monitor Bolden regard CWDSA 4 day program and status | 0.50 | Both | 0.25 | 0.25 | Monitoring |
| 5/30/2019 | Conference with Monitor regarding CWDSA recruitment | 0.50 | Both | 0.25 | 0.25 | Monitoring |
| 4/24/2019 | Prepare for meeting of the parties meeting of the parties PCSSD - 1.25 JNPSD - 1.25 | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 3/20/2019 | Prepare for meeting of the parties meeting of the parties PCSSD 1.4 JNPSD-1.4 | 2.80 | Both | 1.40 | 1.40 | Monitoring |
| 1/23/2019 | Prepare for meeting of the parties Meeting of the parties PCSSD - 1.1 JNPSD-1.1. | 2.20 | Both | 1.10 | 1.10 | Monitoring |
| 1/16/2019 | Prepare for meeting with CWDSA - Drs. Donaldson and Smith regarding report for 2018; meeting to discuss summative reports; discussed next steps | 1.00 | Both | 0.50 | 0.50 | Monitoring |
| 12/18/2018 | Conference with JCS re monthly meeting; post meeting conference with JCS PCSSD - .6 JNPSD - .6 | 1.20 | Both | 0.60 | 0.60 | Monitoring |
| 11/28/2018 | Prepare for meeting of the parties; travel to meeting; post meeting discussions PCSSD - 1.5 JNPSD - 1.5 | 3.00 | Both | 1.50 | 1.50 | Monitoring |
| 9/24/2018 | Preparation for hearing; Appearance at hearing; post hearing conference with BP | 3.00 | Both | 1.50 | 1.50 | Monitoring |
| 7/3/2018 | Prepared draft of memorandum for support of facilities motion | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 6/22/2018 | Meeting with CWDSA staff - Dr. Donaldson, Dr. Smith and others regarding activities for the year, results for the years and plans for the future | 3.50 | Both | 1.75 | 1.75 | Monitoring |

**EXHIBIT 3**

| Date | Description | Hours | Party | PCSSD | JNPSD | Category |
|---|---|---|---|---|---|---|
| 6/18/2018 | Attend court ordered monthly meeting; received reports from PCSSD regarding academic achievement and facilities; received report from JNPSD re dlsclpllne PCSSD - 1.3 - JNSPD - 1.3 | 2.60 | Both | 1.30 | 1.30 | Monitoring |
| 5/31/2018 | Meeting with JCS and monitors regarding CWDSA recruiting JNPSD - .35 PCSSD - .35 | 0.70 | Both | 0.35 | 0.35 | Monitoring |
| 5/24/2018 | Travel to JNPSD for court ordered monthly meeting - received information from JNPSD re staffing and strategic plan - had question regarding hiring since January Received information from PCSSD re scholarships and Sam Jones announcement that letter would be sent to the Court for him to visit Robinson, Mills and Maumelle facilites JNPSD - .75 PCSSD - ,75 | 1.50 | Both | 0.75 | 0.75 | Monitoring |
| 5/23/2018 | Conference with Springer re CWDSA activities; calls to Dr. Smith | 0.50 | Both | 0.25 | 0.25 | Monitoring |
| 4/26/2018 | Preparation for meeting - review of Springer memos regarding facilities and student achlevment/Ross plan; Monthly meeting of parties per court order PCSSD - 2.00 JNPSD - 2.00 | 4.00 | Both | 2.00 | 2.00 | Monitoring |
| 3/28/2018 | Prepare for meeting at PCSSD discussed monitoring efforts to date re student achievement and facilities; Travel to PCSSD for monthly court ordered meeting received report from Dr. Warren re efforts with CWDSA and ACT offerings - Dr. Duffie mentioned vocational education as a source to provide alternative educational opportunities for students; communicated to district officials that the focus should be in preparing students to become college ready   vocational ed should not be top priority for Joshua class members | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 2/28/2018 | Debrief meeting with JCS regarding court ordered meeting PCSSD .25 JNPSD .25 | 0.50 | Both | 0.25 | 0.25 | Monitoring |
| 2/26/2018 | Meeting with Dr. Donaldson re program PCSSD - .75 JNPSD - .75 | 1.50 | Both | 0.75 | 0.75 | Monitoring |
| 1/4/2018 | Meeting with JCS and monitors Bolden and Smith to discuss monitoring activities for the remainder of the semester. PCSSD .6 and JNPSD - .6 | 1.20 | Both | 0.60 | 0.60 | Monitoring |
| 1/4/2018 | Drafted letter to JNPSD and PCSSD superintendents advising of Joshua's planned monitoring actlviltes for the remainder of the year PCSSD - .225; JNPSD - .225 | 0.45 | Both | 0.23 | 0.23 | Monitoring |
| 1/2/2018 | Meeting with JCS to discuss monitoring activities for 2018 - obligations under Plan 2000 regarding staffing (JNPSD) , Academic Achievement, Discipline and Facilities (PCSSD and JNPSD}- discussed specific goals PCSSD - .825 JNPSD - .825 | 1.65 | Both | 0.83 | 0.83 | Monitoring |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 12/14/2017 | Travel to JNPSD for monthly court ordered meeting - Discussed non compliance regarding faclllUes and academic achievement obligations. PCSSD- .75 JNPSD - .75 | 1.50 | Both | 0.75 | 0.75 | Monitoring |
| 11/9/2017 | Meeting with JCS and monitors to discuss monitoring activiities PCSSD - .55 JNPSD - .55 | 1.10 | Both | 0.55 | 0.55 | Monitoring |
| 10/25/2017 | Meeting with Springer and monlton to discuss monitoring acitivities CWDSA recruitment PCSSD - .6 JNPSD - .6 | 1.20 | Both | 0.60 | 0.60 | Monitoring |
| 10/23/2017 | Review of report draft from Pressman; discussed with JS | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 10/9/2017 | Meeting with JCS regarding monitors previous month's acitivities regarding CWDSA; discussed monitoring activities with monitors PCSSD - 1.0 JNPSD - 1.0 | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 9/8/2017 | Prepare for status conference; Conference with JCS and Monitor Bolden prior to status conference; status conference; post status conference discussions PCSSD - 2.45 JNPSD - 4.90 | 4.90 | Both | 2.45 | 4.90 | Monitoring |
| 9/7/2017 | Reviewed draft of comments to Court re status conference scheduled for 9/8- Discussed draft comments with BP | 1.00 | Both | 0.50 | 0.50 | Monitoring |
| 9/6/2017 | Meeting with JCS to discuss proposed CWDSA activities related to retention and recruitment PCSSD - .75 JNPSD-.75 | 1.50 | Both | 0.75 | 0.75 | Monitoring |
| 9/1/2017 | Travel to JNPSD for participation in monthly meeting with JNPSD officials, Richardson, S Jones, Margie Powell and Mr. Whitfield representing PCSSD re current status of Plan 2000 obligations; discussion regarding JNPSD facilities and need for new middle school for Jacksonville - Richardson agreed on further discussion regarding unitary status with respect to staffing. PCSSD - 1.25 JNPSD- 1.25 | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 8/21/2017 | Conference with Sam Jones; Meeting with PCSSD counsel and Supl Warren; Ms. Biggs and Dr. Bone of JNPSD regarding CWDSA in order to request for support of program, explained history and program purpose and objectives. PCSSD - 1.3 JNPSD- .8 | 2.10 | Both | 1.30 | 0.80 | Monitoring |
| 8/17/2017 | Prepare for meeting - review of notes and recommendations from Ms. Springer; meeting with monitors re CWDSA; followup on yesterday's meeting; sent invitation to Lawyers, CWDSA staff including Donaldson and Smith for meeting on Monday, August 21, 2017 in JWW's office with lunch being provided for discussion re CWDSA PCSSD - .30 JNPSD - .30 | 0.60 | Both | 0.30 | 0.30 | Monitoring |

| Date | Description | Hours | Party | PCSSD | JNPSD | Category |
|---|---|---|---|---|---|---|
| 8/16/2017 | Prepare for meeting - review of notes and recommendations from Ms. Springer; meeting with monitors re CWDSA; followup on yesterday's meeting; sent invitation to Lawyers, CWDSA staff including Donaldson and Smith for meeting on Monday, August 21, 2017 in JWW's office with lunch being provided for discussion re CWDSA PCSSD - 1.25 JNPSD - 1.25 | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 8/7/2017 | Meeting with JSpringer, Dr. Donaldson, Dr. Smith and Charles Bolden re CWDSA programming for the school year; discussed meeting with Dr. Warren and other PCSSD staff as well as CWDSA discussed budget and recruitment . PCSSD - 2.05 JNPSD-2.05 | 2.10 | Both | 2.05 | 2.05 | Monitoring |
| 6/22/2017 | Prepare for monthly meeting; attended and participated in meeting - PCSSD - 2.0 JNPSD 2.0 | 4.00 | Both | 2.00 | 2.00 | Monitoring |
| 6/12/2017 | Meeting with JCS regarding monitoring activities to date and remaining issues PCSSD - .6 JNPSD - .6 | 1.20 | Both | 0.60 | 0.60 | Monitoring |
| 6/6/2017 | Meeting with Dr, Donaldson, Dr. Smith, JCS, and Monitor Bolden regarding CWDSA budget and recruiting activities for this year's program PCSSD -.55 JNPSD-.55 | 1.10 | Both | 0.55 | 0.55 | Monitoring |
| 6/1/2017 | Prepare for meeting of the parties Meeting of the parties PCSSD - 1.0 JNPSD-1.0 | 2.00 | Both | 1.00 | 1.00 | Monitoring |
| 6/1/2017 | Meeting with Dr. Donaldson and JSpringer regarding CWDSA budget PCSSD- .7 JNPSD - .7 | 1.40 | Both | 0.70 | 0.70 | Monitoring |
| 8/23/2018 | JNPSD - Meeting with CS; Meeting with JCS and monitors to discuss monitoring activities for 2018-19 PCSSD - 1.65 JNPSD - 1.65 | 3.30 | Both | 1.65 | 1.65 | Monitoring |
| 8/23/2018 | JNPSD - Meeting with CWDSA officials regarding program plans for 2018-19 PCSSD-1 .25 JNPSD -1.25 | 2.50 | Both | 1.25 | 1.25 | Monitoring |
| 10/27/2019 | PCSSD - preparation for unitary status hearing re student achievement - review and drafted comments regarding school improvement plans | 4.50 | PCSSD | 4.50 | 0.00 | Monitoring |
| 10/15/2019 | Reviewed and read BP response to PCSSD facilities reports; discussed same with BP, AP and JCS | 0.70 | PCSSD | 0.70 | 0.00 | Monitoring |
| 10/4/2019 | Conference with BP, AP and Springer regarding Court orders (5502 and 5503) and subsequent filing by PCSSD regarding facilities. Discussed plan of action and subsequent date for followup discussion | 2.00 | PCSSD | 2.00 | 0.00 | Monitoring |
| 6/5/2019 | PCSSD Review of facilities document prepared by Bpressman regarding PCSSD compliance Issues | 1.00 | PCSSD | 1.00 | 0.00 | Monitoring |
| 6/5/2019 | Read and reviewed BP 21 page report re PCSSD facilities ideas, Issues and facts | 3.50 | PCSSD | 3.50 | 0.00 | Monitoring |

| Date | Description | Hours | Party | | | Category |
|---|---|---|---|---|---|---|
| 4/23/2019 | PCSSD began reading Pressman 20 plus page document re PCSSD facilities evidence and ideas | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 2/20/2019 | PCSSD - discussion with JSpringer regarding steering committee; requested review of PCSSD protocol being utilized for my review | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 2/7/2019 | Review of PCSSD reports to Court regarding facilities; review of draft letter to PCSSD counsel re same | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 11/13/2018 | PCSSD - travel to PCSSD for faciliites meeting- update on the status of facilities constructed and under construction - Mills Middle, Mills High, Robinson and Sylvan Hills - Conference with Dr. McNulty, Board member and C Johnson regarding equalizing faciliites; return trip to office; post meeting conference with JWW | 2.35 | PCSSD | 2.35 | 0.00 | Monitoring |
| 11/9/2018 | PCSSD - Conference with JCS regarding planned ribbon cutting at Mills scheduled for next Tuesday and concerns being raised by parents regarding same due to inequities at Mills; read summary of meeting; contacted staff persons and previous alumni to secure additional concerns regarding Mills- TIC with Bob P regarding same | 2.50 | PCSSD | 2.50 | 0.00 | Monitoring |
| 11/9/2018 | Conference with JCS re approach re PCSSD facilities issues; Conference with BP and JCS re approach re PCSSD facilities | 1.10 | PCSSD | 1.10 | 0.00 | Monitoring |
| 11/6/2018 | PCSSD - Post meeting conference with JWW re meeting discussions and details; Curtis Johnson acknowleldged that funds were low so the PCSSD cut at least 8 classrooms from Mills project ; agreed to share initial plans and post plans of project; discussed obligations under Plan 2000 and Johnson's response; discussed plans for new Sylvan Hills facility and costs | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 10/26/2018 | PCSSD - Conference with JCS regarding Mills disparties- reviewed concerns gave instructions for additional inquiries | 0.70 | PCSSD | 0.70 | 0.00 | Monitoring |
| 10/2/2018 | PCSSD - Meeting with JCS; Court ordered meeting of the parties- PCSSD discussion of student achievement, ie. FEPSI data, disaggregation of data | 3.60 | PCSSD | 3.60 | 0.00 | Monitoring |
| 9/24/2018 | Research regarding Joshua monitoring in PCSSD; drafted report; discussed with JCS; finalized report after discussion | 3.38 | PCSSD | 3.38 | 0.00 | Monitoring |
| 9/18/2018 | Prepare for meeting; Meeting with JCS, Sam Jones and new PCSSD Supt McNulty regarding remaining obligations Plan 2000 | 1.50 | PCSSD | 1.50 | 0.00 | Monitoring |
| 9/14/2018 | conference with BP and AP re PCSSD facilities issues | 0.25 | PCSSD | 0.25 | 0.00 | Monitoring |
| 8/15/2018 | conference with BP re strategies re PCSSD facilities issue | 0.25 | PCSSD | 0.25 | 0.00 | Monitoring |
| 7/2/2018 | Continued work and discussion with BP and JCS re PCSSD facilities motion | 2.50 | PCSSD | 2.50 | 0.00 | Monitoring |
| 6/28/2018 | Reviewed and discussed with BP motion re PCSSD facilities | 2.50 | PCSSD | 2.50 | 0.00 | Monitoring |

| Date | Description | Hours | District | | | Category |
|---|---|---|---|---|---|---|
| 6/21/2018 | Conference with Bob and JCS re PCSSD facilities motion and facts therein | 2.00 | PCSSD | 2.00 | 0.00 | Monitoring |
| 6/20/2018 | Review of PCSSD proposed Joint Status report to the Court ; prepared response to same | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 6/12/2018 | Conference with BobP and JCS re draft of motion re PCSSD facility issues | 0.30 | PCSSD | 0.30 | 0.00 | Monitoring |
| 6/11/2018 | PCSSD - review of facts; drafting facts regarding motion for contempt | 6.00 | PCSSD | 6.00 | 0.00 | Monitoring |
| 6/10/2018 | Review of exhibits for facilllles motion | 4.50 | PCSSD | 4.50 | 0.00 | Monitoring |
| 6/8/2018 | PCSSD - review of facts; drafting facts regarding motion for contempt re facilities; conference with BP and JCS | 6.00 | PCSSD | 6.00 | 0.00 | Monitoring |
| 6/8/2018 | Review of exhibits and transcript for facilities motion | 6.50 | PCSSD | 6.50 | 0.00 | Monitoring |
| 6/7/2018 | PCSSD - review of facts; drafting facts regarding motion for contempt regarding facilities | 6.00 | PCSSD | 6.00 | 0.00 | Monitoring |
| 6/6/2018 | PCSSD - review of facts; drafting facts regarding motion for contempt re facilities | 6.00 | PCSSD | 6.00 | 0.00 | Monitoring |
| 6/6/2018 | Review of exhibits for facilities motion | 3.50 | PCSSD | 3.50 | 0.00 | Monitoring |
| 6/5/2018 | PCSSD - review of facts; drafting facts regarding motion for contempt re facilities | 6.00 | PCSSD | 6.00 | 0.00 | Monitoring |
| 5/14/2018 | PCSSD - Travel to Clinton Center for recognition of Identified CWDSA scholars for Summer Bridge | 1.50 | PCSSD | 1.50 | 0.00 | Monitoring |
| 5/8/2018 | PCSSD/JNPSD - Conference with JCS regarding CWDSA | 1.20 | PCSSD | 1.20 | 0.00 | Monitoring |
| 5/8/2018 | PCSSD - meeting with PCSSD employees regarding staffing concerns | 2.00 | PCSSD | 2.00 | 0.00 | Monitoring |
| 4/19/2018 | PCSSD - Continued conversation with Springer re new school construction at Mills and Robinson; Made requests for facility construction reports for Robinson Middle School requested additional requests for information regarding new school construction in the district Including Mills, Robinson and Sylvan Hiiis | 1.80 | PCSSD | 1.80 | 0.00 | Monitoring |
| 4/18/2018 | PCSSD - Debriefing with JS and CBolden regarding observations at Mills and Robinson new school construction | 0.75 | PCSSD | 0.75 | 0.00 | Monitoring |
| 4/17/2018 | PCSSD - JNPSD - Debriefing meeting with JS regarding meeting with CREP - U of Memphis regarding Ross Plan- implementation and compliance objectives- prepared memo | 1.10 | PCSSD | 1.10 | 0.00 | Monitoring |
| 2/21/2018 | PCSSD - Discussion with JCS regarding PCSSD ASCIP plans regarding addressing Plan 2000 discipline and academic achievement obligations; discussed goals and lack of inclusion of Plan 2000 goals and inclusion of Ross Education plan goals | 2.50 | PCSSD | 2.50 | 0.00 | Monitoring |

| Date | Description | Hours | Party | | | Category |
|---|---|---|---|---|---|---|
| 11/25/2017 | PCSSD - Discussion with PCSSD staff member regarding facilities in the PCSSD - Discussed Mills and Robinson - lack of equity - schools are not equal.- Mills Is a high school and Robinson is a middle school - Mills should be larger and with greater capacity- made greater comparison of these facilities with the proposed new Sylvan HIiis expansion - facility at Sylvan Hills will even more superior to Mills; review of online documents- searched web for additional pictures and diagrams of the more recent proposal of faclllUes In the PCSSD. | 3.00 | PCSSD | 3.00 | 0.00 | Monitoring |
| 10/27/2017 | Pre-meeting discussion with JCS; Hosted court ordered monthly meeting regarding staffing and facilities. Discussion focus only on PCSSD facilities construction end my communication to parties about conversation with Dr. Guess regarding his knowledge about PCSSD current construction. reminded parties regarding heated discussion at previous meetings where Derek Scott was criticized by me regarding his efforts or lack of efforts to equalize facilities In the PCSSD that had been previously been identified as needing replacement. | 1.50 | PCSSD | 1.50 | 0.00 | Monitoring |
| 10/25/2017 | Meeting with Sam Jones and Joy Springer o discuss remaining obligations under Plan 2000; discussion of monitoring activities and fee statement | 3.00 | PCSSD | 3.00 | 0.00 | Monitoring |
| 10/24/2017 | PCSSD - Conference with JCS and Monitor Bolden regarding status of PCSSD student participation in CWDSA | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 10/19/2017 | Review of PCSSD Faclltles report; Conference with JCS regarding PCSSD facllties report; conference with former Supt Guess and ARoberts regarding actions taken by Guess regarding facilities; drafted statement of facts for use in response to PCSSD report | 3.50 | PCSSD | 3.50 | 0.00 | Monitoring |
| 10/18/2017 | Travel to PCSSD administrative offices for monitoring meeting regarding student achievement; Discussed Plan 2000 obligations; requested disaggregation of data; PCSSD current ACT Aspire data (2016 to 2017) show little to no improvement in achievement between black and white students | 1.40 | PCSSD | 1.40 | 0.00 | Monitoring |
| 10/6/2017 | Meeting with parties per court order - discussed concerns - shared belief that PCSSD actions to date regarding facilities are demonstrative of bad faith | 1.00 | PCSSD | 1.00 | 0.00 | Monitoring |
| 9/29/2017 | Phone conference with S Jones regarding fees for monitoring from June 2016 through May 31, 2017; agreed to discuss next week | 0.25 | PCSSD | 0.25 | 0.00 | Monitoring |
| 9/27/2017 | Conference with JCS regarding PCSSD facilities obligations and actions and inactions regarding same; discussed chronology | 2.50 | PCSSD | 2.50 | 0.00 | Monitoring |
| 9/11/2017 | Meeting with JCS and Bolden to discuss strategies for further Investigation of PCSSD facilities obligations; identified documents too secure | 2.00 | PCSSD | 2.00 | 0.00 | Monitoring |

| Date | Description | Hours | Party | | | Category |
|---|---|---|---|---|---|---|
| 9/6/2017 | PCSSD -Conference with JCS regarding status reports flied by PCSSD and JNPSD; dlcussed plan compliance with their remaining obligations; drafted comments to be flied with the Court regarding their reports; shared with Bob P | 1.30 | PCSSD | 1.30 | 0.00 | Monitoring |
| 9/5/2017 | PCSSD - Meeting with JCS, Sam Jones and Dr. Warren regarding PCSSD facilities and proposed supplemental report to the Court; conference with Sam Jones re PCSSD information | 1.50 | PCSSD | 1.50 | 0.00 | Monitoring |
| 8/28/2017 | Went to meet with Sam Jones at Del Frisco; he didn't show | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 8/10/2017 | PCSSD - Conference with JCS re PCSSD training re ALE; shared PCSSD discipline report and monitoring report for 2016-17 school years | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 8/8/2017 | PCSSD - Conference with Monitor Bolden and JCS ALC workshop to address disparate discipline and relation to Plan 2000 | 0.40 | PCSSD | 0.40 | 0.00 | Monitoring |
| 8/8/2017 | PCSSD - Conference with Ms. Springer; Drafted information request regarding PCCS | 1.50 | PCSSD | 1.50 | 0.00 | Monitoring |
| 8/8/2017 | Review of email from Sam Jones- phoned Sam re same. Agreed to schedule meeting re CWDSA and will have JSpringer forward copy of CWOSA budget | 0.20 | PCSSD | 0.20 | 0.00 | Monitoring |
| 8/4/2017 | PCSSD - Several conferences with Sam Jones to discuss remaining Plan 2000 obligations prior to unitary status | 1.00 | PCSSD | 1.00 | 0.00 | Monitoring |
| 7/31/2017 | PCSSD - Receipt of email from Sam Jones re unitary status discussions; sent reply email requesting their proposal. foUowup correspondence with Sam Jones about the board's position regarding unitary status and the majority's position regarding compliance with Plan 2000 | 0.80 | PCSSD | 0.80 | 0.00 | Monitoring |
| 7/28/2017 | PCSSD - Met with Dr. Donaldson and JCS regarding CWDSA program and this year's results; discussed retention strategies | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 7/24/2017 | PCSSD - Telephone conference with Sam Jones regarding unitary status issues related to motion filed by PCSSD in Doe case. Forwarded email to Sam Jones to secure confirmation as to whether he has authority to continue discussions as contemplated by Dr. Jerry Guess | 0.80 | PCSSD | 0.80 | 0.00 | Monitoring |
| 7/19/2017 | PCSSD - discussed budgets of PCSSD with Springer - directed to secure same from PCSSD | 0.50 | PCSSD | 0.50 | 0.00 | Monitoring |
| 6/26/2017 | PCSSD -Conference regarding facilities and staffing assignments with AR and JG | 2.00 | PCSSD | 2.00 | 0.00 | Monitoring |
| 6/20/2017 | PCSSD -Meeting and telephone conferences with PCSSD counsel regarding remaining Issues | 2.20 | PCSSD | 2.20 | 0.00 | Monitoring |
| 6/14/2017 | PCSSD - Review of stipulation for possible concerns | 0.75 | PCSSD | 0.75 | 0.00 | Monitoring |
| 6/5/2017 | PCSSD-Telephone conference with AR | 0.60 | PCSSD | 0.60 | 0.00 | Monitoring |
| 6/1/2017 | PCSSD - Phone conference with AR | 0.70 | PCSSD | 0.70 | 0.00 | Monitoring |

| | |
|---|---|
| **PCSSD Monitoring Total** | 173.98 |
| **PCSSD Litigation Total** | 0 |