Austin Porter

| Date | Note | Quantity | Mon/Lit |
|---|---|---|---|
| 3/27/2050 | Working on Joy Springer's declaration. | 0.50 | Litigation |
| 6/10/2021 | Conference with Devin Bates, Curtis Johnson, Joy Springer, Bob Pressman, Dr. McNaulty regarding Mills. | 1.00 | Litigation |
| 6/9/2021 | Reviewing and working on time statement. | 1.00 | Litigation |
| 6/7/2021 | Reviewing and working on time statement. | 0.75 | Litigation |
| 6/2/2021 | Reviewing and working on time statement. | 1.25 | Litigation |
| 5/12/2021 | Conference with Joy Springer and Bob Pressman the court's ruling. | 1.00 | Litigation |
| 5/7/2021 | Reviewed court's ruling. | 0.75 | Litigation |
| 5/7/2021 | Spoke with Joy Springer and Bob Pressman | 1.00 | Litigation |
| 5/5/2021 | Drafted letter to Devin Bates regarding Driven program. | 0.70 | Litigation |
| 5/5/2021 | Conference with Joy Springer and Bob Springer about Driven program. | 1.00 | Litigation |
| 4/28/2021 | Worked with Bob Pressman to come up with Driven concerns. | 0.50 | Litigation |
| 3/5/2021 | Court Monthly Meeting to discuss facilities and other issues. | 1.00 | Litigation |
| 1/27/2021 | Court Monthly Meeting to discuss facilities and other issues. | 1.00 | Litigation |
| 11/11/2020 | Court Monthly Meeting to discuss facilities and other issues. | 1.00 | Litigation |
| 7/31/2020 | Unitary Status Hearing | 6.25 | Litigation |
| 7/30/2020 | Unitary Status Hearing | 7.25 | Litigation |
| 7/29/2020 | Unitary Status Hearing | 6.25 | Litigation |
| 7/28/2020 | Unitary Status Hearing | 6.25 | Litigation |
| 7/27/2020 | Unitary Status Hearing | 5.75 | Litigation |
| 7/26/2020 | Reviewing notes, depositions, exhibits. | 3.25 | Litigation |
| 7/25/2020 | Reviewing notes, depositions, exhibits. | 4.25 | Litigation |
| 7/24/2020 | Unitary Status Court Hearing | 6.50 | Litigation |
| 7/23/2020 | Unitary Status Court Hearing | 6.25 | Litigation |
| 7/22/2020 | Reviewing notes, deposition, exhibits. | 2.75 | Litigation |
| 7/22/2020 | Unitary Status Court Hearing | 5.75 | Litigation |
| 7/21/2020 | Unitary Status Court Hearing | 7.50 | Litigation |
| 7/20/2020 | Unitary Status Court Hearing | 6.50 | Litigation |
| 7/19/2020 | Reviewing notes, depositions, exhibits, documents. | 4.75 | Litigation |
| 7/18/2020 | Reviewing notes, depositi ons, exhibits, documents | 6.50 | Litigation |
| 7/17/2020 | Pre-trial preparation. | 2.50 | Litigation |
| 7/17/2020 | Unitary Status Court Hearing | 5.75 | Litigation |
| 7/16/2020 | Sent email to client regarding court. | 0.50 | Litigation |

**EXHIBIT 5**

| Date | Description | Hours | Category |
|---|---|---|---|
| 7/16/2020 | Unitary Status Court Hearing | 6.50 | Litigation |
| 7/15/2020 | Pre-trial prep | 1.75 | Litigation |
| 7/15/2020 | Unitary Status Court Hearing | 7.50 | Litigation |
| 7/14/2020 | Pre-trial preparation. Reviewing exhibits, documents, and notes for case. | 2.50 | Litigation |
| 7/14/2020 | Unitary Status Court Hearing | 6.50 | Litigation |
| 7/12/2020 | Pre-trial preparation. Reviewing exhibits, documents, and notes for case. | 4.25 | Litigation |
| 7/11/2020 | Pre-Trial preparation - Reviewing exhibits, documents, and notes for case. | 6.50 | Litigation |
| 7/6/2020 | Summarizing deposition of Janice Warren | 6.25 | Litigation |
| 7/5/2020 | Summarizing deposition of Curtis Johnson | 5.75 | Litigation |
| 6/29/2020 | Worked on Brief along with Bob Pressman. | 2.00 | Litigation |
| 6/29/2020 | Spoke with Bob Pressman regarding response. | 0.70 | Litigation |
| 6/28/2020 | Read the following cases: Wright v. Stone Container Corp., Rattray v. Woodbury, Mounce v. CHSPSC, Hoekman v. Education Minnesota | 2.75 | Litigation |
| 6/22/2020 | Working on Response to Burden of Proof, reviewing documents provided by PCSSD. | 1.75 | Litigation |
| 6/21/2020 | Working on Response to Burden of Proof, reviewing documents provided by PCSSD. | 6.50 | Litigation |
| 6/20/2020 | Read the following cases: Freeman v. Pitts, Green v. County School Board of New Kent County, et al. | 2.75 | Litigation |
| 6/20/2020 | Spoke with Bob Pressman regarding response to burden of proof. | 0.70 | Litigation |
| 6/20/2020 | Working on response to burden of proof motion, reviewing documents provided by PCSSD. | 5.50 | Litigation |
| 6/19/2020 | Read the following cases: Judge Miller's 2011 opinion, LRSD v. PCSSD, et al. 584 F.Supp. 328 (E.D.Ark. 1984), LRSD v. PCSSD, et al., 664 F.3d 738 (8th Cir. 2011). | 6.50 | Litigation |
| 6/19/2020 | Spoke with Bob Pressman regarding response to burden of proof. | 0.30 | Litigation |
| 6/15/2020 | Reviewed Motion In Limine regarding Joy Springer's testimony. | 0.30 | Litigation |
| 5/24/2020 | Worked on response to motion for intervention. | 3.75 | Litigation |
| 5/21/2020 | Worked on response to motion for intervention - Janice Warren | 1.75 | Litigation |
| 5/15/2020 | Deposition of Joy Springer | 6.50 | Litigation |
| 5/15/2020 | Researched issues regarding intervention. | 3.50 | Litigation |
| 5/14/2020 | Conference with Joy Springer in preparation of her deposition. | 2.75 | Litigation |
| 5/14/2020 | Deposition of Tamara Eackles. | 1.00 | Litigation |
| 5/14/2020 | Deposition ofEmalie Nicole Kelley | 1.00 | Litigation |
| 5/13/2020 | Sent Devin Bates an emaiJ regarding depositions. | 0.20 | Litigation |
| 5/13/2020 | Conference with Joy Springer and Bob Pressman regarding Joy's subpoena duces tecum. | 0.75 | Litigation |
| 5/12/2020 | Conference with Emalie Nicole Kelley | 1.50 | Litigation |
| 5/8/2020 | Meeting with Tamara Eackles. | 1.75 | Litigation |
| 5/1/2020 | Deposition of Valerie Stallings-Kehinde. | 1.00 | Litigation |
| 4/28/2020 | Meeting with Tamara Eackles. | 1.30 | Litigation |
| 4/25/2020 | Conference with client - Valerie Stalling-Kehinde. | 1.75 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 4/22/2020 | Emailed Devin Bates and Scott Richardson regarding discovery issues. | 0.50 | Litigation |
| 4/16/2020 | Reviewed Devin's email regarding discovery issues. | 0.20 | Litigation |
| 4/16/2020 | Spoke with Bob Pressman regarding design concept of Driven Program, discussed other facilities issues. | 0.50 | Litigation |
| 4/8/2020 | Deposition of Dr. Janice Warren | 4.75 | Litigation |
| 4/7/2020 | Reviewing discovery documents in preparation of Dr. Janice Warren's deposition. | 4.75 | Litigation |
| 4/7/2020 | Reviewing Motion *In limine* draft from Bob | 0.50 | Litigation |
| 4/4/2020 | Reviewing discovery documents, student achievement data, and material regarding AVID. | 1.50 | Litigation |
| 4/3/2020 | Reviewing discovery documents, facilities reports. | 6.75 | Litigation |
| 4/3/2020 | Working on Joint Status Report. | 0.60 | Litigation |
| 4/2/2020 | Working on draft trial schedule | 1.00 | Litigation |
| 4/2/2020 | Reviewing discovery documents in preparation for Dr. Janice Warren's deposition. | 3.50 | Litigation |
| 3/30/2020 | Working on Motion In Limine - Court's expert - Margie Powell | 0.75 | Litigation |
| 3/30/2020 | Reviewing Devin Bates' email regarding Warren's deposition. | 0.20 | Litigation |
| 3/26/2020 | Meeting with Devin Bates and Bob Pressman regarding discovery issues. | 0.75 | Litigation |
| 3/25/2020 | Spoke with Bob Pressman and Devin Bates regarding discovery issues. | 0.75 | Litigation |
| 3/25/2020 | Finalized Motion *In Limine* | 1.50 | Litigation |
| 3/23/2020 | Conference call with Bob Pressman and Joy Springer regarding discovery issues. | 0.75 | Litigation |
| 3/23/2020 | Reviewing Motion In Limine and making changes. | 2.00 | Litigation |
| 3/18/2020 | Spoke with Bob Pressman regarding Motion In Limine and making changes and other matters. | 1.25 | Litigation |
| 3/18/2020 | Reviewing Motion In Limine and making changes. | 3.25 | Litigation |
| 3/13/2020 | Dictated letter to Sam Jones and Devin Bates regarding requests for production of documents | 1.40 | Litigation |
| 3/13/2020 | Spoke with Bo Pressman and Joy Springer regarding PCSSD's responses to requests for production of documents. | 0.70 | Litigation |
| 3/13/2020 | Reviewing Motion In Limine and making changes. | 1.20 | Litigation |
| 3/11/2020 | Spoke with Bob Pressman regarding Motion *In Limine* | 0.20 | Litigation |
| 3/11/2020 | Spoke with Bob Pressman and Joy Springer regarding Sam Jones' concerns about speaking with administrators. | 0.30 | Litigation |
| 3/10/2020 | Reviewing Motion *In Limine* draft from Bob Pressman | 0.70 | Litigation |
| 3/10/2020 | Reviewed and worked on response to PCSSD's supplemental status responses. | 1.00 | Litigation |
| 3/5/2020 | Conference with Bob Pressman and Joy Springer to discuss case. | 1.50 | Litigation |
| 3/4/2020 | Working on Joint Status Report | 0.60 | Litigation |
| 3/4/2020 | Dictated five (5) page letter to Sam Jones and Devin Bates regarding PCSSD discovery responses. | 2.50 | Litigation |
| 3/1/2020 | Reviewing PCSSD's discovery responses. | 1.30 | Litigation |
| 3/1/2020 | Spoke with Bob Pressman regarding PCSSD discovery responses. | 0.40 | Litigation |
| 2/28/2020 | Meeting with Joy Springer and Bob Pressman regarding PCSSD facilities issues. | 1.20 | Litigation |
| 2/28/2020 | Court ordered meeting. | 1.00 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 2/26/2020 | Spoke with Bob Pressman regarding PCSSD's responses to the Intervenor's First Set of Interrogatories and Requests for Production of Documents | 0.30 | Litigation |
| 2/26/2020 | Reviewed PCSSD's responses to Intervenor's First Set of interrogatories and Requests for Production of Documents. | 1.00 | Litigation |
| 2/19/2020 | Met with Joy Springer and Bob Pressman to discuss deposition of Curtis Johnson, also reviewed facilities reports in anticipation of Curtis Johnson's deposition. | 1.30 | Litigation |
| 2/19/2020 | Deposition of Curtis Johnson | 3.50 | Litigation |
| 2/17/2020 | Meeting with Bob Pressman and Joy Springer | 1.00 | Litigation |
| 2/16/2020 | Reviewing PCSSD facilities reports | 1.50 | Litigation |
| 2/15/2020 | Reviewing documents and filings in preparation for the deposition of Curtis Johnson | 3.75 | Litigation |
| 2/8/2020 | File review - PCSSD Facilities reports | 2.75 | Litigation |
| 2/5/2020 | Reviewing PCSSD discovery responses. | 1.25 | Litigation |
| 1/17/2020 | Monthly Status conference at John W. Walker, P.A. | 1.50 | Litigation |
| 1/13/2020 | Reading discovery responses from PCSSD, AVID, Monitoring reports, etc., reading critiques of AVID | 1.75 | Litigation |
| 1/13/2020 | Conference with Joy Springer and Bob Pressman to discuss case involving PCSSD. | 1.00 | Litigation |
| 1/11/2020 | Reading discovery responses from PCSSD, AVID, Monitoring Reports, etc.. | 2.50 | Litigation |
| 1/11/2020 | Spoke with Bob Pressman regarding discovery issues. | 0.40 | Litigation |
| 1/9/2020 | Conference with Bob Pressman and Joy Springer regarding discovery responses to PCSSD, made notes on facility issues with PCSSD. | 0.75 | Litigation |
| 1/8/2020 | Conference with Sam Jones and Devin Bates | 1.00 | Litigation |
| 1/6/2020 | Working on discovery responses. | 1.50 | Litigation |
| 12/23/2019 | Working on discovery responses. | 2.75 | Litigation |
| 12/20/2019 | Finalized discovery requests to PCSSD. | 1.75 | Litigation |
| 12/19/2019 | Drafting Interrogatories and Requests for Production of Documents to PCSSD. | 3.75 | Litigation |
| 12/16/2019 | Reading submission to Margie Powell. | 1.25 | Litigation |
| 12/16/2019 | Reviewing LRSD v. PCSSD, 664 F.3d 738 (8th Cir. 2011) | 1.30 | Litigation |
| 12/16/2019 | Spoke with Joy Springer and Bob Pressman regarding revisions for Margie Powell's response. | 0.50 | Litigation |
| 12/13/2019 | Reviewing submissions by PCSSD | 1.50 | Litigation |
| 12/11/2019 | Spoke with Bob Pressman about previous court orders | 0.80 | Litigation |
| 12/10/2019 | Working on discovery to PCSSD and reading reports | 1.50 | Litigation |
| 12/9/2019 | Working on discovery to PCSSD and reading reports | 3.25 | Litigation |
| 12/8/2019 | Reading files repmts from Margie Powell, and PCSSD monitoring reports. | 2.75 | Litigation |
| 12/7/2019 | Working on discovery responses to PCSSD. | 3.25 | Litigation |
| 12/6/2019 | Meeting with Joy Springer and Bob Pressman to discuss discovery issues - PCSSD | 1.25 | Litigation |
| 12/4/2019 | Spoke with Bob Pressman about discovery responses and discovery issues - PCSSD, also discussed legal standards, and status report. | 2.00 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 12/2/2019 | Reviewing file, PCSSD reports, and court orders | 1.00 | Monitoring |
| 11/29/2019 | Reviewing file, PCSSD reports, and court orders | 3.50 | Monitoring |
| 11/29/2019 | Organizing file | 1.50 | Monitoring |
| 11/21/2019 | Reviewing requests for production of documents and making corrections | 0.40 | Monitoring |
| 11/21/2019 | Monthly meeting at Jax/North High | 1.50 | Monitoring |
| 11/21/2019 | Working on PCSSD response to Notice of Unitary Status. Spoke with Bob Pressman regarding McClendon's response | 2.25 | Monitoring |
| 11/20/2019 | Drafting discovery request to PCSSD | 1.50 | Monitoring |
| 11/19/2019 | Drafting discovery request to PCSSD | 1.30 | Monitoring |
| 11/18/2019 | Meeting with Joy Springer and Bob Pressman | 2.00 | Monitoring |
| 11/18/2019 | Reviewing submissions by PCSSD on discipline and monitoring reports | 2.75 | Monitoring |
| 11/18/2019 | Legal Research - reading and analyzing the case of LRSD v. Pulaski County Special School District, 664 F.3d 738 (8th Cir. 2011) | 3.25 | Monitoring |
| 10/4/2019 | Met with John Walker, Joy Springer, Bob Pressman to discuss PCSSD facility issues. | 2.00 | Monitoring |
| 12/18/2018 | Court ordered monthly meeting at Lassie's Inn | 1.20 | Monitoring |
| 11/16/2018 | Reviewing pleading, monitoring reports by PCSSD and other data | 2.75 | Monitoring |
| 11/2/2018 | Reviewing pleading, monitoring reports by PCSSD, and other data | 3.50 | Monitoring |
| 11/1/2018 | Toured College Station, Mills Middle, Harris Elementary, and Sylvan Hills High | 5.50 | Monitoring |
| 10/3/2018 | Court ordered monthly meeting | 1.20 | Monitoring |
| 9/14/2018 | Conference with John Walker, Bob Pressman, Joy Springer to discuss facility issues | 1.40 | Monitoring |
| 8/9/2018 | Toured Maumelle High, Robinson Middle, and Mills | 7.50 | Monitoring |
| 1/24/2018 | Dictated letter to client | 0.75 | Monitoring |
| 10/25/2017 | Reviewed PCSSD facilities reports. | 2.50 | Monitoring |
| **PCSSD Monitoring Total** | | 49.25 | 13.45% |
| **PCSSD Litigation Total** | | 316.8 | 86.55% |