Bob Pressman

| Date | Note | Quantity | Mon/Lit |
|---|---|---|---|
| 6/10/2021 | meeting of DB, Dr. McN, CJ, AP, JS and RP; comprehensive discussion of Ints.'requests for new Mills High equalization steps; funds available; time lines for moving forward   .84 | 0.84 | Litigation |
| 6/2/2021 | work with JS on text of Ints.' response to PCSSD letter of 5-18-21   .20 (JS forwarded draft to AP for his use) | 0.20 | Litigation |
| 5/18/2021 | letter from DB re PCSSD's initial pursuing of proposed construction at new Mills High, following Court's ruling   .08 | 0.08 | Litigation |
| 5/7/2021 | study PCSSD parts of Court's ruling re facilities; Doc. 5730 at 24-31, 67-68   1.50 | 1.50 | Litigation |
| 5/5/2021 | work with AP and JS re reply to PCSSD 4-22 facility notice letter (.33); read AP draft and work with J.S. on one change to draft utilized by AP (.08)   .41 | 0.41 | Litigation |
| 4/28/2021 | work with AP on Mills Driven facility issues in prep. for meeting   .33 | 0.33 | Litigation |
| 4/28/2021 | bi-monthly meeting; Curtis J. reports: moving ahead on Driven; bonding dollar balance, ideas for use, permissible use (part of meeting)   .33 | 0.33 | Litigation |
| 4/28/2021 | bi-monthly meeting (portion of discussion re federal relief funds) (Dr. McN, C.J. and J.S, AP, RP.)   .25 | 0.25 | Monitoring |
| 4/27/2021 | study Doc. 5729, PCSSD 60-day facility report (for 4-30-21)   .25 | 0.25 | Litigation |
| 4/22/2021 | PCSSD notice letter re facilities, mentioning new Mills Driven and Maumelle High (track) projects, along with PCSSD legal theories   .20 | 0.20 | Litigation |
| 4/21/2021 | study docs. from PCSSD re bonds supporting Sylvan Hills projects; surplus available for a Driven project? Contact AP and JS about this   .33 | 0.33 | Litigation |
| 3/5/2021 | meeting with DB, Curtis J., Dr. McN, AP, RP, JS; discuss 2021 Master Plan and a Driven facility at new Mills High School   .66 | 0.66 | Litigation |
| 3/3/2021 | email from DB re meeting to discuss current PCSSD facility plans; this followed email of 3-1-21 from AP to DB about PCSSD facility concepts not discussed with Ints.   .08 | 0.08 | Litigation |
| 2/27/2021 | read media article provided by JS; PCSSD Board approved 2021 Facility Master Plan; article noted projects discussed at meeting, including $25 million for Robinson High expansion   .08 | 0.08 | Litigation |

**EXHIBIT 6**

| Date | Description | Hours | Category |
|---|---|---|---|
| 2/26/2021 | read Doc. 5727, PCSSD 2-26-21 facilities status report (mentions Sylvan Hills projects total is under budget); very brief report | 0.08 | Litigation |
| 12/29/2020 | read Doc. 5726, PCSSD 12-31-20 facilities status report | 0.16 | Litigation |
| 12/7/2020 | read PCSSD Doc. 5725, response to motion to strike | 0.20 | Litigation |
| 11/20/2020 | study PCSSD Doc. 5723 titled "Special Status Report" [.33]; discuss with AP; later read Int. Doc. 5724, filed 12-4-20 by AP, Motion to Strike 5723 | 0.33 | Litigation |
| 10/30/2020 | read PCSSD Doc. 5721, very brief facilities status report | 0.08 | Litigation |
| 9/22/2020 | Intervenors filed Doc. 5699, a reply to PCSSD's August 31, 2020 facilities status report; total time on this project was 14.75 hours, as follows: 9-16: 1.25;  9-17: 2.75;  9-18: 3.50;  9-20: .75; 9-22: 6.50 (send to AP and JS); time claimed is | 14.75 | Litigation |
| 8/31/2020 | first reading and study of Doc. 5690, PCSSD 9-1-20 Facils. Status Report | 0.50 | Litigation |
| 8/15/2020 | memorandum to AP, JS, SC regarding facts on Sylvan Hills High construction projects (2 and 1-4 pp) | 1.50 | Litigation |
| 8/6/2020 | study very detailed email from JS regarding observations during tour with Court of Sylvan Hills site, new construction and other facilities; includes Court's characterization of project quality | 0.33 | Litigation |
| 8/5/2020 | read Doc. 5684, PCSSD very brief periodic facility report | ------ | Litigation |
| 7/31/2020 | final arguments; preparation  [1.75]; arguments [4.50] | 6.25 | Litigation |
| 7/28/2020 | Ints.' witness No. 5 Curtis Johnson; listened and took notes; (testimony concerned facility issues)  time included in Court's total of 67 hours of Court in session cited below) | ----- | Litigation |
| 7/28/2020 | Ints." witness Earnest Duckery; listened and took notes; (testimony regarding modifications in new Mills High project) (testimony included in Court's total of 67 hours of Court in session) | ----- | Litigation |
| 7/28/2020 | Ints.' witness Duane Clayton; listened and took notes (Principal of new Mills High School) (testimony included in Court's total of 67 hours of Court in session) | ----- | Litigation |
| 7/27/2020 | witness Dr. Warren; listened and took notes; (part of testimony concerned identification of discrimination affecting new Mills High and actions taken)  (her testimony included in Court's total of 67 hours of Court in session) | ----- | Litigation |
| 7/23/2020 | PCSSD witness No. 11 Curtis Johnson; listened and took notes; | ----- | Litigation |
| 7/21/2020 | prepare analysis of discipline statistics and send to JS [1.50]; discuss disc. with JS [.25]; email AP regarding achievement chart; after court, discuss approach to identifying disc. disparity with AP [.25] | 2.00 | Litigation |
| 7/20/2020 | prepare before court and provide to AP ideas for discipline questions | 2.33 | Litigation |
| 7/19/2020 | discuss discipline area and logistics with JS | 2.50 | Litigation |
| 7/17/2020 | argument of counsel of 3 parties ; estimate of time | 3.00 | Litigation |
| 7/16/2020 | prepare for closing argument on PCSSD achievement issue on Friday afternoon 7-17-20  (notes regarding testimony; prepare charts showing students in test score "In Need of Support "category)  3.00 | | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 7/15/2020 | email questions to AP [.75]; discuss AVID with SC[.25] | 1.00 | Litigation |
| 7/15/2020 | PCSSD witness Dr. Janice Warren; listened and took notes; Ints.' | ----- | Litigation |
| 7/14/2020 | memorandum to AP, JS and SC setting forth chronology of costs identified for new Robinson Middle and new Mills High projects (1 and 2/3 pp) (background information for hearing) | 1.50 | Litigation |
| 7/13/2020 | various hearing preparation steps; contact with AP, SC, JS | 6.75 | Litigation |
| 7/12/2020 | study PCSSD documents relating to the teacher/staff "cohorts" identified; communicate with AP and JS | 3.50 | Litigation |
| 7/8/2020 | (7/8/20 thru 7/11/20) review PCSSD trial exhibits; total time 19 hours, including work with AP and JS; 19 hours was as follows: 7-8 4.50; 7-9 5.00; 7-10 4.50 and 1.50 with AP; 7-11: 3.5 with AP and JS) (discussed content with colleagues as we worked) | 19.00 | Litigation |
| 7/7/2020 | distributed Ints.' exhibit list and exhibits. RP work: 6-30: 1.50 (with JS); 7-2: 1.00; 7-3: 6.00 (with JS); 7-4: 1.00 (with JS); total time is 9.50; 25 facility exhibits; time claimed is | 9.50 | Litigation |
| 7/7/2020 | listen to status conference conducted by Court | 1.00 | Litigation |
| 6/29/2020 | On 6-1-20 PCSSD filed a motion for unitary status (Doc. 5621) and a very lengthy and detailed supporting brief (Doc. 5622); Ints. responded with a motion and brief, Docs. 5648 and 5649; work on 5648 and 5649: 5-22: .75; 5-23: 3.00; 5-24: 3.33; 5-27: 1.00; 5-28: .50; 6-24: .50; 6-25: 7.00; 6-26: 7.50; 6-27: 11.75; 6-28: 5.50 (includes sending draft to colleagues); 6:29: response to PCSSD motion [1.25]; work with AP on brief [1.00] 2.25; total time is 41.58; | 41.58 | Litigation |
| 6/22/2020 | on or about 6-1-2020, the Districts filed a joint motion and a joint brief regarding allocation of the burden of proof; Intervenors responded to the motion, with a supportive brief, Docs. 5642 and 5643, on this date; time records show a total of 35.90 hours in responding, as follows: 6-1:2.50; 6-16: 1.33; 6-17: 7.75; 6-18: 8.33; 6-19: 8.33; 6-21: 1:75; 6-22: 4.75; one half of the time is allocated to PCSSD and one half to JNPSD    17.95 | 17.95 | Litigation |
| 6/16/2020 | Review PCSSD Pretrial Disclosure Sheet, Doc. 5631 | 2.50 | Litigation |
| 6/15/2020 | Intervenors' Pretrial Disclosure Sheet, Doc. 5628 , filed; total time on this Disclosure was 17.47 hours: 6-7: 2.00 with JS; 6-9: 3.64 (part with JS); 6-10 2.00; 6-11 1.67 (part with JS); 6-12 4.00 (part with JS); 6-13 3.00 (part with JS); 6-14: 1.16; 6-15: additional time time not sub-divided (discussed above in 6-2 entry)    17.47 | 17.47 | Litigation |
| 6/10/2020 | study PCSSD stipulation proposal (not agreed upon) | 0.33 | Litigation |
| 6/9/2020 | discussed with JS and read her notes regarding Earnest Duckery's testimony in a deposition concerning reductions made in the scope and quality of the new Mills High School during the planning/ design phase | 0.66 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 6/2/2020 | PCSSD filed a motion in limine and brief regarding discipline (Docs. 5617 and 5618); Ints. Replied (Docs. 5632 and 5633)   2.00 | 2.00 | Litigation |
| 6/2/2020 | began work on responses to PCSSD Docs. 5619 and 5620 (in limine motion and brief regarding facilities); total time claimed for study of PCSSD papers and preparation of responses to motion and brief (designated 5634 and 5635) is                                     38.00 (recorded more than 38.91  hours from 6-2 through 6-15-20; reduction of 6.91 hours; time as follows: 6-2: 2.00; 6-3: 8.00;  6-4: 3.00;  6-5: 3.00; 6-6: 3.00; 6-7: 2.50;  6-8: 8.50; 6-9: 2.33;  6-10: 3.16; 6-11: 2.50;  6-12: .92;  6-15: additional work, time for day on all topics, 10.00, not sub-divided in my contemporaneous notes: 10.00 | 38.00 | Litigation |
| 5/26/2020 | participated in call of counsel and JS regarding school tours                   ---- |  | Litigation |
| 5/24/2020 | read Dr. Warren's deposition and made notes to facilitate use (part of time) 1.50 | 1.50 | Litigation |
| 5/22/2020 | discuss various issues with JS, including new Robinson Middle project, in the light of  schematic design; also Duckery facts .33 | 0.33 | Litigation |
| 5/20/2020 | check docs. For PCSSD's statements of position regarding College Station and Harris Elementary Schools .33 | 0.33 | Litigation |
| 5/18/2020 | study facility topics: read transcripts regarding Plan B; check RP chronology regarding this issue; Sylvan Hills High School documents; millage vote results for 2015 and 2017, using materials provided by Charles Bolden showing voting by precinct 2.50 | 2.50 | Litigation |
| 5/17/2020 | study documents regarding the new Mills High and Sylvan Hills schools/projects .25 | 0.25 | Litigation |
| 5/15/2020 | review additional PCSSD facility documents on disk; seventh disk with files 10,517-- 15,440 mailed to me on 5-5-20; this included at 12,700-772 "PCSSD New Middle School Schematic Design," dated 11-25-15, which became our trial exhibit 30                                                   3.33 | 3.33 | Litigation |
| 4/29/2020 | work regarding monthly meeting; work with JS on topics  for discussion; participation (part of PCSSD time)                    .50 | 0.50 | Monitoring |
| 4/25/2020 | study multiple year narrative sections of PCSSD Facility Master Plans .50 | 0.50 | Litigation |
| 4/23/2020 | review  PCSSD disc with facility documents and videos  2.50 | 2.50 | Litigation |
| 4/21/2020 | 5555--5757     master plan material | 0.50 | Litigation |
| 4/20/2020 | 5442--5557     master plan material | 0.75 | Litigation |
| 4/16/2020 | discuss multiple topics with AP, including PCSSD facilities questions, one being PCSSD's  Plans A and B approach [.50]; also discussed seeking delay in one of two hearings  [.16]                                                      .66 | 0.66 | Litigation |
| 4/15/2020 | review Robinson Middle  School documents secured by JS            1.00 | 1.00 | Litigation |
| 4/14/2020 | additional study of Master Plan content                            2.20 | 2.20 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 4/13/2020 | study PCSSD 2020 Facility Master Plan content    .75 | 0.75 | Litigation |
| 4/9/2020 | critique of Dr. Warren's deposition with JS    .16 | 0.16 | Litigation |
| 4/8/2020 | listen to deposition of Dr. Warren  4.25    4.25 | 4.25 | Litigation |
| 4/7/2020 | discuss with JS her review of Curtis Johnson binders with facility documents  (at his office)   .33 | 0.33 | Litigation |
| 4/6/2020 | additional Robinson and Mills documents reviewed [1.00];  discussed helpful content of document with JS [1.50]    2.50 | 2.50 | Litigation |
| 4/5/2020 | additional review of change order documents | 0.50 | Litigation |
| 4/5/2020 | work on Dr. Warren deposition questions and discuss with JS [1.25]; additional work and provide to AP [1.00]   2.25 | 2.25 | Litigation |
| 4/4/2020 | review facility documents | 2.75 | Litigation |
| 4/3/2020 | review documents regarding "value engineering" [.16]; records regarding Mills and Robinson projects [2.50] 2.66 | 2.66 | Litigation |
| 4/3/2020 | discuss with JS issues regarding blueprints for the new Mills High project and her interview of architect Chilcote regarding new Mills High project; included notes of interview of Chilcote    .58 | 0.58 | Litigation |
| 4/2/2020 | complete facility status response and send to AP | 2.50 | Litigation |
| 4/2/2020 | review documents regarding "change orders" | 1.33 | Litigation |
| 4/1/2020 | work on facility status response | 8.00 | Litigation |
| 3/31/2020 | work on ideas for facility questions for Dr. Warren's deposition | 0.25 | Litigation |
| 3/30/2020 | work on facilities status brief [1.25]; review portion of CJ deposition [.75] 2.00 | 2.00 | Litigation |
| 3/27/2020 | study Doc. 5576, ninth PCSSD facility report and discuss with Charles Bolden facts regarding ROTC building | 0.25 | Litigation |
| 3/26/2020 | AP and RP meeting with DB regarding discovery responses, including on facilities; preparation for meeting [.50];  meeting [.80]    .80 | | Litigation |
| 3/25/2020 | with AP, meeting with DB regarding discovery disputes (follow-up letter by AP on 3-27; and response by DB on 3-31) | 0.84 | Litigation |
| 3/25/2020 | email to SR regarding Taylor issue [,20]; email to JS regarding millage vote[---];  work on response to JNPSD status report  [1.50]  1.70 | 1.70 | Litigation |
| 3/24/2020 | work on JNPSD response (read Ms. Freno's brief; email to SR ---; work on ideas for response)  .75 | 0.75 | Litigation |
| 3/23/2020 | query to SR; email response regarding construction of Taylor and Bayou Meto projects   .08 | 0.08 | Litigation |
| 3/22/2020 | research regarding facility funding issue | 0.50 | Litigation |
| 3/21/2020 | first examination of JNPSD Doc. 5575 and related exhibits; email to SR ---  .25 | | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 3/13/2020 | begin careful review of C.Johnson deposition and exhibits, with note-taking, to facilitate drawing on content; [continuation of this work: 3-14: 1.00 (send cites to AP and JS); 3-30-20 .75; 3-31: 1.33; time claimed: | 3.08 | Litigation |
| 3/7/2020 | review docs. provided by PCSSD, which were requested by AP during Curtis Johnson deposition .16 | | Litigation |
| 2/19/2020 | discuss this day's later CJ deposition with AP and JS [.84]; listen to CJ deposition [3.25 hours] | 4.09 | Litigation |
| 2/17/2020 | speak to AP and JS regarding PCSSD discovery responses and CJ deposition questions | 0.75 | Litigation |
| 2/16/2020 | speak to JS regarding Dr. Warren and logistics | 0.33 | Litigation |
| 2/15/2020 | review PCSSD response to Ints.' achievement discovery | 1.40 | Litigation |
| 2/15/2020 | email to AP and JS regarding MP whisper to SJ during lunch at a monthly meeting that College Station and Harris not part of remaining case          .33 | 0.33 | Monitoring |
| 2/13/2020 | through 2-18-20; work on ideas for Curtis Johnson deposition questions; provided to AP and JS by emails; part of this time (my notes show 7.00 plus hours); time claimed: | 3.00 | Litigation |
| 2/2/2020 | study PCSSD response, on 1-31, to Ints.' interrogatories and document requests[2.50]; also 2-14: [.50]; 2-15: [.50] | 3.50 | Litigation |
| 1/31/2020 | read Doc. 5562, eighth PCSSD Court-required facility report | 0.10 | Litigation |
| 1/23/2020 | work with JS regarding PCSSD facilities | 0.50 | Litigation |
| 1/22/2020 | read email memo from JS re Curtis Johnson statements at 1-21 public meeting held by PCSSD, a required element of 2020 Master Plan process; looked at CJ presentation slides; email to JS re content of her memo and additional questions; AP also attended .33 | 0.33 | Litigation |
| 1/19/2020 | email to AP and JS regarding new Mills High facility facts (stakeholder complaints, Mills' alternative plans, Curtis Johnson statement)     .33 | 0.33 | Litigation |
| 1/17/2020 | monthly meeting; PCSSD facilities                    .58 | 0.58 | Litigation |
| 1/17/2020 | discuss at monthly meeting Plan 2000 continuing obligations     .58 | 0.58 | Monitoring |
| 1/16/2020 | discuss 1-17 monthly meeting agenda with AP and JS for PCSSD   .25 | 0.25 | Litigation |
| 1/16/2020 | discuss with AP and JS agenda for parties' monthly meeting    .25 | 0.25 | Monitoring |
| 1/10/2020 | read final M. Powell final report on PCSSD monitoring     .16 | 0.16 | Monitoring |
| 1/9/2020 | speak to AP re facilities and logistics              .20 | 0.20 | Litigation |
| 1/1/2020 | consult with AP on facilities, Court expert, and case       .25 | 0.25 | Litigation |
| 12/23/2019 | 12-31-19 prepared substantive responses to PCSSD interrogatories 8 to 10 concerning Intervenors' contentions as to discipline, achievement and facilities; 12-23: 2.66; 12-24: 3.00; 12-26: 2.50; 12-27: 1.75; 12-30: 2.50; 12-31: .50            12.91 | 12.91 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 12/23/2019 | work with JS on response to M. Powell PCSSD monitoring report draft   2.25 | 2.25 | Monitoring |
| 12/19/2019 | complete work on comment to M. Powell final report version and provide to JS for submission to MP   4.00 | 4.00 | Litigation |
| 12/18/2019 | work on comment to M. Powell regarding her final PCSSD facility report version   3.50 | 3.50 | Litigation |
| 12/14/2019 | complete work on response to M. Powell and email to JS   4.50 | 4.50 | Litigation |
| 12/13/2019 | continue work on M. Powell draft report   4.00 | 4.00 | Litigation |
| 12/12/2019 | work on response to M. Powell draft of her mon. report regarding PCSSD facilities 5.75 | 5.75 | Litigation |
| 12/10/2019 | review M. Powell PCSSD achievement report   .33 | 0.33 | Monitoring |
| 12/5/2019 | work on writing of discipline discovery to serve on PCSSD; read discovery drafted by JS  1.33 | 1.33 | Litigation |
| 12/4/2019 | work with AP on facts, legal standards, and status report   2.00 | 2.00 | Litigation |
| 12/4/2019 | review M. Powell PCSSD discipline report   .25 | 0.25 | Monitoring |
| 12/3/2019 | review Mills High addition alternatives prepared by architects; emails to AP and JS; other work regarding new Mills High   .80 | 0.80 | Litigation |
| 12/2/2019 | write memo on changes to Mills High capacity in references to project over time   .25 | 0.25 | Litigation |
| 11/26/2019 | study Doc. 5548, seventh PCSSD facility report   .33 | 0.33 | Litigation |
| 11/25/2019 | completed work on "Intervenors' 1st Set of Requests for Production of Documents to PCSSD regarding 2020 Unitary Status Hearings" (8 requests regarding facilities facts); emailed to JS, then served on DB and SJ; [3.00];   12-27-19 study PCSSD response dated 12-20-19 [.50];   prepared memo detailing inadequacies of PCSSD response, work on 1-5-20, 1-7-20, and 1-8-20 totaling [5.25];   PCSSD First Supplemental Response on 1-31-20 continued to be incomplete [.25];   3-12-20 second memorandum to DB and SJ including content on inadequacies of responses [.25];   subsequently discussed with DB, with AP present and other discovery issues addressed; time claimed is   8.50 | 8.50 | Litigation |
| 11/23/2019 | work on questions for interviewing Mills High principal [1.50]; interview principal with JS 1.75   3.25 | 3.25 | Litigation |
| 11/22/2019 | Intervenors filed Response to PCSSD's Notice of Unitary Status, Ints.' Doc. 5543 (facilities content at 4-11); PCSSD filing was Doc. 5533; total time on Doc. 5543 was 19.25 hours, as follows: 10-30: .20;  11-6: .25;  11-7: 2.50; 11-8: 3.00;  11-9: 3.00;  11-10: 3.00;  11-11: 2.00;  11-12: 5.00;  11-15: .10;  11-18: .20 | 19.25 | Litigation |

| Date | Description | Hours | Category |
|---|---|---|---|
| 11/19/2019 | review new Mills High docs. received from JS (regarding master schedule and staff assignments to rooms; showing room shortage) .50 | 0.50 | Monitoring |
| 10/18/2019 | provide PCSSD facility plan documents to AP (multiple "narrative" sections of annual Master plans) .10 | 0.10 | Monitoring |
| 10/16/2019 | (10-4 thru 10-5) filed Doc. 5528, "Intervenors' Comments on PCSSD's Facility Reports"; total time claimed ( detailed in the entries from 10-4 through 10-15) 17.93 | 17.93 | Monitoring |
| 10/15/2019 | additional work on response document, including work with JS on facts [.66] and discussion of content with JWW, AP and JS [.33]   .99 | 0.99 | Monitoring |
| 10/12/2019 | email to JS identifying 5 exhibits to be submitted with response    .16 | 0.16 | Monitoring |
| 10/11/2019 | work on response [3.50]; work with JS on facts (her report updating conditions in new Mills High) and content of draft [.20]   3.70 | 3.70 | Monitoring |
| 10/10/2019 | work on response to reports [3.00]; email JWW and JS re replacement of glass in new Mills High project in media center and JS reply [.08]  3.08 | 3.08 | Monitoring |
| 10/9/2019 | work on response to reports  3.00 | 3.00 | Monitoring |
| 10/8/2019 | work on response  2.00 | 2.00 | Monitoring |
| 10/7/2019 | work on response to first 6 periodic PCSSD facility reports, which Court had required on 9-24-18  3.00 | 3.00 | Monitoring |
| 10/4/2019 | discussion with JWW, AP, and JS re approach to PCSSD facility issues  2.00 | 2.00 | Monitoring |
| 10/3/2019 | discuss details of PCSSD facility report with JS and request monitoring of new Center for Innovation .25 | 0.25 | Monitoring |
| 10/1/2019 | study Doc. 5522, sixth PCSSD facility report, required by Court          .20 | 0.20 | Monitoring |
| 8/1/2019 | study Doc. 5509, fifth PCSSD facility report, required by Court          .20 | 0.20 | Monitoring |
| 6/4/2019 | study Doc. 5498, fourth PCSSD facility report, and email to co-counsel regarding content .33 | 0.33 | Monitoring |
| 4/17/2019 | send  21 page document to JWW, AP, and JS                                  .08 | 0.08 | Monitoring |
| 4/9/2019 | 4-9-19 through 4-15-19  contemporaneous time records show 12.16 hours on "PCSSD Facilities Evidence and Ideas" memo (time from 4-5 to 4-8 not recorded) 12.16 | 12.16 | Monitoring |
| 4/4/2019 | discuss facility approach with JS (content of her monitoring report and possible use of photographs)                               .25 | 0.25 | Monitoring |
| 4/3/2019 | facility proof outline                                                1.33 | 1.33 | Monitoring |

| Date | Description | Hours | Category |
|---|---|---|---|
| 4/2/2019 | work on facilities proof outline<br>[subsequent work through 4-15 yielded a 21 page document titled "PCSSD facilities Evidence and Ideas"; sections addressed: strategic concerns; "Chronology"; "Listing of Ideas for Factual Development"; and "Contempt and Supplemental Motion Approaches" | 2.33 | Monitoring |
| 3/29/2019 | study Doc. 5495, third PCSSD facility report, required by Court | 0.25 | Monitoring |
| 3/28/2019 | discuss facility proof ideas with JS | 0.33 | Monitoring |
| 3/27/2019 | send several page outline on "Mills proof ideas and approach" to JWW, AP, and JS (much of outline points to develop; written 3-25/3-26) |  | Monitoring |
| 3/26/2019 | work on PCSSD facility proof ideas | 1.00 | Monitoring |
| 3/25/2019 | work on PCSSD facility proof ideas | 1.50 | Monitoring |
| 3/19/2019 | preparation to speak to JS [.25]; discuss PCSSD facility facts with JS [1.33]  1.58 | 1.58 | Monitoring |
| 3/6/2019 | read JS letter comparing new Mills High and new JHS ; study facts on PCSSD chart (part of periodic facilities reports)                         .25 | 0.25 | Monitoring |
| 2/7/2019 | work with JS on letter to SJ regarding shortcomings of first two facility reports; RP preparation [.20]; work with JS [1.50] | 1.70 | Monitoring |
| 2/1/2019 | study Doc. 5493, second PCSSD facility report, required by Court [.33]; discuss follow-up with JS [.08] | 0.41 | Monitoring |
| 12/8/2018 | study substitute exhibit 4 to 5474, filed by PCSSD | 0.50 | Monitoring |
| 12/3/2018 | study Doc. 5474, initial (1st) PCSSD facility report, required by Court on 9-24-18; and emails to colleagues               1.00 | 1.00 | Monitoring |
| 11/12/2018 | work with JS on facility issues (amounts spent, docs. to secure, witness ideas); statements by new Mills and then-Robinson principals)          1.2 | 1.20 | Monitoring |
| 11/11/2018 | study information provided by PCSSD on expenditures for facility projects and email questions to JS [projects: new Robinson Middle; new Mills High; old Mills High conversion; a multi-page chart for each] | 0.66 | Monitoring |
| 11/9/2018 | discuss with JWW possible contempt approach to PCSSD facility problems [.33]; contact with JS regarding facilities issues [.16] | 0.50 | Monitoring |
| 11/3/2018 | study docs. on: stakeholders' complaints regarding new Mills Higl facility, comments by Curtis Johnson, and District's response; also docs. regarding Court's second school tour | 0.50 | Monitoring |
| 10/16/2018 | read SJ email to Court regarding Sylvan Hills tour, Doc. 5452 |  | Monitoring |
| 9/24/2018 | court's bench ruling regarding Ints.' motion for facility relief; prepare for hearing [.33]; hearing [1.25]; discuss with JWW and JS [.10] | 1.68 | Monitoring |
| 9/16/2018 | reviewed docs. secured earlier from PCSSD by pub. recs. request regarding new Mills High and new Robinson Middle | 0.25 | Monitoring |

| Date | Description | Hours | Category |
|---|---|---|---|
| 9/14/2018 | discuss PCSSD facilities issues with JWW and AP [.25]; discuss PCSSD facilities issues with JS [.20] | 0.45 | Monitoring |
| 9/13/2018 | discuss with Margie Powell her observations on tours of PCSSD facilities (visits with Court and counsel) | 0.33 | Monitoring |
| 8/15/2018 | discuss Intervenors' PCSSD facility strategy with JWW | 0.25 | Monitoring |
| 8/7/2018 | work with JS on responses to PCSSD facilities motion discovery | 1.25 | Monitoring |
| 8/1/2018 | study case Docs. 5417 and 5418, PCSSD response to Ints.' facility motion | 0.50 | Monitoring |
| 7/24/2018 | work with JS on the discovery responses [2.50]; read Doc. 5414, SJ letter to Court regarding school tours [ ] | 2.50 | Monitoring |
| 7/23/2018 | study draft of responses to PCSSD discovery, propounded with regard to Ints.' facilities motion | 0.55 | Monitoring |
| 7/10/2018 | new Mills High field observation rept dated 7-5-18 provided by SJ (progress on construction with narrative and photographs) | 0.25 | Monitoring |
| 7/5/2018 | write Intervenors' motion for facilities relief  5.50 | 5.50 | Monitoring |
| 7/4/2018 | work with JS on exhibits [2.00]; complete memo in support of motion for facilities relief [6.00]  8.00 | 8.00 | Monitoring |
| 7/3/2018 | work on memorandum   2.00 | 2.00 | Monitoring |
| 7/2/2018 | work on memorandum; consult with JWW and JS  2.50 | 2.50 | Monitoring |
| 6/29/2018 | discuss facts for memo with JS [.25]; work on memo [.50]   .75 | 0.75 | Monitoring |
| 6/28/2018 | study JWW ideas for memo [.50]; work with JWW and JS regarding memo [1.50]  2.00 | 2.00 | Monitoring |
| 6/27/2018 | study 3 parts of PCSSD 2018 Facility Master Plan provided by JS, email her, work on draft and send to counsel and JS   4.00 | 4.00 | Monitoring |
| 6/26/2018 | work on memo [1.00]; consult with JS regarding facts, including emails [.33]   1.33 | 1.33 | Monitoring |
| 6/25/2018 | work on memo   3.50 | 3.50 | Monitoring |
| 6/24/2018 | work on memo   1.00 | 1.00 | Monitoring |
| 6/23/2018 | work on memo   2.50 | 2.50 | Monitoring |
| 6/22/2018 | work on memo [1.50]; email JS seeking documents [.08]; discuss with Ms. Powell visits to school projects on Dr. Warren--led tour (MP repetitively extolls quality of new Robinson and its superiority to new Mills, with latter described as obviously smaller than plan called for) [.33]      1.91 | 1.91 | Monitoring |
| 6/22/2018 | read Doc. 5402, joint status report of PCSSD and Joshua regarding school tours |  | Monitoring |
| 6/21/2018 | work on facility memo, including discuss facts with JWW and JS | 2.00 | Monitoring |
| 6/20/2018 | work on facility memo | 3.58 | Monitoring |
| 6/19/2018 | read transcripts of Ct. status hearings (facility content) | 0.50 | Monitoring |
| 6/18/2018 | work on memo including consultation with JS | 1.50 | Monitoring |

| Date | Description | Hours | Category |
|---|---|---|---|
| 6/14/2018 | 6-14-18 through 7-5-18: work yielding Docs. 5404, 5405, and 5406, Intervenors' motion for facility relief and supporting memorandum and 17 exhibits total time claimed for this work: | 39.00 | Monitoring |
| 6/14/2018 | work on facilities memo, including ideas for content | 1.25 | Monitoring |
| 6/12/2018 | study JWW draft motion [.33]; discuss facility approach with JWW and JS [.33] | 0.66 | Monitoring |
| 6/11/2018 | develop ideas for a facility motion | 0.50 | Monitoring |
| 6/8/2018 | study draft motion [.25]; discuss draft with JWW and JS [1.25] | 1.50 | Monitoring |
| 6/7/2018 | read draft enforcement motion prepared by JWW, including 5 pages of facility content | 0.75 | Monitoring |
| 5/18/2018 | reviewed weekly report concerning progress in new Mills High project project; furnished by SJ (22 pages including photographs) | 0.16 | Monitoring |
| 5/15/2018 | reviewed "field report" concerning progress in Robinson Middle project; furnished by SJ (25 pages including photographs) (only such Robinson report provided) | 0.25 | Monitoring |
| 4/26/2018 | email to JS regarding site visits | | Monitoring |
| 4/20/2018 | email response by JS regarding elements of M. Powell approach during tour (responding to RP query) | 0.08 | Monitoring |
| 4/19/2018 | review two detailed reports provided by JS regarding observations during visits to new Mills High and new Robinson Middle construction projects (tour on 4-18 organized by Dr. Warren); email to JS followed by second report | 0.50 | Monitoring |
| 11/10/2017 | discuss Margie Powell report with her | 0.25 | Monitoring |
| 11/9/2017 | study Margie Powell report on PCSSD facilities required by Court; appended to Court's Order of 11-9-17 (Doc. 5343) | 0.25 | Monitoring |
| 10/30/2017 | discuss 2 follow-up questions with Margie Powell | 0.10 | Monitoring |
| 10/27/2017 | monthly meeting with topic PCSSD facility issues; [JWW, JS, RP, Sam J., Dr. Warren, M. Powell, Scott R.] | 1.16 | Monitoring |
| 10/26/2017 | read AP memo re PCSSD facilities and discuss with him | 0.33 | Monitoring |
| 10/17/2017 | (10-17-17 & 10-23-17) begin work on Joshua facility report required by the Order of 9-8-17; this work continued through 10-23-17, yielding Doc. 5338 filed on 10-24-17; time claimed for this document is (10-17: 3.00; 10-18: 3.00; 10-19: work on report [4.25]; read JWW memo; ideas for report [.16] 4.41; 10-21: .83; 10-22: 10.20 (including writing, emailing JWW and JS, reading 2 hearing transcripts supplied by JS, and identifying exhibits to be appended to report); 10-23 complete report [1.75]; provide corrections to JS [.25] 2.00) | 23.44 | Monitoring |
| 10/13/2017 | study PCSSD FOIA response [.25]; work with JS on follow-up to initial FOIA to PCSSD [.20] | 0.45 | Monitoring |
| 10/10/2017 | review and organize Mills and Robinson docs. secured by FOIA from Div. of Ac. Sch. Facils. and Transportation [.66]; work with JS on FOIA to PCSSD regarding Mills and Robinson projects [.33] | 0.99 | Monitoring |
| 10/9/2017 | study PCSSD facility report (Doc. 5337) required by Order of 9-8-17 (Doc. 5327) | 0.33 | Monitoring |

| Date | Description | Hours | Category |
|---|---|---|---|
| 9/8/2017 | prepare for status hearing on PCSSD facilities [.50]; hearing (PCSSD facility portion) [.84] | 1.34 | Monitoring |
| 9/6/2017 | work with JS on pub. recs. request to state agency regarding Mills and Robinson facility projects [.16]; study SJ supp. status report (Doc.5322; 9-5-17) (report advising Court of issues arising in construction of new Mills High and new Robinson Middle projects) [.33] | 0.49 | Monitoring |
| 8/29/2017 | review PCSSD annual monitoring report provided by JS    .50 | 0.50 | Monitoring |
| 3/??/19 | study SJ response of 3-7-19 to Ints.' 2-7-19 letter re facility concerns | 0.20 | Monitoring |
| 3/??/19 | study JS facility monitoring report, geared to 3-7-19 SJ letter (very detailed report regarding new Mills High and old Mills High conversion project; based on JS observations and discussions with staff) | 0.40 | Monitoring |
| ?? | additional time for listening to hearing, during which I took scores of pages of notes, then drawn upon in my closing arguments; Court identified courtroom in session time for PCSSD hearing as 67 hours; 7.50 hours have been listed above on following dates: 7-17: 3.00; and 7-31: 4.5; these are my estimates. Additional claim for in courtroom time: 59.50 | 59.50 | Litigation |
| ?? | Bob Pressman Time relating to Preparing PCSSD Fee Request part of time 8.00 | 8.00 | Monitoring |

| | | | |
|---|---|---|---|
| **PCSSD Monitoring Total** | | 203.33 | 34% |
| **PCSSD Litigation Total** | | 401.88 | 66% |