

Devin R. Bates
Direct Dial: 501-688-8864
Fax: 501-918-7864
E-mail: dbates@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

August 11, 2021

**VIA EMAIL ONLY**

Austin Porter: aporte5640@aol.com
Robert Pressman: pressmanrp@gmail.com
Shawn Childs: schilds@gabrielmail.com
Tony Walker: lwalker@jwwlawfirm.com
Joyce Raynor: jraynorcarr@gmail.com
Rep. Joy Springer: jspringer@gabrielmail.com; johnwalkeratty@aol.com

Re:   *Little Rock School District, et al. vs. Pulaski County Special School District, et al.*
U.S. District Court, Eastern District of Arkansas, No. 4:82-cv-866-DPM

Austin:

PCSSD is in receipt of your request for fees of $594,872.00 and costs of $5,391.22 representing a total request of $600,263.22. Also we are in receipt of your offer to settle the request for fees at 20% off, which is an offer in the amount of $481,288.82 ($475,897.60 in fees plus $5,391.22 in costs).

As discussed at our meeting in July, I respectfully disagree with you about the hourly rates that counsel and monitors have claimed to be due in the request. In this most recent request, Intervenors have sought the following rates: John Walker ($450/hour), Austin Porter ($350/hour), Bob Pressman ($350/hour), Joy Springer ($137.50/hour), and monitors ($70/hour). These rates are claimed for all work performed between 2017 and 2021. The problem lies in the fact that for some of this same time period, Judge Marshall already awarded fees against JNPSD at the following rates: John Walker ($350/hour), Austin Porter ($300/hour), Bob Pressman ($300/hour), Joy Springer ($100/hour), and monitors ($70/hour). *See Doc. 5507*. In light of that precedent in this case, what Intervenors have effectively done is sought to bill PCSSD for higher rates than those billed to JNPSD for some of the same time worked on this same case. Without debating you on the fairness of those rates, I believe it is fair to say that this is the precedent in this case.

Additionally, I must remind you of Judge Marshall's guidance on how His Honor viewed the amount due to Intervenors: "Reasonable attorney's fee for monitoring [PCSSD] since the last fee award, as well as for the litigation about PCSSD facilities issues, on which Intervenors have prevailed." *Doc. 5730, p. 68*. Of the original $600,263.22 claimed by Intervenors, 59% of that represents monitoring, and 41% represents litigation. Assuming without conceding that the monitoring portion of that is reasonable and recoverable, that still leaves 41% of the claimed

**EXHIBIT 8**

Response to Intervenors re Attorney Fees and Costs
August 11, 2021
Page 2

award that is for litigation. Judge Marshall made it clear that this portion is not completely recoverable by Intervenors. There are several different ways that Judge Marshall could go about separating the facilities part of the litigation from the parts about student achievement, discipline, and monitoring. Regardless of which method is used, it is apparent that under no outcome will Intervenors be entitled to a complete fee award on the 41 % of the total part of the fees representing litigation.

**Counteroffer:**

Taking the facts of the past two paragraphs into account, it does not appear mathematically possible to calculate a fee award in the amount of either $600,263.22 (full award) or $481,288.82 (20% off). Therefore, PCSSD rejects Intervenors' offer of 20% off, and instead extends a counteroffer to Intervenors on the following terms:

1. Fees to Intervenors in the amount of $416,410.40 (30 % off) plus costs of $5,391.22 for a total award to Intervenors of $421,801.62;
2. Payment to Intervenors shall be made in twelve equal monthly installments of $35,150.14/per month to begin in September 2021 and end in August 2022; and
3. This total sum of $421,801.62 to Intervenors shall be the last and final fee award paid to Intervenors by PCSSD in this case.

**Explanation:**

The third term above deserves some explanation because there are other very important factors to consider here. First, Judge Marshall's answer of "yes" to the question "Is it time?" It is apparent that Judge Marshall is prompting the parties along to wrap up this case. PCSSD agrees. Judge Marshall has made the finding that PCSSD is operating in good faith. True to its mission to educate all students, and being a faithful steward of its public dollars, PCSSD strives for finality on paying fees and costs in this case. Also, based on the Court's May 6, 2021 order, it seems clear that Judge Marshall would appreciate if the parties could work out an agreement on the fees and costs. PCSSD agrees and seeks to settle with Intervenors. Based on the mathematical realities summarized above, PCSSD believes that its $421,801.62 (30% off) counteroffer still exceeds what Judge Marshall would likely award. PCSSD is willing to pay this premium to Intervenors as a form of prepayment for fees that could be due to Intervenors in the future of this case. To the extent that future fees and costs could be claimed, this presents a liability that PCSSD seeks to settle now. By accepting PCSSD's counteroffer of $421,801.62 (30% off), Intervenors are acknowledging that a material and irrevocable term bound up in receiving the $421,801.62 is the agreement that part of this sum represents consideration received in a settlement for future fees and costs that Intervenors might possibly claim in the future. This $421,801.62 settlement is the last and final fee award to be paid to Intervenors by PCSSD in this case.

Response to Intervenors re Attorney Fees and Costs
August 11, 2021
Page 3

**Conclusion:**

At bottom, PCSSD seeks to make peace and have one final settlement of the fee and cost portion of this case. It is time to turn off the lawyer money, and keep tax dollars in the classroom.

**Disclaimer**:

Nothing about the arguments and considerations raised in this letter are meant to be exhaustive. PCSSD reserves all possible arguments that it could make for a response to a contested fee petition. PCSSD hopes this will not be necessary.

Best regards,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

By
Devin R. Bates

cc:    (via email only)
       Margie Powell: mqpowell@att.net
       Scott Richardson: scott@mwbfirm.com
       Dr. Charles McNulty: cmcnulty@pcssd.org

8292815.1