IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, et al.                                PLAINTIFF

VS.                               CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH PULASKI
SCHOOL DISTRICT, et al.                                            DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALARIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                   INTERVENORS

INTERVENORS' **AMENDED** MOTION FOR FEES AND COSTS
RELATIVE TO PULASKI COUNTY SPECIAL SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, and Valarie Stallings, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and **Robert Pressman**, and for their motion for fees and costs relative to Pulaski County Special School District, they state the following:

1. On May 6, 2021, this Court entered a Memorandum Opinion and Order [**Doc. # 5730**] declaring, *inter alia*, the Pulaski County Special School District unitary, with the exception of curing the inequities that exist in the Mills High School project.

2. The Court encouraged the parties to confer about a reasonable attorney's fees for monitoring the school district, and for the litigation that ensued.

3. The Court directed the intervenors to provide the Pulaski Special School District with their time records, and related costs, which the intervenors have done.

1

4.  The parties have engaged in negotiations, but have not been able to come to an agreement to be awarded the intervenors for attorney's fees and other costs herein expended for the defense of the consent decree (*Plan 2000*).

5.  Counsel for the intervenors submitted a reasonable amount for attorney's fees and costs, which is substantially less than the amount that is being presented in this motion, but said amount was rejected by the Pulaski County Special School District, as advised by its counsel by letter dated September 15, 2021.

6.  The intervenors submit the following as the time expended herein as well as the costs incurred, for the Court's review, as well as the general public's review:

FEES

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| John W. Walker | 173.88 | $450.00 | $ 78,246.00 |
| Robert Pressman | 559.00 | $350.00 | $ 195,650.00 |
| Austin Porter Jr. | 366.05 | $350.00 | $ 128,117.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total |  |  | $ 402,013.50 |

MONITOR FEES

| Monitor | Hours | Rate | Total |
|---|---|---|---|
| Joy Springer | 896.08 | 137.50 | $ 123,211.00 |
| Charles Bolden | 149.75 | 70.00 | $ 10,482.50 |
| Marva Smith | 148.90 | 70.00 | $ 10,423.00 |
|  |  |  |  |
| Total |  |  | $ 144,116.50 |

**Grand total for attorney's fees and monitoring fees ……………$ 546,130.00**

COSTS  - John W. Walker P.A.

| Activity | Cost |
|---|---|
| Filing Fee | $ 0.00 |
| Witness Fees | $ 0.00 |
| Process Server | $ 0.00 |
| Deposition Cost | $ 0.00 |
| Copying Costs – 6,000 @ .25¢  per copy | $ 1,500.00 |
| Federal Express | $ 810.11 |
|  |  |
| Total ……………………………… | $ 2,310.11 |

COSTS  - Porter Law Firm

| Activity | Cost |
|---|---|
| Filing Fee | $ |
| Witness Fees | $ |
| Process Server | $ 0.00 |
| Deposition Cost | $ 2,930.20 |
| Cost for copying exhibits | $ 728.44 |
|  |  |
| Total ……………………………… | $ 3,658.64 |

**Total Fees Incurred** ……………………………… $    402,013.50

**Total Monitoring Fees Incurred** ………………….. $    144,116.50

**Total Costs Requested** ……………………………. $        5,968.75

**Grand Total** ……………………………………... $    552,098.75

7. The affidavit of Austin Porter Jr. is attached herein, describing his general qualifications, the work he performed as counsel in this case. (**See Exhibit "A"**).

8. The declaration of Robert Pressman is attached herein, describing his general qualifications, the work he performed as counsel in this case. (**See Exhibit "B"**).

3

9. The declaration of Joy Springer is attached herein, describing her general qualifications, the work that she performed as lead monitor in this case. (**See Exhibit "C"**).[1]

10. The time records of monitors Charles Bolden and Marva Smith are attached herein as **Exhibits "D" and "E"** are also attached herein, detailing their work as monitors in this case.

        Respectfully submitted,

        Austin Porter Jr., No. 86145
        PORTER LAW FIRM
        323 Center Street, Suite 1035
        Little Rock, Arkansas 72201
        Telephone: 501-244-8200
        Facsimile: 501-372-5567
        Email: aporte5640@aol.com

        Robert Pressman
        22 Locust Avenue
        Lexington, MA  02421
        Telephone: 781-862-1955
        Email: pressmanrp@gmail.com

        Joyce Raynor Carr
        JOHN W. WALKER, P.A.
        1723 S. Broadway
        Little Rock, Arkansas 72206
        Telephone: 501-374-3758
        Facsimile: 501-374-4187

        jraynorcarr@gmail.com

        ATTORNEYS FOR INTERVENORS

---

[1] The amendment is being made to simply correct the time statement as submitted by Joy Springer, and to add a revised declaration and time statement.

## CERTIFICATE OF SERVICE

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 19th day of October 2021, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                                  Austin Porter Jr.