IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK SCHOOL DISTRICT                                PLAINTIFF

V.                              CASE NO. 4:82CV866DPM

PULASK COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                           DEFENDANTS

EMILY MCCLENDON, ET AL.                                    INTERVENORS

## DECLARATION OF JOY SPRINGER

I, Joy C. Springer, declare as follows:

### A. EDUCATION AND EMPLOYMENT HISTORY

1. This declaration is made in support of the settlement of attorneys' fees by Intervenors and PCSSD for the most recent time period, from approximately June, 2017 through June 30, 2021.

2. I have been employed by John W. Walker, P.A. as a paralegal and monitor since 1991. My education includes a BSBA Degree from Henderson State University, a Bachelor of Science Degree in Elementary Education from the University of Arkansas- Little Rock, and a Master of Science Degree in Education Administration from the same institution.

### B. OVERVIEW OF WORK ON THIS CASE

3. My work has included the following tasks: investigations including interviewing witnesses; research; data analysis; file organization; drafting discovery requests; preparation of documents for use in depositions as well as

1

pretrial and trial proceedings; drafting questions for use by counsel; time management; and other related tasks. During the thirty years, I have also worked as a monitor on behalf of African American children attending schools in the four school districts in Pulaski County. My duties as a monitor included collecting data regarding the Pulaski County school districts' implementation of their respective desegregation obligations contained in their respective desegregation plans. This work involved frequent discussions with class members and district employees and officials as well as visits to schools.

4. In July, 2011, Mr. Walker assigned me as the paralegal responsible for assisting the Legal Defense Fund (LDF) in their preparation of Joshua Intervenors' responsive brief in the appeal decided by the Court of Appeals in December 2011. In performing my work, it was necessary for me, inter alia, to check ECF system for electronic filings; to scan and organize hundreds of exhibits for use by LDF counsel; to research and investigate inquiries from counsel regarding exhibits and other documents; and to provide descriptions and explanations of exhibits to counsel.

5. The judges in the eastern and western district districts of Arkansas are aware of my extensive experience as a paralegal by virtue of my participation in many hearings and trials including Little Rock School District v. Pulaski County Special School District, et al. (Eastern District); Brenda Sanders v. Alliance Home Health Care, (Western District), Rosie

2

Martin v. Charles Danny Knight, et al., (Eastern District). This list is suggestive, not exhaustive. The Eighth Circuit Court of Appeals in Little Rock School District v. Arkansas, 674 F. 3rd 990 (8th Cir. 2012) awarded $125.00 per hour for my time on the appeal. (Last sentence of Opinion) Due to my experience and training, subsequent to this opinion, John W. Walker, P.A. began billing my time at $137.50 per hour, a modest increase of $12.50 an hour above the award by the Court of Appeals. Given my training and experience, I believe that the rate of $137.50 per hour is consistent with the market rate of persons with my training and experience . I note that the Court Expert is paid $300.00 per hour. My experience in monitoring the compliance of desegregation is comparable to the Court's monitor, yet I am only claiming a rate of $137.50 per hour.

### C. HOURS CLAIMED AND HOURLY RATE

5. The attachment describes 896.08 hours which I am claiming for tasks that I have performed in this case in this time period. Due to the overall demands of my position, I did not set forth in my time records all the time I actually worked on the PCSSD aspect of this case in this time period.

Pursuant to 28 U.S. C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Joy C. Springer*

3