IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                        PLAINTIFF

v.                              Case No. 4:82-cv-00866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, ET AL                                             DEFENDANTS

EMILY MCCLENDON, ET AL.                                            INTERVENORS

Intervenors' Updated Identification of the Docket Entry Cites for the
Elements of Their Motion for Fees and Costs AND CORRECTIONS

[A.]   The Filings to Date Regarding Intervenors' Motion for Fees and Costs

Intervenors filed on September 15, 2021, Intervenors' Motion for Fees and Costs Relative to PCSSD [5754] with supporting materials [5754-1; 5754-2; 5754-3; and 5754-4]. Intervenors also filed a supporting brief [5755].

On September 16, 2021, Intervenors submitted to the Clerk's office a revised version of Mr. Pressman's time, a substitution for 5754-2. The system identified this revised time as 5754-5. (The original version of Mr. Pressman's time was "scrambled" at some points due to an error in transmission.)

On October 13, 2021, PCSSD filed PCSSD's Response in Opposition to Intervenors' Petition for Fees [5754] with Attachments, Exhibits (1)-(9).

Intervenors filed on October 19, 2021, Intervenors' AMENDED Motion for Fees

1

and Costs Relative to PCSSD [5762] with supporting attachments [5762-1] (Affidavit) and 5762-2 (listing of time). <u>This filing only</u>: provided Mrs. Springer's time statement in a revised form in order to address an argument made by PCSSD ; presented a revised version of her declaration to identify her total time, as shown in the revised time statement (an increase of 52.14 hours); and presented a revised version of the chart summarizing Intervenors' total claim, accounting for the increase due to the two revisions regarding Mrs. Springer.

On October 19, 2021, Intervenors also filed [5763] Intervenors' Reply Brief in Response to the PCSSD's Response to the Intervenors' Petition for Fees.

[B.] <u>Docket Entries and CORRECTIONS Now Relied Upon to Establish the Factual Elements of Intervenors' Motion for Fees and Costs</u>

<u>Revised Summary Chart Showing Amounts Sought for Fees and Costs</u>

See 5762 (10-19-21) at 2-3. As shown below, three further corrections are in order. Mr. Pressman's time should be reduced from 559 to 552.08 hours, with his amount then $193,228. Mr. Bolden's monitoring time should be increased to 567.75 hours, with his amount then $39,742.50. Ms. Smith's monitoring time should be increased to 547.90 hours, with her amount then $38,353. This increases Intervenors' total request by $54,768 to $600, 898.

<u>John W. Walker</u>

Mr. Walker's time entries appear in 5754-3 at pages 50-60.

Austin Porter, Jr.

See 5754 (9-15-21) at 5754-1 (declaration; time record; exhibits showing Mr. Porter's costs).

Robert Pressman

See 5754-5 (9-16-21) ( Declarations at pages 1-3 and 22-25 and time statement at pages 4-21). A correction regarding the time for Mr. Pressman has been noted. Fourteen hours have been deducted from the time shown on 5754-5, 7.00 hours on each of pages 14 and 15. This yields a reduction of $2,422.

Joy Springer

See 5762 (10-19-21) at 5762-1(Declaration) and 5762-2 (listing of time).

Charles Bolden

Mr. Bolden's PCSSD monitoring time totals 567.75 hours. The first 418 of these PCSSD hours, between June 1, 2017 and October 15, 2018, are documented along with separate time for JNPSD in 5461-8 (64 pages). The Court drew upon the JNPSD time in its 2019 rulings regarding fees for JNPSD work. Doc. 5754-4 at pages 4-7 (9-15-21) documents an additional 149.75 hours of PCSSD monitoring by Mr. Bolden in the period between December 18, 2018 and May 6, 2021. [Doc. 5461 is attached as Exhibit to this filing.

Marva Smith

Ms. Smith's PCSSD monitoring time totals 547.90 hours. The first 399 of these PCSSD hours, between June 1, 2017 and October 15, 2018, are documented along with

3

separate time for JNPSD in 5461-8 (64 pages). The Court drew upon the JNPSD time in its 2019 rulings regarding fees for JNPSD work. Doc. 5754-4 at pages 1-3 (9-15-21) documents an additional 148.90 hours of PCSSD monitoring by Ms. Smith in the period between December 18, 2018 and May 6, 2021.

Costs

PCSSD does not challenge the cost amounts shown on 5762 at 3. See 5761 at 11.

Intervenors' response to PCSSD's position on Mr. Porter's rate is discussed in Intervenors' 5763. Regarding Intervenors' requested rates here, PCSSD relies on past rulings regarding JNPSD as to time through October 2018. [5761 at 2] Intervenors add: Mr. Pressman's relevant experience began in the Civil Rights Division of the United States Department of Justice in 1966. See 5743-5 at 23. Mrs. Springer began work on this case and in Mr. Walker's practice, generally, in 1992. [5762-1 at 1] PCSSD argues here for a rate for her only $30 per hour above the monitors, whom she supervised, and $200 per hour below that of Ms. Powell. The rates of $350 per hour and $137.50 per hour, respectively, should be utilized for at least the time of Mr. Pressman and Mrs. Springer for time commencing at the beginning of November 2018.

Respectfully submitted,

/s/Joyce Raynor  
John W. Walker, P.A.  
1723 Broadway Street  
Little Rock, Arkansas 72206  
501-374-3758  
jraynorcarr@gmail.com

/s/ Austin Porter, Jr.
Austin Porter, Jr. - # AB86145
PORTER LAW FIRM
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
501-244-8200
aporte@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955
pressmanrp@gmail.com
