IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                                                 **PLAINTIFF**

V.                                     NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                            **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                                  **INTERVENORS**

### PCSSD'S MOTION TO STRIKE INTERVENORS' UNTIMELY AMENDMENTS AND ADDITIONS TO THEIR MOTION FOR FEES

Pulaski County Special School District ("PCSSD"), for its Motion to Strike Intervenors' "Updated Identification of Docket Entry Cites for Elements of Their Motion for Fees and Costs AND CORRECTION" *Doc. 5764*, and Intervenors' Motion to Amend/Correct its Motion for Attorneys fees. *Doc. 5762*, states and submits as follows:

1. The final deadline ultimately ordered by the Court by which Intervenors needed to file for attorneys fees was as follows: "Motion for PCSSD-related fees (either unopposed or opposed) due by 17 September 2021." *Doc. 5746*.

2. On October 19, 2021, Intervenors filed a Motion to Amend/Correct its Motion for Attorneys fees. *Doc. 5762*. Therein, Intervenors increased the amount they sought by $7,169.25 to a total of $552,098.75. *Doc. 5762, p. 3*.

3. On October 26, 2021, Intervenors filed an "Updated Identification of Docket Entry Cites for Elements of Their Motion for Fees and Costs AND CORRECTION." *Doc. 5764*. Therein, Intervenors increased the amount they sought by $54,765 to a total of $600,898. *Doc. 5764, p. 2*.

1

4.  A court can issue sanctions if a party fails to obey a scheduling order. Fed. R. Civ. P. 16(f)(1)(C). According to Rule 16(f)(1), the court may impose any action authorized by Rule 37(b)(2)(A)(ii)(vii). One of the authorized actions that can be used as a sanction is that a court can strike a pleading from the record. *See* Fed. R. Civ. P. 37(b)(2)(A)(iii).

5.  Relying on the timely Motion for Fees submitted by Intervenors, *Doc. 5457, p. 3* (seeking $544,929.50 in fees and costs), PCSSD spent significant time understanding Intervenors' motion, formulating a thorough response, and filing same. *Doc. 5761*.

6.  Intervenors have now twice sought to change the underlying documentation for its fee request, and in the process increase the amount they sought by $7,169.25, *Doc. 5762, p. 3*, and later by $54,765. *Doc. 5764, p. 2*. These fee request increases are untimely, and PCSSD should not now be required to pay its counsel a second or third time to perform the same task all over again.

7.  Intervenors' "Updated Identification of Docket Entry Cites for Elements of Their Motion for Fees and Costs AND CORRECTION" *Doc. 5764*, and Intervenors' Motion to Amend/Correct its Motion for Attorneys fees, *Doc. 5762*, should all be stricken from the record in accordance with Fed. R. Civ. P. 16(f).

8.  To the extent that the Court denies this Motion to Strike, and instead holds that it will consider the untimely submissions by Intervenors, PCSSD requests that it be granted additional time to understand what Intervenors have newly submitted, parse through their documentation, and come up with a response.

9.  PCSSD is filing a Brief in Support of this Motion, and it is incorporated herein by reference.

WHEREFORE, the Pulaski County Special School District respectfully requests that the Court strike Intervenors' "Updated Identification of Docket Entry Cites for Elements of Their Motion for Fees and Costs AND CORRECTION" *Doc. 5764*, and Intervenors' Motion to Amend/Correct its Motion for Attorneys fees, *Doc. 5762*, or in the alternative, be granted additional time to understand, analyze, and respond to same, and for all other relief to which it is entitled.

    Devin R. Bates (2016184)
    M. Samuel Jones III (76060)
    Amanda G. Orcutt (2019102)
    MITCHELL, WILLIAMS, SELIG,
      GATES & WOODYARD, P.L.L.C.
    425 West Capitol Avenue, Suite 1800
    Little Rock, Arkansas 72201
    Telephone:  (501) 688-8800
    Facsimile:  (501) 688-8807
    sjones@mwlaw.com
    dbates@mwlaw.com

    and

    Jay Bequette
    Cody Kees
    Bequette Billingsley & Kees, P.A.
    425 West Capitol Ave., Suite 3200
    Little Rock, Arkansas 72201
    Telephone:  (501) 374-1107
    Facsimile:  (501) 374-5092
    Mobile: (501 590-4500
    jbequette@bbpalaw.com
    ckees@bbpalaw.com

    ***Attorneys for Pulaski County Special School District***