IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                    **PLAINTIFFS**

v.                              No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** et al.                      **DEFENDANTS**

**EMILY McCLENDON, et al.**                                                        **INTERVENORS**

**MOTION FOR APPROVAL OF MIDDLE SCHOOL CONSTRUCTION**

Comes now Defendant Jacksonville North Pulaski School District by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and states for its *Motion for Approval of Middle School Construction*:

1. JNPSD completed construction of the new Jacksonville Middle School this summer. When the middle school planning started, in the 2015-16 school year, middle school enrollment stood at about 700 scholars. JNPSD anticipated approximately 15% growth at the middle school over the ensuing ten years. Had that grown at that rate, there would have been about 811 scholars enrolled at the middle school in the 2025-26 school year.

2. Accordingly, the middle school was built with classroom spaces for 850 scholars. A phase II was planned to add classroom space for another 200 scholars. The common areas (media center, cafeteria, etc.) were, thus, built to accommodate 1,050 scholars. JNPSD did not anticipate needing Phase II until after the 2025-26 school year.

3. Middle school growth, however, has significantly outpaced the projection. October 1, 2021, enrollment count at the middle school stands at 852 scholars. Initial middle school enrollment for 2020-21 exceeded 900 scholars.

4. It appears from the October 1 counts that middle school enrollment for the 2021-22 school year will exceed 900 scholars.

5. In the September 25, 2018 unitary status Order, the Court ordered as follows:

> Taylor and Bayou Meto will be replaced before any phase-II expansion projects at the high school or the middle school, unless the replacements can be done at the same time as one or both of the expansions without hindering completion of the new elementary schools.

Order, DE # 5445, p. 7.

6. JNPSD has applied for and been approved for partnership funding for Bayou Meto Elementary School. JNPSD has applied for and received partial approval for partnership funding for Taylor Elementary School, but not enough to support replacement of the school. JNPSD is moving forward with trying to secure partnership funds sufficient to replace Taylor Elementary School through either litigation or a renewed funding application in the next project cycle.

7. JNPSD anticipates beginning construction on new Bayou Meto Elementary School in the Fall of 2022. If funding can be secured in the next cycle, JNPSD anticipates beginning construction on new Taylor Elementary School in the Spring of 2023.

8. Through the Elementary and Secondary School Emergency Relief Fund ("ESSER"), the federal government has made sufficient funds available for JNPSD to

complete the middle school Phase II project. The ESSER funds will allow JNPSD to build out Phase II, alleviate the overcrowding at the middle school, and continue on schedule with replacement of Bayou Meto Elementary and Taylor Elementary Schools (assuming sufficient partnership program funds become available for the latter).

9. Intervenors have indicated that they oppose expansion of the middle school on grounds that do not appear to be related to the District's remaining desegregation obligations.

10. There is a significant need for additional space at the middle school. JNPSD can provide that space without hindering the progress of the elementary school replacements.

11. Accordingly, JNPSD respectfully requests court approval to begin the middle school Phase II project.

WHEREFORE, JNPSD requests court approval to begin the middle school Phase II project, and for any and all other just and proper relief to which it may be entitled.

Respectfully Submitted,

Scott P. Richardson (2001208)
McDaniel, Wolff, & Benca PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954-8000
866.419.1601 fax
scott@mwbfirm.com

Attorney for Jacksonville/North Pulaski
School District