IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*             PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*             DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN             INTERVENORS

ORDER

The Ellis Intervenors move unopposed for the Court to approve their recent settlement on monitoring and attorney's fees for JNPSD-related work since 2018. *Doc. 5740.* The Court appreciates the exhibits with the Intervenors' billing records; and the Court commends the parties for negotiating and compromising on this fee issue. The Court regrets its tardiness in tending to it. Some of the proposed hourly rates are too high for this work in this market. But on the whole, the $130,000 deal is fair and reasonable for all the good work done. *Little Rock School District v. Pulaski County Special School District*, 921 F.2d 1371, 1383 (8th Cir. 1990). The unopposed motion, *Doc. 5740*, is therefore granted.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

24 January 2022