**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                                         **PLAINTIFF**

**V.**                                          **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                                                **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                          **INTERVENORS**

## MOTION FOR WITHDRAWAL OF COUNSEL

Comes now Defendant Pulaski County Special School District, with the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. and states as follows:

1.   Attorney Amanda Orcutt has accepted a position with another law firm and is no longer working at Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., one of the law firms that represent PCSSD.  The undersigned respectfully requests an order be entered permitting withdrawal of the appearance of Amanda Orcutt on behalf of PCSSD and relieving her of further participation in this matter.

2.   PCSSD desires for M. Samuel Jones, III and Devin Bates of Mitchell Williams, as well as Jay Bequette and Cody Kees of Bequette, Billingsley, and Kees to continue to represent it in this matter.

3.   This Motion is not made for purposes of delay, and no party should be prejudiced by the relief sought.

WHEREFORE, Defendant Pulaski County Special School District and its counsel respectfully request that this Motion be granted, and for all other and proper relief.

        Devin R. Bates (2016184)
        M. Samuel Jones III (76060)
        Amanda G. Orcutt (2019102)
        MITCHELL, WILLIAMS, SELIG,
        GATES & WOODYARD, P.L.L.C.
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Telephone:  (501) 688-8800
        Facsimile:  (501) 688-8807
        sjones@mwlaw.com
        dbates@mwlaw.com

        and

        Jay Bequette
        Cody Kees
        Bequette Billingsley & Kees, P.A.
        425 West Capitol Ave., Suite 3200
        Little Rock, Arkansas 72201
        Telephone:  (501) 374-1107
        Facsimile:  (501) 374-5092
        Mobile: (501 590-4500
        jbequette@bbpalaw.com
        ckees@bbpalaw.com

        ***Attorneys for Pulaski County Special School District***