IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*     DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN     INTERVENORS

## ORDER

1. Having received no objections, the Court approves Ms. Powell's invoice for November 2020–March 2021, *Doc. 5728*, and authorizes payment. If Ms. Powell has worked on the case in the months since last March, the Court requests her to submit an invoice for those efforts.

2. Ms. Powell has been part of this case for more than thirty years. She began working in the Office of Desegregation Monitoring at its inception in 1991. In 2009, my Brother Miller appointed her to lead that office as Monitor. *Doc. 4278*. With ODM's oversight, both the Little Rock School District and the North Little Rock School District became unitary.

In 2014, the Court closed ODM and appointed Ms. Powell as an expert. FED. R. EVID. 706; *Doc. 5034 & 5035*. In the years since, she has monitored the parties' efforts and collaborations, attended numerous meetings and hearings, testified several times, and provided helpful reports to the Court. She has done all this well and faithfully. With the exception of some narrow facilities issues, both PCSSD & JNPSD have been declared unitary during Ms. Powell's tenure as the Court's expert. *Doc. 5730*.

Ms. Powell's appointment was set to expire on 1 February 2021. *Doc. 5504*. The Court extends that appointment to 1 February 2022 to cover the work that Ms. Powell has done in the intervening months. Given the narrow issues remaining, though, this case no longer calls for an expert's services. With the Court's thanks and commendation, the Court therefore ends Ms. Powell's appointment effective February 1st. The Districts' progress and achievements over the last three decades would not have been possible without her time, efforts, and dedication.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 January 2022