# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |

No. 4:82-cv-866-DPM

| | |
|---|---|
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT,** *et al.* | **DEFENDANTS** |
| **EMILY McCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN** | **INTERVENORS** |

## ORDER

Intervenors' response to JNPSD's motion to expand the middle school indicates that the State has made a preliminary determination that JNPSD is eligible for approximately $4,000,000 in partnership funding to replace Taylor Elementary. *Doc. 5774 at 1, 7-10.* The Court requests a reply with an update from JNPSD. Please also address how the developing circumstances affect JNPSD's motion to file a third-party complaint, *Doc. 5749.* Reply due by 11 February 2022.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2022