IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    PLAINTIFFS

VS.                          CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                    DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                              INTERVENORS

| | |
|---|---|
| Austin Porter Jr., No. 86145<br>PORTER LAW FIRM<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>Telephone: 501-244-8220<br>Facsimile: 501-372-5567<br>Email: Aporte5640@aol.com<br><br>Attorney for Intervenors | M. Samuel Jones III., No. 76060<br>Devin R. Bates, No. 2016184<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYWARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: 501-688-8864<br>Facsimile: 501-918-7864<br><br>sjones@mwlaw.com<br>dbates@mwlaw.com<br><br>Attorney for Pulaski County Special School District (PCSSD) |
| Robert Pressman<br>22 Locust Avenue<br>Lexington, MA  02421<br>Telephone: 781-862-1955<br>Email: pressmanrp@gmail.com<br><br>Attorney for Intervenors | Scott P. Richardson, No. 2001208<br>McDaniel, Wolff & Benca, PLLC<br>1307 West 4th Street<br>Little Rock, Arkansas 72201<br>Telephone: 501-954-8000<br>Facsimile: 866-954-1601<br><br>scott@mwbfirm.com<br><br>Attorney for Jacksonville/North Pulaski School District |
| Joyce Raynor Carr<br>JOHN W. WALKER, P.A. | Jay Bequette, No. 87012<br>Cody Kees, No. 2012118<br>Bequette Billingsley & Kees, P. A. |

| | |
|---|---|
| 1723 S. Broadway<br>Little Rock, Arkansas 72206<br>Telephone: 501-374-3758<br>Facsimile: 501-374-4187<br><br>jraynorcarr@gmail.com<br><br>Attorney for Intervenors | 425 West Capitol Avenue, Suite 3200<br>Little Rock, Arkansas 72201<br>Telephone: 501-374-1107<br>Facsimile: 501-374-5092<br><br>jbequette@bbplaw.com<br>ckees@bbplaw.com<br><br>Attorneys for Pulaski County Special School District |

## INTERVENORS' MOTION FOR RELIEF FROM THE ORDER

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and **Robert Pressman**, and for their *Motion for Relief of the Order*, they state the following:

1.      On May 6, 2021, the Court entered an Order finding the Pulaski County Special School District (PCSSD) unitary, with the exception of its handling of the Mills High School construction project.  The Court's order continued the Intervenors in their role as "prevailing parties," and ordered the parties to attempt to resolve the fee issue.

2.      Over a period of several months, the parties engaged in settlement discussions relative to the attorneys' fees and monitoring costs, but were unable to reach a settlement.  One of the key points of contention was that the PCSSD wanted to pay any award of fees and costs on a monthly installment basis for twelve (12) months.

3.      On September 15, 2021, the Intervenors filed their first motion for attorneys' fess and costs.

4.      On January 28, 2022, the Court entered an order granting in part and denying in part Intervenors' motion for attorneys' fees and costs.

5.     The Court's order was based on a mistaken fact that the Intervenors did not object to the installment plan for payment as proposed by the Pulaski County Special School District (PCSSD).

6.     The Intervenors did in fact object to the district's proposal to pay the Intervenors' attorneys' fees and costs, which is what led them to file their motion for attorneys' fees in cost.

7.     The Court should also revisit its decision to drastically reduce the number of hours that the legal team for the Intervenors had to spend on this case in order to defendant against the attacks by the districts on *Plan 2000*, which is a consent decree.

8.     The Court should also revisit its decision to reduced the hourly rates of the Intervenors' legal team, that are customarily charged.

9.     The Intervenors are entitled to be relieved from the Order that was entered herein on January 28, 2022, and the Court should modify its Order as requested herein, pursuant to Rule 60(b)(1) & (6) in that the court's Order is based on mistake and any other reason that justifies relief based on principals of equity.

THEREFORE, the Intervenors request that the Court modify its Order as requested herein, and which was entered on January 28, 2022, and for all other relief that they are entitled.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421

Telephone: 781-862-1955
Email: pressmanrp@gmail.com

Joyce Raynor Carr
JOHN W. WALKER, P.A.
1723 S. Broadway
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187

jraynorcarr@gmail.com

ATTORNEYS FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 2nd   day of February 2022, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

M. Samuel Jones III.
Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

Austin Porter Jr.