IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.   No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

**REPLY TO INTERVENORS' RESPONSE TO MOTION FOR APPROVAL OF MIDDLE SCHOOL PROJECT AND MOTION TO DISMISS MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Comes now Defendant Jacksonville North Pulaski School District ("JNPSD") by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and states for its *Reply to Intervenors' Response to Motion for Approval of Middle School Project and Motion to Dismiss Motion for Leave to File Third-Party Complaint*:

1. Two facilities replacement projects remain to comply with JNPSD's desegregation obligations in the area of facilities: Bayou Meto Elementary and Taylor Elementary. A third facilities renovation project has arisen because of the needs at the Middle School, the phase II expansion project. Each of these three projects are proceeding independently based on considerations unique to each project.

2. On August 31, 2021, JNPSD filed its Motion for Leave to File Third-Party Complaint to address the State's decision to not approve funding to replace Taylor Elementary School through the State's Academic Facilities Partnership Program. Ark. Code Ann. § 6-20-2507.

3. In October of 2021, JNPSD submitted an application for Partnership Program funding to the Division of Public School Academic Facilities and Transportation ("DPSAFT") for preliminary review and, hopefully, approval. Ark. Code Ann. § 6-20-2515.

4. On January 4, 2022, DPSAFT issued written preliminary approval for participation in the Partnership program for the Taylor Elementary School replacement project. DPSAFT anticipates Partnership Program funding at $4,149,467.08. Ex. A.

5. Issuance of this preliminary approval moots the need for JNPSD's Motion for Leave to File Third-Party Complaint. Accordingly, JNPSD requests that its Motion be dismissed without prejudice.

6. Intervenors are correct (as JNPSD has discussed a number of times with the Court) that there is a difference between approval and funding of facilities projects. Approval occurs as part of DPSAFT's preapproval process. Then Districts submit their project applications by March 1, 2022 (for projects in the 2023-25 funding cycle). The State then must notify Districts of DPSAFT's final decision on the project and the estimated amount of funding available by May 1, 2023. Ark. Code Ann. § 6-20-2507(d)(1).

7. Funding made available by the State for facilities projects over the last several cycles has not been sufficient to provide Partnership Program funding for all approved projects. When that happens, the list of approved projects is sorted according to DPSAFT's project ranking (or prioritization) methodology. Ex. B,

Partnership Program Rules § 5.05. JNPSD is not able to predict where it will fall in DPSAFT's project ranking. By May 1, 2023, DPSAFT will publish the list of approved projects and whether year one projects are funded. At that time, we will know if the Taylor Elementary School project has received funding.

8. Bayou Meto Elementary is a year two project. So, JNPSD will not learn about funding for it until May 1, 2022.

9. JNPSD's efforts to replace Bayou Meto Elementary and Taylor Elementary will continue. Both schools will be designed and built to be substantially equal to the other two new elementary schools in Jacksonville (Lester Elementary and Jacksonville Elementary). The same architects and construction firm are planned to build the two new schools. Should the State fail to fund the approved projects, JNPSD will revisit the need for judicial intervention in this matter.

10. ESSER funding allows JNPSD to fund phase II of the Middle School without impacting its efforts on the two elementary schools. Intervenors agree with proceeding on the Middle School Phase II project from ESSER funds. Thus, JNPSD requests approval for that project.

11. The amount of Partnership funds approved for Taylor Elementary is sufficient to build the school. Intervenors are correct that the State uses several factors to artificially deflate the funding amount below market rates and under-fund facilities projects. While questions remain, at this time the $4,149,467.08 approved by DPSAFT should be sufficient to build Taylor Elementary's replacement facility substantially equal to the other elementary facilities in the District.

12. ESSER funding is only available for a limited time. Thus, JNPSD will need approval and to begin the project in the reasonably near future in order to maintain full use of the ESSER funds and avoid any impact on the other projects.

WHEREFORE, JNPSD requests that its Motion for Leave to File Third-Party Complaint be dismissed without prejudice, that its unopposed Motion for Approval of Middle School Construction be granted, and for any and all other just and proper relief to which it may be entitled.

Respectfully Submitted,

Scott P. Richardson (2001208)
McDaniel, Wolff, & Benca PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954-8000
866.419.1601 fax
scott@mwbfirm.com


Attorney for Jacksonville/North Pulaski School District