

**Arkansas**
**Division of Public School Academic Facilities & Transportation**

**One Capitol Mall, Suite 4D-200, Little Rock, AR  72201**

**FACILITIES**
Telephone  (501) 682-4261
Fax  (501) 683-1200

**TRANSPORTATION**
Telephone  (501) 682-4264
Fax  (501) 682-6308

www.ArkansasFacilities.Arkansas.gov

**Arkansas Division of
Public School Academic
Facilities and Transportation**

January 4, 2022

Dr. Jeremy Owoh
Superintendent
Jacksonville-North Pulaski School District
1414 W. Main Street
Jacksonville, AR  72076



RE:   New Elementary School – Replace Taylor ES
      Project # 2324-6004-010 Partnership

Dear Dr. Owoh:

Pursuant to A.C.A. § 6-20-2515, at the written request of the Jacksonville-North Pulaski School District *(District)*, the Division of Public School Academic Facilities and Transportation *(Division)* completed a preliminary review of the District's Partnership Program project application for the above referenced project for the 2023-2025 project funding cycle.  The preliminary review was based on the information, documents, and data provided by the District and its application.

A.C.A. § 6-20-2515 (c) states:

    The review conference shall consider the following:

    **(1)** That the proposed project is academic;

    **(2)** The space calculation to be applied to the project if approved;

    **(3)** The preliminary wealth index of the district, subject to change when the annual update is calculated, that will be applied to the partnership project if approved;

    **(4)** The qualified project cost, subject to update no later than March 1 of the odd year that will be applied to the partnership project if approved;

    **(5)** A projected amount of state funding based on the preliminary wealth index and the qualified project cost, updated no later than March 1 of the odd year, to allow a school district projection of local funding share required; and

Ex. A

**(6)** Whether or not the proposed application meets all of the technical requirements for partnership applications as set out in the application guidelines and rules provided by the division before each partnership application cycle.

The District and Division met for the review conference on December 14, 2021, in the Division office.  Please refer to the attached Project Review Conference Preliminary Project Review Report for additional information.

Please note that a preliminary review of the District's Partnership Program project application does not guarantee or imply project funding.

Please contact your Area Project Manager-Planning & Construction at (501) 682-4261 for additional information or assistance.

Sincerely,

Murray Britton
Assistant Director

RS/kv
cc:  Charles Stein
Enclosure
CERTIFIED

**A.C.A. §6-20-2515**
**PROJECT REVIEW CONFERENCE 2325 FUNDING CYCLE**
**PRELIMINARY PROJECT REVIEW SUMMARY REPORT**

*Division must receive written request from school district along with all required application documents and data no later than 120 days prior to March 1, 2022*

| | |
|---|---|
| **School District:** | Jacksonville North Pulaski |
| **Project # and Description:** | 2324-6004-010 New Es - Replace Tyalor ES |
| **Division - Reviewing Area Project Manager:** | |

| | |
|---|---|
| **District - Written Request Date** | 10/15/21 |
| **Division - Received Date** | 10/15/21 |
| **Division - Application Print Date** | 12/03/21 |
| **Division - Review Date** | 12/07/21 |
| **District/Division - Conference Date** | 12/14/21 |

**Project Type** *(select one)*

| | |
|---|---|
| _____ | Space |
| ___X___ | WSD Replacement - Space |
| _____ | WSD Replacement – System |

➢ Type WSD System Replacement, *(select all that apply)*
_____ Electrical, ____ Fire/Safety, _____ HVAC**,** ___ Plumbing, ____ Roof

A.C.A. §6-20-2515(c)(6) states *"Whether or not the proposed application meets all of the technical requirements for partnership applications as set out in the application guidelines and rules provided by the division before each partnership cycle."*

**PRELIMINARY PROJECT REVIEW**

### *Check either Yes or No, and provide notes*

| | | |
|---|---|---|
| Web tool entries are complete and adequate | ☑YES ☐NO | _____ |
| POR(s) are present and complete | ☑YES ☐NO | _____ |
| Resolution is present and complete | ☑YES ☐NO | _____ |
| Schematic is present and complete | ☑YES ☐NO | _____ |
| Proposed project is academic | ☑YES ☐NO | _____ |
| Application is complete | ☑YES ☐NO | _____ |

Preliminary qualified square footage: 44,449

**POTENTIAL FUNDING INFORMATION** [i]

| | |
|---|---|
| Current Wealth Index [ii] | 0.5332328 |
| Averaged Square Foot Cost [iii] | $ 200.00 |
| Qualified Cost [iv] | $ 8,889,800.00 |
| Projected State Funding [v] | $ 4,149,467.08 |

*Revised rules for the 2023-2025 funding cycle that may affect the project are in the approval stage and were discussed.*

---

[i]   Preliminary project evaluation only based on district application and does not represent a final Division written determination.

[ii]   Wealth Index will be applied per A.C.A. §6-20-2507(f)(1)B. Wealth index will be updated prior to final determination.

[iii]   Average square foot costs as of the Division preliminary project evaluation date. Division updates cost factors annually and the updated costs will be applied per A.C.A. §6-20-2509 prior to final determination.

[iv]   Qualified Cost is based on tentative approved scope times the average square foot cost *(Average Means)*.

[v]   The Projected State Funding represents qualified costs times (X) average cost per square foot times (X) 1-minus the district wealth index using available factors as of the Division preliminary project evaluation date. Projected state funding may change with required annual updates to the wealth index and average cost per square foot. The District's final project submission is subject to further review and may differ from above preliminary project evaluation projections.

*NOTE: Qualified Cost is not intended as the District's budgeting figure.*          11/09/2021