Agency #: 203.00

# COMMISSION FOR ARKANSAS PUBLIC SCHOOL ACADEMIC FACILITIES AND TRANSPORTATION RULES GOVERNING THE ACADEMIC FACILITIES PARTNERSHIP PROGRAM
### Effective:  December 3, 2021

1.00   AUTHORITY

   The Commission for Arkansas Public School Academic Facilities and Transportation (CAPSAFT) authority for promulgating these Rules is pursuant to Ark. Code Ann. §§ 6-21-114, 6-20-2507, 6-20-2512, and 25-15-201 *et seq.*

2.00   PURPOSE AND SCOPE

   2.01   The purpose of these Rules is to establish a process whereby the Arkansas Division of Public School Academic Facilities and Transportation shall provide state financial participation based upon a school district's academic facilities wealth index in the form of cash payments to a school district for eligible new construction projects.

   2.02   CAPSAFT Rules Governing the Academic Facilities Partnership Program that were in effect January 23, 2020, apply to 2021-2023 project funding cycle.

3.00   DEFINITIONS - For the purpose of these Rules, the following terms mean:

   3.01   "Academic Facility" – A building or space, including related areas such as the physical plant and grounds, where public school students receive instruction that is an integral part of an adequate education as described in Ark. Code Ann. § 6-20-2302.

      3.01.1   A public school building or space, including related areas such as the physical plant and grounds, used for an extracurricular activity or an organized physical activity course as defined in Ark. Code Ann. § 6-16-137 shall not be considered an academic facility for the purposes of funding in these Rules to the extent that the building, space, or related area is used for extracurricular activities or organized physical activities courses, except for physical educational training and instruction under Ark. Code Ann. § 6-16-132;

      3.01.2   The Division of Public School Academic Facilities and Transportation may determine the extent to which a building, space, or related area is used for extracurricular activities or organized physical activities courses based on information supplied by the school district and, if necessary, on-site inspection;

      3.01.3   Buildings  or  spaces used for pre-kindergarten education, including

Ex. B

5.05 Statewide Needs Lists, Project Ranking, and Project Funding

    5.05.1 The following process will be used to develop the Statewide Warm, Safe, and Dry Needs List:

        (i) First, the Division shall numerically rank each campus based on campus value. The lowest value will be ranked first and the highest value will be ranked last.

        (ii) Second, the Division will numerically rank campuses based on the facilities condition index. The highest value will be ranked first and the lowest value will be ranked last. "Facilities condition index" has the same meaning as in the Commission for Academic Facilities and Transportation Rules Governing the Facilities Master Plan.

        (iii) Third, the Division will rank campuses by campus value ranking weighted fifty percent (50%) and facility condition index ranking weighted fifty percent (50%). Once each campus is ranked, the Division shall publish a list with the campus with the lowest score being ranked first and the campus with the highest score being ranked last.

    5.05.2 The following process will be used to develop the Statewide Space/Growth needs List:

        (i) First, the Division will rank districts on five (5) year projected enrollment growth percentage based on Division projections. The highest value will be ranked first and the lowest value will be ranked last.

        (ii) Second, the Division will rank districts on five (5) year projected student enrollment growth based on Division projections. The highest value will be ranked first and the lowest value will be ranked last.

        (iii) Third, the Division will rank districts on school district suitability based on academic gross square feet needed minus academic gross square feet present. The highest value will be ranked first and the lowest value will be ranked last.

        (iv) Fourth, the Division will rank districts on school district suitability percentage based on suitability divided by academic gross square feet present. The highest value will be ranked first and the lowest value will be ranked last.

        (v) Fifth, the Division will rank districts by five (5) year projected student enrollment percentage ranking weighted twenty-five

       percent (25%); five (5) year projected student enrollment growth ranking weighted twenty-five percent (25%); school district suitability ranking twenty-five percent (25%); and school district suitability percentage ranking twenty-five percent (25%). Once each district is ranked, the Division shall publish a list with the district with the lowest score being ranked first and the district with the highest score being ranked last.

5.05.3  Ranking of Projects:  For the 2023-2025 and subsequent project funding cycles, all approved new construction projects shall be entitled to receive state partnership assistance in the following ranked order in two separate categories:  (1) Warm, Safe, and Dry (Systems Replacement and Space Replacement) projects; and (2) Space/Growth projects.

    (i)      First, the Division will rank all school projects based on the academic facilities wealth index of the school district.  The district with the lowest wealth index shall be ranked first and the district with the highest wealth index shall be ranked last.

    (ii)     Second, the Division will rank each project according to the Statewide Facilities Needs Lists (as calculated in Sections 5.05.1 and 5.05.2 of these Rules).

    (iii)    Third, the Division will rank each project according to the percentage of district expenditures spent on maintenance of academic facilities for the last five (5) fiscal years as reported in accordance with  Section 4.05.10 of these Rules.  The district with the highest percentage  spent on maintenance shall be ranked first, and the district with the lowest percentage spent on maintenance shall be ranked last.

    (iv)    Fourth, the Division will rank projects by academic facility wealth index ranking weighted thirty percent (30%); Statewide Facility Needs List ranking weighted at fifty percent (50%); and percentage of district expenditures spent on maintenance of academic facilities for the last five (5) fiscal years ranking weighted twenty-percent (20%).  The project with the lowest score will be ranked first, and the project with the highest score will be ranked last.

    (v)     The Division will ensure that all required district preventive maintenance inspections are completed and documented for the previous fiscal year.  Supporting documentation shall include completed CMMS work orders and uploaded inspection documents.  Projects from districts that have not completed and documented all required preventive maintenance inspections shall be moved to the bottom of the project ranking list, in the order the  project was ranked under Section 5.05.3(i) through (iv).

AFT028 - 23

    5.05.5  Commission Funding of Projects

For each of the two years of a Partnership Program funding cycle there will be two (2) categories of funds from which to fund projects: one for Warm, Safe, and Dry System Replacement and Space Replacement projects; and one for Space/Growth projects. Projects will be funded as follows for each year of a funding cycle:

(i)    Fifty percent (50%) will be allocated to each category to fund projects in ranked order on the respective project ranking list.

(ii)    Warm, Safe, and Dry projects will be funded in ranked order from the Warm, Safe, and Dry category until either all funds are allocated or until all of those projects are funded. If in Year 2 of a funding cycle any funds remain after all Warm, Safe, and Dry projects are funded, and if there are any unfunded Space/Growth projects remaining, the remaining funds will be transferred to the Space/Growth category.

(iii)    Space/Growth projects will be funded in ranked order from the Space/Growth category until either all funds are allocated or until all of those projects are funded. If in Year 2 of a funding cycle funds remain after all Space/Growth projects are funded, and if there are any unfunded Warm, Safe, and Dry projects remaining, the remaining funds will be transferred to the Warm, Safe, and Dry category.

(iv)    If funds become available during the funding cycle year due to rescinded projects, unfunded projects remaining in the appropriate category will be funded in ranked order.

(v)    Any funds remaining after Year 1 of a funding cycle will carry over into the same category for Year 2 of the funding cycle. Any funds remaining after Year 2 will carry over into the next funding cycle and will not be designated as belonging to one category or the other.

5.06    If a school district's new construction project is approved for funding in the current funding cycle, the district must execute the Partnership Agreement, which is Appendix "B" to these Rules. If the Partnership Agreement is not executed within the time period set forth in Section 7.06 of these Rules, unless there is an approved waiver, the state's financial participation in part or in whole may be deemed null and void by the Commission.

5.07    In accordance with Ark. Code Ann. § 6-21-114(d) and the Commission's Rules Governing Property Insurance Requirements, every academic facility must be insured and remain insured for one hundred percent (100%) of replacement cost to be eligible for state financial participation. If, as of the date of application or at any point thereafter, an academic facility involved in

a project is not sufficiently insured as required, as indicated in the district's current Statement of Values, the application shall be denied by the Division and any state financial participation shall cease.

6.00    AVAILABILITY OF STATE FINANCIAL PARTICIPATION AND TIMELINES

    6.01    State financial participation under the academic facilities partnership program is not available until July 1 of each year. In allocating funds for state financial participation, the Division shall set aside funds sufficient to pay the incentives set forth in Section 10.0 of these Rules.

    6.02

        (i)    Approved projects not funded in the first year of a Partnership Program cycle will be moved to the second year of the Partnership Program cycle and ranked after all of the approved year-two projects per Section 5.05 of these Rules. No project that is approved but not funded in a Partnership Program cycle will be moved to the next cycle.

        (ii)   If a project is approved but not funded during a Partnership Program cycle, a district may submit the *identical* project for the next funding cycle by sending a written request to the Division indicating the current cycle project number and requesting access to the web tool to enter the identical project for the next cycle. With the exception of the project number, these projects must be identical in every way and a complete submission must be made no later than July 1 of the even-numbered year (year 2 of the funding cycle). If the project is not funded in the subsequent cycle, the district must complete a new application in accordance with these Rules by March 1 of the even-numbered year.

    6.03    With regard to an academic facilities project for which a school district intends to apply for state financial participation, the Division shall notify the school district of its final decision on the application and the estimated amount of state financial participation in the new construction project no later than May 1 of each odd-numbered year.

        By September of each even-numbered year, the Division may notify districts of the approval or disapproval of projects, as well as of the approved square footage, and approved components of a Warm, Safe, and Dry Systems Replacement project. Districts wishing to appeal any of these Division determinations must do so within sixty (60) days of receipt of the Division's determination letter. Districts may appeal the funding cost factor calculation within sixty (60) days of the Commission's determination concerning projected funding.

        The Division's notice of its decision on a school district's application for state financial participation in a new construction project will include an explanation of the evaluation factors underlying the decision of the Division