IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*          PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*          DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN          INTERVENORS

## ORDER

1. JNPSD's motion, *Doc. 5784*, to withdraw its motion to file a third-party complaint is granted. *Doc. 5749* is withdrawn without prejudice.

2. JNPSD's mostly unopposed motion, *Doc. 5770*, to use money from the Elementary and Secondary School Emergency Relief Fund is granted with a caveat. The provisions of the Court's September 2018 Order about construction priorities remain in effect. *Doc. 5445 at 5-7, 20*. The enrollment numbers demonstrate that expansion of the middle school is needed. And the Court commends JNPSD for identifying the ESSER funding as a way to pay for this project. But, the needed middle-school-related efforts must not slow, or otherwise

hinder, JNPSD's replacement of Taylor and Bayou Meto elementary schools. Given JNPSD's track record—good faith, fresh experience, and construction savvy—the Court is confident that JNPSD can complete and pay for all these important projects on schedule during the next several years. If the expected and sufficient state partnership funding for Taylor falls through this spring, JNPSD must propose alternative ways to accomplish all these objectives. The District should do so in its annual July report to the Court, if necessary.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2022