IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                                        PLAINTIFFS

VS.                                          CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                                          DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                                            INTERVENORS

| | |
|---|---|
| Austin Porter Jr., No. 86145<br>PORTER LAW FIRM<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>Telephone: 501-244-8220<br>Facsimile: 501-372-5567<br>Email: Aporte5640@aol.com<br><br>Attorney for Intervenors | M. Samuel Jones III., No. 76060<br>Devin R. Bates, No. 2016184<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYWARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: 501-688-8864<br>Facsimile: 501-918-7864<br><br>sjones@mwlaw.com<br>dbates@mwlaw.com<br><br>Attorney for Pulaski County Special School District (PCSSD) |
| Robert Pressman<br>22 Locust Avenue<br>Lexington, MA  02421<br>Telephone: 781-862-1955<br>Email: pressmanrp@gmail.com<br><br>Attorney for Intervenors | Scott P. Richardson, No. 2001208<br>McDaniel, Wolff & Benca, PLLC<br>1307 West 4th Street<br>Little Rock, Arkansas 72201<br>Telephone: 501-954-8000<br>Facsimile: 866-954-1601<br><br>scott@mwbfirm.com<br><br>Attorney for Jacksonville/North Pulaski School District |
| Joyce Raynor Carr<br>JOHN W. WALKER, P.A. | Jay Bequette, No. 87012<br>Cody Kees, No. 2012118<br>Bequette Billingsley & Kees, P. A. |

1

| | |
|---|---|
| 1723 S. Broadway<br>Little Rock, Arkansas 72206<br>Telephone: 501-374-3758<br>Facsimile: 501-374-4187<br><br>jraynorcarr@gmail.com<br><br>Attorney for Intervenors | 425 West Capitol Avenue, Suite 3200<br>Little Rock, Arkansas 72201<br>Telephone: 501-374-1107<br>Facsimile: 501-374-5092<br><br>jbequette@bbplaw.com<br>ckees@bbplaw.com<br><br>Attorneys for Pulaski County Special School District |

### INTERVENORS' REPLY BRIEF TO PCSSD'S RESPONSE TO THE INTERVENOR'S MOTION FOR RELIEF FROM THE ORDER

The Intervenors reply to the Pulaski County Special School District's Response to the Intervenors' Motion for Relief from the Order, they submit the following:

A.   Monthly Installment of Attorney's Fees and Costs

The Intervenors incorporate by reference the arguments and facts made in its *Motion for Relief from Order* [**Doc. # 5782**] and adopts the same as if made herein word for word. Again, the Intervenors objected to PCSSD being allowed to make monthly installments. The PCSSD cites the case of Murphy v. Board of Education of Rochester City School, 420 F.Supp 131 (W.D.N.Y. 2006) for the proposition that the court in the case at bar should order that the Intervenors attorneys fees and cost be spread out over a period of twelve (12) months. Donald Murphy filed an employment discrimination case against the Rochester City School District and the Rochester Teachers Association (RTA), when the district decided to transfer the plaintiff (Murphy) to another school; Mr. Murphy did not lose any pay or benefits due to the transfer. The district court granted the defendant's motion for summary judgment, and found that Murphy's lawsuit was frivolous. Mr. Murphy then appealed to the Second Circuit Court of Appeals, which upheld the decision of the district court. The district court found that this decade long case, "has grown from a simple employment dispute over one teacher's interschool transfer, into a gargantuan, broad-based

2

campaign against the entire school system." 420 F.Supp. at 134.  The school district sought legal fees against Murphy in the amount of $562,322.00 and the RTA sought legal fees in the amount of $416,273.00.  The Court ordered Mr. Murphy to pay $270,000.00 - $135,000.00 each to the district and to RTA.

The district court found that Murphy continued this campaign of frivolous litigation against the school district, despite knowing that his actions were frivolous, and decided to award attorney's fees against Murphy in order to deter future such actions.  However, the Court looked at the financial situation of Mr. Murphy, after extensive discovery into his finances, and decided that Mr. Murphy was not in a position to pay the lump sum amount of $270,000.00.  Without looking into PCSSD finances, and without the district arguing that to pay the Intervenors' attorney's fees at once, would work a financial hardship, the Court "to reduce the effect on PCSSD's operating funds," the district can make twelve (12) monthly installments. [**Doc. # 5780, p. 2**].  According to the Annual Financial Report of the PCSSD, for the fiscal year of 2020 – 2021, the total revenues was $122,789,088.17.  The district had an ending balance of $14,974,973.71 in its operating budget.  (**See Plaintiff's Exhibit "A"**).  During the 2019-2020 fiscal year, the PCSSD had total revenues in its operating budget of $119,327,444.80, and had an ending balance of $17,381,232.84.  (**See Plaintiff's Exhibit "B"**).

In the district's statement of changes in its fund balances, as of October 3, 2019, the district had a beginning balance of $16,798,215.83 in its "Other General Operating" budget, with an $107,852,113.60 of total revenue, and an ending balance of $19,877,563.95.  However, the total beginning balance was $20,339,953.86, with total revenue of $119,751,415.56, and had an ending balance of $23,480,456.42.  (**See Plaintiff's Exhibit "C"**).

In the district's statement of changes in its fund balances, as of September 8, 2021, the district had a beginning balance of $13,906,028.74 in its "Other General Operating" budget, with an $110,827,097.62 of total revenue, and an ending balance of $9,928,011.24. However, the total beginning balance was $17,929,305.45, with total revenue of $139,164,822.32, and had an ending balance of $18,503,175.42 (**See Plaintiff's Exhibit "D"**). As counsel for the PCSSD stated, [t]hese events are not highlighted to imply that the sky is falling at PCSSD." [**Doc. # 5785**]. As a matter of fact, it appears based on financial records, that the sky is quite sunny and blue. The district came out of fiscal distress in March 10, 2016. (**See Plaintiff's Exhibit "E"**). With an ending balance of $18,503,175.42 at the end of 2021, it is difficult to see how it would work a financial hardship for the district to have to pay the Intervenors' attorneys' fees and costs.

Counsel for PCSSD also argues that the Intervenors should have submitted monthly, quarterly, or maybe annual billing statements to the PCSSD for payment. Unlike counsel for the PCSSD, counsel for the Intervenors do not have a contract with the district. Also, until the Court makes a ruling on fees, counsel for the intervenors cannot submit such a request. Margie Powell is permitted to make periodic requests for payments based on the parties' stipulation (if mind serves undersigned counsel correctly). Therefore, the argument of the district is without merit.

Intervenors will not rehash the arguments relative to hourly rates and interest rates.

In conclusion, the Court should grant the intervenors the relief from the Order entered herein by awarding their full fee, and their customary hourly rates. At the very least, the Court should award the Intervenors 75% of their time herein expended.

    Respectfully submitted,

    Austin Porter Jr., No. 86145
    PORTER LAW FIRM

        323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

Joyce Raynor Carr
JOHN W. WALKER, P.A.
1723 S. Broadway
Little Rock, Arkansas 72206
Telephone: 501-374-3758
Facsimile: 501-374-4187

jraynorcarr@gmail.com

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

    I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 24th day of February 2022, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |
| | |
| sjones@mwlaw.com | |
| dbates@mwlaw.com | |

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                            Austin Porter Jr.