LEA: 6003000
COUNTY: PULASKI
DISTRICT: PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SCHOOL:

Annual Financial Report (AFRB) Level I
SCHOOL YEAR: 2021 - 2022


RPT510 - SIS CERTIFIED
CYCLE: 1
RUN: 10/1/2021 3:09:28 PM

| | Actual FY 2020 - 2021 | Budget FY 2021 - 2022 |
|---|---|---|
| **FUND 1 - Teacher Salary** | | |
| Beginning Balance | $0.00 | $0.00 |
| Total Revenues | $0.00 | $0.00 |
| Total Expenditures | $55,795,678.96 | $56,140,466.70 |
| Total Transfers | $55,795,678.96 | $56,140,466.70 |
| Ending Balance | $0.00 | $0.00 |
| **FUND 2 - Operating** | | |
| Beginning Balance | $17,381,232.84 | $14,974,973.71 |
| Total Revenues | $122,789,088.17 | $122,614,352.83 |
| Total Expenditures | $69,428,070.74 | $67,914,747.99 |
| Total Transfers | -$55,767,276.56 | -$56,185,232.60 |
| Ending Balance | $14,974,973.71 | $13,489,345.95 |
| **FUND 3 - Building** | | |
| Beginning Balance | $18,694,365.64 | $5,448,772.99 |
| Total Revenues | $90,187.63 | $0.00 |
| Total Expenditures | $13,335,780.28 | $0.00 |
| Total Transfers | $0.00 | $2,500,000.00 |
| Ending Balance | $5,448,772.99 | $7,948,772.99 |
| **FUND 4 - Debt Service** | | |
| Beginning Balance | $548,072.61 | $3,528,201.71 |
| Total Revenues | $16,807,832.52 | $14,235,123.27 |
| Total Expenditures | $13,827,703.42 | $14,235,122.87 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $3,528,201.71 | $3,528,202.11 |



| | Actual FY 2020 - 2021 | Budget FY 2021 - 2022 |
|---|---|---|
| **FUND 5 - Capital Outlay** | | |
| Beginning Balance | $3,089,392.91 | $568,195.11 |
| Total Revenues | $2,802,952.55 | $3,324,490.24 |
| Total Expenditures | $5,324,150.35 | $1,078,918.00 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $568,195.11 | $2,813,767.35 |
| **FUND 6 - Federal Grants** | | |
| Beginning Balance | $1,005,777.02 | $1,119,808.09 |
| Total Revenues | $15,712,503.13 | $49,108,615.94 |
| Total Expenditures | $15,598,472.06 | $20,477,618.38 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $1,119,808.09 | $29,750,805.65 |
| **FUND 7 - Activity** | | |
| Beginning Balance | $900,308.25 | $914,282.57 |
| Total Revenues | $705,925.81 | $0.00 |
| Total Expenditures | $691,951.49 | $0.00 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $914,282.57 | $914,282.57 |
| **FUND 8 - Food Service** | | |
| Beginning Balance | $0.00 | $0.00 |
| Total Revenues | $4,284,349.12 | $7,732,960.23 |
| Total Expenditures | $4,821,603.21 | $2,781,028.08 |
| Total Transfers | $537,254.09 | $539,000.00 |
| Ending Balance | $0.00 | $5,490,932.15 |

LEA: 6003000
COUNTY: PULASKI
DISTRICT: PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SCHOOL:

Annual Financial Report (AFRB) Level I
SCHOOL YEAR: 2020 - 2021


RPT510 - SIS CERTIFIED
CYCLE: 1
RUN: 9/8/2021 1:49:49 PM

| | Actual FY 2019 - 2020 | Budget FY 2020 - 2021 |
|---|---|---|
| **FUND 1 - Teacher Salary** | | |
| Beginning Balance | $0.00 | $0.00 |
| Total Revenues | $0.00 | $0.00 |
| Total Expenditures | $55,631,198.11 | $56,079,594.86 |
| Total Transfers | $55,631,198.11 | $56,079,594.86 |
| Ending Balance | $0.00 | $0.00 |
| **FUND 2 - Operating** | | |
| Beginning Balance | $23,480,456.42 | $17,381,232.84 |
| Total Revenues | $119,327,444.80 | $116,564,889.54 |
| Total Expenditures | $69,811,693.22 | $63,321,205.10 |
| Total Transfers | -$55,614,975.16 | -$56,457,594.86 |
| Ending Balance | $17,381,232.84 | $14,167,322.42 |
| **FUND 3 - Building** | | |
| Beginning Balance | $40,498,403.52 | $18,694,365.64 |
| Total Revenues | $1,261,366.07 | $547,000.00 |
| Total Expenditures | $23,065,403.95 | $18,505,871.89 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $18,694,365.64 | $735,493.75 |
| **FUND 4 - Debt Service** | | |
| Beginning Balance | $17,113.97 | $548,072.61 |
| Total Revenues | $17,178,078.00 | $16,807,832.52 |
| Total Expenditures | $16,647,119.36 | $16,807,833.00 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $548,072.61 | $548,072.13 |

INTERVENORS' EXHIBIT
B

| | Actual FY 2019 - 2020 | Budget FY 2020 - 2021 |
|---|---|---|
| **FUND 5 - Capital Outlay** | | |
| Beginning Balance | $3,907,113.07 | $3,089,392.91 |
| Total Revenues | $2,915,814.51 | $2,556,558.74 |
| Total Expenditures | $3,733,534.67 | $3,520,920.99 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $3,089,392.91 | $2,125,030.66 |
| **FUND 6 - Federal Grants** | | |
| Beginning Balance | $427,813.74 | $1,005,777.02 |
| Total Revenues | $8,809,028.73 | $10,774,034.41 |
| Total Expenditures | $8,231,065.45 | $10,468,145.93 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $1,005,777.02 | $1,311,665.50 |
| **FUND 7 - Activity** | | |
| Beginning Balance | $864,525.45 | $900,308.25 |
| Total Revenues | $1,263,512.64 | $0.00 |
| Total Expenditures | $1,227,729.84 | $0.00 |
| Total Transfers | $0.00 | $0.00 |
| Ending Balance | $900,308.25 | $900,308.25 |
| **FUND 8 - Food Service** | | |
| Beginning Balance | $0.00 | $0.00 |
| Total Revenues | $4,553,896.97 | $5,336,637.00 |
| Total Expenditures | $4,754,686.62 | $5,459,900.25 |
| Total Transfers | $200,789.65 | $594,000.00 |
| Ending Balance | $0.00 | $470,736.75 |

PCSSD
DATE: 09/08/2021
TIME: 11:54:20

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 21

PAGE NUMBER: 1
MODULE NUM: STATMN9EAR

SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 1000 | TEACHER SALARY FUND | .00 | .00 | 52,293,839.68 | .00 | 52,293,839.68 | .00 |
| 1001 | CERTIFIED OTHER OPER | .00 | .00 | .00 | .00 | .00 | .00 |
| 1003 | QUEST LEADERSHIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 1016 | FEDERAL INDIRECT COS | .00 | .00 | .00 | .00 | .00 | .00 |
| 1035 | SUMMER SCH-EXTRA CRE | .00 | .00 | 765.63 | .00 | 765.63 | .00 |
| 1068 | IMPACT AID | .00 | .00 | 1,921.87 | .00 | 1,921.87 | .00 |
| 1201 | ADULT BASIC EDUCATIO | .00 | .00 | 270,222.20 | .00 | 270,222.20 | .00 |
| 1202 | ADULT GENERAL ED SAL | .00 | .00 | 234,068.64 | .00 | 234,068.64 | .00 |
| 1205 | ADULT ED SAL | .00 | .00 | 14,471.57 | .00 | 14,471.57 | .00 |
| 1217 | STUDENT GROWTH | .00 | .00 | .00 | .00 | .00 | .00 |
| 1218 | DECLINING ENROLLMENT | .00 | .00 | .00 | .00 | .00 | .00 |
| 1220 | NTL BOARD CERT ADE-S | .00 | .00 | 215,000.00 | .00 | 215,000.00 | .00 |
| 1223 | PROFESSIONAL DEVELOP | .00 | .00 | 105,732.93 | .00 | 105,732.93 | .00 |
| 1232 | AR SCH RECON PROGRAM | .00 | .00 | 22,050.00 | .00 | 22,050.00 | .00 |
| 1240 | CHILDREN WITH DISAB- | .00 | .00 | 19,824.19 | .00 | 19,824.19 | .00 |
| 1244 | EXTENDED SCH YR | .00 | .00 | 1,713.60 | .00 | 1,713.60 | .00 |
| 1246 | PQE INDUCTION/MENTOR | .00 | .00 | 25,650.00 | .00 | 25,650.00 | .00 |
| 1260 | EARLY CHILDHOOD SPEC | .00 | .00 | 14,948.37 | .00 | 14,948.37 | .00 |
| 1262 | EARL INTERVE DAY TRE | .00 | .00 | 11,427.96 | .00 | 11,427.96 | .00 |
| 1265 | SPEC ED CATASTROPHIC | .00 | .00 | 54,019.74 | .00 | 54,019.74 | .00 |
| 1271 | GIFTED & TALENTED AD | .00 | .00 | .00 | .00 | .00 | .00 |
| 1275 | ALTERNATIVE LEARNING | .00 | .00 | 396,949.77 | .00 | 396,949.77 | .00 |
| 1276 | ENGLISH LANG LEARNER | .00 | .00 | 57,961.00 | .00 | 57,961.00 | .00 |
| 1281 | NATL SCHOOL LUNCH SA | .00 | .00 | 886,163.11 | .00 | 886,163.11 | .00 |
| 1300 | CO COMP WKFC ED-SP N | .00 | .00 | .00 | .00 | .00 | .00 |
| 1365 | ARKANSAS BETTER CHAN | .00 | .00 | 1,168,448.70 | .00 | 1,168,448.70 | .00 |
| 1373 | HIPPY-ABC (AR DEPT H | .00 | .00 | .00 | .00 | .00 | .00 |
| 1941 | GOV'S COMPUTER SCI G | .00 | .00 | 500.00 | .00 | 500.00 | .00 |
| TOTAL | TEACHER SALARY FUND | .00 | .00 | 55,795,678.96 | .00 | 55,795,678.96 | .00 |
| 2000 | OPERATING FUND | .00 | .00 | 113,195,285.48 | 52,293,839.68 | 60,901,445.80 | .00 |
| 2001 | OTHER GENERAL OPERAT | 13,906,028.74 | 110,827,097.62 | 783,007.89 | 113,994,580.25 | 1,593,542.76 | 9,928,011.24 |
| 2003 | QUEST LEADERSHIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 2006 | COLLEGE FAIR | 687.60 | .00 | .00 | .00 | .00 | 687.60 |
| 2007 | UNITED WAY | 18,815.21 | 68.85 | .00 | .00 | 906.34 | 17,977.72 |
| 2008 | SCHOOLS N NEED OF SU | 12,240.00 | .00 | .00 | .00 | .00 | 12,240.00 |
| 2016 | FEDERAL INDIRECT COS | 1,312,232.74 | .00 | 565,656.49 | .00 | 32,701.46 | 1,845,187.77 |
| 2035 | SUMMER SCH-EXTRA CRE | 20,900.43 | 300.00 | .00 | 765.63 | 1,704.74 | 18,730.06 |
| 2065 | SCHOLARSHIP FUND | 233.09 | .00 | .00 | .00 | .00 | 233.09 |
| 2066 | AGFC GRANTS-THRU OTH | 1,051.89 | .00 | .00 | .00 | .00 | 1,051.89 |
| 2068 | IMPACT AID | 60,232.78 | .00 | .00 | 1,921.87 | 50,256.86 | 8,054.05 |
| 2071 | AR ARMY NAT GUARD-GR | .00 | .00 | .00 | .00 | .00 | .00 |
| 2077 | AR GFC ED GRANT THRU | 1,183.59 | .00 | .00 | .00 | .00 | 1,183.59 |
| 2201 | ADULT BASIC EDUCATIO | 39,056.45 | 415,559.95 | .00 | 270,222.20 | 111,865.45 | 72,528.75 |
| 2202 | ADULT GENERAL EDUCAT | 994.74 | 315,592.30 | .00 | 234,068.64 | 79,114.80 | 3,403.60 |
|  | ADULT ED OTHER | .00 | 22,500.00 | .00 | 22,165.21 | 334.79 | .00 |
|  | STUDENT GROWTH FUNDI | .00 | .00 | .00 | .00 | .00 | .00 |
|  | DECLINING ENROLLMENT | 203,380.87 | 71,584.00 | .00 | .00 | 173,703.43 | 101,261.44 |
|  | NTL BOARD CERT ADE-S | .00 | 262,623.00 | .00 | 215,000.00 | 47,623.00 | .00 |
|  | PROFESSIONAL DEVELOP | 16,708.35 | 422,440.00 | .00 | 105,732.93 | 292,932.37 | 40,483.05 |

INTERVENORS' EXHIBIT
C

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 21

SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 2225 | TECHNOLOGY GRANT | 3,787.96 | .00 | .00 | .00 | .00 | 3,787.96 |
| 2232 | AR SCHL RECOGNITION | 122,373.45 | .00 | .00 | 22,050.00 | 23,188.89 | 77,134.56 |
| 2234 | DISTANCE LEARNING | .00 | .00 | .00 | .00 | .00 | .00 |
| 2239 | RISE ACADEMIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 2240 | CHILDREN WITH DISAB- | .00 | 61,004.65 | .00 | 19,824.19 | 5,163.00 | 36,017.46 |
| 2244 | EXTENDED SCH YEAR | .00 | 2,072.00 | .00 | 1,713.60 | 358.40 | .00 |
| 2246 | PQE INDUCTION PROGRA | .00 | 51,364.68 | .00 | 25,650.00 | 25,714.68 | .00 |
| 2250 | CHILDREN WITHOUT DIS | 4,535.50 | 987,942.35 | .00 | .00 | 988,117.85 | 4,360.00 |
| 2255 | CHILDREN WITH DISABI | 1,384.50 | 1,055,548.79 | .00 | .00 | 1,056,933.29 | .00 |
| 2260 | EARLY CHILDHOOD SPEC | 85,943.08 | 298,839.87 | .00 | 14,948.37 | 202,939.35 | 166,895.23 |
| 2262 | EIDT-EARLY INTRVNTIO | .00 | 106,110.06 | .00 | 11,427.96 | 23,200.48 | 71,481.62 |
| 2265 | SPEC ED CATASTROPHIC | 481,763.54 | 186,735.39 | .00 | 54,019.74 | 139,238.87 | 475,240.32 |
| 2271 | GIFTED & TALENTED AD | .00 | 18,000.00 | .00 | .00 | 13,949.15 | 4,050.85 |
| 2273 | AIMS GRANT | .00 | .00 | .00 | .00 | .00 | .00 |
| 2275 | ALTERNATIVE LEARNING | 336,056.78 | 1,015,597.00 | .00 | 396,949.77 | 640,133.60 | 314,570.41 |
| 2276 | ENGLISH LANG LEARNER | 183,687.24 | 221,760.00 | .00 | 57,961.00 | 62,659.43 | 284,826.81 |
| 2281 | ESA EVERY STUDENT SU | 109,840.79 | 3,013,528.00 | .00 | 886,163.11 | 1,463,542.15 | 773,663.53 |
| 2282 | NSL MATCH GRANT | 40,388.61 | 11,649.44 | .00 | .00 | .00 | 52,038.05 |
| 2292 | STEM-PROJECT LEAD WA | 24,250.42 | .00 | .00 | .00 | 22,787.27 | 1,463.15 |
| 2293 | SECONDARY WORKFORCE | 198,159.52 | 152,750.00 | .00 | 350,909.52 | .00 | .00 |
| 2295 | CAREER CAPITAL EQU ( | 29,987.86 | .00 | .00 | .00 | 4,198.58 | 25,789.28 |
| 2300 | CO COMP WKFC ED-SP N | .00 | .00 | .00 | .00 | .00 | .00 |
| 2330 | TRADITIONAL APPRENTI | 2,458.28 | 275.63 | .00 | .00 | 275.63 | 2,458.28 |
| 2331 | CONSTR CRAFT ED TRAI | 12.36 | .00 | .00 | .00 | 12.36 | .00 |
| 2340 | WORKFORCE NEW PROG S | 78,758.67 | 17,820.04 | .00 | .00 | 22,782.01 | 73,796.70 |
| 2361 | COOP DL OPERATING GR | 5,355.19 | .00 | .00 | .00 | .00 | 5,355.19 |
| 2362 | ED COOPERATIVE TECHN | 1,909.60 | .00 | .00 | .00 | .00 | 1,909.60 |
| 2365 | ARKANSAS BETTER CHAN | 20,724.02 | 2,810,041.00 | .00 | 1,168,448.70 | 1,176,899.16 | 485,417.16 |
| 2373 | HIPPY-ABC (AR DEPT H | 49,579.96 | .00 | .00 | .00 | .00 | 49,579.96 |
| 2376 | EARLY CHILDHOOD-PAR | 1,060.31 | .00 | .00 | .00 | .00 | 1,060.31 |
| 2398 | AGFC-DIRECT GRNT-SYH | 1,161.29 | .00 | .00 | .00 | .00 | 1,161.29 |
| 2399 | OTHER GRANTS & AIDS- | 4,307.43 | .00 | .00 | .00 | .00 | 4,307.43 |
| 2901 | TOBACCO EXCISE TAX G | .00 | .00 | .00 | .00 | .00 | .00 |
| 2931 | BROADBAND FACILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 2940 | BLOOMBOARD TRAININGS | .00 | .00 | .00 | .00 | .00 | .00 |
| 2941 | GOV'S COMPUTER SCI G | .00 | 8,039.75 | .00 | 500.00 | 110.47 | 7,429.28 |
| 2952 | AR LEADERSHIP ACAD-E | .00 | .00 | .00 | .00 | .00 | .00 |
| 2995 | COKE-VEN EXCLUSIVE R | .00 | 145.43 | .00 | .00 | .00 | 145.43 |
| TOTAL OPERATING FUND | | 17,381,232.84 | 122,356,989.80 | 114,543,949.86 | 170,148,862.37 | 69,158,336.42 | 14,974,973.71 |
| 4000 | DEBT SERVICE FUND | 548,072.61 | 16,807,832.52 | .00 | 6,590,000.00 | 7,237,703.42 | 3,528,201.71 |
| TOTAL DEBT SERVICE FUND | | 548,072.61 | 16,807,832.52 | .00 | 6,590,000.00 | 7,237,703.42 | 3,528,201.71 |
| TOTAL | | 17,929,305.45 | 139,164,822.32 | 170,339,628.82 | 176,738,862.37 | 132,191,718.80 | 18,503,175.42 |

PCSSD
DATE: 10/03/2019
TIME: 12:53:25

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 19

PAGE NUMBER: 1
MODULE NUM: STATMN9EAR

SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 1000 | TEACHER SALARY FUND | .00 | .00 | 51,068,952.53 | .00 | 51,068,952.53 | .00 |
| 1001 | CERTIFIED OTHER OPER | .00 | .00 | 2,980.43 | .00 | 2,980.43 | .00 |
| 1003 | QUEST LEADERSHIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 1016 | FEDERAL INDIRECT COS | .00 | .00 | .00 | .00 | .00 | .00 |
| 1034 | DRIVERS ED TEACHERS | .00 | .00 | .00 | .00 | .00 | .00 |
| 1035 | SUMMER SCH-EXTRA CRE | .00 | .00 | 89,467.51 | .00 | 89,467.51 | .00 |
| 1068 | IMPACT AID | .00 | .00 | 1,500.00 | .00 | 1,500.00 | .00 |
| 1201 | ADULT BASIC EDUCATIO | .00 | .00 | 361,883.14 | .00 | 361,883.14 | .00 |
| 1202 | ADULT GENERAL ED SAL | .00 | .00 | 312,364.94 | .00 | 312,364.94 | .00 |
| 1205 | ADULT ED SAL | .00 | .00 | .00 | .00 | .00 | .00 |
| 1217 | STUDENT GROWTH | .00 | .00 | .00 | .00 | .00 | .00 |
| 1223 | PROFESSIONAL DEVELOP | .00 | .00 | 33,203.93 | .00 | 33,203.93 | .00 |
| 1232 | AR SCH RECON PROGRAM | .00 | .00 | 51,669.29 | .00 | 51,669.29 | .00 |
| 1240 | CHILDREN WITH DISAB- | .00 | .00 | 58,936.16 | .00 | 58,936.16 | .00 |
| 1244 | EXTENDED SCH YR | .00 | .00 | 2,072.00 | .00 | 2,072.00 | .00 |
| 1246 | PQE INDUCTION/MENTOR | .00 | .00 | 44,825.00 | .00 | 44,825.00 | .00 |
| 1260 | EARLY CHILDHOOD SPEC | .00 | .00 | 77,431.42 | .00 | 77,431.42 | .00 |
| 1265 | SPEC ED CATASTROPHIC | .00 | .00 | 3,475.17 | .00 | 3,475.17 | .00 |
| 1271 | GIFTED & TALENTED AD | .00 | .00 | .00 | .00 | .00 | .00 |
| 1275 | ALTERNATIVE LEARNING | .00 | .00 | 84,844.32 | .00 | 84,844.32 | .00 |
| 1276 | ENGLISH LANG LEARNER | .00 | .00 | 57,318.50 | .00 | 57,318.50 | .00 |
| 1281 | NATL SCHOOL LUNCH SA | .00 | .00 | 632,151.32 | .00 | 632,151.32 | .00 |
| 1290 | AR TOBACCO SET CWIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 1300 | CO COMP WKFC ED-SP N | .00 | .00 | .00 | .00 | .00 | .00 |
| 1365 | ARKANSAS BETTER CHAN | .00 | .00 | 1,121,973.53 | .00 | 1,121,973.53 | .00 |
| 1373 | HIPPY-ABC (AR DEPT H | .00 | .00 | .00 | .00 | .00 | .00 |
| 1383 | SMART START LITERACY | .00 | .00 | .00 | .00 | .00 | .00 |
| 1387 | DESEG - M TO M | .00 | .00 | .00 | .00 | .00 | .00 |
| 1903 | PATHWISE MENTOR TRAI | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL TEACHER SALARY FUND | | .00 | .00 | 54,005,049.19 | .00 | 54,005,049.19 | .00 |
| 2000 | OPERATING FUND | .00 | .00 | 109,977,775.41 | 51,068,952.53 | 58,908,822.88 | .00 |
| 2001 | OTHER GENERAL OPERAT | 16,798,215.83 | 107,852,113.60 | 6,275,310.61 | 110,427,710.74 | 620,365.35 | 19,877,563.95 |
| 2003 | BAYOU METO PRE-K QUA | 27.22 | .00 | .00 | .00 | 27.22 | .00 |
| 2004 | ROBINSON ELEM PRE K | .00 | .00 | .00 | .00 | .00 | .00 |
| 2005 | TOLLESON PRE K QUAL | .00 | .00 | .00 | .00 | .00 | .00 |
| 2006 | COLLEGE FAIR | 1,257.21 | 4,716.00 | .00 | .00 | 4,503.05 | 1,470.16 |
| 2007 | UNITED WAY | 21,590.79 | 224.18 | .00 | .00 | 962.99 | 20,851.98 |
| 2008 | SCHOOLS N NEED OF SU | 12,240.00 | .00 | .00 | .00 | .00 | 12,240.00 |
| 2016 | FEDERAL INDIRECT COS | 917,347.77 | .00 | 245,749.76 | .00 | 49,737.30 | 1,113,360.23 |
| 2035 | SUMMER SCH-EXTRA CRE | .00 | 32,283.00 | 83,411.18 | 89,467.51 | 26,226.67 | .00 |
| 2065 | SCHOLARSHIP FUND | 233.09 | .00 | .00 | .00 | .00 | 233.09 |
| 2066 | AGFC GRANTS-THRU OTH | 1,051.89 | .00 | .00 | .00 | .00 | 1,051.89 |
| 2068 | IMPACT AID | 192,417.33 | 54,620.50 | .00 | 1,500.00 | 121,164.79 | 124,373.04 |
| [illegible] | AR ARMY NAT GUARD-GR | .00 | .00 | .00 | .00 | .00 | .00 |
| [illegible] | AR GFC ED GRANT THRU | 1,183.59 | .00 | .00 | .00 | .00 | 1,183.59 |
| [illegible] | ADULT BASIC EDUCATIO | .00 | 517,485.80 | .00 | 361,883.14 | 140,021.85 | 15,580.81 |
| [illegible] | ADULT GENERAL EDUCAT | 22,624.16 | 429,890.04 | .00 | 312,364.94 | 116,955.40 | 23,193.86 |
| [illegible] | ADULT ED OTHER | 537.36 | .00 | .00 | 537.36 | .00 | .00 |
| [illegible] | INTENSIVE SCHOOL SUP | .00 | .00 | .00 | .00 | .00 | .00 |

INTERVENORS' EXHIBIT

D

PCSSD
DATE: 10/03/2019
TIME: 12:53:25

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 19



SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 2217 | STUDENT GROWTH FUNDI | .00 | .00 | .00 | .00 | .00 | .00 |
| 2218 | DECLINING ENROLLMENT | 210,097.35 | 134,230.00 | .00 | .00 | 200,000.00 | 144,327.35 |
| 2223 | PROFESSIONAL DEVELOP | 4,765.55 | 329,735.00 | .00 | 33,203.93 | 298,483.85 | 2,812.77 |
| 2225 | TECHNOLOGY GRANT | 367.16 | 3,420.80 | .00 | .00 | .00 | 3,787.96 |
| 2227 | COLLEGE PREP (CPEP) | .00 | .00 | .00 | .00 | .00 | .00 |
| 2232 | AR SCHL RECOGNITION | 111,755.10 | 106,911.14 | .00 | 51,669.29 | 80,489.95 | 86,507.00 |
| 2234 | DISTANCE LEARNING | 2,489.36 | .00 | .00 | .00 | .00 | 2,489.36 |
| 2239 | RISE ACADEMIES | 2,911.52 | .00 | .00 | .00 | 2,911.52 | .00 |
| 2240 | CHILDREN WITH DISAB- | 6,729.30 | 52,206.86 | .00 | 58,936.16 | .00 | .00 |
| 2244 | EXTENDED SCH YEAR | .00 | 2,072.00 | .00 | 2,072.00 | .00 | .00 |
| 2246 | PQE INDUCTION PROGRA | .00 | 67,104.32 | .00 | 44,825.00 | 22,279.32 | .00 |
| 2250 | CHILDREN WITHOUT DIS | .00 | 1,175,392.51 | .00 | .00 | 1,175,392.51 | .00 |
| 2255 | CHILDREN WITH DISABI | .00 | 1,065,722.50 | .00 | .00 | 1,065,722.50 | .00 |
| 2260 | EARLY CHILDHOOD SPEC | .00 | 376,604.16 | .00 | 77,431.42 | 299,172.74 | .00 |
| 2265 | SPEC ED CATASTROPHIC | 207,116.86 | 333,406.53 | .00 | 3,475.17 | 242,325.88 | 294,722.34 |
| 2271 | GIFTED & TALENTED AD | 36,204.52 | 19,105.57 | .00 | .00 | 21,494.31 | 33,815.78 |
| 2273 | AIMS GRANT | 3,453.19 | .00 | .00 | .00 | .00 | 3,453.19 |
| 2275 | ALTERNATIVE LEARNING | .00 | 1,041,471.00 | .00 | 84,844.32 | 665,055.74 | 291,570.94 |
| 2276 | ENGLISH LANG LEARNER | 19,874.82 | 231,192.00 | .00 | 57,318.50 | 110,214.50 | 83,533.82 |
| 2281 | NAT SCHOOL LUNCH STU | 522,461.00 | 3,254,888.00 | .00 | 632,151.32 | 2,902,026.85 | 243,170.83 |
| 2282 | NSL MATCH GRANT | 4,554.44 | 13,639.18 | .00 | .00 | .00 | 18,193.62 |
| 2292 | STEM-PROJECT LEAD WA | 58,869.87 | 10,000.00 | .00 | .00 | 10,000.00 | 58,869.87 |
| 2293 | SECONDARY WORKFORCE | 241,221.98 | 109,687.52 | .00 | .00 | 109,687.50 | 241,222.00 |
| 2295 | CAREER CAPITAL EQU ( | 30,471.01 | .00 | .00 | .00 | 377.98 | 30,093.03 |
| 2300 | CO COMP WKFC ED-SP N | 3,659.67 | .00 | .00 | .00 | 1,354.26 | 2,305.41 |
| 2330 | TRADITIONAL APPRENTI | 4,474.04 | 60,618.98 | .00 | .00 | 60,618.98 | 4,474.04 |
| 2340 | WORKFORCE NEW PROG S | 29,822.44 | 84,461.73 | .00 | .00 | 35,525.50 | 78,758.67 |
| 2361 | COOP DL OPERATING GR | 5,355.19 | .00 | .00 | .00 | .00 | 5,355.19 |
| 2362 | ED COOPERATIVE TECHN | 1,909.60 | .00 | .00 | .00 | .00 | 1,909.60 |
| 2365 | ARKANSAS BETTER CHAN | 533,365.48 | 2,340,531.80 | .00 | 1,121,973.53 | 1,173,268.52 | 578,655.23 |
| 2373 | HIPPY-ABC (AR DEPT H | 49,579.96 | .00 | .00 | .00 | .00 | 49,579.96 |
| 2376 | EARLY CHILDHOOD-PAR | 1,060.31 | .00 | .00 | .00 | .00 | 1,060.31 |
| 2383 | SMART START LITERACY | .00 | .00 | .00 | .00 | .00 | .00 |
| 2386 | PULASKI CTY MAG REVE | .00 | .00 | .00 | .00 | .00 | .00 |
| 2387 | M TO M BUILDING REV | .00 | .00 | .00 | .00 | .00 | .00 |
| 2388 | MAGNET M TO M TRANS | .00 | .00 | .00 | .00 | .00 | .00 |
| 2392 | GENERAL FACILITIES F | 225,629.94 | .00 | .00 | .00 | 225,629.94 | .00 |
| 2396 | DEPARTMENT OF HEALTH | .00 | .00 | .00 | .00 | .00 | .00 |
| 2398 | AGFC-DIRECT GRNT-SYH | 1,161.29 | .00 | .00 | .00 | .00 | 1,161.29 |
| 2399 | OTHER GRANTS & AIDS- | 4,307.43 | .00 | .00 | .00 | .00 | 4,307.43 |
| 2900 | !!!!!!!!DO NOT USE!! | .00 | .00 | .00 | .00 | .00 | .00 |
| 2901 | TOBACCO EXCISE TAX G | .00 | .00 | .00 | .00 | .00 | .00 |
| 2903 | PATHWISE MENTOR TRAI | .00 | .00 | .00 | .00 | .00 | .00 |
| 2931 | BROADBAND FACILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 2940 | BLOOMBOARD TRAININGS | .00 | 37,680.84 | .00 | .00 | 37,680.84 | .00 |
| 2952 | AR LEADERSHIP ACAD-E | .00 | .00 | .00 | .00 | .00 | .00 |
| 2995 | COKE-VEN EXCLUSIVE R | 47,559.24 | 10,000.00 | .00 | .00 | 34,342.41 | 23,216.83 |
| TOTAL | OPERATING FUND | 20,339,953.86 | 119,751,415.56 | 116,582,246.96 | 164,430,316.86 | 68,762,843.10 | 23,480,456.42 |
| 4000 | DEBT SERVICE FUND | .00 | 14,794,640.08 | 17,113.97 | 6,990,000.00 | 7,804,640.08 | 17,113.97 |
| TOTAL | DEBT SERVICE FUND | .00 | 14,794,640.08 | 17,113.97 | 6,990,000.00 | 7,804,640.08 | 17,113.97 |

PCSSD
DATE: 10/03/2019
TIME: 12:53:25

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 19



SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| TOTAL | | 20,339,953.86 | 134,546,055.64 | 170,604,410.12 | 171,420,316.86 | 130,572,532.37 | 23,497,570.39 |

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 21

SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 1000 | TEACHER SALARY FUND | .00 | .00 | 52,293,839.68 | .00 | 52,293,839.68 | .00 |
| 1001 | CERTIFIED OTHER OPER | .00 | .00 | .00 | .00 | .00 | .00 |
| 1003 | QUEST LEADERSHIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 1016 | FEDERAL INDIRECT COS | .00 | .00 | .00 | .00 | .00 | .00 |
| 1035 | SUMMER SCH-EXTRA CRE | .00 | .00 | 765.63 | .00 | 765.63 | .00 |
| 1068 | IMPACT AID | .00 | .00 | 1,921.87 | .00 | 1,921.87 | .00 |
| 1201 | ADULT BASIC EDUCATIO | .00 | .00 | 270,222.20 | .00 | 270,222.20 | .00 |
| 1202 | ADULT GENERAL ED SAL | .00 | .00 | 234,068.64 | .00 | 234,068.64 | .00 |
| 1205 | ADULT ED SAL | .00 | .00 | 14,471.57 | .00 | 14,471.57 | .00 |
| 1217 | STUDENT GROWTH | .00 | .00 | .00 | .00 | .00 | .00 |
| 1218 | DECLINING ENROLLMENT | .00 | .00 | .00 | .00 | .00 | .00 |
| 1220 | NTL BOARD CERT ADE-S | .00 | .00 | 215,000.00 | .00 | 215,000.00 | .00 |
| 1223 | PROFESSIONAL DEVELOP | .00 | .00 | 105,732.93 | .00 | 105,732.93 | .00 |
| 1232 | AR SCH RECON PROGRAM | .00 | .00 | 22,050.00 | .00 | 22,050.00 | .00 |
| 1240 | CHILDREN WITH DISAB- | .00 | .00 | 19,824.19 | .00 | 19,824.19 | .00 |
| 1244 | EXTENDED SCH YR | .00 | .00 | 1,713.60 | .00 | 1,713.60 | .00 |
| 1246 | PQE INDUCTION/MENTOR | .00 | .00 | 25,650.00 | .00 | 25,650.00 | .00 |
| 1260 | EARLY CHILDHOOD SPEC | .00 | .00 | 14,948.37 | .00 | 14,948.37 | .00 |
| 1262 | EARL INTERVE DAY TRE | .00 | .00 | 11,427.96 | .00 | 11,427.96 | .00 |
| 1265 | SPEC ED CATASTROPHIC | .00 | .00 | 54,019.74 | .00 | 54,019.74 | .00 |
| 1271 | GIFTED & TALENTED AD | .00 | .00 | .00 | .00 | .00 | .00 |
| 1275 | ALTERNATIVE LEARNING | .00 | .00 | 396,949.77 | .00 | 396,949.77 | .00 |
| 1276 | ENGLISH LANG LEARNER | .00 | .00 | 57,961.00 | .00 | 57,961.00 | .00 |
| 1281 | NATL SCHOOL LUNCH SA | .00 | .00 | 886,163.11 | .00 | 886,163.11 | .00 |
| 1300 | CO COMP WKFC ED-SP N | .00 | .00 | .00 | .00 | .00 | .00 |
| 1365 | ARKANSAS BETTER CHAN | .00 | .00 | 1,168,448.70 | .00 | 1,168,448.70 | .00 |
| 1373 | HIPPY-ABC (AR DEPT H | .00 | .00 | .00 | .00 | .00 | .00 |
| 1941 | GOV'S COMPUTER SCI G | .00 | .00 | 500.00 | .00 | 500.00 | .00 |
| TOTAL | TEACHER SALARY FUND | .00 | .00 | 55,795,678.96 | .00 | 55,795,678.96 | .00 |
| 2000 | OPERATING FUND | .00 | .00 | 113,195,285.48 | 52,293,839.68 | 60,901,445.80 | .00 |
| 2001 | OTHER GENERAL OPERAT | 13,906,028.74 | 110,827,097.62 | 783,007.89 | 113,994,580.25 | 1,593,542.76 | 9,928,011.24 |
| 2003 | QUEST LEADERSHIP | .00 | .00 | .00 | .00 | .00 | .00 |
| 2006 | COLLEGE FAIR | 687.60 | .00 | .00 | .00 | .00 | 687.60 |
| 2007 | UNITED WAY | 18,815.21 | 68.85 | .00 | .00 | 906.34 | 17,977.72 |
| 2008 | SCHOOLS N NEED OF SU | 12,240.00 | .00 | .00 | .00 | .00 | 12,240.00 |
| 2016 | FEDERAL INDIRECT COS | 1,312,232.74 | .00 | 565,656.49 | .00 | 32,701.46 | 1,845,187.77 |
| 2035 | SUMMER SCH-EXTRA CRE | 20,900.43 | 300.00 | .00 | 765.63 | 1,704.74 | 18,730.06 |
| 2065 | SCHOLARSHIP FUND | 233.09 | .00 | .00 | .00 | .00 | 233.09 |
| 2066 | AGFC GRANTS-THRU OTH | 1,051.89 | .00 | .00 | .00 | .00 | 1,051.89 |
| 2068 | IMPACT AID | 60,232.78 | .00 | .00 | 1,921.87 | 50,256.86 | 8,054.05 |
| 2071 | AR ARMY NAT GUARD-GR | .00 | .00 | .00 | .00 | .00 | .00 |
| 2077 | AR GFC ED GRANT THRU | 1,183.59 | .00 | .00 | .00 | .00 | 1,183.59 |
| 2201 | ADULT BASIC EDUCATIO | 39,056.45 | 415,559.95 | .00 | 270,222.20 | 111,865.45 | 72,528.75 |
| 2202 | ADULT GENERAL EDUCAT | 994.74 | 315,592.30 | .00 | 234,068.64 | 79,114.80 | 3,403.60 |
| 2205 | ADULT ED OTHER | .00 | 22,500.00 | .00 | 22,165.21 | 334.79 | .00 |
| 2217 | STUDENT GROWTH FUNDI | .00 | .00 | .00 | .00 | .00 | .00 |
| 2218 | DECLINING ENROLLMENT | 203,380.87 | 71,584.00 | .00 | .00 | 173,703.43 | 101,261.44 |
| 2220 | NTL BOARD CERT ADE-S | .00 | 262,623.00 | .00 | 215,000.00 | 47,623.00 | .00 |
| 2223 | PROFESSIONAL DEVELOP | 16,708.35 | 422,440.00 | .00 | 105,732.93 | 292,932.37 | 40,483.05 |

PCSSD
DATE: 09/08/2021
TIME: 12:00:21

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 1 THROUGH 13 OF 21



SELECTION CRITERIA: orgn.fund like '[124]%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 2225 | TECHNOLOGY GRANT | 3,787.96 | .00 | .00 | .00 | .00 | 3,787.96 |
| 2232 | AR SCHL RECOGNITION | 122,373.45 | .00 | .00 | 22,050.00 | 23,188.89 | 77,134.56 |
| 2234 | DISTANCE LEARNING | .00 | .00 | .00 | .00 | .00 | .00 |
| 2239 | RISE ACADEMIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 2240 | CHILDREN WITH DISAB- | .00 | 61,004.65 | .00 | 19,824.19 | 5,163.00 | 36,017.46 |
| 2244 | EXTENDED SCH YEAR | .00 | 2,072.00 | .00 | 1,713.60 | 358.40 | .00 |
| 2246 | PQE INDUCTION PROGRA | .00 | 51,364.68 | .00 | 25,650.00 | 25,714.68 | .00 |
| 2250 | CHILDREN WITHOUT DIS | 4,535.50 | 987,942.35 | .00 | .00 | 988,117.85 | 4,360.00 |
| 2255 | CHILDREN WITH DISABI | 1,384.50 | 1,055,548.79 | .00 | .00 | 1,056,933.29 | .00 |
| 2260 | EARLY CHILDHOOD SPEC | 85,943.08 | 298,839.87 | .00 | 14,948.37 | 202,939.35 | 166,895.23 |
| 2262 | EIDT-EARLY INTRVNTIO | .00 | 106,110.06 | .00 | 11,427.96 | 23,200.48 | 71,481.62 |
| 2265 | SPEC ED CATASTROPHIC | 481,763.54 | 186,735.39 | .00 | 54,019.74 | 139,238.87 | 475,240.32 |
| 2271 | GIFTED & TALENTED AD | .00 | 18,000.00 | .00 | .00 | 13,949.15 | 4,050.85 |
| 2273 | AIMS GRANT | .00 | .00 | .00 | .00 | .00 | .00 |
| 2275 | ALTERNATIVE LEARNING | 336,056.78 | 1,015,597.00 | .00 | 396,949.77 | 640,133.60 | 314,570.41 |
| 2276 | ENGLISH LANG LEARNER | 183,687.24 | 221,760.00 | .00 | 57,961.00 | 62,659.43 | 284,826.81 |
| 2281 | ESA EVERY STUDENT SU | 109,840.79 | 3,013,528.00 | .00 | 886,163.11 | 1,463,542.15 | 773,663.53 |
| 2282 | NSL MATCH GRANT | 40,388.61 | 11,649.44 | .00 | .00 | .00 | 52,038.05 |
| 2292 | STEM-PROJECT LEAD WA | 24,250.42 | .00 | .00 | .00 | 22,787.27 | 1,463.15 |
| 2293 | SECONDARY WORKFORCE | 198,159.52 | 152,750.00 | .00 | 350,909.52 | .00 | .00 |
| 2295 | CAREER CAPITAL EQU ( | 29,987.86 | .00 | .00 | .00 | 4,198.58 | 25,789.28 |
| 2300 | CO COMP WKFC ED-SP N | .00 | .00 | .00 | .00 | .00 | .00 |
| 2330 | TRADITIONAL APPRENTI | 2,458.28 | 275.63 | .00 | .00 | 275.63 | 2,458.28 |
| 2331 | CONSTR CRAFT ED TRAI | 12.36 | .00 | .00 | .00 | 12.36 | .00 |
| 2340 | WORKFORCE NEW PROG S | 78,758.67 | 17,820.04 | .00 | .00 | 22,782.01 | 73,796.70 |
| 2361 | COOP DL OPERATING GR | 5,355.19 | .00 | .00 | .00 | .00 | 5,355.19 |
| 2362 | ED COOPERATIVE TECHN | 1,909.60 | .00 | .00 | .00 | .00 | 1,909.60 |
| 2365 | ARKANSAS BETTER CHAN | 20,724.02 | 2,810,041.00 | .00 | 1,168,448.70 | 1,176,899.16 | 485,417.16 |
| 2373 | HIPPY-ABC (AR DEPT H | 49,579.96 | .00 | .00 | .00 | .00 | 49,579.96 |
| 2376 | EARLY CHILDHOOD-PAR | 1,060.31 | .00 | .00 | .00 | .00 | 1,060.31 |
| 2398 | AGFC-DIRECT GRNT-SYH | 1,161.29 | .00 | .00 | .00 | .00 | 1,161.29 |
| 2399 | OTHER GRANTS & AIDS- | 4,307.43 | .00 | .00 | .00 | .00 | 4,307.43 |
| 2901 | TOBACCO EXCISE TAX G | .00 | .00 | .00 | .00 | .00 | .00 |
| 2931 | BROADBAND FACILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 2940 | BLOOMBOARD TRAININGS | .00 | .00 | .00 | .00 | .00 | .00 |
| 2941 | GOV'S COMPUTER SCI G | .00 | 8,039.75 | .00 | 500.00 | 110.47 | 7,429.28 |
| 2952 | AR LEADERSHIP ACAD-E | .00 | .00 | .00 | .00 | .00 | .00 |
| 2995 | COKE-VEN EXCLUSIVE R | .00 | 145.43 | .00 | .00 | .00 | 145.43 |
| TOTAL OPERATING FUND | | 17,381,232.84 | 122,356,989.80 | 114,543,949.86 | 170,148,862.37 | 69,158,336.42 | 14,974,973.71 |
| 4000 | DEBT SERVICE FUND | 548,072.61 | 16,807,832.52 | .00 | 6,590,000.00 | 7,237,703.42 | 3,528,201.71 |
| TOTAL DEBT SERVICE FUND | | 548,072.61 | 16,807,832.52 | .00 | 6,590,000.00 | 7,237,703.42 | 3,528,201.71 |
| TOTAL | | 17,929,305.45 | 139,164,822.32 | 170,339,628.82 | 176,738,862.37 | 132,191,718.80 | 18,503,175.42 |




ARKANSAS DEPARTMENT OF EDUCATION

Johnny Key
*Commissioner*

State Board of Education

Toyce Newton
*Crossett*
Chair

Mireya Reith
*Fayetteville*
Vice Chair

Dr. Jay Barth
*Little Rock*

Joe Black
*Newport*

Susan Chambers
*Bella Vista*

Charisse Dean
*Little Rock*

Vicki Saviers
*Little Rock*

R. Brett Williamson
*El Dorado*

Diane Zook
*Melbourne*

March 10, 2016

Dr. Jerry Guess, Superintendent
Pulaski County Special School District
925 East Dixon Road
Little Rock, Arkansas 72206

Dear Dr. Guess:

This is to confirm the State Board of Education approved the recommendation for the Pulaski County Special School District to be removed from Fiscal Distress status and State control (reconstitution) at the March 10, 2016 meeting. The removal of the District's Fiscal Distress and State control (reconstitution) is effective as of March 10, 2016. After a school board has been elected the Arkansas Department of Education will arrange for the board members to received training. The Pulaski County Special School District is congratulated on this accomplishment. Please maintain a copy of this letter in your district audit file.

Sincerely,

Cynthia Smith

Mrs. Cynthia (Cindy) Smith
ADE Coordinator, Fiscal Services and Support

CS:ddm

cc: Mr. Johnny Key, Commissioner
Dr. Mark Gotcher, Deputy Commissioner
Mr. Greg Rogers, Assistant Commissioner
Mrs. Kendra Clay, General Counsel

Four Capitol Mall
Little Rock, AR
72201-1019
(501) 682-4475
ArkansasEd.gov

*An Equal Opportunity Employer*

INTERVENORS' EXHIBIT
E