IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| v. | **CASE NO. 4:82-CV-866** |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT, et al** | **DEFENDANTS** |
| **LORENE JOSHUA, et al** | **INTERVENORS** |

## NOTICE OF APPEARANCE

Senior Assistant Attorney General Kate Donoven hereby enters her appearance as counsel for Defendant, the Arkansas Department of Education, and requests that all future service and correspondence be sent accordingly.

I hereby certify that I am admitted to practice in this Court.

Dated: March 9, 2022

    Respectfully submitted,

    LESLIE RUTLEDGE
    Attorney General

By:  /s/ *Kate Donoven*
    Kate Donoven
    Ark Bar No. 98189
    Senior Assistant Attorney General
    Arkansas Attorney General's Office
    323 Center Street, Suite 200
    Little Rock, AR 72201
    PH: (501) 682-8114

Fax: (501) 682-2591
Email: kate.donoven@arkansasag.gov

*Attorneys for Defendant Arkansas*
*Department of Education*

## CERTIFICATE OF SERVICE

I, Kate Donoven, hereby certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

*/s/ Kate Donoven*
Kate Donoven