IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                    **PLAINTIFF**

v.                           **CASE NO. 4:82-CV-866**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT,**         **DEFENDANTS**
et al

**LORENE JOSHUA, et al**                                         **INTERVENORS**

    Comes now Defendant, the Arkansas Department of Education, by and through their counsel, Attorney General Leslie Rutledge and Senior Assistant Attorney General Kate Donoven, and for its Motion to Substitute Counsel, states:

    1. Senior Assistant Attorney General Ka Tina Hodge is no longer with the Arkansas Attorney General's Office.  Pursuant to Ark. Code Ann. § 25-16-702, the Attorney General shall be the attorney for all institutions, including the Department of Education.

    2. Senior Assistant Attorney General Kate Donoven entered her appearance on March 9, 2022.  [DE 5788]

    3. This case has been reassigned to Senior Assistant Attorney Kate Donoven as lead attorney for the Arkansas Department of Education and she should be substituted as lead counsel of record.

    4. The Arkansas Department of Education, requests that the Court, counsel, and Plaintiff direct all future pleadings and correspondence to Kate Donoven at the Attorney General's Office.

**WHEREFORE**, Defendant, the Arkansas Department of Education, respectfully requests that the Court grant the Motion for Substitution of Counsel, relieve Ka Tina Hodge as counsel, and substitute Kate Donoven as lead counsel of record.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: /s/ *Kate Donoven*
Kate Donoven
Ark Bar No. 98189
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
PH: (501) 682-8114
Fax: (501) 682-2591
Email: kate.donoven@arkansasag.gov

*Attorneys for Defendant Arkansas Department of Education*

## CERTIFICATE OF SERVICE

I, Kate Donoven, hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to all registered participants.

*/s/ Kate Donoven*
Kate Donoven