IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v. | No. 4:82-cv-866-DPM |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Status Report:

1. **Jacksonville Middle School**



JNPSD completed construction on the Jacksonville Middle School in the summer of 2021. The school welcomed scholars in August 2021 for the 2021-2022 school year. The 105,859 SF school cost about $26.4 million to construct. The District has received about 95% of the about $8.07 million in state Academic

1

Facilities Partnership Program funding that the State committed to provide. JNPSD will receive the remainder of the state funds upon resolution of project contingencies and allowances.

The middle school was planned for two phases: Phase One for 850 students; Phase Two for 1,050 students. Phase Two consists of eight additional classrooms adding about 10,000 square feet to the middle school. The single purpose spaces such as student dining, media center, and gymnasium were constructed for the ultimate capacity of 1,050 students.  Almost immediately the school was at its phase one capacity of 850 students, and school and district administrators sought opportunities for Phase Two to provide additional classroom space for 200 more students. Funding came available through the federal government's Elementary and Secondary School Emergency Relief Fund ("ESSER"). JNPSD sought and received this Court's approval to proceed with Phase Two prior to replacement of all schools. DE # 5786. The District then applied to the Division of Public School Academic Facilities and Transportation ("DPSAFT") for approval to use Federal ESSER funds for Phase Two.  DPSAFT approved the use of the ESSER funds for the phase two addition. The Phase Two addition has been designed and advertised for bids.  It appears that the Phase Two addition will cost about $3.9 million and should be completed in time for the beginning of the 2023-2024 school year starting in August 2023.

2. **Jacksonville Elementary School**



Construction on the Jacksonville Elementary School was completed in December of 2021. The school welcomed students in January 2022 at the start of the spring term in the 2021-2022 school year.  JNPSD has received about 91% of the about $7.0 million in State Academic Facilities Partnership Program funding that the State committed to provide.  The district will receive the remainder of the state funds upon resolution of project contingencies and allowances.

Jacksonville Elementary School replaces the Pinewood Elementary School and the Dupree Elementary School. It has a capacity of 750 students and ended the school year with enrollment at about 717 students.  The district has renovated the Pinewood Elementary School to house district academic support staff and a professional development center.  JNPSD anticipates either selling or demolishing Dupree Elementary School.

### 3. Taylor Elementary School and Bayou Meto Elementary School

Both of these schools are in design development with construction scheduled to start in early 2023. Construction of both schools should be completed in August 2024 for the beginning of the 2024-2025 school year. The two new schools will have substantially the same design for 460 students and about 60,000 square feet of floor space. Both will be substantially equal to Lester Elementary School in design and amenities. JNPSD acquired land to build both schools. For Taylor Elementary School, the land lies adjacent to the existing school site. The new land for Bayou Meto Elementary School lies near the current school a little further north on State Highway 107.

*Funding*: The district applied for Partnership Program funds for both schools in Year Two of the 2021-2023 project funding cycle. DPSAFT approved replacement of the Bayou Meto Elementary School and preliminarily approved Partnership funding for the project of about $4.7 million. On April 28, 2022, DPSAFT notified JNPSD that the Arkansas General Assembly had appropriated sufficient funds to support the full $4.7 million.

Initially, DPSAFT did not approve full replacement of Taylor Elementary School, but only approved about $1.8 million of state funding for renovation. JNPSD appealed this decision through two levels of review and was denied each time by the State. JNPSD then sought leave to sue the State for refusing to fund replacement of Taylor Elementary School.

In the fall of 2021, JNPSD submitted a new Partnership Program project application for replacement of Taylor Elementary School in Year One of the Partnership Program 2023-2025 funding cycle. DPSAFT approved the revised application for full replacement. (Crisis averted.) The district anticipates about $5 million of state funding for the Taylor Elementary School project. Final notice of funding will occur in April 2023, after the Arkansas General Assembly appropriates funds for Year One of the 2023-2025 Partnership funding cycle.

Discussion is happening for school construction inflation relief. Because of soaring materials costs construction costs are increasing substantially. If the Arkansas General Assembly provides school construction inflation relief in a Special Session in 2022 or the 2023 Regular Legislative Session district could receive additional state funds for both projects.

4. **Conclusion**

Construction (and compliance with the Court's Order) continues apace in JNPSD. The last remaining question mark on the road to full compliance is whether the State of Arkansas will provide sufficient funding to support its portion of the Taylor Elementary School project. District leaders are watching closely and will notify the Court if that problem arises. At this time, JNPSD believes the State will fully fund its side of the Taylor Elementary School project.

Respectfully Submitted,


By: <u>Scott P. Richardson  (2001208)</u>
McDaniel, Wolff, & Benca PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954-8000
866.419.1601 fax
scott@mwbfirm.com


Attorney for Jacksonville/North Pulaski School District