IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, ET AL.        PLAINTIFF

VS.            CASE NO. 4:82-CV-866 DPM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT, ET AL.    DEFENDANTS

DOCKET NO. 5801 - EXHIBITS











EXHIBIT 3



EXHIBIT 4