IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                          DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                      INTERVENORS

ORDER

The Court appreciates the Jacksonville North Pulaski School District's July 2022 facilities report. No one has objected to it. Understandably so—the report reflects JNPSD's sprint toward completing an almost-total rebuild of the District's facilities. State funding has been, and continues to be, an essential ingredient. The Court applauds this ongoing partnership. Report, *Doc. 5797*, approved.

As directed, the Pulaski County Special School District has firmed up its plan for Mills University Studies High School. It tracks, in the main, the proposal outlined before. And it continues to

represent substantial improvements to this already fine facility. The timetable meets the Court's expectations.

Intervenors make two points in response. They request more details about two large spaces in the arena. And, more importantly, they're concerned about the change—candidly highlighted by PCSSD—from ten new walled classrooms to six such spaces and several open-concept academic spaces. Depending on how one counts, six to eight smaller areas are planned. PCSSD emphasizes that these academic spaces will be full of technological capacity, versatile, and adaptable—akin to a university setting. The Court endorses both this innovation and the Intervenors' long-standing concern about capacity. Making sure that these useful new spaces, as well as the new traditional classrooms, meet students' and teachers' needs should be one focus of the District's planning and the ongoing community meetings. Of course the growing and salutary DRIVEN program should be accommodated in all of this. The as-yet unallocated arena spaces should likewise be firmed up with input from the District's many constituents. Overall, PCSSD's plan complies with the Court's direction to equalize the Mills facility with the Robinson facility, adjusting for the different needs at a high school.

The Court appreciates the PCSSD's note about new projects at other campuses. Of course the District's facility needs continue to

change and no stand-still order exists. The Court's directive is simply to keep prioritizing the Mills projects, as the District has done.

Facilities plan, *Doc. 5798*, approved as specified. Everyone must press on with this good work. The Court looks forward to PCSSD's December report.

To regularize monitoring-related fees, the Court directs Intervenors to prepare and submit to PCSSD by 31 January 2023 their bill (and supporting documentation) for work since the last award through the end of 2022. The Court directs the parties to confer in person about that submission. Then, by 31 March 2023, Intervenors should move for these monitoring fees, either in an agreed amount or with notice that the motion is opposed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 November 2022