IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                    **PLAINTIFF**

V.                    **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                    **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                    **INTERVENORS**

**FACILITIES STATUS REPORT**

Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I. Introduction**

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file a 1 December 2022 status report on the ongoing facilities project at Mills University Studies High School. *Doc. 5776*, p. 3. As ordered, PCSSD hereby submits this facilities status report.

1

## II. Timeline

PCSSD is still on track with the timeline set out in the Plan. *Doc. 5798, pp. 1-2*. PCSSD thanks the Court immensely for its understanding and assistance in helping to keep the process on track. *Doc. 5803*.

## III. Addition of Classrooms

PCSSD has no changes or updates to report.

## IV. Multi-Purpose Arena

PCSSD reports here that the arena space meets the itemized criteria listed out in the Proposal, *Doc. 5736, pp. 11-13*, and the Plan, *Doc. 5798*, as approved by the Court. *Doc. 5804*. Thus, there are no subtractions or additions to disclose. However, now that further designing and preparation activities have begun, PCSSD has run into some issues with existing utilities and with the ground. To continue with the Plan, PCSSD now intends to move the Multi-Purpose Arena from the East side of Mills to the North side of Mills. This will result in an estimated $1 million in avoidance of additional costs that would otherwise be incurred largely because of the way in which the utilities are set up. For a visual representation of this new adjustment, please see the draft architectural drawings attached hereto as *Exhibit 6*. PCSSD emphasizes that these are not final drawings.

The Multi-Purpose Arena will still be attached to the existing gym, so it is still in the same general vicinity. However, it will be shifted to the other side of the building. The substance of the Multi-Purpose Arena will not change so as to depart from the Proposal and the Plan, but there will be a reconfiguration of the spaces inside.

V. **Softball Field**

Moving the Multi-Purpose Arena from the East side of Mills to the North side of Mills so as to avoid additional costs explained above means that the Multi-Purpose Arena will now be built on top of where PCSSD originally planned to locate the Softball field. This raises the issue of what to do with the Softball field.

PCSSD will now move the softball field to be next to the track and football field. This necessarily means it will be farther from the main Mills building, which likely means more walking for softball players. However, the new site of the softball field is still closer to the main Mills building than the Mills baseball field, and it is all still on the same campus. Although an unintended adjustment, an upside to this change is also that stray softballs exiting the softball field will end up in the trees, as opposed to wreaking havoc on cars or property as was an assumed risk included in the original softball field location. That is not the impetus for the change, but an upside to be realized.

PCSSD specifically reports here that the softball field continues to meet the itemized criteria listed out in the Proposal. *Doc. 5736, p. 11*. Thus, there are no subtractions, additions, or changes to disclose—other than the location. To place this part of the Plan with the rest of the campus, please see *Exhibit 6*.

VI. **ROTC**

With regard to the ROTC space, PCSSD has no intentions of backing down from the itemized criteria listed out in the Proposal and Plan. *Doc. 5736, pp. 9-11*. What is being reported below is rather the potential for an improvement to the existing Plan.

Moving the Multi-Purpose Arena from the East side of Mills to the North side of Mills so as to avoid additional costs explained above also has a potential implication on the ROTC part of

3

this project. With this change, the Multi-Purpose Arena will now be built in a location and in a manner such that there is the *potential* to add brand new building space for ROTC. If this is at all possible, PCSSD is very interested in this possibility. If this were to work, this could mean moving ROTC out of the existing ROTC space[1] and instead building a brand new ROTC facility. This new ROTC facility would still meet the criteria listed out in the Proposal. *Doc. 5736, pp. 9-11.* As such, this would not be a backing away from the Proposal or the Plan, but would be an improvement thereto. However, it would be a material change to the Proposal and Plan approved by the Court such that if PCSSD were to pursue this, a more detailed special addendum would be forthcoming. Ever mindful of the Court's authority over this process, PCSSD is navigating this potential change in as transparent a manner as possible.

To place this contingency with the rest of the campus, please see Exhibit 6. The potential ROTC addition to the project is drawn to the north of (above, on the page) the Multi-Purpose Arena.

## VII. Funding

PCSSD continues to work diligently to control costs and finalize construction plans in the face of formidable cost challenges. Precise figures are not yet known, but the discussion has ranged from $19 million to $33 million. Bidding for this work is anticipated to commence on 20 February 2023, and is expected to be complete by 23 March 2023. Until the bidding is complete and contracts are signed, the cost is still a moving target.

---

[1] The existing ROTC facility at Mills is a standalone building on the north side of the parking lot behind the main Mills building. The Court toured this facility on August 4, 2020. *Doc. 5676, ¶¶ 2, 4*. The facility space dedicated to Mills ROTC is part of the old Fuller Elementary School that was closed in 2000 when Daisy Bates Elementary School was opened, and that space has now been repurposed for ROTC. *Doc. 3266, Doc. 3281*. Photographs of the Mills ROTC facility exist in the record. *Doc. 5690, pp. 5-11.*

The potential issue with the State of Arkansas previously reported has not developed into a problem. *Doc. 5736, pp. 13-14*.

VIII. **Miscellaneous**

By way of update and erring on the side of over-disclosure, PCSSD also informs the Court that there is the potential for a business partnership that may possibly result in a facility construction project on the Mills campus. *Exhibit 7*. To the extent that this results in any construction, it would be separate and apart from the "comply … and square up" work resulting from the Mills-Robinson Inequity, and therefore not included in the scope of this desegregation case. *See Doc. 5730, p. 30*. However, since this could possibly involve facilities construction at Mills, PCSSD makes this disclosure out of an abundance of caution.

IX. **Meetings**

PCSSD held community meetings on 30 August 2022 at 5:30 p.m. and 30 November 2022 at 6:00 p.m., utilizing both virtual and in-person means. PCSSD heard from community members, and PCSSD used this input in further refining and implementing the Plan. Of note, the ROTC contingency mentioned above was discussed at the November meeting. The district's ROTC instructors were present and provided input on this ROTC contingency. They viewed this potential change as a positive development.

The Intervenors did not attend the August meeting, and later requested that PCSSD hold a private meeting for them. PCSSD obliged, and arranged for the architects and district personnel to attend a private rendition of the August public meeting. The Intervenors participated through that private meeting. The Intervenors, appearing through Rep. Joy Springer, did appear for, and participate in, the November meeting.

PCSSD recorded both the August and November community meetings, and has uploaded those meetings to its YouTube Channel so that the public can review the meetings at any time. The URL addresses for those publically posted meetings are reported below, not as exhibits that require Court review, but rather so that the location of these videos can be included in this record for ease of access by anyone later wishing to view the meetings:

30 August 2022: https://www.youtube.com/watch?v=zQMU9dubUYY

30 November 2022: https://youtu.be/V0aZjj4tPEc

## X.   **Index of Exhibits**

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

November 2022 Schematic Draft of Project ...................................................................................6

Democrat-Gazette Article on Lexicon ..........................................................................................7

Devin R. Bates (2016184)
M. Samuel Jones III (76060)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
dbates@mwlaw.com
sjones@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***