

**PCSSD**
**MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION** — *WITTENBERG, DELONY & DAVIDSON ARCHITECTS*
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206
11/30/22    22-007

 SITE PLAN  1" = 60'-0"

 WDD ARCHITECTS