PCSSD
MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206

WITTENBERG, DELONY & DAVIDSON ARCHITECTS
11/30/22
22-007

LEVEL 1 - CLASSROOM ADDITION
1/8" = 1'-0"

Exhibit A

**EXHIBIT A**



PCSSD MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
WITTENBERG, DELONY & DAVIDSON ARCHITECTS
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206
11/30/22
22-007
WDD ARCHITECTS

LEVEL 2 - CLASSROOM ADDITION
1/8"=1'-0"

Exhibit B

**EXHIBIT B**

**EXHIBIT C**

## Mills High Master Schedule 2022-2023

| | ROOM | 1st | 2nd | 3rd | ADVISORY | 4th | 5th | 6th |
|---|---|---|---|---|---|---|---|---|
| **English** | | | | | | | | |
| Montgomery | 208 | DRIVEN Eng I-II | Driven English | Dri. Eng. III-IV | 208 | ALE English | Lit Collab | Eng III |
| L. Foote | 304 | English II | PAP World Lit | English II | 204 | Prep | Lit Collab | PAP World Lit |
| J. Moss | 307 | PREP | AP Lit-CC | AP Lang | 307 | AP Eng. Lit | Lit Collab | AP Lang |
| Patricia Swinton | 204 | English I*CT | English IV*CT | PAP Eng.I | 204 | English I | Lit Collab | Prep |
| Elizabeth Fletcher | 306 | English III | U.S. History | Eng III CT* | | Prep Collab | US History * | English III CT |
| Tracey Hodges | | | 404 | 306 | 507 | Eng.I CT-204 | Lit Collab | English I (305) |
| B. Allen-Barton-LTS starting out | Multi | Eng IV-(204) | 204 | English IV*CT-507 | | Prep | Lit Collab | Eng. II -520 |
| **Math** | | | | | | | | |
| M. Norwood | 401 | Critical Reading | Academic Rdg | Academic Rdg | 401 | Prep | Spanish II, III | Academic Rdg |
| D. Brown | Room 404 | RTI | Journalism (40{ | Spanish-Nat | Stage | Prep | Spanish I- | Spanish I |
| G. Hamblock | 206 | | DRIVEN | DRIVEN | 206 | DRIVEN | RTI prep | Geometry*CT |
| S. Gatlin | 408 | Alg. II* CT | Math Collab | Geometry CT* | 408 | Geometry | Alg. II | Algebra II |
| K. Warren | 403 | Alg. I | Math Collab | Algebra I | 403 | Algebra I*CT | Alg I | Alg. I |
| D. Austin | 405 | PAP Geometry | Math Collab | Prep | 405 | AP Stat | AP Cal | Geometry |
| O. Berry | 409 | PreCal * CT | Math Collab | PAP Alg II | 409 | PAP Pre-Cal | Alg. II PAP | PreCal |
| L. Naumann | 406 | Statistics*CT | Math Collab | Algebra I | 406 | Statistics | Alg. II | PREP |
| Brandon Toombs | 403 | | | | | Prep | Alg. I | ALE Math 403 |
| **Science** | | | | | | | | |
| DeUndra Hutchins | 205 | DRIVN Bio | DRIVEN -Chem DRIVEN | | 205 | Biology | Biology | Driven Prep |
| Dakota Thompson | 505 | PAP Biology | Biology* CT | Biology | 505 | Biology | Biology TAG | Anatomoy |
| Will Lawson | 503 | Chemistry*CT | PAP TAG Chem | Chemistry | 503 | AP Chem | PAP TAG Chem | Chemistry |
| Nicholas | 305 | | | Env. Science | | Env. Science*CT | ALE Science | AP Env. Sci. |
| T. Thomas | 407 | Physical Sci | Chemistry | Physical Sci*CT | 407 | Physical Sci | PAP Phy. Sci | Phy. Sci. |
| **Electives** | | | | | | | | |
| Jerry Bruce | 702 | Credit Recovery | Credit Recovery | ALE Math | 308 | ALE English | ALE Science | Ath/History ALE |
| C. Lee | 506 | Freshman Sem | Freshman Sem | Freshman Sem | 506 | AVID IV | Freshman Sem | Prep Athletics |
| P. Laxson | 705 | Theatre I | Theatre II/III | Psych/Soc | 705 | PREP | PAP TAG Chem | Prep Forensics I-404 Forensic II, II-50 ALE Hist. 506 |
| Victoria Goodwin | Shop-707 | Prof Comm- Sta | Prof Comm-Stag | Prof Comm-Stage | | Stagecraft II/III | PREP | Stagecraft I Stagecraft I |
| **Social Studies** | | | | | | | | |
| E. Jenkins | 207 | DRIVEN | DRIVEN | DRIVEN | 207 | PREP | ALE English | DRIVEN Prep |
| Marc Gates | 512 | World History | AP World Hist | PAP Civ/Econ | 512 | Prep | Civics/Econ*CT | World History | Athletics |
| M Flowers | 514 | World History | World History* | C Civics/Econ | 514 | Prep | PAP WH/Geo | PAP CIv/Econ | Athletics |
| AnthonyTrentacosta | 518 | AVID I | AVID III | AVID I | 518 | Prep | AVID II | US History | AVID Site Coor |
| Marci Pasierb | 504 | Civic/Econ | US History | US History | | Prep | AP US | Civics/Econ | ALE US History |
| Cecilia Lock | Sem.Room 200 | OPEN | Freshman Semi | US History | | | World History | Civics/Econ | Freshman Semi |
| R. Hicks | 516 | Af. Am/Af Am | Psych/AfricanAr | Juvenile Just | 516 | Prep | Juvenile Just | Teen Court Prep Athletics |
| **Fines Arts** | | | | | | | | 52 |

Exhibit D

**EXHIBIT D**

| Teacher | Room | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---|---|---|---|---|---|
| Annie Darlin | 602 | Art Foundation | Draw 2,3 | Draw 1 | 602 | Craft/Pot 1,2,3 | PREP | Paint I/II | Draw 1 |
| D. Hurt | 601B | Art Foundation | Prep | Art Foundation | 602 | Art Foundation | PREP | Art Found (LS) | Visual Art App |
| D. Cooper | 701 | Band 1,2,3,4 | Prep | | | | | AP Mus Theory | Music App-601A |
| G. Bruce | 701 | Prep | Orch 1,2,3,4 | | | | | | |
| C. Gutierrez | Stage-ConHall | Dance I,II,III | | | | | | | |
| Emily Rounds | 701/off702 | | | | | | | Prep-Office 702 Vocal Music | |
| **CTE-Electives** | | | | | | | | | |
| ShaLIsa Dumas : In-School Solution | | | | | | | | | |
| R. Cooper | Gym | Phy. Education | Phy. ED | Strategies 4 Suc | Gym | ISS Coverage | PE Gym | Athlet. Dir./Prep Athletics | |
| B. Adams | 305B | Health/Health | Health/Health | Strategies 4 Suc | Gym | Strategies 4 Suc | Health | Athletics | ALE Coverage |
| A. Hill | 520 | JAG 1 | JAG 1 | Prep | 520 | JAG 1\2 | Jag Work | JAG Work | JAG Work |
| Lecia Willis | 507 | Survey of Bus | Survey of Bus. | Prep | 507 | Prog I | AP. Comp. Sci. | Survey of Bus | Survey of Bus |
| R. Forte | 305A | Tourism | Digital Mktg-15 | Prep | 305A | Survey of Bus | Dig. Mktg.-20 | Survey of Bus | Survey of Bus |
| Mary Harper | 303 | FACS | Human Rel | PREP | 702 | Food Nutrition | Food Nutrition | FACS | FACS |
| O. Brown | 308 | Life Span | FACS | Prep | 303 | Life Span | Life Span | FACS | FACS |
| Natalie Norwood | 502 | AV Tech Film | Int. AV Film | Prep | 502 | Graphic Design | ADV TV | Fincial Lit? | Graphic Design |
| N. Hoffman | 510 | EAST 1 | EAST I | EAST 2 | 510 | EAST 3 | Strategies | Prep | Athletics |
| LTC Brown | ROTC-800 | ROTC 1,2,3,4 | ROTC 1,2,3,4 | Prep/Inter* | ROTC | ROTC 1,2,3,4 | Prep | ROTC 1,2,3,4 | ROTC 1,2,3,4 |
| MSG Dunn | ROTC-800 | ROTC 1,2,3,4 | ROTC 1,2,3,4 | Prep/Inter* | ROTC | ROTC 1,2,3,4 | Prep | ROTC 1,2,3,4 | Athletics |
| V. Gonzalez | 520 | | | | | | Survey of Bus (520 | | |
| Amanda Davis | Media Center | | | Library Res. (207) | | | | | |
| **Special Education** | | | | | | | | | |
| W. Farrell | 508 | Math (1:8) | Math Collab | Math (1:8) | Resp List | Math (1:8) | Math (1:8) | Geometry*206 | Prep |
| Monica Gregory | Multi CH | Alg II * 408 | Math 1:15- aud | Geom* 408 | Resp List | Math (1:15)-aud | Science (1:8)-au | Science (1:15)-a | Prep |
| J. Turnage | 601A | Social Stud 1:15 | Read. 1:15 | Social Stud (1:15 | Resp List | English (1:15) | US History* 306 | English III * 204 | English II *304 |
| James Manbeck | multi | Eng I* 404 | Eng IV * 204 | Eng III* 306 | Resp List | Prep | Eng. (1:15) | Reading | Prep |
| Venus Boyd | Multi | Chemistry *503 | Biology* 505 | Physic Sci* 407 | Resp List | Env. Scien *504 | Sci (1:15)- 504 | Prep | |
| D. Bennett | 302B | English 1:8 | English 1:8 | English 1:8 | Resp List | SPED CONF | Prep | English 1:8 | English 1:8 |
| J. Hogue | 309 | Life Skills | Life Skills | Life Skills | Resp List | Life Skills | Gym | Art 601/prep | LitSkills/baseball |
| C. Bray | Media Center | ELD 2 | ELD 2 | EDL 2 | Resp List | EDL 2 | PREP /PLC | ESOL Push in | ESOL Push In |
| J. Gregory | Multi | Statistics*406 | World His* 514 | Transitions (303) | | Alg I* 403 | Soc. Skills (302E | Athletics-Girls Bl | Prep |
| A. Kelsey | Multi | Pre-Cal *409 | Social Skills (508) | English IV * 204 | | English I * 204 | Civ/Econ *207 | Athletics-Girls BB | Prep |

Hoffman will push into Naumann's 5th period Alg. II.

Coach Cooper will push into Ms. Warren 3rd-Alg. I

Brenda Adams will push inot Elizabeth Fletcher 3rd, push into Mrs. Swinton 4th.

## Class Location Updates

August 24, 2022, *L. Goins is V. Goodwin, K. Mahan is Mr. Vann-305   The # indicates Sharing

| Teacher | Room 1st | Room 2nd | Room 3rc | Room 4th | Room 5th | Room 6th | Room |
|---|---|---|---|---|---|---|---|
| Bryan Allen Barton # | Eng. IV-204 | Journalism-204 | Eng.IV-507 | Eng. I*CT -204 | Collab | Eng. II-305 | Athletics |
| V. Boyd # | | | | | On the cafeteria stage. | Science-Concert hall | Prep |
| Christie Bray # | ESL-Media Cente | ESL-Media Center | ESL-Media Center | ESL-Media Center | NO privacy or way to lock things | | |
| B. Clayton-LTS # | | Concert Hall Math | | Concert Hall-Math | Concert Hall-Science | Concert Hall-Science | Prep |
| P. Laxson # | | | | Prep | 404-Forensics | Forens. 2&3 506 | ALE Wo 516 |
| V. Goodwin # | Prof. Comm | | | | | | |
| K. Mahan/Mr. Vann # | No Lab | | Env. Science-305 | CT Env. Science-305 | ALE Science 702 | Prep | AP Env. Sci. -30 |
| Patricia Swinton | Eng. I CT-404 | Eng. IVCT-404 | Eng. I Scholars-404 | Eng. I-404 | Collab | Prep | Eng. I Scholar: |
| Joseph Gregory | | | 303 | 303 | | | |
| Olivia Brown | Classes 308 | | | | | | |
| J. Turnage | 601 | | | | | | |

4

EXHIBIT E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S. Dumas-ISS | 703 | | | | | | |
| Diana Brown # | ELA new 9/12 | Journalism | both need a location since she has been at Mills Middle. | | | | |
| Celia Lock | | Seminar room | Seminar room | Seminar room | | Seminar room | Seminar room |
| Tracey Hodges # | | | | 204 | Collab | 305 | Prep |

Aaron Kelsy shared 302   4th period



925 East Dixon Road
Little Rock, AR 72019
501.234.2000
pcssd.org

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

## Board of Education Meeting Minutes
[Tuesday, July 13, 2021 6:00p.m.]

**In Attendance:** Tina Ward, Alicia Gillen, Brian Maune, Eli Keller, Stephen Delaney, Shelby Thomas

**Absent:** Dr. Linda Remele

### Call to Order
Shelby Thomas
*Mr. Thomas called the meeting to order at 6:00 p.m.*

### Roll Call
Stephen Delaney

### Pledge of Allegiance

### Public Comments
There was one public comment from State Representative Mark Lowery. Mr. Lowery shared that he had received phone calls from Maumelle area teachers regarding a vaccination passport being required as a condition of employment. He stated that there was no law requiring such. Mr. Lowery also shared that bills regarding Critical Race Theory, privilege teachings, etc were not passed during legislation; however an opinion from the attorney general's office that would reiterate that those kinds of teachings would violate the Equal Protection Clause and the Civil Rights Act of 1964, therefore a constitutional violation. He added that by law parents have the right to review instructional and curriculum materials and protest it through the proper channels. In closing, Mr. Lowery stated that he wanted to bring these items to the Board's attention and that he is available as a resource to the District, if needed.

### Certified P.P.C. Presentation
There was no Certified PPC Presentation.

### Classified P.P.C. Presentation
There was no Classified PPC Presentation.

### Reports

### School Choice Applications Report
Dr. Janice Warren presented a report regarding the number of School Choice Applications received, accepted and rejected for the 2021-2022 school year.

**EXHIBIT F**
*Exhibit F*

Case 4:82-cv-00866-DPM   Document 5808-1   Filed 12/30/22   Page 9 of 9



925 East Dixon Road
Little Rock, AR 72019
501.234.2000
pcssd.org

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

Approval of 2nd Lien Bond Application – Jack Truemper, Stephens, Inc.
    Vote to approve Approval of 2nd Lien Bond Application
    - Motion by Stephen Delaney
    - Seconded by Alicia Gillen
    In Favor
    Brian Maune, Shelby Thomas, Stephen Delaney, Eli Keller, Alicia Gillen, Tina Ward
    Opposed
    (None)
    Motion passed

Update on Potential Refunding of August 23, 2017 Bond Issue and Approval to Proceed
    Vote to approve Update on Potential Refunding of August 23, 2017 Bond Issue and Approval to Proceed
    - Motion by Alicia Gillen
    - Seconded by Brian Maune
    In Favor
    Brian Maune, Shelby Thomas, Stephen Delaney, Eli Keller, Alicia Gillen, Tina Ward
    Opposed
    (None)
    Motion passed

## Comments from the Board

Mr. Keller expressed that he was impressed with Dr. Smith's leadership over Elementary and Secondary education in the District, so much so he stated that one of her principals has gone on to be Superintendent at another District. Mr. Keller stated that he would be revisiting the proposal for a stipend for Dr. Smith at the next board meeting.

Ms. Ward thanked the Pulaski County Sheriff's Office (PCSO) for their development and participation in a program for the children of the Sweet Home area. She shared that this program should help with decreasing discipline during the upcoming school year. Ms. Ward stated that the PCSO would like to do more with our students with the proper authority from administration. Additionally, Ms. Ward expressed her concern regarding the increasing number in positive cases of the COVID-19 Delta variant health and safety of those younger students who are not eligible to receive the vaccine. She stressed the importance of transparency and having those real conversations about how to keep our kids safe when masks are optional and not every staff member is vaccinated.

## Superintendent's Comments

Dr. McNulty started by announcing our two newest administrators to join the District, Mr. Echols and Ms. Saine. He thanked Representative Lowery for his attendance and comments and shared that he was not a part or aware of a vaccine passport. Dr. McNulty expressed his support for substitute teacher rate increases and appreciates their hard work this past school year. He shared that we are working hard as a District and that he appreciates Ms. Wards' comments and to add to that, our roles don't matter, it's what we do for kids that matters. Dr. McNulty continued that the school should be a safe place for students and how we approach the variant but the Arkansas legislature states we have to have options, while following recommended CDC