# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*       PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*      DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN      INTERVENORS

## ORDER

The Court appreciates and approves PCSSD's latest facilities report, *Doc. 5805*. All the changes proposed are reasonable and prudent. The Court confirms its prior Orders about PCSSD's remaining obligations at Mills. In particular, no additional report is required until July absent some material change in the approved plan, such as on the ROTC facilities. Intervenors should—along with other interested individuals—express their thoughts, suggestions, and concerns fully in the quarterly public meetings. All matters of detail, though important of course, are now in PCSSD's capable hands. Monitoring PCSSD's compliance with the court-approved plan for truing-up the facilities does not extend to managing those details.

Intervenors should monitor the big picture. PCSSD continues to demonstrate its good faith, and the District should press on.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2023