IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                        DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                          INTERVENORS

## ORDER

PCSSD's unopposed motion, *Doc. 5813*, is granted. The District's plan for improvements at Mills University Studies High School is amended. A new ROTC facility will be built as specified, *Doc. 5813 at 3-4 and Exhibit 8 at 1*, and in compliance with Cadet Command Regulation 145-2, § 3-5(g). This is another salutary change.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 January 2023