# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                              **PLAINTIFF**

V.                          NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                                   **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                  **INTERVENORS**

## MOTION FOR WITHDRAWAL OF COUNSEL

Comes now Defendant Pulaski County Special School District, through its law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. and states as follows:

1. On 15 February 1983, M. Samuel Jones III appeared as counsel in this case for the Pulaski County Special School District. As the Court previously recognized, "He has well and faithfully represented PCSSD as lead counsel in the decades since." *Doc. 5574, p. 1*.

2. In 2020, Mr. Jones informed the Court that he would be serving in the capacity of providing advice and direction, but would not be trial counsel in this matter. *Doc. 5574, p. 2*.

3. Now, Mr. Jones is retiring from the practice of law and wishes to be removed as counsel of record in this case.

2. PCSSD desires for Devin Bates of Mitchell Williams, as well as Jay Bequette and Cody Kees of Bequette, Billingsley, and Kees to continue to represent it in this matter.

3. This Motion is not made for purposes of delay, and no party should be prejudiced by the relief sought.

9043937.1

WHEREFORE, Defendant Pulaski County Special School District and its counsel respectfully request that this Motion be granted, and for all other and proper relief.

> Devin R. Bates (Ark. Bar No. 2016184)
> MITCHELL, WILLIAMS, SELIG,
> GATES & WOODYARD, P.L.L.C.
> 425 West Capitol Avenue, Suite 1800
> Little Rock, Arkansas 72201
> Telephone: (501) 688-8800
> Facsimile: (501) 688-8807
> dbates@mwlaw.com
>
> and
>
> M. Samuel Jones III (Ark. Bar No. 76060)
> *may be contacted through Devin Bates*
>
> and
>
> Jay Bequette
> Cody Kees
> Bequette Billingsley & Kees, P.A.
> 425 West Capitol Ave., Suite 3200
> Little Rock, Arkansas 72201
> Telephone: (501) 374-1107
> Facsimile: (501) 374-5092
> Mobile: (501 590-4500
> jbequette@bbpalaw.com
> ckees@bbpalaw.com
>
> ***Attorneys for Pulaski County Special School District***