IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                         DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                          INTERVENORS

## ORDER

M. Samuel Jones III's motion to withdraw as counsel for the Pulaski County Special School District, Doc. 5815, is granted. The Court wishes him well in retirement.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 February 2023