IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　　　INTERVENORS

ORDER

The McClendon Intervenors' unopposed motion for attorney's fees and monitoring fees of $38,002.50 for work through the end of 2022, *Doc. 5817*, is granted. This amount reflects a good faith compromise. While the Court might have sorted things slightly differently, in particular on some of the hourly rates, the parties' agreed total is reasonable. The Court appreciates the parties' collaboration on this issue. In the future, to regularize consideration of monitoring-related fees, please follow the drill specified in *Doc. 5804* each year.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2023