IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                               PLAINTIFFS

VS.                             Case No. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL                                       DEFENDANT
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*

EMILY MCCLENDON, TAMARA EACKLES,                                    INTERVENORS
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN

## **MOTION TO WITHDRAW AS COUNSEL FOR INTERVENORS**

Comes Joyce Raynor with J. Raynor Carr & Associates, P.C. respectfully moves the Court for an Order relieving her as counsel for Intervenors.

Intervenors will still have adequate representation from remaining counsel, Attorney Austin Porter, Jr. and Attorney Robert "Bob" Pressman.

WHEREFORE, undersigned counsel respectfully prays that the Court enter an Order relieving her and her firm, J. Raynor Carr & Associates, P.C. as counsel for the Intervenors.

Respectfully submitted,

Joyce Raynor,
Ark. Bar No.: 2005099/Tex. Bar No.: 00789572
J. Raynor Carr & Associates, P.C.
9894 Bissonnet, Suite 243
Houston, Texas 77036
Tel: (713) 988-5533
Fax: (281) 438-0982
Email: Jraynorcarr@gmail.com

## CERTIFICATE OF SERVICE

I do, hereby, certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, Central Division and served on the following Counsel of Record on this 5th day of May 2023 by using the CM/ECF filing system.

Austin Porter, Jr.
323 Center Street, Suite 1035
Little Rock, AR 72201
Aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA 02421
Pressmanrp@gmail.com

Devin R. Bates
425 West Capitol Ave., Ste. 1800
Little Rock, AR 72201
Dbates@mwlaw.com

Scott P. Richardson
1020 W. 4th Street, Ste. 410
Little Rock, AR 72201
Scott@mrcfirm.com

Jay Bequette
425 West Capitol Ave., Ste. 3200
Little Rock, AR 72201
Jbequette@bbpalaw.com

By Joyce Raynor

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | PLAINTIFFS |
| VS.    Case No. 4:82-CV-00866 DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT, *et al.* | DEFENDANT |
| EMILY MCCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN | INTERVENORS |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR INTERVENORS**

Came on to be heard Joyce Raynor's Motion to Withdraw as Counsel for Intervenors. Having considered the pleading in this matter, the Court, hereby, GRANTS, the motion.

SIGNED ON THIS _____ day of May 2023.

_____
Honorable D. P. Marshall, Jr.
U.S. District Court Judge