IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**            **PLAINTIFF**

V.            NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**            **DEFENDANTS**

**EMILY McCLENDON, ET AL.**            **INTERVENORS**

## JULY 1, 2023 FACILITIES STATUS REPORT

Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I.    Introduction**

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file biannual status reports, including a 1 July 2023 status report on the ongoing facilities project at Mills University Studies High School. *Doc. 5776*, p. 3. As ordered, PCSSD hereby submits this facilities status report.

1

II.     **Update**

Several contributing factors and situations have coalesced to result in a slowing of facilities work at PCSSD. First, economic factors beyond anyone's control have greatly complicated the facilities work. Inflation is higher than when PCSSD made the Plan, and even beyond general macroeconomic reports of inflation, costs in the construction industry have soared. Further, PCSSD has been dealing with the fact that this is a microeconomic reality in the Central Arkansas market. PCSSD continues to work diligently to control costs and finalize construction plans in the face of these formidable cost challenges. Precise figures are not yet known, but the discussion has ranged from the initial estimate of $19 million to figures approaching nearly double that number. Bidding for this work has not occurred yet and until the bidding is complete and contracts are signed, the cost is still a moving target. As such, this is a moving target due to economic factors.

Second, the advent of the Arkansas LEARNS Act of 2023 in February/March 2023 has created some financial challenges at PCSSD. Implementing the various LEARNS Act mandates will cost PCSSD an estimated $6.8 million annually. The State has not guaranteed funding to cover these mandates. Estimates of what the State may provide are in the vicinity of $4.7 million, and as such it is indisputable that the Arkansas LEARNS Act has presented PCSSD with unfunded mandates. Questions about how much funding may be provided by the State to cover the new mandates remain and must be planned and budgeted for.

Third, even separate and apart from the estimated $6.8 million that must be spent annually at PCSSD to comply with the LEARNS Act mandates, the law in Arkansas has changed in a way that could result in higher building costs. Recent changes to the Arkansas Fire Code require that new school construction projects must include storm shelters capable of accommodating the maximum number of people that the building can hold. Act 764 of 2023 further changed the

Arkansas Fire Code storm shelter requirements. There are still some questions about how Act 764 applies. In the context of Mills University Studies High School, this potentially presents a multi-million-dollar variable if PCSSD is now required to construct a safe room for the increased capacity or square footage of the 2,200 seat arena and the extra classroom space, as opposed to needing a safe room for the daily student enrollment and faculty roster at the school, which would be a number less than half of 2,200.

Finally, the work to be done at Mills University Studies High School is being done in the same general timeframe as other facilities work to be undertaken at PCSSD. This work comes part-in-parcel with the district-wide campaign to restructure or extend existing bonds. *Doc. 5736, p. 14*. This funding proposal was presented to, and approved by, the voters. *Doc. 5798, p. 6*. This was not a change in the millage rate and did not result in a tax hike. However, it did make an alternative and more favorable funding source available to PCSSD to fund the work at Mills University Studies High School. From that district-wide bond campaign, PCSSD generated approximately $80 million. As PCSSD previously reported, this successful bond restructuring campaign made funds available to do some additional facilities work in the district, anticipated at Maumelle High School, Sylvan Hills High School, Harris Elementary School, College Station Elementary School, Robinson High School, and Baker Elementary School. *Doc. 5798, p. 6*. While these other campuses and other projects are not part of the comparison between Mills University Studies High School and Robinson Middle School that is now the controlling legal inquiry, *Doc. 5730, pp. 30-31*, these other projects are related with the task at hand to the extent that there is a finite amount of funds. These other projects are subject to the same aforementioned economic variables and changes in the law (i.e., storm shelters required at other new schools, not just at Mills).

At bottom, the unfunded LEARNS Act mandates, changes to Arkansas law about storm shelters, economic variables, and the fact that the Mills-Robinson Inequity square-up work is being paid for out of an $80 million pot of money that is also being used to pay for other facilities projects present PCSSD with a path forward that needs to be strategically navigated. These contributing factors and situations have coalesced to present a situation where there may possibly be more facilities projects on the table than there is money to pay for all of them. While no such determination as such has been made, the possibility is present. PCSSD is planning, preparing, and proceeding cautiously.

Because of the confluence of these various contributing factors and situations, proceeding with the Mills University Studies High School project is not as simple as proceeding with the previously planned construction at whatever the cost. PCSSD is exploring ways in which it can both fully follow through with its Plan to remedy the Mills-Robinson Inequity while also doing so in a manner that does not hobble the other efforts of the District.

In light of the foregoing, two points of reassurance may be helpful. First, PCSSD is proceeding with the following Court Order at the forefront: "The Court's directive is simply to keep prioritizing the Mills projects, as the District has done." *Doc. 5804, p. 3*. Given how complex the financial situation has become, PCSSD has slowed the facilities work so that when it does proceed it can proceed with the Mills project as a priority. Following that point is another very important observation. Second, resulting from the district-wide bond campaign, PCSSD generated approximately $80 million, of which over $60 million remains uncommitted. That observation is important because of the history of the concurrent construction of Robinson Middle School and Mills University Studies High School that produced the Mills-Robinson Inequity. Some work has been completed at Maumelle, but at this point the other possible projects are all on hold until

PCSSD determines the best course to proceed. In other words, PCSSD is proceeding in a way that is mindful of the history that created the Mills-Robinson Inequity so that this history is not repeated. While these setbacks have certainly impacted the timing and slowed the project, PCSSD is proceeding cautiously so that the Mills-Robinson Inequity can be fully remedied as a priority and so that this work does not get put in line behind a different project that uses up the available funds.

### III. Timeline

PCSSD previously reported a timeline set out in the Plan. *Doc. 5798, pp. 1-2*. Following from the above, PCSSD is now behind on that timeline. PCSSD anticipates that at its July or August 2023 meeting, the PCSSD Board of Education will be presented with a viable option to proceed and recommence the Mills project. While the completion date will inevitably be later than initially reported, *Doc. 5798, pp. 1-2*, PCSSD believes that it can still complete the project for the beginning of the 2025-2026 school year as the Court previously stated. *Doc. 5776, p. 3*. If the Court desires a more detailed estimate on the timeline of completion, PCSSD proposes that it file a special status update in September 2023 after the Board's July or August 2023 meeting.

### IV. Meetings

PCSSD held a community meeting on 4 May 2023 at 6:00 p.m. and has another meeting scheduled to occur on 9 August 2023 utilizing both virtual and in-person means. PCSSD heard from community members, and PCSSD used this input in further refining the Plan. The Intervenors, appearing through Rep. Joy Springer, appeared for, and participated in, the May meeting.

PCSSD recorded the May community meeting and has uploaded that meeting to its YouTube Channel so that the public can review the meeting at any time. The URL address for this

publicly posted meeting is reported below, not as an exhibit that requires Court review, but rather so that the location of this video can be included in this record for ease of access by anyone later wishing to view the meeting:

   4 May 2023: https://www.youtube.com/watch?v=IqCsZSk9gHQ

                            Devin R. Bates (2016184)
                            MITCHELL, WILLIAMS, SELIG,
                            GATES & WOODYARD, P.L.L.C.
                            425 West Capitol Avenue, Suite 1800
                            Little Rock, Arkansas 72201
                            Telephone:  (501) 688-8800
                            Facsimile:  (501) 688-8807
                            dbates@mwlaw.com

                            and

                            Jay Bequette
                            Cody Kees
                            Bequette Billingsley & Kees, P.A.
                            425 West Capitol Ave., Suite 3200
                            Little Rock, Arkansas 72201
                            Telephone:  (501) 374-1107
                            Facsimile:  (501) 374-5092
                            Mobile: (501 590-4500
                            jbequette@bbpalaw.com
                            ckees@bbpalaw.com

                            ***Attorneys for Pulaski County Special School District***