**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                    **PLAINTIFF**

**V.**                              **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                        **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                       **INTERVENORS**

<u>**NOTICE OF APPEARANCE OF SHARNAE Y. DIGGS**</u>

Comes now Sharnae Y. Diggs, with the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and enters her appearance as counsel of record on behalf of Defendant Pulaski County Special School District for all purposes in this action.  The undersigned requests notice of all pleadings, orders, hearings and other matters that pertain to this action.

> Sharnae Y. Diggs (AR Bar No. 2018130)
> MITCHELL, WILLIAMS, SELIG,
> GATES & WOODYARD, P.L.L.C.
> 425 West Capitol Avenue, Suite 1800
> Little Rock, Arkansas 72201
> Telephone:  (501) 688-8800
> Facsimile:  (501) 688-8807
> sdiggs@mwlaw.com