IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.     No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

## AMENDED STATUS REPORT

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Amended Status Report to include the previously omitted Exhibit A:

1. **Jacksonville Middle School**

JNPSD completed construction of the Jacksonville Middle School ("JMS") in the summer of 2021. The State made its final reimbursement payment the $8.07 million total Partnership Program funding available in November 2022. This Court approved completion of phase two of the JMS project on February 17, 2022. DE # 5786. That addition has been completed in time for the beginning of the 2023-24 school year starting in August 2023.

2. **Elementary School Replacement for Pinewood and Dupree Elementary Schools**

JNPSD completed construction of Jacksonville Elementary School ("JES") in December of 2021. It opened to students in January 2022. JNPSD has received about

1

97% of the about $7.0 million in State Academic Facilities Partnership Program funding that the State committed to provide.

### 3. Taylor Elementary School and Bayou Meto Elementary School

Construction started on both Bayou Meto and Taylor Elementary Schools in early 2023. They are scheduled for completion in August 2024 for the beginning of the 2024-25 school year. However, extremely wet site conditions that arose in early 2023 could delay construction completion. This would push school opening to January 2025.

The two schools will have substantially the same design for 460 students and about 60,000 square feet of floor space. Both will be substantially equal to Lester Elementary School (and JES) in design and amenities. New Taylor Elementary is being built on land bordering the existing school site. New Bayou Meto Elementary School is being built north of the current site on State Highway 107.

*Funding*: The Division of Public School Facilities and Transportation ("DPSAFT") approved replacement of Bayou Meto Elementary School and Partnership funding for the project of about $4.7 million. The General Assembly appropriated sufficient funds to support the full $4.7 million in year two of the 2021-23 Partnership Funding cycle.

Unfortunately, the State's reluctance to fund Taylor Elementary School has continued. In 2022, DPSAFT approved Taylor Elementary School for Partnership Program funding for full replacement of the facility. Thus, the State committed to

contribute about $8.3 million of state funding for the Taylor Elementary School project.

In the 94th General Assembly, the Arkansas Legislature appropriated funds for the Partnership Program. It, however, did not appropriate sufficient funds to reach the Taylor Elementary School replacement project. Consequently, On May 8, 2023, the Commission for Arkansas Public School Academic Facilities and Transportation met and failed to allocate funding to the Taylor Elementary School project. Attached as Exhibit A, is a list of approved projects for the 2023-25 Partnership funding cycle. Of the 45 approved projects, 18 received funding. It appears that $36,197,949.29 remains to be allocated to projects, but this will not provide funding for Taylor Elementary School.

On May 24, 2023, JNPSD met with Arkansas Secretary of Education Jacob Oliva and his staff. The JNPSD team explained the unique situation faced by JNPSD. Division of Elementary and Secondary Education ("DESE", formerly ADE) suggested that funding might come available in year two of the 2023-25 Partnership funding cycle. But, no guarantees were made. Secretary Oliva committed to consider whether Taylor Elementary might receive funding through the State's Extraordinary Needs program and notify JNPSD of his conclusion. To date, however, JNPSD continues to wait on a response.

Respectfully Submitted,

Scott P. Richardson  (2001208)
McDaniel, Wolff, & Benca PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954-8000
866.419.1601 fax
scott@mwbfirm.com


Attorney for Jacksonville/North Pulaski School District

4