**Academic Facilities and Transportation**
**2023-2025 Academic Facilities Partnership Program Projects - Sorted by Project Ranking**

The State Financial Participation indicated on this list constitutes the Total State Financial Participation as calculated using information contained in the application.  The Final State Participation will be determined in accordance with the Rules Governing the Academic Facilities Partnership Program and will consist of the lessor of the State Financial Participation as determined and included in the Partnership Agreement or the actual construction cost.  The Division reserves the right to adjust the final State Financial Participation in accordance with the partnership Program rules.

A Partnership Program Project Agreement for each approved and funded project must be executed by the school district and the Division within 60 days of the Commission's funding. The project must be under construction, as evidenced by a signed construction contract within 18 months from the Commission's funding and must be completed, final Division construction inspection and final payment request submitted within four(4) years of the Commission's funding.

School districts wishing to appeal a determination on this project list must do so in accordance with the Rules Governing Appeals from Determinations of the Arkansas Division of Public School Academic Facilities and Transportation dated December 31, 2018.

Academic Facilities and Transportation
2023-2025 Academic Facilities Partnership Program Projects - Sorted by Project Ranking

**Year 1 Warm, Safe, Dry 2023-2025 Partnership Projects**

| WSD Statewide Needs List Ranking | Wealth Index Ranking | Maintenance Ranking | Overall | Project # | District | Project Name | State Financial Participation Total | State Financial Participation Running Total | Date of Funding |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 8 | 106 | 41.1 | 2324-3804-001 | Hoxie | New K-6 Elementary School | $14,941,562.98 | $14,941,562.98 | May 8, 2023 |
| 21 | 42 | 169 | 56.9 | 2324-4702-005 | Blytheville | HS Roofs Renovations | $663,939.41 | $15,605,502.39 | May 8, 2023 |
| 66 | 64 | 43 | 60.8 | 2324-2903-001 | Hope | Yerger JHS Gym WSD Systems Replacement | $652,208.81 | $16,257,711.20 | May 8, 2023 |
| 51 | 12 | 175 | 64.1 | 2324-1803-001 | West Memphis | HS HVAC Renovation | $3,768,199.52 | $20,025,910.73 | May 8, 2023 |
| 1 | 169 | 104 | 72 | 2324-4801-001 | Brinkley | Replace HS | $6,972,919.58 | $26,998,830.31 | May 8, 2023 |
| 116 | 14 | 99 | 82 | 2324-5608-001 | East Poinsett County | New 7-12 | $8,454,698.68 | $35,453,528.99 | May 8, 2023 |
| 26 | 169 | 104 | 84.5 | 2324-4801-002 | Brinkley | Replace ES - Partee ES | $6,800,727.60 | $42,254,256.59 | May 8, 2023 |
| 34 | 162 | 126 | 90.8 | 2324-1002-103 | Arkadelphia | Replace HS | $16,929,399.85 | $59,183,656.44 | TBD |
| 58 | 115 | 156 | 94.7 | 2324-6002-001 | North Little Rock | MS Demo and Addition | $20,871,050.33 | $80,054,706.78 | TBD |
| 187 | 21 | 26 | 105 | 2324-6201-001 | Forrest City | JHS HVAC Renovations | $3,729,905.45 | $83,784,612.22 | TBD |
| 40 | 152 | 209 | 107.4 | 2324-1101-001 | Corning | New HS Space Replacement | $12,813,728.84 | $96,598,341.06 | TBD |
| 12 | 191 | 223 | 107.9 | 2324-7001-002 | El Dorado | New ES - Replace Yocum ES and Barton JHS | $6,098,079.02 | $102,696,420.08 | TBD |
| 117 | 211 | 39 | 129.6 | 2324-3510-001 | White Hall | Hardin ES Roof Renovations | $486,356.43 | $103,182,776.52 | TBD |
| 83 | 198 | 163 | 133.5 | 2324-7206-200 | Prairie Grove | JHS Replace 5th/6th Grade Building | $3,995,909.71 | $107,178,686.22 | TBD |
| 176 | 117 | 122 | 147.5 | 2324-3211-001 | Midland | HS Space Replacement | $1,703,310.09 | $108,881,996.31 | TBD |
| 200 | 211 | 39 | 171.1 | 2324-3510-002 | White Hall | Moody ES Roof Renovations | $590,613.17 | $109,472,609.48 | TBD |
| 159 | 205 | 158 | 172.6 | 2324-0303-001 | Mountain Home | New High School Phase I | $4,812,084.62 | $114,284,694.10 | TBD |
| 242 | 168 | 35 | 178.4 | 2324-7207-006 | Springdale | George ES | $1,186,828.43 | $115,471,522.53 | TBD |
| 258 | 76 | 138 | 179.4 | 2324-3505-002 | Pine Bluff | Matthews ES HVAC, Fire Alarm | $2,143,611.08 | $117,615,133.61 | TBD |
| 203 | 150 | 197 | 185.9 | 2324-6004-010 | Jacksonville-No Pulaski | New ES - Replace Taylor ES | $8,259,089.50 | $125,874,223.11 | TBD |
| 273 | 133 | 149 | 206.2 | 2324-7201-002 | Elkins | ES Roof | $581,389.51 | $126,455,612.63 | TBD |
| 496 | 13 | 231 | 298.1 | 2324-1802-001 | Earle | HS Roof Replacement | $1,755,353.83 | $128,210,966.46 | TBD |
| 541 | 113 | 82 | 320.8 | 2324-1106-001 | Rector | HS Replacement | $5,804,180.77 | $134,015,147.23 | TBD |
| 537 | 101 | 117 | 322.2 | 2324-1003-003 | Gurdon | Districtwide Fire Alarm Replacement | $233,736.72 | $134,248,883.95 | TBD |
| 654 | 16 | 23 | 336.4 | 2324-5403-003 | Helena-West Helena | JF Wahl Roof Renovations | $1,654,533.95 | $135,903,417.89 | TBD |
| 604 | 33 | 173 | 346.5 | 2324-5502-001 | Centerpoint | MS HS Security Upgrades | $371,986.13 | $136,275,404.03 | TBD |
| 685 | 19 | 102 | 368.6 | 2324-7307-003 | Riverview | HS JHS Enclosed Corridor | $244,165.42 | $136,519,569.45 | TBD |
| 672 | 131 | 135 | 402.3 | 2324-2307-003 | Vilonia | HS Secure Entrance | $111,127.61 | $136,630,697.06 | TBD |
| 789 | 1 | 217 | 438.2 | 2324-2703-001 | Poyen | HS Security Upgrades | $354,352.28 | $136,985,049.34 | TBD |
| 789 | 1 | 217 | 438.2 | 2324-2703-003 | Poyen | HS Multi-Purpose Gym Security Upgrades | $90,379.89 | $137,075,429.24 | TBD |
| 823 | 1 | 217 | 455.2 | 2324-2703-002 | Poyen | ES Security Upgrades | $301,344.39 | $137,376,773.63 | TBD |
| 752 | 175 | 205 | 469.5 | 2324-7403-001 | McCrory | ES Renovations | $688,298.73 | $138,065,072.36 | TBD |
| 956 | 33 | 173 | 522.5 | 2324-5502-003 | Centerpoint | ES Security Upgrades | $493,013.10 | $138,558,085.46 | TBD |
| 865 | 192 | 189 | 527.9 | 2324-7202-101 | Farmington | Roof Replacement Williams ES | $827,723.04 | $139,385,808.51 | TBD |

**Year 1 Space 2023-2025 Partnership Projects**

**Academic Facilities and Transportation**
**2023-2025 Academic Facilities Partnership Program Projects - Sorted by Project Ranking**

| Space Statewide Needs List Ranking | Wealth Index Ranking | Maintenance Ranking | Overall | Project # | District | Project Name | State Financial Participation Total | State Financial Participation Running Total | Funding Remaining | Date of Funding |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 104 | 92 | 70.1 | 2324-4502-001 | Yellville | HS classroom addition | $2,031,978.61 | $2,031,978.61 | $56,817,273.89 | May 8, 2023 |
| 17 | 133 | 149 | 78.2 | 2324-7201-001 | Elkins | MS Addition | $2,638,810.69 | $4,670,789.30 | $54,178,463.20 | May 8, 2023 |
| 74 | 98 | 148 | 96 | 2324-3306-002 | Izard Co. | ICC ES Addition | $1,358,885.90 | $6,029,675.20 | $52,819,577.30 | May 8, 2023 |
| 74 | 98 | 148 | 96 | 2324-3306-003 | Izard Co. | ICC HS Addition | $1,005,352.67 | $7,035,027.87 | $51,814,224.63 | May 8, 2023 |
| 106 | 69 | 150 | 103.7 | 2324-1613-001 | Riverside | West ES Addition | $1,953,166.20 | $8,988,194.07 | $49,861,058.43 | May 8, 2023 |
| 141 | 35 | 127 | 106.4 | 2324-7504-001 | Dardanelle | HS - Construct Agriculture/ALE Building | $1,360,983.98 | $10,349,178.06 | $48,500,074.44 | May 8, 2023 |
| 133 | 50 | 233 | 128.1 | 2324-1305-001 | Cleveland Co. | Rison HS Cafeteria Dining Expansion | $339,328.70 | $10,688,506.75 | $48,160,745.75 | May 8, 2023 |
| 68 | 203 | 186 | 132.1 | 2324-6602-001 | Greenwood | Chaffee New ES | $4,073,949.25 | $14,762,456.00 | $44,086,796.50 | May 8, 2023 |
| 159 | 190 | 180 | 172.5 | 2324-1804-001 | Marion | New K-6 Magnet | $5,878,077.11 | $20,640,533.12 | $38,208,719.38 | May 8, 2023 |
| 163 | 206 | 146 | 172.5 | 2324-6303-101 | Bryant | JHS Additions Phase 2 | $1,321,642.85 | $21,962,175.97 | $36,887,076.53 | May 8, 2023 |
| 166 | 185 | 183 | 175.1 | 2324-2605-001 | Lake Hamilton | HS Gym Conversion | $689,127.24 | $22,651,303.21 | *$36,197,949.29 | May 8, 2023 |

*Once ALC approves Partnership Rules then this amount will be transferred over to WSD Year 1 Project List and more WSD Year 1 Project List will be funded

5/18/2023 TC 3 Updated

**Academic Facilities and Transportation**
**2023-2025 Academic Facilities Partnership Program Projects - Sorted by Project Ranking**

Year 2 Warm, Safe, Dry 2023-2025 Partnership Projects

| WSD Statewide Needs List Ranking | Wealth Index Ranking | Maintenance Ranking | Overall | Project # | District | Project Name | State Financial Participation Total | State Financial Participation Running Total | Date of Funding |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 168 | 35 | 63.9 | 2425-7207-010 | Springdale | Jones ES - Replace Buildings | $7,851,213.85 | $7,851,213.85 | |
| 22 | 168 | 35 | 68.4 | 2425-7207-016 | Springdale | Westwood ES Replace Buildings | $8,645,666.70 | $16,496,880.56 | |
| 16 | 156 | 73 | 69.4 | 2425-6601-003 | Fort Smith | Howard ES Main Bldg WSD Room | $345,342.89 | $16,842,223.44 | |
| 27 | 168 | 35 | 70.9 | 2425-7207-012 | Springdale | Elmdale ES - Replace Buildings | $9,791,807.15 | $26,634,030.59 | |
| 85 | 84 | 79 | 83.5 | 2425-4301-001 | Lonoke | Primary Replacement | $9,035,260.17 | $35,669,290.76 | |
| 70 | 148 | 44 | 88.2 | 2425-4605-002 | Texarkana | Fairview ES Fire Alarm Replacement | $55,757.10 | $35,725,047.87 | |
| 140 | 28 | 93 | 97 | 2425-5604-001 | Marked Tree | K-2 Space Replacement | $3,822,806.01 | $39,547,853.88 | |
| 29 | 206 | 146 | 105.5 | 2425-6303-762 | Bryant | ES Systems Replacement | $3,651,365.74 | $43,199,219.62 | |
| 89 | 156 | 73 | 105.9 | 2425-6601-002 | Fort Smith | Beard ES Main Bldg WSD Roof | $608,528.62 | $43,807,748.23 | |
| 92 | 156 | 73 | 107.4 | 2425-6601-004 | Fort Smith | NS HS Field House & Science Wing WSD Roof | $1,069,184.57 | $44,876,932.80 | |
| 145 | 58 | 114 | 112.7 | 2425-4201-111 | Booneville | New JHS WSD Space Replacement | $11,613,357.02 | $56,490,289.82 | |
| 83 | 198 | 163 | 133.5 | 2425-7206-201 | Prairie Grove | JHS (MS) Roof Replacements | $399,199.56 | $56,889,489.38 | |
| 220 | 72 | 19 | 135.4 | 2425-1703-240 | Mountainburg | HS Cafeteria Renovations | $1,172,564.59 | $58,062,053.96 | |
| 177 | 110 | 178 | 157.1 | 2425-1402-001 | Magnolia | East Side ES Building Replacement | $4,462,613.17 | $62,524,667.13 | |
| 243 | 156 | 73 | 182.9 | 2425-6601-005 | Fort Smith | SSHS Fine Arts Wing Roof Replacement | $572,118.44 | $63,096,785.58 | |
| 206 | 219 | 83 | 185.3 | 2425-1611-012 | Nettleton | UH ES Roof Renovations | $581,630.87 | $63,678,416.45 | |
| 270 | 71 | 193 | 194.9 | 2425-5301-001 | East End | HS Demolotion/Addition | $3,922,568.71 | $67,600,985.16 | |
| 337 | 156 | 73 | 229.9 | 2425-6601-001 | Fort Smith | Barling ES Main Bldg WSD Roof | $1,001,850.46 | $68,602,835.62 | |
| 421 | 63 | 97 | 248.8 | 2425-3002-003 | Glen Rose | ES MS HS - Districtwide Security Upgrades | $764,780.93 | $69,367,616.55 | |
| 421 | 63 | 97 | 248.8 | 2425-3002-004 | Glen Rose | Districtwide Fire Alarm Replacement | $284,016.35 | $69,651,632.90 | |
| 383 | 183 | 56 | 257.6 | 2425-7007-001 | Parkers Chapel | HVAC Replacement Districtwide | $657,255.99 | $70,308,888.89 | |
| 497 | 148 | 44 | 301.7 | 2425-4605-001 | Texarkana | Trice ES Fire Alarm Replacement | $102,953.49 | $70,411,842.39 | |
| 556 | 28 | 93 | 305 | 2425-5604-002 | Marked Tree | HS Renovations | $923,634.49 | $71,335,476.87 | |
| 507 | 176 | 230 | 352.3 | 2425-5503-001 | Kirby | HS ES Roof | $1,028,834.03 | $72,364,310.90 | |
| 594 | 171 | 210 | 390.3 | 2425-6302-004 | Benton | Replace Roof at Ringgold Elementary School | $294,338.66 | $72,658,649.56 | |
| 630 | 171 | 210 | 408.3 | 2425-6302-005 | Benton | Replace Roof Benton Middle School | $1,472,403.13 | $74,131,052.69 | |
| 820 | 43 | 68 | 436.5 | 2425-5802-001 | Dover | HS Gym Roof Overlay | $339,331.33 | $74,470,384.02 | |
| 685 | 208 | 214 | 447.7 | 2425-0101-001 | DeWitt | Security Camera System - Districtwide | $257,937.54 | $74,728,321.56 | |
| 707 | 208 | 214 | 458.7 | 2425-0101-002 | DeWitt | ES HVAC Replacement | $1,955,298.53 | $76,683,620.10 | |
| 843 | 126 | 91 | 477.5 | 2425-2404-001 | Ozark | HS HVAC | $762,203.70 | $77,445,823.80 | |