Case 4:82-cv-00866-DPM   Document 5825   Filed 07/12/23   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                              PLAINTIFF

VS.                                       CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                                         DEFENDANTS

EMILY MCCLENDON, ET AL.                                                                  INTERVENORS

INTERVENORS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE DEFENDANTS' FACILITIES REPORTS

Intervenors Emily McClendon, *et al.*, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **Robert Pressman, Attorney at Law**, for their motion for extension of time to respond to the defendants' annual facilities reports, they state the following:

1.	On June 30, 2023, the defendants filed their July 1, 2023 Facilities Status Report.

2.	The response to said motion is due on July 14, 2023.

3.	Undersigned counsel has just responded to a motion for summary judgment in the case of *Angela Braswell Armstrong v. The Board of Trustees for the University of Arkansas*, United States District Court No. Case No. 4:21-CV-01082 BSM, which will be filed today.

4.	The parties are scheduled to meet on July 25, 2023, and will be discussing the current state of proposed construction.

5.	Due to undersigned counsel's trial calendar, and other court commitments, he is unable to file a response to the defendants' facilities report.

6.	Undersigned counsel has reached out to opposing counsel to get their position on this extension request, and both have stated that no objection will be forthcoming to this extension request.

1

7.      Undersigned counsel is needing an extension giving him up to and including the date of August 11, 2023 in order to file a response to the defendants' Facilities Reports.

8.      This extension request is not being made for the purpose to cause any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the intervenors request that their motion for extension of time be granted, giving them up to and including the date of August 11, 2023 to file a response to the defendants' motion for allocation of burden of proof, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

**CERTIFICATE OF SERVICE**

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 12th   day of July 2023, using the CM/ECF system, which is designed to send notification of such filing to the following:

Devin R. Bates                                                Scott Richardson
MITCHELL, WILLIAMS, SELIG             McDaniel, Wolff, & Benca PLLC
GATES & WOODYARD, P.L.L.C.            1307 West 4th Street
425 West Capitol Avenue, Suite 1800      Little Rock, Arkansas 72201
Little Rock, Arkansas 72201

dbates@mwlaw.com                                    scott@mwbfirm.com

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201

jbequette@bbpalaw.com
ckees@bbpalaw.com

                                        Austin Porter Jr