IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                    PLAINTIFF

v.                                 no. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO.1, ET.AL.                                          DEFENDANTS

EMILY McCLENDON, ET. AL.                                       INTERVENORS


Intervenors' Response to Both PCSSD's Facilities Status Report

and

The School Board's Approval on 8-8-23 of the Administration's
Proposal of a Continued Slow-Paced Approach to Implementing
the Court Approved and Ordered Mills High School Remedial Project


[A.] Intervenors' Approach Regarding the Status Report

Intervenors studied the District's Status Report, Doc. 5821, filed on June 30, 2023. That study revealed a need to meet with Superintendent Charles McNulty, Mr. Curtis Johnson and District counsel. A meeting took place on July 25, 2023; delayed due to summer schedules. The attendees were Superintendent McNulty, Mr. Johnson, Dr. Janice Warren, Devin Bates, Ms. Sharnae Diggs, Austin Porter Jr., Bob Pressman, and Intervenors' monitor, Rep. Joy Springer.

A central purpose for Intervenors was to seek certainty that the PCSSD will,

1

in a time frame consistent with its prioritization by the Court, complete the required Mills High School remedial construction project. Intervenors have been concerned about the delay, which has followed a lengthy school board facility work session on May 2, 2023. Intervenors' team reviewed an on-line video of this session, as well as the materials provided to school members (36 pages).

[B.]  The Administration's Support for School Board Approval of "Option B"

The project's components have been identified by PCSSD in a proposal [Doc. 5736], a plan [Doc. 5798], and a Status Report [Doc. 5805 at 1] and the Court in three Orders [Docs. 5776, 5804, 5812]. The project has been portrayed in design documents, with some modifications over time, including to satisfy and clarify matters raised by Intervenors. Further discussion regarding the design documents occurs below. In summary terms, the project, as described, approved, and ordered, consists of: addition of classrooms, a multi-purpose arena, a softball field, and "a brand new ROTC facility" within the new arena structure. [E.g., Doc. 5805 at 2-4]

Intervenors' monitoring included Rep. Joy Springer's attendance at and participation in a community meeting on May 4, 2023. [5821 at 5-6] Mr. Johnson there described three options for the Mills High project, Options A, B, and C. Superintendent McNulty and Mr. Johnson stated that they favored Option B and

would present it to the school board and recommend its approval. Rep. Springer secured a document, including a "construction budget summary," showing a cost for each option. See Exhibit A. The budget summary for Option B shows "construction costs" of $ 33,422,053 and additional, identified "soft costs" of $3,835,261, a total of $37,257,312. Mr. Johnson stated during the May 4th meeting that PCSSD had received a bid of $33,422,051 for Option B construction. The budget summary shows submission by "KINCO Constructors."

During the July 25th meeting, Intervenors began by suggesting a funding path considered sufficient to complete Option B. <u>Superintendent McNulty cited a different approach and stated unequivocally that PCSSD has the funds to complete Option B.</u> He noted that Option B will be presented to the school board on August 8, 2023. The Superintendent added that he and Mr. Johnson will support its approval. Superintendent McNulty stated that he anticipates school board approval. At this point, Mr. Porter elicited an agreement from district officials and counsel that the PCSSD is required to implement the court-ordered remedial plan for Mills High.

PCSSD recently provided Intervenors a 5-page design set depicting Option B. See Exhibit B. Page 1 is a "SITE PLAN" which includes a softball field. Pages 2 and 3 show, respectively, levels 1 and 2, of what has been described as a

10 "classroom addition." It is to be attached to a wing of the existing structure and includes some spaces configured in a manner currently favored by educators.

Page 4 shows the ROTC space. Three classrooms shown along the top of the design will serve the ROTC program; a large "ROTC Lab" appears along its right side. At the bottom left of page 4, the design shows two additional classrooms, to be available to support the school's program. There are spaces which can serve as "team rooms," when needed. The representations in this paragraph regarding ROTC spaces, additional classrooms, and team rooms are based upon the design document and dialogue with PCSSD representatives. Mr. Johnson acknowledged agreement to their content during the meeting. Mr. Johnson has also acknowledged that, on page 4, the "two additional classrooms," mentioned above, should be designated "classroom," rather than "locker."

Taken together, Pages 4 and 5 show the arena. At a past time, Mr. Johnson explained that a portion of the structures shown on the ground floor of the arena, on Page 4, will be located below/behind the portion of the arena structure, which rises above the court surface.

Following the school board's anticipated approval of Option B, it will be necessary for PCSSD to secure the approval of the project by the Division of Academic School Facilities and Transportation. See Doc. 5798 at 2 (expressing

anticipation that review and approval of blueprints will encompass a one month period).

Four other points discussed warrant mention:

<u>First.</u>   District representatives acknowledged during the meeting that available funding for the Mills High Project includes $4,000,000 of American Rescue Act Funds, mentioned at an earlier time. See Doc. 5736 at 13-14 and n.8; and Doc. 5805 at 5 ("The potential issue with the State of Arkansas previously reported has not developed into a problem, Doc. 5736, pp. 13-14.")

<u>Second.</u>   PCSSD's July 1 Status Report provides with regard to "other possible projects" "some [construction] work has been completed [only] at Maumelle [High School]." [Doc. 5821 at 4-5] Responding to a question at the meeting, Superintendent McNulty stated that the school board approved the commencement of this project, which is for athletic facilities. The projected cost of this work is $17,649,712.  <u>See Exhibit C</u> (referring to Maumelle High School Athletic Facilities").

<u>Third.</u> PCSSD's overall construction planning includes a new Robinson High School. Material describing this project, presented at the school board May 2 work session, includes four optional designs, and cost estimates ranging from $41,134,153 to $52,113,098.  <u>See Exhibit D.</u>  Understandably, Intervenors are

5

desirous of avoiding a re-run of the discriminatory past. A query by Intervenors, during the July 25 meeting, yielded a statement by Superintendent McNulty that Robinson High School will be the last on the list of construction projects to be undertaken by the PCSSD.

Fourth.  During the May 2, 2023, school board facility work session, a presentation was made by a representative of the Stephens company. It included a "second lien bond packet." He noted that existence of considerable growth of property wealth within PCSSD has been certified. He explained that, relying on this factor, PCSSD could raise $20,000,000 by a second lien bond approach and another $20,000,000 by invoking that approach a second time.  Use of a modest amount of such funds, if necessary, could complete a Mills High funding package. Search on line: Pulaski County Special School District, Board of Education Workshop, May 2, 2023 (Stephens presentation begins at 1:59:15).  These funds could, for example, address the incremental cost of a "a safe room," to the extent required by State law. See Exhibit A ("Potential Adds" reference).

[C.] The Use of New Facilities

During a brief portion of the July 25 meeting, PCSSD representatives were willing to address some queries of Intervenors regarding use of the new facilities. Superintendent McNulty responded that the use of the classroom addition would

6

be at the discretion of the school's principal. Mr. Johnson stated that there would be sufficient educational spaces to avoid the problem of teachers offering multiple subjects having to move from room to room. Consistent with Superintendent McNulty's response, PCSSD counsel stated that use of the classroom addition would include both students in the DRIVEN program and students not in that program.

> [D.] The School Board's Approval on 8-8-23 of the Administration's Proposal of a Continued Slow-Paced Approach to Implementing the Court Approved and Ordered Mills High School Remedial Project

The meeting agenda identified an action item: "Mills University Studies High School Desegregation Compliance with Binding Court Authority. (emphasis added)" The administration and school board considered the Mills High project, but not in accord with the pledges made by the administration on July 25th.

The Superintendent and Mr. Johnson did not recommend approval of Option B in a manner authorizing implementation steps to commence. The motion made by the Board President, and then approved, did not seek to authorize implementation steps to commence. Rather, what was sought and approved was a "preliminary approval," to be followed by a process involving multiple steps, including additional Court approval and rebidding of the project. Based on the discussion, this would delay actual final approval at least five months, to a point

7

a total of seven months from the school board facility work session on May 2, 2023.

A comparison presents an apt introductory point. During the discussion, only the school board president spoke, with one exception. Deep in the discussion, another board member (female for identification) said that her son plays football at Maumelle High. She referred to the new athletic facilities at Maumelle as "amazing" and herself as "blown away." She asked about a completion date for the new Indoor Practice Facility. Mr. Johnson replied, September or October.

School Board President Delaney began the discussion by offering a brief "preface" of the facts and issues presented. He noted the May 2, 2023 work session where those present went over all facility projects, including Mills High options A, B, and C, about which a lot of information was presented. He added that at work sessions there are no votes or decisions, so since May, no further action taken on Mills (A video of the August 8th meeting is available on line. The Mills High discussion begins at 59:36.)

Mr. Delaney alluded to his behind the scenes discussions with Superintendent McNulty and Mr. Johnson. The discussions included getting the board to the point of processing through the facility issues. He mentioned the higher priority of the Mills High project due to its "federal court tag." He

recognized, regarding the district's obligation, that PCSSD had filed a whole bunch of plan characteristics. Mr. Delaney stated that he requested Messrs. McNulty and Johnson to recommend one of the three Mills High options. He described their recommendations, each supporting Option B and " in sync." Mr. Delaney then referred to submission of Plan B to Mr. Bates to compare it to the plan the district presented to the Court, which included a whole lot of characteristics. His report was also before the board.

Superintendent McNulty and Mr. Johnson next spoke. The positions stated and omissions were wholly out-of-sync with their responses/pledges to Intervenors two weeks earlier.

Speaking briefly, the Superintendent referred to coming to the end of the process or near the end of the process. He said that there is "a plan meeting the Court's requirements we agreed to." He added: we believe now we should start the process of costing it out.

Superintendent McNulty presented to the school board neither his statement regarding available funding, nor the statements regarding approval, without qualifying words, which were made to Intervenors, as described in the third paragraph of Part [B.], supra. During or after Mr. Johnson's more lengthy presentation, the Superintendent never, at any point, disagreed with any aspect of

9

the presentation.

During his presentation, Mr. Johnson stated that the administration needs approval to go out for bids for final pricing, followed by going back to the Court. He said, we are not now asking for funds. He later said, we are seeking a "preliminary vote" to proceed. He mentioned both multiple steps, if approval followed on this vote, steps short of commencing implementation, and multiple time frames. In addition to the bidding process and Court action noted, Mr. Johnson referred to seeking the State agency's approval that the planned project elements satisfy State school facility standards. He elaborated, referring to securing again this Court's approval that their plan meets the Court's requirements, "what we agreed to."

Mr. Johnson estimated 60 days for State approval and, depending on this Court's schedule, 60 days for another Court's approval, depending on the Court's schedule. These steps might be completed by December. Mr. Johnson, without contradiction, stated that State and Court approvals would precede a bidding process. See Doc. 5798 at 2 (citing one month period for bidding commencing and being complete). The steps posited end about 8 months after the May 2, 2023 facility session, assuming that final school board approval has occurred during the course of these steps.

During Mr. Johnson's presentation, the architect for the Mills High project provided favorable information regarding project cost. The district learned during a meeting with the State Fire Marshall that the standard adopted regarding the size of safe room storm shelters supports a reduction for the Mills High project of more than one-half of the earlier estimate of $3,500. See Exhibit A and supra at Part B, final paragraph.

Following Mr. Johnson's presentation, the school board supported, unanimously, Mr. Delaney's motion to approve the recommendations of Superintendent and Mr. Johnson for proceeding on Option B. This was, as shown, preliminary approval to proceed with multiple, time consuming steps, not to final approval of funding and implementation steps. After the August 8, 2023 Board meeting, it is apparent that certain members of the board are not committed to ensuring that the Court's order to remedy the inequities of the Mills High School project is fully implemented, which is a bit disconcerting.

## Conclusion

A period of admitted inaction on the part of the school board of almost three months followed the board's facility work session on May 2, 2023. This delay concerned Intervenors. The Superintendent's responses to Intervenors' approach and specific questions at the July 25th meeting promised something different. The

administration favored Option B, which included the multiple elements proposed by the district and approved and ordered by the Court. The necessary funding was available. The school board's approval would be sought, with success anticipated. There was no discussion about getting preliminary approval by the board. There was no discussion of the need for costing out the Mills High project, additional bids or additional Court approval. No qualification was stated based on reference to other facility projects.

 The poles apart approach and board action on August 8th has been detailed. It is not in keeping with the prioritization of the Mills High project required by this Court.  PCSSD does not  propose "completion as soon as practicable . . . ." See 5776 at 3. Respectfully, there is a need for a loud wake-up call and notice that no further Court approval is needed, given designs including the elements already approved and ordered by the Court. See Exhibit B.  A final point. A declaration of unitary status on facilities will be proper, only "after full implementation . . ." of the approved project. See 5776 at 3.

 Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

12

                                          Robert Pressman
                                          22 Locust Avenue
                                          Lexington, MA  02421
                                          Telephone: 781-862-1955
                                          Email: pressmanrp@gmail.com

                                      ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

    I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 11th day of August 2023, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                          Austin Porter Jr.