**PCSSD MILLS UNIV STUDIES HIGH SCHOOL**
**CONSTRUCTION BUDGET SUMMARY**
4/21/2023



| CONSTRUCTION COSTS | | | |
|---|---|---|---|
| ARENA | OPTION A | OPTION B | OPTION C |
| CLASSROOM ADDITION | 27,008,728 | 23,535,574 | 20,094,063 |
| SOFTBALL FIELD | 6,654,539 | 7,396,567 | 6,054,202 |
| CONCESSION & BATHROOM BUILDING (FOOTBALL) | 1,943,444 | 2,104,910 | 2,104,910 |
| | - | 385,000 | - |
| CONSTRUCTION COST TOTAL | 35,606,711 | 33,422,051 | 28,253,175 |

| SOFT COSTS - NOT INCLUDED IN CONSTRUCTION COSTS | | | |
|---|---|---|---|
| DESIGN FEE (5.5%/7.5%) | OPTION A | OPTION B | OPTION C |
| REIMBURSIBLES | 1,958,369 | 1,838,213 | 1,553,925 |
| IT | 60,517 | 60,517 | 60,517 |
| FF&E | 726,199 | 726,199 | 726,199 |
| | 1,210,332 | 1,210,332 | 1,210,332 |
| TOTAL PROJECT COST | 39,562,128 | 37,257,312 | 31,804,148 |

| POTENTIAL ADDS | | | |
|---|---|---|---|
| PROVIDE SAFE ROOM IN ARENA (NEW CODE MAY REQUIRE) | OPTION A | OPTION B | OPTION C |
| | 3,500,000 | 3,500,000 | 7,000,000 |

| POTENTIAL COST SAVINGS | |
|---|---|
| ARENA | |
| ROTC/PRACTICE GYM REMODEL BID AS ALTERNATE - (OPTION C ONLY) | DEDUCT |
| REDUCE STRUCTURE HEIGHT TO 28' | 1,190,000 |
| BRICK WAINSCOT IN LIEU OF FULL HEIGHT BRICK | 255,600 |
| OMIT LAY IN CEILINGS | 63,570 |
| CHANGE 50% OF BLOCK WALLS TO GYP BOARD | 40,000 |
| LANDSCAPING REDUCED TO SOD ONLY | 204,000 |
| CONCRETE DRIVE CHANGED TO ASPHALT | 75,000 |
| REDUCE TRANSLUCENT PANELS BY 33% | 15,773 |
| REDUCE EXTERIOR SIGNAGE ALLOWANCE BY 50% | 72,800 |
| | 25,000 |
| CLASSROOM ADDITION | |
| REDUCE CLASSROOM SIZE FROM 900 SF TO 850 SF | DEDUCT |
| POLISHED CONCRETE IN LIEU OF LVT | 162,500 |
| CHANGE CONCRETE DRIVE TO ASPHALT | 43,200 |
| | 38,547 |
| SOFTBALL | |
| OMIT BATHROOM | DEDUCT |
| IRRIGATED SOD IN LIEU OF ARTIFICIAL TURF | 65,000 |
| OMIT BLEACHERS | 160,000 |
| OMIT BLEACHER CANOPY | 68,000 |
| | 65,000 |



INTERVENORS' EXHIBIT A