



COURT YARD

MATCH LINE - B

MATCH LINE - A

KEY PLAN

LEVEL 1 - CLASSROOM ADDITION
1/8" = 1'-0"

PCSSD
MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206

PROJECT TITLE

CONTENTS

LEVEL 1 - CLASSROOM ADDITION

REVISIONS

NO | DATE | DESCRIPTION

22-007
JOB. NO.
7/19/23
DATE
CONSTRUCT. DOCS
CD
SHEET
A1.01



**KEY PLAN**

1 **LEVEL 2 - CLASSROOM ADDITION**
  1/8" = 1'-0"

PROJECT TITLE

**PCSSD**
MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206

CONTENTS

**LEVEL 2 - CLASSROOM ADDITION**

REVISIONS

JOB. NO.
22-007

DATE
7/19/23

CONSTRUCT. DOCS
CD

SHEET
**A1.02**



**LEVEL 1 - NORTH GYMNASIUM**
3/32" = 1'-0"

**KEY PLAN**

PROJECT TITLE
**PCSSD**
MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206

CONTENTS
**LEVEL 1 - GYM ADDITION**

REVISIONS

| NO. | DATE | DESCRIPTION |
|---|---|---|

22-007
JOB. NO.
7/19/23
DATE
CONSTRUCT. DOCS
CD
SHEET
**A1.03**



LEVEL 2 - NORTH GYMNSIUM
3/32" = 1'-0"

**KEY PLAN**

PROJECT TITLE

PCSSD
MILLS HIGH SCHOOL CLASSROOM & ARENA ADDITION
1205 EAST DIXON ROAD, LITTLE ROCK, AR 72206

CONTENTS
LEVEL 2 - GYM ADDITION

REVISIONS

22-007
JOB. NO.
7/19/23
DATE
CONSTRUCT. DOCS

CD

SHEET
A1.04