# Robinson High School

| DESCRIPTION | | | Conceptual<br>Option A | Schematic<br>Option B | Design Development<br>Option C | Reduced Design Development w/ No PAC<br>Option D |
|---|---|---|---|---|---|---|
| | New Addition | | Conceptual | | | |
| | Sq.Ft. | | 101,295 | 89,365 | 87,616 | 77,435 |
| | Cost | | $30,287,884 | $37,006,949 | $38,850,379 | $33,001,450 |
| | Cost/sq.ft. | | $299 | $414 | $443 | $426 |
| | Renovation | | | | | |
| | Sq.Ft. | | 84,445 | 84,445 | 83,290 | 83,290 |
| | Cost | | $6,836,803 | $10,026,533 | $6,777,274 | $6,579,734 |
| | Cost/sq.ft. | | $81 | $119 | $81 | $79 |
| | Total Construction Cost | | $37,124,687 | $47,033,482 | $45,627,653 | $39,581,184 |
| Soft Costs | | | | | | |
| | Design Fee | 5.5% | $2,041,858 | $2,586,842 | $2,509,521 | $2,176,965 |
| | Reimbursables | 0.3% | $111,374 | $141,100 | $136,883 | $118,744 |
| | Owner FF&E | 5.0% | $1,856,234 | $2,351,674 | $2,281,383 | $1,979,059 |
| | Total Project Budget | | $41,134,153 | $52,113,098 | $50,555,440 | $43,855,952 |
| Alternates | | | | | | |
| | Performing Arts Center | | Included | Included | Included | $6,699,488 |
| | Hardened Storm Shelter | | $1,500,000 | Included | Included | Included |
| | Total Project Budget w/ Alternates | | $42,634,153 | $52,113,098 | $50,555,440 | $50,555,440 |



WER ARCHITECTS



INTERVENORS' EXHIBIT D



# Robinson High School
## OPTION C : DESIGN DEVELOPMENT

NEW 3 STORY CLASSROOM BUILDING
    CBI, RESOURCE, ETC.
    ART ROOMS
    SCIENCE ROOMS
    GENERAL CLASSROOMS
NEW PERFORMING ARTS
    AUDITORIUM
    SCENE SHOP
    DRESSING ROOMS/GREEN ROOM
    CLASSROOM
NEW MEDIA CENTER
NEW KITCHEN & DINING
NEW STORM SHELTER/BAND BUILDING
EXISTING BUILDING UPGRADE
    FULL MECHANICAL REPLACEMENT
    FULLY SPRINKLE EXISTING SPACES
    FLOORING
    CEILING
    PAINT



WER ARCHITECTS



# Robinson High School
## OPTION D : NO PERFORMING ARTS

NEW 3 STORY CLASSROOM BUILDING
    CBI, RESOURCE, ETC.
    ART ROOMS
    SCIENCE ROOMS
    GENERAL CLASSROOMS
NEW PERFORMING ARTS
    AUDITORIUM
    SCENE SHOP
    DRESSING ROOMS/GREEN ROOM
    CLASSROOM
**RENOVATE EXISTING (400 SEAT) AUDITORIUM**
**(LIGHTING, SEATING, AV, ACOUSTICAL PANELS, FLOORING)**
NEW MEDIA CENTER
NEW KITCEN & DINING
NEW STORM SHELTER/BAND BUILDING
EXISTING BUILDING UPGRADE  **REPLACE MECHANICAL AS REQ'D**
    FULL MECHANICAL REPLACEMENT
    FULLY SPRINKLE EXISTING SPACES
    FLOORING
    CEILING
    PAINT




WER ARCHITECTS



# Robinson High School

OPTION B : SCHEMATIC DESIGN

WER ARCHITECTS

# Robinson High School

OPTION A : CONCEPTUAL





WER ARCHITECTS