IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                          PLAINTIFF

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                    DEFENDANTS

EMILY MCCLENDON, ET AL.                                              INTERVENORS

## INTERVENORS' RESPONSE TO JNPSD STATUS REPORT

Based upon study of this JNPSD Report [**Doc. # 5822**], Intervenors believe that the Court and Intervenors will benefit by the filing of a response addressing the following points:

1. Inclusion of an update on each subject address in the first paragraph of section 3 regarding each school. These are: construction status; scheduled completion date; date available for use by staff and students.

2. A sentence reads: "it appears that $36,197,949.29 remains to be allocated to projects, but this will not provide funding for Taylor Elementary School." Describe any change regarding this subject matter.

3. Describe any developments regarding text reading "funding might become available in year 2 of 2023-2025 Partnership Funding Cycle." Provide any further information available regarding this content and when a decision regarding this matter would be expected.

4. Does JNPSD have access to the funding necessary to complete the Taylor School Project?

5. The Court's order of February 17, 2022 [**Doc. # 5786**] contains the following content: "if the expected and sufficient state partnership funding for Taylor falls through this

1

spring, JNPSD must propose alternative ways to accomplish all these objectives.  The district should do so in its annual July report to the Court, if necessary." Has the district found it necessary to identify an alternate funding method to complete the Taylor project?  If so, please describe the method identified.

                                          Respectfully submitted,

                                          Austin Porter Jr., No. 86145
                                          PORTER LAW FIRM
                                          323 Center Street, Suite 1035
                                          Little Rock, Arkansas 72201
                                          Telephone: 501-244-8200
                                          Facsimile: 501-372-5567
                                          Email: aporte5640@aol.com

                                          Robert Pressman
                                          22 Locust Avenue
                                          Lexington, MA  02421
                                          Telephone: 781-862-1955
                                          Email: pressmanrp@gmail.com

                                          ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 11th  day of August 2023, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |
| | |
| sjones@mwlaw.com | |
| dbates@mwlaw.com | |

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                      Austin Porter Jr.