**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| **v.**       No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** et al. | **DEFENDANTS** |
| **EMILY McCLENDON, et al.** | **INTERVENORS** |

**REPLY TO INTERVENORS' RESPONSE TO
STATUS REPORT**

Jacksonville/North Pulaski School District (JNPSD), through its attorney Scott P. Richardson, states as follows for its Reply to Intervenors' Response to JNPSD's 2023 Status Report:

1.     As to the "construction status; scheduled completion date; date available for use by staff and students." Construction continues apace. It appears that Baldwin-Shell will meet the original completion date, but time will tell.  If they do stay on schedule, the schools open for students "in August 2024 for the beginning of the 2024-25 school year." Dkt. No. 5822, p. 2. If they do not stay on schedule, "[t]his would push school opening to January 2025." *Id.*

2.     The State has not changed its allocation of Partnership Program funding in the last month and a half. However, a few changes have occurred that affect JNPSD's opportunity for Partnership funding for Taylor Elementary School. One project school district in the funded portion of the list recently voted to rescind a project that called for about $17 million in Partnership Program funding. Those

funds will be reallocated to the next unfunded project or projects on the list. It is possible that enough districts would forego enough projects that Taylor Elementary School may receive funding. JNPSD is continuing to monitor this situation.

3.      The Court ordered replacement and that will happen. If the State fails to fund its share of the replacement cost, that will have negative effects on the operations of JNPSD.

4.      Attached as Exhibit A are photographs of the current progress of the Taylor Elementary School and Bayou Meto Elementary School replacement projects. The photographs will show that steel framing for the buildings have been erected. The observer will also see concrete structures in the photographs. These are safe rooms for the schools.

Respectfully Submitted,


By:     Scott P. Richardson  (2001208)          
        McDaniel, Wolff, & Benca PLLC
        1307 West 4th St.
        Little Rock, AR 72201
        501.954-8000
        866.419.1601 fax
        scott@mwbfirm.com


        Attorney for Jacksonville/North Pulaski
        School District