IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                                          **PLAINTIFF**

V.                                  NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                 **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                              **INTERVENORS**

## MOTION FOR EXTENSION OF DEADLINE

Pulaski County Special School District, for its Motion for Extension of Deadline, submits the following.

1. Regarding ongoing facilities work, the Court ordered PCSSD to file a facilities status report by early July and early December of each year until the completion of the desegregation facilities work. *Doc. 5776*, p. 3.

2. For its status report due in early December 2023, PCSSD requests a 45-day extension of the deadline, making the facilities status report due in mid-January 2024.

3. The reason for the extension request is that the bid for Mills is out to the construction contractor. The bid is expected to come back in December 2023, or early January 2024. Once the bid comes back, it will be presented to the PCSSD Board for a vote. Getting a 45-day extension would allow PCSSD to get through the December and the January board meetings, and hopefully allow the contractor to come back with a bid so that the Board can vote on it. That is the next major step in the process and PCSSD believes it would be in a better position to provide a more substantive update after that action.

4. PCSSD disclosed the above reported circumstance to Intervenors. Counsel for Intervenors advised that they do not object to this request for an extension.

5. In light of the foregoing, PCSSD now moves the Court to extend PCSSD's deadline to file a status report until mid-January 2024.

6. The above represents good cause to extend the deadline.

WHEREFORE, the Pulaski County Special School District moves the Court to extend its deadline to file a facilities status report to mid-January 2024.

    Devin R. Bates (2016184)
    Sharnae Y. Diggs (2018130)
    MITCHELL, WILLIAMS, SELIG,
    GATES & WOODYARD, P.L.L.C.
    425 West Capitol Avenue, Suite 1800
    Little Rock, Arkansas 72201
    Phone: (501) 688-8800
    Fax:  (501) 688-8807
    dbates@mwlaw.com
    sdiggs@mwlaw.com

    and

    Jay Bequette
    Cody Kees
    Bequette Billingsley & Kees, P.A.
    425 West Capitol Ave., Suite 3200
    Little Rock, Arkansas 72201
    Telephone:  (501) 374-1107
    Facsimile:  (501) 374-5092
    Mobile: (501 590-4500
    jbequette@bbpalaw.com
    ckees@bbpalaw.com

    ***Attorneys for Pulaski County Special School District***