IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                    **PLAINTIFF**

V.                          NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                          **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                       **INTERVENORS**

### DECEMBER 2023 FACILITIES STATUS REPORT

Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I.   Introduction**

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file biannual status reports, including a 1 December 2023 status report on the ongoing facilities project at Mills University Studies High School. *Doc. 5776*, p. 3. The Court generously granted an extension to January 19, 2024. *Doc. 5832.* As ordered, PCSSD hereby submits this facilities status report.

1

## II.  Update

Kinco is the general contractor in charge of the work to be done at Mills University Studies High School. As of the end of November 2023, PCSSD received an update from Kinco on the status of the work, and it was believed by everyone that PCSSD would have a final price on the Mills project to present at its January Board meeting. Full context for the reasons behind the timing of this are found in Kinco's letter of 30 November 2023, as there are a lot of moving pieces to this process. *Exhibit 8*. As that letter explained, one of the first steps that had to happen was final approval from the State of Arkansas.

Unfortunately, PCSSD did not receive final approval from the State as planned. The State only granted final approval on 8 January 2024. *Exhibit 9*. This means that the timeline previously set out by Kinco in its letter of 30 November 2023 is now delayed. The bidding process could not begin until after State approval, and has now begun in earnest, albeit much later than originally planned. PCSSD is now hopeful that Kinco will be able to get final pricing information by the end of January 2024, so that the PCSSD Board can be presented same and take a vote at its February 2024 meeting. Once a final price is available and can be presented to the Board, the Board can take a vote on whether to approve the work at Mills at the price quoted.

## III.  Timeline

PCSSD previously reported a timeline set out in the Plan. *Doc. 5798, pp. 1-2*. Following from the above, PCSSD is now behind on that timeline. While the completion date will inevitably be later than initially reported, *Doc. 5798, pp. 1-2*, PCSSD believes that it can still complete the project for the beginning of the 2025-2026 school year as the Court previously stated. *Doc. 5776, p. 3*.

IV.   **Meetings**

PCSSD held a community meeting on 11 September 2023 at 6:00 p.m. utilizing both virtual and in-person means. PCSSD heard from community members. The Intervenors did not participate in this meeting.

PCSSD recorded the community meeting and has uploaded that meeting to its YouTube Channel so that the public can review the meeting at any time. The URL address for this publicly posted meeting is reported below, not as an exhibit that requires Court review, but rather so that the location of this video can be included in this record for ease of access by anyone later wishing to view the meeting:

11 September 2023: https://www.youtube.com/watch?v=wY8PRKOT9Cc

The plans at Mills, and the status of the project will also be discussed at PCSSD's upcoming biannual master plan meeting where the District will present information on its facilities master plan.  All interested persons attending the public hearing will be given an opportunity to comment on the facilities master plan. The public hearing will be on 23 January 2024 at 6 p.m. in the Boardroom of the Administration Building located at 925 East Dixon Road, Little Rock, AR 72206.

V.   **Index of Exhibits**

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

30 November 2023 Kinco Letter ...............................................................................................8
8 January 2024 State Letter......................................................................................................9

Devin R. Bates (2016184)
Sharnae Y. Diggs (2018130)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***



Pulaski County Special School District
Dr. Charles McNulty
925 East Dixon Road
Little Rock, AR 72206


November 30, 2023

Dr. McNulty,

As of today, WDD Architects has not received approval from the Arkansas Department of Education (ADE) of the construction documents which is required prior to Kinco soliciting bids from the subcontractor and supplier market. Once ADE approval is received, we will need four weeks to advertise that the project is out for bid and allow appropriate time to bid. This timing will mean that we are bidding the project between Christmas & New Years Holidays.  Taking bids during or near the holidays would have a negative impact on bidder participation and therefore pricing. To attract maximum participation from bidders we will accept bids on a to be determined date in early January. Once we receive bids, we will need one to two weeks to review all subcontractor and supplier bids for completeness and prepare our Guaranteed Maximum Price proposal.

This schedule will likely put us having a final GMP to present to you and the board in mid-January. Again, this is all based upon WDD Architects getting final approval from ADE in the next week or two.

Respectfully,


Clay Gordon
President

Cc;    Adam Tullos, VP President Preconstruction
       Lance Wright, Snr. Project Manager

**EXHIBIT 8**



**Arkansas**
Division of Public School Academic Facilities & Transportation

One Capitol Mall, Suite 4D-200, Little Rock, AR  72201

FACILITIES
Telephone  (501) 682-4261
Fax  (501) 683-1200

TRANSPORTATION
Telephone  (501) 682-4264
Fax  (501) 682-6308

January 8, 2024

Dr. Charles McNulty
Superintendent
Pulaski County Special School District
925 East Dixon Road
Little Rock, AR  72206

RE:  CONSTRUCTION APPROVAL
   Mills High – Classroom Addition
   2324-6003-101
   Self-funded

   Mills High – Softball Field
   2324-6003-003
   Self-funded

   Mills High – New Arena
   2324-6003-102
   Self-funded

Dear Dr. McNulty:

The Division of Public School Academic Facilities and Transportation *(Division)* grants construction approval for the above referenced projects.  The district may proceed with the construction of the projects.

Any accepted deductive alternatives <u>must</u> be reported to the Division <u>prior</u> to start of construction.

The Division reviews the construction documents for all projects and, if applicable, State agency approvals from the Arkansas State Fire Marshal, the Arkansas Building Authority, Arkansas Department of Health, and/or others as required.

Please note that the State agencies review of the construction documents is to their codes.  The Arkansas School Facilities Manual may have more stringent requirements, in which case, the <u>more stringent requirements</u> would be applicable.  Section 4.06 of the Rule states *"All proposed new construction projects <u>shall</u> be in compliance with the standards set forth in the Arkansas Public School Academic Facilities Manual."*

**EXHIBIT 9**

In the event that the projects require approval from other State or Federal agencies, it is the responsibility of the school district to obtain those approvals and ensure the designs meet the requirements of the State agencies, Federal agencies, and/or Arkansas School Facilities Manual as discussed above.

Changes to the approved construction documents that affect facilities standards must be presented to the Division.  No changes can be made by architects, engineers, construction managers, construction teams, and/or sub-contractors, etc.  Again, the school district would have to submit the changes in writing to the Division to review, and unless the school district receives a written variance approval, no changes <u>shall</u> be made.  Deviation and failure to comply <u>could</u> result in requirement of removal and replacement of the non-compliant construction component(s) and an Academic Facilities Distress designation. Architects should contact the Division at the rough-in stage to ensure the Facilities Manual is being followed and to help minimize any potential reduction of the State Financial Participation and/or non-compliant construction issues/corrections.

This construction approval is separate from and does <u>not</u> address funding for the projects.

Please contact your Area Project Manager – Planning and Construction at (501) 682-4261 for additional information or assistance.

Sincerely,

Tyrel Pace
Assistant Director

RS/cb
cc:   Witsell Evans & Rasco