IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                                           **PLAINTIFF**

V.                              NO. 4:82-cv-866-DPM

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                  **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                               **INTERVENORS**

## JOINT MOTION FOR ALLOCATION OF DONALDSON DESEGREGATION FUNDS

Pulaski County Special School District ("PCSSD") and Jacksonville North Pulaski School District ("JNPSD") for their joint Motion for Allocation of Donaldson Desegregation Funds, state:

## INTRODUCTION

In the past decade, the parties proposed, and the Court approved, the creation of the Dr. Charles W. Donaldson Scholars Academy (the "Academy"). The Academy was funded using $10 million of desegregation funds. At the end of the 2023-2024 school year, the Academy is closing its doors and an estimated $1.45 million remain. Because these funds were originally allocated and paid pursuant to Court order, and because this entire arrangement is under the jurisdiction of this Court overseeing the desegregation process, the parties request guidance from the Court regarding the residual funds.

## HISTORY

In 2014, Intervenors and PCSSD filed a joint motion to modify Plan 2000. *Doc. 5018*. The motion explained the change to Plan 2000 as follows:

> This proposed amendment will supplement Plan 2000 provisions regarding academic achievement. The parties agree the Donaldson Scholars Academy plan is to become a substantial component of PCSSD's desegregation obligation on the subject of student achievement.

1

*Id.*, pp. 2-3. The parties agreed on a detailed description of the Academy. *Doc. 5018-1*. The parties filed supplemental information explaining this program. *Doc. 5023*. The Court held a hearing on this issue, *Docs. 5024, 5032*, and ultimately granted the joint motion. *Doc. 5029*.

PCSSD implemented the Academy in good faith. The subject of implementation came up in hearings. *See e.g., Docs. 5174, 5177*. Both Intervenors and PCSSD kept the Court informed through the filing of progress reports and other documents showing consistent implementation. *Docs. 5078, 5115, 5148, 5172, 5200, 5283, 5318, and 5497*. These progress reports and other updates were adequate, as the Court commended: "the Court notes the comprehensive report about the Dr. Charles W. Donaldson Scholars Academy's activities between 2014 and 2019. It is appreciated." *Doc. 5501, p. 2* (referencing *Doc. 5497*).

Because the Academy was part of the ongoing efforts to work toward unitary status in the area of student achievement, Intervenors were involved in the planning, implementation, and of course the monitoring of the Academy. For example, Intervenors' own report states "[p]eriodic meetings have been held with Attorney Walker and Lead Monitor Ms. Joy Springer to keep them appraised of what is occurring with the Academy." *Doc. 5283-1, p. 4*. Intervenors engaged in substantial monitoring of the Academy over the years. *Doc. 5622, p. 23*. All of this underscores the parties' understanding that the Academy was part of PCSSD's desegregation obligations.

During the joint motion to alter Plan 2000, PCSSD agreed to commit $10,000,000.00 to support the establishment and operation of the Academy. *Doc. 5018, p. 1*. PCSSD followed through on this commitment and paid $10 million to fund the program. Those funds were paid to, and held by, the University of Arkansas at Little Rock ("UA Little Rock") where the Academy was housed. The final payment was made during the 2016-2017 school year.

Much of this unfolded as the JNPSD detachment was in the works. As part of that detachment, PCSSD and JNPSD stipulated that 20% of PCSSD's 2016-2017 payment to Donaldson would be categorized as JNPSD's share of the contribution toward the Academy. The 20% was a rough estimate of JNPSD's portion of the revenue generated from the former PCSSD. At the time that JNPSD came into existence, students attending from JNPSD territory continued with the program and JNPSD began independent participation in the program. The Academy continued serving PCSSD students.

In 2020 both PCSSD and JNPSD moved for unitary status in the area of student achievement. *Docs. 5622, 5686*. In 2021, the Court granted both Districts unitary status in the area of student achievement. *Doc. 5730*.

## ISSUE AT HAND

In 2023, UA Little Rock sent notice to PCSSD, JNPSD, and Intervenors that the Academy would be discontinued at the end of the 2023-2024 school year. *Ex. A* (UA Little Rock letter, April 12, 2023). UA Little Rock estimates that at the end of the Spring 2024 semester once the Academy is wound up, there will be approximately $1.45 million remaining. These funds are the remainder of the $10 million in desegregation funds paid from PCSSD to UA Little Rock for the operation of the Academy. UA Little Rock takes no position on what should be done with the funds and does not make any claim over them. UA Little Rock had considered interpleading the funds to the registry of this Court, however PCSSD and JNPSD agreed to instead present a proposal to the Court about allocation and division of the remaining funds, seeking an order from this Court that everyone could follow. UA Little Rock stands ready to comply with a Court order. It is believed that this procedure will be more efficient than engaging in interpleader practice.

## LAW

The creation of the Academy and the contribution of $10 million was structured through a motion to modify Plan 2000. *Doc. 5018*. As such, the jurisdiction of this Court to enter an order dividing and reallocating these desegregation funds stems from the Court's authority to oversee the implementation of Plan 2000 as the Districts sought unitary status. In procedural terms, the Districts seek relief from this Court's prior Order, *Doc. 5029*, based on changed circumstances pursuant to Federal Rule of Civil Procedure 60(b)(5). Federal Rule of Civil Procedure 60(b)(6) also permits the Court to relieve a party from any order for "any other reason that justifies relief." The Court previously summarized its authority to entertain the relief sought herein. *Doc. 5730, p. 6*.

## PROPOSAL

PCSSD and JNPSD propose that the Court enter an order dividing the residual funds held by UA Little Rock as follows: 80% of the funds will be refunded to PCSSD, and 20% of the funds will be refunded to JNPSD. The Districts request that the order: (1) not state specific dollar amounts, and rather be entered only in terms of percentages, because the precise amount of money remaining is not known and will not be known until the Academy is wound up, (2) be entered prior to June 30, 2024, the end of the 2023-2024 fiscal year, and (3) specify that the time for UA Little Rock to return the funds to PCSSD and JNPSD is within a reasonable amount of time after June 30, 2024, which is when UA Little Rock will be winding up the affairs of the Academy.

PCSSD and JNPSD take the position that the $10 million contributed to the Academy were desegregation funds expended for the purpose of seeking unitary status in academics. That purpose has been fully achieved by both PCSSD and JNPSD. The desegregation obligations of both

Districts have narrowed and become focused on facilities construction.[1] As such, PCSSD and JNPSD propose that the residual funds be returned to them to be allocated toward their ongoing desegregation obligations. Specifically, PCSSD and JNPSD propose that the funds be deposited into each of their building funds (fund 3).

## INTERVENORS

The Districts offered to meet with Intervenors to see if they had an opinion on this proposal. *Ex. B* (November 2023 and January 2024 e-mail notices). The Intervenors declined to offer input on this proposal and so it is believed that they do not have an opinion on this matter.

WHEREFORE, Pulaski County Special School District ("PCSSD") and Jacksonville North Pulaski School District ("JNPSD") move the Court for an order dividing the funds that remain following the closure of the Dr. Charles W. Donaldson Scholars Academy at the end of the 2023-2024 school year.

---

[1] JNPSD anticipates that its last two schools will be completed by the end of summer 2024. After that, it should be fully unitary.

Respectfully submitted,

Devin R. Bates (2016184)
Sharnae Y. Diggs (2018130)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette (87012)
Cody Kees (2012118)
BEQUETTE BILLINGSLEY & KEES, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Phone:  (501) 374-1107
Fax:  (501) 374-5092
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***

and

Scott P. Richardson (2001208)
MCDANIEL, WOLFF &BENCA, PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954.8000
scott@mwbfirm.com

***Attorney for Jacksonville/North Pulaski School District***

## **CERTIFICATE OF SERVICE**

      On this 1st day of February, 2024, the foregoing document was provided to the non-party listed below by e-mailing a copy of same to:

Charles Lyford
Associate General Counsel
University of Arkansas System - UA Little Rock
2801 South University Avenue, SSC Suite 417
Little Rock, AR 72204
Office: 501-916-5699
e-mail: cwlyford@ualr.edu

*Attorney for University of Arkansas at Little Rock*

                    */s/ Devin R. Bates*
                    Devin R. Bates