IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| V. | NO. 4:82-cv-866-DPM |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | **DEFENDANTS** |
| **EMILY McCLENDON, ET AL.** | **INTERVENORS** |

## SPECIAL FACILITIES STATUS REPORT

Pulaski County Special School District, for its Special Facilities Status Report, submits the following.

### I.     Introduction

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file biannual status reports. *Doc. 5776*, p. 3. Because the circumstances outlined below present a critical milestone in this project, PCSSD herein submits this special facilities status report.

## II.     Update

Kinco is the general contractor in charge of the work to be done at Mills University Studies High School. On 6 February 2024, Kinco submitted to PCSSD a Guaranteed Maximum Price ("GMP"), in which Kinco states that the price of the Mills project will cost PCSSD $34,973,925.00. *Exhibit 10.* PCSSD promptly provided notice of the receipt of this GMP to Intervenors and held a community meeting to be transparent with the community about this process.

On 13 February 2024 at 6:00 p.m., the PCSSD Board held its monthly meeting, and approval of the GMP was on the agenda. Intervenors received notice of the fact that the Board was planning to consider and take a vote on approval of the GMP. A full breakdown of the total costs of this project is attached hereto, and reflects that the total cost will be $37,802,000.00. *Exhibit 11*. The Board met, received information from undersigned counsel, WDD, and Kinco, took a vote, and unanimously approved the expenditure of $37,802,000.00 on this work to be done at Mills.

Following from that vote, the District will now sign a contract with Kinco at $34,973,925.00. Kinco reports that some initial background work may begin in the coming weeks, and that they anticipate that they will break ground on this project on 1 March 2024. Kinco estimates that the time to complete this project will be 18 months.

There is one line item that may require further review, disclosure, and possible revision: the seating at the Mills Softball Field. PCSSD is investigating this issue further and to the extent that there are any revisions or deviations, will report on this subject in upcoming status reports, or motions to the extent necessary. Other than that one line item, it is believed that the plan presented to, and approved by, the PCSSD Board on 13 February 2024 at $37.8 million meets or exceeds the representations made to this Court about PCSSD's plan to achieve unitary status.

### III. Meetings

PCSSD held a community meeting on 13 February 2024 at 5:00 p.m. utilizing both virtual and in-person means. PCSSD heard from community members. The Intervenors, through Rep. Joy Springer, were present for this meeting.

The plans at Mills, and the status of the project were also discussed at PCSSD's biannual master plan meeting where the District presented information on its facilities master plan. All interested persons attending the public hearing were given an opportunity to comment on the facilities master plan. The public hearing was held on 23 January 2024 at 6 p.m. in the Boardroom of the Administration Building located at 925 East Dixon Road, Little Rock, AR 72206.

PCSSD recorded the community meeting and the biannual master plan meeting and has uploaded same to its YouTube Channel so that the public can review the meeting at any time. The URL addresses for these publicly posted meeting are reported below, not as exhibits that require Court review, but rather so that the location of these video recordings can be included in this record for ease of access by anyone later wishing to access the content:

23 January 2024: https://www.youtube.com/watch?v=HSAA5q4u8kE

13 February 2024: https://www.youtube.com/watch?v=uVvBB6xbKNI

### IV. Index of Exhibits

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

6 February 2024 Kinco GMP ...................................................................................................10

12 February 2024 WDD Summary of Anticipated Costs ..........................................................11

Devin R. Bates (2016184)
Sharnae Y. Diggs (2018130)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***