

February 6, 2024

Dr. Charles McNulty
PCSSD
925 East Dixon Road
Little Rock, AR 72206

RE: Mills High School Additions Proposal

Dr. McNulty,

Per your request, Kinco is submitting this GMP proposal for the Mills High School Additions (Classrooms, Arena & Softball Field). This proposal is based on design documents issued by WDD Architects. Please see below, the overall GMP Proposal amount, proposal details, included allowances, and the preliminary schedule.

## GMP Proposal Amount:
1. $34,973,925

## GMP Proposal Details:
1. Proposal is based on plans and specifications issued by WDD Architects dated January 10, 2024, Addendum 01 dated January 26, 2024, and the Mills High School Prebid RFI Log dated January 30, 2024.
2. Includes contractor fees, insurance and payment and performance bond.
3. Includes scoreboard video board.
4. Includes specified lab equipment.
5. The following items are not included in the GMP Proposal: design fees, FFE, and prevailing wages.

## GMP Proposal Allowances (included in GMP Proposal):
1. **Soils Allowance: $450,000**
   - An allowance for potential undercut and fill replacement or rock removal. These items will be completed at the direction of the geotechnical engineer and tracked on the allowance log.
2. **Testing Allowance: $125,000**
   - An allowance for specified testing.
3. **Entergy Allowance: $35,000**
   - An allowance for the costs of Entergy fees associated with primary electrical service to the arena. Allowance is based on budget provided by Entergy.
4. **Signage Allowance: $100,000**
   - An allowance for interior room signage, interior door graphics, exterior building signage, and exterior letters.



EXHIBIT 10



**BUILDING EXCELLENCE**

5. **Audio Video Allowance: $200,000**
    - An allowance for audio and video systems in the arena and softball field. GMP Proposal does include the scoreboard video board at the arena. This allowance is in addition to the video board.
6. **Owner Contingency: $175,406**

## GMP Proposal – Preliminary Schedule:

1. Kinco is currently collaborating with subcontractors and suppliers to finalize the construction schedule. Construction will begin immediately upon approval of the GMP Proposal. The arena is expected to be complete within 18 months, with the classroom addition and softball field also completing within this same period. A detailed schedule with lead times, milestone dates and completion dates will be provided once critical material and equipment lead times have been confirmed.

Thank you for the opportunity to provide this GMP Proposal. Please contact me if you have any questions regarding this proposal. We look forward to working with the district on another project.

Sincerely,

Kinco Constructors, LLC
William Fletcher
CFO/COO