

February 12, 2024


Mr. Curtis Johnson
Exec. Director of Operations
Pulaski County School District
925 East Dixon Rd
Little Rock, AR 72206

Re:   Pulaski County Special School District
      <u>Mills High School   Classroom, Arena Addition & Softball Field</u>
      WDD Project Number 22-007

Dear Mr. Johnson:

Below is a summary of anticipated total projects costs for this project based on the Guaranteed
Maximum Price (GMP) provided by KINCO Constructors.

| | |
|---|---|
| Project GMP (Guaranteed Maximum Price) | $34,973,924 |
| Fees (Design fees, reimbursables for survey & geotechnical reports) | $1,877,639 |
| FFE (fixtures, furniture, equipment, technology) | $950,437 |
| TOTAL | $37,802,000 |


Sincerely,
WITTENBERG, DELONY & DAVIDSON, INC.

Bradley R. Chilcote, AIA ALEP LEED® AP
Principal

EXHIBIT
11