IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                              PLAINTIFFS

VS.                                        CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                              DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                              INTERVENORS

INTERVENORS' **UNOPPOSED** MOTION FOR FEES AND COSTS
RELATIVE TO PULASKI SPECIAL SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis,

and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW**

**FIRM**, and **Robert Pressman**, and for their unopposed motion for fees and costs relative to

Pulaski County Special School District, they state the following:

1.      On November 7, 2022, this Court entered an Order [**Doc. # 5804**] accepting the

Pulaski County Special School District's plan to "[f]irm up its plan for Mills University Studies

High School."  The Court also directed the Intervenors to prepare and submit its monitoring related

fees to the Pulaski County Special School District (PCSSD) with supporting documentation for its

bill by January 31, 2023, and presumably by said date each year.

2.      Intervenors did in fact submit its bill for monitoring related services on or before

January 31, 2024.

3.      Intervenors submitted the following monitoring related time statements for Austin

Porter Jr., Robert Pressman, and Joy Springer:

a)      Robert Pressman ………………………………………. 28.95 hours - $ 9,408.75

b)      Austin Porter Jr. ……………………………………. 7.75 hours - $ 2,712.50

c)      Joy Springer …………………………………………… 28.07 hours - $ 3,558.75

**Total …………………      64.77 hours - $15,680.00**

(**See Exhibits "A", "B", and "C"**).

4.      The Court encouraged the parties to confer about a reasonable attorney's fees for monitoring the school district.

5.       Counsel for Pulaski County Special School District advised that the matter  of intervenors' attorneys' fee request was presented to the Board of Education for said school district on Tuesday, February 13, 2024, which said board approved unanimously.

6.      This motion for monitoring fees is unopposed.

THEREFORE, the Intervenors request that the court grant their unopposed motion for the above-mentioned monitoring related fees in the amount of $15,680.00, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 20th  day of February 2024, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201


dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

Austin Porter Jr.