Robert Pressman Time for PCSSD Monitoring in 2023

| Date | Description | Time |
|---|---|---|
| 1-5-23 | read/study PCSSD reply [5811] to Ints.' 5808 | .33 |
| 1-6-23 | email from DB requesting meeting to discuss ROTC situation at Mills High | nc |
| 1-7-23 | study Court's Order of 1-6 [5812]; email from JS | .08 |
| 1-9-23 | email from DB; meeting confirmed for 1-11; email from D B sharing 5 page design for complete Mills project including "ROTC contingency to discuss Wednesday" | nc |
| 1-10-23 | study new Mills High design document including plan for ROTC spaces within proposed arena structure | .66 |
| 1-11-23 | email to DB with multiple questions based on study of overall design [.16]; DB reply (will seek answers) | .16 |
| 1-11-23 | discuss new Mills High design with AP [.33]; meeting of AP, JS, BP, DB, Curtis Johnson and others; discussion of ROTC spaces and other aspects of new design of importance to Intervenors [.33] | .66 |
| 1-12-23 | received responses regarding aspects of ROTC program | nc |
| 1-18-23 | review PCSSD proposal for unopposed motion to revise decree to approve implementation of revised ROTC proposal (later filed as 5813 and 5813-1) | .25 |
| 4-7-23 | Court's Order approving unopposed motion for attorney's fees and monitoring fees through the end of 2022 [5818] | nc |
| 5-8-23 | brief email to JS inquiring as to any information regarding forward movement on Mills High remedial project | nc |
| 5-9-23 | study very detailed response from JS to AP and BP regarding community meeting held on 5-4 on Mills High project (including attendees; discussion of options A, B, and C for Mills High project; preference of Supt. and CJ for Option B.; plan for School Board to | |

INTERVENORS' EXHIBIT A

|  |  |  |
|---|---|---|
|  | vote on recommended approval of Option B at August meeting; statement that three options made known to School Board at facility work session on 5-2-23); reviewed documents provided by JS showing features of 3 options, projected costs, and "potential cost savings" of revisions | 1.00 |
| 5-10-23 | review past filings and orders bearing on Mills High remedy; discuss with JS | .50 |
| 5-12-23 | inform AP of modifications in Mills High plan | .08 |
| 5-16-23 | brief discussion with JS about the "potential cost savings" list | .08 |
| 6-16-23 | response to JS email of 6-15 regarding Mills High plan progress | .16 |
| 6-23-23 | discussion with JS on next steps . | .16 |
| 6-29-23 | meeting of AP, JS, and BP to discuss Mills High status and moving forward on monitoring, including requesting meeting with DB | .50 |
| 6-29-23 | AP email to DB seeking meeting and PCSSD required status report; on 6-30-23, DB responded regarding meeting and provided copy of required Status Report [5821] | nc |
| 6-30-23 | read JS comments to DB, Sharnae Diggs, AP and BP on Status Report [5821], including its discussion of Arkansas Learn Program | nc |
| 7-1-23 | study PCSSD status report and make notes on questions [.33]]; discuss Learn program facts with JS [.25]; study PCSSD School Board meeting minutes for 5-9-23 and note mention at page 8 of relevant topics discussed at 5-2-23 Board facility work session [.16] | .74 |
| 7-3/4-2023 | study PCSSD "Building for Future" program found on District home page and discuss with JS [.33] (important to assess and ensure compliance with Court's establishing priority of Mills High project); additional study [.25] | .58 |
| 7-10-23 | speak to DB regarding identification of District's ability to generate additional revenue by second lien bond approach | .16 |

| | | |
|---|---|---|
| 7-11-23 | watch video of PCSSD School Board's facility work session on 5-2-23; also participating Dr. McNulty, Curtis Johnson, and architects for Mills High and other potential projects (facts regarding all projects necessary to assess adherence to Court's emphasis on Mills High project); session included detailed discussion by representative of Stephens Inc. regarding District's ability to raise additional funds for projects by a second lien bond approach [2.00]; send video to AP and JS with email explanation [.20] | 2.20 |
| 7-13-23 | received 37 slides which CJ used to brief School Board members during 5-2-23 work session | nc |
| 7-20-23 | review slides which Curtis Johnson used to inform participants in 5-2-23 work session [1.00]; email to JS regarding the balance remaining in accounts identified as source for funding Mills High project; and JS response regarding balance on 7-21 [.05] | 1.05 |
| 7-21-23 | work to prepare for meeting with PCSSD reps. on 7-25-23 | 1.50 |
| 7-23-23 | write detailed outline of relevant facts to aid team (AP, JS and BP) in discussing PCSSD's Status Report [5821] and progress of Mills High project | 3.00 |
| 7-24-23 | discuss factual situation and meeting approach with AP; email to AP and JS on legal and factual points | .50 |
| 7-25-23 | prepare for on line meeting with DB, SD, Dr. McNulty and C. Johnson, AP and JS regarding content of District's Status Report [5821] and status of Mills High remedy compliance steps (.33); meeting (.66) (informed Sch. Board to vote on approval of Mills High remedy at August meeting) | .99 |
| 7-30-23 | begin work to respond to PCSSD Status Report [5821]; work on response [4.00], including discussing content with JS [.50]) | 4.00 |
| 7-31-23 | email to DB and CJ with questions and comments regarding Option B sketch and cost | .33 |

| Date | Description | Hours |
|---|---|---|
| 8-1-23 | work on response (1.00); email from Curtis Johnson and response [nc] | 1.00 |
| 8-3-23 | study 5-page document from CJ showing Mills High plan concepts; and emails to CJ [.33]; work on draft (.75) | 1.08 |
| 8-6-23 | work on draft response; email JS regarding needed exhibits and review her response | .50 |
| 8-7-23 | receive and incorporate in draft response JS suggestions | .25 |
| 8-8-23 | listen to Sch. Board's discussion of Mills High remedy during 8-8 meeting (1.25); discuss with AP and JS (.55); continued work on Ints.' response (3.08) (provided draft as of that time to AP and JS) | 4.88 |
| 8-9-23 | study JS memo on 8-8 Sch. Board meeting (noting Board vote on Mills High project only "to get the process started" with "final approval" "[not] until around November or December) | .10 |
| 8-10-23 | complete my work on response and provide to AP and JS for completion and filing with exhibits | 3.00 |
| 8-11-23 | discuss with AP the content of Ints.' response [5827], including that added by AP and JS | .20 |
| 8-14-23 | study 3 docs. provided by DB; and email JS (one document was a memo provided to the Sch. Board by DB and mentioned during the meeting on 7-25) | .25 |
| 9-27-23 | watch video of Sch. Board meeting of 9-12 (C J facility report); [.33]; discuss with JS [.20] | .53 |
| 10-16-23 | discuss Mills High status with JS [.16]; watch C. Johnson facility status report during 10-11 PCSSD Board meeting [.08] | .24 |
| 11-28-23 | watch video of PCSSD 11-23 Board meeting (C. Johnson facility report) [.25]; discuss with JS [.25] | .50 |

| Date | Description | Time |
|---|---|---|
| 11-28-23 | received email of 11-21 from DB with Mills High status content including reference to hoped for time (January) for "Board to make their vote" on Mills High project; also seeking agreed upon extension for District's required status report | --- |
| 12-4/5-23 | DB email re status, including architect's letter covering status of needed approvals of Mills High project aspects by 5 agencies, including State on architect's plans | --- |
| 12-5-23 | note from Kinco Constructors regarding impact of timing of State approval of Mills High plans on their moving forward on project | --- |
| | for 3 entries | .16 |
| 12-20-23 | discuss with JS needed next steps of AP, JS, and BP to follow properly Mills High developments | .08 |
| 12-21-23 | email to AP and JS with 2 areas to check on Mills High remedy implementation progress | .10 |
| 12-22-23 | email response from JS; watch video of PCSSD 12-12 Board meeting (C. Johnson facility report; projected time when project would be at appropriate point for a Board vote on approval as February 2024) [.25]; provided time location on video to AP and JS [nc] | .25 |
| 12-26 & 12-28-23 | email to DB seeking any documentation on State questions and PCSSD response, raised in State review of plans for Mills High project; and DB response | .08 |
| 12-31-23 | email to DB regarding his checking on availability of $4,000,000 in federal funds for use on Mills High project | .08 |

<u>information to show status; not for 2023 fee time</u>

| Date | Description | Time |
|---|---|---|
| 1-5-24 | message from DB that State has approved Mills High proposal documents; State letter provided (steps involving contractor, bidding, and School Board vote on approval to follow) | .08 |

| | | |
|---|---|---|
| 1-8-24 | reply from DB regarding availability of funds question and BP email to him | ,05 |
| 1-9-24 | discuss status and next steps with AP;  message to JS | .25 |

Request for fee award for Robert Pressman

    28.95  hours at rate of $325 per hour  $9,408.75

Submitted by:

Robert Pressman
22 Locust Avenue
Lexington, MA
02421
8pressmanrp@gmail.com
781-862-1955

Note:

My legal career consisting of work in the civil rights and public interest areas began on August 2, 1965 in the Civil Rights Division of the United States Department of Justice.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                PLAINTIFF

VS.                          CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                          DEFENDANTS

EMILY MCCLENDON, ET AL.                                                   INTERVENORS

---

Invoice submitted to:
McClendon Intervenors
c/o PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201

January 31, 2024

Invoice # 10009

## TIME STATEMENT FOR AUSTIN PORTER JR.
Pulaski County Special School District

| Date | Professional Services | Hours/Rate | Amount |
|---|---|---|---|
| 01/03/2023 | Worked with Robert Pressman in preparing a response to the PCSSD Facilities Status Report [Doc. # 5805] | 1.75 | |
| 01/04/2023 | Reviewed and finalized Intervenors' Response to the PCSSD Facilities Status Report | 1.00 | |
| 01/10/2023 | Reviewed New Mills High School Design and had discussions with Bob and Joy | .50 | |
| 01/11/2023 | Meeting with Devin Bates, Curtis Johnson, and others to discuss Mills design. | .50 | |
| 02/13/2023 | Dictated letter to Devin Bates regarding fees. | .50 | |
| 03/29/2023 | Prepared and filed Unopposed Motion for Fees | 1.00 | |
| 06/29/2023 | Meeting with Bob Pressman and Joy Springer over the Mills High School Design | .50 | |
| 07/24/2023 | Preparing for meeting with Devin Bates, Curtis Johnson, Supt. McNulty, and others regarding Mills Project | 1.00 | |

1

INTERVENORS' EXHIBIT B

| | | | |
|---|---|---|---|
| 07/25/2023 | Meeting at PCSSD to discuss Mills project. | 1.00 | |
| 08/11/2023 | Dictated letter to Mindy Pipkin in regards to Donaldson's funds. | .50 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total ……………………………………… | 7.75 | $ 2,712.50 |
| | | | |
| | | | |

**Total for Professional Services** ……………………………………………   $   2,712.50

Respectfully submitted,

/s/ Austin Porter Jr.
Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                          PLAINTIFF

VS.                     CASE NO. 4:82-CV-00866DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET. AL.                                                    DEFENDANTS

EMILY MCCLENDON, ET AL.                                              INTERVENORS

Invoice submitted to:
McClendon Intervenors
c/o PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas  72201

TIME STATEMENT FOR JOY C. SPRINGER
Pulaski County Special School District

| Date | Professional Services | Hours/Rate | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 5/4/2023 | Prepare summary of discussion and action taken during meeting of 5/4/23 shared with A Porter and B Pressman | .7 | $ 87.50 |
| 5/10/23 | Secured and reviewed previous filings and had discussion with BP | .9 | $112.50 |
| 06/7/23 | Review of PCCSD Board meeting minutes re Facilities update from January 2023 to date | 3.5 | $437.50 |
| 6/16/2023 | Review of the ADE reports regarding districts requests for approval of construction; noted that PCSSD not included in submission to ADE | .8 | $100.00 |

1



|         | Correspondence to APorter and BPressman re status of PCSSD's lack of submission to ADE for construction approval |      |          |
|---------|------------------------------------------------------------------------------------------------------------------|------|----------|
|         |                                                                                                                  |      |          |
| 6/29/23 | Meeting with Austin Porter and Bob P to discuss status of Mills construction, plan presented to Board and facilities report due to the Court on 7/1/23 | .5   | $ 62.50  |
| 6/30/23 | Received and review PCSSD status report by DBates; sent comments to D Bates re same | .8   | $100.00  |
| 7/1/23  | Discussion of new LEARNS Act with Bob P                                                                         | .25  | $ 31.25  |
| 7/3/23  | Discussion of PCSSD "Building for the Future" plan with Bob P                                                   | .3   | $ 37.50  |
| 7/6/23  | Downloaded and reviewed PCSSD and JNPSD status reports to the Court- no time claim for JNPSD                    | 1.0  | $125.00  |
| 7/13/23 | Contacted PCSSD for copy of slide presentation presented to Board by CJOhnson re implementation steps for Mills project; reviewed same and share with BPressman | .8   | $100.00  |
| 7/25.23 | Meeting with parties to discuss PCSSD status Report to the Court and implementation steps for Mills | .6   | $ 75.00  |
| 7/30/23 | Email correspondence to BPressman new Mills design discussed in PCSSD report; shared documents | .5   | $ 62.50  |
|         |                                                                                                                  |      |          |
|         |                                                                                                                  |      |          |
| 8/4/23  | Attended the PCSSD Board meeting via UTUBE regarding the Mills project                                          | 1.5  | $187.50  |
| 8/6/23  | Located and shared exhibits with BPressman Also shared written findings regarding exhibits                      | 1.0  | $125.00  |
| 8/7/23  | Review of draft response from BPressman re PCSSD status report; and sent suggestions to him re response to same | .4   | $ 50.00  |
| 8/8/23  | Watched the PCSSD Board meeting via UTUBE and heard presentation by Supt McNulty and CJohnson re Mills Project for Board approval and prepared memo re same | 2.5  | $312.50  |
| 8/8/23  | Conference with APorter and BPRessman re Board discussion re Mills project                                      | .5   | $ 62.50  |
| 8/9/23  | Request to Dr. McNulty for document being referenced by Board members during meeting on 8/8 re Mills facilities; made follow-up | .6   | $ 75.00  |

| | | | |
|---|---|---|---|
| | requests to Dr. McNulty and PCSSD Attorney Bates for copy of the document | | |
| 8/10/23 | Conference with Bob P re exhibits; received Bob's final draft; worked with APorter to review complete response; worked with APorter on exhibits for filing | 1.0 | $125.00 |
| | | | |
| 8/15/23 | Received and reviewed PCSSD reply to facilities report; noted questionable responses; discussed with BPressman | 1.0 | $125.00 |
| 9/16/23 | Reviewed documents from counsel for UALR re Donaldson program | 2.5 | $312.50 |
| | | | |
| 9/27/23 | Watched UTube video of Board meeting of 9/12; conference with BPressman | 1.0 | $125.00 |
| 10/4/23 | Travel to PCSSD to visit Mills proposed construction site; return trip | 2.0 | $250.00 |
| 10/16/23 | Conference with BPressman re status of Mills project- viewed UTube video of CJohnson 10/11 presentation to the Board | .2 | $ 25.00 |
| 11/28/23 | Conference with BPressman re status of Mills project =viewed 11/23 UTube video of CJohnson presentation to the Board | .6 | $ 75.00 |
| 12/22/23 | Telephone conference with Bob re status of ADE approval of PCSSD's submission re Mills construction | .25 | $ 31.25 |
| 12/30/23 | Review of PCSSD Board meeting minutes re: facilities update from July to date | 3.0 | $375.00 |

Total for Services ……………………… $ 3558.75

3