IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                               PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                   DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                    INTERVENORS

| | |
|---|---|
| Austin Porter Jr., No. 86145<br>PORTER LAW FIRM<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>Telephone: 501-244-8220<br>Facsimile: 501-372-5567<br>Email: Aporte5640@aol.com<br><br>Attorney for Intervenors | Devin R. Bates, No. 2016184<br>Sharnae Y. Diggs, No. 2018130<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYWARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: 501-688-8864<br>Facsimile: 501-918-7864<br><br>sjones@mwlaw.com<br>sdiggs@mwlaw.com<br><br>Attorneys for Pulaski County Special School District (PCSSD) |
| Robert Pressman<br>22 Locust Avenue<br>Lexington, MA  02421<br>Telephone: 781-862-1955<br>Email: 8pressmanrp@gmail.com<br><br>Attorney for Intervenors | Scott P. Richardson, No. 2001208<br>McDaniel, Wolff & Benca, PLLC<br>1307 West 4th Street<br>Little Rock, Arkansas 72201<br>Telephone: 501-954-8000<br>Facsimile: 866-954-1601<br><br>scott@mwbfirm.com<br><br>Attorney for Jacksonville/North Pulaski School District |
| | Jay Bequette, No. 87012<br>Cody Kees, No. 2012118<br>Bequette Billingsley & Kees, P. A. |

1

|  | 425 West Capitol Avenue, Suite 3200<br>Little Rock, Arkansas 72201<br>Telephone: 501-374-1107<br>Facsimile: 501-374-5092<br><br>jbequette@bbplaw.com<br>ckees@bbplaw.com<br><br>Attorneys for Pulaski County Special School District |
|---|---|

INTERVENORS' **SECOND** MOTION FOR EXTENSION OF TIME TO RESPOND

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM** and **Robert Pressman**, and for their *Second Motion for Extension of Time to Respond*, they state the following:

1. On February 1, 2024, Pulaski County Special School District (PCSSD) and Jacksonville North Pulaski School District ("JNPSD") filed a joint motion (**Doc. # 5834**) seeking the court's guidance as to what the parties need to do with the remaining balance of $1.45 million that are currently being held by the University of Arkansas at Little Rock (UALR), which are funds that remain for minority students attending schools at PCSSD and JNPSD participating in the Dr. Charles W. Donaldson Scholars Academy (Donaldson Project).

2. In essence, the two (2) school districts want permission to allow those funds to be remitted to their respective districts proportionally.

3. Obviously, the McClendon Intervenors will have a different point of view, but are needing additional time to formulate an alternative plan.

4. The parties have recently met to discuss the remaining funds in the Dr. Charles W. Donaldson Scholars Academy (Donaldson Project), and how those funds should be dealt with.

2

5. The parties have another meeting scheduled for February 27, 2024 to discuss the Donaldson Project, and we (more particularly the Intervenors) are hopeful that an acceptable alternative can be agreed to.

6. The parties did in fact meet by Zoom on February 27, 2024 to discuss the Intervenors' alternative.

7. Counsel for Jacksonville North Pulaski School District has let it be known that said school district is opposed to the alternative that the McClendon Intervenors have proposed.

8. Pulaski County Special School District is scheduled to meet on March 12, 2024 to discuss, *inter alia*, the alternative as proposed by the McClendon Intervenors, and will provide an answer.

9. Undersigned counsel is requesting an extension of nine (9) days in order to file a response to the school districts' proposal, giving them up to and including the date of March 15, 2024, in order to file their response to the districts' joint motion.

10. Opposing counsel has been consulted about this extension request, and have authorized undersigned counsel to represent that they are not opposed.

11. This extension request is not being requested for the purpose of causing any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the Intervenors request that this Court grant their motion for extension in order to respond to joint motion as filed by PCSSD and JNPSD, giving them up to and including the date of March 15, 2024 in order to file their response, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201

          Telephone: 501-244-8200
          Facsimile: 501-372-5567
          Email: aporte5640@aol.com

          Robert Pressman
          22 Locust Avenue
          Lexington, MA  02421
          Telephone: 781-862-1955
          Email: pressmanrp@gmail.com

          ATTORNEYS FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 6th day of March 2024, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| Devin R. Bates | Scott P. Richardson |
| Sharnae Y. Diggs | McDaniel, Wolff & Benca, PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1307 West 4th Street |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mwbfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

For this Motion only:

Charles Lyford
Associate General Counsel
University of Arkansas System – UA Little Rock

201 South University Avenue, SSC Suite 417
Little Rock, Arkansas 72204

cwlyford@ualr.edu

Attorney for University of Arkansas at Little Rock

                                                    Austin Porter Jr.