IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                          PLAINTIFFS

VS.                                    CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                              DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                               INTERVENORS

| | |
|---|---|
| Austin Porter Jr., No. 86145<br>PORTER LAW FIRM<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>Telephone: 501-244-8220<br>Facsimile: 501-372-5567<br>Email: Aporte5640@aol.com<br><br>Attorney for Intervenors | Devin R. Bates, No. 2016184<br>Sharnae Y. Diggs, No. 2018130<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYWARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: 501-688-8864<br>Facsimile: 501-918-7864<br><br>sjones@mwlaw.com<br>dbates@mwlaw.com<br><br>Attorney for Pulaski County Special School District (PCSSD) |
| Robert Pressman<br>22 Locust Avenue<br>Lexington, MA 02421<br>Telephone: 781-862-1955<br>Email: pressmanrp@gmail.com<br><br>Attorney for Intervenors | Scott P. Richardson, No. 2001208<br>McDaniel, Wolff & Benca, PLLC<br>1307 West 4th Street<br>Little Rock, Arkansas 72201<br>Telephone: 501-954-8000<br>Facsimile: 866-954-1601<br><br>scott@mwbfirm.com<br><br>Attorney for Jacksonville/North Pulaski School District |
| | Jay Bequette, No. 87012<br>Cody Kees, No. 2012118<br>Bequette Billingsley & Kees, P. A. |

1

| | 425 West Capitol Avenue, Suite 3200<br>Little Rock, Arkansas 72201<br>Telephone: 501-374-1107<br>Facsimile: 501-374-5092<br><br>jbequette@bbplaw.com<br>ckees@bbplaw.com<br><br>Attorneys for Pulaski County Special School District |
|---|---|

<u>INTERVENORS' RESPONSES TO SCHOOL DISTRICTS' JOINT MOTION</u>
<u>FOR ALLOCATION OF DONALDSON DESEGREGATION FUNDS</u>

The Intervenors reply to the Pulaski County Special School District and Jacksonville North Pulaski School District's Joint Motion for the allocation of the Donaldson's desegregation funds they submit the following:

Introduction

In 2014, John W. Walker Sr., (deceased) as lead counsel for the Intervenors led the charge in creating a scholarship fund to assist disadvantaged students from the Pulaski County Special School District to have access to a college education. The Intervenors and the Pulaski County Special School District (PCSSD) filed a joint motion in 2014 to modify *Plan 2000* [**Doc. # 5018**] for the purpose of creating the Donaldson Scholars Academy to assist disadvantaged students to obtain access to college. The Donaldson Scholars Academy was in fact created, and PCSSD agreed to fund the program in the amount of $10,000,000.00 to support the establishment and operation of the Donaldson Scholars Academy. There remains approximately $1,400,000.00 in the program. The University of Arkansas at Little Rock operated the program for the past ten (10) years; however, the university is now wanting to divest itself of the program, and return the unused funds. The school districts have filed a joint motion [**Doc. # 5834**] for the purpose of asking that

the funds be turned over to them. For the following reasons, the McClendon Intervenors oppose the districts' requests to have the funds return to them.

## Factual Background

The parties have met for the purpose of trying to come to a resolution of the Donaldson Scholars Academy. The University of Arkansas at Little Rock (UALR) in conjunction with Philander Smith College and Pulaski Technical College, has operated the Donaldson Academy from 2014 to 2023. Hundreds of students have gone through the Donaldson Academy, and have benefited from this program. The last cohort of students that went into the program, started in the Fall of 2020. However, due to the onset of COVID, many students left the program, and have not returned. For those students that remained steadfast, through the pandemic, the support for those students will come to an end in the Spring of 2024.

Again, the Donaldson Academy had a stated purpose of trying to reach disadvantaged students within the PCSSD to provide them with access to higher education. The Donaldson Academy had the following stated goals or mission:

a) identify, with the aid of school counselors of class members in the PCSSD and later with the Jacksonville North Pulaski School District (JNPSD), who could benefit from a post-secondary education;

b) provide assistance to those students by providing ACT preparedness in order to assist with their qualifying to enter into colleges and universities, including, but not limited to: UALR, Philander Smith College, and UA-Pulaski Tech;

c) to provide support services for those students as they matriculate through the Donaldson Academy, in order ensure their success in the program;

d) once completion was obtained, to provide grants in the amount of $2,500.00 per semester, with a total commitment of $10,000.00 for the full period of college attendance and completion.

During the infancy of this program, a key and critical person that operated the program on behalf of UALR was Dr. Amber Smith. Dr. Donaldson was also a key contributor to the success of this program as well for UALR. However, Dr. Amber Smith left the employment of UALR as did Dr. Donaldson. In early 2019, Mr. Walker and Rep. Joy Springer met with Dr. William Deckard, who was the Director for UALR Student Services, and they were able to put a plan in place for the continued success of the program. Mr. Walker, Rep. Springer, and Dr. Decker agreed that it was vital to focus the attention on those students who were already in the program, and to seek and find those students who had left the program for various reasons. It was further agreed that no new students would be admitted into the program. Mr. Walker passed away on October 28, 2019. COVID then came to the United States in early 2000.

When the pandemic hit in early 2000, this created disruptions throughout the educational process in the United States, as well as the world. School districts had to adapt to a virtual learning environment, which created havoc in the educational institutions. Students who were participants in the Donaldson Academy, became despondent, and began dropping out of the program. However, with the help of the McClendon Intervenor monitor Charles Bolden, who was employed by John W. Walker, P.A., he was able to identify and locate many of these students, and to get commitments from them to re-enter the program. Intervenors, were able to secure a list of the Donaldson Academy participants from 2014 – 2022, and have identified those students who have not completed the program, many of whom only needed a few college hours to complete their degree.

For those students who completed their degree requirements, graduation ceremonies were held at the Clinton Library, which was well received. Charles Bolden has been vital to the early successes of the Donaldson Academy. Mr. Bolden has been the liaison between the students and the counselors working in the Donaldson Academy. Mr. Bolden has been instrumental in maintaining contact with the students, and helping to ensure their continued involvement with the Donaldson Academy. Mr. Bolden has served as a mentor to many of these students, because he too was in their position, and just needed a little encouragement to continue with their educational experience.

In order to operate the Donaldson Academy, UALR had staff to ensure the success of the program. The annual budgets for the implementation of the Donaldson Academy included employee salaries amounting to expenditures of $154,611.25 during the 2020-21 academic year and $147,480 during the 2021-2022 academic year.

The Intervenors have identified 200 – 300 students who started at the Donaldson Academy, but who have not completed their academic requirements. The Intervenors are of the position that the remaining funds left in the UALR budget, should be used to assist these 200 – 300 students, who were once enrolled in the academy to complete their education.

Intervenors' Proposal

Dr. Minnie Hachett is a product of the Pulaski County Special School District. Dr. Hatchett attended Harris Elementary School. Dr. Hatchett has been employed by the University of Arkansas at Pine Bluff (UAPB) since 2014. Dr. Hatchett and a few volunteers operate a college ACT Prep program that serves students not only in the Pine Bluff Schools, but also students in the PCSSD and North Little Rock School District. This program is housed at 1333 Main Street, North

Little Rock, Arkansas 72114. Dr. Minnie Hatchett has a proven track record of helping disadvantaged students get into college by providing ACT Prep, and providing college assistance.

The Intervenors, Scott Richardson, and Devin Bates met with Dr. Hatchett on February 27, 2024. Dr. Hatchett performs disadvantaged students needing help with ACT preparedness. Dr. Hatchett has agreed to assume the leadership role in continuing the operation of the Donaldson Academy. Dr. Hatchett is committed to developing a college career plan for those students who still need to complete the program. Dr. Hatchett has the capacity to continue this program through completion. With Mr. Bolden serving as a recruiter, these students could be placed back on their educational career path of completing their college degree.

Intervenors are requesting that before any monies are released by UALR, there must be a full and complete accounting of these funds. Rep. Joy Springer will ask that a legislative audit be conducted. Counsel for intervenors is also requesting that UALR conduct its own audit as well. Intervenors believe that to allow these remaining funds to revert to the respective school districts will go against the spirit of the mission of the Donaldson Scholars Academy.

## Statement of Law

*Plan 2000* was modified to create the Donaldson Scholars Academy. This modification became part of the consent decree that all parties have agreed to. The PCSSD agreed to a modification of the consent decree that incorporated the Donaldson Scholars Academy. Jacksonville North Pulaski School District is also bound by this modification of *Plan 2000* that incorporated the Donaldson Scholars Program. The inclusion of the questioned remedies in the consent decree, as full partners, is also established by reference to case law addressing lawful consent decree content. Rufo v. Inmates of Suffolk County Jail, 502 U.S. at 389; Frew Ex. Rel. Frew v. Hawkins, 124 S.Ct. 899, 903 (2004) ("The decree is a federal-court order that springs

from a federal dispute and furthers the objectives of federal law." [at 904]); Fire-fighters v. Cleveland, 478 U.S. 501, 519 (1986); *see also* LRSD v. PCSSD, 921 F.2d at 1383-84. The PCSSD and the JNPSD now want to modify the consent decree, by asking that the remaining funds be redistributed to the respective school districts to allow them to do whatever they chose to do. A party seeking modification of a consent decree has the burden of proof. Rufo, 502 U.S. At 383-84, 390.

The school districts have not offered any compelling reason why the Court should modify the consent decree to reallocate the funds from the Donaldson Academy for some other purpose, other than what the funds were originally intended. To allow the school districts to take these funds back, would render a disservice to those students that they were intended to help. The need is still there. The Intervenors are willing to assist in any way to see that these remaining students get the benefit of the Donaldson Academy. We respectfully request that the Court deny the joint motion of the school districts.

          Respectfully submitted,

          Austin Porter Jr., No. 86145
          PORTER LAW FIRM
          323 Center Street, Suite 1035
          Little Rock, Arkansas 72201
          Telephone: 501-244-8200
          Facsimile: 501-372-5567
          Email: aporte5640@aol.com

          Robert Pressman
          22 Locust Avenue
          Lexington, MA  02421
          Telephone: 781-862-1955
          Email: pressmanrp@gmail.com

          ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 15th day of March 2024, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

Devin R. Bates  
Sharnae Y. Diggs  
MITCHELL, WILLIAMS, SELIG,  
GATES & WOODYARD, PLLC  
425 West Capitol Avenue, Suite 1800  
Little Rock, Arkansas 72201  

dbates@mwlaw.com  
sdiggs@mwlaw.com  

Jay Bequette  
Bequette, Billingsley & Kees, P.A.  
Attorneys at Law  
425 West Capitol Avenue, Suite 3200  
Little Rock, Arkansas 72201-3469  

jbequette@bbpalaw.com  

Scott P. Richardson  
McDaniel, Richardson & Calhoun PLLC  
1020 West 4th Street, Suite 410  
Little Rock, Arkansas 72201  

scott@mrcfirm.com  

                                              Austin Porter Jr.