IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　INTERVENORS

ORDER

The Court has fallen behind on reviewing facilities reports from the Pulaski County Special School District and the Jacksonville North Pulaski School District. The Court has now studied the reports from 2023 and early 2024.

For a variety of reasons beyond PCSSD's control, things have moved more slowly than planned on the Mills true-up. But, the Court is encouraged by the locked-in contract with Kinco Contractors, PCSSD's approval of $37,802,000 for all aspects of the project, and the State's approval of the construction contract. All this is real progress. The Court is also heartened by the regular public meetings, as well as the lack of any objection by Intervenors to the most recent updates

from PCSSD. The Court looks forward to receiving a detailed timeline and further progress notes in PCSSD's July 2024 report.

The Court appreciates JNPSD's amended status report. The middle school addition was needed and the Court is glad to hear it was completed in time to start the 2023-24 school year. Good progress is being made on the Taylor and Bayou Meto elementary projects. The Court looks forward to an update, especially on the weather/completion issue, in JNPSD's July 2024 report. The Court continues to follow the funding challenges as to Taylor with great interest. Please provide an update on the status of state funding, as well as JNPSD's fall-back plan, in the July report, too.

\* \* \*

Facilities reports, *Doc. 5821, 5824, 5833, & 5837*, approved.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2024