**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                                                  **PLAINTIFF**

**V.**                                    **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                                                         **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                                      **INTERVENORS**

**JULY 1, 2024 FACILITIES STATUS REPORT**

Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I.     Introduction**

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file biannual status reports, including a 1 July 2024 status report on the ongoing facilities project at Mills University Studies High School. *Doc. 5776*, p. 3. As ordered, PCSSD hereby submits this facilities status report.

1

II.     **Update**

On 28 February 2024, with green-and-gold painted shovels symbolically selected to showcase the spirit of Mills University Studies High School, PCSSD broke ground on the much-anticipated historic expansion project. *Exhibit 12, photograph of groundbreaking*.

PCSSD receives weekly e-mail updates from Kinco, the construction company completing the work at Mills. The most recent of these is attached hereto. *Exhibit 13, 14 June 2024 Kinco construction update*. Details about the progress being made, and the next steps to be undertaken, can be found in written and photographic format in that exhibit.

Additionally, Kinco has periodically flown drones over the construction site for the purpose of capturing video footage which shows progress being made. PCSSD has uploaded these drone videos to its YouTube Channel so that the public can visually view for themselves the progress at any time. They are short, approximately two-minute videos but they capture the progress in a cohesive visual format. Examples of the URL address for these publicly posted drone videos are reported below, not as exhibits that require Court review, but rather so that awareness of these videos can be included in the public domain:

23 May 2024: https://www.youtube.com/watch?v=-1H9v9QwsC4

17 June 2024: https://www.youtube.com/watch?v=xwAb3kae4Yo

III.    **Timeline**

PCSSD believes that it can still complete the project for the beginning of the 2025-2026 school year as the Court previously stated. *Doc. 5776, p. 3*. Assuming that everything goes according to plan, Kinco estimates that the softball field will be completed by 11 October 2024, the classroom addition will be completed by 31 July 2025, and the arena will be completed by 31

August 2025. School technically starts prior to 31 August 2025, so the arena may not be fully complete on the first day of the 2025-2026 school year, but shortly thereafter.

IV.     **Meetings**

PCSSD held a community meeting on 13 June 2024 at 6:00 p.m. utilizing both virtual and in-person means. The Intervenors did not appear at, nor did they participate in, this meeting. There were two other such community meetings already held in 2024. Those are also linked below. *See also Doc. 5837, p. 3*.

PCSSD recorded the June community meeting and has uploaded that meeting to its YouTube Channel so that the public can review the meeting at any time. The URL address for this publicly posted meeting is reported below, not as an exhibit that requires Court review, but rather so that the location of this video can be included in this record for ease of access by anyone later wishing to view the meeting:

23 January 2024: https://www.youtube.com/watch?v=HSAA5q4u8kE

13 February 2024: https://www.youtube.com/watch?v=uVvBB6xbKNI

13 June 2024: https://www.youtube.com/watch?v=0sgst9okY-E

V.      **Index of Exhibits**

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

Photograph of groundbreaking ...................................................................................12

Kinco construction update dated 14 June 2024 ........................................................13

Devin R. Bates (2016184)
Sharnae Y. Diggs (2018130)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax: (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***

*EXHIBIT 12* [1]



---

[1] This photograph was published on February 28, 2024 in the *Arkansas Democrat Gazette* and it remains their property. It is included here by permission with the following required conditions and restrictions: (1) no redistribution of the photograph is allowed; (2) no stand-alone online use of the photograph is allowed; and (3) no additional reproduction or promotional use of the photograph is allowed.

**EXHIBIT 12**



Date: Fri, Jun 14, 2024 at 2:09 PM
Subject: 22-007 Mills HS Addition - Weekly Trade Updates (2024-06-13)

### Classroom Addition

- **Concrete:** Next week sub will start wrecking forms and cleaning up throughout the Classroom area.
- **Openings:** Door frames are projected to be delivered late next week at the Classroom.
- **Finishes:** Sub plans to grind all the areas where polished concrete is located throughout the Classroom.
- **Fire Suppression:** Sub will bring out the 4" sprinkler from the existing building.
- **MEP:** Plumbers will bring water out of the existing building. Electricians will bring power out of the existing building.

- **Block Work Starts:** 6/24
- **Masonry MEP Rough-ins:** 6/24

**EXHIBIT 13**





**Arena**

- **Site Utilities:** Installing the water line at the Arena has been completed. Pressure test has been completed and a bacteriological test will follow.
- **Concrete**: Sub will continue to work on anchor bolts, pier caps, and foundations throughout the Arena next week.
- **MEP:** Plumbers and electricians will continue to install their underground work.

- **Slab on Grade Pour:** 6/25 (this will be one of many pours)





**Softball & Concession**

- **Site Utilities:** Sub will work on installing the water line at the softball field.
- **Storm Drainage:** Infilling the concession pad and bringing the softball pad to subgrade will be completed next week.

- **Concrete:** Prepping and pouring footings and slab on edge will start next week.
- **Openings:** Door frames for the softball area will be delivered late next week.
- **MEP:** Electricians will start installing temporary power at the softball field.

- **MEP Rough-ins:** 6/26





**Substantial Completion Projected Date:**

- Softball Field: *October 11, 2024
- Classroom Addition: July 31, 2025
- Arena: August 31, 2025

*(Intentions are to have SOD done by this date. Any additional long lead time items will have

*to be installed at a later date)*

**Recent Document Updates:**

**RFI's 001 – 051 is posted to Procore**

- RFI 051 Trench Drain Lint Trap – A/E
- RFI 048 ADA Ramp – A/E

**ASI 001 – 004**

- No new ASI's.

**Proposal Request 001 – 003**

- No new PR's.

**Submittals: (Critical Submittals in red)**

- 22 40 00-2 Plumbing Fixtures
- 21 13 00-2 Fire Suppression (Classroom Addition)
- 14 24 23-3 Elevator Color Cab – Sub/Kinco
- 13 34 19-3 PEMB Arena – R&R Pending Supplier
- 08 44 13-1 Curtain Wall – A/E
- 05 20 00-2 Metal Joist & Deck (Arena) – A/E
- 05 10 00 Structural Steel (Stairs, Bracing, Roof framing) – A/E

**Scope Item – Current Responsibility**

**Background Checks:** All site personnel must complete a background check and ID badge.

**Kinco Contacts:**

Tony Mullenax, Kinco Superintendent, 501-328 ▇▇▇▇

Tyler Kinnard, Kinco Superintendent, 870-692 ▇▇▇▇

Lance Wright, Project Manager, 501.804. ▇▇▇▇

John Lipton, Project Coordinator, 479-263 ▇▇▇▇

Devion Manson,



Devion Manson

CONFIDENTIALITY NOTICE: This e-mail message (including any attachments) is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients, subcontractors and/or vendors of Kinco Constructors, LLC presumptively contain information that is confidential and privileged; e-mail messages to non-clients are normally confidential and may also be privileged. Please do not read, copy, forward or store this message or any attachments unless you are the intended recipient. If you have received this message in error, please forward it back to the sender and delete all copies of it from your computer.