IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                              **PLAINTIFFS**

v.                    No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** *et al.*                              **DEFENDANTS**

**LORENE JOSHUA, et al.**                                                              **INTERVENORS**

**MOTION FOR FINAL UNITARY STATUS AND
STATUS REPORT**

Jacksonville/North Pulaski School District (JNPSD), through its attorneys Scott P. Richardson, states as follows for its *Motion for Final Unitary Status in Facilities and Status Report*:

1. On September 25, 2018, the Court found that JNPSD was unitary (with one caveat) in staffing and that "the District will be [unitary in facilities] *if* it complies with the current master plan, as modified by this Order." DE # 5445, Order p. 2 (emphasis in original).

2. On May 6, 2021, the Court found that JNPSD had achieved unitary status in the staffing caveat, student achievement, discipline, and monitoring.

3. JNPSD's facilities obligation was to build in as timely a manner replacement facilities for the high school, middle school, and elementary schools.

4. JNPSD completed the new Jacksonville High School on August 14, 2019.

5. It completed the new Jacksonville Middle School in August 2021.

6. It completed Bobby Lester Elementary (replacing Tolleson and Arnold Drive

1

Elementary Schools) in August 2018.

7. It completed Jacksonville Elementary School (replacing Dupree and Pinewood Elementary Schools) on July 1, 2020.

8. JNPSD is set to complete the new Bayou Meto Elementary School on July 23, 2024.

9. JNPSD is set to complete the new Taylor Elementary School on July 18, 2024.

10. The schools were all designed by the same architecture firm and constructed by the same construction company. They are safe, attractive, and equal. Indeed, they are excellent, modern educational facilities.

11. Without question, JNPSD has complied in good faith with its desegregation obligations in the area of facilities.

12. "Is it time? Yes."[1]

WHEREFORE, JNPSD respectfully requests that it be declared fully unitary and released from Plan 2000 and court supervision, and that it be granted all other relief to which it is entitled.

Respectfully Submitted,

By: Scott P. Richardson (2001208)
McDaniel Wolff, PLLC
1304 West 4th St.
Little Rock, AR 72201
501.934.8000
scott@mcdanielwolff.com
Attorney for Jacksonville/North Pulaski School District

---

[1] DE # 5730, Memorandum Opinion and Order, p. 1.