IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                     **PLAINTIFFS**

v.                      No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** *et al.*                         **DEFENDANTS**

**LORENE JOSHUA, et al.**                                                 **INTERVENORS**

**BRIEF OF LAW IN SUPPORT OF MOTION FOR UNITARY STATUS AND STATUS REPORT**

Jacksonville/North Pulaski School District (JNPSD), through its attorneys Scott P. Richardson, states as follows for its *Brief of Law in Support of Motion for Final Unitary Status in Facilities and Status Report*:

The Arkansas State Board of Education created JNPSD by board order on November 13, 2014. JNPSD entered this case in the spring/summer of 2015. It began independent operation on July 1, 2016. Nineteen months later, JNPSD went to trial before this Court on its unitary status in the areas of facilities and staffing. On September 25, 2018, the Court found that JNPSD was unitary (with one caveat) in staffing and that "the District will be [unitary in facilities] *if* it complies with the current master plan, as modified by this Order." DE # 5445, Order p. 2 (emphasis in original); Ex. 1, 2018 Master Plan (Trial Exhibit 72). Twenty-three months later, JNPSD returned to trial before this Court to test its unitary status in the staffing caveat, student achievement, discipline, and monitoring. On May 6, 2021, the Court found that JNPSD had met its obligations in these areas and recognized that JNPSD

1

had achieved unitary status. The one remaining area has been facilities. As explained more fully herein, JNPSD has met and exceeded its 2018 Facilities Master Plan as modified by the Court and should be released from this last area of Plan 2000 and court supervision.

### 1. Legal Standards

Desegregation decrees like Plan 2000 were never intended to continue forever. *Board of Education of Oklahoma City Public Schools v. Dowell,* 498 U.S. 237, 248, 111 S.Ct. 630, 637 (1991). They are "a temporary measure to remedy past discrimination." *Id.* "The legal justification for displacement of local authority by an injunctive decree in a school desegregation case is a violation of the Constitution by the local authorities." *Id.* A desegregation decree should not continue any longer than necessary to remedy the identified constitutional violation; i.e. to remedy the effects of past discrimination addressed by the consent decree "to the extent practicable." *Id.; see also Milliken v. Bradley*, 433 U.S. 267, 97 S.Ct. 2749 (1977)(*Milliken II*). Once the constitutional violation is remedied, control of children's education must be returned to local school officials. *Id.*; *Dowell*, 498 U.S. 237, s*ee also Kindred v. Duckworth*, 9 F.3d 638, 644 (7th Cir.1993) ("[D]ecrees imposing obligations upon state institutions normally should be enforceable no longer than the need for them."); *Cody v. Hillard*, 139 F.3d 1197 (8th Cir. 1998).

Courts "must take a flexible approach to Rule 60(b)(5) motions addressing [institutional reform] decrees." *Horne v. Flores*, 557 U.S. 433, 129 S.Ct. 2579, 2594-95 (2009) (internal quotations omitted). This "flexible approach" requires courts to

2

"remain attentive to the fact that federal court decrees exceed appropriate limits if they are aimed at eliminating a condition that does not violate federal law or does not flow from such a violation." *Id.* at 2595.

This Court's decisions regarding whether to modify its consent decree are reviewed for abuse of discretion. *LRSD v. PCSSD, et al.*, 451 F.3d 528, 531 (8th Cir. 2006). However, once a party seeking relief from a consent decree establishes that changed circumstances warrant relief, "a court abuses its discretion when it refuses to modify an injunction or consent decree in light of such changes." *Horne*, 129 S.Ct. 2579, 2593 quoting *Agostini v. Felton*, 521 U.S. 203, 117 S.Ct. 1997 (1997).

## 2. JNPSD has Complied with its 2018 Facilities Master Plan as Modified By This Court

The Court's 2018 Order acknowledged that JNPSD was already in process of replacing the High School and two elementary schools. JNPSD finished the High School on or about August 14, 2019. Scholars began in the new school for the 19-20 school year. DE # 5500, Status Report. Lester Elementary School was completed before then and serving scholars in the 18-19 school year.

The District applied for funds in the Fall of 2017 to build a new Middle School. *Id.* Construction began at the end of 2019. It was completed in time for scholars to begin attending in August 2021 for the 21-22 school year. DE # 5797, Status Report. Not long after, it became clear that enrollment had increased more quickly than expected. JNPSD located funds to engage the Phase II expansion of the Middle School while maintaining pace on the remaining schools. DE # 5797, p. 2. The Phase II addition was completed in time for scholars to utilize it beginning in the 23-24 school

year. DE # 5822, Status Report p. 1.

On or about July 1, 2020, JNPSD began construction of the new Jacksonville Elementary School that replaced Dupree and Pinewood Elementary Schools.[1] DE # 5651, Status Report. Construction took a little longer than expected and completed in December of 2021. DE # 5797, p. 3. Scholars began attending in January of 2022.

The last two schools to be replaced were Taylor and Bayou Meto Elementary Schools. Partnership Program Funding for these two schools proved complicated, requiring the District to expend substantial resources to secure. These efforts are detailed in the District's 2024 Master Plan narrative summary. Ex. 2, 2024 Master Plan Narrative Summary p. 9-12.  JNPSD engaged many meetings with the Department of Education and the Division of Public School Facilities and Transportation ("DPSAFT"); filed an appeal of the denial of funding to the Facilities Review Board; and initiated a lawsuit before this Court. Funding questions for Taylor Elementary were settled by the State's issuance of a Written Determination letter on August 29, 2022, finally approving Partnership Program funds for replacement of Taylor Elementary School.

Construction on Bayou Meto and Taylor Elementary Schools began on or about March 2023. Both schools are near completion. JNPSD anticipates that both schools will be substantially completed on or about July 18, 2024 for Bayou Meto Elementary and July 23, 2024, for Taylor Elementary. Both schools should be open for scholars

---

[1] The former Pinewood Elementary School is now being used to house administrative offices for the District.

beginning with the 24-25 school year.

The Court is invited to tour the new facilities. The facilities benefitted from all being designed by the same architecture firm (WER Architects) and built by the same construction company (Baldwin & Shell). This has helped to maintain consistency across all facilities. If the Court tours the facilities will find them to be safe, attractive, and equal.

Neither the 2018 Facilities Plan nor this Court's Order modifying it provided for more than routine maintenance for Homer Adkins Pre-K Center. Adkins is the oldest facility in the District. Approaching the completion of the Taylor Elementary replacement facility, the District has decided to renovate the soon-to-be former Taylor Elementary building to house pre-k for the District. In addition, the building will house daycare for JNPSD staff (partly as a recruitment and retention incentive) and a community health center. The health center will primarily serve JNPSD scholars in need. Ex. 2, p. 13. It will also provide services to community members to the extent it has capacity above scholars' needs. Also, the Taylor multi-purpose building that was constructed in 2018 will be converted to an alternative learning environment ("ALE") for kindergarten through fifth grade students. JNPSD facilities planning has moved well beyond desegregation obligations. The District is adjusting and planning its facilities to provide educational opportunities to scholars that surpass what the surrounding districts provide.

### 3. Conclusion

In short, (1) JNPSD replaced its facilities faster that was thought possible. DE

5

# 5445, Order p. 7. (2) JNPSD not only applied for partnership program funds to replace Taylor and Bayou Meto Elementary schools before the 2023-2025 project funding cycle, it is also due to complete the facilities before the end of that funding cycle. *Id.* (3) JNPSD did advance the building of the middle school phase II project. But that was because of the unanticipated growth of enrollment, and it did not slow down the replacement of Taylor or Bayou Meto Elementary Schools. This Court approved the advancement of the Middle School Phase II project. DE # 5786, Order. (4) All of the new elementary facilities are substantially equal to Bobby Lester Elementary School (that opened in August 2018). JNPSD has unquestionably met its obligations in the area of facilities.

WHEREFORE, JNPSD respectfully requests that it be declared fully unitary and released from Plan 2000 and court supervision, and for all other relief to which it is entitled.

Respectfully Submitted,

By: Scott P. Richardson (2001208)
McDaniel Wolff, PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954.8000
scott@mcdanielwolff.com

Attorney for Jacksonville/North Pulaski School District