IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                              PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                  DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                   INTERVENORS

### INTERVENORS' RESPONSE TO JACKSONVILLE NORTH PULASKI SCHOOL DISTRICT'S MOTION FOR UNITARY STATUS

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **Robert Pressman**, and for their response to Jacksonville/North Pulaski School District (JNPSD) motion for unitary status:

1.   The intervenors admit the averments as stated in ¶ 1 of the defendant JNPSD motion for unitary status.

2.   The intervenors admit the averments as stated in ¶ 2 of the defendant JNPSD motion for unitary status.

3.   The intervenors admit the averments as stated in ¶ 3 of the defendant JNPSD motion for unitary status.

4.   The intervenors admit the averments as stated in ¶ 4 of the defendant JNPSD motion for unitary status.

5. The intervenors admit the averments as stated in ¶ 5 of the defendant JNPSD motion for unitary status.

6. The intervenors admit the averments as stated in ¶ 6 of the defendant JNPSD motion for unitary status.

7. The intervenors admit the averments as stated in ¶ 7 of the defendant JNPSD motion for unitary status.

8. The intervenors deny the averments as stated in ¶ 8 of the defendant JNPSD motion for unitary status.[1]

9. The intervenors deny the averments as stated in ¶ 9 of the defendant JNPSD motion for unitary status.

10. The intervenors deny the averments as stated in ¶ 10 of the defendant JNPSD motion for unitary status.

11. The intervenors deny the averments as stated in ¶ 11 of the defendant JNPSD motion for unitary status.

12. In reference to the allegation alleged in ¶ 12 of the JNPSD's motion for unitary status, in that the two (2) new elementary schools are not "equal" nor "attractive", the time for unitary status has yet to be realized. Therefore, the intervenors deny that unitary status has been accomplished by said district as it relates to facilities.

THEREFORE, in that the JNPSD has failed to comply with Plan 2000 to provide schools that are "attractive and equal", and has failed to comply with the Court's Order of September 25, 2018, and its Master Plan as presented to this court to construct Murrell Taylor and Bayou Meto

---

[1] Counsel for intervenors along with Representative Joy Springer went on a tour with opposing counsel and the Superintendent of the Jacksonville North Pulaski School District (JNPSD) on Friday, August 2, 2024. Construction workers were present both at Taylor and Bayou Meto finishing up these schools.

that will be "equal" to Bobby Lester, the Court should deny its motion for unitary status, and require the district to put forth a remedial plan "truing-up" the differences between these schools.

                Respectfully submitted,

                Austin Porter Jr., No. 86145
                PORTER LAW FIRM
                323 Center Street, Suite 1035
                Little Rock, Arkansas 72201
                Telephone: 501-244-8200
                Facsimile: 501-372-5567
                Email: aporte5640@aol.com

                Robert Pressman
                22 Locust Avenue
                Lexington, MA  02421
                Telephone: 781-862-1955
                Email: pressmanrp@gmail.com

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 9th day of August 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

| | |
|---|---|
| Devin R. Bates | Scott Richardson |
| MITCHELL, WILLIAMS, SELIG | McDaniel, Wolff, & Benca PLLC |
| GATES & WOODYARD, P.L.L.C. | 1307 West 4th Street |
| 425 West Capitol Avenue, Suite 1800 | Little Rock, Arkansas 72201 |
| Little Rock, Arkansas 72201 | |
| | |
| dbates@mwlaw.com | scott@mwbfirm.com |

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201

jbequette@bbpalaw.com
ckees@bbpalaw.com

                                        Austin Porter Jr.