IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                              PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                              DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                              INTERVENORS

INTERVENORS' BRIEF[1] IN OPPOSITION TO JACKSONVILLE NORTH
PULASKI SCHOOL DISTRICT'S MOTION FOR UNITARY STATUS

Introduction

Jacksonville North Pulaski School District (JNPSD) previously requested the Court to declare that it was unitary in meeting its obligations under *Plan 2000* to provide *equal* facilities. On September 25, 2018, this Court denied the district's motion for unitary status finding that the district had not met its obligations to provide "equal" facilities for all of its students.  [**Doc. # 5445**].  In that JNPSD has yet to provide "equal" facilities for all its students, it is not time for the district to be declared unitary in its facilities.

Statement of Facts

The Jacksonville North Pulaski School District (JNPSD) concedes, as it must, that *Plan 2000* requires that its schools must be "clean, safe, attractive and equal."  (*See* **Plan 2000, Doc. #**

---

[1] Although this document is styled "brief", this is not the normal and customary brief as filed by undersigned counsel. This brief contains more pictures than words, because "a picture is worth 1,000 words."  On another note, undersigned counsel has just learned how to incorporate pictures in a document, which is not bad for a person who came kicking and screaming into the 21st Century.

**3309, p. 7, H(1)**) (*See also*, **JNPSD 2024 Master Plan, Doc. # 5848-2**).  As this Court pointed

out in its September 25, 2018 Order:

> Sixteen years is just too long to make the children attending Taylor, about 70% of
> whom are black, and Bayou Meto, more than 80% of whom are white, wait for
> facilities that are equal to other JNPSD elementary schools, especially the new one
> (Bobby Lester).

[**See Doc. # 5445, p. 5**]

The Court also stated that, "all new elementary facilities will be equal to the new elementary

school that opened in August 2018 (Bobby Lester)."   (**See Doc. # 5445, the fourth bullet on**

**page 7**).

The JNPSD has constructed two (2) new elementary schools: Murrell Taylor and Bayou

Meto.  Murrell Taylor is just about completed, as is Bayou Meto.  On Friday, August 2, 2024,

undersigned counsel and Representative Joy Springer took a tour of Murrell Taylor Elementary,

Bobby Lester Elementary, and Bayou Meto Elementary.  With the exception of Murrell Taylor

and Bayou Meto being new construction, when one takes a tour of these schools, it can easily be

determined that these schools are not "equal" to Bobby Lester nor are they attractive.  Although

Bobby Lester was constructed for a student population of 648 students, the enrollment for the

upcoming school year is 447, which is a pretty consistent number since its inception.  Bayou Meto

is being constructed for a student population of 455, and has a projected enrollment of 414.  Murrell

Taylor is being constructed for a maximum student population of 460, and has a projected

enrollment of 440 (estimate).

The standard of school construction for the elementary schools for the JNPSD was Bobby

Lester, which was constructed in 2018.  The flooring of Bobby Lester is consistent throughout the

hallways and other areas of the school with decorative and shining flooring as the following pictures depict:





The flooring at both Murrell Taylor and Bayou Meto are dull and not pleasing to the eyes as the following pictures depict:

Bayou Meto Flooring –





The same flooring is present at Murrell Taylor.

The classrooms at Bobby Lester are aesthetically pleasing, while the classrooms at both Taylor and Bayou Meto are disappointing and unattractive.

Classrooms at Bobby Lester:











Classrooms at Bayou Meto:





Classrooms at Murrell Taylor:





Jacksonville North tries to compensate for the obvious differences in the classrooms by having some type of rug as seen in the following photograph, which is at Murrell Taylor and Bayou Meto:



The above photograph is at Bayou Meto, which only had one rug installed at the time.

The picture below shows a rug at Bobby Lester:



There are also differences in the entrance at these three schools:

Bobby Lester:







Murrell Taylor:



Bayou Meto:



The flooring in the media center in Bobby Lester is superior and attractive to that of both Bayou Meto and Murrell Taylor:

Bobby Lester –





Flooring in the media center at Murrell Taylor:



Even the desks and chairs at Bobby Lester are superior, because they allow children to place their books and other papers under their chairs.

Bobby Lester –



Chairs at Murrell Taylor, which are the same at Bayou Meto:



The stage in the cafetorium at Bobby Lester is much larger than the ones at Murrell Taylor and Bayou Meto.

Stage at Bobby Lester –



Stage at Bayou Meto, which is the same at Murrell Taylor:



The flooring in the cafetorium is also different at the schools as well.  The flooring in the cafetorium at Bobby Lester is shining and attractive, whereas the flooring in both Taylor and Bayou Meto are dull as shown by the following pictures:

Bobby Lester –



Cafetorium flooring at Taylor:



The boys' bathrooms at Bobby Lester contain two (2) stalls while the boys' bathrooms at both Bayou Meto and Murrell Taylor only have one.  Rep. Springer noted that the girls' bathrooms at Bobby Lester had two (2) stalls, while Murrell Taylor and Bayou Meto girls' bathrooms only had one stall.  However, all three schools' bathrooms contain two (2) urinals in the boys' bathrooms.

In constructing Murrell Taylor and Bayou Meto, JNPSD did not comply with its Facilities Master Plan, *Plan 2000*, nor with the Court's order of September 25, 2018 because the two (2) schools are not "equal" to Bobby Lester, which the district acknowledges.  Counsel for the JNPSD

states that "[a]ll of the new elementary facilities are *substantially* equal to Bobby Lester Elementary School (that opened in August 2018)." *See* **JNPSD Brief, Doc. # 5848, p. 6.** (emphasis added).  To claim that these schools are "substantially equal" is an ambitious stretch.

Unfortunately, in constructing Murrell Taylor and Bayou Meto, JNPSD did not learn the lesson of its parent – Pulaski County Special School District (PCSSD), when it constructed Mills High School, which was inferior to Robinson *Middle* School.  It appears that the inequities of the father have been visited upon the son.  *See* **Deuteronomy 5:9**.

In conclusion, it is quite apparent that the JNPSD failed to meet its obligation in constructing Murrell Taylor and Bayou Meto that are "attractive" as required by *Plan 2000*. Furthermore, it is also apparent that Murrell Taylor and Bayou Meto are not equal to Bobby Lester. As a matter of fact, these schools are not even "substantially" equal as alleged by opposing counsel. The Court should deny the district's motion for unitary status, and require that the district put forward a plan for "truing-up" the inequities that exist between these schools.

> Respectfully submitted,
>
> Austin Porter Jr., No. 86145
> PORTER LAW FIRM
> 323 Center Street, Suite 1035
> Little Rock, Arkansas 72201
> Telephone: 501-244-8200
> Facsimile: 501-372-5567
> Email: aporte5640@aol.com
>
> Robert Pressman
> 22 Locust Avenue
> Lexington, MA  02421
> Telephone: 781-862-1955
> Email: pressmanrp@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 9th   day of August 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

Devin R. Bates                                         Scott Richardson
MITCHELL, WILLIAMS, SELIG               McDaniel, Wolff, & Benca PLLC
GATES & WOODYARD, P.L.L.C.               1307 West 4th Street
425 West Capitol Avenue, Suite 1800        Little Rock, Arkansas 72201
Little Rock, Arkansas 72201

dbates@mwlaw.com                              scott@mwbfirm.com

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201

jbequette@bbpalaw.com
ckees@bbpalaw.com

                                            Austin Porter Jr.