IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                **PLAINTIFFS**

v.          No. 4:82-cv-866-DPM

**NORTH LITTLE ROCK SCHOOL DISTRICT,** et al.      **DEFENDANTS**

**EMILY McCLENDON, et al.**                 **INTERVENORS**

## MOTION FOR EXTENSION OF TIME

Comes now, Jacksonville North Pulaski School District ("JNPSD" or "District"), by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and for its *Motion for Extension of Time* states as follows:

1. The District filed their Motion for Final Unitary Status and Status Report on July 1, 2024.

2. The Intervenors filed their Response to Jacksonville North Pulaski School District's Motion for Unitary Status on August 8, 2024. The District's reply to the response is due August 16, 2024.

3. Undersigned counsel has been involved in several other matters that have taken up substantial time and requires a short extension to complete the Reply.

4. The District respectfully requests an extension of time up to and through on August 23, 2024, within which to file its Reply to Intervenors' Response.

5. The Intervenors do not object to this Motion for Extension of Time.

1

WHEREFORE, JNPSD requests that it be granted an extension of time of one week or up to and through August 23, 2024, within which to file its Reply and that JNPSD be granted all other relief to which it is entitled.

        Respectfully submitted,

        Scott P. Richardson # 2001208
        McDaniel, Wolff, & Benca, PLLC
        Attorneys at Law
        1307 West Fourth Street
        Little Rock, Arkansas 72201
        (501) 954-8000
        (866) 419-1601 – Facsimile
        Email: scott@mwbfirm.com

        *Attorney for Jacksonville North Pulaski School District*