IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **PLAINTIFFS** |
| v.   No. 4:82-cv-866-DPM | |
| **NORTH LITTLE ROCK SCHOOL DISTRICT,** *et al.* | **DEFENDANTS** |
| **LORENE JOSHUA, et al.** | **INTERVENORS** |

**REPLY TO INTERVENORS' RESPONSE TO
JNPSD'S MOTION FOR UNITARY STATUS**

Jacksonville/North Pulaski School District (JNPSD), through its attorneys Scott P. Richardson, states as follows for its *Reply to Intervenors' Response to JNPSD's Motion for Final Unitary Status in Facilities*:

Intervenor's Response concedes several key points: Taylor Elementary and Bayou Meto Elementary Schools are being built well ahead of schedule; there are no issues raised with any other recently built schools (high school, middle school, or Jacksonville Elementary School); the issues Intervenors raise have nothing to do with differences in treatment of the schools along racial lines; and the two schools Intervenors raise challenges to (one majority black, the other majority white) were treated equally by JNPSD. In fact, Intervenors' Brief never uses the words "race," "racial," "segregation," or the like.[1] Failing to find a constitutional violation to hinge

---

[1] "[A]t some point in time the relationship between past segregative acts and present segregation may become so attenuated as to be incapable of supporting a finding of de jure segregation warranting judicial intervention." *Keyes v. Sch. Dist. No. 1*, 413 U.S. 189, 211 (1973). Apparently, the connection here has become so attenuated that Intervenors cannot in good faith use the word "segregation."

1

their Response on, Intervenors take issue with school sizes, floor and wall finishes, and furniture choices. None of the issues they raise are sufficient to compel continued federal jurisdiction over JNPSD in this desegregation case.

First, the continuation of federal judicial oversight of JNPSD must be rooted (no matter what) in some violation of the Fourteenth Amendment. *Board of Education of Oklahoma City Public Schools v. Dowell,* 498 U.S. 237, 248 (1991); *Horne v. Flores*, 557 U.S. 433 (2009). The Mills High/Robinson Middle Schools issue gained traction because Mills High School's student body is majority black students in a majority black area while Robinson was not. Here, the Intervenors agree that a majority white school in a majority white area (Bayou Meto Elementary) and a majority black school in a majority black area (Taylor Elementary) are equal. They claim that both are lesser than another less racially identifiable school in a less racially identifiable area of the school district (Lester Elementary). This alone is reason enough to reject the Intervenors' arguments and grant JNPSD unitary status.

But, their arguments on the merits lack merit.

***Building size***: The Court is well aware from past filings and hearings of the State's Program of Requirements ("POR") for schools. The POR is a spreadsheet that establishes standard sizes and spaces for schools built in Arkansas. The key figure to determine the number and size of the spaces is the anticipated maximum number of students or projected enrollment. When Lester Elementary School was designed the State required student enrollment for POR purposes to be based on

ten-year projected enrollment. That changed and when Bayou Meto and Taylor Elementary schools were designed. At that time, the State required schools to use a five-year projected enrollment for POR purposes.

Lester Elementary was built to replace two schools: Arnold Drive Elementary and Tolleson Elementary. The 2014-15 enrollment of those two schools was 562 students. JNPSD projected (using State standards) the school's ten-year growth to be 648 students. Ex. 1, p. 34. At the time of design, JNPSD projected (again, using state standards) Taylor Elementary's enrollment to be 570 students and Bayou Meto Elementary's enrollment to be 500 students. Ex. 2, p. 11. The Division of Public School Academic Facilities and Transportation ("DPSAFT") adjusted the projected enrollments to 460 students for Taylor Elementary and 455 for Bayou Meto Elementary. These numbers drove the POR calculations.

Because Lester Elementary School's enrollment was so much larger, the POR dictated larger common area spaces (foyer, cafetorium, playground, etc.) and more classrooms. JNPSD disagrees that 447 "is a pretty consistent number" for enrollment of Lester Elementary. Enrollment numbers fluctuate wildly in the weeks before and after the start of school. Lester Elementary School's enrollment fluctuated from 492 in the 2020-21 school year (the year following the pandemic) to 587 students in the 2022-23 school year. Note also, Lester Elementary School was planned when JNPSD was a nascent school district. The enrollment history for the two predecessor schools included area that is now in Pulaski County Special School

District. It was very difficult to project the ten-year enrollment of Lester Elementary.

***Stage size***: Intervenors are mistaken in their arguments about the stages in the cafetoriums. The dining spaces at Lester Elementary are larger because, based on the projected enrollment, it was anticipated that more students would need to the space. The stage is sized for the cafeteria space, which is planned for a larger student body. That said, the stages at Taylor and Bayou Meto Elementary are actually larger than at Lester Elementary. JNPSD learned that the stage size at Lester Elementary made it difficult to gather students on the stage. When designing Taylor and Bayou Meto Elementary, JNPSD provided more stage space to alleviate this problem. So, while the cafetorums at Taylor and Bayou Meto Elementary Schools are smaller than at Lester Elementary, the stages are also larger.

Below is an image from the building plans from Lester Elementary. The grey box is an outline of the stage floors at Taylor and Bayou Meto Elementary schools for comparison. The curved parallel lines are the front of the Lester Elementary

stage.



*Finishes*: Wall and floor color are matters of opinion and taste. They are not federal constitutional issues. Even so, JNPSD's decisions on these matters were reasonable.

*Floor finishes*: At all three schools, the floors in the main corridors are polished granite with red glass aggregate. In all three schools, the classroom corridors are polished concrete. The classroom floors at Taylor and Bayou Meto Elementary Schools are polished concrete. The classroom floors at Lester Elementary are covered in a product called luxury vinyl tile ("LVT"). After several years of experience with LVT in classrooms at Lester Elementary, teachers, staff, and the District have come to the opinion that LVT is higher maintenance than polished concrete floors. LVT also has a 10-20 year life cycle, meaning that it will wear out in 10-20 years requiring either removal or replacement. Polished concrete

5

does not have these problems. For these reasons, LVT is on the decline in schools across the State. Polished concrete is an attractive and more prudent floor surface for the newer schools.

*Carpet colors*: Yes, different carpet colors were chosen for the media centers in the schools. It is the same type of carpet, so they are of equal quality. But, black is notoriously difficult to maintain. The carpet in the newer schools will show less wear and less dirt. So, it will be lower maintenance and stay nicer longer.

*Wall colors*: As with the carpet, brighter colors show wear and dirt more readily. In turn, this requires more frequent cleaning and repainting. Thus, more muted colors were selected for the schools that followed Lester Elementary.

It should be noted as well. At the time of the facility tours with the intervenors, staff was already moved into Lester Elementary School. At the other two schools, however, the classroom furnishings were still being moved in and staff had not occupied the spaces. Now that staff has moved in (and teachers have decorated their spaces) classrooms will look different.

**Restrooms**: Intervenors are simply mistaken as to the fixtures in the bathrooms. The number of plumbing fixtures is dictated by the Arkansas Plumbing Code. All three schools comply with the Code. The new schools, with a smaller anticipated student body, have less plumbing load and, therefore, not as many fixtures (but not as few as Intervenors represent to the Court). All of the restrooms have more than one fixture (outside of single occupancy restrooms like are in the classrooms for the youngest scholars, e.g. kindergarten). All of the boy's and girl's

restrooms at Taylor and Bayou Meto Elementary Schools have three fixtures: three toilet stalls for girls, and one toilet stall with two urinals for boys. None of the girl's restrooms are limited to one stall.

*Furnishings*: Generally, furnishings (such as desks and chairs) falls under the category of school resources. JNPSD is unitary as to school resources. But, JNPSD disagrees that it is better to put books and papers under chairs. JNPSD's experience has been that this is more cumbersome for students. At Bayou Meto and Taylor Elementary Schools students will have their books in front of them in their desks. This makes the chairs lighter to move and the books easier for children to access.

Unlike the Mills/Robinson issue, none of the issues Intervenors raise break down along racial lines, and they make no effort to argue that they do. Thus, it is undisputed that JNPSD is unitary, meaning delivering educational services to students without regard race (or at least the racial binary (black/non-black) with which this case is concerned). The constitutionally inconsequential differences that Intervenors do point out are either not real differences, based on rational and race-neutral reasons, or favor the newer schools. Intervenors make no showing that any of the alleged differences are significant enough to sustain federal jurisdiction over JNPSD. Accordingly, JNPSD respectfully submits that its Motion for Unitary Status should be granted.

WHEREFORE, JNPSD respectfully requests that it be declared fully unitary and released from Plan 2000 and court supervision, and for all other relief to which it is entitled.

Respectfully Submitted,

By: /s/ Scott P. Richardson  (2001208)
McDaniel Wolff PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954.8000
scott@mcdanielwolff.com

Attorney for Jacksonville/North Pulaski School District