IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*             PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*             DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN             INTERVENORS

ORDER

    The Court appreciates PCSSD's summer 2024 facilities report. No objection has been filed to it. Congratulations on the Mills-expansion groundbreaking. The Court commends the creation of the drone videos, as well as their posting on social media. This modern touch, along with the community meetings, helps keep the public informed of the progress. All appears to be on track. Continue the good work. Facilities report, *Doc. 5846*, approved.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2024