IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*   PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*   DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN   INTERVENORS

ORDER

The Court notes JNPSD's facilities report and motion for final unitary status, the Intervenors' response, and the District's reply. *Doc. 5847, 5851 & 5855.* The Court commends JNPSD in general for the District's extraordinary work in completing all the new facilities ahead of schedule, as well as for the developing plans for the old Taylor buildings. Intervenors have noted concerns about the new Bayou Meto Elementary and the new Taylor Elementary. The Court appreciates and accepts JNPSD's invitation for a tour of them. The Court would also appreciate a short refresher visit to Lester Elementary. The Court's staff will coordinate with counsel on a mutually convenient date some time in the coming months. A ruling

on JNPSD's motion will abide that tour. No concerns have been noted about JNPSD's new High School (which the Court visited in 2020), the new Middle School, or Jacksonville Elementary. These facilities need not be on our itinerary.

    So Ordered.

                                      _____
                                      D.P. Marshall Jr.
                                      United States District Judge

                                      13 September 2024