# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　　　　　　　　　　INTERVENORS

## ORDER

The Court and parties will tour Taylor Elementary, Lester Elementary, and Bayou Meto Elementary on 1 November 2024. We will begin at Taylor Elementary at 9:00 a.m. Any member of the media or public who wishes to attend should contact my courtroom deputy, Sherri Black, for details.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2024