**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LITTLE ROCK SCHOOL DISTRICT,**           **PLAINTIFFS**
*et al.*

**v.**           **No. 4:82-cv-866-DPM**

**NORTH LITTLE ROCK SCHOOL DISTRICT,**     **DEFENDANTS**
**et al.**

**EMILY McCLENDON, et al.**           **INTERVENORS**

## ADDENDUM TO MOTION FOR FINAL UNITARY STATUS AND STATUS REPORT

Comes now, Jacksonville North Pulaski School District ("JNPSD" or "District"), by and through its attorney, Scott P. Richardson, McDaniel, Wolff & Benca, PLLC, and for its *Addendum to Motion for Final Unitary Status and Status Report* states as follows:

1.      Attached as Exhibit 1 is the handout presented to the Court during the school tours held on November 1, 2024.

WHEREFORE, JNPSD respectfully requests that it be declared fully unitary and released from Plan 2000 and court supervision, and that it be granted all other relief to which it is entitled.

Respectfully submitted,

Scott P. Richardson # 2001208
McDaniel, Wolff, & Benca, PLLC
Attorneys at Law
1307 West Fourth Street
Little Rock, Arkansas 72201
(501) 954-8000
(866) 419-1601 – Facsimile
Email:  scott@mwbfirm.com

1

*Attorney for Jacksonville North Pulaski*
*School District*