|  | Bobby Lester | Murrell Taylor | Bayou Meto |
|---|---|---|---|
| **Quick Facts on JNP Bobby Lester, Murrel Taylor, & Bayou Meto Elementary Schools** | | | |
| **Student Population** *per ARDOE* | 648 | 460 | 460 |
| **Square Footage** | 79,900 | 63,000 | 63,000 |
| *size per student* | *123sf/student* | *137sf/student* | *137sf/student* |
| **Bid Date** | May 18, 2017 | December 2, 2022 | December 12, 2022 |
| **Date put in Service** | August 9, 2018 | July 23, 2024 | July 23, 2024 |
| **Cost** | $15,378,585 | $23,999,614 | $23,618,989 |
| **Cost per sq.ft.** | $192.47 | $380.95 | $374.90 |
| **Cost per student** | $23,732.38 | $52,173.07 | $51,345.63 |
| **Art Room** | 1 @ 1211 sf | 1 @ 1207 sf | 1 @ 1207 sf |
| **Music Room** | 1 @ 1210 sf | 1 @ 1227 sf | 1 @ 1227 sf |
| **Media Center Size** | 2326 sf | 1807 sf | 1807 sf |
| *size per student* | *3.59* | *3.93* | *3.93* |
| **Dining Size** | 5019 sf | 3453 sf | 3453 sf |
| *size per student* | *7.75* | *7.5* | *7.5* |
| **Stage Area** | 822 sf | 892 sf | 892 sf |
| *size per student* | *1.27* | *1.94* | *1.94* |
| **Safe Room/Gym Size** | 6538 sf | 4621 sf | 4621 sf |
| *size per student* | *10.09* | *10.04* | *10.04* |
| **Number of Classrooms** | 30 | 22 | 22 |
| **Kindergarten** | 7 | 6 | 6 |
| **1-3** | 15 | 11 | 11 |
| **4-5** | 8 | 5 | 5 |

DEFENDANT'S EXHIBIT 1