IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                           PLAINTIFFS

VS.                             CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                              DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                                INTERVENORS

## INTERVENORS' **SECOND** MOTION FOR EXTENSION OF TIME

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A**., and **Robert Pressman**, and for their motion for extension of time to respond to Pulaski County Special School District, they state the following:

1.     The Pulaski County Special School District (PCSSD) filed its facilities report on October 9, 2024.

2.     The Intervenors' response was due on or about October 23, 2024, but a request for extension of time to respond was asked for and received giving the new response time as due on November 4, 2024.

3.     Undersigned counsel has been busy having to respond to motions for summary judgments.

4.      Undersigned counsel is in the midst of responding to a third motion for summary judgment in the case of <u>Christopher Sweeny v. The City of Pine Bluff, Arkansas</u>, United States District Court No. 4:22-CV-00493, which is due on November 4, 2024.

6.      Undersigned counsel has reached out to opposing counsel about this extension request and is authorized to say that no objection will be forthcoming from the PCSSD.

7.      Undersigned counsel is requesting a three (3) day extension giving him up to and including the date of November 7, 2024 to file his response to the defendant's motion.

8.      This extension request is not being made for the purpose to cause any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the plaintiff requests that he be granted an extension of one-week giving him up to and including the date of November 7, 2024 to file her response to the defendant's motion for summary judgment, and for all other just and equitable relief.

            Respectfully submitted,

Austin Porter Jr.
Bar Number 86145
PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com

and,

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

CERTIFICATE OF SERVICE

    I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas - Central Division, on the 4th day of November 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

M. Samuel Jones III.
Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

                Austin Porter Jr.