# In The Matter Of:
## Curtis A. Johnson v.
## Pulaski County Special School District

### Curtis Johnson
### August 8, 2024

**Grigsby Reporting Services**
135 Oneida Way
Maumelle, AR 72113
(501) 580-5117
faithccr686@gmail.com

Original File 08-08 Curtis Johnson.prn
Min-U-Script® with Word Index

**INTERVENORS' EXHIBIT A**

65

1  MR. PORTER: That's the way, typically, I
2  always do it.
3  MR. KEES: That's right.
4  Q  (By Mr. Kees) Well, I guess I'm --
5  A  So, I don't want to confuse that.
6  Q  Right.
7  A  I didn't want to confuse that.
8  Q  So, you testified. I think you had testified for
9  almost a full day. I know you had to come back after
10 lunch.
11 A  I think so.
12 Q  After -- you say, "After my testimony, I started to
13 experience retaliation in the from of exclusion,
14 harassment, and hostile work environment, which is
15 preventing me from completing my job duties." So, I
16 want to flesh that out. Are you saying here that those
17 -- the retaliation, et cetera, is coming from Dr.
18 McNulty?
19 A  Initially, it was Dr. Remele, then Dr. McNulty.
20 Q  So, let's say deseg testimony that happens. What
21 happened with -- what did you see from Dr. Remele?
22 A  When you go in and you look at -- Dr. Remele was
23 running a different scenario than everybody else.
24 Everybody else was playing checkers. She was playing
25 chess. And let me explain that. Dr. Remele's position

1  trying to stay away from them.  But John Walker
2  attended --
3  Q    So, was this around '18 or '19?
4  A    It was '18/'19, and it was definitely probably
5  about '18.  John only attended two meetings that I
6  recall, and I don't remember the dates on those
7  meetings.  But during those -- during that particular
8  meeting John does his grandstand thing, you know, "I'm
9  John Walker and I'm fighting deseg," and that kind of
10 thing.  And Dr. Remele is sitting to my right, and Dr.
11 Remele's statement to me was, "Well, the federal judge
12 ain't going to pay no attention to this no way.  We're
13 going to do what we want to do."  And I paused for a
14 second.
15       Cody, I've -- I've been a ward almost -- for lack
16 of a better way of saying it, of the court for a long
17 time.  I don't take any court lightly when we're talking
18 about a sitting judge and what he/she will or will not
19 do.  So, that kind of raised the hair up on my neck a
20 little bit like, woah.  I understand you have an agenda,
21 but playing with a sitting judge is not one of them that
22 I'm willing to participate with.  Not ever.  I don't
23 really care what's going on.  And, so, it kind of set
24 the tone for me to understand that, okay, there's
25 something else going on here."  And, so, at that

# Transcript of the Testimony of

# Warren, Janice

**Date:** April 8, 2020

**Case:** LRSD vs. PCSSD, et al.

**Bushman Court Reporting**
Crystal Garrison, CCR
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

**INTERVENORS' EXHIBIT B**

1    But when you walk into Harris Elementary School,
2  you've got to get into the main building to get to
3  students.  So, that's been my concern all along about
4  College Station.
5  Q.    Do you -- are you familiar with the three-tier
6  facility plan?
7  A.    No, I don't think so.  I don't recall that.
8  Q.    Have you ever heard of it --
9  A.    No.
10 Q.    -- three-tier facility plan?
11 A.    No.
12 Q.    And have you seen the 2020 facility plan that was
13 presented by Curtis Johnson?
14 A.    The master facility plan?
15 Q.    Yes.
16 A.    Yes, sir.
17 Q.    And it was my understanding that there was
18 supposed -- there was a board retreat where the 2020
19 facility master plan was presented.  Were you aware of
20 that; were you in attendance?
21 A.    No, I was out of town, was not able to attend.  But
22 he did do a retreat where he could explain the plan to
23 the board.
24 Q.    And have you seen the two design concepts at Mills,
25 I guess, was a driven program that would present an

1  architectural drawing by Mr. Johnson?
2  A.   No.
3  Q.   You have not seen it?
4  A.   No.  Huh-uh.
5  Q.   Okay.  Do you know -- was it your understanding that
6  there were classroom spaces that had been eliminated
7  from the Mills -- new Mills High School?
8  A.   Yes, sir.  We learned that after we found out about
9  the athletic facilities, then we got into the academic
10 facilities and learned that were, I think, five
11 classrooms that had been eliminated.
12 Q.   And, of course, is that when you expressed your
13 concern or your frustration that dollars from the Mills
14 projects were being diverted to the Robinson Middle
15 School project?
16 A.   When I expressed my concern, I wasn't even aware of
17 the academic piece because that hadn't technically gone
18 up.  I think the, you know, rafters might have been
19 there.  But we were more concerned what we could see in
20 the two athletic facilities.
21 Q.   Right.
22 A.   And then, actually, it was not until school started
23 in August that the principal made us aware he's short
24 five classrooms that were on the regional plan.  He
25 started trying to place teachers.

1  Q.   Did you talk to anyone as to why that change had
2  occurred?
3  A.   I spoke with architects.
4  Q.   And what did you find out?
5  A.   That they were told by Derek Scott that they -- we
6  had to cut back on the design.
7  Q.   So, you were told by the architect -- which
8  architect firm are you talking about?  Did you talk to
9  anyone specific?  Was it Mr. Duckery or?
10 A.   Mr. Duckery and Earnest -- he's Earnest Duckery.
11 Oh, what's the other guy?  I can't think of.  But there
12 were two of them that after this occurred, I started
13 having a monthly facilities meeting so they could kind
14 of tell us what had occurred.
15 Q.   And according to the architect, Mr. Duckery and the
16 other person, they advised you that Derek Scott had told
17 them to eliminate classroom space from the Mills
18 project; is that correct?
19 A.   Yes, sir.
20      MR. BATES:  Object to the form.
21 Q.   (BY MR. PORTER)  And did he -- did he -- did they
22 tell you why?
23 A.   Money.  They said that money.
24 Q.   Okay.  So, they were trying to cut back on Mills in
25 order to justify spending on Robinson Middle?

1    MR. BATES: Object to the form.
2    A.    I don't know why.
3    Q.    (BY MR. PORTER) Okay. All right. And once you
4    found that out, did you talk to anyone else about that?
5    And did you -- in other words, did you talk to the
6    superintendent about it?
7    A.    I was the superintendent then.
8    Q.    Oh, you were. I'm sorry.
9    A.    I was the interim superintendent then.
10   Q.    You were the interim superintendant.
11   A.    When we finally discovered all that, yes.
12   Q.    And -- and -- and Mr. Scott did not consult with you
13   as the superintendent about that?
14   A.    I became superintendent on July 18. Mr. Scott
15   resigned on September something, not --
16   Q.    Shortly after you became the interim?
17   A.    Yes, sir.
18   Q.    And did you ask for his resignation?
19   A.    He asked would I accept it.
20   Q.    Oh, okay. I guess he saw the handwriting on the
21   wall?
22   A.    Yes, sir.
23   Q.    Okay. All right. And so, after you became the
24   interim superintendent, did you have discussions with
25   Mr. Scott about changes to the Mills project?

1  A.  No.
2  Q.  Okay.  Let me just take a moment here and I think we
3  may be done.  Okay?  Let me -- I'm sorry, before we go
4  ahead, let me show you Exhibit 12 to your deposition.
5  It should be the last exhibit there.
6  A.  Yes, sir.  And Brad Chilcote was the other --
7  Q.  Brad Chilcote?
8  A.  -- architect -- yes, sir -- with Mr. Duckery, when I
9  saw both of them.
10 Q.  Okay.  And Exhibit No. 12, have you seen this
11 particular document before?
12 A.  Let me see.  I think I'm on the right thing.  No,
13 sir, I have not seen this before.
14 Q.  Well, in looking at -- if you go down to, like
15 Competition Gyms Size, do you see the comparison between
16 Robinson Middle, Mills High, Mills Middle, Maumelle
17 High, and Sylvan Hills; do you see that?
18 A.  Yes, sir.
19 Q.  And according to -- and, of course, this document
20 was filed with the court on March 29, 2019, as part of
21 -- looks like part of the exhibit by the Pulaski County
22 Special School District.  When you look at Robinson
23 Middle competition gyms size, it has a overall square
24 feet of 18,670 square feet.  Do you see that?
25 A.  Yes, sir.

Warren, Janice 4/8/2020                                LRSD v. PCSSD, et al.

Page 147

1  Q.   And Mills High, 11,854 square feet.  Do you see
2  that?
3  A.   Yes, sir.
4  Q.   And Mills Middle's is -- which is the old Mills,
5  but.
6  A.   Yes.
7  Q.   The competition gyms size is 11,340 square feet; do
8  you see that?
9  A.   Yes, sir.
10 Q.   And Maumelle High competition gyms size is 19,976
11 square feet.  Is that correct?
12 A.   Yes, sir.
13 Q.   And then, of course, Sylvan Hills has a -- I guess,
14 expected to have a competition gyms size of 21,783
15 square feet; is that correct?
16 A.   Yes, sir.
17 Q.   Almost double the size of Mills -- new Mills High
18 School gym; do you see that?
19 A.   Yes, sir.
20 Q.   Is that equal in your --
21 A.   No, sir.
22 Q.   We'll just take a break.  I think I may be done.
23 A.   Okay.
24                  (Brief recess.)
25 Q.   (BY MR. PORTER)  Dr. Warren, during the time of

```
PCSSD                                          PULASKI COUNTY SPECIAL SCHOOL DISTRICT                          PAGE NUMBER:        1
DATE: 10/22/2024                             DETAILED STATEMENT OF CHANGES IN FUND BALANCES                    MODULE NUM: STATMN9EAR
TIME: 17:54:46                                    FOR PERIODS 9 THROUGH 11 OF 22

SELECTION CRITERIA: orgn.fund like '3%'

FUND/SF  FUND TITLE                    BEG BALANCE      REVENUE     NON-REVENUE   NON-EXPEND   EXPENDITURES     END BALANCE
3000     BUILDING FUND                2,169,915.60          .00    -2,000,000.00         .00         281.82        169,633.78
3010     FY22 BOND EXTENSION         70,000,000.00          .00   -70,000,000.00         .00            .00              .00
3011     MILLS HS ARENA                        .00          .00    15,000,000.00         .00  15,000,000.00              .00
3012     MAUMELLE INDR-BALLFI                  .00          .00    11,000,000.00         .00  11,000,000.00              .00
3013     SHHS BANDROOM                         .00          .00     1,000,000.00         .00     998,338.90           998.95 (?) 
3014     HARRIS RETRO FIT                      .00          .00     3,000,000.00         .00       9,919.05      2,990,080.95
3015     NEW NW TRANSP POUND                   .00          .00     4,000,000.00         .00            .00      4,000,000.00
3016     ROB HS EXPANSION                      .00          .00    35,000,000.00         .00      77,014.40     34,922,985.60
3017     BAKER EXPANSION                       .00          .00     5,000,000.00         .00            .00      5,000,000.00
3018     DISTRICT INTEGRATION                  .00          .00     1,000,000.00         .00      16,490.14        983,509.86
3019     DISTRICT LIGHTS UPGR                  .00          .00     2,000,000.00         .00            .00      2,000,000.00
3020     COLLEGE STATION RETR                  .00          .00     3,000,000.00         .00            .00      3,000,000.00
3080     NEW CONS 2016-MILLS         9,593,969.61    2,223.13    -8,579,023.13         .00   1,017,169.61              .00 (?)
3090     NEW CONS-S H H S            1,963,964.04      785.38            .00          .00   1,939,675.96            (?)
3100     DON'T USE 2016-MILLS                 .00         .00            .00          .00           .00              .00
3101     DON'T USE - NEW CONS                 .00         .00            .00          .00           .00              .00
TOTAL BUILDING FUND                 83,727,849.25   3,008.51     -579,023.13         .00    130,439.97       83,021,394.66

TOTAL                               83,727,849.25   3,008.51     -579,023.13         .00    130,439.97       83,021,394.66
```

INTERVENORS' EXHIBIT C