## In The Matter Of:

*Curtis A. Johnson v.*
*Pulaski County Special School District*

---

*Curtis Johnson*
*August 8, 2024*

---

*Grigsby Reporting Services*
*135 Oneida Way*
*Maumelle, AR  72113*
*(501) 580-5117*
*faithccr686@gmail.com*

Original File 08-08 Curtis Johnson.prn
Min-U-Script® with Word Index



INTERVENORS' EXHIBIT

**A**

1           MR. PORTER:  That's the way, typically, I

2       always do it.

3           MR. KEES:  That's right.

4   Q   (By Mr. Kees)  Well, I guess I'm --

5   A   So, I don't want to confuse that.

6   Q   Right.

7   A   I didn't want to confuse that.

8   Q   So, you testified.  I think you had testified for

9   almost a full day.  I know you had to come back after

10  lunch.

11  A   I think so.

12  Q   After -- you say, "After my testimony, I started to

13  experience retaliation in the from of exclusion,

14  harassment, and hostile work environment, which is

15  preventing me from completing my job duties."  So, I

16  want to flesh that out.  Are you saying here that those

17  -- the retaliation, et cetera, is coming from Dr.

18  McNulty?

19  A   Initially, it was Dr. Remele, then Dr. McNulty.

20  Q   So, let's say deseg testimony that happens.  What

21  happened with -- what did you see from Dr. Remele?

22  A   When you go in and you look at -- Dr. Remele was

23  running a different scenario than everybody else.

24  Everybody else was playing checkers.  She was playing

25  chess.  And let me explain that.  Dr. Remele's position

1    trying to stay away from them.  But John Walker

2    attended --

3    Q    So, was this around '18 or '19?

4    A    It was '18/'19, and it was definitely probably

5    about '18.  John only attended two meetings that I

6    recall, and I don't remember the dates on those

7    meetings.  But during those -- during that particular

8    meeting John does his grandstand thing, you know, "I'm

9    John Walker and I'm fighting deseg," and that kind of

10   thing.  And Dr. Remele is sitting to my right, and Dr.

11   Remele's statement to me was, "Well, the federal judge

12   ain't going to pay no attention to this no way.  We're

13   going to do what we want to do."  And I paused for a

14   second.

15        Cody, I've -- I've been a ward almost -- for lack

16   of a better way of saying it, of the court for a long

17   time.  I don't take any court lightly when we're talking

18   about a sitting judge and what he/she will or will not

19   do.  So, that kind of raised the hair up on my neck a

20   little bit like, woah.  I understand you have an agenda,

21   but playing with a sitting judge is not one of them that

22   I'm willing to participate with.  Not ever.  I don't

23   really care what's going on.  And, so, it kind of set

24   the tone for me to understand that, okay, there's

25   something else going on here."  And, so, at that

# Transcript of the Testimony of

# **Warren, Janice**

**Date:** April 8, 2020

**Case:** LRSD vs. PCSSD, et al.

**Bushman Court Reporting**
Crystal Garrison, CCR
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

INTERVENORS' EXHIBIT

**B**

Page 142

1      But when you walk into Harris Elementary School,
2  you've got to get into the main building to get to
3  students.  So, that's been my concern all along about
4  College Station.
5  Q.   Do you -- are you familiar with the three-tier
6  facility plan?
7  A.   No, I don't think so.  I don't recall that.
8  Q.   Have you ever heard of it --
9  A.   No.
10  Q.   -- three-tier facility plan?
11  A.   No.
12  Q.   And have you seen the 2020 facility plan that was
13  presented by Curtis Johnson?
14  A.   The master facility plan?
15  Q.   Yes.
16  A.   Yes, sir.
17  Q.   And it was my understanding that there was
18  supposed -- there was a board retreat where the 2020
19  facility master plan was presented.  Were you aware of
20  that; were you in attendance?
21  A.   No, I was out of town, was not able to attend.  But
22  he did do a retreat where he could explain the plan to
23  the board.
24  Q.   And have you seen the two design concepts at Mills,
25  I guess, was a driven program that would present an

Page 143

1    architectural drawing by Mr. Johnson?

2    A.    No.

3    Q.    You have not seen it?

4    A.    No.  Huh-uh.

5    Q.    Okay.  Do you know -- was it your understanding that

6    there were classroom spaces that had been eliminated

7    from the Mills -- new Mills High School?

8    A.    Yes, sir.  We learned that after we found out about

9    the athletic facilities, then we got into the academic

10   facilities and learned that were, I think, five

11   classrooms that had been eliminated.

12   Q.    And, of course, is that when you expressed your

13   concern or your frustration that dollars from the Mills

14   projects were being diverted to the Robinson Middle

15   School project?

16   A.    When I expressed my concern, I wasn't even aware of

17   the academic piece because that hadn't technically gone

18   up.  I think the, you know, rafters might have been

19   there.  But we were more concerned what we could see in

20   the two athletic facilities.

21   Q.    Right.

22   A.    And then, actually, it was not until school started

23   in August that the principal made us aware he's short

24   five classrooms that were on the regional plan.  He

25   started trying to place teachers.

Page 144

1    Q.    Did you talk to anyone as to why that change had

2    occurred?

3    A.    I spoke with architects.

4    Q.    And what did you find out?

5    A.    That they were told by Derek Scott that they -- we

6    had to cut back on the design.

7    Q.    So, you were told by the architect -- which

8    architect firm are you talking about?  Did you talk to

9    anyone specific?  Was it Mr. Duckery or?

10   A.    Mr. Duckery and Earnest -- he's Earnest Duckery.

11   Oh, what's the other guy?  I can't think of.  But there

12   were two of them that after this occurred, I started

13   having a monthly facilities meeting so they could kind

14   of tell us what had occurred.

15   Q.    And according to the architect, Mr. Duckery and the

16   other person, they advised you that Derek Scott had told

17   them to eliminate classroom space from the Mills

18   project; is that correct?

19   A.    Yes, sir.

20         MR. BATES:  Object to the form.

21   Q.    (BY MR. PORTER)  And did he -- did he -- did they

22   tell you why?

23   A.    Money.  They said that money.

24   Q.    Okay.  So, they were trying to cut back on Mills in

25   order to justify spending on Robinson Middle?

Page 145

1          MR. BATES:  Object to the form.

2     A.   I don't know why.

3     Q.   (BY MR. PORTER)  Okay.  All right.  And once you

4     found that out, did you talk to anyone else about that?

5     And did you -- in other words, did you talk to the

6     superintendent about it?

7     A.   I was the superintendent then.

8     Q.   Oh, you were.  I'm sorry.

9     A.   I was the interim superintendent then.

10    Q.   You were the interim superintendant.

11    A.   When we finally discovered all that, yes.

12    Q.   And -- and -- and Mr. Scott did not consult with you

13    as the superintendent about that?

14    A.   I became superintendent on July 18.  Mr. Scott

15    resigned on September something, not --

16    Q.   Shortly after you became the interim?

17    A.   Yes, sir.

18    Q.   And did you ask for his resignation?

19    A.   He asked would I accept it.

20    Q.   Oh, okay.  I guess he saw the handwriting on the

21    wall?

22    A.   Yes, sir.

23    Q.   Okay.  All right.  And so, after you became the

24    interim superintendent, did you have discussions with

25    Mr. Scott about changes to the Mills project?

Page 146

1    A.    No.

2    Q.    Okay.  Let me just take a moment here and I think we

3    may be done.  Okay?  Let me -- I'm sorry, before we go

4    ahead, let me show you Exhibit 12 to your deposition.

5    It should be the last exhibit there.

6    A.    Yes, sir.  And Brad Chilcote was the other --

7    Q.    Brad Chilcote?

8    A.    -- architect -- yes, sir -- with Mr. Duckery, when I

9    saw both of them.

10   Q.    Okay.  And Exhibit No. 12, have you seen this

11   particular document before?

12   A.    Let me see.  I think I'm on the right thing.  No,

13   sir, I have not seen this before.

14   Q.    Well, in looking at -- if you go down to, like

15   Competition Gyms Size, do you see the comparison between

16   Robinson Middle, Mills High, Mills Middle, Maumelle

17   High, and Sylvan Hills; do you see that?

18   A.    Yes, sir.

19   Q.    And according to -- and, of course, this document

20   was filed with the court on March 29, 2019, as part of

21   -- looks like part of the exhibit by the Pulaski County

22   Special School District.  When you look at Robinson

23   Middle competition gyms size, it has a overall square

24   feet of 18,670 square feet.  Do you see that?

25   A.    Yes, sir.

Page 147

1   Q.   And Mills High, 11,854 square feet.  Do you see

2   that?

3   A.   Yes, sir.

4   Q.   And Mills Middle's is -- which is the old Mills,

5   but.

6   A.   Yes.

7   Q.   The competition gyms size is 11,340 square feet; do

8   you see that?

9   A.   Yes, sir.

10  Q.   And Maumelle High competition gyms size is 19,976

11  square feet.  Is that correct?

12  A.   Yes, sir.

13  Q.   And then, of course, Sylvan Hills has a -- I guess,

14  expected to have a competition gyms size of 21,783

15  square feet; is that correct?

16  A.   Yes, sir.

17  Q.   Almost double the size of Mills -- new Mills High

18  School gym; do you see that?

19  A.   Yes, sir.

20  Q.   Is that equal in your --

21  A.   No, sir.

22  Q.   We'll just take a break.  I think I may be done.

23  A.   Okay.

24                      (Brief recess.)

25  Q.   (BY MR. PORTER)  Dr. Warren, during the time of

Page 147

1   Q.   And Mills High, 11,854 square feet.  Do you see

2   that?

3   A.   Yes, sir.

4   Q.   And Mills Middle's is -- which is the old Mills,

5   but.

6   A.   Yes.

7   Q.   The competition gyms size is 11,340 square feet; do

8   you see that?

9   A.   Yes, sir.

10   Q.   And Maumelle High competition gyms size is 19,976

11   square feet.  Is that correct?

12   A.   Yes, sir.

13   Q.   And then, of course, Sylvan Hills has a -- I guess,

14   expected to have a competition gyms size of 21,783

15   square feet; is that correct?

16   A.   Yes, sir.

17   Q.   Almost double the size of Mills -- new Mills High

18   School gym; do you see that?

19   A.   Yes, sir.

20   Q.   Is that equal in your --

21   A.   No, sir.

22   Q.   We'll just take a break.  I think I may be done.

23   A.   Okay.

24                        (Brief recess.)

25   Q.   (BY MR. PORTER)  Dr. Warren, during the time of

Page 148

1   August 2017 and September 2017, when you reported Plan

2   2000 violation in reference to the sports complex at

3   Mills versus that of Robinson, did you receive or hear

4   from any board member about you bringing that attention

5   to the forefront?

6   A.   Yes.  When Cynthia Howell, Democrat Gazette,

7   reported it and made it public, the president of the

8   board, Dr. Remele, said to me that, "We don't air our

9   dirty laundry in public."

10  Q.   So, she was quite upset with you?

11       MR. BATES:  Object to the form of the question.

12  Q.   (BY MR. PORTER)  Go ahead.

13  A.   I assume so, for reporting it.

14  Q.   Okay.  And this was also during the time that you

15  were being considered or you were applying to become the

16  superintendent?

17  A.   I had not applied yet.

18  Q.   Okay.  And do you recall when you were interviewed

19  for the superintendent's position?

20  A.   Do I recall when --

21  Q.   Yes, ma'am.  A time period?  I'm trying to think.

22  A.   The second semester of '18, maybe January, February,

23  when Ray and Associates, who was the search firm,

24  consulting firm -- and it may have been February.  I'm

25  not certain --

Page 149

1   Q.   Okay.

2   A.   -- exactly when.

3   Q.   But you were not selected for the superintendent's

4   position; is that correct?

5        MR. BATES:  Can I just have an objection to this

6   line of question.  This is beyond the desegregation case

7   and gets into a separate matter.  So, I'm just going to

8   object and ask you to please respectfully wrap this line

9   of questioning up.

10       MR. PORTER:  Yeah.  Sure.  Okay.  Fine.

11  Q.   (BY MR. PORTER)  Go ahead and answer:  You weren't

12  selected for the position?

13  A.   No, sir.

14  Q.   Okay.  And as a result of your non selection, you

15  filed a lawsuit over that; is that correct?

16  A.   Yes, sir.

17       (Exhibit No. 13 marked for identification.)

18  Q.   (BY MR. PORTER)  Okay.  Let me show you a document

19  that's been marked as Exhibit No. 13 to your deposition

20  and ask if you can identify what that particular

21  document is?

22  A.   Okay.  Yes, sir.

23  Q.   I'm sorry.  What is that?

24  A.   This is an Equity -- it's called Educational Equity

25  Monitoring Report.  It's really a data collection form

PCSSD
DATE: 10/22/2024
TIME: 17:54:46

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
DETAILED STATEMENT OF CHANGES IN FUND BALANCES
FOR PERIODS 9 THROUGH 11 OF 22

PAGE NUMBER:      1
MODULE NUM: STATWN9EAR

SELECTION CRITERIA: orgn.fund like '3%'

| FUND/SF | FUND TITLE | BEG BALANCE | REVENUE | NON-REVENUE | NON-EXPEND | EXPENDITURES | END BALANCE |
|---|---|---|---|---|---|---|---|
| 3000 | BUILDING FUND | 2,169,915.60 | .00 | -2,000,000.00 | .00 | 281.82 | 169,633.78 |
| 3010 | FY22 BOND EXTENSION | 70,000,000.00 | .00 | -70,000,000.00 | .00 | .00 | .00 |
| 3011 | MILLS HS ARENA | .00 | .00 | 15,000,000.00 | .00 | 1,661.10 | 14,998,338.90 |
| 3012 | MAUMELLE INDR-BALLFI | .00 | .00 | 11,000,000.00 | .00 | 9,919.05 | 10,990,080.95 |
| 3013 | SHHS BANDROOM FIT | .00 | .00 | 35,000,000.00 | .00 | 77,014.40 | 34,922,985.60 |
| 3014 | HARRIS RETRO FIT | .00 | .00 | 3,000,000.00 | .00 | 16,490.14 | 2,983,509.86 |
| 3015 | NEW NW TRANSP POUND | .00 | .00 | 5,000,000.00 | .00 | .00 | 5,000,000.00 |
| 3016 | RGR HS EXPANSION | .00 | .00 | 5,000,000.00 | .00 | .00 | 5,000,000.00 |
| 3017 | BAKER EXPANSION | .00 | .00 | 1,000,000.00 | .00 | .00 | 1,000,000.00 |
| 3018 | DISTRICT INTEGRATION | .00 | .00 | 5,000,000.00 | .00 | .00 | 5,000,000.00 |
| 3019 | DISTRICT LIGHTS UPGR | .00 | .00 | .00 | .00 | .00 | .00 |
| 3020 | COLLEGE STATION RETR | .00 | .00 | .00 | .00 | .00 | .00 |
| 3080 | NEW CONS 2016-MILLS | 9,593,969.61 | 2,223.13 | -8,579,023.13 | .00 | .00 | 1,017,169.61 |
| 3090 | NEW CONS S H S | 1,963,964.04 | 785.38 | .00 | .00 | 25,073.46 | 1,939,675.96 |
| 3100 | DON'T USE 2016-MILLS | .00 | .00 | .00 | .00 | .00 | .00 |
| 3101 | DON'T USE - NEW CONS | .00 | .00 | .00 | .00 | .00 | .00 |
| | TOTAL BUILDING FUND | 83,727,849.25 | 3,008.51 | -579,023.13 | .00 | 130,439.97 | 83,021,394.66 |
| TOTAL | | 83,727,849.25 | 3,008.51 | -579,023.13 | .00 | 130,439.97 | 83,021,394.66 |



INTERVENORS' EXHIBIT

C

Transcript of the Testimony of

# Johnson, Curtis A.

**Date:** February 19, 2020

**Case:** LRSD v. PCSSD, et al

**Bushman Court Reporting**
Gary Pritsch
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>



INTERVENORS' EXHIBIT

**D**

Johnson, Curtis A. 2/19/2020                     LRSD v. PCSSD, et al

Page 40

1   BY MR. PORTER (CONT.):

2   Q.    Growing up in the southeast quadrant of Pulaski

3   County, have you seen firsthand the neglect of schools by

4   the Pulaski County Special School District?

5   A.    Absolutely.

6   Q.    And what type of neglect have you seen?

7            MR. BATES:  Object to form.  Go ahead and

8            answer.

9            MR. JOHNSON:  Growing up in Pulaski County

10           Special School District, when you look at --

11           and I'll talk about Mills.  Mills is my biggest

12           point of reference.  Mills was built '60s

13           roughly, but you go through now, this is 2019,

14           we've had a practice of basically putting what

15           I call lipstick on a pig and that's -- that's

16           the best way to kind of do it.

17           One of the things that I touched when I

18           got into Mills Middle School, we were supposed

19           to spend $5 million on a building to convert it

20           to a middle school.  If I'm going to touch a

21           building, I'm going to spend any magnitude of

22           money on it, I'm going to touch the mechanicals

23           first, especially if you have a building that's

24           60 years old.

25           In this particular process, we didn't do

Johnson, Curtis A. 2/19/2020                    LRSD v. PCSSD, et al

Page 42

1   Q.    Were you able to get that $2 million?

2   A.    Absolutely.  And with that $2 million, we changed

3   out lighting, doors, all the valves and controls in the

4   HVAC system, kitchen appliance equipment.  We just

5   finished up with the board on one of the final projects

6   for the kitchen, which is to make sure all of the

7   plumbing issues in the kitchens were taken care of at

8   $335,000 to get us to a point to where we're -- we'll be

9   at that 5 million.

10  Q.    When you say that, when you say that you saw the

11  Mills renovation into the middle school was supposed to

12  been $5 million project and you said that you didn't see

13  $5 million --

14  A.    That's correct.

15  Q.    -- being spent, what do you mean by that?  The

16  appearance?

17  A.    The appearance looked great, don't get me wrong on

18  the appearance, but as the employees of the district so

19  fondly tell me, we've always put lipstick on a pig.

20        In this particular case, I understood that because

21  we didn't touch the mechanical portions of the building

22  to the extent that I thought we should have, and I was

23  bound that was -- I had to make sure that we did it the

24  right way, so we went back and touched the mechanicals.

25  That was -- that's that piece that I mean by making sure

Page 111

1   concern or a complaint that said that there's only one

2   janitorial closet in the whole building, apparently that

3   was a complaint that was made, and then the district

4   response is we're looking to add some plumbing to a

5   closet area on the second space -- second floor of the

6   building; is that correct?

7   A.    And we did in fact.  I spent $27,000 and made sure

8   that we had two acceptable janitorial spaces in two other

9   areas of the building.  I want to say they were both

10  upstairs if I'm not mistaken.

11  Q.    So that -- that issue has been addressed?

12  A.    Correct.

13  Q.    Okay.  I want to talk to you a little bit now about

14  the College Station and Harris.  I believe it was

15  mentioned in the 2015 facilities master plan that the

16  only way that those two schools could be equal is for

17  those two schools to be replaced.  Do you recall seeing

18  that or hearing that statement being made regarding

19  College Station and Harris?

20  A.    I don't recall seeing it.  I have heard it, and

21  there has been discussion about it and whether or not we

22  could fund it for one or was it more economical to

23  basically merge the schools and move it to a different

24  location.  The criticism in that is College Station

25  wasn't -- at least in just my opinion, College Station

Page 112

1    wasn't going to basically sit well with that as far as

2    losing a school out of community because most communities

3    understand their schools are life blood of the community

4    and so there's some issues there.

5    Q.    According to the facilities master plan by the

6    Pulaski County Special School District, the 2015, it

7    says, College Station, two buildings, repairs in the past

8    three years and plan upgrade will improve this campus,

9    but absent a complete replacement facility, parity is not

10   attainable.

11        Do you agree with that statement?

12             MR. BATES:  Object to form.

13             MR. JOHNSON:  Well, it's my opinion the

14        school needs to be replaced.

15   BY MR. PORTER (CONT.):

16   Q.    Okay.  And also it says, as it relates to Harris

17   Elementary School, it talks about five buildings.

18   Significant repairs over the past three years and plan

19   repairs will improve this campus, but absent a complete

20   replacement, facility parity is not obtainable.

21        Do you agree with that statement?

22             MR. BATES:  Object to form.  Go ahead.

23             MR. JOHNSON:  In regards to Harris, I

24        don't.  You can sustain Harris, but it's going

25        to need some definite improvements.  There

Johnson, Curtis A. 2/19/2020                    LRSD v. PCSSD, et al

Page 113

1           again, McAlmont community is similar to College

2           Station.  College Station is far more dire

3           straights than what Harris community's

4           elementary school is.

5    BY MR. PORTER (CONT.):

6    Q.    So should the parents of these communities, College

7    Station and McAlmont, be satisfied with putting lipstick

8    on a pig?

9              MR. BATES:  Object to form.

10             MR. JOHNSON:  No.

11   BY MR. PORTER (CONT.):

12   Q.    Okay.  And would you agree with me that's kind of

13   what's been happening as it relates to those two schools?

14             MR. BATES:  Object to form.

15             MR. JOHNSON:  I would say that's probably

16         been the practice of the district.

17             (Exhibit 4 was marked.)

18   BY MR. PORTER (CONT.):

19   Q.    We'll have this -- I apologize.  I meant to have

20   this an exhibit.  This is Exhibit Number 4.

21             MR. PORTER:  Here you are, Devin.

22             MR. BATES:  Thank you.

23   BY MR. PORTER (CONT.):

24   Q.    Oh, I was looking at the -- apparently the

25   facilities master plan, Mr. Johnson.

Gary Pritsch
Bushman Court Reporting                              501-372-5115

Page 114

1   A.     Yes, sir.

2   Q.     Oh, do you have a copy of the facilities -- the

3   2020 facilities narrative and the committed projects for

4   the Pulaski County Special School District?

5   A.     I don't have one with me.  It's what we put in --

6   the data that we've uploaded for the state pending

7   approval from the board.  The board did not approve it

8   during February 11th.  They asked for a workshop to go

9   through the master plan as a board.  We're trying to get

10  that taken care.  I submitted an E-mail to the state for

11  their approval.  I'm waiting for a response from state.

12  Q.     And can we get a copy of the 2020 facilities

13  narrative?

14  A.     Don't have a problem with it.

15  Q.     Okay.  Can you get that to your attorney so he can

16  get it to us?

17  A.     Yeah, but be mindful, it hasn't been board approved

18  yet.

19  Q.     Okay.  And also for the committed projects as well.

20  A.     You asked that, yes, sir.

21  Q.     All right.  Thank you.

22         I recall during the meeting that took place on

23  January 21st of this year, I believe you made the

24  statement that you would prefer to knock down those two

25  schools as it relates to College Station and Harris.  Do

1           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
2                   CENTRAL DIVISION

3

LITTLE ROCK SCHOOL DISTRICT,
4    et al.,

5                   Plaintiff,
                                   No. 4:82CV866-DPM
6         v.

                                   July 28, 2020
7    PULASKI COUNTY SPECIAL SCHOOL   Little Rock, Arkansas
     DISTRICT, et al.,               11:14 a.m.
8

                    Defendants.
9

EMILY McCLENDON, et al.,
10

                    Intervenors.
11

12              **TRANSCRIPT OF JURY TRIAL**
           **EXCERPTED TESTIMONY OF CURTIS JOHNSON**
13      BEFORE THE HONORABLE D. PRICE MARSHALL, JR.
                UNITED STATES DISTRICT JUDGE
14

15   APPEARANCES:

16   On Behalf of the Intervenors:

17        MR. AUSTIN PORTER, JR.,
            323 Center Street, Suite 1300
18          Little Rock, Arkansas 72201
          MR. ROBERT PETER PRESSMAN
19          22 Locust Avenue
            Lexington, Massachusetts 02421
20        MR. LAWRENCE ANTHONY WALKER
          MR. SHAWN GARRICK CHILDS
21          John W. Walker, P.A.
            1723 Broadway
22          Little Rock, Arkansas 72206-1220

23                                      INTERVENORS' EXHIBIT

                                              E
24

25

1   A.   I have slept since then, Mr. Porter.  So you are going to

2   have to help me just a little bit.

3   Q.   Do you recall making a statement that, if you had your

4   preference, you would much rather just bulldoze them down and

5   rebuild them?

6   A.   That's correct.  That's an accurate statement.

7   Q.   In order to make them to become equal facilities?

8   A.   That's correct.

9   Q.   And let me direct your attention, Mr. Johnson, to Exhibit

10  No. 42, Intervenors' Exhibit No. 42.  Do you see that?

11  A.   Yes, sir.

12  Q.   And can you tell the Court what Exhibit No. 42 represents?

13  A.   Capital projects as entered into the State facilities

14  system as part of the master planning process.

15  Q.   And also is there like a public hearing summary that's

16  shown at 19-9439, which is the second page of Exhibit No. 42?

17  A.   That's correct.

18  Q.   And this is something that your office would have prepared?

19  A.   That's correct.  Yes, sir.

20  Q.   And then, if you go to the third page, do you see a

21  resolution approving 2020 six-year master plan?  Do you see

22  that?

23  A.   I do.

24  Q.   Okay.  And I notice in Section 2 it talks about that the

25  total estimated cost of the projects, including professional

1    you?

2    A.    Yes, sir.

3    Q.    Of course, this is the facilities master plan strategy

4    2015, the narrative analysis that we recently talked about; is

5    that correct?

6    A.    That's correct.

7    Q.    As it specifically relates to College Station, it says,

8    "Two buildings, repairs over the past three years and planned

9    upgrades will improve this campus, but absent a complete

10   replacement, facility parity is not attainable."  Did I read

11   that correctly?

12   A.    You did, sir.

13   Q.    And then for Harris Elementary School, it talks about five

14   buildings.  It says, "Significant repairs over the past three

15   years and planned repairs will improve this campus, but absent a

16   complete replacement facility, parity is not attainable; is that

17   correct?

18   A.    That's correct.

19   Q.    I guess that's consistent with what you said, the only way

20   you can have some kind of equal facilities as it relates to

21   College Station and Harris, those schools would basically have

22   to be replaced; is that correct?

23   A.    Based on current standards for school safety and the

24   evaluation for school health and air quality, you would have to

25   replace the buildings.