IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | **PLAINTIFF** |
| V.                NO. 4:82-cv-866-DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | **DEFENDANTS** |
| **EMILY McCLENDON, ET AL.** | **INTERVENORS** |

### DECEMBER 2024 FACILITIES STATUS REPORT

The Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I.    Introduction**

On May 6, 2021, the Court ordered PCSSD to develop a proposal for facilities work to be done at Mills University Studies High School to "comply … and square up" the inequity between Mills University Studies High School and Robinson Middle School (the "Mills-Robinson Inequity"). *Doc. 5730, p. 30*. PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13*, and later a Plan. *Doc. 5798*. The Court approved the Proposal and the Plan and cleared PCSSD to move forward. *Doc. 5804*.

The Court ordered PCSSD to file biannual status reports, including a 1 December 2024 status report on the ongoing facilities project at Mills University Studies High School. *Doc. 5776, p. 3*. As ordered, PCSSD hereby submits this regularly scheduled facilities status report.

1

II.   **Update**

PCSSD receives routine e-mail updates from Kinco, the construction company completing the work at Mills. The most recent of these is attached hereto. *Exhibit 20, 8 November 2024 Kinco construction update*. Details about the progress being made, and the next steps to be undertaken, can be found in written and photographic format in that exhibit. An update from WDD Architects is attached hereto as well. *Exhibit 19, 28 October 2024 WDD update.*

Additionally, Kinco has periodically flown drones over the construction site for the purpose of capturing video footage that shows progress being made. PCSSD has uploaded these drone videos to its YouTube Channel so that members of the public can visually observe the progress at any time. These are short, approximately two-minute videos but they capture the progress in a cohesive visual format. Examples of the URL address for these publicly posted drone videos are reported below, not as exhibits that require Court review, but rather so that awareness of these videos can be included in the public domain:

21 October 2024: https://www.youtube.com/watch?v=hgE_9FOOXuQ

18 November 2024: https://www.youtube.com/watch?v=zVjoyAwYhKc

III.   **Timeline**

PCSSD believes that it can still complete the project for the beginning of the 2025-2026 school year as the Court previously stated. *Doc. 5776, p. 3*. Assuming that everything goes according to plan, Kinco now estimates that the softball field will be completed by 3 February 2025, the classroom addition will be completed by 31 July 2025, and the arena will be completed by 31 August 2025. School technically starts prior to 31 August 2025, so the arena may not be fully complete on the first day of the 2025-2026 school year, but shortly thereafter.

IV. **Meetings**

PCSSD held a community meeting on 10 October 2024 at 6:00 p.m. utilizing both virtual and in-person means. The Intervenors did not appear at, nor did they participate in, this meeting. Another community meeting is scheduled for 12 December 2024.

PCSSD recorded the October community meeting and has uploaded that meeting to its YouTube Channel so that the public can review the meeting at any time. The URL address for this publicly posted meeting is reported below, not as an exhibit that requires Court review, but rather so that the location of this video can be included in this record for ease of access by anyone later wishing to view it:

10 October 2024: https://www.youtube.com/watch?v=M8HnTShhlm0

V. **Donaldson Funds**

PCSSD has now received the remaining Donaldson Scholars funds from UA Little Rock. PCSSD plans to use some of these funds for facilities work in the Mills cafeteria, and also for providing updates to career and technical education facilities to aid in a partnership with Lexicon. Some of the later will also include electrical updates. These are not final plans, but the current plans are disclosed here for the purpose of keeping this in the public eye and to provide an opportunity for Intervenors to object and the Court to enter an order otherwise should it be warranted.

VI. **Index of Exhibits**

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

WDD Report dated 28 October 2024 ..........................................................................................19

Kinco construction update dated 8 November 2024 ...................................................................20

Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax: (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***