**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS      **FIELD OBSERVATION REPORT**



| CENTRAL ARKANSAS OFFICE: | NORTHWEST ARKANSAS OFFICE: | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |

| Job #: | 22-007 | Weather: | Onsite: 85º, Sunny |
|---|---|---|---|
| Job Name: | PCSSD – Mills High School Addition | | Temp Range: 59º to 87º; |
| Contractor: | Kinco | | Precipitation this month: ~ 0.2" |
| Submitted By: | Joe Covey | Date & Time: | 10.28.24 \| 1:00 pm – 2:45 pm |

| Contract Summary: | Start Date – 02.14.24 | Substantial Completion – 8.31.25 | Last Pay App – 10.3.24 |
|---|---|---|---|



Chart — Complete ■ Remaining:
- CONTRACT TIME AS OF TODAY: 45.57% / 54.43%
- LAST APPROVED PAY APP %: 36.85% / 63.15%
- DAYS CHARGED & REMAINING: 257 / 307
- TOTAL CONTRACT DAYS: 564

| Attendees: | Kinco - Devion Mason, John Lipton, Tony Mullenax, TJ Kinnard<br>WDD Architects - Brad Chilcote, Joe Covey |
|---|---|
| Personnel Onsite: | **Gym Addition –** Masonry workers were across the site, laying CMU. Steel workers were present, staging beams and columns.<br><br>**Classroom Addition –** A few masonry workers are installing CMU inside the building. Roughly 8 or 9 brick layers were observed in this area. Two electricians were pulling wire throughout the building.<br><br>**Softball Complex –** Three (3) framers were observed on site, working on dugout roofs. |
| Equipment Onsite: | **Gym Addition –** Raisable scaffolding systems, large crawler crane, wheeled crane, two (2) shooting boom lifts, telescopic handler, forklift<br><br>**Classroom Addition –** Raisable scaffolding systems, shooting boom lift, miniature manlift on the second floor, portable generator, large grout mixing machine<br><br>**Softball Complex –** Telescopic handler, backhoe |
| Stored Materials: | **Gym Addition –** Masonry materials, CMUs and miscellaneous structural - near job trailer. Structural steel beams and columns - west end of site.<br><br>**Classroom Addition –** CMU and various masonry materials - southeast end of site.<br><br>**Softball Complex –** Metal panels and plywood for the Dugouts - near the buildings. |

**EXHIBIT 19**

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

**FIELD OBSERVATION REPORT**



| | | |
|---|---|---|
| **CENTRAL ARKANSAS OFFICE:** | **NORTHWEST ARKANSAS OFFICE:** | |
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |

# Field Observation Report #011

## Narrative

### Gym Addition:

1. Site:
   - Mostly dry conditions on site.
   - Structural steel is being staged for erection around the perimeter of the building.
2. Exterior of Building:
   - The steel decking installation is almost complete. The contractor stated that the east end of the decking will not be installed until other structural steel below is in place.
3. Interior of Building:
   - CMU walls and metal door frames continue to be installed, working westward.
   - Plumbing and electrical rough-in continues.

### Classroom Addition:

4. Exterior of Building:
   - Brick has started on the southeast corner of the building.
   - Plywood substrate and insulation board is being installed in preparation for ACM panels.
   - It appears that the final coat of liquid applied weather barrier has been applied to CMU walls.
5. Interior of Building:
   - Overhead raceways for data cabling are being installed throughout the building.
   - Ductwork installation continues on the second floor.
   - CMU wall construction continues on the second floor, roughly 90% complete.
   - Steel stud framing is being installed on top of CMU walls up to the steel decking.

### Softball Complex:

6. Site:
   - Sod has been laid on almost all the outfield area. Only a small portion remains. The laid sod appears to be in good condition.
   - The scoreboard has been installed.
   - The irrigation RPZ has been installed.
7. Exterior of Buildings:
   - CMU walls have been completed for the south dugout. Roof framing is starting.
   - The roof framing for the north Dugout appears to be complete – soffit is installed.
   - Preparations are being made for installing the cap blocks on the backstop wall.
   - Holes have been cored in the slab for the installation of the dugout guards.
   - Exterior light fixtures have been installed on the Concessions Stand.
8. Interior of Buildings:
   - All slabs have been poured under the Seating Stands.
   - Water lines are being insulated in the Concessions Stand.

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

**FIELD OBSERVATION REPORT**



**CENTRAL ARKANSAS OFFICE:**
5050 Northshore Lane
North Little Rock, AR 72118

**NORTHWEST ARKANSAS OFFICE:**
2434 East Joyce Blvd, Suite 10
Fayetteville, AR 72703

501-376-6681
501-376-0231 FAX

# Walkthrough

1. <u>Gym Addition:</u>








**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT



| CENTRAL ARKANSAS OFFICE: | NORTHWEST ARKANSAS OFFICE: | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |




2. Classroom Addition:






**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS    FIELD OBSERVATION REPORT

**CENTRAL ARKANSAS OFFICE:**  **NORTHWEST ARKANSAS OFFICE:**
5050 Northshore Lane    2434 East Joyce Blvd, Suite 10    501-376-6681
North Little Rock, AR 72118    Fayetteville, AR 72703    501-376-0231 FAX






3. <u>Softball Complex:</u>







**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT



**CENTRAL ARKANSAS OFFICE:**
5050 Northshore Lane
North Little Rock, AR 72118

**NORTHWEST ARKANSAS OFFICE:**
2434 East Joyce Blvd, Suite 10
Fayetteville, AR 72703

501-376-6681
501-376-0231 FAX




## Observations

### Gym Addition:

1. Discussions occurred regarding several steel columns that landed in the footprint of certain CMU walls. The walls can be modified to accommodate, but there was concern about modifying the storm shelter walls. The design team is investigating the acceptability of this.






**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS       F I E L D   O B S E R V A T I O N   R E P O R T

| | | |
|---|---|---|
| **CENTRAL ARKANSAS OFFICE:** <br> 5050 Northshore Lane <br> North Little Rock, AR 72118 | **NORTHWEST ARKANSAS OFFICE:** <br> 2434 East Joyce Blvd, Suite 10 <br> Fayetteville, AR 72703 | 501-376-6681 <br> 501-376-0231 FAX |



2. A series of steel columns landed in the footprint of walls in the south hallway. The design team has communicated a solution for this.




3. A manhole was observed to be in the footprint of a wall that is not yet constructed on the southwest corner of the new building. We discussed modifying this wall to avoid the manhole. Considerations must be made for what is above this wall, if modified.




4. The placement of the raker beams will require notching or other modifications to the adjacent CMU walls.



**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

**FIELD OBSERVATION REPORT**

**CENTRAL ARKANSAS OFFICE:**
5050 Northshore Lane
North Little Rock, AR 72118

**NORTHWEST ARKANSAS OFFICE:**
2434 East Joyce Blvd, Suite 10
Fayetteville, AR 72703

501-376-6681
501-376-0231 FAX



Classroom Addition:

5. Questions arose about the construction of the northwest corner, where various materials converge. This area needs clarification from the design team.




6. Exterior penetrations appear to be sealed appropriately.




7. Broken CMU was observed behind steel at the southwest corner of the building. Ensure the integrity of wall system at this location.




**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS — FIELD OBSERVATION REPORT

**CENTRAL ARKANSAS OFFICE:**
5050 Northshore Lane
North Little Rock, AR 72118

**NORTHWEST ARKANSAS OFFICE:**
2434 East Joyce Blvd, Suite 10
Fayetteville, AR 72703

501-376-6681
501-376-0231 FAX



8. It appears that the pilaster construction on the east side of the building is different than what is in drawings. Snippets below show details from structural and architectural drawings. The need for the protruding steel beam is questionable, and it is unclear whether proper footing is present below the intended pilaster at this location.







**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT



| CENTRAL ARKANSAS OFFICE: | NORTHWEST ARKANSAS OFFICE: | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |

Softball Complex:

9. Trim is needed at the soffit to CMU meeting point on the Dugout structures. The contractor is aware, and several different ideas were discussed.




10. Upon review of photos, it appears that rebar was cut while coring holes for the dugout guards.




11. It appears that rebar was cut in bond beam above Concession Stand Bathroom doors, where the ventilation grille is to be installed. The contractor was made aware during the site visit.




**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS    F I E L D   O B S E R V A T I O N   R E P O R T

| CENTRAL ARKANSAS OFFICE: | NORTHWEST ARKANSAS OFFICE: | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |



## Remaining From Previous Reports

1. One of the chases housing a ductwork trunk line appears to have been cut out after installation of CMU. Ensure this large through-wall penetration is sufficiently supported on both sides. One of flanges of the steel beam appears to be in the way as currently constructed.




2. A number of wall cleanouts appear to be deeply set in the wall. Verify depth is acceptable per code requirements.




3. It appears that grout was used in a control joint in the northeast corner of the building and is badly cracking.




**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

**FIELD OBSERVATION REPORT**



| | |
|---|---|
| **CENTRAL ARKANSAS OFFICE:** | **NORTHWEST ARKANSAS OFFICE:** |
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10     501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703     501-376-0231 FAX |

4. A control joint in the north wall of ROTC Lab C117 was possibly missed. The contractor was made aware and will investigate.




5. Some of the floor drains appear to have damaged protection. Retape and reseal to prevent debris from entering the piping.



End of Field Observation Report

---

**MILLS HIGH SCHOOL ADDITION**        12        22-007 FIELD REPORT