**From:**  Johnson, Curtis





## Classroom Addition
- **Earthwork:** Sub will install storm drainage around the exterior of the building.
- **Masonry:** Brickwork is in progress.
- **Framing:** Sub will continue to work on sheathing and light gauge throughout.
- **Roofing:** Roofers are installing roofing accessories. Flashing sheet metal installation will follow.
- **Fire Suppression:** Installing fire suppression is in progress.
- **MEP:** Plumbers will continue to work on water lines.
  RTUs have been placed on the roofs this morning, and ductwork continues to be installed.
  Electricians will continue to pull wire and install lighting protection.
- The goal is to try and have the Classroom Addition in the dry by 11/15.

**EXHIBIT 20**





### Arena
- **Masonry:** Masons will continue to work around the erectors in designated areas. This is ongoing.
- **Steel/PEMB:** Erectors will continue to hang structural steel at the Arena. This is ongoing.
- **MEP:** Plumbers/Electricians will coordinate with masons when needed.
- The goal is to be topping out steel by January 1st.





### Softball & Concession
- **Earthwork:** Sub will work on final grading around the site's exterior.
- **Structural Steel:** Guardrails installation is in progress.
- **Rough Carpentry:** Framing the dugout roofs is near completion. Installing seam roof will follow.
- **Painting:** Painters will start painting the concession and bleacher shades.

- **Finishes:** Ceiling grid will be installed at the concession.
- **Bleachers:** There is a tentative date for bleacher installation next week.
- **MEP:** Electricians have a tentative date for installing the last field light.
- **Exterior Improvements:** Sub will work on installing drainage system and concrete work will follow.





**Substantial Completion Projected Date:**
- Softball Field: February 3, 2025
- Classroom Addition: July 31, 2025
- Arena: August 31, 2025

**Recent Document Updates:**
**RFI's 001 – 097 are posted to Procore (Recent & Open Items Listed Below)**
- RFI 097: Eyewash Station Mixing Valve – A/E

**ASI 001 – 008**
- No new ASIs.

**Proposal Request 001 – 006**
- PR 006 - A201 Classroom Additional Power.pdf

**Submittals: (Critical Submittals in red)**
- 22 40 00-3 Urinal & TMV Mixing Valve – A/E
- 22 40 00-4 Stainless Steel Sinks – A/E
- 10 51 13-1 Metal Locker – Sub
- 08 33 23-1 Overhead Door (Storm Shelter Door) – A/E
- 06 40 00-1 Millwork (Teacher's Workroom Revision) – Sub

**Scope Item – Current Responsibility**
**Background Checks:** All site personnel must complete a background check and ID badge.
**Sub-meetings:** These meetings are held every Wednesday at 10:00 a.m. in the Kinco site office. If you are working on the job site, you are required to have someone attend these meetings.
**Topping out Ceremony:** Topping out ceremony at Arena will be on Monday, December 18th.

**Kinco Contacts:**
Tony Mullenax, Kinco Superintendent, 501-███
Tyler Kinnard, Kinco Superintendent, 870-███
Lance Wright, Project Manager, 501-███
John Lipton, Project Coordinator, 479-███
Devion Manson, Project Coordinator, 501-███



**Devion Manson**
Project Coordinator | kincoconstructors.com
P:501-225-███
12600 Lawson Road • Little Rock • AR • 72210
Follow us on Facebook | Twitter | Instagram

CONFIDENTIALITY NOTICE: This e-mail message (including any attachments) is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients, subcontractors and/or vendors of Kinco Constructors, LLC presumptively contain information that is confidential and privileged; e-mail messages to non-clients are normally confidential and may also be privileged. Please do not read, copy, forward or store this message or any attachments unless you are the intended recipient. If you have received this message in error, please forward it back to the sender and delete all copies of it from your computer.