IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | | **PLAINTIFF** |
| V. | NO. 4:82-cv-866-DPM | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | | **DEFENDANTS** |
| **EMILY McCLENDON, ET AL.** | | **INTERVENORS** |

## SPECIAL FACILITIES STATUS REPORT

Pulaski County Special School District ("PCSSD"), for its Special Facilities Status Report, submits the following.

PCSSD herein submits this special facilities status report out of an abundance of caution. After six-and-a-half years serving as the Superintendent of PCSSD, Dr. Charles McNulty resigned from his position earlier this month. The PCSSD Board thereafter appointed Dr. Jerry Guess to serve as the interim superintendent of the District during the search for a permanent superintendent. During these events, the District has affirmed its commitment to "obtaining full unitary status and completing the Mills High true-up project as ordered." *Exhibit 21*, p. 3, ¶ 1(a).

The exhibit noted below is attached to this special status update. The exhibit is numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

2 January 2025 PCSSD Board Resolutions ...........................................................................21

Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
dbates@mwlaw.com

*and*

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***