RESOLUTION 1S

# A RESOLUTION OF THE PULASKI COUNTY SPECIAL SCHOOL DISTRICT BOARD OF EDUCATION APPROVING THE SEPARATION AGREEMENT BETWEEN THE BOARD AND DR. CHARLES MCNULTY.

**WHEREAS,** The PCSSD School Board and the Superintendent, Dr. Charles McNulty, entered into a three year employment agreement ("Agreement") on June 6, 2022 for a term of three (3) years beginning July 1, 2022 and ending on June 30, 2025.

**WHEREAS,** Dr. Charles McNulty and the Board President have negotiated an 11-page separation agreement which the Board, McNulty, and their respective legal counsels have drafted and reviewed.

**NOW, THEREFORE, BE IT RESOLVED BY THE PCSSD BOARD OF EDUCATION THAT:**

1. The Board approves the Separation Agreement between the District and Dr. McNulty.

2. Authorizes the Board President and Board Secretary to execute the negotiated separation agreement on behalf of the Board.

3. Authorizes the Board President to accept Dr. McNulty's resignation on behalf of the Board.

ADOPTED by majority vote of the Board on this 2nd day of January, 2025.

By: _____
Stephen Delaney
Title: President

By: _____
Heather Smith
Title: Secretary

EXHIBIT 21

RESOLUTION 2S

### A RESOLUTION OF THE PULASKI COUNTY SPECIAL SCHOOL DISTRICT BOARD OF EDUCATION APPOINTING AN INTERIM SUPERINTENDENT AND INSTRUCTING THE BOARD PRESIDENT.

**WHEREAS,** pursuant to the separation agreement agreed to between the two parties, Dr. McNulty has agreed to resign as Superintendent for the Pulaski County Special School District upon the appointment of a successor superintendent or January 8, 2025, whichever comes first.

**WHEREAS,** the Board must appoint a successor superintendent to replace Dr. McNulty.

**NOW THEREFORE BE IT RESOLVED BY THE PCSSD BOARD OF EDUCATION THAT:**

1. Effective immediately, the Board appoints _Jerry Guess_ as Interim Superintendent of the Pulaski County Special School District.

2. The Board directs the Board President to:
    a. Negotiate a written contract with the Interim Superintendent substantially similar to the contract terms between the District and Dr. McNulty.
    b. Solicit a search firm or firms for proposals to manage and conduct a permanent superintendent search on behalf of the Board.
    c. Call special meetings as these matters become ripe for consideration by the Board.

ADOPTED by majority vote of the Board on this 2nd day of January, 2025.

By: _[signature]_
Stephen Delaney
Title: President

By: _[signature]_
Heather Smith
Title: Secretary

RESOLUTION 3S

**A RESOLUTION OF THE PULASKI COUNTY SPECIAL SCHOOL DISTRICT BOARD OF EDUCATION CONCERNING "NEXT STEPS" FOLLOWING RECENT ADMINISTRATIVE LEADERSHIP CHANGES**

**WHEREAS,** the PCSSD School Board has appointed _Jerry Guess_ as its Interim Superintendent.

**WHEREAS,** the Board desires to clearly communicate its intentions and set reasonable expectations for the future.

**NOW, THEREFORE, BE IT RESOLVED BY THE PCSSD BOARD OF EDUCATION THAT:**

1. The Board **reaffirms its commitment** to:
    a. Obtaining full unitary status and completing the Mills High true-up project as ordered.
    b. The Building for the Future construction plan (including November 8, 2024 resolution).
    c. The Ford NGL Academies model including all existing MOUs with Academy partners.
2. The Board will **select a new permanent superintendent** using a process with the following characteristics:
    a. A search firm will be selected & hired to manage the superintendent search process.
    b. Internal and external candidates will be eligible to apply.
    c. A process for obtaining staff, student, parent, and community input will be used.
    d. Timeframes and schedules will be established and publicized.
    e. The permanent superintendent will start work on July 1, 2025.
3. This resolution shall serve as the **Board's official statement** concerning recent administrative leadership changes.

ADOPTED by majority vote of the Board on this 2nd day of January, 2025.

By: _[signature]_
Stephen Delaney
Title: President

By: _[signature]_
Heather Smith
Title: Secretary