IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                         PLAINTIFFS

v.                              No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, *et al.*                                      DEFENDANTS

EMILY MCCLENDON, *et al.*                                      INTERVENORS

ORDER

Several matters about the Pulaski County Special School District need the Court's attention. The Court appreciates PCSSD's careful and thorough special facilities status reports and related papers, as well as the McClendon Intervenors' response to one of those reports, and PCSSD's required December 2024 facilities status report.

*First*, the Court approves the December 2024 report, *Doc. 5869*. Intervenors have not objected to it. The progress at Mills High continues to impress. The District is well on its way to truing up the Mills High/Robinson Middle inequity by implementing the Court-approved plan. Press on.

*Second*, Intervenors' concerns about PCSSD's facilities plans at College Station and Harris, in light of the District's plans at Robinson High and Sylvan Hills, are beyond the scope of the remaining issues in this case. PCSSD has—commendably—prioritized the Mills High

project, *Doc. 5868-1 at 1*, which is exactly what this Court directed. *Doc. 5804 at 2-3*. The District's facilities' needs continue to change. How best to respond to those needs, in light of enrollment and limited funds, is a decision for PCSSD's elected board and administration. The recent record before the Court shows public involvement, a free flow of information, attention to all students, and good stewardship, not any extraordinary circumstances that might justify the Court considering any expansion of the only issue (the Mills High/Robinson Middle true up) on which PCSSD remains subject to this Court's jurisdiction. All District constituents, including the Interventors, should remain engaged. An earful of information and views will help ensure that the Board will continue making wise decisions. The Court declines the Intervenors' request to expand this case at this point.

*Third*, the Court notes the District's recent leadership change. Dr. Charles McNulty served PCSSD and its students faithfully and ably in case-related matters for more than six years. The Court wishes him well. And the Court welcomes back Dr. Jerry Guess. Given all the progress PCSSD made toward unitary status under his leadership in years past, it is fitting that he has returned to help finish that important work in good faith in the coming months.

So Ordered.

*D.P. Marshall Jr.*
*United States District Judge*

4 March 2025