IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                              PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                              DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                              INTERVENORS

INTERVENORS' **OPPOSED** MOTION FOR FEES AND COSTS
RELATIVE TO PULASKI SPECIAL SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **Robert Pressman**, and for their opposed motion for fees and costs relative to Pulaski County Special School District, they state the following:

1.   On November 7, 2022, this Court entered an Order [**Doc. # 5804**] accepting the Pulaski County Special School District's plan to "[f]irm up its plan for Mills University Studies High School."  The Court also directed the Intervenors to prepare and submit its monitoring related fees to the Pulaski County Special School District (PCSSD) with supporting documentation for its bill by January 31, 2025.

2.   Intervenors did in fact submit its bill for monitoring related services on January 31, 2025, which was objected to by PCSSD.

3.   Intervenors submitted the following monitoring related time statements for Austin Porter Jr., Robert Pressman, and Joy Springer:

1

    a)      Austin Porter Jr. ……………………………………. 25.60 hours - $10,240.00

    b)      Robert Pressman ……………………………………. 12.31 hours - $ 3,693.00

    c)      Joy Springer ………………………………………… <u>26.65 hours - $ 2,931.50</u>

                             **Total …………………… 64.56 hours -$16,864.50**

(**See Exhibits "A", "B", and "C"**).

4.      The Court encouraged the parties to confer about a reasonable attorney's fees for monitoring the school district.

5.      The parties have engaged in negotiations, and on February 27, 2025, undersigned counsel agreed to reduce his customary hourly rate of $425.00 to $375.00, which would reduce his fee request to $9,600.00 from $10,240.00. (**See Affidavit of Austin Porter Jr., attached herein as Exhibit "D"**). Opposing counsel has advised that this matter will be presented to the Board of Education for Pulaski County at its April 2025 meeting, because there was not enough time to discuss the matter during the board's March 2025 meeting.

6.      Intervenors submitted a counterproposal to the PCSSD consisting as follows:

    a)      Austin Porter Jr. ……………………………………. 25.60 hours - $ 9,600.00

    b)      Robert Pressman ……………………………………. 12.31 hours - $ 3,693.00

    c)      Joy Springer ………………………………………… <u>26.65 hours - $ 2,931.50</u>

                             **Total …………………… 64.56 hours -$16,224.50**

**See Revised Time Statement of Austin Porter Jr. – Exhibit "E".**

7.      Counsel for Pulaski County Special School District advised that the matter of intervenors' attorneys' fee request will be presented to the Board of Education for said school district during its April 2025 board meeting.

8. The intervenors submit the following as the time expended herein, for the Court's review, as well as the general public:

FEES

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Austin Porter Jr. | 25.60 | $375.00 | $ 9,600.00 |
| Robert Pressman | 12.31 | $300.00 | $ 3,693.00 |
|  |  |  |  |
|  |  |  |  |
| Total |  |  | $ 13,293.00 |

MONITOR FEES

| Monitor | Hours | Rate | Total |
|---|---|---|---|
| Joy Springer | 26.65 | $110.00 | $ 2,931.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total |  |  | $ 2,931.50 |

**Grand total for attorney's fees and monitoring fees ……………$ 16,224.50**

COSTS

| Activity | Cost |
|---|---|
| Filing Fee | $ |
| Witness Fees | $ |
| Process Server | $ 0.00 |
| Deposition Cost | $ |
|  |  |
| Total ……………………………… | $ 0.00 |

**Total Fees Incurred …………………………………**     **$ 13,293.00**

**Total Monitoring Fees Incurred …………………..**     **$ 2,931.50**

**Total Costs Requested ………………………………..**     **$ 0.00**

**Grand Total ………………………………………...**     **$ 16,224.50**

THEREFORE, the Intervenors request that the court grant their motion for the above-mentioned attorney and monitoring related fees in the amount of $16,224.50, and for all other just and proper relief.

                                                Respectfully submitted,

                                                Austin Porter Jr., No. 86145
                                                PORTER LAW FIRM
                                                323 Center Street, Suite 1035
                                                Little Rock, Arkansas 72201
                                                Telephone: 501-244-8200
                                                Facsimile: 501-372-5567
                                                Email: aporte5640@aol.com

                                                Robert Pressman
                                                22 Locust Avenue
                                                Lexington, MA  02421
                                                Telephone: 781-862-1955
                                                Email: pressmanrp@gmail.com

                                                ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 27th day of March 2025, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

dbates@mwlaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

                                                 Austin Porter Jr.