IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                                    PLAINTIFFS

VS.                    CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                                         DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                          INTERVENORS

To:   Pulaski County Special School District
      925 East Dixon Road
      Little Rock, Arkansas 72206

<u>Time Statement – Austin Porter Jr.</u>

| Date | Activity | Time Spent | Charge |
|---|---|---|---|
| 01/19/2024 | Reviewed status report by PCSSD | .20/$400.00 | $ 80.00 |
| 01/01/2024 | Reviewed Joint Motion for Disbursement of funds. | .30/$400.00 | $ 120.00 |
| 01/25/2024 | Conference call with Job and Bob in reference to filing by PCSSD | .75/$400.00 | $ 300.00 |
| 02/07/2024 | Conference with Dr. Minnie Hatchett and others. | .50/$400.00 | $ 200.00 |
| 02/07/2024 | Spoke with Dr. Hatchett and Joy for follow-up meeting. | .30/$400.00 | $ 120.00 |
| 02/12/2024 | Filed motion for extension of time to respond to PCSSD fund disbursement | .50/$400.00 | $ 200.00 |
| 03/06/2024 | Filed motion for extension of time to respond to disbursement of funds. | .30/$400.00 | $ 120.00 |
| 03/07/2024 | Working on response to disbursement of funds. | 1.50/$400.00 | $ 600.00 |
| 03/14/2024 | Spoke with Bob and Joy regarding disbursements of funds. | .50/$400.00 | $ 200.00 |
| 03/14/2024 | Worked on response to disbursement of funds response. | 3.75/$400.00 | $ 1,500.00 |


INTERVENORS' EXHIBIT A

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 03/15/2024 | Worked and filed response to disbursement of funds. | 1.50/$400.00 | $ 600.00 |
| 03/16/2024 | Read PCSSD's response | .60/$400.00 | $ 240.00 |
| 05/06/2024 | Reviewed the court's order. | .20/$400.00 | $ 80.00 |
| 10/10/2024 | Reviewed status report by PCSSD | .20/$400.00 | $ 80.00 |
| 10/14/2024 | Reviewed letter from Devin Bates and spoke with Joy and Bob | .30/$400.00 | $ 120.00 |
| 10/14/2024 | Sent Devin an email in reference to the district plans on using funds | .10/$400.00 | $ 40.00 |
| 10/19/2024 | Conference call with Joy and Bob | .50/$400.00 | $ 200.00 |
| 10/22/2024 | Filed motion for extension of time to file response to status report | .40/$400.00 | $ 160.00 |
| 11/04/2024 | Filed second motion for extension of time to respond to status report. | .20/$400.00 | $ 80.00 |
| 11/05/2024 | Working on response to PCSSD's Status Report | 6.75/$400.00 | $ 2,700.00 |
| 11/07/2024 | Working on response to PCSSD's Status Report | 6.25/$400.00 | $ 2,500.00 |

**Total hours** ……………………………  25.60 ……….. $ 10,240.00

Time Statement for Robert Pressman for Work in 2024  Regarding the Pulaski County Special School District in Case No. 4:82-CV-00866, in the <u>United States District Court for the Eastern District of Arkansas, Central Div.</u>

This Statement presents my time by subject matter category, as the following text shows. The time claimed, 12.31 hours, has been limited to respect the fact that I was working with local lead counsel Austin Porter and Intervenors' monitor, Joy Springer.

[1] Studying three Facilities Status Reports filed by PCSSD counsel during 2024: 5833 (1-19-24); 5859 (10-10-24); 5869 (12-2-24).  [<u>1.0</u>]

[2.] At multiple points during the year, Mr. Porter, Ms. Springer and I had a conference call to develop an approach to a then-current major issue. See Ms. Springer's time statement for 1-25-24, 3-14-24, 10-14-24, and 10-19-24.  [2.25]

[3.] As of the beginning of 2004, the State agency had yet to give final approval to the architects' and PCSSD's plan for the multi-part Mills High remedial project, a matter of major importance. To be on top of this matter, I ultimately reviewed documents supplied by Mr. Bates, over time, showing, 1st, the requisite State approval, 2nd, the contractor's bid for the work, 3rd, Mr. Porter's letter showing some Intervenor concerns based on discussion at

INTERVENORS' EXHIBIT
B

the 1-23-24 School Board meeting, 4th, the School Board's agreement to the bid, and 5th a letter of Mr. Bates regarding an adjustment in the plan for the Mills softball field.  These documents are dated:1-8-24; 1-26-24 (A.P. letter); 2-6-24;  2-13-24; 2-14-24. [2.00]

[4.] Early on, PCSSD suggested that $4,000,000 in federal ESSER funds could be a part of the funding package to construct the Mills High remedy. I pursued the matter by contacting Mr. Bates. Documents are dated: 1-31-23; 1-8-24; and 2-12-24. [.20]

[5] On April 12, 2023, UALR informed counsel for the parties that the University's administering the Donaldson program would end in the Spring of that year. UALR identified a remaining balance of 1.45 million dollars "in the restricted fund."  UALR posited an agreement of the parties and Court approval of a new use of the funds. [Letter from Mindy Pipkin to counsel for the parties]  PCSSD and JNPSD filed on February 1, 2024, a Joint Motion requesting that specified portions of the remaining funds be allocated to each district for use in addressing its facility obligations.Doc. 5834 (2-1-24) at 4-5. Intervenors later proposed that the funds should be used in a manner consistent with the Donaldson program; namely, by making grants to students

who had participated in the program, but not graduated, to enable them to enroll in a college program and obtain a degree. Doc. 5842 (3-15-24) at 7. While adopting the Districts' position, the Court did state: "No perfect solution exists for this unanticipated development" and "The Court appreciates the Intervenors' willingness to be involved in that recruiting folks to return to college." Order, Doc.5844 (4-18-24) at 2.

[ 6] My work on this issue included: studying Ms. Pipkins' letter and the the Districts' motion; participating in two meetings of our team with counsel for the districts; working with Ms. Springer on a detailed statement of facts to support Intervenors' Donaldson position, provided to Mr. Porter for his use in preparing Intervenors' response to the districts (Response, Doc. 5842 (3-15-14)); earlier, discussing with Mr. Porter a response to the District's motion; reading the District's reply (5843 (3-26-24), as well as the Court's Order, Doc. 5844. See also Ms. Springer's time entries of 2-7-24, 3-13-24, 3-14-24. [3.00] (for work described in [5] and [6].

[7] An important part of our team's 2024 work involved funding decisions made by the PCSSD School Board during a meeting on October 8, , 2024. A PCSSD document dated July 3, 2023, described the "Master Plan

Program," identifying facility projects to be undertaken with $80,000,000 generated by a vote of PCSSD residents. The projects included a Mills remedy; work at College Station, Harris and Baker elementary schools; work at Robinson High School; work on facilities for athletics at Maumelle High School; and a band room for Sylvan Hills High School. As of the October 8th meeting, the Maumelle and Sylvan Hills projects were complete, or largely so; the PCSSD School Board had yet to fund the approved, multi-part Mills High remedy; the other projects had plans only; and the funds remaining from the original $80,000,000 were insufficient to complete all incomplete projects in accord with then extant plans. The School Board voted as follows; $38,000,000 for the Mills High court approved/required remedial plan; $19.5 million for a portion of a new Robinson High School; and as much as $3.5 million for enhancement of softball and baseball facilities at Robinson High. No expenditure was approved for work at College Station or Harris. I watched this important meeting for two hours. [2.00]

[8.] On October 9, 2024, I received and studied Ms. Springer's detailed expression of concern, regarding the October 8th meeting. [.16]

[9] I received and studied Mr. Bates' email of October 14, 2024,

describing PCSSD's intention to move forward with work at Robinson High School. [.20]

[10.] Intervenors had long been concerned with the deficient and discriminatory condition of both College Station and Harris. See paragraph [11.] below (two examples of case history on which Intervenors rely]. On October 16, 2024, I wrote and provided to Mr. Porter and Ms. Springer an email suggesting multiple approaches for challenging the School Board's failure to address the facility needs of College Station and Harris elementary schools. [.50]

[11.] The narrative analysis in PCSSD's 2015 Facilities Master Plan Strategy states as to both College Station and Harris that despite repairs ". . . absent a complete replacement, facility parity is not attainable." Mr. Curtis Johnson's testimony on July 28, 2020, included the following responses regarding College Station and Harris: "Q. Do you recall making a statement that, if you had your preference, you would much rather just bulldoze them down and rebuild them? A. That's correct. That's an accurate statement. Q. In order to make them equal facilities? A. That's correct. " [Morning session at 9, 10]

[12] Mr. Porter produced and filed Intervenors' Response to the PCSSD's Special Status Report. Docs. 5866, 5867 (11-7-24). The Response [at 10] "request[ed] that the Court enter an order directing the PCSSD to make it a priority to provide equal schools to the citizens of McAlmont and College Station.."

[13] PCSSD replied in detail to Intervenors's Docs. 5866 and 5867. It is noteworthy that it included as Exhibit 14 "A Resolution Concerning PCSSD's Building for the Future Project." It is noteworthy that it pledged future meaningful construction projects at College Station and Harris." [At 2] [1.00]

I prepared this fee statement in an unconventional manner to demonstrate both that the time claimed for my 2024 work is reasonable and that Intervenors' team represented the class members in a reasonable and diligent manner.

My claim is for 12.31 hours at $300 an hour, $3,693.

Robert Pressman
22 Locust Avenue
Lexington, MA 02421
781-862-1955
8pressmanrp@gmail.com

February 11, 2025

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                   PLAINTIFF

VS.                  CASE NO. 4:82-CV-00866DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET. AL.                                             DEFENDANTS

EMILY MCCLENDON, ET AL.                                       INTERVENORS

Invoice submitted to:
McClendon Intervenors
c/o PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201

### TIME STATEMENT FOR JOY C. SPRINGER
Pulaski County Special School District

| Date | Professional Services | Hours/Rate | Amount |
|---|---|---|---|
| 1/19/24 | Downloaded and read the PCSSD status report to the Court; shared same with BPressman; noted Board meeting scheduled on 1/23/24 re community comments re proposed plan | .4 | 44.00 |
| 1/23/24 | Travel to PCSSD for Facilities Master Plan meeting; attended meeting; return trip | 2.5 | 275.00 |
| 1/24/24 | Email to BPressman re discussion at the meeting on 1/23/24; scheduled a conference for 1/25/24 with APorter and BPressman re same | | |
| 1/25/24 | Telephone conference with APorter and BPressman re facilities discussion on 1/24; prepare request to CJohnson for copy of the presentation and list of attendees at meeting | .75 | 82.50 |
| 2/1/24 | Downloaded Motion of PCSSD and JNPSD re CWDSA | | |

1

INTERVENORS' EXHIBIT C

| | | | |
|---|---|---|---|
| 2/7/24 | Conference with BPressman re meeting | .2 | 22.00 |
| 2/7/24 | Meeting of the parties and Dr. Minnie Hatchett re PCSSD Motion filed on 2/1/24 | .5 | 55.00 |
| 2/7/24 | Follow-up conversation with Dr. Hatchett and APorter | .3 | 33.00 |
| | | | |
| 3/12/24 | Travel to PCSSD for school board meeting; Made presentation to Board re remaining CWDSA funds re Document filed on 2/1/24l return trip | 2.0 | 22.00 |
| 3/13/24 | Conference with Bob P regarding regarding response to Document No. 5834 | 1.4 | 154.00 |
| 3/14/24 | Conference with BPressman and APorter regarding response to Document No. 5834 | .5 | 55.00 |
| | | | |
| | | | |
| | | | |
| 7/22/24 | Travel to Jacksonville, AR to visit new school construction referenced in JNPSD's recent court filing re: Taylor and Bayou Meto elementary schools; additional visits to Lester, JNPSD elementary and middle schools; meeting with Supt. Owoh | 6.0 | 660.00 |
| | | | |
| 10/8/2024 | Travel to PCSSD; Attended PCSSD Board; addressed the Board reminding them of their obligation remaining re facilities | 2.5 | 275.00 |
| 10/14/24 | Telephoe conference with APorter and BPressman are DBates letter | .3 | 33.00 |
| 10/19/24 | Research regarding documents regarding facilities (1.5); Telephone conference with APorter and RPressman re PCSSD status report (.5) | 2.0 | 220.00 |
| | | | |
| 10/22/24 | Research – identified documents regarding facilities located in southeast quadrant of PCSSD- College Station and Harris; review of same and shared with counsel Porter and Pressman | 4.0 | 440.00 |
| | | | |

| 11/1/24 | Travel to Jaxville for Court tour of JNPSD facilities as ordered by the Court and return trip | 4.0 | 440.00 |
|---|---|---|---|
| 11/07/24 | T/C with concerned patron of College Station regarding PCSSD's failure to address community concerns re the facility | .8 | 88.00 |
| 11/11/24 | T/C with concerned patron of College Station regarding PCSSD's failure to address community concerns re the facility | .6 | 66.00 |
| 11/11/24 | T/C with concerned patron of Harris elementary regarding PCSSD's failure to address community concerns re the facility | .7 | 77.00 |
| 11/11/24 | T/C with concerned patron of Harris Elementary community | .5 | 55.00 |
| 11/12/24 | Travel to PCSSD to attend Board meeting and to make comments regarding College Station and Harris elementary schools still being at the bottom of the list for upgrades; conference with Supt who shared proposed Resolution to address Intervenors and community concerns regarding | 4.0 | 440.00 |
| 12/18/24 | Review of Board meeting minutes re facilities | .5 | 55.00 |
| 1/3/2025 | T/C with concerned patron re status of College Station and need for conversation re Superintendent's agenda for College Station and Harris | .7 | 77.00 |
| 1/4/2025 | Travel to PCSSD community meeting regarding hiring of new superintendent and whether new Superintendent will keep College Station and Harris on agenda to address disparities | 1.5 | 165.00 |

Total hours 38.05 x $110.00

Total for Services ………………………… $ 4031.50

Less JNPSD time 10.0 x $110.00      1100.00

Total for Services                  $2931.50

3