IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                                    PLAINTIFFS

VS.                                    CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                                       DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                          INTERVENORS

### AFFIDAVIT OF AUSTIN PORTER JR.

Comes the affiant, **Austin Porter Jr.**, submitting the following affidavit under oath:

1.  I graduated from the University of Arkansas at Little Rock in the fall of 1982 with a major in criminal justice. During the spring of 1983, I was awarded one of two Winthrop Rockefeller Scholarships to attend law school at the University of Arkansas at Little Rock (UALR) School of Law. I enrolled at the UALR School of Law during the fall of 1983. I graduated from the UALR School of Law on May 18, 1986. On August 25, 1986, I was admitted to the practice of law before the Bar of Arkansas. I have also been admitted to practice before the United States District Court, Eastern and Western Districts of Arkansas, Eighth Circuit Court of Appeals, Sixth Circuit Court of Appeals, and the United States Supreme Court.

2.  Upon completion of law school, I went to work for Central Arkansas Legal Services (CALS), where I handled cases such as domestic relations, consumer, real estate and landlord tenant. I worked at CALS from August 1986 until May 5, 1989. I then worked at Walker, Roaf, Campbell, Ivory & Dunklin. While at this firm, I handled personal injury litigation and criminal matters. I also continued to handle consumer matters. I joined the firm of John W. Walker, P.A.

1

**INTERVENORS' EXHIBIT D**

on September 2, 1991, and have been involved in employment discrimination cases, civil rights cases, and voting rights cases. I left the employment of John W. Walker, P.A., on May 7, 1999, when I opened the Porter Law Firm as a solo practitioner.

3. The professional associations that I hold memberships in are: I have held memberships in Arkansas Bar Association, Pulaski County Bar Association and the W. Harold Flowers Law Society. I have served on the Board of Directors of the Pulaski County Bar Association during 1990 and 1991. I have also served as chairman of the Law Day Committee for the Pulaski County Bar Association. I previously served on the Arkansas Bar Association's Commission on Diversity, and I am a former member of the Federal Practice Committee.

4. Some of the cases that I have been involved in are:

**Employment Discrimination**

Harrison v. Moore, United States District No. PB-C-91-0468, Tarar Porter v. Carolyn Staley, United States District Court No. LR-C-94-8, Pamela Smith v. KATV, et al., United States District Court No. LR-C-94-434; Ollie Eddings, et al. v. Augusta School District, et al., United States District Court No. H-C-95-120; Angela Piggee v. Jimmy Jones, 84 F. 3d. 303, 109 Ed. Law Rep. 622 (8th Cir. 1996); Debra A. Smith, et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998); Julia Ellis, et al. v. Arkansas Department of Human Services, United States District Court No. LR-C-97-1036; Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715, Richard Day and Calvin Hollowell v. F. G. "Buddy" Villines, et al., 907 F. Supp. 1264 (E. D. Ark. 1995), *reversed* 119 F.3d 650 (8th Cir. 1997); Milton Graham, et al. v. Arkansas Department of Human Services, United States District Court No. 4:00CV-00960 JMM, Ester Lunnie, et al. v. University of Arkansas Board of Trustees, et al., United States District Court No.

4:99CV-000809, *interlocutory appealed*, 255 F.3d. 615 (8th Cir. 2001), Myrtle "Merle" Smith v. Arkansas Department of Human Services, United States District Court No. 4:00CV00277 GTE; Michael Coleman v. Holiday Inn Select, 158 F.Supp.2d 923 (E.D.Ark. 2001); Dorothy Smith v. Arkansas Teacher Retirement, United States District Court No. 4-01-CV0-0026GH; Nicole L. Gray v. United States Beef Corporation, United States District Court No. CV-02-6101; Timothy Starks v. Southland Hyundai, Inc., d/b/a Northland Hyundai, United States District Court No. 4:01CV-00542 GTE; Ausler v. Arkansas Department of Education, 245 F.Supp.2d 1024 (E.D. Ark. 2003); Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696; Desi A. Ledbetter v. Alltel Corporate Services, 437 F.3d 717 (8th Cir. 2006), Sheila Fields v. Shelter Mutual Insurance Co., 520 F.3d 859 (8th Cir. 2008), Carol Fuller v. Fiber Glass Systems, L.P., 618 F.3d 858 (8th Cir. 2010), Kelven Hadley v. The City of Pine Bluff, Arkansas, et al., United States District Court No. 5:08-CV-00184 JLH; Gary Austin v. Fletcher Long, 779 F.3d 522 (8th Cir. 2015); Melvin Smith v. URS Corporation, 803 F.3d 964 (8th Cir. 2014); Jeffrey Sand Co. v. Adrian Bryant, 919 F.3d 520 (8th Cir. 2019); Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019); Doris Smith v. Arkansas Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM; Da'Vetta Flowers v. Penn, United States District Court No. 4:18-CV-577 DPM; Janice Warren v. Pulaski County Special School District, 79 F.3d 967 (8th Cir. 2023); Christopher Cross v. UPS, United States Court of Appeals for the Eighth Circuit No. (2022); Dr. Kimberly Adams v. The City of Little Rock, Arkansas, United States Court of Appeals for the Eighth Circuit No. (2023). Undersigned counsel has an extensive appellate court record, with 15 wins and 5 losses. (**See Plaintiff's Exhibit "A"**).

**School Litigation**

Tammie McFarlin, et al. v. Newport Special School District, 980 F.2d 1208 (8th Cir. 1992); Tammie McFarlin, et al. v. Newport Special School District, 784 F.Supp. 589 (E.D.Ark. 1992), Simmons on Behalf of Simmons v. Hooks, 843 F.Supp. 1296 (E.D.Ark. 1994)

**42 U.S.C.S. § 1983**

Adams v. Hartwick, United States District Court No. LR-C-86-747; Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032; Elvin Gamble Jr. v. Pulaski County, Arkansas et al., United States District Court No. LR-C-97-38; Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011; Annie Johnson v. Pulaski County, Arkansas, et al., United States District Court No., LR-C-96-594; Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075; Wheeler v Prince, 318 F.Supp.2d 767 (E.D.Ark. 2004); Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. 4:05-CV-0902 JLH; Rodney Burrell v. The City of Sherwood, Arkansas, United States District Court No. 4:08-CV-002517 WRW; Dwain Smith v. Conway County, Arkansas, 759 F.3d 853 (8th Cir. 2014); Colbert v. City of Monticello, Arkansas, 775 F.3d 1006 (8th Cir. 2014); Sylvia Perkins, et al. v. Joshua Hastings, et al., United States District Court No. 4:15-CV-00310 BSM; Davdrin Goffin v. Robbie Ashcraft, 957 F.3d 858 (8th Cir. 2020); Brown v. Knapp, 75 F.4th 638 (6th Cir. 2023); Hunt v. Acosta, 109 F.4th 1003 (8th Cir. 2024); Humes v. Jones, et al., 109 F.4th 1112 (8th Cir. 2024).

**42 U.S.C.S. § 1981**

Johnny Whitfield, et al. v. Forrest City School District, et al., United States District Court No. H-C-88-86, Sherri Betton v. Sears, United States District Court No. LR-C-91-852, Tinika Daniels et. al. v. Dillard's, Inc., et al., 373 F.3d 885 (8th Cir. 2004);

4

**Labor and Employment Law**

Petty v. Scan, United States District Court No. LR-C-91-324,

**State Reported Opinions**

Green v. Bell, 308 Ark. 473, 826 S.W.2d 226 (1992), Torrence Tabor Cheatham v. State, 63 Ark.App. 106, 974 S.W.2d 490 (Ark.App. 1998); Bell v. Jefferson Hospital Association, Inc., 96 Ark.App. 283, 241 S.W.3d 276 (Ark.App. 2006); Huff and Ward v. Family Dollar Trucking, Inc., et al., 2015 Ark. App. 574 (2015)[1].

5. I have been a presenter for the following Continuing Legal Education events:

- W. Harold Flowers Law Society – Annual Meeting: Employment: Employment Discrimination – June 20 – 21, 2003;
- Arkansas Bar Association – 2003 Bridging the Gap Seminar: Employment Law – November 8, 2003;
- Arkansas Bar Association – 2004 Bridging the Gap Seminar: Employment Law – November 6, 2004;
- National Business Institute - *Prevent Human Resource Claims* - March 14, 2006;

To name a few.

For the past twenty years, I have been often called upon to be the presenter for seminars dealing with Employment Discrimination and Police misconduct cases for the W. Harold Flowers Law Society.

---

[1] The defendants appealed a jury verdict in the amount of $3,250,000.00, which was affirmed in large part.

5

6. The fee that I am requesting in this case is a reduced rate of **$375.00** per hour, rather than my customary hourly rate of **$425.00**, which rate is reasonable and commensurate with my experience and qualifications. This rate is comparable to that of other attorneys with my experience, and working in Little Rock, Arkansas who are involved in this type of litigation or in general practice.

7. In 1994, I was awarded an hourly rate of $130.00 for the work that I performed in the case of Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696 and on January 19, 1995, I was awarded an hourly rate of $130.00 for work I performed in the case of Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032. On September 27, 1996, I was awarded an hourly rate of $135.00 in the case of Richard Day and Calvin Hollowell v. Randy Johnson, et al., United States District Court No. LR-C-94-849 (case and fee award reversed on appeal)[2]. In May 1997, in the case of Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011, the parties settled the fee issue, giving undersigned counsel his hourly rate of $135.00. On December 17, 1997, I was awarded an hourly rate of $135.00 in the case of Debra A. Smith et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998). On August 19, 1999, I was awarded an hourly rate of $140.00 in the case of Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075. On July 9, 2001, I was awarded an hourly rate of $150.00 in the case of Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715. On October 5, 2001, I was awarded an hourly rate of $150.00 in the case of Kevin Byers v. Augusta School District, *et al.*, United States District Court No. 2:97CV00109JFF. On the date of December 17, 2001, I was

---

[2] Richard Day and Calvin Hollowell v. Randy Johnson, et al., 119 F.3d 650 (8th Cir. 1997).

awarded an hourly rate of $150.00 in the case of Milton Graham, et al. v. Arkansas Department of Humans Services, United States District Court No. 4:00CV-00960 JMM. On May 5, 2003, I was awarded an hourly rate of $170.00 in the case of Nicole L. Gray v. United States Beef Corporation, United States District Court No. CV-02-6101. On October 28, 2004, I was awarded an hourly rate of $200.00 in the case of Desi A. Ledbetter v. Alltel Corporate Services, Inc., United States District Court No. 4-03-CV-00533 WRW.[3] In January 2007, I was awarded an hourly rate of $225.00 based on a settlement in the case of Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. No. 4:05-CV-0902 JLM. In March 2009, I was awarded an hourly rate of $250.00[4] in the case of Levoria Jefferson, et al. v. Helena/West Helena School District, United States District Court No. Case No. 2:04-CV-00170 BRW. In September 2009, I was awarded an hourly rate of $225.00 in the case of Carol L. Fuller v. Fiber Glass Systems, L.P., United States District Court No. 4:07-CV-01120 BRW. In September 2016, I was awarded an hourly rate of $325.00 in the case of Little Rock School District v. Pulaski County Special School District, et al., United States District Court No. 4:82-CV-00866 DPM. On October 20, 2017, undersigned counsel was awarded an hourly rate of $350.00 in the case of Sylvia Perkins, et al. v. Joshua Hastings, et al, United States District Court No. 4:15-CV-00310. On May 31, 2018, undersigned counsel was awarded an hourly rate of $350.00 in the case of Adrian Bryant v. Jeffrey Sand Company, United States District Court No. 4:16-CV-0509 BSM.[1] On July 23, 2018, undersigned counsel was awarded an hourly rate of $285.00 by The Honorable Price Marshall; counsel had requested his customary hourly rate of $350.00, but Judge Marshall refused despite

---

[3] Alltel Corporate Services, Inc., did not challenge this hourly rate at the district court level, apparently believing it to be reasonable.

[4] Aldolphus Hicks did not challenge this hourly rate at the district court level, believing it to be reasonable.

[1] This hourly rate was upheld on appeal. *See* Adrian Bryant v. Jeffrey Sand Co., 919 F.3d 520, 529 (8th Cir. 2019).

stating that "[M]r. Porter is a gifted, skilled, and experienced lawyer." The Court noted that Mr. Ridgell's success "wasn't across the board." The jury ruled in favor of Mr. Ridgell's race claim, but not the retaliation claim. *See* Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., United States District Court No. 5:16-CV-00073 DPM [**Doc. # 87**][2]. On May 2, 2019, undersigned counsel was also awarded his customary hourly rate of $350.00 by the Eighth Circuit Court of Appeals. *See* Adrian Bryant v. Jeffrey Sand Company, 919 F. 3 520, 529 (8th Cir. 2019). In June 2020, in the case of Doris Smith v. Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM, undersigned counsel requested an hourly rate of $350.00, which was not opposed, and the defendant agreed to pay the jury verdict of $331,333.81, fees, and other requested equitable relief. In the case of Dr. Kimberly Adams v. The City of Little Rock, Arkansas, United States District Court No. 4:19-CV-0440 LPR, which was a mixed motive case, undersigned counsel was awarded an hourly rate of $350.00 per hour, which was upheld by the Eighth Circuit Court of Appeals in an unpublished opinion.

8.  The total time that I am seeking to be compensated for in this case is **25.60** hours.

9.  The total time of **25.60** hours is a conservative but reasonable submission based upon my time records which were prepared contemporaneously to the performance of the work. The total amount of time being billed is submitted upon careful review of my records, and necessary reductions of hours have been made in order to avoid unproductive and duplicative work.

This statement is true and correct to the best of my knowledge, records, information and belief.

_____
Austin Porter Jr., #86145

---

[2] The Eighth Circuit reversed the jury verdict in this case *in toto*. *See* Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019).

STATE OF ARKANSAS )
                  )ss.
COUNTY OF PULASKI )

SUBSCRIBED and SWORN to before me, a Notary Public, on this 27th day of March, 2025.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

1-27-2031



9

Eighth Circuit Court of Appeals Opinions
**Cases of Austin Porter Jr.**

| Case Style | Citation | Type | Ruling | Judges |
|---|---|---|---|---|
| Smith v. Riceland Foods, Inc. | 151 F.3d 813 (8th Cir. 1998) | Employment – Jury | Affirmed in part and reversed in part | **Wollman, Murphy, Kyle** |
| Ledbetter v. Alltel | 437 F.3d 717 (8th Cir. 2006) | Employment Discrimination | Affirmed Judge Wilson ruling for Plaintiff | **Smith, Heaney, Benton** |
| *Sheila Fields v. Shelter Mutual Insurance Co. | 520 F.2d 859 (8th Cir. 2008) | Employment Discrimination | Affirmed grant of sum judgment | **Beam, Bye, Gruender** |
| Carol Fuller v. Fiber Glass Systems, LP | 618 F.3d 858 (8th Cir. 2010) | Employment Discrimination - Jury | Affirmed Jury Verdict in favor of Plaintiff | **Benton, Beam, Murphy** |
| *Janice Wright v. St. Vincent | 730 F.3d 732 (8th Cir. 2013) | Employment Discrimination | Affirmed Judge Marshall's grant of sum judgment | **Riley, Gruender, Benton** |
| Richard Burton v. Mark Martin | 737 F.3d 1219 (8th Cir. 2013) | Employment Discrimination | Affirmed the judge's denial of sum judgment | **Smith, Beam, Wollman** |
| Dwain Smith v. Conway County, Arkansas | 759 F.3d 853 (8th Cir. 2014) | Inmate § 1983 Claim – Taser | Affirmed Denial of Qualified Immunity | **Riley, Benton, Kelly** |
| *Colbert v. City of Monticello, Arkansas | 775 F.3d 1006 (8th Cir. 2014) | Police Excessive Force | **Reversed** Judge Miller's grant of sum judgement | **Wollman, Colloton, and Benton** |
| Gary Austin v. Fletcher Long | 779 F.3d 522 (8th Cir. 2015) | Employment Discrimination | Affirmed Judge Marshall's denial of qualified immunity | **Murphy, Loken, Melloy** |
| *Melvin Smith v. URS Corp. | 803 F.3d 964 (8th Cir. 2015) | Employment Discrimination | **Reversed** Judge Miller's grant of sum judgment | **Melloy, Benton, Shephard -** dissent |
| *LaKeysia Wilson v. DHS | 850 F.3d 368 (8th Cir. 2017) | Employment Discrimination | **Reversed** Judge Wright grant of Mtn. to Dismiss | **Benton, Loken, Beam** |
| Sheldon Thompson v. City of Monticello | 894 F.3d 993 (8th Cir. 2018) | Police Excessive Force | Affirmed denial of qualified immunity | **Kelly, Loken, Gruender** |
| Adrian Bryant v. Jeffrey Sand Co. | 919 F.3d 520 (8th Cir. 2019) | Employment Discrimination – | Affirmed Jury Verdict | **Benton, Melloy, Kelly** |

1

**EXHIBIT A**

|  |  | Hostile Work Environment |  |  |
|---|---|---|---|---|
| *Davdrin Goffin v. Robbie Ashcraft* | 957 F.3d 858 (8th Cir. 2020) | Police Excessive Force | Affirmed Qualified Immunity | **Smith, Kras, Kelley (dissent)** |
| *\*Christopher Cross v. UPS* | Unpublished |  | Summ. Judgment affir'd. | **Stras, Kobes, and Smith** |
| *Brown v. Knapp, et al.* | 75 F. 4th 638 (6th Cir. 2023) | Riverside Violation | Affirmed in part and Reversed in Part – *En Banc* denied. cert petition denied | **Kethledge, Stranch, Mathis** |
| *\*Janice Warren v. Mike Kemp, et al.* | 79 F.4th 967 (8th Cir. 2023) (Terrence Cain) | Employment Discrimination | Jury Verdict Reversed | **Gruender, Grasz, Kelley (dissent)** |
| Hunt v. Acosta | 109 F.4th 1003 (8th Cir. 2024) | Civil Rights | Affirmed | **Gruender, Kelly, Erickson** |
| Humes v. Jones, et al. | 109 F.4th 1112 (8th Cir. 2024) | Civil Rights | Affirmed | **Gruender, Kelly, Erickson** |
| Dr. Kimberly Adams v. City of Little Rock | Unpublished | Attorney's Fees | Affirmed | **Loken, Gruender, Benton** |

\* Denotes Appellant.

Cases in yellow are wins.

Cases in red are losses.

2