IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT, *et al.* | | PLAINTIFFS |
| VS. | CASE NO. 4:82-CV-00866 DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT, *et al.* | | DEFENDANTS |
| EMILY MCCLENDON, TAMARA EACKLES, VALERIE STALLINGS, TIFFANY ELLIS, and LINDA MORGAN | | INTERVENORS |

To:  Pulaski County Special School District
     925 East Dixon Road
     Little Rock, Arkansas 72206

<u>Time Statement – Austin Porter Jr.</u>

| Date | Activity | Time Spent | Charge |
|---|---|---|---|
| 01/19/2024 | Reviewed status report by PCSSD | .20/$375.00 | $ 75.00 |
| 01/01/2024 | Reviewed Joint Motion for Disbursement of funds. | .30/$375.00 | $ 112.50 |
| 01/25/2024 | Conference call with Job and Bob in reference to filing by PCSSD | .75/$375.00 | $ 281.25 |
| 02/07/2024 | Conference with Dr. Minnie Hatchett and others. | .50/$375.00 | $ 187.50 |
| 02/07/2024 | Spoke with Dr. Hatchett and Joy for follow-up meeting. | .30/$375.00 | $ 112.00 |
| 02/12/2024 | Filed motion for extension of time to respond to PCSSD fund disbursement | .50/$375.00 | $ 187.50 |
| 03/06/2024 | Filed motion for extension of time to respond to disbursement of funds. | .30/$375.00 | $ 112.00 |
| 03/07/2024 | Working on response to disbursement of funds. | 1.50/$375.00 | $ 562.50 |
| 03/14/2024 | Spoke with Bob and Joy regarding disbursements of funds. | .50/$375.00 | $ 187.50 |
| 03/14/2024 | Worked on response to disbursement of funds response. | 3.75/$375.00 | $ 1,406.25 |

INTERVENORS' EXHIBIT E

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 03/15/2024 | Worked and filed response to disbursement of funds. | 1.50/$375.00 | $ 562.50 |
| 03/16/2024 | Read PCSSD's response | .60/$375.00 | $ 225.00 |
| 05/06/2024 | Reviewed the court's order. | .20/$375.00 | $ 75.00 |
| 10/10/2024 | Reviewed status report by PCSSD | .20/$375.00 | $ 75.00 |
| 10/14/2024 | Reviewed letter from Devin Bates and spoke with Joy and Bob | .30/$375.00 | $ 112.00 |
| 10/14/2024 | Sent Devin an email in reference to the district plans on using funds | .10/$375.00 | $ 37.50 |
| 10/19/2024 | Conference call with Joy and Bob | .50/$375.00 | $ 187.50 |
| 10/22/2024 | Filed motion for extension of time to file response to status report | .40/$375.00 | $ 150.00 |
| 11/04/2024 | Filed second motion for extension of time to respond to status report. | .20/$375.00 | $ 75.00 |
| 11/05/2024 | Working on response to PCSSD's Status Report | 6.75/$375.00 | $ 2,531.25 |
| 11/07/2024 | Working on response to PCSSD's Status Report | 6.25/$375.00 | $ 2,343.75 |

**Total hours** ……………………………… 25.60 ……….. $ 9,600.00