IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK SCHOOL DISTRICT**                                                      **PLAINTIFF**

V.                      **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT NO. 1, ET AL.**                                          **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                      **INTERVENORS**

**PCSSD'S RESPONSE TO
INTERVENORS' MOTION FOR FEES**

Pulaski County Special School District ("PCSSD"), for its Response to Intervenors' Motion for Fees, *Doc. 5872*, (the "Motion") submits the following.

1. On April 8, 2025, the PCSSD Board of Education voted to approve the Intervenors' fee request in the amount of $16,224.50.

2. Accordingly, PCSSD does not oppose the Intervenors' Motion.

1

Respectfully submitted,

Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
dbates@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***