IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*　　　　　　PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*　　　　　　DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN　　　　　　INTERVENORS

## ORDER

The McClendon Intervenors' unopposed motion for attorney's fees and monitoring fees of $16,224.50 for work through the end of 2024, *Doc. 5872*, is granted. This amount reflects a good faith compromise. The parties' agreed total is reasonable. The Court appreciates the parties' collaboration on this issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025