**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LITTLE ROCK SCHOOL DISTRICT**                                                    **PLAINTIFF**

**V.**                                **NO. 4:82-cv-866-DPM**

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT NO. 1, ET AL.**                                                          **DEFENDANTS**

**EMILY McCLENDON, ET AL.**                                                         **INTERVENORS**

**JULY 2025 FACILITIES STATUS REPORT**

The Pulaski County Special School District, for its Facilities Status Report, submits the following.

**I.     Update**

PCSSD receives routine e-mail updates from Kinco, the construction company completing the work at Mills. The most recent of these is attached hereto. *Exhibit 22, 13 June 2025 Kinco construction update*. Details about the progress being made, and the next steps to be undertaken, can be found in written and photographic format in that exhibit. An update from WDD Architects is attached hereto as well. *Exhibit 21, 2 June 2025 WDD update.*

Additionally, Kinco has continued creating, and PCSSD has continued posting online, aerial drone videos that visually capture the progress being made. An example of a URL address for these publicly posted drone videos is reported below, not as an exhibit that requires Court review, but rather so that awareness of these videos can be included in the public domain:

22 May 2025: https://www.youtube.com/watch?v=tXjZI8-41mY

1

## II.     Timeline

The timeline has not materially changed. PCSSD is close to completing the project for the beginning of the 2025-2026 school year as the Court previously stated. *Doc. 5776, p. 3*. Assuming that everything goes according to plan, the classrooms are expected to be completed 1 July 2025, with furniture expected to be delivered in the middle part of July. PCSSD anticipates putting the classrooms to work on the first day of the upcoming school year. The softball field is complete, and was used by the softball team for part of the last season. Construction of the arena is progressing well, and is expected to be largely completed sometime in August 2025. Furniture for the ROTC space has been ordered, and PCSSD is hopeful that it will be delivered sometime in August. While the arena and included ROTC space might not be completed by the first day of school, they will be completed soon thereafter.

## III.    Meetings

PCSSD held community meetings on 20 March 2025 and 12 June 2025 at 6:00 p.m. utilizing both virtual and in-person means. PCSSD recorded these meetings and uploaded them to its YouTube Channel so that the public can review the meeting at any time. The URL address for these publicly posted meetings are reported below, not as exhibits that require Court review, but rather so that the location of these videos can be included in this record for anyone wishing to view them:

20 March 2025: https://www.youtube.com/watch?v=KZkB_s6FKag

12 June 2025: https://www.youtube.com/watch?v=ubp83ndSQAc

IV.   <u>**Index of Exhibits**</u>

The exhibits noted below are attached to this status update. The exhibits are numbered consecutively with those previously submitted, starting with Exhibit 1 to the Plan located at *Doc. 5798, p. 9*.

*Exhibit*

WDD Report dated 2 June 2025 ...............................................................................................21

Kinco construction update dated 13 June 2025 ........................................................................22

Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax:  (501) 688-8807
dbates@mwlaw.com
sdiggs@mwlaw.com

and

Jay Bequette
Cody Kees
Bequette Billingsley & Kees, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone:  (501) 374-1107
Facsimile:  (501) 374-5092
Mobile: (501 590-4500
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS        **FIELD OBSERVATION REPORT**



| **CENTRAL ARKANSAS OFFICE:** | **NORTHWEST ARKANSAS OFFICE:** | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |

| Job #: | 22-007 | Weather: | Onsite: 81º, Sunny |
|---|---|---|---|
| Job Name: | PCSSD – Mills High School Addition | | Temp Range: 66º to 88º; |
| Contractor: | Kinco | | Precipitation this month: ~ 0" |
| Submitted By: | Joe Covey | Date & Time: | 06.02.25 | 12:15 pm – 1:45 pm |



Project Summary: Start Date – 02.14.24    Substantial Completion – 08.31.25    Last Approved Pay App – 05.12.25

**BILLING SUMMARY**   ■ Completed  ■ Remaining
- CONTRACT TIME PER CURRENT PAY APP: 79.79% / 20.21%
- CURRENT PAY APP % BILLED: 73.01% / 26.99%

**CONTRACT SUMMARY**   Number of Days: ■ Original Contract
- 564

| Attendees: | Kinco – Tony Mullenax, TJ Kinnard<br>WDD Architects – Dustin Langford, Joe Covey |
|---|---|
| Personnel Onsite: | **Gym Addition** – Duct installers, block workers, brick layers, electricians, framers, roofers<br>**Classroom Addition** – Painters, ceiling grid framers, flooring installers, millwork installers<br>**Softball Complex** – N/A, this area is complete |
| Equipment Onsite: | **Gym Addition** – Shooting boom lifts, forklift, telescopic handler, scissor lifts, crane truck<br>**Classroom Addition** – N/A |
| Stored Materials: | **Gym Addition** – Insulated mtl. panels, AV equipment, elevator components, door frames<br>**Classroom Addition** – Metal ceiling panels, paint, millwork |

# Field Observation Report #024

## Narrative

<u>Gym Addition:</u>

1. Site:
   - Fairly dry conditions on site.
2. Exterior of Building:
   - TPO roofing is reported by the contractor to be finished. Coping caps is being installed.
   - Lightning protection installation has started.
   - All curtain wall systems appear to be installed.
   - Glazing installation has started in the northwest corner curtain wall.
   - Insulated metal panels have been installed across the building, except the northwest corner.
   - Gas lines have been run across the roof to all RTUs.
   - Trenching is underway on the east side of the building for underground storm piping.
3. Interior of Building:
   - Elevator components have arrived on site and are being stored until installation.
   - Ceilings and fur downs over second floor Corridors have been fully constructed. Drywall finishing is occurring at these locations.
   - First coat of paint has been applied to CMU walls throughout the building.

**EXHIBIT 21**

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT

| | |
|---|---|
| **CENTRAL ARKANSAS OFFICE:** | **NORTHWEST ARKANSAS OFFICE:** |
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10      501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703                    501-376-0231 FAX |



Classroom Addition:

4. Site:
   - N/A

5. Exterior of Building:
   - Brick is being washed.
   - Metal panel ceiling grid

6. Interior of Building:
   - Elevator installation is almost complete.
   - Flooring has been installed throughout the building. Temporary protections are in place.
   - Millwork installation in classrooms nearly complete. Still in process in Science Classroom.
   - Metal panel ceiling installation on the second floor has resumed, with proper trim components.

## Walkthrough

1. Gym Addition:






**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT



| **CENTRAL ARKANSAS OFFICE:** | **NORTHWEST ARKANSAS OFFICE:** | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |








**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT



| | |
|---|---|
| **CENTRAL ARKANSAS OFFICE:**<br>5050 Northshore Lane<br>North Little Rock, AR 72118 | **NORTHWEST ARKANSAS OFFICE:**<br>2434 East Joyce Blvd, Suite 10       501-376-6681<br>Fayetteville, AR 72703                      501-376-0231 FAX |






2. Classroom Addition:




**MILLS HIGH SCHOOL ADDITION**  4  22-007 FIELD REPORT

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS     FIELD OBSERVATION REPORT

**CENTRAL ARKANSAS OFFICE:**  **NORTHWEST ARKANSAS OFFICE:**
5050 Northshore Lane             2434 East Joyce Blvd, Suite 10     501-376-6681
North Little Rock, AR 72118      Fayetteville, AR 72703              501-376-0231 FAX










**MILLS HIGH SCHOOL ADDITION**                5                   22-007 FIELD REPORT

**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS

FIELD OBSERVATION REPORT

**CENTRAL ARKANSAS OFFICE:**
5050 Northshore Lane
North Little Rock, AR 72118

**NORTHWEST ARKANSAS OFFICE:**
2434 East Joyce Blvd, Suite 10
Fayetteville, AR 72703

501-376-6681
501-376-0231 FAX



## Discussions

1. Humidity is being monitored and controlled in the Arena, as paint and finishes begin installation.



2. Sharp corners of Unistrut are exposed behind exposed storm drain piping in Corridors.




3. Ensure clean filters inside and outside of the building while air handlers are running.




**WITTENBERG, DELONY & DAVIDSON** ARCHITECTS    FIELD OBSERVATION REPORT

| CENTRAL ARKANSAS OFFICE: | NORTHWEST ARKANSAS OFFICE: | |
|---|---|---|
| 5050 Northshore Lane | 2434 East Joyce Blvd, Suite 10 | 501-376-6681 |
| North Little Rock, AR 72118 | Fayetteville, AR 72703 | 501-376-0231 FAX |



4. The contractor stated that the jumbotron will have to be moved a few feet over.



5. Gas lines are installed over walkpads near some of the RTUs.




6. Where metal ceiling panels are cut, they appear to be slightly cupping. When the trim is installed, it creates noticeable show lines. The contractor has a fix in mind to remedy this issue.




End of Field Observation Report

**MILLS HIGH SCHOOL ADDITION**    7    22-007 FIELD REPORT



From: **John Lipton** <jlipton@
Date: Fri, Jun 13, 2025 at 1:47 PM
Subject: 22-007 Mills HS Addition - Weekly Trade Updates (2025-06-13)



**Classroom Addition**

1. **Landscaping:** Start dressing up around the building next week.
2. **Millwork:** Millwork installation in progress.
3. **Doors/Hardware:** Install to begin next week.
4. **Framing:** Installation of wood ceiling Exterior soffit is in progress.
5. **Flooring:** Base install in progress.
6. **Painting:** Wall talker and finish coat in progress.
7. **MEP:** Low voltage cabling in progress.


1. Electricians & HVAC need to work and coordinate with the framers as the wood metal panel ceiling goes in.
2. All ladders need socks on their legs and make sure to pick up and check for screws with polished concrete being finished.
3. Be extra careful around painted walls that receive wall talker paint.

**EXHIBIT 22**



**Arena**

1. **Earthwork:** Sitework at the west side of the building is in Progress.

2. **Concrete:** Sidewalks / concrete site work to start next week.

3. **Masonry:** Interior CMU in progress.

4. **Storefront /Curtainwall:** Glass and termination bar install in curtain walls is in progress.

5. **Framing:** Install Tectum panels in progress.

6. **Flooring:** flooring to begin next week in 2nd floor restrooms.

7. **Gym Flooring:** Delivery scheduled for Tuesday.

8. **Painting:** Finishing up priming walls and first coat is ongoing.

9. **Insulated Wall Panels:** Exterior metal panel install in progress.

10. **MEP:** Plumbers are focused on boiler rooms and running gas to RTUs. Insulators are insulating ductwork and plumbing lines. Subcontractor is connecting ductwork to unit locations and working on HVAC controls. Electrical is working on installing theatrical lighting and pulling wire.

11. **Audio:** Speaker installation is in progress.

1. Check lifts for screws in wheels and pick up any screws that are dropped to protect floors.
2. 6/20 is the last day we can have lifts on 2nd level & boom lifts on court area.
3. Be aware of the jumbo tron if working out of lifts.
4. If extra lighting is needed in certain rooms coordinate with Nabco or Kinco in advance of work starting.
5. Air is on now. Keep all doors closed when entering or exiting the building.







**Substantial Completion Projected Date:**

- Softball Field: Field is in use.
- Classroom Addition: July 31, 2025
- Arena: August 31, 2025

**Recent Document Updates:**

**RFI's 001 – 126 are posted to Procore (Recent & Open Items Listed Below)**

- RFI 126: Receptacles at Lab Tables - Open
- RFI 125: Lab Table Gas/Water Combo Faucets - Closed
- RFI 124: Gym Court Floor Box Selection - Closed
- RFI 123: Retractable Bleacher Rails - Open

**ASI 001 – 012**

- No new ASIs

**Proposal Request 001 – 010**

- No New PRs

**Submittals: (Critical Submittals in red)**

- 09 72 00-4 VWC strike off Sample - Approved
- 10 21 00-1.1 – Toilet Partition Field Measurements
- 26 05 33-3 – Floor Box Cover Color – Approved

**Scope Item – Current Responsibility**

**Background Checks:** All site personnel must complete a background check and ID badge.

**Sub-meetings:** These meetings are mandatory and held every Wednesday at 10:00 a.m. in the Kinco site office. If you are working on the job site, you are required to have someone attend these meetings.

**Kinco Contacts:**

Tony Mullenax, Kinco Superintendent,

TJ Kinnard, Kinco Superintendent,

Lance Wright, Project Manager,

John Lipton, Project Coordinator,



**John Lipton**
Project Coordinator/Assistant Superintendent | kincoconstructors.com

12600 Lawson Road • Little Rock • AR • 72210
Follow us on Facebook | Twitter | Instagram

---

CONFIDENTIALITY NOTICE: This e-mail message (including any attachments) is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients, subcontractors and/or vendors of Kinco Constructors, LLC presumptively contain information that is confidential and privileged; e-mail messages to non-clients are normally confidential and may also be privileged. Please do not read, copy, forward or store this message or any attachments unless you are the intended recipient. If you have received this message in error, please forward it back to the sender and delete all copies of it from your computer.