IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    **PLAINTIFFS**

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                       **DEFENDANTS**

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                        **INTERVENORS**

## ORDER

Ten years of hard work make a big difference. It has been just shy of a decade since the Court approved the plan to detach the Jacksonville/North Pulaski School District from the Pulaski County Special School District. *Doc. 5165.* Seven years have passed since the Court approved JNPSD's 2018 master facilities plan as modified. *Doc. 5445.* More than four years ago, the Court found JNPSD unitary except as specified on facilities. *Doc. 5730.* Last year, in the fall of 2024, students began streaming into the new Bayou Meto Elementary and Taylor Elementary. Building these two schools was JNPSD's only remaining facility obligation under Plan 2000.

*

These new elementary schools—one majority white, the other majority black—are twins. *Doc. 5863-1.* And they're excellent facilities. They provide a case study in equal treatment for children of all races.

The Ellis Intervenors point to differences between Bobby Lester Elementary and the two new schools. Lester was the Court-approved benchmark. The differences, though, are unrelated to race, at the margin, and make good sense.

Lester is a larger facility with larger common areas and bathrooms. That's because the student body at Lester was projected to be much larger than the student bodies at Bayou Meto and Taylor. More projected students; more space and more toilets. Lester feels bigger because it is. But size does not determine quality. And the size differences are entirely the mathematical result of Arkansas's program of requirements for school facilities.

Lester is also on two levels, which adds some grandeur, while Taylor and Bayou Meto are one-level buildings. Lester had to be built into the side of a hill. The two new schools are in the flat. The structural differences based on geography don't create inequality.

Other differences resulted from the benefit of hindsight. JNPSD sought and heeded voices of experience. The teachers, administrators, and students at Lester spoke up when Bayou Meto and Taylor were

- 2 -

being designed. The luxury vinyl tile classroom floors that were in style when Lester was built are high maintenance and aren't wearing well. Out with the tile, in with polished concrete. (A good echo of the floors at Robinson Middle School.) Lester's black carpets and brightly colored walls are striking, but they've been difficult to maintain. So, no black carpets and more muted walls at Bayou Meto and Taylor.

True enough, Bayou Meto and Taylor aren't identical to Lester. But in modifying and approving JNPSD's 2018 master facilities plan the Court didn't require identical schools. It required equal schools. *Doc. 5445 at 7.* Are all three elementaries clean, safe, attractive, and equal? Yes. Has JNPSD substantially complied in good faith with its tailored facilities obligations under Plan 2000? *Freeman v. Pitts*, 503 U.S. 467, 492 (1992). Yes.

This is a signal accomplishment. Recall that under the district's original plan, Bayou Meto and Taylor wouldn't have been replaced until 2034. *Doc. 5445 at 5.* JNPSD beat that projection by ten years. The Court's target was 2026. JNPSD got there almost two years early. And the district did so notwithstanding strong headwinds on state partnership funding. It has been the work of many hands, heads, and hearts. The Ellis Intervenors played an important part, too. As has been famously said, on weighty matters, one should trust but verify. Their advocacy kept the district focused and sprinting.

- 3 -

*

"If JNPSD implements and completes its 2018 master plan, as modified, it will be unitary in facilities in approximately 2026. The Court looks forward to that day." *Doc. 5445 at 8*. That day has come. And it has come early because of JNPSD's unwavering commitment to ensuring excellent educational opportunities for every student. The district has achieved its extraordinary goal: a new high school, a new (and expanded) middle school, and four new elementary schools—all within a decade.

JNPSD inherited many obligations under Plan 2000 from its parent, the Pulaski County Special School District. Across the years since the new district began operating, the Court has declared the new district unitary in all those areas except facilities. *Doc. 5730 at 46-67*; *Doc. 5445 at 8-20*. JNPSD has now complied with Plan 2000 and this Court's implementing Orders in good faith, eliminating the traces of past discrimination in all areas—including facilities—insofar as practicable. *Freeman*, 503 U.S. at 492; *Little Rock School District v. Arkansas*, 664 F.3d 738, 744-45 (8th Cir. 2011). The district's Federal Rule of Civil Procedure 60(b)(5) motion, *Doc. 5847*, is granted because it has made things right. The Jacksonville/North Pulaski School District is unitary. And it is released entirely from this Court's supervision. The Court retains jurisdiction until 30 April 2026 solely

- 4 -

to resolve any issue about final attorney's fees for the Ellis Intervenors.  Well done, JNPSD.

So Ordered.

_D.P.Marshall Jr._
D.P. Marshall Jr.
United States District Judge

30 September 2025