IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LITTLE ROCK SCHOOL DISTRICT** | | **PLAINTIFF** |
| **V.** | **NO. 4:82-cv-866-DPM** | |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL.** | | **DEFENDANTS** |
| **EMILY McCLENDON, ET AL.** | | **INTERVENORS** |

### PULASKI COUNTY SPECIAL SCHOOL DISTRICT'S MOTION FOR UNITARY STATUS

Pulaski County Special School District for its Motion for Unitary Status, submits the following.

1. To become unitary in facilities, PCSSD submitted a Proposal, *Doc. 5736, pp. 11-13,* and a Plan, *Doc. 5798*. The Court approved same. *Doc. 5804*. The Court explained that this true-up process "is how PCSSD can substantially comply with Plan 2000 on facilities." *Doc. 5730, p. 31*.

2. PCSSD has walked the path to become unitary. For the reasons more fully explained in PCSSD's Brief in Support of this Motion filed contemporaneously herewith and incorporated herein by reference, a full declaration of unitary status is now appropriate.

WHEREFORE, the Pulaski County Special School District prays that the Court grant it unitary status in facilities, issue a full and final declaration of unitary status, and for all other necessary and proper relief to which it may be entitled.

Respectfully submitted,

Devin R. Bates (2016184)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
dbates@mwlaw.com

*and*

Jay Bequette
Cody Kees
BEQUETTE BILLINGSLEY & KEES, P.A.
425 West Capitol Ave., Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (501) 374-5092
jbequette@bbpalaw.com
ckees@bbpalaw.com

***Attorneys for Pulaski County Special School District***