IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*               PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, *et al.*                                              DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, *et al.*                          INTERVENORS

ORDER

1. The Court appreciates PCSSD's summer 2025 facilities report, *Doc. 5875*. No one has objected. The Court approves it.

2. The Court notes PCSSD's recent motion for unitary status, *Doc. 5878*. The McClendon Intervenors' time to respond is extended to 31 October 2025. The district may reply fourteen days after the Intervenors respond.

3. The Court looks forward to touring the additions at Mills University Studies High School. The Court requests counsel to confer and inform the Court's staff of some mutually convenient dates in December and January.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2025