IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                               PLAINTIFFS

VS.                                    CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                  DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                     INTERVENORS

INTERVENORS' MOTION FOR EXTENSION OF TIME

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and **Robert Pressman**, and for their motion for extension of time to respond to file their requests for fees and costs, they state the following:

1. The Jacksonville/North Pulaski County School District was found to be unitary on September 30, 2025.

2. The Intervenors' motion for attorney's fees and costs is due on October 14, 2025.

3. Counsel for intervenors set over the time statements to counsel for the Jacksonville/North Pulaski County School District on or about October 10, 2025.

4. The parties are trying to settle the intervenors fee request, but need additional time to do so.

1

5.     Undersigned counsel has just finished filing for review his reply brief in the case of *Chiffon Brown v. Home Depot*, United States Court of Appeals for the Eighth Circuit, Case No. 25-1400, which was submitted on the evening of October 10, 2025.

6.     Undersigned counsel is currently in the midst of trial preparation in the case of Cook v. Wingo, et al., United States District Court No. 4:22-cv-00548 KGB, which is scheduled for the week of October 20, 2025.[1]

7.     Undersigned counsel has reached out to opposing counsel about this extension request and is authorized to say that no objection will be forthcoming from the PCSSD.

8.     Undersigned counsel is requesting a fourteen (14) day extension giving him up to and including the date of October 28, 2025 to file their request for fees.

9.     This extension request is not being made for the purpose to cause any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the plaintiff requests that he be granted an extension of one-week giving him up to and including the date of October 28, 2025 to file their request for fees, and for all other just and equitable relief.

Respectfully submitted,

Austin Porter Jr.
Bar Number 86145
PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com

---

[1] Undersigned counsel is serving as co-counsel with Mike Laux in *Cook v. Wingo* case.

2

and,

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com


CERTIFICATE OF SERVICE

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas - Central Division, on the 13th day of October 20254, using the CM/ECF system, which is designed to send notification of such filing to the following:

M. Samuel Jones III.
Devin R. Bates
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Scott P. Richardson
McDaniel, Richardson & Calhoun PLLC
1020 West 4th Street, Suite 410
Little Rock, Arkansas 72201

scott@mrcfirm.com

                                        Austin Porter Jr.