IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al*.                                  PLAINTIFFS

VS.                                    CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al*.                                       DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                        INTERVENORS

INTERVENORS' **SECOND** MOTION FOR EXTENSION OF TIME

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and **Robert Pressman**, and for their motion for extension of time to respond to file their requests for fees and costs, they state the following:

1. The Jacksonville/North Pulaski County School District was found to be unitary on September 30, 2025.

2. The Intervenors' motion for attorney's fees and costs was originally due on October 14, 2025.

3. However, counsel for intervenors filed a motion for extension of time requesting a fourteen (14) day extension to file their motion for attorney's fees and costs, giving them up to and including the date of October 28, 2025, which the Court granted.

4. Counsel for intervenors sent over the time statements to counsel for the Jacksonville/North Pulaski County School District on or about October 10, 2025.

1

5. The parties are trying to settle the intervenors' fee request, but need additional time to do so.

6. Undersigned counsel is currently in a week-long jury trial in the case of Don Lloyd Cook v. Ryan Wingo and Jeff Sheeler, United States District Court Case No. 4:22-CV-00548 KGB.

7. Undersigned counsel has just finished filing for review his reply brief in the case of Kenneth Hunt v. Dale Acosta, United States Court of Appeals for the Eighth Circuit, Case No. 25-2201 and 25-2230, which was submitted on the evening of October 15, 2025.

8. Counsel for Jacksonville North Pulaski indicated that the Board of Education is not scheduled to meet until November 3, 2025, to consider the fee request.

9. Undersigned counsel has reached out to opposing counsel about this extension request and is authorized to say that no objection will be forthcoming from said school district.

10. Undersigned counsel is requesting a fourteen (14) day extension giving him up to and including the date of November 11, 2025 to file their request for fees.

11. This extension request is not being made for the purpose to cause any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the plaintiff requests that he be granted an extension of one-week giving him up to and including the date of November 11, 2025 to file their request for fees, and for all other just and equitable relief.

    Respectfully submitted,

    Austin Porter Jr.
    Bar Number 86145
    PORTER LAW FIRM
    The Tower Building

        323 Center Street, Suite 1300
        Little Rock, Arkansas 72201
        Telephone: 501-244-8200
        Facsimile: 501-372-5567
        E-mail: Aporte5640@aol.com

        and,

        Robert Pressman
        22 Locust Avenue
        Lexington, MA  02421
        Telephone: 781-862-1955
        Email: pressmanrp@gmail.com

## CERTIFICATE OF SERVICE

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas - Central Division, on the 24th day of October 2025, using the CM/ECF system, which is designed to send notification of such filing to the following:

| | |
|---|---|
| M. Samuel Jones III.<br>Devin R. Bates<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br><br>sjones@mwlaw.com<br>dbates@mwlaw.com | Scott P. Richardson<br>McDaniel, Richardson & Calhoun PLLC<br>1020 West 4th Street, Suite 410<br>Little Rock, Arkansas 72201<br><br>scott@mrcfirm.com |

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com


        Austin Porter Jr.

3