IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                PLAINTIFF

VS.                         CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                          DEFENDANTS

EMILY MCCLENDON, ET AL.                                                    INTERVENORS


INTERVENORS' MOTION FOR EXTENSION OF TIME TO RESPOND

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM** and **Robert Pressman**, and for their *Motion for Extension of Time to Respond*, they state the following:

1. On September 30, 2025, Pulaski County Special School District (PCSSD) filed its Motion for Unitary Status.

2. In the Court's order of October 7, 2025, it gave the Intervenors until October 31, 2025 to file its response.

3. Although undersigned counsel spoke with opposing counsel about an extension request, and believes that approval was given, undersigned counsel thought that such a request had been filed, but has discovered today that no extension request was filed.

1

4.     Undersigned counsel was involved in the jury trial of <u>Don Lloyd Cook v. Rayn Wingo and Jeff Sheeler</u>, United States District Court No. 4:22-cv-00548 during the week of October 20 – 28, 2025, and apparently forgot to file such motion.

5.     Furthermore, undersigned counsel finished his appellee's brief in the case of <u>Kenneth Hunt v. Dale Acosta</u>, United States Court of Appeals for the Eighth Circuit, Case No. 25-2102 and 25-2230, which was filed on October 28, 2025.

6.     The parties are in the process of conducting a tour of the Mills High School which is scheduled for November 11, 2025 – just the attorneys.

7.     Once we have had the tour, the Intervenors will be in a better position to file a response to the PCSSD's motion for unitary status.

8.     The Intervenors are asking the Court to allow an extension until November 24, 2025 to file its response to the PCSSD's motion for unitary status.

9.     This extension request is not being requested for the purpose of causing any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the Intervenors request that this Court grant their request for extension in order to respond to PCSSD's motion for unitary status, giving them up to and including the date of November 24, 2025 in order to file their response, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

        Robert Pressman
        22 Locust Avenue
        Lexington, MA 02421
        Telephone: 781-862-1955
        Email: pressmanrp@gmail.com

        ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 6th day of November 2025, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |
| | |
| sjones@mwlaw.com | |
| dbates@mwlaw.com | |

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

        Austin Porter Jr.

3