IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                                PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                                    DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                     INTERVENORS

INTERVENORS' UNOPPOSED MOTION FOR FEES AND COSTS
RELATIVE TO JACKSONVILLE/NORTH PULASKI SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM**, **John W. Walker, P.A.**, and **Robert Pressman**, and for their unopposed motion for fees and costs relative to Jacksonville/North Pulaski School District, they state the following:

1.      On May 6, 2021, this Court entered a Memorandum Opinion and Order [**Doc. # 5730**] declaring, *inter alia*, the Jacksonville/North Pulaski School District unitary, "[w]ith the exception of completing its 2018 master facilities plan as modified."

2.      The parties continued to work towards the goal of getting said school district to reach the status of unitary.

3.      Jacksonville/North Pulaski completed its 2018 master facilities plan with the constructions of the new Bayou Meto Elementary and Taylor Elementary schools that opened during the fall of 2024.

1

4. On September 30, 2025, this Court entered a Memorandum Opinion declaring said school district unitary. [**Doc. # 5877**].

5. The Court encouraged the parties to confer about a reasonable attorney's fees for monitoring the school district, which the parties have done.

6. The Court directed the intervenors to provide the Jacksonville/North Pulaski School District with their time records, and related costs, which the intervenors have done. (**See Intervenors' Exhibits "A" and "B"**).

7. The parties have engaged in negotiations, and have come to an agreed upon fee that should be awarded the intervenors for attorney's fees and other costs herein expended for the defense of the consent decree (*Plan 2000*).

8. **The parties have agreed to an attorney's fee and monitoring fee in the amount of $9,760.00**.

9. Counsel for Jacksonville/North Pulaski School District advised that this matter of intervenors' attorney's fee request was presented to the Board of Education for said school district on Monday, November 3, 2025, which said board approved.

10. Despite the fact that the parties have agreed to an appropriate fee award, the intervenors submit the following as the time expended herein, for the Court's review, as well as the general public:

FEES

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Austin Porter Jr. | 21.10 | $350.00[1] | $ 7,385.00 |

---

[1] Counsel for Intervenors has attempted to get this Court to award him an hourly rate that is higher than the $350.00 that has consistently been awarded undersigned counsel for the past few years. However, this Court has expressed the opinion that the hourly rate of $350.00 is appropriate for undersigned counsel, having expressed that opinion recently in the case of Kenneth Hunt v. Dale Acosta, United States District Court No. 2:22-CV-00017 DPM. [**Doc. No. 96**]. In the *Hunt* case, undersigned counsel requested an hourly rate of $425.00, which this Court stated is "a tad high for this kind of work in the Eastern District of Arkansas." Undersigned counsel does not agree with this Court's

|  |  |  |  |
|---|---|---|---|
| Total |  |  | $ 7,385.00 |

MONITOR FEES

| Monitor | Hours | Rate | Total |
|---|---|---|---|
| Joy Springer | 12.00 | 110.00 | $ 1,320.00 |
|  |  |  |  |
| Total |  |  | $ 1,320.00 |

**Grand total for attorney's fees and monitoring fees ……………$ 8,705.00**

COSTS

| Activity | Cost |
|---|---|
|  | $ |
|  | $ |
|  |  |
| Total ……………………………… | $ |

**Total Fees Incurred …………………………………**   $   7,385.00

**Total Monitoring Fees Incurred …………………..**   $   1,320.00

**Total Costs Requested ……………………………..**   $          0.00

**Grand Total …………………………………………...**   $   8,705.00

**The negotiated total amount requested ……………………..**   $ 130,000.00

THEREFORE, the Ellis Intervenors request that the Court approve their unopposed requests for fees, and for all other just and proper relief.

---

assessment of his hourly rate, so as the late Honorable Billy Roy Wilson has stated, "if you don't like my ruling, take it up North." Therefore, undersigned counsel has decided to take the matter "up North" by appealing this Court's ruling on an appropriate hourly rate. *See* Kenneth Hunt v. Dale Acosta, United States Court of Appeals for the Eighth Circuit No. 25-2102 & 2230. Although, undersigned counsel submitted a fee request to the Jacksonville/North School District based on an hourly rate of $400.00, which was approved, this fee request is being submitted based on the hourly rate of $350.00 pursuant to this Court's ruling.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 7th day of November 2025, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Austin Porter Jr.

4