IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, et al.                                    PLAINTIFFS

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, et al.                                        DEFENDANTS

EMILY MCCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                                       INTERVENORS

To:   Jacksonville North/Pulaski School District

Time Statement – Austin Porter Jr.

| Date | Activity | Time Spent | Charge |
|---|---|---|---|
| 01/19/2024 | Reviewed status report by PCSSD | .20/$400.00 | $ 80.00 |
| 01/01/2024 | Reviewed Joint Motion for Disbursement of funds. | .30/$400.00 | $ 120.00 |
| 01/25/2024 | Conference call with Job and Bob in reference to filing by PCSSD | .75/$400.00 | $ 300.00 |
| 02/12/2024 | Filed Motion for Extension of Time | .50/$400.00 | $ 200.00 |
| 03/15/2024 | Worked and filed response to disbursement of funds. | 1.50/$400.00 | $ 600.00 |
| 07/06/2024 | Reviewed Jacksonville Motion for Unitary Status and Brief in Support | 1.25/$400.00 | $ 500.00 |
| 07/06/2024 | Spoke with Bob and Joy regarding Jacksonville's filing | 2.00/$400.00 | $ 800.00 |
| 07/13/2024 | Filed motion for extension of time to respond | .50/$400.00 | $ 200.00 |
| 08/02/2024 | Toured Murrell Taylor, Bobby Lester, and Bayou Meto | 4.50/$400.00 | $ 1,800.00 |
| 08/05/2024 | Working on Response to the Motion for Unitary Status | 2.75/$400.00 | $ 1,100.00 |
| 08/09/2024 | Working on Response to the Motion for Unitary Status | 1.25/$400.00 | $ 500.00 |

INTERVENOR'S EXHIBIT A

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 08/23/2024 | Reviewed Jacksonville/North's response | 1.00/$400.00 | $ 400.00 |
| 11/01/2024 | School Tours | 4.00/$400.00 | $ 1,600.00 |
| 07/03/2025 | Jacksonville/North's Status Report | .20/$400.00 | $ 80.00 |
| 09/30/2025 | Reviewed the Court's Order – Unitary Status | .40/$400.00 | $ 160.00 |

**Total hours** …………………………… 21.10 ……….. **$ 8,440.00**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT     PLAINTIFF

VS.     CASE NO. 4:82-CV-00866DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET. AL.     DEFENDANTS

EMILY MCCLENDON, ET AL.     INTERVENORS

Invoice submitted to:
McClendon Intervenors
c/o PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201

## TIME STATEMENT FOR JOY C. SPRINGER
Jacksonville North Pulaski School District

| Date | Professional Services | Hours/Rate | Amount |
|---|---|---|---|
| 7/6/24 | Conf with Austin P and Bob P regarding JNPSD Motion for Unitary Status and reviewed same | 2.0 | 220.00 |
| 8/2/24 | Travel to Jacksonville, AR to visit new school construction referenced in JNPSD's recent court filing re: Taylor and Bayou Meto elementary schools; additional visits to Lester, JNPSD elementary and middle schools; meeting with Supt. Owoh | 6.0 | 660.00 |
| 11/1/24 | Travel to Jacksonville for Court tour of JNPSF facilities as ordered by Court and return trip | 4.0 | 440.00 |

Total for Services ………………….. $1320.00

1

**INTERVENOR'S EXHIBIT B**