IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK SCHOOL DISTRICT | PLAINTIFF |
| V.            NO. 4:82-cv-866-DPM | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1, ET AL. | DEFENDANTS |
| EMILY McCLENDON, ET AL. | INTERVENORS |

## MOTION FOR WITHDRAWAL OF COUNSEL

Comes now Defendant Pulaski County Special School District, with the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. and states as follows:

1. While employed and practicing law with Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., Sharnae Diggs entered an appearance and represented PCSSD. *Doc. 5823*.

2. Sharnae Diggs now practices law with the Attorney General's office and no longer is with Mitchell Williams. The undersigned respectfully requests an order be entered permitting withdrawal of the appearance of Sharnae Diggs on behalf of PCSSD and relieving her of further participation in this matter.

2. PCSSD desires for Devin Bates of Mitchell Williams, as well as Jay Bequette and Cody Kees of Bequette, Billingsley, and Kees to continue to represent it in this matter.

3. This Motion is not made for purposes of delay, and no party should be prejudiced by the relief sought.

WHEREFORE, Defendant Pulaski County Special School District and its counsel respectfully request that this Motion be granted, and for all other and proper relief.

>Devin R. Bates (2016184)
>MITCHELL, WILLIAMS, SELIG,
>GATES & WOODYARD, P.L.L.C.
>425 West Capitol Avenue, Suite 1800
>Little Rock, Arkansas 72201
>Telephone: (501) 688-8800
>Facsimile: (501) 688-8807
>dbates@mwlaw.com
>
>and
>
>Jay Bequette
>Cody Kees
>Bequette Billingsley & Kees, P.A.
>425 West Capitol Ave., Suite 3200
>Little Rock, Arkansas 72201
>Telephone: (501) 374-1107
>Facsimile: (501) 374-5092
>Mobile: (501 590-4500
>jbequette@bbpalaw.com
>ckees@bbpalaw.com
>
>***Attorneys for Pulaski County Special School District***