IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT                                                      PLAINTIFF

VS.                              CASE NO. 4:82-CV-00866 DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL.                                                                 DEFENDANTS

EMILY MCCLENDON, ET AL.                                                          INTERVENORS

INTERVENORS' RESPONSE TO THE MOTION FOR UNITARY STATUS
AS FILED BY THE PULASKI COUNTY SPECIAL SCHOOL DISTRICT

Come the intervenors, Emily McClendon, Tamara Eackles, Valarie Stallings, Tiffany Ellis, and Linda Morgan, by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM** and **Robert Pressman**, and for their Response to the Motion for Unitary Status as filed by the Pulaski County Special School District, they state the following:

1.  In the Court's Order [**Doc. # 5730**] dated May 6, 2021, the Court held that the Pulaski County Special School District (PCSSD) was unitary, with the exception of "truing-up the Mills High School/Robinson Middle School problem…."

2.  Undersigned lead counsel and Rep. Joy Springer took a 2.5 hour tour of Mills University on November 12, 2025, and we were impressed.

3.  Curtis Johnson and his team have done a phenomenal job in "truing-up" Mills University High School, and have made the parents, staff, and students proud to be a part of such a great school! Mr. Johnson should be commended for his good faith efforts to ensure that the inequities between Robinson Middle School and Mills University High School have now been eliminated.

1

4. Intervenors agree that the PCSSD should be declared unitary.

5. The Intervenors are grateful to this Court for the patience it has shown, and its commitment to seeing that the three school districts live up to their obligations that education must be provided on an equitable basis.

6. Intervenors were happy to see the new facilities, with some thirteen (13) new classrooms being added, new softball field added, and a sports arena that is state-of-the-art for a championship basketball team.

7. This case started out in 1982, with a Court later finding that the three (3) major school districts within Pulaski County, Arkansas were unconstitutionally segregated. The case continued over the years to provide remedies to the black children and their parents through the representation of the Joshua Intervenors then the McClendon Intervenors, and their legal team which was led by the late great John W. Walker Sr., a champion for civil rights, who passed away on October 28, 2019.

8. Undersigned counsel along with Robert Pressman, Rep. Joy Springer, and Charles Bolden continued Mr. Walker's fight to be a voice to "plead the cause of the poor and needy." **Proverbs 31:9**.

9. The parties have spent the last forty-three (43) years fighting to ensure that the mandate of *Brown v. Board of Education* was carried out, that education must be provided on an equal basis. But as the late great Sam Cooke said, "it's been a long time coming, but a change gon come." That change has come.

THEREFORE, Intervenors agree that the Pulaski County Special School District should be declared unitary, and released from federal court jurisdiction.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: aporte5640@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Telephone: 781-862-1955
Email: pressmanrp@gmail.com

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas, on this 21st day of November 2025, by using the CM/ECF system, which is designed to send notification of such filing to the following person:

| | |
|---|---|
| M. Samuel Jones III. | Scott P. Richardson |
| Devin R. Bates | McDaniel, Richardson & Calhoun PLLC |
| MITCHELL, WILLIAMS, SELIG, | 1020 West 4th Street, Suite 410 |
| GATES & WOODYARD, PLLC | Little Rock, Arkansas 72201 |
| 425 West Capitol Avenue, Suite 1800 | |
| Little Rock, Arkansas 72201 | scott@mrcfirm.com |

sjones@mwlaw.com
dbates@mwlaw.com

Jay Bequette
Bequette, Billingsley & Kees, P.A.
Attorneys at Law
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469

jbequette@bbpalaw.com

Austin Porter Jr.

3