IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                     PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                          DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                            INTERVENORS

ORDER

Last Friday was an extraordinary day in the long life of this case. The complaint was filed on 30 November 1982. We're a few days short of the forty-three-year mark. Before Friday, there were five thousand eight hundred ninety-three entries on the Court's docket. Then came *Doc. 5894*: The Intervenors agree that the Court should declare the Pulaski County School District unitary and release PCSSD from court supervision. This is a most welcome word.

The Court looks forward to the scheduled January 16th tour of the Mills University High School—to seeing what the parties agree are splendid additions that they believe true up Mills University High School with Robinson Middle School, and to making the independent judgment required by law that change has indeed finally come.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 November 2025