IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*      PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*     DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN     INTERVENORS

## ORDER

Clarification, *Doc. 5892*, appreciated. The Ellis Intervenors' unopposed amended motion for attorney's fees and monitoring fees of $9,760.00 for work through the end of 2025, *Doc. 5889*, is granted as specified. This amount reflects a good faith compromise. The parties' agreed total is reasonable, though the Court does not adopt the $400 hourly rate. The Court appreciates the parties' continued collaboration on fee issues. The first motion, *Doc. 5888*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2025