IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LITTLE ROCK SCHOOL DISTRICT, *et al.*                    PLAINTIFFS

No. 4:82-cv-866-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, JACKSONVILLE/NORTH
PULASKI SCHOOL DISTRICT, *et al.*                        DEFENDANTS

EMILY McCLENDON, TAMARA EACKLES,
VALERIE STALLINGS, TIFFANY ELLIS,
and LINDA MORGAN                                         INTERVENORS

ORDER

The McClendon Intervenors' unopposed motion for attorney's fees and monitoring fees of $10,765.25, *Doc. 5899*, is granted. The parties' agreed total is reasonable in the circumstances. The Court appreciates the parties' collaboration on the final issue in the school case, which is now concluded.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2026